☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | Professional Financial Investors, Inc. | |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

N/A

**3. Debtor's federal Employer Identification Number (EIN)**

6 8 – 0 2 3 3 2 2 8

**4. Debtor's address**

**Principal place of business**

350          Ignacio Blvd.
Number      Street

Suite 300

Novato          CA     94949
City            State  ZIP Code

Marin
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City            State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City            State      ZIP Code

**5. Debtor's website (URL)**          https://www.investorspfi.com/

Case: 20-30604    Doc# 1    Filed: 07/26/20    Entered: 07/26/20 17:35:46    Page 1 of 53

American LegalNet, Inc.
www.FormsWorkFlow.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u> <u>3</u> <u>1</u> <u>3</u>

**8 Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case: 20-30604    Doc# 1    Filed: 07/26/20    Entered: 07/26/20 17:35:46    Page 2 of 53

| Debtor | Professional Financial Investors, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**9.** Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor   Professional Investors Security Fund, Inc.   Relationship   Business Partner

District   Northern District of California   When   07/16/2020
                                                            MM / DD / YYYY

Case number, if known   20-30579

**11.** Why is the case filed in *this district*?

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

American LegalNet, Inc.
www.FormsWorkFlow.com

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/24/2020
              MM / DD / YYYY

X _____        Michael Hogan
Signature of authorized representative of debtor        Printed name

Title  Chief Restructuring Officer

American LegalNet, Inc.
www.FormsWorkFlow.com

Case: 20-30604   Doc# 1   Filed: 07/26/20   Entered: 07/26/20 17:35:46   Page 4 of 53

Debtor     <u>Professional Financial Investors, Inc.</u>
           Name                                      Case number *(if known)* _____

---

**18. Signature of attorney**    ✖    /s/ Ori Katz                   Date   07/24/2020

                                   Signature of attorney for debtor                   MM / DD / YYYY

                                   Ori Katz
                                   Printed name
                                   Sheppard Mullin Richter & Hampton LLP
                                   Firm name
                                   Four Embarcadero Center            17th Floor
                                   Number     Street
                                   San Francisco                   CA       94111
                                   City                              State       ZIP Code

                                   (415) 774-9100                    okatz@sheppardmullin.com
                                   Contact phone                           Email address

                                   209561                           California
                                   Bar number                            State


American LegalNet, Inc.
www.FormsWorkFlow.com

Case: 20-30604    Doc# 1    Filed: 07/26/20    Entered: 07/26/20 17:35:46    Page 5 of 53

**ACTION BY WRITTEN CONSENT OF**
**THE SOLE DIRECTOR OF**
**PROFESSIONAL FINANCIAL INVESTORS, INC.**

The undersigned, being the sole member of the Board of Directors (the "Board") of Professional Financial Investors, Inc., a California corporation (the "Company"), pursuant to Section 307(b) of the California Corporation Code and the Bylaws of the Company (the "Bylaws"), hereby adopts the following resolutions by written consent, effective as of the dated signature below:

**FILING OF CHAPTER 11 PETITION**

> **WHEREAS**, the Board has considered the financial condition and circumstances of the Company, including without limitation the assets and liabilities of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's operational performance.

> **WHEREAS**, the Board has reviewed, considered and received the recommendations of the Company's management and the Company's professional advisers as to the relative risks and benefits of a bankruptcy proceeding.

> **WHEREAS**, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, its equity holders and other stakeholders, that the Company be authorized and empowered to file, at such time, if any, as is deemed appropriate by an authorized officer of the Company, a voluntary petition for relief (a "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), for the purpose of initiating a bankruptcy case (the "Bankruptcy Case") for the Company and restructuring its financial affairs and for all other lawful purposes under the Bankruptcy Code.

> **NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, its equity holders and other stakeholders, that the Petition be filed on behalf of the Company.

> **RESOLVED FURTHER**, that filing of the Petition on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that Michael Hogan, the Company's Chief Reorganization Officer (the "Authorized Officer"), acting alone, is hereby authorized and empowered on behalf of, and in the name of, the Company, (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing.

**RESOLVED FURTHER**, that in connection with the foregoing, the Authorized Officer, acting alone, is hereby designated as the individual with primary and/or sole responsibility for handling matters in the Bankruptcy Case.

**RESOLVED FURTHER**, that the Authorized Officer is authorized and empowered, on behalf of and in the name of the Company to execute, verify and file with the Bankruptcy Court, or cause to be executed, verified and/or filed with the Bankruptcy Court (or direct others to do so on his behalf) all necessary documents, including, without limitation, the petitions, schedules, lists, motions, applications and other papers and documents necessary or desirable in connection with the Bankruptcy Case and to take any and all other actions deemed necessary, proper, or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the case.

**RESOLVED FURTHER**, that the Authorized Officer is authorized and empowered to retain on behalf of the Company, the law firm of Sheppard Mullin Richter & Hampton LLP as bankruptcy counsel, to render legal services to, and to represent the Company in connection with such proceedings and all other related matters in connection therewith, on such terms as the person retaining such firm shall approve.

**RESOLVED FURTHER**, that the Authorized Officer is authorized and empowered on behalf of, and in the name of, the Company to continue the employment and retention of professionals in the ordinary course and in the Bankruptcy Case to retain and employ other attorneys, accountants, and other professionals, including conflicts counsel, to assist in the Company's Bankruptcy Case on such terms as are deemed necessary, proper, or desirable.

**RESOLVED FURTHER**, that any and all actions taken by the Authorized Officer pursuant to the foregoing resolutions are hereby approved.

**GENERAL AUTHORIZING RESOLUTION**

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and directed, for and on behalf of the Company, to take such further action, for the actions set forth herein, and execute such additional documents as each may deem necessary or appropriate to carry out the purposes of the above resolutions.

*[Signature page follows]*

Case: 20-30604    Doc# 1    Filed: 07/26/20    Entered: 07/26/20 17:35:46    Page 7 of 53

This Action By Written Consent of the Sole Director shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall be effective as of the dated signature below.

**IN WITNESS WHEREOF,** the undersigned has executed this Action By Written Consent of the Sole Director as of the dated signature below.

_____

Charlene Albanese

Date:_____July 23, 2020_____

Signature Page to Action by Written Consent of the Sole Director of
Professional Financial Investors, Inc.

**Fill in this information to identify the case:**

Debtor name __Professional Financial Investors, Inc.__

United States Bankruptcy Court for the: __Northern__ District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | William Levine IRA Services TRAD #515012 2 Snowden Lane Fairfax, CA 94930 | | Loan | | $682,000 | $499,370 | $182,630 |
| 2 | Jones/Zahn 2018 Trust [No address on file] | | | | $300,000 | $143,548 | $156,452 |
| 3 | Joshua Berns 2159 Cantalier Sacramento, CA 95815 | | Loan | | $500,000 | $381,609 | $118,391 |
| 3 | Trisha Waldron 9 Gerstle Court San Rafael, CA 94901 | | Loan | | $500,000 | $381,609 | $118,391 |
| 5 | Peter A. Bagatelos and Anne M.H. Bagatelos Revocable Trust 105 Shooting Star Isle Foster City, CA 94404 | | Loan | | $244,167 | $138,592 | $105,575 |
| 6 | Molino Family Trust 2014 47 Thalia Street Mill Valley, CA 94941 | | Loan | | $240,000 | $137,784 | $102,216 |
| 7 | Alan W. Ziff Revocable Intervivos Trust 2349 Hilltop Court Santa Rosa, CA 95404 | | Loan | | $150,000 | $53,634 | $96,366 |

SMRH:4844-5361-3764.3

73ZL-319169

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 Christopher Berns 9321 168th Place NE Redmond, WA 98052 | | Loan | | $350,000 | $264,026 | $85,974 |
| 9 Karen C. Bagatelos 732 Chevery Street San Francisco, CA 94131 | | Loan | | $104,167 | $20,185 | $83,982 |
| 9 Michael Bagatelos 185 Topaz Way San Francisco, CA 94131 | | Loan | | $104,167 | $20,185 | $83,982 |
| 11 Anne H. Rohrbach TTEE The Annie Rohrbach Revocable Trust, dtd. May 26, 2010 2732 Houston Drive Los Osos, CA 93402 | | Loan | | $100,000 | $19,377 | $80,623 |
| 12 Eugene Ziff 2349 Hilltop Court Santa Rosa, CA 95404 | | Loan | | $320,000 | $247,935 | $72,065 |
| 13 Elizabeth Moore IRA Services #726874 13 Baytree Lane San Anselmo, CA 94960 | | Loan | | $300,000 | $228,966 | $71,034 |
| 14 John A. or Kathryn Trimble 235 Main Burfordville Street Burfordville, MO 63739 | | Loan | | $87,000 | $16,858 | $70,142 |
| 15 Kevin P. Shambrook and Frances H. Lerner Revocable Trust 2625 Brooks Ave. El Cerrito, CA 94530 | | Loan | | $100,000 | $35,756 | $64,244 |
| 15 Claire Peaslee [No address on file] | | Loan | | $100,000 | $35,756 | $64,244 |
| 17 Lauren Vela Pensco #VE056 639 Magnolia Avenue Larkspur, CA94939 | | Loan | | $67,500 | $13,080 | $54,420 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 Shane Black 359 Wilson Way Larkspur, CA 94939 | | Loan | | $60,000 | $11,627 | $48,373 |
| 19 Sharon L. Overbey Revocable Trust P.O. Box 1114 Mt. Shasta, CA 96067 | | Loan | | $73,765 | $26,375 | $47,390 |
| 20 Javier Family Trust 2006 (Arthur & Laurie) 27 Olive Street Novato, CA 94945 | | Loan | | $69,000 | $24,672 | $44,328 |
| 21 Kiah Bosy P.O. Box 921 Fairfax, CA 94978 | | Loan | | $50,000 | $9,689 | $40,311 |
| 21 H. Robert Noble 60 Ora Way $203 San Francisco, CA 94131 | | Loan | | $50,000 | $9,689 | $40,311 |
| 21 Clyde S. Sada Living Trust 460 Navaro Way San Jose, CA 95134 | | Loan | | $50,000 | $9,689 | $40,311 |
| 24 Meridian Commercial 711 Grand Ave., Suite 290 San Rafael, CA 94901 | | Trade debt | | $40,000 | | $40,000 |
| 25 Mindy Klein P.O. Box 801 Fairfax, CA 94978 | | Loan | | $147,500 | $108,002 | $39,498 |
| 26 Joel Rubenzahl IRA Services TRAD #732345 3159 Lewiston Ave. Berkeley, CA 94705 | | Loan | | $60,000 | $21,454 | $38,546 |
| 27 Robert N. Deross, Jr. 5061 Tesoro Way El Dorado Hills, CA 95760 | | Loan | | $130,000 | $95,188 | $34,812 |
| 28 Laura Kradjan-Cronin 58 Club View Drive Novato, CA 94949 | | Loan | | $50,000 | $17,878 | $32,122 |
| 29 Dominique Shelton P.O. Box 1849 Kihei, HI 96753 | | Loan | | $108,000 | $79,080 | $28,920 |

| Debtor | Professional Financial Investors, Inc. | | Case number (*if known*) _____ |
|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 Mary Durst Trust 313 Kensington Commons Livermore, CA 94551 | | Loan | | $100,000 | $73,222 | $26,778 |
| 30 Suki & Russell Munsell 524 San Anselmo Ave. #222 San Anselmo, CA 94960 | | Loan | | $100,000 | $73,222 | $26,778 |
| 30 Janet Rostad TTEE Janet Rostad Rovacble Trust U/A 5/24/12 1090 Bell Marin Keys Blvd. Novato, CA 94949-5335 | | Loan | | $100,000 | $73,222 | $26,778 |

Case: 20-30604   Doc# 1   Filed: 07/26/20   Entered: 07/26/20 17:35:46   Page 12 of 53

Fill in this information to identify the case and this filing:

Debtor Name    Professional Financial Investors, Inc.

United States Bankruptcy Court for the:   Northern    District of   CA
                                                        (State)

Case number (*If known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒   Other document that requires a declaration   Creditor Mailing Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/26/2020     ✗   *Michael Hogan*
          MM / DD / YYYY           ──71376210E0AC421──
                                       Signature of individual signing on behalf of debtor

                                       Michael Hogan
                                       Printed name

                                       Chief Restructuring Officer
                                       Position or relationship to debtor

Case: 20-30604    Doc# 1    Filed: 07/26/20    Entered: 07/26/20 17:35:46    Page 13 of 53


American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re     Professional Financial Investors, Inc.       Case No.        

                 Debtor(s)                     Chapter      **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer for the above-captioned debtor, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒    None [*Check if applicable*]

Date     July 26, 2020            Signature    

DocuSigned by:

*Michael Hogan*

71376210E0AC42...

Name: Michael Hogan
Title: Chief Restructuring Officer

350 Ignacio Condominium
350 Ignacio Blvd 300
Novato, CA 94949

Avilas
359 Bel Marin Keys Blvd. Ste. 28
Novato, CA 94523

Bay Cities Refuse Service, Inc.
2525 Garden Tract Road
Richmond, CA 94801

Bidaurreta Landscape
P.O. Box 2719
Sebastopol, CA 95473

Gordon Cato Landscape
1443 Meadowlark Lane
Petaluma, CA 94954

Nardell Chitsaz & Associates LLP
999 Fifth Avenue, Suite 230
San Rafael, CA 94901

City of Novato
922 Machin Avenue
Novato, CA 94945

Home Depot Credit Service
PO Box 78047
Phoenix, AZ 85062-8047

Dominguez
18235 Happy Lane
Sonoma, CA 95476

EIS Consulting Group, Inc.
1445 Manzanita Avenue
Santa Rosa, CA 95404

Marc Elias Maintenance
108 Coleman Drive
San Rafael, CA 94901

Fishman Supply Company
PO Box 750279
Petaluma, CA 94975-0279

Golden Gate Investigations
2 Rosalia Court
Novato, CA 94945

Ignacio Hills Association
C/O Marshal & Company
2175 Francisco Blvd, Suite A
San Rafael, CA 94901

Hilcias Painting, Inc.
1445 Ulloa Street
San Francisco, CA 94116

LoopNet
PO Box 791466
Baltimore, MD 21279-1466

Matrix HG, Inc.
115 Mason Circle Suite B
Concord, CA 94520

MCC Building Maintenance, LLC
83 Hamilton Drive, Suite 104
Novato, CA 94949

Meridian Commercial
711 Grand Avenue, Suite 290
San Rafael, CA 94901

Redwood Security Systems, Inc.
PO Box 1809
Mill Valley, CA 94942

Second Nature Interior Plant Co.
PO Box 7538
Cotati, CA 94931-7538

Small/Walraven, LLC
7430 Redwood Blvd. Ste. B
Novato, CA 94945

Stanley Convergent Security
Solutions, Inc.
Dept. CH 10651
Palatine, IL 60055

Township Engineering Inc.
26 Pamaron Way, Suite A
Novato, CA 94941

Transbay Security Service
2018 Fourth Street
San Rafael, CA 94901

US Bank
PO Box 790448
St. Louis, MO 63179-0408

Universal Site Services
760 E Capitol Avenue
Milpitas, CA 95035

Warren Construction & Roofing, Inc.
PO Box 732
Santa Rosa, CA 95402

Zillow Rental Network
Dept. 3267
PO Box 123267
Dallas, TX 75312-3267

Felix Rodriquez Bojorquez
1440 Buchanan Street
Novato, CA 94947

California Foliage Company
PO Box 41618
Sacramento, CA 95841

Campbell
280 Fairway Drive
Novato, CA 94949

Moreno's Cleaning Services
56 Plata Court
Novato, CA 94947

Comcast
PO Box 34744
Seattle, WA 98124-174

Crown & Shield Exterminators
PO Box 5976
Petaluma, CA 94955

Franzi Construction and Demolition
40 Pillsbury Lane
Novato, CA 94947

Elmore
18177 Happy Lane
Sonoma, CA 95476

Home Improvement
1385 N. McDowell Blvd. Ste 100
Petaluma, CA 94954

Green
56 Clayton, B
San Rafael, CA 94901

Guia Villanueva
1427 W. Texas Street, Space B9
Fairfield, CA 94533-5971

Freddy Hernandez
980 Ignacio Blvd, 15
Novato, CA 94949

Marcos Herrera
3400 Richmond Parkway, Apt 2220
Richmond, CA 94806

Water One Industries, Inc.
5410 Gateway Plaza Drive
Benicia, CA 94510

Inland Business Machines, Inc.
PO Box 846896
Los Angeles, CA 90084-6896

IT 1 Source LLC
LB413006
PO Box 35146
Seattle, WA 98124-5146

Kesten
101 Lucas Valley Road, Suite 273
San Rafael, CA 94903

LTS of Marin
5 Haverhill Court
Novato, CA 94947

Angela Macon-Barker
63 Laurel Drive
Fairfax, CA 94930

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

Mata
530 Vallejo Avenue
Rodeo, CA 94572

Melgoza
109 Professional Center Parkway #406
San Rafael, CA 94903

Sergio Meza Chopin
140 No. Star Drive
Santa Rosa, CA 95407

Adil Modan
205 Pear Ct.
San Rafael, CA 94903

Nerviani Paving Inc.
PO Box 714
Novato, CA 94948

Orkin Pest Control
PO Box 7161
Pasadena, CA 91109-7161

Mara Passetti
21 Onyz Street
Larkspur, CA 94939

PBCC
PO Box 371874
Pittsburgh, PA 15250

Bay Counties Pest Control, Inc.
708 Gravenstein Hwy No #260
Sebastopol, CA 95472

PG&E
Box 997300
Sacramento, CA 95899

Pini Ace Hardware
PO Box 85
Novato, CA 94948-0085

Gregory Anton
967 Midpine Way
Sebastopol, CA 95472

Richard Bell
2519 East Beaver Lake Drive S.E.
Sammamish, WA 98075

Wanda Bishop
1232 Fairlawn Court
Walnut Creek, CA 94595-2874

Marcy Dubova
1064 Los Gamos Road
San Rafael, CA 94903-2519

June Hengst
334 Lowell Avenue
Mill Valley, CA 94941

Connie Hoshor
PO Box 1223
Pt. Reyes Station, CA 94956

Fern Jeffcoat
820 Bel Marin Keys Blvd.
Novato, CA 94949

Laura Kradjan-Cronin
58 Club View Drive
Novato, CA 94949

Carole Levine
2139 Jackson Street
San Francisco, CA 94115

Gary Nadler
29 Iverson Way
Petaluma, CA 94952

Rick Pacheco
28425 Eastin Road
Newman, CA 95360

Doyle Pratt
P.O. Box 78
Patagonia, AZ 85624

Ivory Sidell
31 Forest Lane
San Rafael, CA 94903

Suzanne Teal
4718 Tee View Court
Santa Rosa, CA 95405-8756

Susan Toch
385 Pine Hill Road
Mill Valley, CA 94941

Elizabeth Ury
18 Lagoon Road
Belvedere, CA 94920

Scott Valentino
91 Porteous Avenue
Fairfax, CA 94930

Tracy Zell-Bennett
1030 Amend Street
Pinole, CA 94564

Joshua Berns
2159 Cantalier Street
Sacramento, CA 95815

Cris Berns
9321 168th Place NE
Redmond, WA 98052

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Elizabeth Moore
13 Baytree Lane
San Anselmo, CA 94960

Trisha Waldron
9 Gerstle Court
San Rafael, CA 94901

Richard Bouck
774 Mays Blvd.
Incline Village, NV 89451

Kathleen Curry
1422 Curtis Street
Berkeley, CA 94702

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Lindsay Divirgilio
40 Dean Way
Folsom, CA 95630

Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Steven Hoffman
22230 Varian Way
Cupertino, CA 95014

Colin Honess
430 6th Avenue
Santa Cruz, CA 95062

Frances Lerner
2625 Brooks Avenue
El Cerrito, CA 94530

Craig Michel
10128 Button Willow Drive
Las Vegas, NV 89134

Donald Regner
46 ILIAHI WAY
LAHAINA, HI 96761

Anna Salvador
P.O. Box 70996
Richmond, CA 94807

Jill Wolf
167 N. Adams Street
Eugene, OR 97402-4203

Taressa Bell
4730 Alta Vista Avenue
Santa Rosa, CA 95404

Cris Berns
9321 168th Place NE
Redmond, WA 98052

Wanda Bishop
1232 Fairlawn Court
Walnut Creek, CA 94595-2874

Robert DeRoss, Jr.
4 Sorrel Lane
San Carlos, CA 94070

Mary Durst
313 Kensington Commons
Livermore, CA 94551

Judith Friedman
P.O. Box 131
Sonoma, CA 95476

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Mindia Klein
P.O. Box 801
Fairfax, CA 94978

William Levine
2 Snowden Lane
Fairfax, CA 94930

Roger Miller
105 Paper Mill Creek Court
Middletown, CA 95461

Suki & Russell Munsell
524 San Anselmo Avenue
San Anselmo, CA 94960

Elke Reinhardt
371 El Faisan Drive
San Rafael, CA 94903

Janet Rostad
1090 Bel Marin Keys Blvd
Novato, CA 94949-5335

Dominique Shelton
P.O. Box 1849
Kihei, HI 96753

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Dan Dodt
1556 Revere Avenue
San Francisco, CA 94124

Anne Greenfield
P.O. Box 162
Bodega, CA 94922-0162

Violet Hanada
777 Le Conte Avenue
San Francisco, CA 94124

Peter January
10 Corte Madera Avenue
Corte Madera, CA 94925

Jai Josefs
139 Meernaa Avenue
Fairfax, CA 94930

Mariah Morelli Day
475 East Cotati Avenue
Cotati, CA 94931

Robert Putzi
381 Mountain View Avenue
San Rafael, CA 94901-1371

Jim Sciaroni
1090 Bel Marin Keys Blvd.
Novato, CA 94949

Dorothy Scholar
1686 Hampton Avenue
Redwood City, CA 94061

John Seago
50 Franson Road
Port Angeles, WA 98362-9106

Mike Spitzer
P.O. Box 1123
Aptos, CA 95001

William Tennant
2916 Russell Street
Berkeley, CA 94705

Suzanne Whaley
P.O. Box 473
Bolinas, CA 94924

Hans Paul Vogl
12 Millwood Court
San Rafael, CA 94901

Henry Black
359 Wilson Way
Larkspur, CA 94939

Sylvia Palugyai Heber De Lazar
922 Centro Way
Mill Valley, CA 94941

Abby Bell
23 Gennessee Street
San Francisco, CA 94112

Teresa Ann Clark
519 Grandview Road
Sebastopol, CA 95472

Eileen Dingle
306 Clubhouse Drive
Aptos, CA 95003

Carl Franklin
550 San Pedro Cove
San Rafael, CA 94901

Golden Gate Center for Spiritual Living
PO Box 2847
San Anselmo, CA 94979

Larry Johnsen
139 Savannah Way
Windsor, CA 95492

Jai Josefs
139 Meernaa Avenue
Fairfax, CA 94930

Mike McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Ian Noah
615 C Street
San Rafael, CA 94901

Robert Putzi
381 Mountain View Avenue
San Rafael, CA 94901-1371

Sally Rondio
4 Meadow Drive
Larkspur, CA 94939-1523

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Susan Sandson
674 Santa Rosa Avenue
Berkeley, CA 94707

Diane Soffer
17351 Spring Tree Lane
Boca Raton, FLORIDA 33487

William Taylor
P.O. Box 848
Ukiah, CA 95482

Bobbi Berens
7516 Belle View Avenue
Sebastopol, CA 95472

Jo Ellen Bradley
3060 Scott Street
San Francisco, CA 94123-3302

Jeanne Buckens
6761 Redwood Avenue
Sebastopol, CA 95472

Bye Family Trust
P.O. Box 220
Albion, CA 95410

Christine Campbell
257 Eden Roc Dr.
Sausalito, CA 94965

Rebecca Cernich
P.O Box 96
Lagunitas, CA 94938

Richard Clark Trust (Cole)
6700 Berryhill Court
Forestville, CA 95436

Cynthia Clarkson
22 Wooddale Drive
Petaluma, CA 94952-2457

Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Richard Cole
6700 Berryhill Court
Forestville, CA 95436

Marguerite Courtney
661 N. Harrison Street
Fort Bragg, CA 95437-3122

Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Barry Fadem
920 Diablo Drive
Lafayette, CA 94549

Daniel Forer
37 Rowe Ranch Drive
Novato, CA 94949

Scott Forer
1720 Sonoma Avenue
Berkeley, CA 94707

Christine Geiger
1092 W. California Avenue
Mill Valley, CA 94941

Joyce Gertler
4275 Casper Little Lake Rd
Mendocino, CA 95460

C. Peter Gibb
435 Thornton Way
Ashland, OR 97520

Violet Hanada
777 Le Conte Avenue
San Francisco, CA 94124

Colin Honess
430 6th Avenue
Santa Cruz, CA 95062

Laurie Jacobson
540 Teresa Court
Sebastopol, CA 95472

Mimi Janislawski
521 Village Drive
El Cerrito, CA 94530

Larry Johnsen
139 Savannah Way
Windsor, CA 95492

Mary Jordan
57 Salvatore Drive
Novato, CA 94949

Mary Jordan
57 Salvatore Drive
Novato, CA 94949

Christopher Lewis
151 Calle Bravo
Palm Springs, CA 92264

Muriel Mahrer
13577 Myren Drive
Saratoga, CA 95070

Cynthia Maxon
310 Rodeo Road
Ormond Beach, FL 32174

Mike McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Chris Miller
P.O. Box 1985
El Granada, CA 94018-1985

Roberta Mollot
286 Corbin Place
Brooklyn, New York 11235

Inge Monteith
P.O.Box 992
Kihei, HI 96753

Virginia Pierce
1090 Bel Marin Keys Blvd.
Novato, CA 94949

Donald Trant
5329 Pimlico Avenue
Sacramento, CA 95841-3819

Robert Putzi
381 Mountain View Avenue
San Rafael, CA 94901-1371

Beth Rasmussen
P.O. Box 141
Kaneohe, HI 96744

Priscilla Regalado
1630 Butte Street
Richmond, CA 94804-5214

Jeanne Woods
4601 Guerneville Rd
Santa Rosa, CA  95401

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Karen Bagatelos
732 Chevery Street
San Francisco, CA 94131

Peter Bagatelos IRA
105 Shooting Star Isle
Foster City, CA 94404

Michael Bagatelos
185 Topaz Way
San Francisco, CA 94131

Shane Black
359 Wilson Way
Larkspur, CA 94939

Kiah Bosy
P.O. Box 921
Fairfax, CA 94978

Cynthia Clarkson
22 Wooddale Drive
Petaluma, CA 94952-2457

Ramon DeAngelo
P.O. Box 606
Forest Knolls, CA 94933

Daniel Forer
37 Rowe Ranch Drive
Novato, CA 94949

Judith Goldman
3434 Fenway Drive
Sarasota, FL 34232

Kathleen Hearn
5430 Bellevue Avenue
La Jolla, CA 92037

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Barry Nemrow
22 Weatherby Court
Petaluma, CA 94952

H. Robert Noble
60 Ora Way #203
San Francisco, CA 94131

Anne Rohrbach
2732 Houston Drive
Los Osos, CA 93402

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Linda Schuller
77-Winged Foot Drive
Livingston, NJ 07039

Violet Swanson
150 Edward Avenue
San Rafael, CA 94903

John Trimble
235 Main Burfordville Street
Burfordville, MO 63739

Lauren Vela
639 Magnolia Avenue
Larkspur, CA 94939

Carol Wilson
P.O. Box 330
Graton, CA 95444

Trisha Waldron
9 Gerstle Court
San Rafael, CA 94901

Gregory Anton
967 Midpine Way
Sebastopol, CA 95472

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Gary Berger
279 14th Avenue
San Francisco, CA 94118

Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Kenneth Chasser
4454 Highlad Park
Sarasota, FL 34235

Avrum Goldberg
2501 Wisconsin Ave. NW #308
Washington, DC 20007

Fredrick Heiman
1860 West Kuiaha Road
Haiku, HI 96708

Pamela Hilt
120 Fourth Street, Suite 1071
Petaluma, CA 94953

Janet Rostad
1090 Bel Marin Keys Blvd
Novato, CA 94949-5335

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Anna Salvador
P.O. Box 70996
Richmond, CA 94807

Kenneth Silverman
204 Calle de la Selva
Novato, CA 94949

Theodore Reich
23 Katrina Lane
San Anselmo, CA 94960

Stephen Turer
381 Greenfield Circle
Santa Rosa, CA 95409

David Wertheim
4174 Hana Highway
Haiku, HI 96708

John Alilovich
103 Morris Street #G
Sebastopol, CA 95472

Kathy Altman
390 South Morningsun Avenue
Mill Valley, CA 94941

Peter Bagatelos
105 Shooting Star Isle
Foster City, CA 94404

Robert DeRoss
5061 Tesoro Way
El Dorado Hills, CA 95762

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Susan Grooms
220 N. Zapata Hwy. #11
Laredo, TX 78043

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

James Jacobs
16 E Crescent Drive
San Rafael, CA 94901

Elizabeth Kilner
491 Sequoia Lane
Sebastopol, CA 95472

Ann King Smith
240 12th Street
Arcata, CA 95521

William Levine
2 Snowden Lane
Fairfax, CA 94930

David Lustig
P.O. Box 532
Pescadero, CA 94060

Sylvia Maendl
2025 Hawthorne Terrace
Novato, CA 94945

Craig Michel
10128 Button Willow Drive
Las Vegas, NV 89134

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Phyllis Pay
1363 Rose Street
Berkeley, CA 94702-1137

Lori Saltzman
390 South Morningsun
Mill Valley, CA 94941

Stephanie Sanders
13100 Banner Lava Cap Road
Nevada City, CA 95959

Linda Schuller
77 Winged Foot Drive
Livingston, NJ 07039

Ivory Sidell
31 Forest Lane
San Rafael, CA 94903

Lynne Smith
46 Bret Street
San Rafael, CA 94901

Susan Springer
16 E Crescent Drive
San Rafael, CA 94901

Susan Toch
385 Pine Hill Road, Apt H
Mill Valley, CA 94941

Rachelle Winterbourne
P.O. Box 369
Stinson Beach, CA 94970-0369

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Burke Zimmerman
13 Baytree Lane
San Anselmo, CA 94960

Gary Berger
279 14th Avenue
San Francisco, CA 94118

Richard Bouck
774 Mays Blvd.
Incline Village, NV 89451

Sabrina Chaw
279 14th Avenue
San Francisco, CA 94118

John Hanks
70 Gann Way
Novato, CA 94949

Sam Hilt
120 Fourth Street, Suite 1071
Petaluma, CA 94953

Shin Jung Ho
29065 Eden Shores Drive
Hayward, CA 94545

Arthur Javier
27 Olive Court
Novato, CA 94945

Moses Kravitz
11285 Puesta Del Sol
Oak View, CA 93022

Gail Krowech
699 Ensenada Avenue
Berkeley, CA 94707

Frank Lange
11 Skylark Drive #9
Larkspur, CA 94939

Maria Molino
47 Thalia Street
Mill Valley, CA 94941

Kate Phillips
3363 Morcom Avenue
Oakland, CA 94619

Peter Bagatelos
105 Shooting Star Isle
Foster City, CA 94404

Luna Baron
2627 Mattison Lane space 29
Santa Cruz, CA 95062

Ronald Beickert
26 Cornell Drive
Great Neck, NY 11020

Alan Blavins
2506 Patra Drive
El Sobrante, CA 94803

Richard Bouck
774 Mays Blvd.
Incline Village, NV 89451

Leslie Campbell
469 Hill Street
San Francisco, CA 94114

Rebecca Cernich
P.O. Box 96
Lagunitas, CA 94938

Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Eileen Dingle
306 Clubhouse Drive
Aptos, CA 95003

Robert Diskint
867 Riverview Road
Rexford, NY 12148

Janet Goodman
153 Homestead Blvd
Mill Valley, CA 94941

Steven Halpern
212 Van Tassel Court
San Anselmo, CA 94960

Deborah Harvey
243 Chapman Drive
Corte Madera, CA 94925

Connie Huckaba
P.O. Box 110
Mccloud, CA 96057

Arnold Fleming
25 Grenadier Drive
Mahwah, NJ 07430

Vicki Lee Shue
25 Grenadier Drive
Mahwah, NJ 07430

Sara Kamins
2 Whiting Street #2
San Francisco, CA 94133

Janice Kaplan
88 Crystal Cove Court
Richmond, CA 94804

Marie Lavin
80 Baypoint Drive
San Rafael, CA 94901

Maia Lazar
2435 Ivanhoe Drive
Los Angeles, CA 90039-3210

Vincent Lee-Shue
20 Newport Parkway, Unit 2607
Jersey City, NJ 07310

Frances Lerner
2625 Brooks Avenue
El Cerrito, CA 94530

Cindy Mahrer
115 Anza Way
San Bruno, CA 94066

Nicholas McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Sasha McInnis
1000 Dewing Avenue #308
Lafayette, CA 94549

Maria Molino
47 Thalia Street
Mill Valley, CA 94941

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Roberta Mollot
286 Corbin Place, Apt #2 E
Brooklyn, New York 11235

Jaye Alison Moscariello
P.O. Box 848
Ukiah, CA 95482

May Roberts
1490 Montrose Drive
San Leandro, CA 94577

Jeffrey Ranta
801 Spring Street
Sausalito, CA 94965

Donald Regner
46 ILIAHI WAY
LAHAINA, HI 96761

Jeremy Reynard
22230 Varian Way
Cupertino, CA 95014

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Stephanie Sanders
9797 E. 32nd Street, #659H
Yuma, AZ 95959

Susan Sandson
674 Santa Rosa Avenue
Berkeley, CA 94707

Linda Sherwood
523 22nd Avenue
San Francisco, CA 94121

Grace Stella
26 Cornell Drive
Great Neck, NY 11020

William Taylor
P.O. Box 848
Ukiah, CA 95482

Daryl Tran
1001 Pine Street #307
San Francisco, CA 94109

Janice Tweedy
222 Alder Road
Bolinas, CA 94924

Thomas Vasconcellos
3790 Lake Shore Blvd.
Lake Port, CA 95453

Lewis Weiss
305 Roxas Street
Santa Cruz, CA 95062

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Dr. James Adams
16 Cypress
Kentfield, CA 94904

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Eliott Blackman
2235 Beach Street, Apt #102
San Francisco, CA 94123-4205

Marguerite Courtney
661 N. Harrison Street
Fort Bragg, CA 95437-3122

Mark Fleischman
4740 Mission Gorge Place #601367
San Diego, CA 92120

Sue Freeman
760 Bolsana Drive
Laguna Beach, CA 92651

Kenneth Halpern
2034 Kaupakalua Road
Haiku, HI 96708

John Hanks
70 Gann Way
Novato, CA 94949

Shin-Jung Ho
29065 Eden Shores Drive
Hayward, CA 94545

Elizabeth Huchberger
2190 Washington Street #1204
San Francisco, CA 94109

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

James Jacobs
16 E Crescent Drive
San Rafael, CA 94901

David Lustig
P.O. Box 532
Pescadero, CA 94060-0532

Michael Maendl
2 Autumn Court
Novato, CA 94947

Phyllis Narum
300-4th Avenue S. E.
Douglas, ND 58735

Liana Paolella
426 Trail Ridge Place
Santa Rosa, CA 95409

David Rabb
15 San Marcos Place
San Rafael, CA 94901

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Ann Marie Santana
92 Portsmouth Dr.
Novato, CA 94949

Michael Sommer
702 Wood Sorrel Dr.
Petaluma, CA 94954

David Purviance
P.O. Box 2345
Sisters, OR 97759

David Purviance
P.O. Box 2345
Sisters, OR 97759

Adina Ariana Beaumont
10 Elford Street
San Rafael, CA 94901

Arnold Fleming
25 Grenadier Drive
Mahwah, NJ 7430

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

William Levine
2 Snowden Lane
Fairfax, CA 94930

Patricia Minolli
One Britton Ct.
Novato, CA 94947-2961

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Suki Munsell
524 San Anselmo Avenue, #222
San Anselmo, CA 94960

Mildred Reff
116 S. 160 West
Jermone, ID 83338

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Charlene Albanese
P.O. Box 625
Larkspur, CA 94977

John Althuizen
P.O. Box 621
Novato, CA 94948

Gavin Archbald
1312 Jefferson Avenue #3
Redwood City, CA 94062

Taressa Bell
4730 Alta Vista Avenue
Santa Rosa, CA 95404

Jo Ellen Bradley
3060 Scott Street, Apt #101
San Francisco, CA 94123-3302

Susan Grooms
220 N. Zapata Hwy. #11
Laredo, TX 78043

Arthur Javier
27 Olive Court
Novato, CA 94945

Karin Kinsey
2 Yarrrow Lane
Novato, CA 94947

Laura Kradjan-Cronin
58 Club View Drive
Novato, CA 94949

Moses Kravitz
11285 Puesta Del Sol
Oak View, CA 93022

William Levine
2 Snowden Lane
Fairfax, CA 94930

Nicholas Mcinnis
407 Oak Point Court
Santa Rosa, CA 95409

Patricia Minolli
One Britton Ct.
Novato, CA 94947-2961

Sharon Overbey
P.O. Box 1114
Mt. Shasta, CA 96067

Sophie Phelps
1335 S. Fitch Mountain Road
Healdsburg, CA 95448

Grace Purusha
215 Mahie Place
Kihei, HI 96753

David Purviance
P.O. Box 2345
Sisters, OR 97759

Donald Regner
46 ILIAHI WAY
LAHAINA, HI 96761

Timothy Slaughter
108 SE H Street, Unit 108
Bentonville, AR 72712

Toby Symington
33 Knoll Road
San Anselmo, CA 94960

Alan Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Robert Cordova
588 South Eliseo Drive, Apt #23
Greenbrae, CA 94904

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Pamela Gaffney
14100 Prairie Way
Mendocino, CA 95460

Karin Kinsey
2 Yarrrow Lane
Novato, CA 94947

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Richard Lee Shue
135 Yacht Club Circle
North Redington Beach, FL 33708-1583

Linda Schuller
77 Winged Foot Drive
Livingston, NJ 7039

Robin Altman
3 Avocet Court
Novato, CA 94949

Teresa Del Giorno
820 Bayside
Novato, CA 94947

Mary Durst
313 Kensington Commons
Livermore, CA 94551

Shin-Jung Ho
29065 Eden Shores Drive
Hayward, CA 94545

Tri Counties Bank
P.O. Box 909
Chico, CA 95927

Poppy Bank
438 First Street
Santa Rosa, CA 95401

Chase
Commercial Term Lending
P.O. Box 9176
Coppell, TX 75019-9176

First Foundation Bank
18101 Von Karman, Suite 750
Irvine, CA 92612

Pacific Western Bank
P.O. Box 131207
Carlsbad, CA 92013-1207

Heritage Bank of Commerce
150 Almaden Boulevard
San Jose, CA 95113-2010

Orix Real Estate Capital
P.O. Box 846019
Dallas, TX 75284-6019

Banner Bank
P.O. Box 1117
Walla Walla, WA 99362-0265

Office of Regional Counsel
Department of Housing and
Urban Development
One Sansome St., Suite 1200
San Francisco, CA 94104

U.S. Securities and
Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Social Security Administration
Office of the General Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

U.S. Dept. of Health & Human Services
General Counsel Department of
Health & Human Services
200 Independence, S.W.
Washington, D.C. 20201

Public Health Service
U.S. Depart. of Health & Human Services
Rm. 4A53 Parklawn Building
5600 Fishers Lane
Rockville, MD 20857

Secretary of the Treasury
1500 Pennsylvania Avenue N.W.
Washington, D.C. 2020

Lewis Maldonado US EPA
Region 9 Bankruptcy Contact
Office of Regional Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105

United States Department of Education
Office of Federal Student Aid
Bankruptcy Section
50 United Nations Plaza, Mail Box 1200
San Francisco, CA 94103

United States Department
of Veterans Affairs
Regional Office
1301 Clay Street, Room 1400N
Oakland, CA 94612-5209

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

California Department of Tax
and Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 926880
Sacramento, CA 94280-0001

Secretary of State
State of California
1500 – 11th Street
Sacramento, CA 95814

Labor Commissioner
State of California
1515 Clay Street, Room 801
Oakland, CA 94612

Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, CA 94612

Linda Lam
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, Ca 94612

Scott L. Silver
Silver Law Group
11780 W. Sample Road
Coral Springs, Florida 33065

Office of The United States Trustee
450 Golden Gate Ave.
5th Fl., Suite #05-0153
San Francisco, CA 94102

Eric Sternberger, Esq.
Ragghianti Freitas LLP
1101 Fifth Ave., Suite 100
San Rafael, CA 94901

Professional Financial Investors, Inc.
c/o Michael Hogan, CRO
Armanino LLP
12657 Alcosta Blvd., Suite 500
San Ramon, CA 94583

Professional Financial Investors, Inc.
350 Ignacio Blvd., Suite 300
Novato, CA 94949

Prof. Investors Security Fund, Inc.
c/o Michael Hogan, CRO
Armanino LLP
12657 Alcosta Blvd., Suite 500
San Ramon, CA 94583

Prof. Investors Security Fund, Inc.
350 Ignacio Blvd., Suite 300
Novato, CA 94949

John D. Fiero
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4500

Debra I. Grassgreen
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4500

Steven Wertheimer
9 Poplar Drive
Kentfield, CA 94904

Cheryl Reinhardt
535 Caswell Road
Chapel Hill, NC 27515

Molino Family Trust 2014
47 Thalia Street
Mill Valley, CA 94941

Alan W. Ziff Revocable
Intervivos Trust
2349 Hilltop Court
Santa Rosa, CA 95404

Claire Peaslee
[No address on file]

Javier Family Trust 2006
(Arthur & Laurie)
27 Olive Street
Novato, CA 94945