SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: okatz@sheppardmullin.com
       bmarum@sheppardmullin.com
       mklinger@sheppardmullin.com
       gsegretti@sheppardmullin.com

Proposed Counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors.[1] | Case No. 20-30604<br>(Joint Administration Requested with Case No. 20-30579)<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER APPROVING DESIGNATION OF MICHAEL HOGAN AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1**<br><br>[No Hearing Required] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Professional Financial Investors, Inc. (3228), and Professional Investors Security Fund, Inc. (0298). The Debtors' mailing address is 350 Ignacio Blvd., Suite 300, Novato, CA 94949.

SMRH:4824-8421-9076.3 -1- 732L-319169

Professional Financial Investors, Inc. ("PFI") and its debtor affiliate, Professional Investors Security Fund, Inc. ("PISF"), as debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submit this Application (the "Application"), pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Local Bankruptcy Rules"), for entry of an order appointing Michael Hogan ("Mr. Hogan") as the individual with primary responsibility for the duties and obligations of both of the Debtors during the Chapter 11 Cases (the "Responsible Individual").

By this application, the Debtors seek to approve the appointment of Mr. Hogan, the Chief Restructuring Officer of both the PFI and PISF, as the Responsible Individual for both Debtors in accordance with Bankruptcy Local Rule 4002-1.

Mr. Hogan's contact information is:

> Michael Hogan, CRO
> Professional Financial Investors, Inc. and
> Professional Investors Security Fund, Inc.
> c/o Armanino LLP
> 12657 Alcosta Blvd.
> Suite 500
> San Ramon, CA 94583
> Tel: (408) 240-4908

**WHEREFORE**, the Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: July 26. 2020

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  /s/ Ori Katz
ORI KATZ
J. BARRETT MARUM
MATT KLINGER
GIANNA SEGRETTI

Proposed Counsel for Debtor
Professional Financial Investors, Inc.

**EXHIBIT A**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors.[1] | Case No.   20-30604<br>(Joint Administration Requested with Case No. 20-30579)<br><br>Chapter 11<br><br>**[PROPOSED] ORDER APPROVING DESIGNATION OF MICHAEL HOGAN AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1**<br><br>[No Hearing Required] |

Upon the application (the "Application"),[1] dated July [●], 2020, of Professional Financial Investors, Inc. ("PFI") and its debtor affiliate Professional Investors Security Fund, Inc. ("PISF" and together with PFI, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules"), for entry of an order appointing Michael Hogan (the "Responsible Individual") as the individual with primary responsibility for the duties and obligations of each of the Debtors during the Chapter 11 Cases; and this Court having reviewed the Application; and upon all of the proceedings had before this Court and after due consideration and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Professional Financial Investors, Inc. (3228), and Professional Investors Security Fund, Inc. (0298). The Debtors' mailing address is 350 Ignacio Blvd., Suite 300, Novato, CA 94949.

SMRH:4824-8421-9076.3

-1-

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Michael Hogan, Chief Restructuring Officer of PFI and PISF, is appointed as the Responsible Individual for each Debtor during these Chapter 11 Cases pursuant to Bankruptcy Local Rule 4002-1.

3. Mr. Hogan's contact information is:

> Michael Hogan, CRO
> Professional Financial Investors, Inc. and
> Professional Investors Security Fund, Inc.
> c/o Armanino LLP
> 12657 Alcosta Blvd.
> Suite 500
> San Ramon, CA 94583
> Tel: (408) 240-4908

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\*\* END OF ORDER \*\*\***

---

[1] All Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.