SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:         okatz@sheppardmullin.com
               bmarum@sheppardmullin.com
               mklinger@sheppardmullin.com
               gsegretti@sheppardmullin.com

Proposed Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC.<br><br>Debtor. | Case No. 20-30604<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL HOGAN IN SUPPORT OF THE BANKRUPTCY FILING AND EARLY CASE ADMINISTRATION MOTIONS** |

I, Michael Hogan, declare:

1.  On the day of this declaration, Professional Financial Investors, Inc. ("PFI" or the "Debtor") filed in this district a voluntary petition for relief under chapter 11 of title 11 of the United States Code commencing a chapter 11 case (the "Bankruptcy Case"). I am authorized to submit this declaration in support of the Debtor's chapter 11 petition and the first day pleadings described here.

2.  I am a Managing Director with Armanino LLP ("Armanino") and lead the firm's corporate finance and restructuring practices. I have over 30 years of experience in operations and finance and strategy, and I specialize in stabilizing and turning around

underperforming businesses and driving exits.  My career has included work in bankruptcy and receiverships (state and federal), as well as situations where fraud has occurred.

3. My firm, Armanino is the 25th largest assurance, tax, audit and consulting firm in the United States and the largest independent firm headquartered in California with deep expertise in the real estate industry as well as specific professionals trained in restructuring, forensics and financial operations.

4. I serve as the Chief Restructuring Officer ("CRO") of PFI and its related entity, Professional Investors Security Fund, Inc. ("PISF" and together with PFI, the "Companies").[1]  I was appointed CRO of PFI on June 13, 2020, following the resignations of all the officers of the Companies and CRO of PISF on July 21, 2020.  In such capacity I am responsible for managing the daily financial and operational duties of the Companies.  These tasks include managing the ongoing property management activities, generating ongoing business plans and budgets, advising on the formulation and execution of an overall business strategy, leading restructuring arrangements, working in collaboration with government agencies as required in their fact-finding, as well as other key areas of leadership for the Companies.  In connection with my appointment in such capacity, I have reviewed documents relevant to the Companies and had conversations with parties familiar with certain aspects of the Companies and their respective operations.

5.  Except as otherwise noted, the matters described in this declaration are based upon my personal knowledge, my review of relevant documents and my discussions with other parties familiar with the Debtor and PISF, and if called as a witness, I would testify to such matters.

6. I submit this declaration to provide relevant background information and assist the Court and other parties in interest in understanding the circumstances related to the commencement of this Bankruptcy Case, in support of the Debtor's voluntary petition

---

[1] On July 16, 2020, PISF was the subject of an involuntary petition filed by certain of its investors, initiating Case No. 20-30579 before this Court.

SMRH:4833-3797-6516.6
-2-
73ZL-319169

for relief filed today (the "Petition Date") and the relief in the form of motions and applications (collectively, the "Motions") filed by the Debtor concurrently with this declaration and/or in the coming days, which the Debtor anticipates will include the following:

    (a) *Ex Parte Application Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 Requesting Joint Administration of Chapter 11 Cases* (the "Motion for Joint Administration");

    (b) *Application for Order Approving Designation of Michael Hogan as Responsible Individual Pursuant to Bankruptcy Local Rule 4002-1*;

    (c) *Emergency Motion for an Order Authorizing Debtor to Maintain its Existing Bank Accounts and Approving Debtor's Continuation of its Cash Management System;*

    (d) *Emergency Motion for Order Determining Adequate Assurance of Payment for Utility Services*;

    (e) *Emergency Motion for Order Authorizing the Debtors to Maintain Insurance Policies*; and

    (f) *Emergency Motion for Order Authorizing Debtors to Honor Prepetition Obligations to Employees.*

To the extent there are additional facts regarding a Motion that are not included in this Declaration, a supplemental declaration will be filed that provides such facts.

7. Unless otherwise stated, I give capitalized terms not defined in this Declaration the meanings given to them in the Motions. This Declaration addresses the Companies' background and their capital structure, describes a Ponzi scheme-like operation involving the Companies that has been uncovered over the past few months, sets forth the events leading to this bankruptcy filing, and outlines the next steps for the Companies, followed by a discussion regarding each of the Motions listed above.

## THE COMPANIES' BACKGROUND

8. The Debtor is a privately held California corporation founded by Ken Casey ("Mr. Casey") on or about August 15, 1990. Mr. Casey served as its sole officer, director and shareholder until 1998, when he relinquished his corporate positions and placed his shares of PFI in an irrevocable trust for which his ex-wife, Charlene Albanese ("Ms. Albanese")[1], is the current trustee and lifetime income beneficiary. Despite these actions, Mr. Casey appears to have maintained complete *de facto* control over PFI until his death on May 6, 2020.

9. Mr. Casey founded PISF on or about November 1, 1983 and served as its sole shareholder, officer, and director from that date until his death. Mr. Casey's shares in PISF were held in a revocable trust. Upon Mr. Casey's death, Ms. Albanese became the trustee and beneficiary of that revocable trust.

10. The Companies each own various real properties in Northern California (Marin and Sonoma Counties) and also own interests in various other entities that in turn own real property in California. PFI serves as the property manager for all of these real properties as well as the operational arm that manages and accounts for both Companies' activities.

11. As discussed further below, over a period of at least three decades, Mr. Casey appears to have operated a fraudulent scheme in which investors loaned funds to the Companies, with a significant portion of those funds being used to service the debt owed to existing investors and to personally enrich Mr. Casey himself. Others associated with the Companies also appear to have been involved and benefitted from the scheme, and this investigation is ongoing. The investigation is ongoing, however, the scale of the potential misappropriation appears to be in the hundreds of millions of dollars, the number of direct victims approximately 1,000, and the number of additionally affected investors who have had their investments co-mingled with potential ill-gotten gains approximately 500.

---

[1] Mr. Casey and Ms. Albanese divorced in 1996.

12.     The fraudulent scheme involving the Companies only came to light upon Mr. Casey's death, when the Companies engaged new counsel, Ragghianti | Freitas LLP ("Ragghianti | Freitas"), to help transition the business.  Through these efforts, Ragghianti | Freitas learned troubling facts regarding PFI's financial condition and Ms. Albanese directed them to conduct an investigation into the Companies' finances and operations. Upon learning of possible criminal behavior, Ms. Albanese directed the Companies to inform certain government authorities, including the Securities and Exchange Commission ("SEC"), and to cease accepting any additional loans.

## THE COMPANIES' CAPITAL STRUCTURE

13.     Due to the extent and long-standing nature of the apparently fraudulent acts involving the Companies, the exact liabilities and assets of each of the Companies is not yet entirely clear.  The Companies, under their new management led by me, initiated a forensic review of the investments by and payouts of the Companies, as well as their financial operations and reporting and are continuing to review and analyze a significant number of additional documents and conduct further investigation to determine the extent of such liabilities and assets.  I anticipate that such further investigation will take approximately 30 to 60 days.

14.     For the purposes of this filing, I am informed and believe that: (i) PFI holds fee title to approximately twenty eight real properties in California, (ii) PFI has an equity interest that typically ranges from 30% to 40% (with certain limited exceptions) in approximately thirty California limited liability companies (collectively, the "LLCs") that themselves hold either fee title or an interest as a tenant-in-common in various real properties in California, (iii) PFI has a general partner interest in approximately ten California limited partnerships (collectively, the "LPs") that themselves hold fee title to various real properties in California, (iv) PFI holds n interest as a tenant-in-common in approximately two real properties in California, and (v) PISF has a significant limited partner interest in the LPs.  An organizational chart that provides an overview of PFI's interests as described above is attached to this Declaration as Exhibit A.

15.     The Companies' own either a direct or indirect interest in approximately seventy real property locations (collectively, the "Real Properties"), primarily consisting of apartment buildings and office parks.  Attached to this declaration as Exhibit B is a list of the Real Properties that indicates whether PFI or PISF's interest in each Real Property is owned directly or through one of the LLCs or LPs.  Based on broker price opinions obtained at my direction, the total estimated value of the Real Properties is over $550 million.

16.     As for liabilities, most of the Real Properties are subject to a first lien deed of trust in favor of a bank lender.  In addition, many of the Real Properties are also subject to a second lien deed of trust in favor of investors to one of the Companies (these second lien deeds of trust are fractionalized deeds of trust).  As of June 2020, the aggregate outstanding debt secured by these first and second lien deeds of trust is believed to total more than $400 million.  In addition, PISF appears to owe more than $250 million to investors whose investments are nominally secured by PISF's interest in the LPs.

**THE NATURE OF THE FRAUDULENT SCHEME**

17.     The Companies' books and records indicate they have five main types of investors: (a) lenders to PISF that are secured by PISF's interests in the LPs (collectively, the "PISF Straight Lenders"), (b) lenders to PISF that are secured by junior deeds of trust on real properties owned by the LPs (collectively, the "PISF Junior DOT Lenders", (c) lenders to PFI that are secured by junior deeds of trust on real properties owned solely by PFI (collectively, the "PFI Junior DOT Lenders", (d) members of various limited liability companies for which PFI is the Manager, a Member, an equity holder, and a property manager (collectively, the "LLC Members"), and (e) tenants in common to properties owned by PFI or the LLCs.

18.     The initial discovery of financial irregularities was related to the loans made by the PISF Straight Lenders, which appear to have a current total outstanding principal balance of over $250 million, but further review has made it clear that other investment vehicles have also been impacted.

19. PISF Straight Lenders loaned money to PISF for an above-market rate of interest and appear to have been told their loaned funds would be used to make improvements to properties owned by PISF, pay off existing investors in PISF, purchase new real properties to be held by PISF, and to fund a reserve to cover PISF's debt service on investors' loans.

20. While the loans made by PISF Straight Lenders are ostensibly secured by PISF's interests in the LPs, the investigation into the Companies' finances indicates this collateral is mostly exhausted and likely has been for some years. It is also unclear if any of these security interests were ever perfected. The properties owned by the LPs are subject to mortgages and junior deeds of trust that, based on current estimated values for those properties, leave little or no equity in the individual LPs.

21. The proceeds from PISF Straight Lenders loans were sometimes used to make improvements to properties owned by PISF, to pay off existing PISF Straight Lenders, and buyout member interests. However, PISF does not appear to have used such funds to purchase any additional properties or to create a reserve fund.

22. A substantial amount of the funds invested by the PISF Straight Lenders' appear to have been used to (i) make interest payments to pre-existing PISF Straight Lenders, (ii) make interest payments to the PISF Junior DOT Lenders, (iii) make interest payments to the PFI Junior DOT Lenders, (iv) convert PISF Straight Lenders' principal and accrued interest into membership interests in PFI-managed limited liability companies, (v) make intra-company loans to PFI, (vi) make intra-company loans to LLCs for improvements and interest payments to members, and (vii) enrich Ken Casey and potentially others.

23. The finances of the Companies are such that, without accepting new investment or monies from PISF Straight Lenders, neither PISF nor PFI have sufficient cash flow to meet their monthly interest obligations to the existing PISF Straight Lenders or the PISF Junior DOT Lenders, the PFI Junior DOT Lenders, or pay promised quarterly returns to certain LLC members.

**EVENTS LEADING TO THIS BANKRUPTCY FILING**

24. As briefly discussed above, Ms. Albanese engaged Ragghianti Freitas shortly after Mr. Casey's death to, among other things, review the records relating to the Companies' real estate holdings and debt financing. At the outset of this review, Ragghianti Freitas concluded there were legitimate questions involving the structure and investment history of the Companies.

25. The Companies thereafter voluntarily approached the SEC and asked it to conduct a fact-finding inquiry into Mr. Casey and the Companies' multiple decades-worth of real estate investments. The SEC initiated its investigation on May 28, 2020.

26. During the pendency of the SEC's review, the Companies suspended making principal and/or interest payments to the PISF Straight Lenders. The Companies have also suspended payments on the second lien deeds of trust. New debt financing and investments have also been halted, because to do otherwise would be to endorse and continue criminal activity. The Companies have continued to make payments on the first lien deeds of trust, property taxes and property insurance, all of which are current. Aside from these issues, PFI continues its operations, including property management services, Manager duties in connection with the LLCs, and general partner duties in connection with the LPs.

27. Ragghianti Freitas informed many of the Companies' investors of the SEC's review via a communication sent to investors on June 4, 2020.

28. Upon my retention as the CRO for PFI, PFI asked for and received the resignations of all their existing corporate officers so that the Companies could work unimpeded on a game plan for restructuring their finances and operations.

29. During my tenure as CRO, the Companies have continued to update their investors regarding the status of the investigations into the Companies' operations and financial status, and have continued to supply extensive amounts of the Companies' documents and information to government agencies to support their investigations.

30. On July 16, 2020, a group of investors in PISF filed an involuntary chapter 11 bankruptcy petition against PISF, initiating Case No. 20-30579 before this Court.

**ASSET RECOVERIES**

31. It appears that the Companies' former CEO, Lewis Wallach ("Mr. Wallach") may have also benefitted from the manner in which Mr. Casey ran the Companies. At my instruction, Ragghianti Freitas obtained Mr. Wallach's agreement to return certain assets to the Companies.

32. Specifically, on July 14, 2020, Mr. Wallach caused just over $1,000,000 in cash to be wired to the Companies accounts from a limited liability company Mr. Wallach controls. In addition, Mr. Wallach has or will shortly execute agreements that require him to transfer title to two pieces of real estate to the Companies. One of these properties appears to be unencumbered by any debt and while the second property is encumbered by a deed of trust in favor of a bank, there still appears to be significant equity in it. The Companies have not obtained appraisals of these properties; however, it appears there are several million dollars of equity in these two properties.

33. Mr. Wallach's agreements to transfer these properties have not yet been consummated and I anticipate the Companies will, after consultation with any committee(s) formed in this case, present them to the Bankruptcy Court for review and approval. Importantly, the Companies are not relinquishing any rights in connection with the agreement pursuant to which Mr. Wallach wired the cash to the Companies or pursuant to which I anticipate Mr. Wallach will transfer title to the properties.

34. The Companies are also closely monitoring the probate proceedings that were initiated following Mr. Casey's death. It is likely that claims in the probate proceedings will be due in December of 2020, though the precise date has not yet been set. In consultation with the committee(s) formed in this case, the Companies intend to submit a claim or claims in Mr. Casey's probate proceedings at the appropriate time.

# NEXT STEPS FOR THE COMPANIES

35. Under my leadership, the Companies' central focus is to return as much value as possible to investors. This will necessarily require significant input from all investors, as there are many different types of investment as well as different ways in which these investments were transacted. The Companies have commenced these bankruptcy proceedings because the Companies believe this is the best way to provide a framework for investors to make their views known and to provide the most value to investors as possible. The Companies are hopeful that a committee (or committees) are quickly formed so that the investors are represented in an organized fashion.

36. Once that committee or those committees are formed, the Companies plan to immediately discuss with them the selection of an independent director to replace Ms. Albanese, who has already offered her resignation. The Companies are hopeful they will quickly reach an agreement on the identity of that independent director and can have that person appointed immediately.

37. In addition, the Companies plan to spend the first 60-90 days of these bankruptcy proceedings attempting to reach an overall negotiated agreement with all investor classes regarding the manner in which value will be returned to investors. If successful, the Companies anticipate this agreement will provide the framework for the Chapter 11 plan that will allow the Companies to exit from bankruptcy. I strongly believe the best outcome for investors is through a negotiated compromise.

38. While we are hopefully engaged in these negotiations, the Companies will continue to work diligently to preserve their assets by ensuring that all property management functions continue uninterrupted, including collection of rent, ongoing leasing and onsite maintenance and repairs to ensure stable and continued operations, since the underlying properties are the key value to all parties in interest.

39. The Companies do appear to have sufficient cash flow, however, to meet conventional bank debt obligations and their respective operating and maintenance expenses.

1    40.    In addition, the Companies plan to submit additional first day motions early the week of July 27th. Those motions will likely include motions to authorize the Companies' use of cash collateral, to maintain employee benefits, to maintain the Companies' insurance program, to maintain the Companies' existing bank accounts, and to provide adequate assurance to utilities.

41.    I anticipate that via future voluntary bankruptcy filings, involuntary bankruptcy filings, and adversary proceedings, the Court will obtain jurisdiction over all the LPs, LLC, and Real Properties described in this Declaration.

## MOTION FOR JOINT ADMINISTRATION

42.    As stated above, the Companies are related entities that are engaged in the same industry and the subject of chapter 11 bankruptcy petitions. Based on my review of the information available to the Companies at this time, the list of creditors and other parties-in-interest in these cases are substantially the same. Many of the motions, hearings, and orders that will be filed in the Companies' chapter 11 cases will almost certainly affect both Companies. It is my view that the separate administration of the Companies' cases will result in substantial duplication of pleadings and prosecution of matters, which would inevitably translate into significant cost, inefficiency and potential confusion.

43.    In the Motion for Joint Administration, the Debtors request entry of an order authorizing the joint administration of their chapter 11 cases for procedural purposes only as further described in that motion.

44.    Given the above, I believe that an order directing joint administration of the Companies' chapter 11 cases will reduce fees and costs by avoiding duplicative filings and objections, and will allow the U.S. Trustee and all parties-in-interest to monitor the Companies' chapter 11 cases with greater ease and efficiency, which will inure to the benefit of all interested parties, and will not harm the substantive rights of any party-in-interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2020, at Novato, California.

*Michael Hogan*

Michael Hogan.

**EXHIBIT A**



# **EXHIBIT B**

*Professional Financial Investors, Inc.*
*Summary Review of Properties as of June 2020* (1)

| SUMMARY | | | | | | | PROPERTY DETAILS | | | | VALUATION (2) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Type | Owner | TYPE | Mort | DOT | TIC | Interest/Equity | Property | | City | zip | Broker Opinion of Value |
| I | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Ignacio Hills Tennis & Garden Apts. | 475 Ignacio Blvd | Novato | 94949 | $ 7,763,688.00 |
| IV | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Ignacio Hills Tennis & Garden Apts. | 551 Alameda Del Prado | Novato | 94949 | $ 3,500,000.00 |
| VII | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Albion Terrace Apts. | 225 Nova Albion Way | San Rafael | 94903 | $ 16,000,000.00 |
| IX | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Northgate Apts. | 825 Las Gallinas Avenue | San Rafael | 94903 | $ 19,600,000.00 |
| XII | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Ignacio Hills Tennis & Garden Apts. | 445 Ignacio Blvd | Novato | 94949 | $ 8,000,000.00 |
| XIII | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Lincoln Villa | 1825 Lincoln Avenue | San Rafael | 94901 | $ 21,440,000.00 |
| XIV | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Fairway Apts. | 1000 Ignacio Blvd | Novato | 94949 | $ 21,600,000.00 |
| XV | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Country Club Apt. | 980 Ignacio Blvd | Novato | 94949 | $ 6,930,000.00 |
| XVII | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Oak Hill Apts. | 216 Marin Street | San Rafael | 94901 | $ 14,000,000.00 |
| XVIII | RES | PISF/LP | LP | ✓ | ✓ | | ✓ | Ignacio Gardens | 380 - 450 Alameda Del Prado | Novato | 94949 | $ 40,800,000.00 |
| 20 | RES | PFI/LLC | LLC | ✓ | | | ✓ | Ignacio Hills Tennis & Garden Apts. | 511 & 531 Alameda Del Prado | Novato | 94949 | $ 8,750,000.00 |
| 21 | RES | PFI/LLC | LLC | ✓ | | | ✓ | Ignacio Hills Tennis & Garden Apts. | 401 Ignacio Blvd. & 521 Alameda Del Prado | Novato | 94949 | $ 12,875,000.00 |
| 22 | RES | PFI/LLC | LLC | ✓ | | | ✓ | Sonoma Mission Apts. | 120 Orchard Ave | Sonoma | 95416 | $ 11,125,000.00 |
| 23 | COM | PFI/LLC | LLC | ✓ | | | ✓ | City Center | 1701 Novato Blvd. | Novato | 94947 | $ 11,000,000.00 |
| 24 | COM | PFI/LLC | LLC | ✓ | | | ✓ | Baywood Center | 1682 Novato Blvd. | Novato | 94947 | $ 5,750,000.00 |
| 25 | COM | PFI/LLC | LLC | ✓ | | | ✓ | Creekside | 7 Mt. Lassen Drive | San Rafael | 94903 | $ 5,712,500.00 |
| 26 | COM | PFI/LLC | LLC | ✓ | | | ✓ | 100 Tamal Vista | 100 Tamal Vista | Corte Madera | 94925 | $ 8,475,000.00 |
| 27 | COM | PFI/LLC | LLC | ✓ | | | ✓ | Novato Business Center | 1500.1510.1516 Grant Ave. | Novato | 94945 | $ 7,125,000.00 |
| 28/110 | RES | PFI/LLC | LLC | ✓ | | | ✓ | Ignacio Hills Tennis & Garden Apts. | 481 Ignacio Blvd | Novato | 94949 | $ 5,875,000.00 |
| 29/117 | COM | PFI/LLC | LLC | ✓ | | | ✓ | The Broadway | 1151 Broadway | Sonoma | 95476 | $ 3,375,000.00 |
| 30 | COM | PFI/LLC | LLC | ✓ | | | ✓ | The Redwoods | 1341-1353 Redwood Way | Petaluma | 94945 | $ 10,300,000.00 |
| 31 | COM | PFI/LLC | LLC | ✓ | | | ✓ | San Pedro Business Center | 30 North San Pedro Rd | San Rafael | 94903 | $ 6,612,500.00 |
| 32 | COM | PFI/LLC | LLC | ✓ | | | ✓ | The Northgate Business Center | 555 North Gate Drive | San Rafael | 94903 | $ 6,100,000.00 |
| 33 | RES | PFI/LLC | LLC | ✓ | | | ✓ | Ignacio Place Apartment | 335 Enfrente Rd | Novato | 94949 | $ 14,850,000.00 |
| 34 | COM | PFI/LLC | LLC | ✓ | | | ✓ | Gateway Business Center | 851 Irwin Street | San Rafael | 94901 | $ 8,975,000.00 |
| 35 | COM | PFI/LLC | LLC | ✓ | | | ✓ | Sequoia Business Center | 1425 North McDowell | Petaluma | 94954 | $ 6,750,000.00 |
| 36 | RES | PFI/LLC | LLC | ✓ | | | ✓ | Village Green Apts. | 350 Robinson St. | Sonoma | 95476 | $ 9,050,000.00 |
| 37 | COM | PFI/LLC | LLC | ✓ | | | ✓ | Broadway Square | 10 Maple St & 635-651 Broadway | Sonoma | 95476 | $ 4,550,000.00 |
| 38 | COM | PFI/LLC | LLC | ✓ | | | ✓ | Northgate Professional Center | 899 Northgate Dr | San Rafael | 94903 | $ 23,625,000.00 |
| 39 | COM | PFI/LLC | LLC | ✓ | | | ✓ | 4th Street Business Center | 523 4th St & 930 Irwin St. | San Rafael | 95401 | $ 7,100,000.00 |
| 40 | RES | PFI/LLC | LLC | ✓ | | | ✓ | Madrone Apartment Homes | 15411-15499 Marty Drive | Glen Ellen | 95442 | $ 9,250,000.00 |
| 41/121 | RES | PFI/LLC/TIC | LLC/TIC | ✓ | | ✓ | ✓ | Marin Heights Apartment Homes | 19 Merrydale Rd | San Rafael | 94903 | $ 6,037,500.00 |
| 42 | COM | PFI/LLC | LLC | ✓ | | | ✓ | Northgate Heights Business Center | 1050 Northgate Dr. | San Rafael | 95401 | $ 20,900,000.00 |
| 43 | RES | PFI/LLC/TIC | LLC/TIC | ✓ | | ✓ | ✓ | The Height Apartment Homes | 109 Professional Center Parkway | San Rafael | 94903 | $ 7,175,000.00 |
| 44 | RES | PFI/LLC/TIC | LLC/TIC | ✓ | | ✓ | ✓ | Sycamore Creek Apartments | 100 Sycamore Ave | San Anselmo | 94960 | $ 9,175,000.00 |
| 45 | COM | PFI/LLC/TIC | LLC/TIC | ✓ | | ✓ | ✓ | The American Building | 1099 D. Street | San Rafael | 95401 | $ 10,505,000.00 |
| 46 | RES | PFI/LLC | LLC | ✓ | | | ✓ | Woodland Apartments | 285 Woodland Ave | San Rafael | 95401 | $ 6,075,000.00 |
| 47 | COM | PFI/LLC/TIC | LLC/TIC | ✓ | | ✓ | ✓ | Hunt Plaza | 240 Tamal Vista | Corte Madera | 92925 | $ 8,350,000.00 |

DRAFT - SUBJECT TO CHANGE AND FURTHER INVESTIGATION AND NOTES TO PRESENTATION 7/26/2020

**Professional Financial Investors, Inc.**
*Summary Review of Properties as of June 2020* [1]

| | SUMMARY | | | | | | PROPERTY DETAILS | | | | VALUATION [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Type | Owner | TYPE | Mort | DOT | TIC | Interest/Equity | Property | | City | zip | Broker Opinion of Value |
| 48 | RES | PFI/LLC/TIC | LLC/TIC | ✓ | | ✓ | ✓ | Parc Marin | 1441 Casa Buena Drive | Corte Madera | 94952 | $ 20,500,000.00 |
| 49 | RES | PFI/LLC/TIC | LLC/TIC | ✓ | | ✓ | ✓ | Lincoln Redwoods | 1732 Lincoln Ave | San Rafael | 94901 | $ 7,137,500.00 |
| 100 | RES | PFI | PFI | ✓ | ✓ | | | Ignacio Hills Tennis & Garden Apts. | 461 Ignacio Blvd | Novato | 94949 | $ 4,550,000.00 |
| 101 | RES | PFI | PFI | | ✓ | | | Ignacio Hills Tennis & Garden Apts. | 501 Alameda Del Prado | Novato | 94949 | $ 3,650,000.00 |
| 102 | RES | PFI | PFI | ✓ | ✓ | | | Hammondale | 1 Hammondale Court | San Rafael | 94901 | $ 2,235,000.00 |
| 103 | COM | PFI | PFI | ✓ | ✓ | | | Mariners Landing | 200 Gate 5 Road | Sausalito | 94965 | $ 9,575,000.00 |
| 104 | COM | PFI | PFI | ✓ | ✓ | | | Duffy Place | 21 - 37 Duffy Place | San Rafael | 94901 | $ 11,602,500.00 |
| 105 | RES | PFI | PFI | | ✓ | | | Ignacio Lane | 49 Ignacio Lane | Novato | 94949 | $ 2,585,000.00 |
| 106 | RES | PFI | PFI | ✓ | ✓ | | | Pacheco Villa | 17-23, 30-42 Clay Court | Novato | 94949 | $ 6,900,000.00 |
| 107 | RES | PFI | PFI | ✓ | ✓ | | | 107 Marin | 107 Marin Street | San Rafael | 94901 | $ 3,800,000.00 |
| 108 | RES | PFI | PFI | ✓ | ✓ | | | 885 Broadway | 885 Broadway | Sonoma | 95476 | $ 5,425,000.00 |
| 109 | RES | PFI | PFI | ✓ | ✓ | | | Brookside | 515 B. Street | San Rafael | 94901 | $ 3,120,000.00 |
| 111 | RES | PFI | PFI | ✓ | ✓ | | | Redwood Manor | 355 Boyes Blvd | Sonoma | 95476 | $ 2,787,500.00 |
| 112 | COM | PFI | PFI | ✓ | ✓ | | | North Bay Business Center | 7200 Redwood Blvd. | Novato | 94945 | $ 12,930,000.00 |
| 114 | COM | PFI | PFI | ✓ | ✓ | | | The Keys Center | 353-359 Bel Marin Keys | Novato | 94949 | $ 5,572,500.00 |
| 115 | RES | PFI | PFI | ✓ | ✓ | | | Merrydale View Apartments | 7 Merrydale Road | San Rafael | 94903 | $ 2,942,500.00 |
| 116 | RES | PFI | PFI | ✓ | ✓ | | | Novato Court Apts. | 1506 Vallejo Ave. | Novato | 94945 | $ 2,055,000.00 |
| 117 | COM | PFI | PFI | ✓ | ✓ | | | Las Galinas Business Center | 117-121 Paul Drive | San Rafael | 94903 | $ 1,675,000.00 |
| 118 | RES | PISF/LP | PFI/TIC | | | ✓ | | 16914 Sonoma Hwy | 16914 Sonoma Hwy | Sonoma | 95476 | $ 6,050,000.00 |
| 119 | RES | PFI | PFI | ✓ | ✓ | | | 419 Prospect Drive | 419 Prospect Drive | San Rafael | 94901 | $ 3,825,000.00 |
| 120 | RES | PFI/LLC/TIC | LLC/TIC | ✓ | ✓ | ✓ | | Glenwood Apartments | 1222 Irwin St. | San Rafael | 94901 | $ 3,850,000.00 |
| 122 | RES | PFI | PFI | | ✓ | | | 1129 3rd St. Apts | 1129 3rd St. | Novato | 94945 | $ 1,650,000.00 |
| 123 | RES | PFI | PFI | | | | | Rafael Gardens | 1315 Lincoln Ave | San Rafael | 94901 | $ 5,187,500.00 |
| 124 | RES | PFI | PFI | ✓ | | | | Woodland Apartments | 390 Woodland Ave. | San Rafael | 94901 | $ 2,087,500.00 |
| SL | COM | PFI | PFI | ✓ | | | | Santa Land | 300 Entrada Dr. | Novato | 94949 | $ 2,750,000.00 |
| x1 | COM | PFI | PFI | ✓ | | | | Suite 102 | 350 Ignacio Blvd., Suite 100 | Novato | 94949 | $ 742,000.00 |
| x2 | COM | PFI | PFI | | ✓ | | | Suite 101 | 350 Ignacio Blvd., Suite 101 | Novato | 94949 | $ 640,200.00 |
| x3 | COM | PFI | PFI | | ✓ | | | Suite 103 | 350 Ignacio Blvd., Suite 103 | Novato | 94949 | $ 640,200.00 |
| x4 | COM | PFI | PFI | | ✓ | | | Suite 200 | 350 Ignacio Blvd., Suite 200 | Novato | 94949 | $ 707,392.00 |
| x5 | COM | PFI | PFI | | ✓ | | | Suite 201 | 350 Ignacio Blvd., Suite 201 | Novato | 94949 | $ 752,220.00 |
| x6 | COM | PFI | PFI | ✓ | | | | Suite 203 | 350 Ignacio Blvd., Suite 202 | Novato | 94949 | $ 761,400.00 |
| x7 | COM | PFI | PFI | ✓ | | | | Suite 300 | 350 Ignacio Blvd., Suite 300 | Novato | 94949 | $ 1,298,500.00 |
| | | | | | | | | | | | | $ 555,060,600.00 |

Notes:

1. This initial draft has been prepared based on information generated from the books and records of Professional Financial Investors, Inc. ("PFI") and Professional Investors Security Fund, Inc. ("PISF" and collectively the "Company"), unless otherwise noted. This information has not been audited or reviewed or independently verified at this time and certain discrepancies have been identified during this work that require further investigation. Further, the information was derived at certain points of time and is subject to change. This draft is being continuously updated as new information becomes available or further investigation is undertaken and should be treated as preliminary.

2. Property valuations are derived from broker opinions of value that were generated on June 5, 2020 for the LP properties and July 3, 2020 for the LLCs and PFI owned properties, with the exception of the suites in headquarters building at 350 Ignacio Blvd which are condominiums.

3. Based on information prepared by the Company as of June 30, 2020 and subject to further confirmation against the underlying recorded documents. The total amount of Net Equity that would ultimately be available to equity/interest holders in the LPs and LLCs, Tenants in Common and Straight Noteholders, and the distribution to those parties would be dependent on their respective positions.

| | | 1st MORTGAGE (3) | | | | | | DEED OF TRUST (3) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Payment | Loan Amt | Start date | Rate | Ending Balance as of 06/30/2020 | Net Equity After First Lien | Created Date | Detailed Principal 6/20 | Instrument # | Recorded Date | Net Equity after DOT |
| I | I | $ 4,175,000.00 | 8/1/2018 | 4.550% | $ 4,175,000.00 | $ 3,588,688.00 | 12/16/19 | $ 3,139,933.39 | 2019-0047363 | 12/13/19 | $ 448,754.61 |
| IV | I/P | $ 2,312,300.00 | 4/1/2020 | 3.600% | $ 2,312,300.00 | $ 1,187,700.00 | 09/16/15 | $ 1,512,250.00 | 2015-0054339 | 11/17/15 | $ (324,550.00) |
| VII | I | $ 9,500,000.00 | 10/24/2017 | 3.820% | $ 9,500,000.00 | $ 6,500,000.00 | 10/16/15 | $ 6,050,000.00 | 2019-0011110 | 04/05/19 | $ 450,000.00 |
| IX | I | $ 12,000,000.00 | 2/1/2019 | 4.440% | $ 12,000,000.00 | $ 7,600,000.00 | 05/16/18 | $ 10,037,678.00 | 2019-0012047 | 04/12/19 | $ (2,437,678.00) |
| XII | I | $ 4,934,500.00 | 7/31/2014 | 4.500% | $ 4,934,500.00 | $ 3,065,500.00 | 08/01/19 | $ 3,570,166.00 | 2019-0028245 | 08/08/19 | $ (504,666.00) |
| XIII | I | $ 13,205,000.00 | 1/1/2019 | 4.676% | $ 13,205,000.00 | $ 8,235,000.00 | 02/16/20 | $ 10,383,983.55 | 2020-0005998 | 02/14/20 | $ (2,148,983.55) |
| XIV | I | $ 12,000,000.00 | 1/1/2019 | 4.676% | $ 12,000,000.00 | $ 9,600,000.00 | 03/16/16 | $ 8,953,183.62 | 2019-0011109 | 04/05/19 | $ 646,816.38 |
| XV | I/P | $ 4,150,000.00 | 6/1/202 | 3.860% | $ 4,138,639.78 | $ 2,791,360.22 | 02/16/19 | $ 3,707,001.89 | 2019-0004525 | 02/15/19 | $ (915,641.67) |
| XVII | I | $ 7,940,000.00 | 6/26/2019 | 4.020% | $ 7,940,000.00 | $ 6,060,000.00 | 09/16/16 | $ 6,230,861.02 | 2019-0024503 | 07/12/19 | $ (170,861.02) |
| XVIII | I | $ 22,600,000.00 | 10/1/2013 | 4.350% | $ 22,600,000.00 | $ 18,200,000.00 | 11/16/16 | $ 14,844,100.00 | 2019-0028392 | 08/09/19 | $ 3,355,900.00 |
| 20 | I | $ 4,013,900.00 | 2/1/2018 | 4.150% | $ 3,997,690.80 | $ 4,752,309.20 | | | | | $ 4,752,309.20 |
| 21 | I | $ 5,956,700.00 | 2/1/2018 | 4.150% | $ 5,923,652.47 | $ 6,951,347.53 | | | | | $ 6,951,347.53 |
| 22 | I | $ 7,000,000.00 | 1/1/2018 | 3.940% | $ 7,000,000.00 | $ 4,125,000.00 | | | | | $ 4,125,000.00 |
| 23 | I/P | $ 5,595,000.00 | 3/25/2015 | 3.442% | $ 5,375,106.52 | $ 5,624,893.48 | | | | | $ 5,624,893.48 |
| 24 | I/P | $ 4,600,000.00 | 4/16/2015 | 3.930% | $ 4,426,847.15 | $ 1,323,152.85 | | | | | $ 1,323,152.85 |
| 25 | I/P | $ 4,484,000.00 | 7/21/2015 | 3.990% | $ 4,344,892.91 | $ 1,367,607.09 | | | | | $ 1,367,607.09 |
| 26 | I | $ 5,000,000.00 | 12/1/2019 | 3.700% | $ 5,000,000.00 | $ 3,475,000.00 | | | | | $ 3,475,000.00 |
| 27 | I/P | $ 2,745,000.00 | 12/28/2015 | 4.120% | $ 2,681,829.96 | $ 4,443,170.04 | | | | | $ 4,443,170.04 |
| 28 | I/P | $ 2,750,000.00 | 12/15/2015 | 3.890% | $ 2,538,252.24 | $ 3,336,747.76 | | $ 1,541,000.00 | | | $ 1,795,747.76 |
| 29 | I/P | $ 2,097,000.00 | 7/15/2019 | 4.250% | $ 2,055,194.80 | $ 1,319,805.20 | | $ 800,000.00 | | | $ 519,805.20 |
| 30 | I/P | $ 4,950,000.00 | 7/6/2016 | 4.250% | $ 4,858,441.25 | $ 5,441,558.75 | | | | | $ 5,441,558.75 |
| 31 | I | $ 5,044,000.00 | 1/23/2020 | 4.250% | $ 5,044,000.00 | $ 1,568,500.00 | | | | | $ 1,568,500.00 |
| 32 | I | $ 3,264,000.00 | 9/26/2016 | 3.950% | $ 3,221,081.14 | $ 2,878,918.86 | | | | | $ 2,878,918.86 |
| 33 | I | $ 8,456,200.00 | 1/24/2020 | 4.100% | $ 8,456,200.00 | $ 6,393,800.00 | | | | | $ 6,393,800.00 |
| 34 | I | $ 4,900,000.00 | 6/1/2017 | 4.510% | $ 4,900,000.00 | $ 4,075,000.00 | | | | | $ 4,075,000.00 |
| 35 | I | $ 4,800,000.00 | 6/1/2020 | 4.600% | $ 4,784,977.28 | $ 1,965,022.72 | | | | | $ 1,965,022.72 |
| 36 | I | $ 5,250,000.00 | 8/9/2017 | 4.250% | $ 5,250,000.00 | $ 3,800,000.00 | | | | | $ 3,800,000.00 |
| 37 | I | $ 4,065,000.00 | 2/27/2018 | 5.000% | $ 4,065,000.00 | $ 485,000.00 | | | | | $ 485,000.00 |
| 38 | I | $ 11,400,000.00 | 2/15/2018 | 4.450% | $ 11,341,837.63 | $ 12,283,162.37 | | | | | $ 12,283,162.37 |
| 39 | I | $ 4,100,000.00 | 11/1/2018 | 4.780% | $ 4,100,000.00 | $ 3,000,000.00 | | | | | $ 3,000,000.00 |
| 40 | I | $ 4,550,000.00 | 8/17/2018 | 4.453% | $ 4,550,000.00 | $ 4,700,000.00 | | | | | $ 4,700,000.00 |
| 41 | I | $ 3,175,000.00 | 1/30/2018 | 3.900% | $ 3,175,000.00 | $ 2,862,500.00 | | | | | $ 2,862,500.00 |
| 42 | I | $ 11,865,000.00 | 9/10/2018 | 5.230% | $ 11,865,000.00 | $ 9,035,000.00 | | | | | $ 9,035,000.00 |
| 43 | I | $ 3,850,000.00 | 2/1/2019 | 4.840% | $ 3,850,000.00 | $ 3,325,000.00 | | | | | $ 3,325,000.00 |
| 44 | I | $ 4,200,000.00 | 5/10/2018 | 4.150% | $ 4,200,000.00 | $ 4,975,000.00 | | | | | $ 4,975,000.00 |
| 45 | | $ 6,600,000.00 | 8/29/2019 | 4.400% | $ 6,600,000.00 | $ 3,905,000.00 | | | | | $ 3,905,000.00 |
| 46 | I | $ 3,600,000.00 | 8/19/2019 | 4.000% | $ 3,600,000.00 | $ 2,475,000.00 | | | | | $ 2,475,000.00 |
| 47 | I | $ 5,730,000.00 | 10/29/2019 | 4.250% | $ 5,730,000.00 | $ 2,620,000.00 | | | | | $ 2,620,000.00 |

| | 1st MORTGAGE (3) | | | | | | DEED OF TRUST (3) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Payment | Loan Amt | Start date | Rate | Ending Balance as of 06/30/2020 | Net Equity After First Lien | Created Date | Detailed Principal 6/20 | Instrument # | Recorded Date | Net Equity after DOT |
| 48 | I | $ 12,300,000.00 | 2/1/2020 | 3.900% | $ 12,300,000.00 | $ 8,200,000.00 | | | | | $ 8,200,000.00 |
| 49 | I | $ 4,150,000.00 | 2/14/2020 | 3.800% | $ 4,150,000.00 | $ 2,987,500.00 | | | | | $ 2,987,500.00 |
| 100 | I | $ 2,300,000.00 | 12/20/2016 | 3.750% | $ 2,275,435.82 | $ 2,274,564.18 | 05/16/18 | $ 917,500.00 | 2018-0016848 | 05/11/18 | $ 1,357,064.18 |
| 101 | | $ 3,399,340.89 | | | $ 3,399,340.89 | $ 250,659.11 | 05/16/17 | $ 1,293,601.00 | 2018-0041593 | 12/06/18 | $ (1,042,941.89) |
| 102 | I | $ 1,422,600.00 | 6/1/2019 | 4.275% | $ 1,422,600.00 | $ 812,400.00 | 10/01/18 | $ 500,000.00 | 2019-0028244 | 08/08/19 | $ 312,400.00 |
| 103 | I | $ 5,350,000.00 | 8/1/2017 | 4.240% | $ 5,350,000.00 | $ 4,225,000.00 | 12/16/18 | $ 4,995,483.78 | 2018-0041582 | 12/06/18 | $ (770,483.78) |
| 104 | I | $ 5,900,000.00 | 9/15/2017 | 4.240% | $ 5,900,000.00 | $ 5,702,500.00 | 06/16/19 | $ 3,186,964.91 | 2019-0021826 | 06/24/19 | $ 2,515,535.09 |
| 105 | | | | | | $ 2,585,000.00 | 07/01/19 | $ 2,430,000.00 | 2019-0021824 | 06/24/19 | $ 155,000.00 |
| 106 | I | $ 3,560,000.00 | 1/12/2018 / 3/12/2020 | 4.07% / 4.5% | $ 3,560,000.00 | $ 3,340,000.00 | 02/16/17 | $ 1,572,000.00 | 2018-0006773 | 02/28/18 | $ 1,768,000.00 |
| 107 | I/P | $ 2,370,500.00 | 1/16/2015 | 4.013% | $ 2,370,353.16 | $ 1,429,646.84 | 09/16/15 | $ 1,952,500.00 | 2015-0054338 | 11/17/15 | $ (522,853.16) |
| 108 | I | $ 3,055,550.00 | 10/1/2018 | 4.612% | $ 3,055,550.00 | $ 2,369,450.00 | 05/16/20 | $ 2,548,800.00 | 2020037072 | 05/15/20 | $ (179,350.00) |
| 109 | I/P | $ 1,825,000.00 | 5/15/2020 | 3.725% | $ 1,822,531.25 | $ 1,297,468.75 | 08/16/15 | $ 1,700,000.00 | 2019-0012048 | 04/12/19 | $ (402,531.25) |
| 111 | I | $ 1,540,000.00 | 12/29/2017 | 4.360% | $ 1,540,000.00 | $ 1,247,500.00 | 1/16/2016 | $ 1,000,000.00 | 2017009386 | 2/6/2017 | $ 247,500.00 |
| 112 | I/P | $ 3,960,000.00 | 3/4/2016 | 4.500% | $ 3,860,855.53 | $ 9,069,144.47 | 04/16/16 | $ 3,434,300.00 | 2018-0041591 | 12/06/18 | $ 5,634,844.47 |
| 114 | I | $ 2,420,000.00 | 10/21/2016 | 4.000% | $ 2,328,675.33 | $ 3,243,824.67 | 02/01/17 | $ 898,000.00 | 2017-0005217 | 02/06/17 | $ 2,345,824.67 |
| 115 | I | $ 1,275,000.00 | 6/7/2017 | 3.990% | $ 1,275,000.00 | $ 1,667,500.00 | 12/01/17 | $ 991,706.73 | 2019-0028246 | 12/07/17 | $ 675,793.27 |
| 116 | I | $ 900,000.00 | 4/24/2017 | 4.750% | $ 898,504.31 | $ 1,156,495.69 | 06/16/17 | $ 690,000.00 | 2017-0026277 | 06/30/17 | $ 466,495.69 |
| 117 | I/P | $ 1,495,000.00 | 9/7/2016 | 3.850% | $ 1,430,514.80 | $ 244,485.20 | 09/16/16 | $ 683,765.61 | 2016-0043476 | 09/26/16 | $ (439,280.41) |
| 118 | I | $ 2,500,000.00 | 7/28/2017 | 4.010% | $ 2,500,000.00 | $ 3,550,000.00 | | | | | $ 3,550,000.00 |
| 119 | I | $ 2,005,000.00 | 12/12/2017 | 4.290% | $ 2,005,000.00 | $ 1,820,000.00 | 12/1/2017 | $ 1,105,000.00 | 2017-0051553 | 12/27/2017 | $ 715,000.00 |
| 120 | I | $ 1,885,000.00 | 12/18/2017 | 4.050% | $ 1,885,000.00 | $ 1,965,000.00 | 12/01/18 | $ 872,000.00 | 2019-0010262 | 03/29/19 | $ 1,093,000.00 |
| 122 | | | | | | $ 1,650,000.00 | 07/16/19 | $ 1,375,000.00 | 2019-0025468 | 07/19/19 | $ 275,000.00 |
| 122 | | $ 3,000,000.00 | | | $3,000,000.00 | $ 2,187,500.00 | | | | | $ 2,187,500.00 |
| 124 | I | $ 1,380,000.00 | 12/1/2019 | 3.610% | $ 1,380,000.00 | $ 707,500.00 | | | | | $ 707,500.00 |
| SL | I | $ 1,740,000.00 | 11/21/2019 | 4.380% | $ 1,740,000.00 | $ 1,010,000.00 | | | | | $ 1,010,000.00 |
| x1 | | $ 900,000.00 | | | $ 628,891.74 | $ 113,108.26 | | | | | $ 113,108.26 |
| x2 | | | | | | $ 640,200.00 | 03/16/17 | $ 579,000.00 | 2019-0031011 | 08/28/19 | $ 61,200.00 |
| x3 | | | | | | $ 640,200.00 | 03/16/17 | $ 633,000.00 | 2019-0031013 | 08/28/19 | $ 7,200.00 |
| x4 | | | | | | $ 707,392.00 | 02/01/17 | $ 523,000.00 | 2017-0005216 | 02/06/17 | $ 184,392.00 |
| x5 | | | | | | $ 752,220.00 | 03/16/17 | $ 749,284.00 | 2017-0020106 | 05/18/17 | $ 2,936.00 |
| x6 | I/P | $ 423,000.00 | 9/29/2016 | 3.850% | $ 404,962.94 | $ 356,437.06 | | | | | $ 356,437.06 |
| x7 | I | $ 735,000.00 | 9/29/2016 | 4.250% | $ 735,000.00 | $ 563,500.00 | | | | | $ 563,500.00 |
| | | $ 308,648,591 | | | $ 306,958,660 | $ 248,101,940 | | $ 105,401,064 | | | $ 142,700,877 |