TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
**CAMERON M. GULDEN, #MN 310931**
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Rm 3009
Reno, NV 89509
Telephone: (775) 784-5335
Telecopier: (775) 784-5531
Email: cameron.m.gulden@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 20-30604 |
| PROFESSIONAL FINANCIAL INVESTORS, INC., | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests to be added to the electronic service matrix and that all required notices, pleadings and documents be directed to:

    Office of the United States Trustee
    Attn: Cameron M. Gulden
    300 Booth Street, Rm 3009
    Reno, NV 89509
    Email: cameron.m.gulden@usdoj.gov

                                        Respectfully Submitted,

Dated: July 27, 2020                    /s/ Cameron M. Gulden
                                          Cameron M. Gulden, Trial Attorney
                                          Attorney for Tracy Hope Davis,
                                          United States Trustee for Region 17

Notice of Appearance