**Mark H. Atkins, SBN 122319**
**Bruce L. Belton, SBN 114645**
**Martha Evensen Opich 95117**
Tri Counties Bank Legal Department
Post Office Box 992570
Redding, California 96099-2570
(530) 879-4282
(530) 248-3300 Fax

Attorneys for Tri Counties Bank, Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| In Re: <br><br> PROFESSIONAL FINANCIAL INVESTORS, INC. <br><br> Debtors. | Case No: **20-30604 HLB-11** |

**NOTICE OF APPEARANCE**

**AND REQUEST FOR SPECIAL NOTICE**

Pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002(g) and (i), and Federal Rules of Bankruptcy Procedure 3017(a), Tri Counties Bank, a California banking corporation, creditor in this case, hereby files a Notice of Appearance and requests that all matters which must be noticed to creditors, any creditors' committee and other parties in interest [Rules 2002(a), (b) and (c)], whether sent by the Court, the debtor or any other party in this matter, be sent to the person at the address set forth below.

Tri Counties Bank further requests that pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

/////

/////

1

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

|  |  |
|---|---|
| Mark H. Atkins | |
| Tri Counties Bank Legal Department | |
| Post Office Box 992570 | |
| Redding, California 96099-2570 | |
| Email: legalservices@tcbk.com | |

Dated: July 28, 2020                                Tri Counties Bank

_____
Bruce L. Belton
Attorney for Tri Counties Bank

2

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
Case: 20-30604    Doc# 13    Filed: 07/28/20    Entered: 07/28/20 14:10:28    Page 2 of 2