SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947
Email:       okatz@sheppardmullin.com
           bmarum@sheppardmullin.com
           mklinger@sheppardmullin.com
           gsegretti@sheppardmullin.com

Proposed Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 20-30604 |
| PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation, | (Jointly Administered with Case No. 20-30579) |
| | Chapter 11 |
| Debtors. | **EMERGENCY MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL** |
| | *[Hearing Requested on Shortened Time]* |
| | Date:     August 5, 2020 |
| | Time:     TBD |
| | Judge:   Hannah L. Blumenstiel |
| | Place:   **Telephonic/Video Appearances Only** |
| |        450 Golden Gate Avenue |
| |        16th Floor, Courtroom 19 |
| |        San Francisco, CA 94102 |

SMRH:4827-1768-2629.6
SMRH-319169

# **TABLE OF CONTENTS**

Page

I. INTRODUCTION ........................................................................................ 1

SUMMARY OF RELIEF REQUESTED ....................................................... 1

II. CERTIFICATION ................................................................................... 1

III. STATEMENT OF FACTS ...................................................................... 1

    A.    The Debtors' Background ................................................................ 1

    B.    PFI's Real Properties and Secured Prepetition Indebtedness ......... 1

    C.    PFI's Immediate Need for Cash Collateral ..................................... 3

IV. THE PROPOSED USE OF CASH COLLATERAL ............................... 3

V. ARGUMENT ........................................................................................... 4

    1.    The Proposed Use of Cash Collateral is Warranted and Should be Approved ................................................................. 4

    2.    The Proposed Adequate Protection Should be Approved ................ 5

VI. NEED FOR EMERGENCY RELIEF ...................................................... 6

VII. REQUEST FOR WAIVER OF ANY APPLICABLE STAY .................. 7

VIII. CONCLUSION ...................................................................................... 7

# TABLE OF AUTHORITIES

Page(s)

Cases

*Chrysler Credit Corp. v. George Ruggiere Chrysler-Plymouth, Inc. (In re George Ruggiere Chrysler-Plymouth, Inc.)*
727 F.2d 1017 (11th Cir. 1984)..................................................................7

*In re Martin*
761 F.2d 472 (8th Cir. 1985)......................................................................8

*MBank Dallas, N.A. v. O'Connor (In re O'Connor)*
808 F.2d 1393 (10th Cir. 1987)..............................................................7, 8

*In re Mickler*
9 B.R. 121 (Bankr. M.D. Fla. 1981)..........................................................7

*In re Shaw Indus., Inc.*
300 B R. 861 (Bankr. W.D. Pa. 2003).........................................................8

*In re Swedeland Dev. Group, Inc.*
16 F.3d 552 (3d Cir. 1994).........................................................................8

Statutes

United States Code Title 11 §§ 105(a), 361, and 363...................................1

Bankruptcy Code § 361................................................................................8

Bankruptcy Code § 363(a) ......................................................................1, 7

Bankruptcy Code § 363(c)(2)......................................................................7

Bankruptcy Code §§ 363(c)(2) and (e) .......................................................9

Bankruptcy Code § 363(e)...........................................................................8

Bankruptcy Code §§ 1107(a) and 1108 ......................................................3

Other Authorities

Bankruptcy Rule 4001(b)(1)(B) .................................................................1

Bankruptcy Rule 4001(b)(2) .......................................................................9

Bankruptcy Rule 6003...........................................................................9, 10

Case: 20-30604    Doc# 24    Filed: 07/30/20    Entered: 07/30/20 22:46:27    Page 3 of 55

Bankruptcy Rule 6004(h) ............................................................................. 10

Bankruptcy Rules 4001(b)(2) and 6003 .................................................... 9

Federal Rules of Bankruptcy Procedure Rule 4001 ................................... 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case: 20-30604    Doc# 24    Filed: 07/30/20    Entered: 07/30/20 22:46:27    Page 4 of 55

# I.

## INTRODUCTION

Professional Financial Investors, Inc. ("<u>PFI</u>") and Professional Investors Security Fund, Inc. ("<u>PISF</u>" and, together with PFI, the "<u>Debtors</u>"), the debtors in the respective above-captioned bankruptcy cases, hereby file this motion (the "<u>Motion</u>"), pursuant to sections 105(a), 361, and 363 of Title 11 of the United States Code, as amended ("<u>Bankruptcy Code</u>") and to Rule 4001 of the Federal Rules of Bankruptcy Procedure, as amended ("<u>Bankruptcy Rules</u>"), for entry of an interim and final order, in substantially the form attached to this Motion as Exhibit "A": (i) authorizing PFI to use funds that may constitute "cash collateral" as defined in Bankruptcy Code section 363(a) ("<u>Cash Collateral</u>") for payment of costs and expenses incurred in the ordinary course of PFI's business managing and maintaining its real property assets in accordance with the budget ("<u>Budget</u>") attached to this Motion as Exhibit "B;" (ii) authorizing PFI to provide adequate protection to its secured creditors for any diminution in the value of their interest in their collateral; (iii) scheduling a final hearing ("<u>Final Hearing</u>") to consider the relief requested in the Motion and approving the form of notice with respect to the Final Hearing; and (iv) granting related relief.

## SUMMARY OF RELIEF REQUESTED

In accordance with Bankruptcy Rule 4001(b)(1)(B), the Debtor provides the following summary of the proposed use of Cash Collateral:

A. <u>Parties with Interest in Cash Collateral</u>: The parties with an interest in the Cash Collateral are PFI and those bank and investor lenders identified in Exhibit C to this Motion, who hold either a First Lien Mortgage or a Second Lien Mortgage.[1]

B. <u>Use of Cash Collateral</u>: To provide and/or pay for the services that PFI has customarily provided to the specific PFI Real Property (as defined below) to which such Cash Collateral pertains, including payment of taxes incurred in connection with the PFI

Real Properties, maintaining customary insurance coverage of each PFI Real Property, and payment of other expenses incurred in the Chapter 11 case in accordance with the terms of the Cash Collateral Orders and Budget.

C. <u>Budget</u>: The use of Cash Collateral will be for the purposes of funding the types and corresponding amounts of itemized expenditures contained in the Budget (subject to a variance of no more than 20 percent on a single line item, and no more than 10 percent in the aggregate).

D. <u>Duration</u>: Initially for a thirteen (13) week period, subject to extension.

E. <u>Adequate Protection Provided</u>: Holders of a valid First Lien Mortgage will be adequately protected by having an equity cushion. In addition, for the benefit of the holders of a valid First Lien Mortgage or Second Lien Mortgage, PFI will (i) keep taxes and insurance on the PFI Real Properties (as defined below) current and generally maintain those properties in good condition and (ii) continue making regular debt service payments to any banks with liens on any of the PFI Real Properties. Once PFI has determined if any investors in PFI hold a valid First Lien Mortgage, PFI will consider making regular debt service payments to such investors on account of such mortgage, provided sufficient cash flow exists to do so.

This motion is based on the discussion below, the *Declaration of Michael Hogan in Support of the Bankruptcy Filing and Early Case Administration Motions* filed on July 26, 2017 as Docket No. 5 (the "<u>First Day Hogan Declaration</u>"), as supplemented by the *Supplemental Declaration of Michael Hogan In Support of the Bankruptcy Filing and Early Case Administration Motions* filed concurrently with this motion (the "<u>Supplemental Hogan Declaration</u>" and the First Day Hogan Declaration as supplemented by the Supplemental Hogan Declaration, the "<u>Hogan Declaration</u>"), the other papers of record in this case and upon such further oral and documentary evidence as may be presented prior to or at the time of the hearing on the motion.

---

[1] Some lenders to real property locations owned by certain limited liability companies or limited

SMRH:4827-1768-2629.6

737L-319169

Case: 20-30604    Doc# 24    Filed: 07/30/20    Entered: 07/30/20 22:46:27    Page 6 of 55

The relief requested in this Motion is necessary and appropriate to ensure a smooth transition into the Debtors' respective chapter 11 cases, to maintain the operations of the PFI Real Properties for the benefit of their respective tenants, and to maximize the value of the PFI Real Properties, which key assets of PFI. If PFI is not allowed to use Cash Collateral, its ability to manage, maintain, and deliver the services it customarily provides to the PFI Real Properties would diminish or cease, the tenants at the Properties would suffer, and the value of the PFI Real Properties' would be significantly reduced.

---

partnerships that are affiliates of PFI may also have an interest in the Cash Collateral.

SMRH:4827-1768-2629.6

-3-

SMRL-319169

**II.**

**CERTIFICATION**

The undersigned counsel for the Debtors has read the Motion. To the best of my knowledge, information, and belief, formed after reasonable inquiry, and except as identified herein, the terms and relief sought in the Motion are in conformity with the Court's *Guidelines for Cash Collateral and Financing Motions and Stipulations*. I understand and have advised the Debtors that the Court may grant appropriate relief under Bankruptcy Rule 9024 if the Court determines that a material element of the Motion was not adequate disclosed in the Introductory Statement.

Dated: July 30. 2020

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____*/s/ Ori Katz*_____
ORI KATZ
J. BARRETT MARUM
MATT KLINGER
GIANNA SEGRETTI

Proposed Counsel for Debtors

SMRH:4827-1768-2629.6

SMRH-319169

# III.

## STATEMENT OF FACTS

**A.    The Debtors' Background.**

On July 16, 2020, Jacques Achsen, Samueal Goldberger, Elizabeth Goldblatt, Arthur Indenbaum, Andrew Michaels, Mary Michaels, and Joel Rubenzahl (the "Petitioning Creditors"), each of which assert that they are creditors of PISF, commenced an involuntary chapter 11 bankruptcy action against PISF, Case No. 20-30579 (the "PISF Case"). On July 26, 2020, PISF filed a consent to the entry of an order for relief in the PISF Case, which this Court entered on July 27, 2020.

On July 26 (the "Petition Date"), PFI also commenced its bankruptcy case, Case No. 20-30604, by filing a voluntary chapter 11 petition (the "PFI Case" and together with the PISF case, the "Bankruptcy Cases") and sought joint administration with the PISF Case, which this Court granted on July 27, 2020. The Debtors continue to operate their respective businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No official committee has been appointed by the Office of the United States Trustee in either of the Bankruptcy Cases.

The First Day Hogan Declaration contains a detailed discussion of the Debtors' background, capital structure, and the events leading to their chapter 11 cases. The discussion contained in the Hogan Declaration is incorporated in this motion as though fully set forth here.

**B.    PFI's Real Properties and Secured Prepetition Indebtedness.**

PFI directly owns twenty-eight real property locations in fee simple and has an interest as a tenant in common at another real property location, primarily consisting of apartment buildings and office parks, located in Marin and Sonoma Counties, California (each a "PFI Real Property" and, collectively, the "PFI Real Properties"). Altogether, the PFI Real Properties consist of approximately 230 commercial or residential units and are estimated to have more than 350 tenants.

Case: 20-30604    Doc# 24    Filed: 07/30/20    Entered: 07/30/20 22:46:27    Page 9 of 55

PFI effectively serves as the property manager of the PFI Real Properties, collecting rents from the tenants of each of the PFI Real Properties and using the rents collected from each such property to pay for mortgage costs, certain utilities, insurance coverage, and other costs related to that property. In early July 2020, PFI obtained broker opinions of value for each of the PFI Real Properties, which gave an aggregate value to PFI Real Properties of approximately $108 million.

PFI maintains and controls twenty-three operating accounts that are primarily used for receiving rent payments and paying expenses related to the PFI Real Properties (each a "PFI Real Property Operating Account" and, collectively the "PFI Real Property Operating Accounts"). Most of the PFI Real Property Operating Accounts receive rent payments and pay expenses related to just one of the PFI Real Properties. At least one PFI Real Property Operating Account receives rent payments and pays expenses related to more than one of the PFI Real Properties.

All of the PFI Real Properties are subject to a first lien mortgage in favor of a bank or investor (each a "First Lien Mortgage" and, collectively, the "First Lien Mortgages"). In addition, approximately sixteen of the PFI Real Properties are also subject to a second lien mortgage (each a "Second Lien Mortgage" and, collectively, the "Second Lien Mortgages") in favor of investors. PFI estimates that, as of June 30, 2020, (i) the aggregate total of outstanding principal secured by the First Lien Mortgages was approximately $53 million and (ii) the aggregate total of outstanding principal secured by the Second Lien Mortgages was approximately $34 million.

Attached as Exhibit D to this Motion is a list of the PFI Real Properties that identifies (i) the value of each such property, (ii) the total outstanding principal secured by a First Lien Mortgage on each such property and monthly payment, (iii) the total outstanding principal secured by any Second Lien Mortgage on each such property and monthly payment, and (iv) the net equity in each PFI Real Property after accounting for the amount of the First Lien Mortgage and any Second Lien Mortgage on each such property.

**C.    PFI's Immediate Need for Cash Collateral**

The PFI Real Properties are one of PFI's primary assets.  The only Cash Collateral at issue in these Bankruptcy Cases are rent proceeds received from tenants at each of the PFI Real Properties.  PFI has an immediate need for access to the Cash Collateral.  If it does not obtain swift authorization to use the Cash Collateral, PFI, the PFI Real Properties, and their commercial and residential tenants, will suffer immediate and irreparable harm. Without the use of the Cash Collateral, PFI will not have the liquidity to continue to pay for expenses related to maintaining and preserving the PFI Real Properties.  If PFI is not permitted to use the Cash Collateral to pay these critical expenditures, PFI Real Properties will deteriorate and the residential and commercial tenants at the PFI Real Properties will suffer.  The preservation of PFI's ability to maintain the PFI Real Properties depends heavily upon the expeditious approval of PFI's use of Cash Collateral for general working capital purposes.  Absent this Court's approval of the interim relief sought herein, PFI faces a substantial risk of severe disruption to its ability to maintain the PFI Real Properties and resulting irreparable damage to its relationships with tenants, employees, and vendors, and further damage to its reputation in the industry and marketplace, all of which would diminish the value of its assets.

**IV.**

**THE PROPOSED USE OF CASH COLLATERAL**

The Debtors request authority to use the Cash Collateral in accordance with the Budget.  PFI does not have available sources of working capital and financing to carry on paying the customary expenses its pays for each of the PFI Real Properties without the use of Cash Collateral.  To maintain normal operations at PFI and the PFI Real Properties, and to otherwise operate in chapter 11 in a manner consistent with its ordinary course practices, PFI must have access to cash that is encumbered by the liens of secured lenders. By way of this Motion, the Debtors propose using the Cash Collateral to provide and/or pay for the services that PFI has customarily provided to the specific PFI Real Property to which such Cash Collateral pertains, including payment of taxes incurred in connection

Case: 20-30604    Doc# 24    Filed: 07/30/20    Entered: 07/30/20 22:46:27    Page 11 of 55

with the PFI Real Properties, maintaining customary insurance coverage of each PFI Real Property, and payment of other expenses incurred by in the Chapter 11 case in accordance with the terms of the Cash Collateral Orders and Budget.

## V.

## ARGUMENT

1. **The Proposed Use of Cash Collateral is Warranted and Should be Approved**

Pursuant to Section 363(c)(2) of the Bankruptcy Code, "[t]he trustee may not use . . . cash collateral . . . unless (A) each entity that has an interest in such cash collateral consents or (B) the court, after notice and a hearing, authorizes such use . . . in accordance with the provisions of this section." 11 U.S.C. § 363(c)(2). Section 363(a) defines "cash collateral" as follows:

> [C]ash, negotiable instruments, documents of title, securities, deposit accounts, or other cash equivalents whenever acquired in which the estate and an entity other than the estate have an interest and includes the proceeds, products, offspring, rents, or profits of property and the fees, charges, accounts or other payments for the use or occupancy of rooms and other public facilities in hotels, motels, or other lodging properties subject to a security interest as provided in section 552(b) of this title, whether existing before or after the commencement of a case under this title.

11 U.S.C. § 363(a).

It is universally acknowledged that a debtor's cash "is the life's blood of the business," and the bankruptcy court must ensure that such life's blood "is available for use even if to a limited extent." *In re Mickler*, 9 B.R. 121, 123 (Bankr. M.D. Fla. 1981). Courts repeatedly have recognized that use of cash collateral is appropriate where necessary, as it is here, to preserve a debtor's ability to reorganize and thus maximize the value of an estate. *See, e.g., MBank Dallas, N.A. v. O'Connor (In re O'Connor)*, 808 F.2d 1393, 1398 (10th Cir. 1987) (permitting debtor to use cash collateral to expand operations after finding there was not a significant risk that secured creditor's interest would diminish); *Chrysler Credit Corp. v. George Ruggiere Chrysler-Plymouth, Inc. (In re George Ruggiere Chrysler-Plymouth, Inc.)*, 727 F.2d 1017, 1019 (11th Cir. 1984) (allowing use of cash collateral and stating that "[w]ithout the availability of cash to meet

1    daily operating expenses such as rent, payroll, utilities, etc., the congressional policy

2    favoring rehabilitation over economic failure would be frustrated.").

3         Absent the use of the Cash Collateral, PFI will not have access to sufficient working

4    capital and financing to continue operating the PFI Real Properties and to administer and

5    preserve the value of those properties.  PFI needs to continue to use the Cash Collateral to,

6    among other things, finance the operations that it historically has maintained at the PFI

7    Real Properties, maintain business relationships with the vendors that provide services to

8    such properties, and keep the property taxes at such properties current.  Without the use of

9    Cash Collateral, the continued operation of the PFI Real Properties may not be possible,

10   and serious and irreparable harm to the tenants at those locations, the Debtors, their estates

11   and the creditors would likely occur.  This result would jeopardize the possibility for a

12   successful reorganization and conflict with the rehabilitative purpose of chapter 11.

13   Consequently, the use of Cash Collateral is critical to preserve and maintain the value of

14   the PFI Real Properties.

15   2.    **The Proposed Adequate Protection Should be Approved**

16        Section 363(e) of the Bankruptcy Code provides that, "on request of an entity that

17   has an interest in property used . . . or proposed to be used . . . by [a debtor in possession],

18   the court, with or without a hearing, shall prohibit or condition such use . . . as is necessary

19   to provide adequate protection of such interest."  11 U.S.C. § 363(e).  What constitutes

20   adequate protection is decided on a case-by-case basis.  *See In re O'Connor*, 808 F.2d

21   1393, 1396 (10th Cir. 1987); *In re Martin*, 761 F.2d 472 (8th Cir. 1985); *In re Shaw*

22   *Indus., Inc.*, 300 B R. 861, 865 (Bankr. W.D. Pa. 2003).  By providing adequate protection,

23   the goal is to protect a secured creditor from diminution in the value of its interest in the

24   particular collateral during the period of use.  *See In re Swedeland Dev. Group, Inc.*, 16

25   F.3d 552, 564 (3d Cir. 1994) ("The whole purpose of adequate protection for a creditor is

26   to insure that the creditor receives the value for which he bargained prebankruptcy.")

27   (internal citations omitted).

28

Section 361 of the Bankruptcy Code sets forth non-exclusive examples of adequate protection, which include periodic cash payments, additional liens, and replacement liens. 11 U.S.C. § 361. Here, the adequate protection that is proposed to be provided to the holders of a valid First Lien Mortgage or Second Lien Mortgage is protection against risks that might adversely affect the value of the PFI Real Properties. PFI intends to keep property taxes and insurance on the PFI Real Properties current and continue to provide its customary services to the PFI Real Properties, including maintaining such properties in good condition. These actions will help preserve the value of the PFI Real Properties and the equity cushion that many of the holders of a valid First Lien Mortgage or Second Lien Mortgage already possess. In addition, PFI proposes making regular debt service payments to any banks with liens on any of the PFI Real Properties and, if cash flow permits, to make regular debt service payments to investors that hold a valid First Lien Mortgage. As such, the Debtors believe that the proposed forms of adequate protection for the benefit of PFI's secured lenders are fair and reasonable and sufficient to satisfy the requirements of sections 363(c)(2) and (e) of the Bankruptcy Code.

## VI.

### NEED FOR EMERGENCY RELIEF

The Debtors respectfully request emergency consideration of this motion pursuant to Bankruptcy Rules 4001(b)(2) and 6003. Bankruptcy Rule 4001(b)(2) permits the Court to conduct an expedited preliminary hearing on this Motion and to grant preliminary relief "as is necessary to avoid immediate and irreparable harm to the estate pending a final hearing." Similarly, Bankruptcy Rule 6003 empowers the Court to grant relief within the first 21 days after the commencement of a chapter 11 case "to the extent that relief is necessary to avoid immediate and irreparable harm." As previously discussed in this motion, without entry of an order granting the relief requested herein, PFI would not be able to pay its employees and continue maintaining the services and operations – including the collection of rent, payment of insurance costs, certain utilities, and other expenses necessary to maintain the operation of the PFI Real Properties - that it customarily has

provided to the PFI Real Properties. This likely would create severe hardship for PFI's employees and the tenants at the PFI Real Properties and negatively impact the value of those properties, which are a key asset of PFI. Accordingly, the Debtors respectfully submit that they have satisfied the "immediate and irreparable harm" standard of Bankruptcy Rule 6003 and, therefore, respectfully request that the Court approve the relief requested in this Motion on an emergency interim basis.

## VII.

## REQUEST FOR WAIVER OF ANY APPLICABLE STAY

The Debtors request that the terms of any interim order granting this Motion become effective immediately to ensure that PFI will be able to use the Cash Collateral to pay critical expenses and preserve services. Rule 6004(h) does not apply to cash collateral orders. To the extent that any other provision imposes a stay, the Debtors request that it be waived to allow any interim order granting this Motion to become effective immediately. As explained above and in the Hogan Declaration, the relief requested herein is necessary to avoid immediate and irreparable harm to the PFI Real Properties and to PFI.

## VIII.

## CONCLUSION

WHEREFORE, the Debtors respectfully requests that the Court enter an order (1) approving the Motion and granting the Debtors authority to use Cash Collateral as proposed herein, effective as of July 27, 2020, and (2) granting such other and further relief as the Court deems appropriate.

Dated:  July 30. 2020

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By        _____/s/ Ori Katz_____
                 ORI KATZ
           J. BARRETT MARUM
              MATT KLINGER
           GIANNA SEGRETTI

Proposed Counsel for Debtors

SMRH:4827-1768-2629.6

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered with Case No. 20-30579)<br><br>Chapter 11<br><br>**[PROPOSED] ORDER APPROVING DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL**<br><br>Date:  TBD<br>Time:  TBD<br>Judge:  Hannah L. Blumenstiel<br>Place:  **Telephonic/Video Appearances Only**<br> 450 Golden Gate Avenue<br> 16th Floor, Courtroom 19<br> San Francisco, CA  94102 |

The *Debtors' Emergency Motion for Order Authorizing the Use of Cash Collateral* (the "Motion"), filed on July 30, 2020 as Docket No. __ by Professional Financial Investors, Inc. ("PFI") and Professional Investors Security Fund, Inc. ("PISF" and, together with PFI, the "Debtors"), the debtors in the above-captioned bankruptcy cases, came before the Court for hearing on August __, 2020 at ___ _.m.  Appearances were as noted on the record.  Based upon the Court's review of the Motion, the declarations and other pleadings filed in support of the Motion, the arguments of counsel at the hearing on the Motion, and all pleadings and evidence of record in this case,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.  Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

1    2.    A final hearing (the "<u>Final Hearing</u>") to consider the relief requested in the

2    Motion shall be held on [_____] at [_____] (prevailing Pacific Time)

3    and any objections or responses to the Motion shall be filed and served so as to be actually

4    received on or prior to [_____] at [_____] (prevailing Pacific Time).

5    3.    Pending the Final Hearing, PFI is authorized to use its Cash Collateral in

6    accordance with the terms of the Motion and as set forth in the Budget.

7    4.    The Court retains jurisdiction over the matters arising from or related to the

8    interpretation or implementation of this Order.

9    **\*\*\*END OF PROPOSED ORDER\*\*\***

SMRH:4827-1768-2629.6

Case: 20-30604    Doc# 24    Filed: 07/30/20    Entered: 07/30/20 22:46:27    Page 18 of 55

# EXHIBIT B

# EXHIBIT B

**Professional Financial Investors**
13-Week Cash Flow Forecast
13-Weeks Ending 10/23/2020

| Week Ended | Actual 0 7/24/2020 | Forecast 1 7/31/2020 | Forecast 2 8/7/2020 | Forecast 3 8/14/2020 | Forecast 4 8/21/2020 | Forecast 5 8/28/2020 | Forecast 6 9/4/2020 | Forecast 7 9/11/2020 | Forecast 8 9/18/2020 | Forecast 9 9/25/2020 | Forecast 10 10/2/2020 | Forecast 11 10/9/2020 | Forecast 12 10/16/2020 | Forecast 13 10/23/2020 | 13 Weeks 10/23/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | $376,756 | $201,874 | $305,774 | $403,191 | $305,152 | $290,280 | $104,912 | $202,329 | $311,716 | $147,808 | $110,272 | $57,382 | $176,782 | $(7,140) | $376,756 |
| **Collections:** | | | | | | | | | | | | | | | |
| Management Fees | - | 133,000 | - | 133,000 | - | - | - | 133,000 | - | - | - | 133,000 | - | - | 532,000 |
| **Net Rents:** | | | | | | | | | | | | | | | |
| PFI dba Duffy Place - **Duffy Place** | - | - | 19,049 | - | - | - | 19,049 | - | - | - | 19,049 | - | - | 19,049 | 76,194 |
| PFI dba Gate 5 - **Mariners Landing** | - | - | (3,787) | - | - | - | (3,787) | - | - | - | (3,787) | - | - | (3,787) | (15,147) |
| PFI dba 107 Marin Apartments - **107 Marin** | - | - | 5,364 | - | - | - | 5,364 | - | - | - | 5,364 | - | - | 5,364 | 21,456 |
| PFI dba 1129 - **1129 3rd Street Apartments** | - | - | 2,356 | - | - | - | 2,356 | - | - | - | 2,356 | - | - | 2,356 | 9,422 |
| PFI dba 117 Las Gallinas Business - **Las Gallinas Business Center** | - | - | 1,407 | - | - | - | 1,407 | - | - | - | 1,407 | - | - | 1,407 | 5,627 |
| PFI dba Rafael Gardens Apartments - **San Rafael Gardens** | - | - | (3,367) | - | - | - | (3,367) | - | - | - | (3,367) | - | - | (3,367) | (13,466) |
| PFI dba 1506 Novato Court Apartments - **Novato Apartments** | - | - | 3,171 | - | - | - | 3,171 | - | - | - | 3,171 | - | - | 3,171 | 12,682 |
| PFI dba Santa House - **Santa Land** | - | - | (10,344) | - | - | - | (10,344) | - | - | - | (10,344) | - | - | (10,344) | (41,375) |
| PFI dba 353 Bel Marin Keys - **The Keys Center** | - | - | 2,479 | - | - | - | 2,479 | - | - | - | 2,479 | - | - | 2,479 | 9,918 |
| PFI dba 355 Redwood Manor Apartments - **Redwood Manor** | - | - | 2,796 | - | - | - | 2,796 | - | - | - | 2,796 | - | - | 2,796 | 11,186 |
| PFI dba 390 Woodland Ave. - **Woodland Apartments** | - | - | 2,871 | - | - | - | 2,871 | - | - | - | 2,871 | - | - | 2,871 | 11,484 |
| PFI dba 419 Prospect Dr. - **419 Prospect Drive** | - | - | 5,639 | - | - | - | 5,639 | - | - | - | 5,639 | - | - | 5,639 | 22,557 |
| PFI dba 461 Ignacio Blvd. - **Ignacio Hills Tennis & Gardens** | - | - | 6,905 | - | - | - | 6,905 | - | - | - | 6,905 | - | - | 6,905 | 27,621 |
| PFI dba 501 Ignacio Blvd. - **Ignacio Hills Tennis & Gardens** | - | - | 13,148 | - | - | - | 13,148 | - | - | - | 13,148 | - | - | 13,148 | 52,592 |
| PFI dba 515 Brookside Apartments - **Brookside** | - | - | 5,346 | - | - | - | 5,346 | - | - | - | 5,346 | - | - | 5,346 | 21,385 |
| PFI dba 7200 Redwood Blvd - **North Bay Business Center** | - | - | 37,596 | - | - | - | 37,596 | - | - | - | 37,596 | - | - | 37,596 | 150,385 |
| PFI dba 885 Broadway Apartments - **885 Broadway** | - | - | 2,701 | - | - | - | 2,701 | - | - | - | 2,701 | - | - | 2,701 | 10,803 |
| PFI dba Hammondale Apartments - **Hammondale** | - | - | 3,462 | - | - | - | 3,462 | - | - | - | 3,462 | - | - | 3,462 | 13,850 |
| PFI dba 49 Ignacio Lane - **Ignacio Lane** | - | - | 8,395 | - | - | - | 8,395 | - | - | - | 8,395 | - | - | 8,395 | 33,579 |
| PFI dba Merrydale Apartments - **Merrydale View Apartments** | - | - | 696 | - | - | - | 696 | - | - | - | 696 | - | - | 696 | 2,786 |
| PFI dba Pacheco Villa 1 - **Pacheco Villa** | - | - | 11,123 | - | - | - | 11,123 | - | - | - | 11,123 | - | - | 11,123 | 44,492 |
| 16914 Sonoma - TIC - **16914 Sonoma Highway** | - | - | 3,243 | - | - | - | 3,243 | - | - | - | 3,243 | - | - | 6,381 | 16,109 |
| Proceeds from Sale of Property | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Collections** | - | 133,000 | 120,250 | 133,000 | - | - | 120,250 | 133,000 | - | - | 120,250 | 133,000 | - | 123,388 | 1,016,138 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | |
| Insurance | (15,700) | (25,500) | - | (47,118) | (9,272) | - | - | - | - | - | - | - | - | - | (97,590) |
| Mortgages | - | - | (9,232) | - | - | - | (9,232) | - | - | - | (9,232) | - | - | - | (27,696) |
| Taxes (property taxes accrued in Net Rents above) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll & Employee Reimbursements | (5,301) | - | - | (164,908) | - | (160,308) | - | (4,600) | (160,308) | - | (160,308) | - | (164,908) | - | (820,641) |
| Credit Card | - | - | (10,000) | - | - | - | (10,000) | - | - | - | - | (10,000) | - | - | (30,000) |
| Accounts Payable | (153,881) | - | - | (15,414) | - | - | - | (15,414) | - | - | - | - | (15,414) | - | (200,123) |
| UST Fees | - | - | - | - | - | - | - | - | - | (33,935) | - | - | - | - | (33,935) |
| Utility Deposits | - | - | - | - | - | (21,460) | - | - | - | - | - | - | - | - | (21,460) |
| Other | - | (3,600) | (3,600) | (3,600) | (5,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (48,800) |
| **Total Operating Disbursements** | (174,882) | (29,100) | (22,832) | (231,040) | (14,872) | (185,368) | (22,832) | (23,614) | (163,908) | (37,535) | (52,890)* | (13,600) | (183,922) | (3,600) | (1,258,785) |
| **Operating Cash Flow** | (174,882) | 103,900 | 97,418 | (98,040) | (14,872) | (185,368) | 97,418 | 109,386 | (163,908) | (37,535) | (52,890) | 119,400 | (183,922) | 119,788 | (242,647) |
| **Ending Balance** | $201,874 | $305,774 | $403,191 | $305,152 | $290,280 | $104,912 | $202,329 | $311,716 | $147,808 | $110,272 | $57,382 | $176,782 | $(7,140) | $112,648 | $134,108 |
| **Non-Operating Disbursements:** | | | | | | | | | | | | | | | |
| **Armanino** | | | | | | | | | | | | | | | |
| Forensics | - | - | - | (30,000) | (30,000) | (30,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (210,000) |
| CRO/Operations | - | - | - | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (640,000) |
| Sheppard Mullin | - | (95,000) | (95,000) | (95,000) | (95,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (920,000) |
| Other Professionals | - | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) | (196,000) |
| Committee of Unsecured Creditors Counsel | - | - | - | - | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | - |
| xxxxxxxxxxxxxxxxxxx | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| xxxxxxxxxxxxxxxxxxx | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | (115,000) | (115,000) | (210,000) | (210,000) | (175,000) | (152,000) | (152,000) | (152,000) | (137,000) | (137,000) | (137,000) | (137,000) | (137,000) | (1,966,000) |

# EXHIBIT C

# EXHIBIT C

**BANK LENDERS**

Tri Counties Bank
P.O. Box 909
Chico, CA 95927

Poppy Bank
438 First Street
Santa Rosa, CA 95401

Chase
Commercial Term Lending
P.O. Box 9176
Coppell, TX 75019-9176

First Foundation Bank
18101 Von Karman, Suite 750
Irvine, CA 92612

Pacific Western Bank
P.O. Box 131207
Carlsbad, CA 92013-1207

Heritage Bank of Commerce
150 Almaden Boulevard
San Jose, CA 95113-2010

Orix Real Estate Capital
P.O. Box 846019
Dallas, TX 75284-6019

Banner Bank
P.O. Box 1117
Walla Walla, WA 99362-0265

**INVESTORS**

Gregory Anton
967 Midpine Way
Sebastopol, CA 95472

Richard Bell
2519 East Beaver Lake Drive S.E.
Sammamish, WA 98075

Wanda Bishop
1232 Fairlawn Court
Walnut Creek, CA 94595-2874

Marcy Dubova
1064 Los Gamos Road
San Rafael, CA 94903-2519

June Hengst
334 Lowell Avenue
Mill Valley, CA 94941

Connie Hoshor
PO Box 1223
Pt. Reyes Station, CA 94956

Fern Jeffcoat
820 Bel Marin Keys Blvd.
Novato, CA 94949

Laura Kradjan-Cronin
58 Club View Drive
Novato, CA 94949

Carole Levine
2139 Jackson Street
San Francisco, CA 94115

Gary Nadler
29 Iverson Way
Petaluma, CA 94952

Rick Pacheco
28425 Eastin Road

SMRH:4839-9214-0229.1

Newman, CA 95360

Doyle Pratt
P.O. Box 78
Patagonia, AZ 85624

Ivory Sidell
31 Forest Lane
San Rafael, CA 94903

Suzanne Teal
4718 Tee View Court
Santa Rosa, CA 95405-8756

Susan Toch
385 Pine Hill Road
Mill Valley, CA 94941

Elizabeth Ury
18 Lagoon Road
Belvedere, CA 94920

Scott Valentino
91 Porteous Avenue
Fairfax, CA 94930

Tracy Zell-Bennett
1030 Amend Street
Pinole, CA 94564

Joshua Berns
2159 Cantalier Street
Sacramento, CA 95815

Cris Berns
9321 168th Place NE
Redmond, WA 98052

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Elizabeth Moore
13 Baytree Lane

SMRH:4839-9214-0229.1

San Anselmo, CA 94960

Trisha Waldron
9 Gerstle Court
San Rafael, CA 94901

Richard Bouck
774 Mays Blvd.
Incline Village, NV 89451

Kathleen Curry
1422 Curtis Street
Berkeley, CA 94702

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Lindsay Divirgilio
40 Dean Way
Folsom, CA 95630

Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Steven Hoffman
22230 Varian Way
Cupertino, CA 95014

Colin Honess
430 6th Avenue
Santa Cruz, CA 95062

Frances Lerner
2625 Brooks Avenue
El Cerrito, CA 94530

Craig Michel
10128 Button Willow Drive
Las Vegas, NV 89134

Donald Regner
46 ILIAHI WAY

SMRH:4839-9214-0229.1

LAHAINA, HI 96761

Anna Salvador
P.O. Box 70996
Richmond, CA 94807

Jill Wolf
167 N. Adams Street
Eugene, OR 97402-4203

Taressa Bell
4730 Alta Vista Avenue
Santa Rosa, CA 95404

Cris Berns
9321 168th Place NE
Redmond, WA 98052

Wanda Bishop
1232 Fairlawn Court
Walnut Creek, CA 94595-2874

Robert DeRoss, Jr.
4 Sorrel Lane
San Carlos, CA 94070

Mary Durst
313 Kensington Commons
Livermore, CA 94551

Judith Friedman
P.O. Box 131
Sonoma, CA 95476

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Mindia Klein
P.O. Box 801
Fairfax, CA 94978

William Levine
2 Snowden Lane

SMRH:4839-9214-0229.1

Fairfax, CA 94930

Roger Miller
105 Paper Mill Creek Court
Middletown, CA 95461

Suki Munsell
524 San Anselmo Avenue
San Anselmo, CA 94960

Elke Reinhardt
371 El Faisan Drive
San Rafael, CA 94903

Elke Reinhardt
371 El Faisan Drive
San Rafael, CA 94903

Janet Rostad
1090 Bel Marin Keys Blvd
Novato, CA 94949-5335

Dominique Shelton
P.O. Box 1849
Kihei, HI 96753

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Dan Dodt
1556 Revere Avenue
San Francisco, CA 94124

Anne Greenfield
P.O. Box 162
Bodega, CA 94922-0162

Violet Hanada
777 Le Conte Avenue
San Francisco, CA 94124

Peter January
10 Corte Madera Avenue

SMRH:4839-9214-0229.1

Corte Madera, CA 94925

Jai Josefs
139 Meernaa Avenue
Fairfax, CA 94930

Mariah Morelli Day
475 East Cotati Avenue
Cotati, CA 94931

Robert Putzi
381 Mountain View Avenue
San Rafael, CA 94901-1371

Jim Sciaroni
1090 Bel Marin Keys Blvd.
Novato, CA 94949

Dorothy Scholar
1686 Hampton Avenue
Redwood City, CA 94061

John Seago
50 Franson Road
Port Angeles, WA 98362-9106

Mike Spitzer
P.O. Box 1123
Aptos, CA 95001

William Tennant
2916 Russell Street
Berkeley, CA 94705

Suzanne Whaley
P.O. Box 473
Bolinas, CA 94924

Hans Paul Vogl
12 Millwood Court
San Rafael, CA 94901

Henry Black
359 Wilson Way

SMRH:4839-9214-0229.1

Larkspur, CA 94939

Sylvia Palugyai Heber De Lazar
922 Centro Way
Mill Valley, CA 94941

Abby Bell
23 Gennessee Street
San Francisco, CA 94112

Teresa Ann Clark
519 Grandview Road
Sebastopol, CA 95472

Eileen Dingle
306 Clubhouse Drive
Aptos, CA 95003

Carl Franklin
550 San Pedro Cove
San Rafael, CA 94901

Golden Gate Center for Spiritual Living
PO Box 2847
San Anselmo, CA 94979

Larry Johnsen
139 Savannah Way
Windsor, CA 95492

Jai Josefs
139 Meernaa Avenue
Fairfax, CA 94930

Mike McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Ian Noah
615 C Street
San Rafael, CA 94901

Robert Putzi
381 Mountain View Avenue

SMRH:4839-9214-0229.1

San Rafael, CA 94901-1371

Sally Rondio
4 Meadow Drive
Larkspur, CA 94939-1523

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Susan Sandson
674 Santa Rosa Avenue
Berkeley, CA 94707

Diane Soffer
17351 Spring Tree Lane
Boca Raton, FLORIDA 33487

William Taylor
P.O. Box 848
Ukiah, CA 95482

Bobbi Berens
7516 Belle View Avenue
Sebastopol, CA 95472

Jo Ellen Bradley
3060 Scott Street
San Francisco, CA 94123-3302

Jeanne Buckens
6761 Redwood Avenue
Sebastopol, CA 95472

Jeanne Buckens
6761 Redwood Avenue
Sebastopol, CA 95472

Bye Family Trust
P.O. Box 220
Albion, CA 95410

Christine Campbell
257 Eden Roc Dr.

SMRH:4839-9214-0229.1

Sausalito, CA 94965

Rebecca Cernich
P.O Box 96
Lagunitas, CA 94938

Richard Clark Trust (Cole)
6700 Berryhill Court
Forestville, CA 95436

Richard Clark Trust (Cole)
6700 Berryhill Court
Forestville, CA 95436

Cynthia Clarkson
22 Wooddale Drive
Petaluma, CA 94952-2457

Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Richard Cole
6700 Berryhill Court
Forestville, CA 95436

Richard Cole
6700 Berryhill Court
Forestville, CA 95436

Marguerite Courtney
661 N. Harrison Street
Fort Bragg, CA 95437-3122

Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Barry Fadem
920 Diablo Drive
Lafayette, CA 94549

Daniel Forer
37 Rowe Ranch Drive

SMRH:4839-9214-0229.1

Novato, CA 94949

Scott Forer
1720 Sonoma Avenue
Berkeley, CA 94707

Christine Geiger
1092 W. California Avenue
Mill Valley, CA 94941

Joyce Gertler
4275 Casper Little Lake Rd
Mendocino, CA 95460

C. Peter Gibb
435 Thornton Way
Ashland, OR 97520

Violet Hanada
777 Le Conte Avenue
San Francisco, CA 94124

Colin Honess
430 6th Avenue
Santa Cruz, CA 95062

Laurie Jacobson
540 Teresa Court
Sebastopol, CA 95472

Mimi Janislawski
521 Village Drive
El Cerrito, CA 94530

Larry Johnsen
139 Savannah Way
Windsor, CA 95492

Mary Jordan
57 Salvatore Drive
Novato, CA 94949

Mary Jordan
57 Salvatore Drive

SMRH:4839-9214-0229.1

Novato, CA 94949

Christopher Lewis
151 Calle Bravo
Palm Springs, CA 92264

Muriel Mahrer
13577 Myren Drive
Saratoga, CA 95070

Cynthia Maxon
310 Rodeo Road
Ormond Beach, FL 32174

Mike McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Chris Miller
P.O. Box 1985
El Granada, CA 94018-1985

Roberta Mollot
286 Corbin Place
Brooklyn, New York 11235

Inge Monteith
P.O.Box 992
Kihei, HI 96753

Virginia Pierce
1090 Bel Marin Keys Blvd.
Novato, CA 94949

Donald Trant
5329 Pimlico Avenue
Sacramento, CA 95841-3819

Robert Putzi
381 Mountain View Avenue
San Rafael, CA 94901-1371

Beth Rasmussen
P.O. Box 141

SMRH:4839-9214-0229.1

Kaneohe, HI 96744

Priscilla Regalado
1630 Butte Street
Richmond, CA 94804-5214

Jeanne Woods
4601 Guerneville Rd
Santa Rosa, CA  95401

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Karen Bagatelos
732 Chevery Street
San Francisco, CA 94131

Peter Bagatelos IRA
105 Shooting Star Isle
Foster City, CA 94404

Michael Bagatelos
185 Topaz Way
San Francisco, CA 94131

Shane Black
359 Wilson Way
Larkspur, CA 94939

Kiah Bosy
P.O. Box 921
Fairfax, CA 94978

Cynthia Clarkson
22 Wooddale Drive
Petaluma, CA 94952-2457

Ramon DeAngelo
P.O. Box 606
Forest Knolls, CA 94933

Daniel Forer
37 Rowe Ranch Drive

SMRH:4839-9214-0229.1

Novato, CA 94949

Judith Goldman
3434 Fenway Drive
Sarasota, FL 34232

Kathleen Hearn
5430 Bellevue Avenue
La Jolla, CA 92037

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Barry Nemrow
22 Weatherby Court
Petaluma, CA 94952

H. Robert Noble
60 Ora Way #203
San Francisco, CA 94131

Anne Rohrbach
2732 Houston Drive
Los Osos, CA 93402

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Linda Schuller
77-Winged Foot Drive
Livingston, NJ 07039

Violet Swanson
150 Edward Avenue

-14-

SMRH:4839-9214-0229.1

San Rafael, CA 94903

John Trimble
235 Main Burfordville Street
Burfordville, MO 63739

Lauren Vela
639 Magnolia Avenue
Larkspur, CA 94939

Carol Wilson
P.O. Box 330
Graton, CA 95444

Trisha Waldron
9 Gerstle Court
San Rafael, CA 94901

Gregory Anton
967 Midpine Way
Sebastopol, CA 95472

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Gary Berger
279 14th Avenue
San Francisco, CA 94118
Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Kenneth Chasser
4454 Highlad Park
Sarasota, FL 34235

Avrum Goldberg
2501 Wisconsin Ave. NW #308
Washington, DC 20007

Fredrick Heiman
1860 West Kuiaha Road
Haiku, HI 96708

SMRH:4839-9214-0229.1

Pamela Hilt
120 Fourth Street, Suite 1071
Petaluma, CA 94953

Janet Rostad
1090 Bel Marin Keys Blvd
Novato, CA 94949-5335

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Anna Salvador
P.O. Box 70996
Richmond, CA 94807

Kenneth Silverman
204 Calle de la Selva
Novato, CA 94949

Theodore Reich
23 Katrina Lane
San Anselmo, CA 94960

Stephen Turer
381 Greenfield Circle
Santa Rosa, CA 95409

David Wertheim
4174 Hana Highway
Haiku, HI 96708

John Alilovich
103 Morris Street #G
Sebastopol, CA 95472

Kathy Altman
390 South Morningsun Avenue
Mill Valley, CA 94941

Peter Bagatelos
105 Shooting Star Isle

SMRH:4839-9214-0229.1

Foster City, CA 94404

Peter Bagatelos
105 Shooting Star Isle
Foster City, CA 94404

Robert DeRoss
5061 Tesoro Way
El Dorado Hills, CA 95762

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Susan Grooms
220 N. Zapata Hwy. #11
Laredo, TX 78043

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

James Jacobs
16 E Crescent Drive
San Rafael, CA 94901

Elizabeth Kilner
491 Sequoia Lane
Sebastopol, CA 95472

Ann King Smith
240 12th Street
Arcata, CA 95521

William Levine
2 Snowden Lane
Fairfax, CA 94930

William Levine
2 Snowden Lane
Fairfax, CA 94930

David Lustig
P.O. Box 532

SMRH:4839-9214-0229.1

Pescadero, CA 94060

Sylvia Maendl
2025 Hawthorne Terrace
Novato, CA 94945

Craig Michel
10128 Button Willow Drive
Las Vegas, NV 89134

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Phyllis Pay
1363 Rose Street
Berkeley, CA 94702-1137

Lori Saltzman
390 South Morningsun
Mill Valley, CA 94941

Stephanie Sanders
13100 Banner Lava Cap Road
Nevada City, CA 95959

Linda Schuller
77 Winged Foot Drive
Livingston, NJ 07039

Ivory Sidell
31 Forest Lane
San Rafael, CA 94903

Lynne Smith
46 Bret Street
San Rafael, CA 94901

Susan Springer
16 E Crescent Drive

-18-

San Rafael, CA 94901

Susan Toch
385 Pine Hill Road, Apt H
Mill Valley, CA 94941

Rachelle Winterbourne
P.O. Box 369
Stinson Beach, CA 94970-0369

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Burke Zimmerman
13 Baytree Lane
San Anselmo, CA 94960

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Gary Berger
279 14th Avenue
San Francisco, CA 94118

Richard Bouck
774 Mays Blvd.
Incline Village, NV 89451

Sabrina Chaw
279 14th Avenue
San Francisco, CA 94118

John Hanks
70 Gann Way
Novato, CA 94949

Sam Hilt
120 Fourth Street, Suite 1071
Petaluma, CA 94953

Shin Jung Ho
29065 Eden Shores Drive

-19-

SMRH:4839-9214-0229.1

Hayward, CA 94545

Arthur Javier
27 Olive Court
Novato, CA 94945

Moses Kravitz
11285 Puesta Del Sol
Oak View, CA 93022

Gail Krowech
699 Ensenada Avenue
Berkeley, CA 94707

Frank Lange
11 Skylark Drive #9
Larkspur, CA 94939

Maria Molino
47 Thalia Street
Mill Valley, CA 94941

Kate Phillips
3363 Morcom Avenue
Oakland, CA 94619

Peter Bagatelos
105 Shooting Star Isle
Foster City, CA 94404

Luna Baron
2627 Mattison Lane space 29
Santa Cruz, CA 95062

Ronald Beickert
26 Cornell Drive
Great Neck, NY 11020

Alan Blavins
2506 Patra Drive
El Sobrante, CA 94803

Richard Bouck
774 Mays Blvd.

SMRH:4839-9214-0229.1

Incline Village, NV 89451

Leslie Campbell
469 Hill Street
San Francisco, CA 94114

Rebecca Cernich
P.O. Box 96
Lagunitas, CA 94938

Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Eileen Dingle
306 Clubhouse Drive
Aptos, CA 95003

Robert Diskint
867 Riverview Road
Rexford, NY 12148

Janet Goodman
153 Homestead Blvd
Mill Valley, CA 94941

Steven Halpern
212 Van Tassel Court
San Anselmo, CA 94960

Deborah Harvey
243 Chapman Drive
Corte Madera, CA 94925

Connie Huckaba
P.O. Box 110
Mccloud, CA 96057

Arnold Fleming
25 Grenadier Drive
Mahwah, NJ 07430

Vicki Lee Shue
25 Grenadier Drive

SMRH:4839-9214-0229.1

Mahwah, NJ 07430

Sara Kamins
2 Whiting Street #2
San Francisco, CA 94133

Janice Kaplan
88 Crystal Cove Court
Richmond, CA 94804

Marie Lavin
80 Baypoint Drive
San Rafael, CA 94901

Maia Lazar
2435 Ivanhoe Drive
Los Angeles, CA 90039-3210

Maia Lazar
2435 Ivanhoe Drive
Los Angeles, CA 90039-3210

Vincent Lee-Shue
20 Newport Parkway, Unit 2607
Jersey City, NJ 07310

Frances Lerner
2625 Brooks Avenue
El Cerrito, CA 94530

Cindy Mahrer
115 Anza Way
San Bruno, CA 94066

Nicholas McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Sasha McInnis
1000 Dewing Avenue #308
Lafayette, CA 94549

Maria Molino
47 Thalia Street

SMRH:4839-9214-0229.1

Case: 20-30604   Doc# 24   Filed: 07/30/20   Entered: 07/30/20 22:46:27   Page 43 of 55

Mill Valley, CA 94941

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Roberta Mollot
286 Corbin Place, Apt #2 E
Brooklyn, New York 11235

Jaye Alison Moscariello
P.O. Box 848
Ukiah, CA 95482

May Roberts
1490 Montrose Drive
San Leandro, CA 94577

Jeffrey Ranta
801 Spring Street
Sausalito, CA 94965

Donald Regner
46 ILIAHI WAY
LAHAINA, HI 96761

Jeremy Reynard
22230 Varian Way
Cupertino, CA 95014

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Stephanie Sanders
9797 E. 32nd Street, #659H
Yuma, AZ 95959

Susan Sandson
674 Santa Rosa Avenue

SMRH:4839-9214-0229.1

Case: 20-30604   Doc# 24   Filed: 07/30/20   Entered: 07/30/20 22:46:27   Page 44 of 55

Berkeley, CA 94707

Linda Sherwood
523 22nd Avenue
San Francisco, CA 94121

Grace Stella
26 Cornell Drive
Great Neck, NY 11020

William Taylor
P.O. Box 848
Ukiah, CA 95482

Daryl Tran
1001 Pine Street #307
San Francisco, CA 94109

Janice Tweedy
222 Alder Road
Bolinas, CA 94924

Thomas Vasconcellos
3790 Lake Shore Blvd.
Lake Port, CA 95453

Lewis Weiss
305 Roxas Street
Santa Cruz, CA 95062

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Dr. James Adams
16 Cypress
Kentfield, CA 94904

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Eliott Blackman
2235 Beach Street, Apt  #102

SMRH:4839-9214-0229.1

San Francisco, CA 94123-4205

Marguerite Courtney
661 N. Harrison Street
Fort Bragg, CA 95437-3122

Mark Fleischman
4740 Mission Gorge Place #601367
San Diego, CA 92120

Sue Freeman
760 Bolsana Drive
Laguna Beach, CA 92651

Kenneth Halpern
2034 Kaupakalua Road
Haiku, HI 96708

John Hanks
70 Gann Way
Novato, CA 94949

Shin-Jung Ho
29065 Eden Shores Drive
Hayward, CA 94545

Elizabeth Huchberger
2190 Washington Street #1204
San Francisco, CA 94109

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

James Jacobs
16 E Crescent Drive
San Rafael, CA 94901

David Lustig
P.O. Box 532
Pescadero, CA 94060-0532

David Lustig
P.O. Box 532

SMRH:4839-9214-0229.1

Pescadero, CA 94060-0532

Michael Maendl
2 Autumn Court
Novato, CA 94947

Phyllis Narum
300-4th Avenue S. E.
Douglas, ND 58735

Liana Paolella
426 Trail Ridge Place
Santa Rosa, CA 95409

David Rabb
15 San Marcos Place
San Rafael, CA 94901

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Ann Marie Santana
92 Portsmouth Dr.
Novato, CA 94949

Michael Sommer
702 Wood Sorrel Dr.
Petaluma, CA 94954

David Purviance
P.O. Box 2345
Sisters, OR 97759

David Purviance
P.O. Box 2345
Sisters, OR 97759

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Ramin Akhbari
210 Marianna Way

SMRH:4839-9214-0229.1

Case: 20-30604   Doc# 24   Filed: 07/30/20   Entered: 07/30/20 22:46:27   Page 47 of 55

Campbell, CA 95008

Adina Ariana Beaumont
10 Elford Street
San Rafael, CA 94901

Arnold Fleming
25 Grenadier Drive
Mahwah, NJ 7430

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

William Levine
2 Snowden Lane
Fairfax, CA 94930

Patricia Minolli
One Britton Ct.
Novato, CA 94947-2961

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Suki Munsell
524 San Anselmo Avenue, #222
San Anselmo, CA 94960

Mildred Reff
116 S. 160 West
Jermone, ID 83338

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Eugene Ziff
2349 Hilltop Court

SMRH:4839-9214-0229.1

Santa Rosa, CA 95404

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Charlene Albanese
P.O. Box 625
Larkspur, CA 94977

John Althuizen
P.O. Box 621
Novato, CA 94948

Gavin Archbald
1312 Jefferson Avenue #3
Redwood City, CA 94062

Taressa Bell
4730 Alta Vista Avenue
Santa Rosa, CA 95404

Jo Ellen Bradley
3060 Scott Street, Apt #101
San Francisco, CA 94123-3302

Susan Grooms
220 N. Zapata Hwy. #11
Laredo, TX 78043
                    Arthur Javier
27 Olive Court
Novato, CA 94945

Karin Kinsey
2 Yarrrow Lane
Novato, CA 94947

Laura Kradjan-Cronin
58 Club View Drive
Novato, CA 94949

Moses Kravitz
11285 Puesta Del Sol
Oak View, CA 93022

William Levine
2 Snowden Lane
Fairfax, CA 94930

Nicholas Mcinnis
407 Oak Point Court
Santa Rosa, CA 95409

Patricia Minolli
One Britton Ct.
Novato, CA 94947-2961

Sharon Overbey
P.O. Box 1114
Mt. Shasta, CA 96067

Sophie Phelps
1335 S. Fitch Mountain Road
Healdsburg, CA 95448

Grace Purusha
215 Mahie Place
Kihei, HI 96753

David Purviance
P.O. Box 2345
Sisters, OR 97759

Donald Regner
46 ILIAHI WAY
LAHAINA, HI 96761

Timothy Slaughter
108 SE H Street, Unit 108
Bentonville, AR 72712

Toby Symington
33 Knoll Road
San Anselmo, CA 94960

Alan Ziff
2349 Hilltop Court

Santa Rosa, CA 95404

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Robert Cordova
588 South Eliseo Drive, Apt #23
Greenbrae, CA 94904

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Pamela Gaffney
14100 Prairie Way
Mendocino, CA 95460

Karin Kinsey
2 Yarrrow Lane
Novato, CA 94947

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Richard Lee Shue
135 Yacht Club Circle

Case: 20-30604   Doc# 24   Filed: 07/30/20   Entered: 07/30/20 22:46:27   Page 51 of 55

North Redington Beach, FL 33708-1583

Linda Schuller
77 Winged Foot Drive
Livingston, NJ 7039

Robin Altman
3 Avocet Court
Novato, CA 94949

Teresa Del Giorno
820 Bayside
Novato, CA 94947

Mary Durst
313 Kensington Commons
Livermore, CA 94551

Shin-Jung Ho
29065 Eden Shores Drive
Hayward, CA 94545

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

# EXHIBIT D

# EXHIBIT D

| PROPERTY DETAILS | | | VALUATION (2) | 1st MORTGAGE (3) | | | | | DEED OF TRUST (3) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property | | City | Broker Opinion of Value | Amount | Bank | Loan Amt | Ending Balance as of 06/30/2020 | Net Equity After First Lien | Detailed Principal 6/20 | Instrument # | Recorded Date | Net Equity after DOT |
| Ignacio Hills Tennis & Garden Apts. | 461 Ignacio Blvd | Novato | $ 4,550,000.00 | 7,427.08 | Tri Counties | $ 2,300,000.00 | $ 2,275,435.82 | 2,274,564.18 | $ 917,500.00 | 2018-0016848 | 05/11/18 | $ 1,357,064.18 |
| Ignacio Hills Tennis & Garden Apts. | 501 Alameda Del Prado | Novato | $ 3,650,000.00 | | DOT | $ 3,399,340.89 | $ 3,399,340.89 | 250,659.11 | $ 1,293,601.00 | 2018-0041593 | 12/06/18 | $ (1,042,941.89) |
| Hammondale | 1 Hammondale Court | San Rafael | $ 2,235,000.00 | 5,068.01 | Banner Bank | $ 1,422,600.00 | $ 1,422,600.00 | 812,400.00 | $ 500,000.00 | 2018-0028244 | 08/08/19 | $ 312,400.00 |
| Mariners Landing | 200 Gate 5 Road | Sausalito | $ 9,575,000.00 | 19,533.44 | Chase Bank | $ 5,350,000.00 | $ 5,350,000.00 | 4,225,000.00 | $ 4,995,483.78 | 2018-0041582 | 12/06/18 | $ (770,483.78) |
| Duffy Place | 21 - 37 Duffy Place | San Rafael | $ 11,602,500.00 | 21,541.56 | Chase Bank | $ 5,900,000.00 | $ 5,900,000.00 | 5,702,500.00 | $ 3,186,964.91 | 2019-0021826 | 06/24/19 | $ 2,515,535.09 |
| Ignacio Lane | 49 Ignacio Lane | Novato | $ 2,585,000.00 | | | | | 2,585,000.00 | $ 2,430,000.00 | 2019-0021824 | 06/24/19 | $ 155,000.00 |
| Pacheco Villa | 17-23, 30-42 Clay Court | Novato | $ 6,900,000.00 | varies monthly | Tri Counties (2) | $ 3,560,000.00 | $ 3,560,000.00 | 3,340,000.00 | $ 1,572,000.00 | 2018-0006773 | 02/28/18 | $ 1,768,000.00 |
| 107 Marin | 107 Marin Street | San Rafael | $ 3,800,000.00 | 4,566.38 | Chase Bank | $ 2,370,500.00 | $ 2,370,353.16 | 1,429,646.84 | $ 1,952,500.00 | 2015-0054338 | 11/17/15 | $ (522,853.16) |
| 885 Broadway | 885 Broadway | Sonoma | $ 5,425,000.00 | 11,743.50 | Pacific Western Bank | $ 3,055,550.00 | $ 3,055,550.00 | 2,369,450.00 | $ 2,548,800.00 | 2020037072 | 05/15/20 | $ (179,350.00) |
| Brookside | 515 B. Street | San Rafael | $ 3,120,000.00 | 4,975.98 | Opus Bank | $ 1,825,000.00 | $ 1,822,531.25 | 1,297,468.75 | $ 1,700,000.00 | 2019-0012048 | 04/12/19 | $ (402,531.25) |
| Redwood Manor | 355 Boyes Blvd | Sonoma | $ 2,787,500.00 | 5,595.33 | First Foundation | $ 1,540,000.00 | $ 1,540,000.00 | 1,247,500.00 | $ 1,000,000.00 | 2017009386 | 2/6/2017 | $ 247,500.00 |
| North Bay Business Center | 7200 Redwood Blvd. | Novato | $ 12,930,000.00 | 14,850.00 | Poppy Bank | $ 3,960,000.00 | $ 3,860,855.53 | 9,069,144.47 | $ 3,434,300.00 | 2018-0041591 | 12/06/18 | $ 5,634,844.47 |
| The Keys Center | 353-359 Bel Marin Keys | Novato | $ 5,572,500.00 | varies monthly | Avidbank | $ 2,420,000.00 | $ 2,328,675.33 | 3,243,824.67 | $ 898,000.00 | 2017-0005217 | 02/06/17 | $ 2,345,824.67 |
| Merrydale View Apartments | 7 Merrydale Road | San Rafael | $ 2,942,500.00 | varies monthly | RedCapitalGroup | $ 1,275,000.00 | $ 1,275,000.00 | 1,667,500.00 | $ 991,706.73 | 2019-0028246 | 12/07/17 | $ 675,793.27 |
| Novato Court Apts. | 1506 Vallejo Ave. | Novato | $ 2,055,000.00 | varies monthly | Heritage | $ 900,000.00 | $ 898,504.31 | 1,156,495.69 | $ 690,000.00 | 2017-0026277 | 06/30/17 | $ 466,495.69 |
| Las Galinas Business Center | 117-121 Paul Drive | San Rafael | $ 1,675,000.00 | 4,956.34 | Heritage | $ 1,495,000.00 | $ 1,430,514.80 | 244,485.20 | $ 683,765.61 | 2016-0043476 | 09/26/16 | $ (439,280.41) |
| 419 Prospect Drive | 419 Prospect Drive | San Rafael | $ 3,825,000.00 | 7,167.88 | First Foundation | $ 2,005,000.00 | $ 2,005,000.00 | 1,820,000.00 | $ 1,105,000.00 | 2017-0051553 | 12/27/2017 | $ 715,000.00 |
| 1129 3rd St. Apts | 1129 3rd St. | Novato | $ 1,650,000.00 | | | | | 1,650,000.00 | $ 1,375,000.00 | 2019-0025468 | 07/19/19 | $ 275,000.00 |
| Rafael Gardens | 1315 Lincoln Ave | Novato | $ 5,187,500.00 | 12,500.00 | Owner Note | $ 3,000,000.00 | $ 3,000,000.00 | 2,187,500.00 | | | | $ 2,187,500.00 |
| Woodland Apartments | 390 Woodland Ave. | San Rafael | $ 2,087,500.00 | 4,151.50 | Chase Bank | $ 1,380,000.00 | $ 1,380,000.00 | 707,500.00 | | | | $ 707,500.00 |
| Santa Land | 300 Entrada Dr. | Novato | $ 2,750,000.00 | varies monthly | Five Star | $ 1,740,000.00 | $ 1,740,000.00 | 1,010,000.00 | | | | $ 1,010,000.00 |
| Suite 102 | 350 Ignacio Blvd., Suite 100 | Novato | $ 742,000.00 | 4,334.64 | Owner Note | $ 900,000.00 | $ 628,891.74 | 113,108.26 | | | | $ 113,108.26 |
| Suite 101 | 350 Ignacio Blvd., Suite 101 | Novato | $ 640,200.00 | | | | | 640,200.00 | $ 579,000.00 | 2019-0031011 | 08/28/19 | $ 61,200.00 |
| Suite 103 | 350 Ignacio Blvd., Suite 103 | Novato | $ 640,200.00 | | | | | 640,200.00 | $ 633,000.00 | 2019-0031013 | 08/28/19 | $ 7,200.00 |
| Suite 200 | 350 Ignacio Blvd., Suite 200 | Novato | $ 707,392.00 | | | | | 707,392.00 | $ 523,000.00 | 2017-0005216 | 02/06/17 | $ 184,392.00 |
| Suite 201 | 350 Ignacio Blvd., Suite 201 | Novato | $ 752,220.00 | | | | | 752,220.00 | $ 749,284.00 | 2017-020106 | 05/18/17 | $ 2,936.00 |
| Suite 203 | 350 Ignacio Blvd., Suite 202 | Novato | $ 761,400.00 | 1,402.36 | Heritage | $ 423,000.00 | $ 404,962.94 | 356,437.06 | | | | $ 356,437.06 |
| Suite 300 | 350 Ignacio Blvd., Suite 300 | Novato | $ 1,298,500.00 | varies monthly | Heritage | $ 735,000.00 | $ 735,000.00 | 563,500.00 | | | | $ 563,500.00 |
| 16914 Sonoma Hwy | 16914 Sonoma Hwy | Sonoma | $ 6,050,000.00 | 8,354.17 | First Foundation | $ 2,500,000.00 | $ 2,500,000.00 | 3,550,000.00 | | | | |
| Totals | | | $ 108,496,912.00 | | | $ 52,883,216 | $ 55,613,696 | | $ 33,758,906 | | | $ 18,304,790 |

1.  This initial draft has been prepared based on information generated from the books and records of Professional Financial Investors, Inc. ("PFI") and Professional Investors Security Fund, Inc. ("PISF" and collectively the "Company"), unless otherwise noted.  This information has not been audited or reviewed or independently verified at this time and certain discrepancies have been identified during this work that require further investigation.  Further, the information was derived at certain points of time and is subject to change.  This draft is being continuously updated as new information becomes available or further investigation is undertaken.

2. Property valuations are derived from broker opinions of value that were generated on July 3, 2020, with the exception of the suites in headquarters building at 350 Ignacio Blvd which are condominiums.

3. Based on information prepared by the Company as of June 30, 2020 and subject to further confirmation against the underlying recorded documents.