SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:      okatz@sheppardmullin.com
          bmarum@sheppardmullin.com
          mklinger@sheppardmullin.com
          gsegretti@sheppardmullin.com

Proposed Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>        Debtors. | Case No. 20-30604<br>(Jointly Administered with Case No. 20-30579)<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL HOGAN IN SUPPORT OF THE BANKRUPTCY FILING AND EARLY CASE ADMINISTRATION MOTIONS**<br><br>*[Hearing Requested on Shortened Time]*<br><br>Date:    August 5, 2020<br>Time:    TBD<br>Judge:  Hannah L. Blumenstiel<br>Place:  **Telephonic/Video Appearances Only**<br>      450 Golden Gate Avenue<br>      16th Floor, Courtroom 19<br>      San Francisco, CA 94102 |

Case: 20-30604   Doc# 25   Filed: 07/30/20   Entered: 07/30/20 22:52:52   Page 1 of 58

I, Michael Hogan, declare:

1. I serve as the Chief Restructuring Officer ("CRO") of Professional Financial Investors, Inc. ("PFI") and its related entity, Professional Investors Security Fund, Inc. ("PISF" and together with PFI, the "Companies" or "Debtors"). I am authorized to submit this supplemental declaration in support of the pleadings described herein. I make this declaration to supplement the *Declaration of Michael Hogan in Support of the Bankruptcy Filing and Early Case Administration Motions* filed on July 26, 2017 as Docket No. 5 in PFI's bankruptcy case (the "First Day Declaration"). Except as otherwise noted, the matters described in this declaration are based upon my personal knowledge, my review of relevant documents and my discussions with other parties familiar with the Debtors, and if called as a witness, I would testify to such matters.

2. I submit this declaration to supplement the First Day Declaration, in support of PFI's voluntary petition for relief filed on the Petition Date and the relief in the form of the following motions and applications (collectively, the "Motions") filed by the Debtors concurrently with this declaration:

    (a) *Emergency Motion for an Order Authorizing Debtor to Maintain its Existing Bank Accounts and Approving Debtor's Continuation of its Cash Management System* (the "Cash Management Motion");

    (b) *Emergency Motion for Order Determining Adequate Assurance of Payment for Utility Services* (the "Utilities Motion");

    (c) *Emergency Motion for Order Authorizing the Debtors to Maintain Insurance Policies* (the "Insurance Motion");

    (d) *Emergency Motion for Order Authorizing Debtors to Honor Prepetition Obligations to Employees* (the "Employee Benefits Motion"); and

    (e) *Emergency Motion for Order Authorizing the Use of Cash Collateral* (the "Cash Collateral Motion").

3. Unless otherwise stated, I give capitalized terms not defined in this Declaration the meanings given to them in the Motions.

## AMENDMENT TO ORIGINAL FIRST DAY DECLARATION

4.      In the First Day Declaration, I mistakenly stated in Lines 14 and 15 of Paragraph 26 that the Companies have continued to make payments on the first lien deeds of trust and that all have been paid current.  I hereby amend Lines 14 through 15 in Paragraph 26 of the First Day Declaration to read as follows:

> With the exception of a few of the Real Properties, the Companies have continued to make payments on the first lien deeds of trust, property taxes and property insurance.  The only first lien deeds of trust that are not current are first lien deeds of trust held by investors.

## THE CASH MANAGEMENT MOTION

5.      The Debtors' Accounts are all maintained at Umpqua Bank ("Umpqua").[1] Umpqua is on the United States Trustee's List of Authorized Depositories.  The Debtors Accounts consist of the following types of accounts:

(a)      PFI Real Property-Related Operating Accounts.  PFI maintains and controls twenty-three operating accounts that are primarily used for receiving rent payments and paying expenses related to the PFI Real Properties (each a "PFI Real Property Operating Account" and, collectively the "PFI Real Property Operating Accounts").  Twenty-two PFI Real Property Operating Accounts receive rent payments and pay expenses related to individual PFI Real Properties.  At least one PFI Real Property Operating Account receives rent payments and pays expenses related to more than one of the PFI Real Properties.

(b)      PFI Business Operating Accounts.  PFI maintains and controls two operating accounts that it uses to pay its own expenses, including employee wages and salaries (collectively, the "PFI Business Operating Accounts").

(c)      PISF Business Operating Accounts.  PISF maintains and controls three operating accounts that it historically has used to pay the expenses of PISF's

SMRH:4840-4322-5797.3

SMRL-319169

former senior leadership, pay investors that withdrew funds from PISF or hold funds to be used for purchasing interests in real property (collectively, the "PISF Business Operating Accounts").  PISF no longer has any employees and the PISF Business Operating Accounts are currently dormant, although they do currently hold certain funds.

6.     A true and complete list of the Debtors' Accounts that identifies the type of each account as described above and in the Cash Management Motion and that includes a redacted account number for each account is attached hereto as **Exhibit A**.

## THE UTILITIES MOTION

7.     The PFI Real Properties consist of twenty-nine[2] real property locations in Marin and Sonoma Counties, California, primarily consisting of apartment buildings and office parks.  The PFI Real Properties obtain electricity, natural gas, water, and trash service from local utility providers and some of the PFI Real Properties also obtain phone and/or internet service from a local utility provider.  Because the PFI Real Properties are located in different cities, PFI's utility-related obligations are owed to a number of different utility providers (each a "Utility" and, collectively, the "Utilities"), although several utility providers deliver services to a number of the PFI Real Properties. Approximately nine Utilities provide services to the PFI Real Properties.

8.     Average monthly bills for the Utilities range from approximately $120.00 to $20,000.  The Estimated Fourteen Day Usage Deposit for each Utility as discussed in the Utilities Motion is based on an each Utility's most recent bill, which in each case the Debtors believes is for an amount equal to or higher than that average of such bills over the six month period ending June 30, 2020.  Attached hereto as **Exhibit B** is a true and correct

---

[1] The Debtors have asked Umpqua whether it is able to convert each of the existing Debtors' Accounts into a debtor in possession account.

[2] The First Day Declaration mentions twenty-eight PFI properties.  The twenty-ninth PFI property is a property PFI owns as a tenant in common with others and so it was omitted from the First Day Declaration.

list of each of the Debtors' Utilities, the total invoiced amount on the most recent bill for each Utility, and the proposed Deposit based on the Estimated Fourteen Day Usage.

## THE INSURANCE MOTION

9.     PFI maintains various liability, property, and other insurance policies (together with any agreements related thereto and any new policies that may be entered into, the "Insurance Policies") through several different insurance carriers (together with any third-party administrators, the "Insurance Carriers").  A true and correct list of the currently in-force Insurance Policies and Insurance Carriers is attached hereto as **Exhibit C**.  The Insurance Policies provide PFI and the Real Properties with insurance coverage for liabilities relating to, among other things, business ownership liability (includes business ownership liability for individual commercial properties), surety (includes bond coverage for employee ERISA plans), umbrella liability (includes excess liability), commercial liability (includes real and personal property), business automobile liability, management liability (includes employment practices liability, directors' and officers' liability, and fiduciary liability), and flood liability (includes coverage for real property).  Additionally, those policies labeled as "Package Insurance" within Exhibit C provide property and general commercial liability insurance as well as umbrella insurance for excess liability where PFI does not maintain a separate umbrella policy for an individual Real Property.

10.     PFI also maintains a master Earthquake Policy for all of the Real Properties it owns and manages, including those properties that PFI does not own in fee and for which it merely provides property management services.  The estimated annual premium for the Earthquake Policy is $477,894.00 in the aggregate for all of the Real Properties, and is paid on a pro-rata basis out of the individual accounts for each respective property. PFI's pro-rata share for the Earthquake Policy premium for the Real Properties either owned by PFI in fee or as a tenant-in-common is $203,976.36 and is paid out of PFI's own accounts.  In years past, PFI has made a deposit on the premium for the first two months-worth of coverage and financed the balance of the annual premium.

Case: 20-30604    Doc# 25    Filed: 07/30/20    Entered: 07/30/20 22:52:52    Page 5 of 58

11.     In addition, an individual package Insurance Policy provides coverage for twenty-four different Real Properties, of which five are owned by PFI in fee and one of which is owned by PFI as a tenant-in-common with at least one other entity.  Again, the premium on this Insurance Policy is paid on a pro-rata basis out of the respective accounts for each property that the policy covers.  While the aggregate annual premium for this Insurance Policy covering the twenty-four Real Properties is $395,912.38, PFI's proportional share is $44,947.79 for the Real Properties that it owns in fee or as a tenant-in-common.

12.     The remaining present Insurance Policies discussed in the Insurance Motion are listed in <u>Exhibit C</u>, and provide coverage to individual Real Properties owned by PFI in fee or as a tenant-in-common or are policies providing coverage to PFI itself.  PFI pays for all of these Insurance Policy premiums out of its own accounts.  PFI may also enter into replacement or new Insurance Policies after the date hereof due to the expiration or other termination of currently in-force Insurance Policies.

13.     The aggregate amount of annual premiums on account of all of the current Insurance Policies, including amounts for any additional premium payments made to extend the current term of certain policies and, in particular, PFI's pro-rata share for the Earthquake Policy premium and the package Insurance Policy premium covering the twenty-four Real Properties described above, is approximately $578,546.12.

14.     PFI paid most of the Insurance Policy premiums in full prior to the Petition Date.  Some policies, including the business auto insurance policy for PFI and the package and umbrella policies for certain Real Properties, have been paid post-petition where the policies were set to expire on July 31, 2020.[1]  Additionally as of July 27, 2020, premiums for the following policies that are due by July 31, 2020, had yet to be paid: the package and umbrella insurance policies for the 200 Gate 5 Road and 419 Prospect Drive properties and

---

[1] The umbrella and package policies for the following Real Properties were paid on July 27, 2020: 107 Marin St., 355 Boyes Blvd., 49-59 Ignacio Ln., 353-359 Bel Marin Keys Blvd., 7200 Redwood Blvd., 855 Broadway, 517 B St.

Case: 20-30604     Doc# 25     Filed: 07/30/20     Entered: 07/30/20 22:52:52     Page 6 of 58

the package insurance policy for the 1222 Irwin property. PFI's portion of the two-month deposit on the annual premium for the Earthquake Policy is also due by Friday, July 31, 2020, and had not been paid as of July 27, 2020. Additionally, the premium on the package insurance policy for the 1315-1317 Lincoln property is due and had not been paid as of July 27, 2020. Finally, PFI has an outstanding balance of $4,634.48 for its workers' compensation insurance policy. If needed, PFI may pay these premiums to prevent cancellation of the policies.

15.     In addition to the annual premiums, pursuant to certain of the Insurance Policies, PFI may be required to pay various other amounts including deductibles, retentions, administrative fees, and claims asserted under such policies. The failure to pay these amounts may result in a loss of coverage under the Insurance Policies if such amounts remain unpaid. As of the Petition Date, PFI was not aware of any such amounts remaining outstanding, though such amounts may become due during the pendency of these chapter 11 cases.

16.     Certain of the Insurance Policies may be subject to regular audits, loss assessments, and operating cost adjustments (the "Insurance Policy Audits"), which may result in an adjustment of the Insurance Premiums owed on account thereof. PFI is not aware of any pending Insurance Policy Audits, but it is possible that Insurance Policy Audits for certain prepetition Insurance Premium payments could be pending and may not conclude until after the Petition Date or could still arise. As a result, the aggregate amount of the PFI's obligations arising from the Insurance Policy Audits is unknown at this time.

17.     Continuation of the current Insurance Policies, completion of any Insurance Policy Audits, and entry into new insurance policies is essential to the operation of PFI's business and is necessary to protect PFI from catastrophic potential liability. Furthermore, in many instances, insurance coverage is required by the regulations, laws, and contracts that govern the Debtors' commercial activities, including the Office of the United States Trustee's (the "U.S. Trustee") requirement that a debtor maintain adequate coverage given

the circumstances of its chapter 11 case and the requirements contained in the various deeds of trust covering the Real Properties.

18.     PFI obtains the Insurance Policies through its insurance broker, Brown & Brown Insurance Services of California, Inc. (the "Insurance Broker").  The Insurance Broker assists PFI  in obtaining comprehensive insurance coverage for their operations in the most cost-effective manner, negotiating policy terms, provisions, and premiums, assisting PFI with claims, and providing ongoing support throughout the applicable policy periods.  As of the Petition Date, PFI was not aware of any amounts owing to the Insurance Broker, but PFI is continuing to review its books and records.

19.     The Workers' Compensation Program covers, among other things, workers' compensation and employer liability for accidents, death, or disease sustained by employees.  PFI is the only Debtor with employees, and California Labor Code §§ 3700-3823 mandates that PFI provide for payment of all injury claims suffered by its employees arising out of the course and scope of their employment (the "Workers' Compensation Claims"), either by obtaining third-party insurance or obtaining a certificate to self-insure from the California Department of Industrial Relations.  PFI has elected to obtain third-party insurance through Republic Indemnity Company of California ("Republic Indemnity").  The annual premium for the Workers' Compensation Program is approximately $49,071.00.  I am informed and believe that as of July 27, 2020, PFI owed an outstanding balance of $4,634.48 for the premium on the Workers' Compensation Program insurance policy.

20.     As of July 28, 2020, I was aware of three open claims under the Workers' Compensation Program for which the Insurance Carrier has paid out $11,007.75 during the current policy term.  I am also aware of one additional Workers' Compensation Claim from the current policy term for which the Insurance Carrier has paid out $415.41.  I am further informed that this additional Workers' Compensation Claim is closed.  At this time, PFI is unable to provide an estimated annual average payment for potential Workers' Compensation Claims.  While I am not aware of any additional fees beyond present

$49,071.00 premium on the Workers' Compensation Program Insurance Policy, the payouts on the Workers' Compensation Claims by the Insurance Carrier may impact the total premium cost for the Workers' Compensation Program Insurance Policy.

## **EMPLOYEE BENEFITS MOTION**

21.     As of the date each of the Bankruptcy Cases commenced, various amounts of prepetition employee obligations were owed or had accrued because, among other things:

(d)     PFI filed its chapter 11 petition in the middle of one of its regular and customary expense reimbursement periods.  PFI normally distributes expense reimbursement checks to its employees on or around the fifteenth (15th) day of each month for all expenses incurred by such Employees over the course of the preceding month.  On July 15, 2020, PFI issued expense reimbursement checks for expenses incurred by its employees up through that date; however, the next round of reimbursement checks covering expenses incurred by PFI's employees beginning on July 16, 2020 are not due to be issued until on or about August 15, 2020.  Accordingly, various amounts in prepetition expense reimbursement liabilities were due and owing as of the date the PFI Case commenced.

(e)     Some payroll and expense reimbursement checks issued to PFI employees prior to the date the PFI Case commenced have not been presented for payment yet or have not cleared the banking systems yet and, accordingly, have not been honored and paid as of such date; and

(f)     Certain other forms of compensation (including sick pay, paid time off, and withholdings for benefit plan contributions) related to prepetition services have not been honored because such benefits, although accrued before the date the PFI Case commenced, were not payable but rather will become payable in the ordinary course of PFI's business.

22.     PFI has a total staff of forty five (45) full-time employees in the United States (the "Employees").  PISF does not currently have any employees.  PFI serves as the property manager for all of the Debtors' Real Properties, which consist of approximately

seventy total apartment complexes and office parks in Marin and Sonoma Counties, California. Approximately eleven (11) of PFI's Employees occupy administrative roles (e.g., accounting, marketing, leasing, and business development), while the majority are employed to manage and maintain the Real Properties. This includes eight (8) Employees whose primary role is commercial property management and twenty-six (26) Employees whose role is residential property management and maintenance (e.g., Property Managers, Maintenance Technicians, and Facilities Coordinators), of which six (6) are Resident Property Managers who each live on-site at one of the Real Properties. Accordingly, if any of PFI's Employees were to leave, operations at the Real Properties – including those in which PISF has an ownership interest — almost certainly would be negatively impacted and potentially cease, the tenants at the Real Properties likely would suffer, and the value of the Real Properties would be reduced. Accordingly, PFI's Employees are essential to both Debtors' continued operations and viability, as well as to the Debtors' ability to fulfill their duties as debtors-in-possession in these bankruptcy cases.

23. I anticipate that certain PFI Employees are and will be involved in preparing the schedules and statement of financial affairs in this case, preparing financial analyses and budgets, preparing monthly operating reports, overseeing both Debtors' operations, and managing and maintaining both Debtors' Real Properties during the pendency of these bankruptcy cases.

24. Unless PFI can promptly honor its prepetition employee obligations, the Debtors believe that employee morale will suffer, and many Employees may be unable to meet their own personal obligations in these already trying times. PFI's Employees are intimately knowledgeable about both of the Debtors' operations and business affairs, as well as about operations at the Real Properties, and their retention is necessary to ensure a timely and efficient bankruptcy process. Moreover, the continued provision of regular building maintenance and property management services by PFI's Employees is critical to the approximately 2,700 residents and 400 businesses that call the Real Properties their home and/or their office. The suspension or diminution of such maintenance and property

Case: 20-30604   Doc# 25   Filed: 07/30/20   Entered: 07/30/20 22:52:52   Page 10 of 58

management services could also diminish the value of the affected Real Properties, and thus harm creditors.  Without PFI's Employees, neither Debtor will be able to continue to effectively operate its business, and their ability to preserve and maximize the value of their assets – particularly, the Real Properties – will be jeopardized.

25.     PFI's business practice has been to supplement the wages and salaries of its full-time Employees by providing them with certain employee benefit programs.  These programs include such standard benefits as paid time off and medical and dental insurance.  PFI is continuing these programs in the ordinary course of its business operations.

26.     The majority of PFI's Employees accrue two (2) weeks of paid time off per year, while a small minority of PFI's Employees accrue three (3) weeks of paid time off per year.  Annually accrued paid time off is not capped for either of these groups.

27.     Upon termination, PFI pays all Employees for any accrued but unused paid time off, pursuant to applicable law.  The Debtors do not expect PFI to be terminating any of its Employees as a result of this bankruptcy, but to the extent any Employees are terminated in the ordinary course of business, such terminated Employees will instead retain a claim for such prepetition accrued and unused paid time off.

28.     Employees are also entitled to certain medical and dental benefits.  PFI's average total monthly expense for medical and dental benefits for its Employees is approximately $16,000.  The Employees' continued ability to utilize PFI's medical benefits is particularly crucial given the need for affordable access to healthcare and testing during the global COVID-19 pandemic, which has had a significant impact on the San Francisco Bay Area (where the Debtors believe the majority of PFI's Employees reside).

29.     From time to time, the Employees incur miscellaneous expenses related to their jobs, including mileage costs as well as gas, cell phone, and utilities expenses for certain Employees.  These expenses were routinely reimbursed by PFI before the Petition Date.  Employees generally submit expense reports, including receipts or other backup documentation, in order to receive reimbursement for their business expenses.  After

SMRH:4840-4322-5797.3

receiving approvals, PFI would remit payment to the employee on or about the fifteenth (15th) day of each month.

30.     For the four (4) months preceding the Petition Date (April through July 2020), the total monthly expenses reimbursed by PFI to its Employees have ranged between $3,211.14 and $5,484.75 in total, with an average of $4,330.435. Out of this, PFI incurs fixed reimbursement costs of approximately (i) a total of $300.00 per month for certain Employees' PG&E expenses, (ii) a total of $310.00 per month for certain Employees' cell phone expenses for the preceding month's billing period (that is, on July 15, 2020, PFI reimbursed employees for the billing period lasting June 1, 2020 through June 30, 2020), as well as (iii) $844.00 per month for certain Employees' fuel allowance. Additionally, PFI reimburses variable costs for mileage expenses incurred by certain Employees each month, ranging from a total of $1,757.14 to $4,030.75, and averaging a total of $2,876.44 for the four (4) months preceding the commencement of the PFI Case.

31.     In accordance with its standard reimbursement policies, on July 15, 2020 PFI issued $4,678.15 in reimbursements to its Employees for expenses incurred over the preceding month. However, PFI estimates that approximately $3,232.76 in reimbursements have not been presented for payment yet or have not cleared the banking systems yet and, accordingly, have not been honored and paid as of July 29, 2020. Additionally, based on current information, PFI estimates that there are approximately $2,222.19 in reimbursements owing to its Employees for expenses incurred between July 15, 2020 and before the commencement of the PFI Case.

## THE CASH COLLATERAL MOTION

32.     PFI directly owns twenty-eight real property locations in fee simple and has an interest as a tenant in common at another real property location, primarily consisting of apartment buildings and office parks, located in Marin and Sonoma Counties, California (each a "PFI Real Property" and, collectively, the "PFI Real Properties"). Altogether, the PFI Real Properties consist of approximately 230 commercial or residential units and are estimated to have more than 350 tenants.

33.     PFI effectively serves as the property manager of the PFI Real Properties, collecting rents from the tenants of each of the PFI Real Properties and using the rents collected from each such property to pay for mortgage costs, certain utilities, insurance coverage, and other costs related to that property.  In early July 2020, PFI obtained broker opinions of value for each of the PFI Real Properties, which gave an aggregate value to PFI Real Properties of approximately $108 million.

34.     All of the PFI Real Properties are subject to a first lien mortgage in favor of a bank or investors (each a "First Lien Mortgage" and, collectively, the "First Lien Mortgages").  In addition, approximately sixteen of the PFI Real Properties are also subject to a second lien mortgage (each a "Second Lien Mortgage" and, collectively, the "Second Lien Mortgages") in favor of investors.  PFI estimates that, as of June 30, 2020, (i) the aggregate total of outstanding principal secured by the First Lien Mortgages was approximately $53 million and (ii) the aggregate total of outstanding principal secured by the Second Lien Mortgages was approximately $34 million.

35.     Attached hereto as **Exhibit D** is a forecasted thirteen (13) week budget for payment of costs and expenses incurred in the ordinary course of PFI's business managing and maintaining the PFI Real Properties.

36.     Attached hereto as **Exhibit E** is a list of the bank and investor lenders who hold either a First Lien Mortgage or Second Lien Mortgage and are parties with an interest in the Cash Collateral.

37.     A true and correct list of the PFI Real Properties that identifies (i) the estimated value of each such property, (ii) the total outstanding principal secured by a First Lien Mortgage on each such property and monthly payment, (iii) the total outstanding principal secured by any Second Lien Mortgage on each such property and monthly payment, and (iv) the net equity in each PFI Real Property after accounting for the amount of the First Lien Mortgage and any Second Lien Mortgage on each such property is attached hereto as **Exhibit F**.

SMRH:4840-4322-5797.3

Case: 20-30604   Doc# 25   Filed: 07/30/20   Entered: 07/30/20 22:52:52   Page 13 of 58

38.     If it does not obtain swift authorization to use the Cash Collateral, PFI, the PFI Real Properties, and their commercial and residential tenants, will suffer immediate and irreparable harm.  Without the use of the Cash Collateral, PFI will not have the liquidity to continue to pay for expenses related to maintaining and preserving the PFI Real Properties.  If PFI is not permitted to use the Cash Collateral to pay these critical expenditures, PFI Real Properties will deteriorate and the residential and commercial tenants at the PFI Real Properties will suffer.  The preservation of PFI's ability to maintain the PFI Real Properties depends heavily upon the expeditious approval of PFI's use of Cash Collateral for general working capital purposes.  Absent this Court's approval of the interim relief sought herein, PFI faces a substantial risk of severe disruption to its ability to maintain the PFI Real Properties and resulting irreparable damage to its relationships with tenants, employees, and vendors, and further damage to its reputation in the industry and marketplace, all of which would diminish the value of its assets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 30, 2020, at Novato, California.

_____
Michael Hogan

SMRH:4840-4322-5797.3
73ZL-319169
Case: 20-30604     Doc# 25     Filed: 07/30/20     Entered: 07/30/20 22:52:52     Page 14 of 58

# EXHIBIT A

# EXHIBIT A

| PFI REAL PROPERTY-RELATED OPERATING ACCOUNTS | | | |
|---|---|---|---|
| **Bank** | **Account Name/Description** | **Account Number** | **Description** |
| Umpqua Bank | 1 Hammondale | XXXX9668 | Operating |
| Umpqua Bank | 107 Marin | XXXXX1763 | Operating |
| Umpqua Bank | 1129 3rd Street Apartments | XXXXXX6841 | Operating |
| Umpqua Bank | 117 to 121 Paul Drive | XXXXX2461 | Operating |
| Umpqua Bank | 1222 Glenwood Apts | XXXXXX3125 | Operating |
| Umpqua Bank | 1315 Rafael Gardens | XXXXXX5643 | Operating |
| Umpqua Bank | 1506 Vallejo | XXXXXX8965 | Operating |
| Umpqua Bank | 16914 Sonoma 4869701682 | XXXXXX1682 | Operating |
| Umpqua Bank | 30-42 Clay Court | XXXXX0740 | Operating |
| Umpqua Bank | 350 Ignacio Condo Assoc | XXXXXX6163 | Operating |
| Umpqua Bank | 353 Bel Marin Keys | XXXXXX2589 | Operating |
| Umpqua Bank | 355 Boyes Redwood Manor Apartments | XXXXXX1478 | Operating |
| Umpqua Bank | 390 Woodland Apartments | XXXXXX8839 | Operating |
| Umpqua Bank | 419 Prospect Drive | XXXXXX5799 | Operating |
| Umpqua Bank | 501 Ignacio | XXXX7498 | Operating |
| Umpqua Bank | 7200 North Bay Center | XXXXXX6136 | Operating |
| Umpqua Bank | 885 Broadway | XXXXX1771 | Operating |
| Umpqua Bank | Duffy Place | XXXXX5375 | Operating |
| Umpqua Bank | Gate 5 | XXXXX6910 | Operating |
| Umpqua Bank | Ignacio Lane Apartments | XXXXX0575 | Operating |
| Umpqua Bank | Merrydale 4866807177 | XXXXXX7177 | Operating |
| Umpqua Bank | PFI dba 515 B Street | XXXXXX8278 | Operating |
| Umpqua Bank | PFI dba Santaland | XXXXXX7823 | Operating |
| PFI OPERATING ACCOUNTS | | | |
| **Bank** | **Account Name/Description** | **Account Number** | **Description** |
| Umpqua Bank | PFI Clearing Account | XXXXXX7399 | Operating |
| Umpqua Bank | PFI General 20112763 | XXXX2763 | Operating |
| | | | |
| PISF OPERATING ACCOUNTS | | | |
| **Bank** | **Account Name/Description** | **Account Number** | **Description** |
| Umpqua Bank | PISF Inc 11001849 | XXXX1849 | Operating |
| Umpqua Bank | PISF Transfer Account | XXXXXX1054 | Operating |
| Umpqua Bank | New clearing account | XXXXX1599 | Operating |

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

## PFI's Utilities and Proposed Deposits

| Utility | Street Address | City, State and ZIP | Total Amount Invoiced on Last Bill | Approximate Proposed Deposit[1] |
|---|---|---|---|---|
| PG&E | Box 997300 | Sacramento CA 95899 | $20,000 | $10,000 |
| North Marin Water District Payment Processing Center | PO Box 511529 | Los Angeles CA 90051 | $4,700 | $2,350 |
| Marin Sanitary Service | PO Box 11117 | San Rafael CA 94912 | $3,700 | $1,850 |
| Marin Municipal Water District | 220 Nellen Avenue | Corte Madera CA 94925 | $5,000 | $2,500 |
| Comcast | PO Box 60533 | City of Industry CA 91716 | $2,500 | $1,200 |
| Recology Sonoma Marin Waste Zero | PO Box 51216 | Los Angeles CA 90051 | $3,500 | $1,750 |
| Valley of the Moon Water District | PO Box 280 | El Verano CA 95433 | $2,000 | $1,000 |
| Sonoma Garbage Collectors | PO Box 400 | El Verano CA 95433 | $1,500 | $750 |
| Frontier | PO Box 709 | South Windsor, CT 06074 | $120 | $60 |

[1] Final deposit amount to be calculated on a fourteen-day pro-rata portion of the total amount invoiced on the last bill.

SMRH:4840-4322-5797.3

# EXHIBIT C

# EXHIBIT C

| Policy # | Status | Policy Eff Date | Policy Exp Date | Type | Company | Description | Total Cost | Owner |
|---|---|---|---|---|---|---|---|---|
| BAS56645842 | Active | 7/31/2020 | 7/31/2021 | Business Auto | Ohio Security Insurance Company | | $16,828.00 | PFI |
| 6803F20317A | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 107 Marin St | $6,543.00 | PFI |
| CUP3F687668 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 107 Marin St | $2,125.00 | PFI |
| 6804G629068 | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 355 Boyes Blvd | $4,583.00 | PFI |
| CUP4G629960 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 355 Boyes Blvd | $2,125.00 | PFI |
| 6806D45281A | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 200 Gate 5 Rd | $4,373.00 | PFI |
| CUP6D468818 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 200 Gate 5 Rd | $1,575.00 | PFI |
| 6806J966300 | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 49-59 Ignacio Lane | $3,819.00 | PFI |
| CUP6J966465 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 49-59 Ignacio Ln | $2,125.00 | PFI |
| 6806J97267A | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 353-359 Bel Marin Keys Blvd | $10,280.00 | PFI |
| CUP6J972889 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 353-359 Bel Marin/7200 Redwood | $1,909.00 | PFI |
| 6806J97275A | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 7200 Redwood Blvd, Novato | $12,751.00 | PFI |
| 6806J97419A | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 885 Broadway, Sonoma | $7,654.00 | PFI |
| CUP6J974256 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 885 Broadway | $2,050.00 | PFI |
| 6807J003530 | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 517 B St | $5,501.00 | PFI |
| CUP7J003646 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 517 B St | $2,125.00 | PFI |
| 6807J006243 | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 117-121 Paul Dr | $3,978.00 | PFI |
| CUP7J006311 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 117-121 Paul Dr | $1,575.00 | PFI |
| 6809J050796 | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 419 Prospect Dr | $5,353.00 | PFI |
| CUP9J083822 | Active | 7/31/2020 | 7/31/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 419 Prospect Dr | $2,125.00 | PFI |
| 6809J086399 | Active | 7/31/2020 | 7/31/2021 | Package | Travelers Casualty Insurance Company of America | 1222 Irwin | $7,887.00 | PFI/LLC/TIC |
| ODFA089686 | Active | 7/31/2020 | 7/31/2021 | Package | Massachusetts Bay Insurance Company | Office Package | $7,285.00 | PFI |
| 4BOP1070008533 | Active | 7/18/2020 | 7/18/2021 | BOP | California Capital Insurance Company | 1129 3rd St | $3,706.00 | PFI |
| 4CUL1070008534 | Active | 7/18/2020 | 7/18/2021 | Umbrella(C) | California Capital Insurance Company | 1129 3rd St | $1,300.00 | PFI |
| 041151651201 02 | Active | 6/9/2020 | 6/9/2021 | Flood (C) | Wright National Flood Insurance Company | 200 Gate 5 Rd | $3,819.00 | PFI |
| 041151651201 02 | Active | 6/9/2020 | 6/9/2021 | Flood (C) | Wright National Flood Insurance Company | 200 Gate 5 Rd | $3,819.00 | PFI |
| 6800R202764 | Active | 6/1/2020 | 6/1/2021 | Package | Travelers Property Casualty Company of America | 350 Ignacio (Condo LRO) | $4,163.00 | PFI |
| CUP0R202684 | Active | 6/1/2020 | 6/1/2021 | Umbrella(C) | Travelers Property Casualty Company of America | 350 Ignacio (Condo LRO) | $2,265.00 | PFI |
| SL 2842405 | Active | 5/15/2020 | 5/15/2021 | Package | Indian Harbor Insurance Company | 1506 Vallejo Ave, Novato | $4,713.38 | PFI |
| 041151604479 02 | Active | 4/9/2020 | 4/9/2021 | Flood (C) | Wright National Flood Insurance Company | 21-33 Duffy & 607,615 Irwin | $13,686.00 | PFI |
| 041151604480 02 | Active | 4/9/2020 | 4/9/2021 | Flood (C) | Wright National Flood Insurance Company | 37 Duffy Pl | $13,686.00 | PFI |
| 3-CMA-1-041906 | Active | 4/9/2020 | 4/9/2021 | Package | California Capital Insurance Company | Duffy/Irwin | $21,017.00 | PFI |
| 3-CUL-1-1854058 | Active | 4/9/2020 | 4/9/2021 | Umbrella(C) | California Capital Insurance Company | Over Duffy/Irwin | $3,674.00 | PFI |
| SIA80096 | Active | 12/31/2019 | 12/31/2020 | Package | Specialty Insurance Advantage | 7 Merrydale | $4,864.79 | PFI |
| SIA82591 | Active | 12/31/2019 | 12/31/2020 | Package | Specialty Insurance Advantage | 5-9 Hammondale Ct. | $2,161.44 | PFI |
| SIA82591 | Active | 12/31/2019 | 12/31/2020 | Package | Specialty Insurance Advantage | 461 Ignacio Blvd. | $8,339.43 | PFI |
| SIA82591 | Active | 12/31/2019 | 12/31/2020 | Package | Specialty Insurance Advantage | 501 Alameda Del Prado | $8,339.43 | PFI |
| SIA82591 | Active | 12/31/2019 | 12/31/2020 | Package | Specialty Insurance Advantage | 30-42; 33-39; 17-24 Clay Court | $9,737.53 | PFI |
| SIA82591 | Active | 12/31/2019 | 12/31/2020 | Package | Specialty Insurance Advantage | 1 Hammondale Court | $2,813.71 | PFI |
| SIA82591 | Active | 12/31/2019 | 12/31/2020 | Package | Specialty Insurance Advantage | 16914 Sonoma Highway | $13,556.25 | PFI/TIC |
| 041151909027 00 | Active | 11/21/2019 | 11/21/2020 | Flood (C) | Wright National Flood Insurance | 300 Entrada Dr | $13,980.00 | PFI |
| 6803P854961 | Active | 11/21/2019 | 11/21/2020 | Package | Travelers Property Casualty Company of America | 300 Entrada Dr | $3,616.00 | PFI |
| CUP3P855632 | Active | 11/21/2019 | 11/21/2020 | Umbrella(C) | Travelers Property Casualty Company of America | 300 Entrada Dr | $3,150.00 | PFI |
| 180640-10 | Active | 11/1/2019 | 11/1/2020 | Workers Compensation | Republic Indemnity Company of California | | $49,071.00 | PFI |
| EKS3309995 | Active | 10/31/2019 | 10/31/2020 | Management Liability Package | Scottsdale Insurance Company | EPLI/D&O/ Fiduciary | $38,998.25 | PFI |
| 4SOP3070009359 | Active | 10/11/2019 | 10/11/2020 | BOP | Monterey Insurance Company | 390-406 Woodland | $3,217.00 | PFI |
| 041151899838 00 | Active | 10/11/2019 | 10/11/2020 | Flood | Wright National Flood Insurance Company | 390 Woodland Ave | $2,347.00 | PFI |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 041151899839 00 | Active | 10/11/2019 | 10/11/2020 | Flood | Wright National Flood Insurance Company | 392-398 Woodland Ave | $1,527.00 | PFI |
| 041151899840 00 | Active | 10/11/2019 | 10/11/2020 | Flood | Wright National Flood Insurance Company | 400-406 Woodland Ave. | $1,933.00 | PFI |
| 4SUL3070009361 | Active | 10/11/2019 | 10/11/2020 | Umbrella(C) | Monterey Insurance Company | 390-406 Woodland | $1,300.00 | PFI |
| 106737976 | Active | 8/22/2017 | 8/22/2020 | Surety | Travelers Casualty and Surety Company of America | ERISA Bond @ $50K | $256.00 | PFI |
| 041151673028 01 | Active | 8/21/2019 | 8/21/2020 | Flood (C) | Wright National Flood Insurance Company | 517 B St | $8,618.00 | PFI |
| 667498 | Active | 7/31/2019 | 7/31/2020 | Earthquake (C) | Specialty Insurance Advantage | DIC/Earthquake excluding Flood | $203,976.36 | Allocated |
| P04400026-1 | New | 7/19/2020 | 7/19/2021 | Package | Hallmark Specialty Insurance Company | 1315-1317 Lincoln | $6,326.55 | PFI |

**Total = $578,546.12**

# EXHIBIT D

# EXHIBIT D

**Professional Financial Investors**
13-Week Cash Flow Forecast
13-Weeks Ending 10/23/2020

| Week Ended | Actual 0 7/24/2020 | Forecast 1 7/31/2020 | Forecast 2 8/7/2020 | Forecast 3 8/14/2020 | Forecast 4 8/21/2020 | Forecast 5 8/28/2020 | Forecast 6 9/4/2020 | Forecast 7 9/11/2020 | Forecast 8 9/18/2020 | Forecast 9 9/25/2020 | Forecast 10 10/2/2020 | Forecast 11 10/9/2020 | Forecast 12 10/16/2020 | Forecast 13 10/23/2020 | Forecast 13 Weeks 10/23/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | 376,756 | 201,874 | 305,774 | 403,191 | 305,152 | 290,280 | 104,912 | 202,329 | 311,716 | 147,808 | 110,272 | 57,382 | 176,782 | (7,140) | 376,756 |
| **Collections:** | | | | | | | | | | | | | | | |
| Management Fees - Duffy Place | | 133,000 | | 133,000 | | | | 133,000 | | | | 133,000 | | | 532,000 |
| **Net Rents:** | | | | | | | | | | | | | | | |
| PFI dba Duffy Place - Duffy Place | | | 19,049 | | | | 19,049 | | | | 19,049 | | | 19,049 | 76,194 |
| PFI dba Gate 5 - Mariners Landing | | | (3,787) | | | | (3,787) | | | | (3,787) | | | (3,787) | (15,147) |
| PFI dba 107 Marin Apartments - 107 Marin | | | 5,364 | | | | 5,364 | | | | 5,364 | | | 5,364 | 21,456 |
| PFI dba 1129 - 1129 3rd Street Apartments | | | 2,356 | | | | 2,356 | | | | 2,356 | | | 2,356 | 9,422 |
| PFI dba 117 Las Gallinas Business - Las Gallinas Business Center | | | 1,407 | | | | 1,407 | | | | 1,407 | | | 1,407 | 5,627 |
| PFI dba Rafael Gardens Apartments - San Rafael Gardens | | | (3,367) | | | | (3,367) | | | | (3,367) | | | (3,367) | (13,466) |
| PFI dba 1506 Novato Court Apartments - Novato Apartments | | | 3,171 | | | | 3,171 | | | | 3,171 | | | 3,171 | 12,682 |
| PFI dba Santa House - Santa Land | | | (10,344) | | | | (10,344) | | | | (10,344) | | | (10,344) | (41,375) |
| PFI dba 353 Bel Marin Keys - The Keys Center | | | 2,479 | | | | 2,479 | | | | 2,479 | | | 2,479 | 9,918 |
| PFI dba 355 Redwood Manor Apartments - Redwood Manor | | | 2,796 | | | | 2,796 | | | | 2,796 | | | 2,796 | 11,186 |
| PFI dba 390 Woodland Ave - Woodland Apartments | | | 2,871 | | | | 2,871 | | | | 2,871 | | | 2,871 | 11,484 |
| PFI dba 419 Prospect Dr. - 419 Prospect Drive | | | 5,639 | | | | 5,639 | | | | 5,639 | | | 5,639 | 22,557 |
| PFI dba 461 Ignacio Blvd. - Ignacio Hills Tennis & Gardens | | | 6,905 | | | | 6,905 | | | | 6,905 | | | 6,905 | 27,621 |
| PFI dba 501 Ignacio Blvd. - Ignacio Hills Tennis & Gardens | | | 13,148 | | | | 13,148 | | | | 13,148 | | | 13,148 | 52,592 |
| PFI dba 515 Brookside Apartments - Brookside | | | 5,346 | | | | 5,346 | | | | 5,346 | | | 5,346 | 21,385 |
| PFI dba 7200 Redwood Blvd - North Bay Business Center | | | 37,596 | | | | 37,596 | | | | 37,596 | | | 37,596 | 150,385 |
| PFI dba 885 Broadway Apartments - 885 Broadway | | | 2,701 | | | | 2,701 | | | | 2,701 | | | 2,701 | 10,803 |
| PFI dba Hammondale Apartments - Hammondale | | | 3,462 | | | | 3,462 | | | | 3,462 | | | 3,462 | 13,850 |
| PFI dba 49 Ignacio Lane - Ignacio Lane | | | 8,395 | | | | 8,395 | | | | 8,395 | | | 8,395 | 33,579 |
| PFI dba Merrydale Apartments - Merrydale View Apartments | | | 696 | | | | 696 | | | | 696 | | | 696 | 2,786 |
| PFI dba Pacheco Villa 1 - Pacheco Villa | | | 11,123 | | | | 11,123 | | | | 11,123 | | | 11,123 | 44,492 |
| 16914 Sonoma - TIC - 16914 Sonoma Highway | | | 3,243 | | | | 3,243 | | | | 3,243 | | | 6,381 | 16,109 |
| Proceeds from Sale of Property | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| **Total Collections** | | 133,000 | 120,250 | 133,000 | | | 120,250 | 133,000 | | | 120,250 | 133,000 | | 123,388 | 1,016,138 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | |
| Insurance | (15,700) | (25,500) | | (47,118) | (9,272) | | | | | | | | | | (97,590) |
| Mortgages | | | (9,232) | | | | (9,232) | | | | (9,232) | | | | (27,696) |
| Taxes (property taxes accrued in Net Rents above) | | | | | | | | | | | | | | | - |
| Payroll & Employee Reimbursements | (5,301) | | | (164,908) | | (160,308) | | (4,600) | (160,308) | | (160,308) | | (164,908) | | (820,641) |
| Credit Card | | | (10,000) | | | | (10,000) | | | | | (10,000) | | | (30,000) |
| Accounts Payable | (153,881) | | | (15,414) | | | | (15,414) | | | | | (15,414) | | (200,123) |
| UST Fees | | | | | | | | | | (33,935) | | | | | (33,935) |
| Utility Deposits | | | | | | (21,460) | | | | | | | | | (21,460) |
| Other | | (3,600) | (3,600) | (3,600) | (5,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (3,600) | (48,800) |
| **Total Operating Disbursements** | (174,882) | (29,100) | (22,832) | (231,040) | (14,872) | (185,368) | (22,832) | (23,614) | (163,908) | (37,535) | (173,140) | (13,600) | (183,922) | (3,600) | (1,258,785) |
| **Operating Cash Flow** | (174,882) | 103,900 | 97,418 | (98,040) | (14,872) | (185,368) | 97,418 | 109,386 | (163,908) | (37,535) | (52,890) | 119,400 | (183,922) | 119,788 | (242,647) |
| **Ending Balance** | 201,874 | 305,774 | 403,191 | 305,152 | 290,280 | 104,912 | 202,329 | 311,716 | 147,808 | 110,272 | 57,382 | 176,782 | (7,140) | 112,648 | 134,108 |
| **Non-Operating Disbursements:** | | | | | | | | | | | | | | | |
| Armanino | | | | | | | | | | | | | | | |
|   Forensics | | | | (30,000) | (30,000) | (30,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (210,000) |
|   CRO/Operations | | | | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (640,000) |
| Sheppard Mullin | | (95,000) | (95,000) | (95,000) | (95,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (920,000) |
| Other Professionals | | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) | (196,000) |
| Committee of Unsecured Creditors Counsel | | | | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | - |
| xxxxxxxxxxxxxxxxxx | | | | | | | | | | | | | | | |
| xxxxxxxxxxxxxxxxxx | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| **Total Non-Operating Disbursements** | | (115,000) | (115,000) | (210,000) | (210,000) | (175,000) | (152,000) | (152,000) | (152,000) | (137,000) | (137,000) | (137,000) | (137,000) | (137,000) | (1,966,000) |

# EXHIBIT E

# EXHIBIT E

**BANK LENDERS**

Tri Counties Bank
P.O. Box 909
Chico, CA 95927

Poppy Bank
438 First Street
Santa Rosa, CA 95401

Chase
Commercial Term Lending
P.O. Box 9176
Coppell, TX 75019-9176

First Foundation Bank
18101 Von Karman, Suite 750
Irvine, CA 92612

Pacific Western Bank
P.O. Box 131207
Carlsbad, CA 92013-1207

Heritage Bank of Commerce
150 Almaden Boulevard
San Jose, CA 95113-2010

Orix Real Estate Capital
P.O. Box 846019
Dallas, TX 75284-6019

Banner Bank
P.O. Box 1117
Walla Walla, WA 99362-0265

-1-

**INVESTORS**

Gregory Anton
967 Midpine Way
Sebastopol, CA 95472

Richard Bell
2519 East Beaver Lake Drive S.E.
Sammamish, WA 98075

Wanda Bishop
1232 Fairlawn Court
Walnut Creek, CA 94595-2874

Marcy Dubova
1064 Los Gamos Road
San Rafael, CA 94903-2519

June Hengst
334 Lowell Avenue
Mill Valley, CA 94941

Connie Hoshor
PO Box 1223
Pt. Reyes Station, CA 94956

Fern Jeffcoat
820 Bel Marin Keys Blvd.
Novato, CA 94949

Laura Kradjan-Cronin
58 Club View Drive
Novato, CA 94949

Carole Levine
2139 Jackson Street
San Francisco, CA 94115

Gary Nadler
29 Iverson Way
Petaluma, CA 94952

Rick Pacheco
28425 Eastin Road

Newman, CA 95360

Doyle Pratt
P.O. Box 78
Patagonia, AZ 85624

Ivory Sidell
31 Forest Lane
San Rafael, CA 94903

Suzanne Teal
4718 Tee View Court
Santa Rosa, CA 95405-8756

Susan Toch
385 Pine Hill Road
Mill Valley, CA 94941

Elizabeth Ury
18 Lagoon Road
Belvedere, CA 94920

Scott Valentino
91 Porteous Avenue
Fairfax, CA 94930

Tracy Zell-Bennett
1030 Amend Street
Pinole, CA 94564

Joshua Berns
2159 Cantalier Street
Sacramento, CA 95815

Cris Berns
9321 168th Place NE
Redmond, WA 98052

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Elizabeth Moore
13 Baytree Lane

San Anselmo, CA 94960

Trisha Waldron
9 Gerstle Court
San Rafael, CA 94901

Richard Bouck
774 Mays Blvd.
Incline Village, NV 89451

Kathleen Curry
1422 Curtis Street
Berkeley, CA 94702

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Lindsay Divirgilio
40 Dean Way
Folsom, CA 95630

Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Steven Hoffman
22230 Varian Way
Cupertino, CA 95014

Colin Honess
430 6th Avenue
Santa Cruz, CA 95062

Frances Lerner
2625 Brooks Avenue
El Cerrito, CA 94530

Craig Michel
10128 Button Willow Drive
Las Vegas, NV 89134

Donald Regner
46 ILIAHI WAY

SMRH:4839-9214-0229.1

LAHAINA, HI 96761

Anna Salvador
P.O. Box 70996
Richmond, CA 94807

Jill Wolf
167 N. Adams Street
Eugene, OR 97402-4203

Taressa Bell
4730 Alta Vista Avenue
Santa Rosa, CA 95404

Cris Berns
9321 168th Place NE
Redmond, WA 98052

Wanda Bishop
1232 Fairlawn Court
Walnut Creek, CA 94595-2874

Robert DeRoss, Jr.
4 Sorrel Lane
San Carlos, CA 94070

Mary Durst
313 Kensington Commons
Livermore, CA 94551

Judith Friedman
P.O. Box 131
Sonoma, CA 95476

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Mindia Klein
P.O. Box 801
Fairfax, CA 94978

William Levine
2 Snowden Lane

SMRH:4839-9214-0229.1

Fairfax, CA 94930

Roger Miller
105 Paper Mill Creek Court
Middletown, CA 95461

Suki Munsell
524 San Anselmo Avenue
San Anselmo, CA 94960

Elke Reinhardt
371 El Faisan Drive
San Rafael, CA 94903

Elke Reinhardt
371 El Faisan Drive
San Rafael, CA 94903

Janet Rostad
1090 Bel Marin Keys Blvd
Novato, CA 94949-5335

Dominique Shelton
P.O. Box 1849
Kihei, HI 96753

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Dan Dodt
1556 Revere Avenue
San Francisco, CA 94124

Anne Greenfield
P.O. Box 162
Bodega, CA 94922-0162

Violet Hanada
777 Le Conte Avenue
San Francisco, CA 94124

Peter January
10 Corte Madera Avenue

SMRH:4839-9214-0229.1

Corte Madera, CA 94925

Jai Josefs
139 Meernaa Avenue
Fairfax, CA 94930

Mariah Morelli Day
475 East Cotati Avenue
Cotati, CA 94931

Robert Putzi
381 Mountain View Avenue
San Rafael, CA 94901-1371

Jim Sciaroni
1090 Bel Marin Keys Blvd.
Novato, CA 94949

Dorothy Scholar
1686 Hampton Avenue
Redwood City, CA 94061

John Seago
50 Franson Road
Port Angeles, WA 98362-9106

Mike Spitzer
P.O. Box 1123
Aptos, CA 95001

William Tennant
2916 Russell Street
Berkeley, CA 94705

Suzanne Whaley
P.O. Box 473
Bolinas, CA 94924

Hans Paul Vogl
12 Millwood Court
San Rafael, CA 94901

Henry Black
359 Wilson Way

SMRH:4839-9214-0229.1

Larkspur, CA 94939

Sylvia Palugyai Heber De Lazar
922 Centro Way
Mill Valley, CA 94941

Abby Bell
23 Gennessee Street
San Francisco, CA 94112

Teresa Ann Clark
519 Grandview Road
Sebastopol, CA 95472

Eileen Dingle
306 Clubhouse Drive
Aptos, CA 95003

Carl Franklin
550 San Pedro Cove
San Rafael, CA 94901

Golden Gate Center for Spiritual Living
PO Box 2847
San Anselmo, CA 94979

Larry Johnsen
139 Savannah Way
Windsor, CA 95492

Jai Josefs
139 Meernaa Avenue
Fairfax, CA 94930

Mike McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Ian Noah
615 C Street
San Rafael, CA 94901

Robert Putzi
381 Mountain View Avenue

San Rafael, CA 94901-1371

Sally Rondio
4 Meadow Drive
Larkspur, CA 94939-1523

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Susan Sandson
674 Santa Rosa Avenue
Berkeley, CA 94707

Diane Soffer
17351 Spring Tree Lane
Boca Raton, FLORIDA 33487

William Taylor
P.O. Box 848
Ukiah, CA 95482

Bobbi Berens
7516 Belle View Avenue
Sebastopol, CA 95472

Jo Ellen Bradley
3060 Scott Street
San Francisco, CA 94123-3302

Jeanne Buckens
6761 Redwood Avenue
Sebastopol, CA 95472

Jeanne Buckens
6761 Redwood Avenue
Sebastopol, CA 95472

Bye Family Trust
P.O. Box 220
Albion, CA 95410

Christine Campbell
257 Eden Roc Dr.

SMRH:4839-9214-0229.1

Sausalito, CA 94965

Rebecca Cernich
P.O Box 96
Lagunitas, CA 94938

Richard Clark Trust (Cole)
6700 Berryhill Court
Forestville, CA 95436

Richard Clark Trust (Cole)
6700 Berryhill Court
Forestville, CA 95436

Cynthia Clarkson
22 Wooddale Drive
Petaluma, CA 94952-2457
                    Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Richard Cole
6700 Berryhill Court
Forestville, CA 95436

Richard Cole
6700 Berryhill Court
Forestville, CA 95436

Marguerite Courtney
661 N. Harrison Street
Fort Bragg, CA 95437-3122

Richard Cole
6793 Berryhill Court
Forestville, CA 95436

Barry Fadem
920 Diablo Drive
Lafayette, CA 94549

Daniel Forer
37 Rowe Ranch Drive

Novato, CA 94949

Scott Forer
1720 Sonoma Avenue
Berkeley, CA 94707

Christine Geiger
1092 W. California Avenue
Mill Valley, CA 94941

Joyce Gertler
4275 Casper Little Lake Rd
Mendocino, CA 95460

C. Peter Gibb
435 Thornton Way
Ashland, OR 97520

Violet Hanada
777 Le Conte Avenue
San Francisco, CA 94124

Colin Honess
430 6th Avenue
Santa Cruz, CA 95062

Laurie Jacobson
540 Teresa Court
Sebastopol, CA 95472

Mimi Janislawski
521 Village Drive
El Cerrito, CA 94530

Larry Johnsen
139 Savannah Way
Windsor, CA 95492

Mary Jordan
57 Salvatore Drive
Novato, CA 94949

Mary Jordan
57 Salvatore Drive

SMRH:4839-9214-0229.1

Novato, CA 94949

Christopher Lewis
151 Calle Bravo
Palm Springs, CA 92264

Muriel Mahrer
13577 Myren Drive
Saratoga, CA 95070

Cynthia Maxon
310 Rodeo Road
Ormond Beach, FL 32174

Mike McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Chris Miller
P.O. Box 1985
El Granada, CA 94018-1985

Roberta Mollot
286 Corbin Place
Brooklyn, New York 11235

Inge Monteith
P.O.Box 992
Kihei, HI 96753

Virginia Pierce
1090 Bel Marin Keys Blvd.
Novato, CA 94949

Donald Trant
5329 Pimlico Avenue
Sacramento, CA 95841-3819

Robert Putzi
381 Mountain View Avenue
San Rafael, CA 94901-1371

Beth Rasmussen
P.O. Box 141

SMRH:4839-9214-0229.1

Kaneohe, HI 96744

Priscilla Regalado
1630 Butte Street
Richmond, CA 94804-5214

Jeanne Woods
4601 Guerneville Rd
Santa Rosa, CA  95401

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Karen Bagatelos
732 Chevery Street
San Francisco, CA 94131

Peter Bagatelos IRA
105 Shooting Star Isle
Foster City, CA 94404

Michael Bagatelos
185 Topaz Way
San Francisco, CA 94131

Shane Black
359 Wilson Way
Larkspur, CA 94939

Kiah Bosy
P.O. Box 921
Fairfax, CA 94978

Cynthia Clarkson
22 Wooddale Drive
Petaluma, CA 94952-2457

Ramon DeAngelo
P.O. Box 606
Forest Knolls, CA 94933

Daniel Forer
37 Rowe Ranch Drive

SMRH:4839-9214-0229.1

Novato, CA 94949

Judith Goldman
3434 Fenway Drive
Sarasota, FL 34232

Kathleen Hearn
5430 Bellevue Avenue
La Jolla, CA 92037

Traute Jones
249 Marinda Drive
Fairfax, CA 94930

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Barry Nemrow
22 Weatherby Court
Petaluma, CA 94952

H. Robert Noble
60 Ora Way #203
San Francisco, CA 94131

Anne Rohrbach
2732 Houston Drive
Los Osos, CA 93402

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Linda Schuller
77-Winged Foot Drive
Livingston, NJ 07039

Violet Swanson
150 Edward Avenue

-14-

SMRH:4839-9214-0229.1

San Rafael, CA 94903

John Trimble
235 Main Burfordville Street
Burfordville, MO 63739

Lauren Vela
639 Magnolia Avenue
Larkspur, CA 94939

Carol Wilson
P.O. Box 330
Graton, CA 95444

Trisha Waldron
9 Gerstle Court
San Rafael, CA 94901

Gregory Anton
967 Midpine Way
Sebastopol, CA 95472

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Gary Berger
279 14th Avenue
San Francisco, CA 94118
Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Kenneth Chasser
4454 Highlad Park
Sarasota, FL 34235

Avrum Goldberg
2501 Wisconsin Ave. NW #308
Washington, DC 20007

Fredrick Heiman
1860 West Kuiaha Road
Haiku, HI 96708

SMRH:4839-9214-0229.1

Pamela Hilt
120 Fourth Street, Suite 1071
Petaluma, CA 94953

Janet Rostad
1090 Bel Marin Keys Blvd
Novato, CA 94949-5335

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Anna Salvador
P.O. Box 70996
Richmond, CA 94807

Kenneth Silverman
204 Calle de la Selva
Novato, CA 94949

Theodore Reich
23 Katrina Lane
San Anselmo, CA 94960

Stephen Turer
381 Greenfield Circle
Santa Rosa, CA 95409

David Wertheim
4174 Hana Highway
Haiku, HI 96708

John Alilovich
103 Morris Street #G
Sebastopol, CA 95472

Kathy Altman
390 South Morningsun Avenue
Mill Valley, CA 94941

Peter Bagatelos
105 Shooting Star Isle

-16-

Foster City, CA 94404

Peter Bagatelos
105 Shooting Star Isle
Foster City, CA 94404

Robert DeRoss
5061 Tesoro Way
El Dorado Hills, CA 95762

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Susan Grooms
220 N. Zapata Hwy. #11
Laredo, TX 78043

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

James Jacobs
16 E Crescent Drive
San Rafael, CA 94901

Elizabeth Kilner
491 Sequoia Lane
Sebastopol, CA 95472

Ann King Smith
240 12th Street
Arcata, CA 95521

William Levine
2 Snowden Lane
Fairfax, CA 94930

William Levine
2 Snowden Lane
Fairfax, CA 94930

David Lustig
P.O. Box 532

SMRH:4839-9214-0229.1

Pescadero, CA 94060

Sylvia Maendl
2025 Hawthorne Terrace
Novato, CA 94945

Craig Michel
10128 Button Willow Drive
Las Vegas, NV 89134

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Phyllis Pay
1363 Rose Street
Berkeley, CA 94702-1137

Lori Saltzman
390 South Morningsun
Mill Valley, CA 94941

Stephanie Sanders
13100 Banner Lava Cap Road
Nevada City, CA 95959

Linda Schuller
77 Winged Foot Drive
Livingston, NJ 07039

Ivory Sidell
31 Forest Lane
San Rafael, CA 94903

Lynne Smith
46 Bret Street
San Rafael, CA 94901

Susan Springer
16 E Crescent Drive

SMRH:4839-9214-0229.1

San Rafael, CA 94901

Susan Toch
385 Pine Hill Road, Apt H
Mill Valley, CA 94941

Rachelle Winterbourne
P.O. Box 369
Stinson Beach, CA 94970-0369

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Burke Zimmerman
13 Baytree Lane
San Anselmo, CA 94960

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Gary Berger
279 14th Avenue
San Francisco, CA 94118

Richard Bouck
774 Mays Blvd.
Incline Village, NV 89451

Sabrina Chaw
279 14th Avenue
San Francisco, CA 94118

John Hanks
70 Gann Way
Novato, CA 94949

Sam Hilt
120 Fourth Street, Suite 1071
Petaluma, CA 94953

Shin Jung Ho
29065 Eden Shores Drive

Hayward, CA 94545

Arthur Javier
27 Olive Court
Novato, CA 94945

Moses Kravitz
11285 Puesta Del Sol
Oak View, CA 93022

Gail Krowech
699 Ensenada Avenue
Berkeley, CA 94707

Frank Lange
11 Skylark Drive #9
Larkspur, CA 94939

Maria Molino
47 Thalia Street
Mill Valley, CA 94941

Kate Phillips
3363 Morcom Avenue
Oakland, CA 94619

Peter Bagatelos
105 Shooting Star Isle
Foster City, CA 94404

Luna Baron
2627 Mattison Lane space 29
Santa Cruz, CA 95062

Ronald Beickert
26 Cornell Drive
Great Neck, NY 11020

Alan Blavins
2506 Patra Drive
El Sobrante, CA 94803

Richard Bouck
774 Mays Blvd.

SMRH:4839-9214-0229.1

Incline Village, NV 89451

Leslie Campbell
469 Hill Street
San Francisco, CA 94114

Rebecca Cernich
P.O. Box 96
Lagunitas, CA 94938

Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Eileen Dingle
306 Clubhouse Drive
Aptos, CA 95003

Robert Diskint
867 Riverview Road
Rexford, NY 12148

Janet Goodman
153 Homestead Blvd
Mill Valley, CA 94941

Steven Halpern
212 Van Tassel Court
San Anselmo, CA 94960

Deborah Harvey
243 Chapman Drive
Corte Madera, CA 94925

Connie Huckaba
P.O. Box 110
Mccloud, CA 96057

Arnold Fleming
25 Grenadier Drive
Mahwah, NJ 07430

Vicki Lee Shue
25 Grenadier Drive

Case: 20-30604   Doc# 25   Filed: 07/30/20   Entered: 07/30/20 22:52:52   Page 45 of 58

Mahwah, NJ 07430

Sara Kamins
2 Whiting Street #2
San Francisco, CA 94133

Janice Kaplan
88 Crystal Cove Court
Richmond, CA 94804

Marie Lavin
80 Baypoint Drive
San Rafael, CA 94901

Maia Lazar
2435 Ivanhoe Drive
Los Angeles, CA 90039-3210

Maia Lazar
2435 Ivanhoe Drive
Los Angeles, CA 90039-3210

Vincent Lee-Shue
20 Newport Parkway, Unit 2607
Jersey City, NJ 07310

Frances Lerner
2625 Brooks Avenue
El Cerrito, CA 94530

Cindy Mahrer
115 Anza Way
San Bruno, CA 94066

Nicholas McInnis
407 Oak Point Court
Santa Rosa, CA 95409

Sasha McInnis
1000 Dewing Avenue #308
Lafayette, CA 94549

Maria Molino
47 Thalia Street

SMRH:4839-9214-0229.1

Mill Valley, CA 94941

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Roberta Mollot
286 Corbin Place, Apt #2 E
Brooklyn, New York 11235

Jaye Alison Moscariello
P.O. Box 848
Ukiah, CA 95482

May Roberts
1490 Montrose Drive
San Leandro, CA 94577

Jeffrey Ranta
801 Spring Street
Sausalito, CA 94965

Donald Regner
46 ILIAHI WAY
LAHAINA, HI 96761

Jeremy Reynard
22230 Varian Way
Cupertino, CA 95014

Clyde Sada
460 Navaro Way
San Jose, CA 95134

Stephanie Sanders
9797 E. 32nd Street, #659H
Yuma, AZ 95959

Susan Sandson
674 Santa Rosa Avenue

SMRH:4839-9214-0229.1

Berkeley, CA 94707

Linda Sherwood
523 22nd Avenue
San Francisco, CA 94121

Grace Stella
26 Cornell Drive
Great Neck, NY 11020

William Taylor
P.O. Box 848
Ukiah, CA 95482

Daryl Tran
1001 Pine Street #307
San Francisco, CA 94109

Janice Tweedy
222 Alder Road
Bolinas, CA 94924

Thomas Vasconcellos
3790 Lake Shore Blvd.
Lake Port, CA 95453

Lewis Weiss
305 Roxas Street
Santa Cruz, CA 95062

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Dr. James Adams
16 Cypress
Kentfield, CA 94904

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Eliott Blackman
2235 Beach Street, Apt  #102

San Francisco, CA 94123-4205

Marguerite Courtney
661 N. Harrison Street
Fort Bragg, CA 95437-3122

Mark Fleischman
4740 Mission Gorge Place #601367
San Diego, CA 92120

Sue Freeman
760 Bolsana Drive
Laguna Beach, CA 92651

Kenneth Halpern
2034 Kaupakalua Road
Haiku, HI 96708

John Hanks
70 Gann Way
Novato, CA 94949

Shin-Jung Ho
29065 Eden Shores Drive
Hayward, CA 94545

Elizabeth Huchberger
2190 Washington Street #1204
San Francisco, CA 94109

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

James Jacobs
16 E Crescent Drive
San Rafael, CA 94901

David Lustig
P.O. Box 532
Pescadero, CA 94060-0532

David Lustig
P.O. Box 532

SMRH:4839-9214-0229.1

Pescadero, CA 94060-0532

Michael Maendl
2 Autumn Court
Novato, CA 94947

Phyllis Narum
300-4th Avenue S. E.
Douglas, ND 58735

Liana Paolella
426 Trail Ridge Place
Santa Rosa, CA 95409

David Rabb
15 San Marcos Place
San Rafael, CA 94901

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Ann Marie Santana
92 Portsmouth Dr.
Novato, CA 94949

Michael Sommer
702 Wood Sorrel Dr.
Petaluma, CA 94954

David Purviance
P.O. Box 2345
Sisters, OR 97759

David Purviance
P.O. Box 2345
Sisters, OR 97759

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Ramin Akhbari
210 Marianna Way

SMRH:4839-9214-0229.1

Campbell, CA 95008

Adina Ariana Beaumont
10 Elford Street
San Rafael, CA 94901

Arnold Fleming
25 Grenadier Drive
Mahwah, NJ 7430

William Hughes, Jr.
11791 Barnett Valley Road
Sebastopol, CA 95472

William Levine
2 Snowden Lane
Fairfax, CA 94930

Patricia Minolli
One Britton Ct.
Novato, CA 94947-2961

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Suki Munsell
524 San Anselmo Avenue, #222
San Anselmo, CA 94960

Mildred Reff
116 S. 160 West
Jermone, ID 83338

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Eugene Ziff
2349 Hilltop Court

Case: 20-30604   Doc# 25   Filed: 07/30/20   Entered: 07/30/20 22:52:52   Page 51 of 58

Santa Rosa, CA 95404

Ramin Akhbari
210 Marianna Way
Campbell, CA 95008

Charlene Albanese
P.O. Box 625
Larkspur, CA 94977

John Althuizen
P.O. Box 621
Novato, CA 94948

Gavin Archbald
1312 Jefferson Avenue #3
Redwood City, CA 94062

Taressa Bell
4730 Alta Vista Avenue
Santa Rosa, CA 95404

Jo Ellen Bradley
3060 Scott Street, Apt #101
San Francisco, CA 94123-3302

Susan Grooms
220 N. Zapata Hwy. #11
Laredo, TX 78043

Arthur Javier
27 Olive Court
Novato, CA 94945

Karin Kinsey
2 Yarrrow Lane
Novato, CA 94947

Laura Kradjan-Cronin
58 Club View Drive
Novato, CA 94949

Moses Kravitz
11285 Puesta Del Sol
Oak View, CA 93022

SMRH:4839-9214-0229.1

William Levine
2 Snowden Lane
Fairfax, CA 94930

Nicholas Mcinnis
407 Oak Point Court
Santa Rosa, CA 95409

Patricia Minolli
One Britton Ct.
Novato, CA 94947-2961

Sharon Overbey
P.O. Box 1114
Mt. Shasta, CA 96067

Sophie Phelps
1335 S. Fitch Mountain Road
Healdsburg, CA 95448

Grace Purusha
215 Mahie Place
Kihei, HI 96753

David Purviance
P.O. Box 2345
Sisters, OR 97759

Donald Regner
46 ILIAHI WAY
LAHAINA, HI 96761

Timothy Slaughter
108 SE H Street, Unit 108
Bentonville, AR 72712

Toby Symington
33 Knoll Road
San Anselmo, CA 94960

Alan Ziff
2349 Hilltop Court

SMRH:4839-9214-0229.1

Santa Rosa, CA 95404

Eugene Ziff
2349 Hilltop Court
Santa Rosa, CA 95404

Katherine Bedeian
9273 Skyline Blvd.
Oakland, CA 94611

Stephen Clark
P.O. Box 70996
Richmond, CA 94807

Robert Cordova
588 South Eliseo Drive, Apt #23
Greenbrae, CA 94904

Roger DiVirgilio
102 Carson Court
Folsom, CA 95630

Pamela Gaffney
14100 Prairie Way
Mendocino, CA 95460

Karin Kinsey
2 Yarrrow Lane
Novato, CA 94947

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Joel Rubenzahl
3159 Lewiston Avenue
Berkeley, CA 94705

Richard Lee Shue
135 Yacht Club Circle

Case: 20-30604   Doc# 25   Filed: 07/30/20   Entered: 07/30/20 22:52:52   Page 54 of 58

North Redington Beach, FL 33708-1583

Linda Schuller
77 Winged Foot Drive
Livingston, NJ 7039

Robin Altman
3 Avocet Court
Novato, CA 94949

Teresa Del Giorno
820 Bayside
Novato, CA 94947

Mary Durst
313 Kensington Commons
Livermore, CA 94551

Shin-Jung Ho
29065 Eden Shores Drive
Hayward, CA 94545

Robert Molino
47 Thalia Street
Mill Valley, CA 94941

SMRH:4839-9214-0229.1

# EXHIBIT F

# EXHIBIT F

| PROPERTY DETAILS | | | VALUATION (2) | 1st MORTGAGE (3) | | | | | DEED OF TRUST (3) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Property | | City | Broker Opinion of Value | Amount | Bank | Loan Amt | Ending Balance as of 06/30/2020 | Net Equity After First Lien | Detailed Principal 6/20 | Instrument # | Recorded Date | Net Equity after DOT |
| Ignacio Hills Tennis & Garden Apts. | 461 Ignacio Blvd | Novato | $ 4,550,000.00 | 7,427.08 | Tri Counties | $ 2,300,000.00 | $ 2,275,435.82 | 2,274,564.18 | 917,500.00 | 2018-0016848 | 05/11/18 | $ 1,357,064.18 |
| Ignacio Hills Tennis & Garden Apts. | 501 Alameda Del Prado | Novato | $ 3,650,000.00 | | DOT | $ 3,399,340.89 | $ 3,399,340.89 | 250,659.11 | 1,293,801.00 | 2018-0028244 | 12/06/18 | $ (1,042,941.89) |
| Hammondale | 1 Hammondale Court | San Rafael | $ 2,235,000.00 | 5,068.01 | Banner Bank | $ 1,422,600.00 | $ 1,422,600.00 | 812,400.00 | 500,000.00 | 2018-0028244 | 08/08/19 | $ 312,400.00 |
| Mariners Landing | 200 Gate 5 Road | Sausalito | $ 9,575,000.00 | 19,533.44 | Chase Bank | $ 5,350,000.00 | $ 5,350,000.00 | 4,225,000.00 | 4,995,483.78 | 2018-0041582 | 12/06/18 | $ (770,483.78) |
| Duffy Place | 21 - 37 Duffy Place | San Rafael | $ 11,602,500.00 | 21,541.56 | Chase Bank | $ 5,900,000.00 | $ 5,900,000.00 | 5,702,500.00 | 3,186,964.91 | 2019-0021826 | 06/24/19 | $ 2,515,535.09 |
| Ignacio Lane | 49 Ignacio Lane | Novato | $ 2,585,000.00 | | | | | 2,585,000.00 | 2,430,000.00 | 2019-0021824 | 06/24/19 | $ 155,000.00 |
| Pacheco Villa | 17-23, 30-42 Clay Court | Novato | $ 6,900,000.00 | varies monthly | Tri Counties (2) | $ 3,560,000.00 | $ 3,560,000.00 | 3,340,000.00 | 1,572,000.00 | 2018-0006773 | 02/28/18 | $ 1,768,000.00 |
| 107 Marin | 107 Marin Street | San Rafael | $ 3,800,000.00 | 4,566.38 | Chase Bank | $ 2,370,500.00 | $ 2,370,353.16 | 1,429,646.84 | 1,952,500.00 | 2015-0054338 | 11/17/15 | $ (522,853.16) |
| 885 Broadway | 885 Broadway | Sonoma | $ 5,425,000.00 | 11,743.50 | Pacific Western Bank | $ 3,055,550.00 | $ 3,055,550.00 | 2,369,450.00 | 2,548,800.00 | 2020037072 | 05/15/20 | $ (179,350.00) |
| Brookside | 515 B. Street | San Rafael | $ 3,120,000.00 | 4,975.98 | Opus Bank | $ 1,825,000.00 | $ 1,822,531.25 | 1,297,468.75 | 1,700,000.00 | 2019-0012048 | 04/12/19 | $ (402,531.25) |
| Redwood Manor | 355 Boyes Blvd | Sonoma | $ 2,787,500.00 | 5,595.33 | First Foundation | $ 1,540,000.00 | $ 1,540,000.00 | 1,247,500.00 | 1,000,000.00 | 2017009386 | 2/6/2017 | $ 247,500.00 |
| North Bay Business Center | 7200 Redwood Blvd. | Novato | $ 12,930,000.00 | 14,850.00 | Poppy Bank | $ 3,960,000.00 | $ 3,860,855.53 | 9,069,144.47 | 3,434,300.00 | 2018-0041591 | 12/06/18 | $ 5,634,844.47 |
| The Keys Center | 353-359 Bel Marin Keys | Novato | $ 5,572,500.00 | varies monthly | Avidbank | $ 2,420,000.00 | $ 2,328,675.33 | 3,243,824.67 | 898,000.00 | 2017-0005217 | 02/06/17 | $ 2,345,824.67 |
| Merrydale View Apartments | 7 Merrydale Road | San Rafael | $ 2,942,500.00 | varies monthly | RedCapitalGroup | $ 1,275,000.00 | $ 1,275,000.00 | 1,667,500.00 | 991,706.73 | 2019-0028246 | 12/07/17 | $ 675,793.27 |
| Novato Court Apts. | 1506 Vallejo Ave. | Novato | $ 2,055,000.00 | varies monthly | Heritage | $ 900,000.00 | 898,504.31 | 1,156,495.69 | 690,000.00 | 2017-0026277 | 06/30/17 | $ 466,495.69 |
| Las Galinas Business Center | 117-121 Paul Drive | San Rafael | $ 1,675,000.00 | 4,956.34 | Heritage | $ 1,495,000.00 | $ 1,430,514.80 | 244,485.20 | 683,765.61 | 2016-0043476 | 09/26/16 | $ (439,280.41) |
| 419 Prospect Drive | 419 Prospect Drive | San Rafael | $ 3,825,000.00 | 7,167.88 | First Foundation | $ 2,005,000.00 | $ 2,005,000.00 | 1,820,000.00 | 1,105,000.00 | 2017-0051553 | 12/27/2017 | $ 715,000.00 |
| 1129 3rd St. Apts | 1129 3rd St. | Novato | $ 1,650,000.00 | | | | | 1,650,000.00 | 1,375,000.00 | 2019-0025468 | 07/19/19 | $ 275,000.00 |
| Rafael Gardens | 1315 Lincoln Ave | San Rafael | $ 5,187,500.00 | 12,500.00 | Owner Note | $ 3,000,000.00 | $3,000,000.00 | 2,187,500.00 | | | | $ 2,187,500.00 |
| Woodland Apartments | 390 Woodland Ave. | San Rafael | $ 2,087,500.00 | 4,151.50 | Chase Bank | $ 1,380,000.00 | $ 1,380,000.00 | 707,500.00 | | | | $ 707,500.00 |
| Santa Land | 300 Entrada Dr. | Novato | $ 2,750,000.00 | varies monthly | Five Star | $ 1,740,000.00 | $ 1,740,000.00 | 1,010,000.00 | | | | $ 1,010,000.00 |
| Suite 102 | 350 Ignacio Blvd., Suite 100 | Novato | $ 742,000.00 | 4,334.64 | Owner Note | $ 900,000.00 | 628,891.74 | 113,108.26 | | | | $ 113,108.26 |
| Suite 101 | 350 Ignacio Blvd., Suite 101 | Novato | $ 640,200.00 | | | | | 640,200.00 | 579,000.00 | 2019-0031011 | 08/28/19 | $ 61,200.00 |
| Suite 103 | 350 Ignacio Blvd., Suite 103 | Novato | $ 640,200.00 | | | | | 640,200.00 | 633,000.00 | 2019-0031013 | 08/28/19 | $ 7,200.00 |
| Suite 200 | 350 Ignacio Blvd., Suite 200 | Novato | $ 707,392.00 | | | | | 707,392.00 | 523,000.00 | 2017-0005216 | 02/06/17 | $ 184,392.00 |
| Suite 201 | 350 Ignacio Blvd., Suite 201 | Novato | $ 752,220.00 | | | | | 752,220.00 | 749,284.00 | 2017-0020106 | 05/18/17 | $ 2,936.00 |
| Suite 203 | 350 Ignacio Blvd., Suite 202 | Novato | $ 761,400.00 | 1,402.36 | Heritage | $ 423,000.00 | $ 404,962.94 | 356,437.06 | | | | $ 356,437.06 |
| Suite 300 | 350 Ignacio Blvd., Suite 300 | Novato | $ 1,298,500.00 | varies monthly | Heritage | $ 735,000.00 | $ 735,000.00 | 563,500.00 | | | | $ 563,500.00 |
| 16914 Sonoma Hwy | 16914 Sonoma Hwy | Sonoma | $ 6,050,000.00 | 8,354.17 | First Foundation | $ 2,500,000.00 | $ 2,500,000.00 | 3,550,000.00 | | | | |
| Totals | | | $ 108,496,912.00 | | | $ 52,883,216 | $ 55,613,696 | | $ 33,758,906 | | | $ 18,304,790 |

1.  This initial draft has been prepared based on information generated from the books and records of Professional Financial Investors, Inc. ("PFI") and Professional Investors Security Fund, Inc. ("PISF" and collectively the "Company"), unless otherwise noted.  This information has not been audited or reviewed or independently verified at this time and certain discrepancies have been identified during this work that require further investigation. Further, the information was derived at certain points of time and is subject to change.  This draft is being continuously updated as new information becomes available or further investigation is undertaken.

2. Property valuations are derived from broker opinions of value that were generated on July 3, 2020, with the exception of the suites in headquarters building at 350 Ignacio Blvd which are condominiums.

3. Based on information prepared by the Company as of June 30, 2020 and subject to further confirmation against the underlying recorded documents.