SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        okatz@sheppardmullin.com
              bmarum@sheppardmullin.com
              mklinger@sheppardmullin.com
              gsegretti@sheppardmullin.com

Proposed Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered with Case No. 20-30579)<br><br>Chapter 11<br><br>The Hon. Hannah L. Blumenstiel<br><br>**CERTIFICATE OF SERVICE**<br><br>Related to Docket No. (s) 20, 21, 22, 23, 24 and 28 |

I, Edward A. Calderon, declare:

I am a citizen of the United States and am employed in the County of Kings. I am over the age of 18 years and not a party to the within-entitled action. My business address is 6201 15th Avenue, Brooklyn, N.Y. 11219.

CERTIFICATE OF SERVICE

On the 31st day of July, 2020, I caused to be served the following document(s):

- Emergency Motion for Order Determining Adequate Assurance of Payment for Utility Services (Docket No. 20);

- Debtors' Emergency Motion for an Order Authorizing Debtor to Honor Prepetition Obligations to Employees (Docket No. 21);

- Emergency Motion for Order Authorizing Debtors to Maintain Insurance Policies (Docket No. 22);

- Debtors' Emergency Motion for an Order Authorizing Debtors to Maintain Their Existing Bank Accounts and Approving Continuation of Their Cash Management System (Docket No. 23);

- Emergency Motion for Order Authorizing the Use of Cash Collateral (Docket No. 24); and

- Notice of Hearing on Debtors' Emergency Early Case Administration Motions (Docket No. 28).

on each party listed below in the following manner:

[X] by e-mail transmission upon the parties as set forth on Exhibit 1, attached hereto,

[X] by Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 2, attached hereto,

and

[X] by US Priority Mail Express delivery upon the parties as set forth on Exhibit 3, attached hereto.

On the 31st day of July, 2020, I caused to be served the following document(s):

- Emergency Motion for Order Authorizing the Use of Cash Collateral (Docket No. 24); and

CERTIFICATE OF SERVICE

1

2     • Notice of Hearing on Debtors' Emergency Early Case Administration Motions (Docket No. 28).

3

4     on each party listed below in the following manner:

5

6     [X] by Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 4, attached hereto,

7

8     and

9     [X] by US Priority Mail Express delivery upon the parties as set forth on Exhibit 5, attached

10    hereto.

11

12    On the 31st day of July, 2020, I caused to be served the following document(s):

13

14    • Emergency Motion for Order Authorizing Debtors to Maintain Insurance Policies (Docket No. 22); and

15

16    • Notice of Hearing on Debtors' Emergency Early Case Administration Motions (Docket No. 28).

17

18    on each party listed below in the following manner:

19

20    [X] by Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 6, attached hereto,

21

22

23    On the 31st day of July, 2020, I caused to be served the following document(s):

24

25    • Emergency Motion for Order Determining Adequate Assurance of Payment for Utility Services (Docket No. 20); and

26

27    • Notice of Hearing on Debtors' Emergency Early Case Administration Motions (Docket No. 28).

28

on each party listed below in the following manner:

[X] by Federal Express Priority Overnight delivery upon the parties as set forth on Exhibit 7, attached hereto,

and

[X] by US Priority Mail Express delivery upon the parties as set forth on Exhibit 8, attached hereto.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct, and that this declaration was executed on August 3, 2020, Brooklyn, New York.

*/s/ Edward A. Calderon*
Edward A. Calderon

CERTIFICATE OF SERVICE

# EXHIBIT 1

000058P001-1458S-001
ACHSEN, JACQUES
124 PINE ST
SAN ANSELMO CA 94960
DRSAHIB108@YAHOO.COM

000072P001-1458S-001
BAGATELOS REVOCABLE TRUST
PETER A BAGATELOS AND ANNE MH
105 SHOOTING STAR ISLE
FOSTER CITY CA 94404
PABLAWYER@AOL.COM

000076P001-1458S-001
BAGATELOS, KAREN C
732 CHEVERY ST
SAN FRANCISCO CA 94131
KAREN.BAGATELOS@UCSF.EDU

000077P001-1458S-001
BAGATELOS, MICHAEL
185 TOPAZ WAY
SAN FRANCISCO CA 94131
BAGS2@FLASH.NE

000044P001-1458S-001
BAILEY, ROBERT W
900 FIRST ST
SEBASTOPOL CA 95472
TRIALBYDESIGN@SBCGLOBAL.NET

000048P001-1458S-001
BAUE, MARKUS GREER
12 JUNE CT
FAIRFAX CA 94930
MARKUSBAUE@GMAIL.COM

000036P001-1458S-001
BAUER, SHIRLEY
14908 BARNWALL
LAMIRADA CA 90638
JENNYB103@HOTMAIL.COM

000032P001-1458S-001
BELLINE, CARL F
9 PACIFIC DR
NOVATO CA 94949
CBELLINI@COMCAST.NET

000075P001-1458S-001
BERNS, CRISTOPHER
9321 168TH PL NE
REDMOND WA 98052
CABERNS@GMAIL.COM

000070P001-1458S-001
BERNS, JOSHUA
2159 CANTALIER
SACRAMENTO CA 95815
JOSH.BERNS@SBCGLOBAL.NET

000063P001-1458S-001
BESHARAT ZADEH, JEAN CLAUDE
14 BLVD AUGUSTE BLANQUI
PARIS  75013
FRANCE
ABESHARAT@VOILA.FR

000085P001-1458S-001
BLACK, SHANE
359 WILSON WAY
LARKSPUR CA 94939
SB@SHANE.BLACK

000088P001-1458S-001
BOSY, KIAH
PO BOX 921
FAIRFAX CA 94978
DIVADESIGN108@GMAIL.COM

000049P001-1458S-001
BUCK, KELLI W
14 CYPRESS AVE
KENTFIELD CA 94904
KELLIBARBER@OUTLOOK.COM

000054P001-1458S-001
CARROLL, JON
1766 SANDERS RD
SEBASTOPOL CA 95472
JONCARROLL707@GMAIL.COM

000064P001-1458S-001
CHASE, STUART AND REGINA
1025 LEA DR
SAN RAFAEL CA 94903
S.CHASE@DOTTOGLASS.COM

000064P001-1458S-001
CHASE, STUART AND REGINA
1025 LEA DR
SAN RAFAEL CA 94903
STUARTCHASE48@GMAIL.COM

000066P001-1458S-001
CHENG, FUTUNG
1190 NEILSON ST
ALBANY CA 94706
FUTUNG@CHENGDESIGN.COM

000066P001-1458S-001
CHENG, FUTUNG
1190 NEILSON ST
ALBANY CA 94706
WINNIE@TEANCE.COM

000094P001-1458S-001
DEROSS, JR, ROBERT N SON
5061 TESORO WAY
EL DORADO HILLS CA 95760
COMPBOB@SBCGLOBAL.NET

000042P001-1458S-001
DEROSS, ROBERT
5061 TESORO WAY
EL DORADO HILLS CA 95762
COMPBOB@SBCGLOBAL.NET

000097P001-1458S-001
DURST TRUST, MARY
313 KENSINGTON COMMONS
LIVERMORE CA 94551
MARYKAYDURST@GMAIL.COM

000038P001-1458S-001
GANGAJI FOUNDATION, THE
364 HELMAN ST
ASHLAND OR 97520
ELI@LEELA.ORG

000038P001-1458S-001
GANGAJI FOUNDATION, THE
364 HELMAN ST
ASHLAND OR 97520
BARBARA@GANGAJI.ORG

000052P001-1458S-001
GARCIA, A ANGELICA
252 S MENTOR AVE #5
PASADENA CA 91106
ANGELICAGARCIA200@GMAIL.COM

000037P001-1458S-001
GREENBERG, BARRY
17441 N 77TH ST
SCOTTSDALE AZ 85255
BARRY.GREENBERG.TABLET@GMAIL.COM

000030P001-1458S-001
GREIDANUS, ERIC
15887 AVE # 264
VISALIA CA 93292
ERIC@CALFTECH.NET

000028P001-1458S-001
GREIDANUS, PAUL
1114 VISTA DEL LAGO
SAN LUIS OBISPO CA 93405
PAUL@CALFTECH.NET

000047P001-1458S-001
HARARI, LESLIE
43 LADERMAN LN
GREENBRAE CA 94904
LESLIEHARARI@YAHOO.COM

000050P001-1458S-001
IACOVETTO, VICTORIA
320 SCHOOL RD
NOVATO CA 94945
VICTORIAKATY@GMAIL.COM

000061P001-1458S-001
JAMES, GLENN
200 KULALANI DR
KULA HI 96790
GJAMES@PDC.ORG

000061P001-1458S-001
JAMES, GLENN
200 KULALANI DR
KULA HI 96790
GJWEATHER@HOTMAIL.COM

000087P001-1458S-001
JAVIER FAMILY TRUST 2006 (ARTHUR AND LAURIE)
27 OLIVE ST
NOVATO CA 94945
JAVIERSABROAD@YAHOO.COM

000087P001-1458S-001
JAVIER FAMILY TRUST 2006 (ARTHUR AND LAURIE)
27 OLIVE ST
NOVATO CA 94945
LAURIEJAVIER@YAHOO.COM

000025P001-1458S-001
JOHN A VOS,ESQ
1430 LINCOLN AVE
SAN RAFAEL CA 94901
INVALIDEMAILECFONLY@GMAIL.COM

000062P001-1458S-001
KERR, TRUSTEE OF THE JAMES A KERR LIVING
TRUST DATED JANUARY 27,2015, JAMES A
PO BOX 679
REDWOOD VALLEY CA 95470
JKERR@PACIFIC.NET

000092P001-1458S-001
KLEIN, MINDY
PO BOX 801
FAIRFAX CA 94978
MINDIADEVI@GMAIL.COM

000095P001-1458S-001
KRADJANCRONIN, LAURA
58 CLUB VIEW DR
NOVATO CA 94949
LAURAMICKEY@ATT.NET

000056P001-1458S-001
LARUSSO, THOMAS J REVOCABLE TRUST
295 LUGO RD
PALM SPRINGS CA 92262
TLARGO13@AOL.COM

000082P001-1458S-001
LERNER REVOCABLE TRUST
KEVIN P SHAMBROOK AND FRANCES H
2625 BROOKS AVE
EL CERRITO CA 94530
FRANCES.LERNER@GMAIL.COM

000068P001-1458S-001
LEVINE, WILLIAM
IRA SVC TRAD #515012
2 SNOWDEN LN
FAIRFAX CA 94930
WLEVINE@SSCINC.COM

000045P001-1458S-001
LIZAK, ALFRED AND MAUREEN
PO BOX 638
PT. REYES STATION CA 94956
ABAYVIEW@EARTHLINK.NET

000051P001-1458S-001
MAENDL, SYLVIA
2025 HAWTHORNE TER
NOVATO CA 94945
SYLVIADREAM@GMAIL.COM

000051P001-1458S-001
MAENDL, SYLVIA
2025 HAWTHORNE TER
NOVATO CA 94945
SYLVIAMAENDL@ATT.NET

000040P001-1458S-001
MAHRER, GREG
10300 MOONSHINE RD
SEBASTOPOL CA 95472
GLIMMARS@GMAIL.COM

000043P001-1458S-001
MAYGINNES, JOHN IRA SVC TRAD 586560
PO BOX 100
POTTER VALLEY CA 95469
DARSHANJI@MSN.COM

000065P001-1458S-001
MCCARTNEY, FRANCESCA
338 COUNTYVIEW DR
MILL VALLEY CA 94941
M@QLMCONSULTING.COM

000041P001-1458S-001
MCDUFFIE, BARBARA OR WCLINTON
23 MAPLEWOOD DR
SAN RAFAEL CA 94901
CLINTMCDUFFIE@COMCAST.NET

000073P001-1458S-001
MOLINO FAMILY TRUST 2014
47 THALIA ST
MILL VALLEY CA 94941
RDOCMOLINO@GMAIL.COM

000035P001-1458S-001
MOORE, BRUCE R
PO BOX 103
MENDOCINO CA 95460
BRMOORE@MCN.ORG

000080P001-1458S-001
MOORE, ELIZABETH
IRA SVC #726874
13 BAYTREE LN
SAN ANSELMO CA 94960
ELIZABETH.C.MOORE@SBCGLOBAL.NET

000098P001-1458S-001
MUNSELL SUKI AND RUSSELL
524 SAN ANSELMO AVE
#222
SAN ANSELMO CA 94960
DRSUKI@ME.COM

000098P001-1458S-001
MUNSELL SUKI AND RUSSELL
524 SAN ANSELMO AVE
#222
SAN ANSELMO CA 94960
RUSSELLMUNSELL@ME.COM

000046P001-1458S-001
NEWMARK, IRENE
2215 R MARKET ST # 108
SAN FRANCISCO CA 94114
IRENENEWMARK@YAHOO.COM

000089P001-1458S-001
NOBLE, H ROBERT
60 ORA WAY #203
SAN FRANCISCO CA 94131
HROBERTNOBLE@GMAIL.COM

000001P001-1458S-001
OFFICE OF THE UNITED STATES TRUSTEE
CAMERON M GULDEN
300 BOOTH ST.,RM 3009
RENO NV 89509
CAMERON.M.GULDEN@USDOJ.GOV

000059P001-1458S-001
OLIVA, MARILYN
312 WARREN ST
BROOKLYN NY 11201
MARILYN.OLIVA11201@GMAIL.COM

000067P001-1458S-001
PACHULSKI STANG ZIEHL & JONES LLP
DEBRA I GRASSGREEN; JOHN D FIERO
150 CALIFORNIA ST./.15TH FLOOR
SAN FRANCISCO CA 94111-4500
DGRASSGREEN@PSZJLAW.COM

000067P001-1458S-001
PACHULSKI STANG ZIEHL & JONES LLP
DEBRA I GRASSGREEN; JOHN D FIERO
150 CALIFORNIA ST./.15TH FLOOR
SAN FRANCISCO CA 94111-4500
JFIERO@PSZJLAW.COM

000053P001-1458S-001
PAOLELLA TRUSTEE, LIANA  OF THE
LIANA PAOLELLA REVOCABLE TRUST
DTD 612007
9 MOSSWOOD CT
NOVATO CA 94947
LPAOLELLA@GMAIL.COM

000027P001-1458S-001
PARDI REVOCABLE TRUST
(SAMARA  AND DANIEL PARDI)
51 WALNUT AVE
MILL VALLEY CA 94941
SAMARAPARDI@GMAIL.COM

000083P001-1458S-001
PEASLEE, CLAIRE
PO BOX 282 PT
REYES STATION CA 94956
COASTLIVEOAK@GMAIL.COM

000039P001-1458S-001
REYNOLDS, JULIE
2050 GOODPASTURE LOOP # 12
EUGENE OR 97401
JULIEREYNOLDS444@GMAIL.COM

000099P001-1458S-001
ROSTAD, JANET
TTEE JANET ROSTAD REVOCABLE TRUST U/A 5/24/12
1090 BE MARIN KEYS BLVD
NOVATO CA 94949-5335
JANETAROSTAD@GMAIL.COM

000093P001-1458S-001
RUBENZAHL, JOEL
IRA SVC TRAD #732345
3159 LEWISTON AVE
BERKELEY CA 94705
JOERUBENZAHL@GMAIL..COM

000033P001-1458S-001
SCAGLIOLA TRUST, JAMES R
1030 WESTERN AVE
PETALUMA CA 94952
W6WR@COMCAST.NET

000031P001-1458S-001
SELLS, BAHIRA CINEMAIE, TTEE OF THE
BAHIRA CINEMAEI SELLS TRUST DTD 72115
19 PEACOCK DR
SAN RAFAEL CA 94901
FARDLIL@YAHOO.COM

000096P001-1458S-001
SHELTON, DOMINIQUE
PO BOX 1849
KIHEI HI 96753
108DOMINIQUE@GMAIL.COM

000057P001-1458S-001
STAFFORD, WANDA
150 CALUMET AVE
SAN ANSELMO CA 94960
WANDA@WANDASTAFFORD.COM

000069P001-1458S-001
TRAUTE B JONES
LYNDA J ZAHN ZAHN 2018 TRUST
249 MARINDA DR
FAIRFAX CA 94930
LYNDA@MARINDAHEIGHTS.COM

000024P001-1458S-001
TRI COUNTIES BANK LEGAL DEPARTMENT
MARK H ATKINS
POST OFFICE BOX 992570
REDDING CA 96099-2570
LEGALSERVICES@TCBK.COM

000081P001-1458S-001
TRIMBLE, JOHN A OR KATHRYN
235 MAIN BURFORDVILLE ST
BURFORDVILLE MO 63739
JATKAT@HOTMAIL.COM

| 000029P001-1458S-001 | 000034P001-1458S-001 | 000071P001-1458S-001 | 000055P001-1458S-001 |
|---|---|---|---|
| TULS, JACK G | TURNER, JON ANTHONY | WALDRON, TRISHA | ZALUNARDO, GINO N AND DENICE M |
| 66 BRUSSELS CT | 902 OTIS DR | 9 GERSTLE CT | 2033 BUCKEYE RD |
| VISALIA CA 93277 | ALAMEDA CA 94501 | SAN RAFAEL CA 94901 | WILLITS CA 95490-8485 |
| JACKGTULS@GMAIL.COM | TURNER@NYU.EDU | TRISHAWALDRON@COMCAST.NET | GINONZALUNARDO@ICLOUD.COM |

| 000074P001-1458S-001 | 000079P001-1458S-001 |
|---|---|
| ZIFF REVOCABLE INTERVIVOS TRUST, ALAN W | ZIFF, EUGENE |
| 2349 HILLTOP CT | 2349 HILLTOP CT |
| SANTA ROSA CA 95404 | SANTA ROSA CA 95404 |
| WIZARDOFAWZ@HOTMAIL.COM | WIZARDOFAWZ@HOTMAIL.COM |

# EXHIBIT 2

000058P001-1458S-001
ACHSEN, JACQUES
124 PINE ST
SAN ANSELMO CA 94960

000072P001-1458S-001
BAGATELOS REVOCABLE TRUST
PETER A BAGATELOS AND ANNE MH
105 SHOOTING STAR ISLE
FOSTER CITY CA 94404

000076P001-1458S-001
BAGATELOS, KAREN C
732 CHEVERY ST
SAN FRANCISCO CA 94131

000077P001-1458S-001
BAGATELOS, MICHAEL
185 TOPAZ WAY
SAN FRANCISCO CA 94131

000044P001-1458S-001
BAILEY, ROBERT W
900 FIRST ST
SEBASTOPOL CA 95472

000048P001-1458S-001
BAUE, MARKUS GREER
12 JUNE CT
FAIRFAX CA 94930

000036P001-1458S-001
BAUER, SHIRLEY
14908 BARNWALL
LAMIRADA CA 90638

000032P001-1458S-001
BELLINE, CARL F
9 PACIFIC DR
NOVATO CA 94949

000075P001-1458S-001
BERNS, CRISTOPHER
9321 168TH PL NE
REDMOND WA 98052

000070P001-1458S-001
BERNS, JOSHUA
2159 CANTALIER
SACRAMENTO CA 95815

000063P001-1458S-001
BESHARAT ZADEH, JEAN CLAUDE
14 BLVD AUGUSTE BLANQUI
PARIS  75013
FRANCE

000085P001-1458S-001
BLACK, SHANE
359 WILSON WAY
LARKSPUR CA 94939

000049P001-1458S-001
BUCK, KELLI W
14 CYPRESS AVE
KENTFIELD CA 94904

000054P001-1458S-001
CARROLL, JON
1766 SANDERS RD
SEBASTOPOL CA 95472

000064P001-1458S-001
CHASE, STUART AND REGINA
1025 LEA DR
SAN RAFAEL CA 94903

000066P001-1458S-001
CHENG, FUTUNG
1190 NEILSON ST
ALBANY CA 94706

000004P001-1458S-001
COMMODITY FUTURES TRADING COMMISSION
THREE LAFAYETTE CENTER
1155 21ST ST NW
WASHINGTON DC 20581

000005P001-1458S-001
DEPT OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF REGIONAL COUNSEL
ONE SANSOME ST
STE 1200
SAN FRANCISCO CA 94104

000094P001-1458S-001
DEROSS, JR, ROBERT N SON
5061 TESORO WAY
EL DORADO HILLS CA 95760

000042P001-1458S-001
DEROSS, ROBERT
5061 TESORO WAY
EL DORADO HILLS CA 95762

000097P001-1458S-001
DURST TRUST, MARY
313 KENSINGTON COMMONS
LIVERMORE CA 94551

000026P001-1458S-001
FRENCH LYON TANG, A PROFESSIONAL CORP
PATRICIA H LYON,ESQ
1990 N CALIFORNIA BLVD.,STE 300
WALNUT CREEK CA 94596

000038P001-1458S-001
GANGAJI FOUNDATION, THE
364 HELMAN ST
ASHLAND OR 97520

000052P001-1458S-001
GARCIA, A ANGELICA
252 S MENTOR AVE #5
PASADENA CA 91106

000037P001-1458S-001
GREENBERG, BARRY
17441 N 77TH ST
SCOTTSDALE AZ 85255

000030P001-1458S-001
GREIDANUS, ERIC
15887 AVE # 264
VISALIA CA 93292

000028P001-1458S-001
GREIDANUS, PAUL
1114 VISTA DEL LAGO
SAN LUIS OBISPO CA 93405

000047P001-1458S-001
HARARI, LESLIE
43 LADERMAN LN
GREENBRAE CA 94904

| | | | |
|---|---|---|---|
| 000050P001-1458S-001<br>IACOVETTO, VICTORIA<br>320 SCHOOL RD<br>NOVATO CA 94945 | 000061P001-1458S-001<br>JAMES, GLENN<br>200 KULALANI DR<br>KULA HI 96790 | 000087P001-1458S-001<br>JAVIER FAMILY TRUST 2006 (ARTHUR AND LAURIE)<br>27 OLIVE ST<br>NOVATO CA 94945 | 000025P001-1458S-001<br>JOHN A VOS,ESQ<br>1430 LINCOLN AVE<br>SAN RAFAEL CA 94901 |
| 000095P001-1458S-001<br>KRADJANCRONIN, LAURA<br>58 CLUB VIEW DR<br>NOVATO CA 94949 | 000009P001-1458S-001<br>LABOR COMMISSIONER<br>STATE OF CALIFORNIA<br>1515 CLAY ST<br>ROOM 801<br>OAKLAND CA 94612 | 000056P001-1458S-001<br>LARUSSO, THOMAS J REVOCABLE TRUST<br>295 LUGO RD<br>PALM SPRINGS CA 92262 | 000082P001-1458S-001<br>LERNER REVOCABLE TRUST<br>KEVIN P SHAMBROOK AND FRANCES H<br>2625 BROOKS AVE<br>EL CERRITO CA 94530 |
| 000068P001-1458S-001<br>LEVINE, WILLIAM<br>IRA SVC TRAD #515012<br>2 SNOWDEN LN<br>FAIRFAX CA 94930 | 000010P001-1458S-001<br>LEWIS MALDONADO US EPA<br>REGION 9 BANKRUPTCY CONTACT<br>OFFICE OF REGIONAL COUNSEL ORC-3<br>75 HAWTHRONE ST<br>SAN FRANCISCO CA 94105 | 000051P001-1458S-001<br>MAENDL, SYLVIA<br>2025 HAWTHORNE TER<br>NOVATO CA 94945 | 000040P001-1458S-001<br>MAHRER, GREG<br>10300 MOONSHINE RD<br>SEBASTOPOL CA 95472 |
| 000065P001-1458S-001<br>MCCARTNEY, FRANCESCA<br>338 COUNTYVIEW DR<br>MILL VALLEY CA 94941 | 000041P001-1458S-001<br>MCDUFFIE, BARBARA OR WCLINTON<br>23 MAPLEWOOD DR<br>SAN RAFAEL CA 94901 | 000091P001-1458S-001<br>MERIDIAN COMMERCIAL<br>711 GRAND AVE<br>STE 290<br>SAN RAFAEL CA 94901 | 000073P001-1458S-001<br>MOLINO FAMILY TRUST 2014<br>47 THALIA ST<br>MILL VALLEY CA 94941 |
| 000080P001-1458S-001<br>MOORE, ELIZABETH<br>IRA SVC #726874<br>13 BAYTREE LN<br>SAN ANSELMO CA 94960 | 000098P001-1458S-001<br>MUNSELL SUKI AND RUSSELL<br>524 SAN ANSELMO AVE<br>#222<br>SAN ANSELMO CA 94960 | 000046P001-1458S-001<br>NEWMARK, IRENE<br>2215 R MARKET ST # 108<br>SAN FRANCISCO CA 94114 | 000089P001-1458S-001<br>NOBLE, H ROBERT<br>60 ORA WAY #203<br>SAN FRANCISCO CA 94131 |
| 000001P001-1458S-001<br>OFFICE OF THE UNITED STATES TRUSTEE<br>CAMERON M GULDEN<br>300 BOOTH ST.,RM 3009<br>RENO NV 89509 | 000059P001-1458S-001<br>OLIVA, MARILYN<br>312 WARREN ST<br>BROOKLYN NY 11201 | 000067P001-1458S-001<br>PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | 000053P001-1458S-001<br>PAOLELLA TRUSTEE, LIANA OF THE<br>LIANA PAOLELLA REVOCABLE TRUST<br>DTD 612007<br>9 MOSSWOOD CT<br>NOVATO CA 94947 |
| 000027P001-1458S-001<br>PARDI REVOCABLE TRUST<br>(SAMARA AND DANIEL PARDI)<br>51 WALNUT AVE<br>MILL VALLEY CA 94941 | 000012P001-1458S-001<br>PUBLIC HEALTH SVC<br>US DEPT OF HEALTH AND HUMAN SVC<br>RM 4A53 PARKLAWN BLDG<br>5600 FISHERS LN<br>ROCKVILLE MD 20857 | 000039P001-1458S-001<br>REYNOLDS, JULIE<br>2050 GOODPASTURE LOOP # 12<br>EUGENE OR 97401 | 000078P001-1458S-001<br>ROHRBACH, ANNE H<br>TTEE THE ANNIE ROHRBACH REVOCABLE TRUST<br>DTD MAY 26 2010<br>2732 HOUSTON DR<br>LOS OSOS CA 93402 |

000099P001-1458S-001
ROSTAD, JANET
TTEE JANET ROSTAD REVOCABLE TRUST U/A 5/24/12
1090 BE MARIN KEYS BLVD
NOVATO CA 94949-5335

000093P001-1458S-001
RUBENZAHL, JOEL
IRA SVC TRAD #732345
3159 LEWISTON AVE
BERKELEY CA 94705

000090P001-1458S-001
SADA LIVING TRUST, CLYDE S
460 NAVARO WAY
SAN JOSE CA 95134

000060P001-1458S-001
SBS (MARGOT HOPE)
3122 ARROWHEAD DR
LOS ANGELES CA 90068

000033P001-1458S-001
SCAGLIOLA TRUST, JAMES R
1030 WESTERN AVE
PETALUMA CA 94952

000013P001-1458S-001
SECRETARY OF STATE
STATE OF CALIFORNIA
1500 11TH ST
SACRAMENTO CA 95814

000014P001-1458S-001
SECRETARY OF TREASURY
1500 PENNSYLVANIA AVE
WASHINGTON DC 20220

000031P001-1458S-001
SELLS, BAHIRA CINEMAIE, TTEE OF THE
BAHIRA CINEMAIE SELLS TRUST DTD 72115
19 PEACOCK DR
SAN RAFAEL CA 94901

000015P001-1458S-001
SOCIAL SECURITY ADMINISTRATION
OFFICE OF GEN COUNSEL REGION IX
160 SPEAR ST
STE 800
SAN FRANCISCO CA 94105-1545

000057P001-1458S-001
STAFFORD, WANDA
150 CALUMET AVE
SAN ANSELMO CA 94960

000069P001-1458S-001
TRAUTE B JONES
LYNDA J ZAHN ZAHN 2018 TRUST
249 MARINDA DR
FAIRFAX CA 94930

000081P001-1458S-001
TRIMBLE, JOHN A OR KATHRYN
235 MAIN BURFORDVILLE ST
BURFORDVILLE MO 63739

000029P001-1458S-001
TULS, JACK G
66 BRUSSELS CT
VISALIA CA 93277

000034P001-1458S-001
TURNER, JON ANTHONY
902 OTIS DR
ALAMEDA CA 94501

000016P001-1458S-001
UNITED STATES DEPT OF VETERANS AFFAIRS
REGIONAL COUNSEL
1301 CLAY ST # 1300N
OAKLAND CA 94612-5209

000017P001-1458S-001
US DEPT OF EDUCATION
BANKRUPTCY SECTION
50 BEALE ST
ROOM 9800
SAN FRANCISCO CA 94105-1863

000018P001-1458S-001
US DEPT OF HEALTH AND HUMAN SVC
OFFICE OF GEN COUNSEL
200 INDEPENDENCE SW
WASHINGTON DC 20201

000019P001-1458S-001
US SECURITIES AND EXCHANGE COMMISSION
BANKRUPTCY COUNSEL
444 SOUTH FLOWER ST
STE 900
LOS ANGELES CA 90071-9591

000084P001-1458S-001
VELA, LAUREN  PENSCO VE056
639 MAGNOLIA AVE
LARKSPUR CA 94939

000071P001-1458S-001
WALDRON, TRISHA
9 GERSTLE CT
SAN RAFAEL CA 94901

000055P001-1458S-001
ZALUNARDO, GINO N AND DENICE M
2033 BUCKEYE RD
WILLITS CA 95490-8485

000074P001-1458S-001
ZIFF REVOCABLE INTERVIVOS TRUST, ALAN W
2349 HILLTOP CT
SANTA ROSA CA 95404

000079P001-1458S-001
ZIFF, EUGENE
2349 HILLTOP CT
SANTA ROSA CA 95404

Records Printed :  79

# EXHIBIT 3

000088P001-1458S-001
BOSY, KIAH
PO BOX 921
FAIRFAX CA 94978-

000002P001-1458S-001
CALIFORNIA DEPT OF TAX AND FEE ADMIN
ACCOUNT INFORMATION GROUP MIC 29
PO BOX 942879
SACRAMENTO CA 94279

000003P001-1458S-001
CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO CA 95812

000006P001-1458S-001
EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY UNIT MIC 92E
PO BOX 826880
SACRAMENTO CA 94280

000007P001-1458S-001
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA 340
PO BOX 2952
SACRAMENTO CA 95812

000008P001-1458S-001
INTERNAL REVENUE SVC
PO BOX 7346
PHILADELPHIA PA 19101

000062P001-1458S-001
KERR, TRUSTEE OF THE JAMES A KERR LIVING
TRUST DATED JANUARY 27,2015, JAMES A
PO BOX 679
REDWOOD VALLEY CA 95470-

000092P001-1458S-001
KLEIN, MINDY
PO BOX 801
FAIRFAX CA 94978-

000045P001-1458S-001
LIZAK, ALFRED AND MAUREEN
PO BOX 638
PT. REYES STATION CA 94956-

000043P001-1458S-001
MAYGINNES, JOHN IRA SVC TRAD 586560
PO BOX 100
POTTER VALLEY CA 95469-

000035P001-1458S-001
MOORE, BRUCE R
PO BOX 103
MENDOCINO CA 95460-

000086P001-1458S-001
OVERBEY REVOCABLE TRUST, SHARON L
PO BOX 1114
MT. SHASTA CA 96067-

000083P001-1458S-001
PEASLEE, CLAIRE
PO BOX 282 PT
REYES STATION CA 94956-

000096P001-1458S-001
SHELTON, DOMINIQUE
PO BOX 1849
KIHEI HI 96753-

000024P001-1458S-001
TRI COUNTIES BANK LEGAL DEPARTMENT
MARK H ATKINS
POST OFFICE BOX 992570
REDDING CA 96099

# EXHIBIT 4

| 000293P001-1458A-001A | 000295P001-1458A-001A | 000291P001-1458A-001A |
|---|---|---|
| FIRST FOUNDATION BANK | HERITAGE BANK OF COMMERCE | POPPY BANK |
| 18101 VON KARMAN STE 750 | 150 ALMADEN BLVD | 438 FIRST ST |
| IRVINE CA 92612 | SAN JOSE CA 95113-2010 | SANTA ROSA CA 95401 |

Records Printed :   **3**

# Professional Financial Investors, Inc., et al
## Federal Express
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000124P001-1458A-001B<br>ABBY BELL<br>23 GENNESSEE ST<br>SAN FRANCISCO CA 94112 | 000270P001-1458A-001B<br>ADINA ARIANA BEAUMONT<br>10 ELFORD ST<br>SAN RAFAEL CA 94901 | 000228P001-1458A-001B<br>ALAN BLAVINS<br>2506 PATRA DR<br>EL SOBRANTE CA 94803 | 000284P001-1458A-001B<br>ALAN ZIFF<br>2349 HILLTOP CT<br>SANTA ROSA CA 95404 |
| 000205P001-1458A-001B<br>ANN KING SMITH<br>240 12TH ST<br>ARCATA CA 95521 | 000267P001-1458A-001B<br>ANN MARIE SANTANA<br>92 PORTSMOUTH DR<br>NOVATO CA 94949 | 000179P001-1458A-001B<br>ANNE ROHRBACH<br>2732 HOUSTON DR<br>LOS OSOS CA 93402 | 000235P001-1458A-001B<br>ARNOLD FLEMING<br>25 GRENADIER DR<br>MAHWAH, NJ 07430 |
| 000220P001-1458A-001B<br>ARTHUR JAVIER<br>27 OLIVE CT<br>NOVATO CA 94945 | 000190P001-1458A-001B<br>AVRUM GOLDBERG<br>2501 WISCONSIN AVE NW 308<br>WASHINGTON DC 20007 | 000147P001-1458A-001B<br>BARRY FADEM<br>920 DIABLO DR<br>LAFAYETTE CA 94549 | 000177P001-1458A-001B<br>BARRY NEMROW<br>22 WEATHERBY CT<br>PETALUMA CA 94952 |
| 000137P001-1458A-001B<br>BOBBI BERENS<br>7516 BELLE VIEW AVE<br>SEBASTOPOL CA 95472 | 000215P001-1458A-001B<br>BURKE ZIMMERMAN<br>13 BAYTREE LN<br>SAN ANSELMO CA 94960 | 000152P001-1458A-001B<br>C PETER GIBB<br>435 THORNTON WAY<br>ASHLAND OR 97520 | 000127P001-1458A-001B<br>CARL FRANKLIN<br>550 SAN PEDRO COVE<br>SAN RAFAEL CA 94901 |
| 000069P001-1458A-001B<br>CAROLE LEVINE<br>2139 JACKSON ST<br>SAN FRANCISCO CA 94115 | 000141P001-1458A-001B<br>CHRISTINE CAMPBELL<br>257 EDEN ROC DR<br>SAUSALITO CA 94965 | 000150P001-1458A-001B<br>CHRISTINE GEIGER<br>1092 W CALIFORNIA AVE<br>MILL VALLEY CA 94941 | 000156P001-1458A-001B<br>CHRISTOPHER LEWIS<br>151 CALLE BRAVO<br>PALM SPRINGS CA 92264 |
| 000242P001-1458A-001B<br>CINDY MAHRER<br>115 ANZA WAY<br>SAN BRUNO CA 94066 | 000133P001-1458A-001B<br>CLYDE SADA<br>460 NAVARO WAY<br>SAN JOSE CA 95134 | 000090P001-1458A-001B<br>COLIN HONESS<br>430 6TH AVE<br>SANTA CRUZ CA 95062 | 000092P001-1458A-001B<br>CRAIG MICHEL<br>10128 BUTTON WILLOW DR<br>LAS VEGAS NV 89134 |
| 000080P001-1458A-001B<br>CRIS BERNS<br>9321 168TH PL NE<br>REDMOND WA 98052 | 000144P001-1458A-001B<br>CYNTHIA CLARKSON<br>22 WOODDALE DR<br>PETALUMA CA 94952-2457 | 000158P001-1458A-001B<br>CYNTHIA MAXON<br>310 RODEO RD<br>ORMOND BEACH FL 32174 | 000108P001-1458A-001B<br>DAN DODT<br>1556 REVERE AVE<br>SAN FRANCISCO CA 94124 |

000148P001-1458A-001B
DANIEL FORER
37 ROWE RANCH DR
NOVATO CA 94949

000253P001-1458A-001B
DARYL TRAN
1001 PINE ST #307
SAN FRANCISCO CA 94109

000266P001-1458A-001B
DAVID RABB
15 SAN MARCOS PL
SAN RAFAEL CA 94901

000196P001-1458A-001B
DAVID WERTHEIM
4174 HANA HIGHWAY
HAIKU HI 96708

000233P001-1458A-001B
DEBORAH HARVEY
243 CHAPMAN DR
CORTE MADERA CA 94925

000135P001-1458A-001B
DIANE SOFFER
17351 SPRING TREE LN
BOCA RATON FL 33487

000093P001-1458A-001B
DONALD REGNER
46 ILIAHI WAY
LAHAINA HI 96761

000163P001-1458A-001B
DONALD TRANT
5329 PIMLICO AVE
SACRAMENTO CA 95841-3819

000116P001-1458A-001B
DOROTHY SCHOLAR
1686 HAMPTON AVE
REDWOOD CITY CA 94061

000257P001-1458A-001B
DR JAMES ADAMS
16 CYPRESS
KENTFIELD CA 94904

000126P001-1458A-001B
EILEEN DINGLE
306 CLUBHOUSE DR
APTOS CA 95003

000258P001-1458A-001B
ELIOTT BLACKMAN
2235 BEACH ST APT 102
SAN FRANCISCO CA 94123-4205

000262P001-1458A-001B
ELIZABETH HUCHBERGER
2190 WASHINGTON ST #1204
SAN FRANCISCO CA 94109

000204P001-1458A-001B
ELIZABETH KILNER
491 SEQUOIA LN
SEBASTOPOL CA 95472

000082P001-1458A-001B
ELIZABETH MOORE
13 BAYTREE LN
SAN ANSELMO CA 94960

000076P001-1458A-001B
ELIZABETH URY
18 LAGOON RD
BELVEDERE CA 94920

000104P001-1458A-001B
ELKE REINHARDT
371 EL FAISAN DR
SAN RAFAEL CA 94903

000107P001-1458A-001B
EUGENE ZIFF
2349 HILLTOP CT
SANTA ROSA CA 95404

000067P001-1458A-001B
FERN JEFFCOAT
820 BEL MARIN KEYS BLVD
NOVATO CA 94949

000091P001-1458A-001B
FRANCES LERNER
2625 BROOKS AVE
EL CERRITO CA 94530

000223P001-1458A-001B
FRANK LANGE
11 SKYLARK DR #9
LARKSPUR CA 94939

000191P001-1458A-001B
FREDRICK HEIMAN
1860 WEST KUIAHA RD
HAIKU HI 96708

000222P001-1458A-001B
GAIL KROWECH
699 ENSENADA AVE
BERKELEY CA 94707

000187P001-1458A-001B
GARY BERGER
279 14TH AVE
SAN FRANCISCO CA 94118

000070P001-1458A-001B
GARY NADLER
29 IVERSON WAY
PETALUMA CA 94952

000276P001-1458A-001B
GAVIN ARCHBALD
1312 JEFFERSON AVE #3
REDWOOD CITY CA 94062

000281P001-1458A-001B
GRACE PURUSHA
215 MAHIE PL
KIHEI HI 96753

000252P001-1458A-001B
GRACE STELLA
26 CORNELL DR
GREAT NECK NY 11020

| | | | |
|---|---|---|---|
| 000061P001-1458A-001B<br>GREGORY ANTON<br>967 MIDPINE WAY<br>SEBASTOPOL CA 95472 | 000178P001-1458A-001B<br>H ROBERT NOBLE<br>60 ORA WAY #203<br>SAN FRANCISCO CA 94131 | 000121P001-1458A-001B<br>HANS PAUL VOGL<br>12 MILLWOOD CT<br>SAN RAFAEL CA 94901 | 000122P001-1458A-001B<br>HENRY BLACK<br>359 WILSON WAY<br>LARKSPUR CA 94939 |
| 000131P001-1458A-001B<br>IAN NOAH<br>615 C ST<br>SAN RAFAEL CA 94901 | 000073P001-1458A-001B<br>IVORY SIDELL<br>31 FOREST LN<br>SAN RAFAEL CA 94903 | 000112P001-1458A-001B<br>JAI JOSEFS<br>139 MEERNAA AVE<br>FAIRFAX CA 94930 | 000203P001-1458A-001B<br>JAMES JACOBS<br>16 E CRESCENT DR<br>SAN RAFAEL CA 94901 |
| 000231P001-1458A-001B<br>JANET GOODMAN<br>153 HOMESTEAD BLVD<br>MILL VALLEY CA 94941 | 000105P001-1458A-001B<br>JANET ROSTAD<br>1090 BEL MARIN KEYS BLVD<br>NOVATO CA 94949-5335 | 000238P001-1458A-001B<br>JANICE KAPLAN<br>88 CRYSTAL COVE CT<br>RICHMOND CA 94804 | 000254P001-1458A-001B<br>JANICE TWEEDY<br>222 ALDER RD<br>BOLINAS CA 94924 |
| 000139P001-1458A-001B<br>JEANNE BUCKENS<br>6761 REDWOOD AVE<br>SEBASTOPOL CA 95472 | 000166P001-1458A-001B<br>JEANNE WOODS<br>4601 GUERNEVILLE RD<br>SANTA ROSA CA 95401 | 000248P001-1458A-001B<br>JEFFREY RANTA<br>801 SPRING ST<br>SAUSALITO CA 94965 | 000249P001-1458A-001B<br>JEREMY REYNARD<br>22230 VARIAN WAY<br>CUPERTINO CA 95014 |
| 000095P001-1458A-001B<br>JILL WOLF<br>167 N ADAMS ST<br>EUGENE OR 97402-4203 | 000115P001-1458A-001B<br>JIM SCIARONI<br>1090 BEL MARIN KEYS BLVD<br>NOVATO CA 94949 | 000138P001-1458A-001B<br>JO ELLEN BRADLEY<br>3060 SCOTT ST<br>SAN FRANCISCO CA 94123-3302 | 000277P001-1458A-001B<br>JO ELLEN BRADLEY<br>3060 SCOTT ST APT 101<br>SAN FRANCISCO CA 94123-3302 |
| 000180P001-1458A-001B<br>JOEL RUBENZAHL<br>3159 LEWISTON AVE<br>BERKELEY CA 94705 | 000197P001-1458A-001B<br>JOHN ALILOVICH<br>103 MORRIS ST #G<br>SEBASTOPOL CA 95472 | 000217P001-1458A-001B<br>JOHN HANKS<br>70 GANN WAY<br>NOVATO CA 94949 | 000117P001-1458A-001B<br>JOHN SEAGO<br>50 FRANSON RD<br>PORT ANGELES WA 98362-9106 |
| 000183P001-1458A-001B<br>JOHN TRIMBLE<br>235 MAIN BURFORDVILLE ST<br>BURFORDVILLE MO 63739 | 000079P001-1458A-001B<br>JOSHUA BERNS<br>2159 CANTALIER ST<br>SACRAMENTO CA 95815 | 000151P001-1458A-001B<br>JOYCE GERTLER<br>4275 CASPER LITTLE LAKE RD<br>MENDOCINO CA 95460 | 000174P001-1458A-001B<br>JUDITH GOLDMAN<br>3434 FENWAY DR<br>SARASOTA FL 34232 |

| | | | |
|---|---|---|---|
| 000065P001-1458A-001B<br>JUNE HENGST<br>334 LOWELL AVE<br>MILL VALLEY CA 94941 | 000168P001-1458A-001B<br>KAREN BAGATELOS<br>732 CHEVERY ST<br>SAN FRANCISCO CA 94131 | 000278P001-1458A-001B<br>KARIN KINSEY<br>2 YARRROW LN<br>NOVATO CA 94947 | 000225P001-1458A-001B<br>KATE PHILLIPS<br>3363 MORCOM AVE<br>OAKLAND CA 94619 |
| 000186P001-1458A-001B<br>KATHERINE BEDEIAN<br>9273 SKYLINE BLVD<br>OAKLAND CA 94611 | 000085P001-1458A-001B<br>KATHLEEN CURRY<br>1422 CURTIS ST<br>BERKELEY CA 94702 | 000175P001-1458A-001B<br>KATHLEEN HEARN<br>5430 BELLEVUE AVE<br>LA JOLLA CA 92037 | 000198P001-1458A-001B<br>KATHY ALTMAN<br>390 SOUTH MORNINGSUN AVE<br>MILL VALLEY CA 94941 |
| 000189P001-1458A-001B<br>KENNETH CHASSER<br>4454 HIGHLAD PK<br>SARASOTA FL 34235 | 000261P001-1458A-001B<br>KENNETH HALPERN<br>2034 KAUPAKALUA RD<br>HAIKU HI 96708 | 000193P001-1458A-001B<br>KENNETH SILVERMAN<br>204 CALLE DE LA SELVA<br>NOVATO CA 94949 | 000129P001-1458A-001B<br>LARRY JOHNSEN<br>139 SAVANNAH WAY<br>WINDSOR CA 95492 |
| 000068P001-1458A-001B<br>LAURA KRADJAN-CRONIN<br>58 CLUB VIEW DR<br>NOVATO CA 94949 | 000184P001-1458A-001B<br>LAUREN VELA<br>639 MAGNOLIA AVE<br>LARKSPUR CA 94939 | 000153P001-1458A-001B<br>LAURIE JACOBSON<br>540 TERESA CT<br>SEBASTOPOL CA 95472 | 000229P001-1458A-001B<br>LESLIE CAMPBELL<br>469 HILL ST<br>SAN FRANCISCO CA 94114 |
| 000256P001-1458A-001B<br>LEWIS WEISS<br>305 ROXAS ST<br>SANTA CRUZ CA 95062 | 000332P001-1458A-001B<br>LIANA PAOLELLA<br>426 TRL RIDGE PL<br>SANTA ROSA CA 95409 | 000181P001-1458A-001B<br>LINDA SCHULLER<br>77-WINGED FOOT DRIVE<br>LIVINGSTON NJ 07039 | 000251P001-1458A-001B<br>LINDA SHERWOOD<br>523 22ND AVE<br>SAN FRANCISCO CA 94121 |
| 000087P001-1458A-001B<br>LINDSAY DIVIRGILIO<br>40 DEAN WAY<br>FOLSOM CA 95630 | 000209P001-1458A-001B<br>LORI SALTZMAN<br>390 SOUTH MORNINGSUN<br>MILL VALLEY CA 94941 | 000226P001-1458A-001B<br>LUNA BARON<br>2627 MATTISON LN SPACE 29<br>SANTA CRUZ CA 95062 | 000211P001-1458A-001B<br>LYNNE SMITH<br>46 BRET ST<br>SAN RAFAEL CA 94901 |
| 000240P001-1458A-001B<br>MAIA LAZAR<br>2435 IVANHOE DR<br>LOS ANGELES CA 90039-3210 | 000064P001-1458A-001B<br>MARCY DUBOVA<br>1064 LOS GAMOS RD<br>SAN RAFAEL CA 94903-2519 | 000146P001-1458A-001B<br>MARGUERITE COURTNEY<br>661 N HARRISON ST<br>FORT BRAGG CA 95437-3122 | 000224P001-1458A-001B<br>MARIA MOLINO<br>47 THALIA ST<br>MILL VALLEY CA 94941 |

| | | | |
|---|---|---|---|
| 000113P001-1458A-001B<br>MARIAH MORELLI DAY<br>475 EAST COTATI AVE<br>COTATI CA 94931 | 000239P001-1458A-001B<br>MARIE LAVIN<br>80 BAYPOINT DR<br>SAN RAFAEL CA 94901 | 000259P001-1458A-001B<br>MARK FLEISCHMAN<br>4740 MISSION GORGE PL #601367<br>SAN DIEGO CA 92120 | 000098P001-1458A-001B<br>MARY DURST<br>313 KENSINGTON COMMONS<br>LIVERMORE CA 94551 |
| 000155P001-1458A-001B<br>MARY JORDAN<br>57 SALVATORE DR<br>NOVATO CA 94949 | 000247P001-1458A-001B<br>MAY ROBERTS<br>1490 MONTROSE DR<br>SAN LEANDRO CA 94577 | 000170P001-1458A-001B<br>MICHAEL BAGATELOS<br>185 TOPAZ WAY<br>SAN FRANCISCO CA 94131 | 000263P001-1458A-001B<br>MICHAEL MAENDL<br>2 AUTUMN CT<br>NOVATO CA 94947 |
| 000268P001-1458A-001B<br>MICHAEL SOMMER<br>702 WOOD SORREL DR<br>PETALUMA CA 94954 | 000130P001-1458A-001B<br>MIKE MCINNIS<br>407 OAK PT CT<br>SANTA ROSA CA 95409 | 000273P001-1458A-001B<br>MILDRED REFF<br>116 S 160 WEST<br>JERMONE ID 83338 | 000331P001-1458A-001B<br>MIMI JANISLAWSKI<br>521 VLG DR<br>EL CERRITO CA 94530 |
| 000221P001-1458A-001B<br>MOSES KRAVITZ<br>11285 PUESTA DEL SOL<br>OAK VIEW CA 93022 | 000157P001-1458A-001B<br>MURIEL MAHRER<br>13577 MYREN DR<br>SARATOGA CA 95070 | 000243P001-1458A-001B<br>NICHOLAS MCINNIS<br>407 OAK PT CT<br>SANTA ROSA CA 95409 | 000286P001-1458A-001B<br>PAMELA GAFFNEY<br>14100 PRAIRIE WAY<br>MENDOCINO CA 95460 |
| 000192P001-1458A-001B<br>PAMELA HILT<br>120 FOURTH ST STE 1071<br>PETALUMA CA 94953 | 000271P001-1458A-001B<br>PATRICIA MINOLLI<br>ONE BRITTON CT<br>NOVATO CA 94947-2961 | 000199P001-1458A-001B<br>PETER BAGATELOS<br>105 SHOOTING STAR ISLE<br>FOSTER CITY CA 94404 | 000169P001-1458A-001B<br>PETER BAGATELOS IRA<br>105 SHOOTING STAR ISLE<br>FOSTER CITY CA 94404 |
| 000111P001-1458A-001B<br>PETER JANUARY<br>10 CORTE MADERA AVE<br>CORTE MADERA CA 94925 | 000264P001-1458A-001B<br>PHYLLIS NARUM<br>3004TH AVENUE S E<br>DOUGLAS ND 58735 | 000208P001-1458A-001B<br>PHYLLIS PAY<br>1363 ROSE ST<br>BERKELEY CA 94702-1137 | 000165P001-1458A-001B<br>PRISCILLA REGALADO<br>1630 BUTTE ST<br>RICHMOND CA 94804-5214 |
| 000167P001-1458A-001B<br>RAMIN AKHBARI<br>210 MARIANNA WAY<br>CAMPBELL CA 95008 | 000062P001-1458A-001B<br>RICHARD BELL<br>2519 EAST BEAVER LAKE DR SE<br>SAMMAMISH WA 98075 | 000084P001-1458A-001B<br>RICHARD BOUCK<br>774 MAYS BLVD<br>INCLINE VILLAGE NV 89451 | 000143P001-1458A-001B<br>RICHARD CLARK TRUST (COLE)<br>6700 BERRYHILL CT<br>FORESTVILLE CA 95436 |

000088P001-1458A-001B
RICHARD COLE
6793 BERRYHILL CT
FORESTVILLE CA 95436

000145P001-1458A-001B
RICHARD COLE
6700 BERRYHILL CT
FORESTVILLE CA 95436

000287P001-1458A-001B
RICHARD LEE SHUE
135 YACHT CLUB CIR
NORTH REDINGTON BEACH FL 33708-1583

000071P001-1458A-001B
RICK PACHECO
28425 EASTIN RD
NEWMAN CA 95360

000285P001-1458A-001B
ROBERT CORDOVA
588 SOUTH ELISEO DR APT 23
GREENBRAE CA 94904

000200P001-1458A-001B
ROBERT DEROSS
5061 TESORO WAY
EL DORADO HILLS CA 95762

000097P001-1458A-001B
ROBERT DEROSS JR
4 SORREL LN
SAN CARLOS CA 94070

000230P001-1458A-001B
ROBERT DISKINT
867 RIVERVIEW RD
REXFORD NY 12148

000176P001-1458A-001B
ROBERT MOLINO
47 THALIA ST
MILL VALLEY CA 94941

000114P001-1458A-001B
ROBERT PUTZI
381 MOUNTAIN VIEW AVE
SAN RAFAEL CA 94901-1371

000245P001-1458A-001B
ROBERTA MOLLOT
286 CORBIN PL APT 2 E
BROOKLYN NY 11235

000288P001-1458A-001B
ROBIN ALTMAN
3 AVOCET CT
NOVATO CA 94949

000086P001-1458A-001B
ROGER DIVIRGILIO
102 CARSON CT
FOLSOM CA 95630

000102P001-1458A-001B
ROGER MILLER
105 PAPER MILL CREEK CT
MIDDLETOWN CA 95461

000227P001-1458A-001B
RONALD BEICKERT
26 CORNELL DR
GREAT NECK NY 11020

000216P001-1458A-001B
SABRINA CHAW
279 14TH AVE
SAN FRANCISCO CA 94118

000132P001-1458A-001B
SALLY RONDIO
4 MEADOW DR
LARKSPUR CA 94939-1523

000218P001-1458A-001B
SAM HILT
120 FOURTH ST STE 1071
PETALUMA CA 94953

000237P001-1458A-001B
SARA KAMINS
2 WHITING ST #2
SAN FRANCISCO CA 94133

000244P001-1458A-001B
SASHA MCINNIS
1000 DEWING AVE #308
LAFAYETTE CA 94549

000149P001-1458A-001B
SCOTT FORER
1720 SONOMA AVE
BERKELEY CA 94707

000077P001-1458A-001B
SCOTT VALENTINO
91 PORTEOUS AVE
FAIRFAX CA 94930

000171P001-1458A-001B
SHANE BLACK
359 WILSON WAY
LARKSPUR CA 94939

000219P001-1458A-001B
SHIN JUNG HO
29065 EDEN SHORES DR
HAYWARD CA 94545

000280P001-1458A-001B
SOPHIE PHELPS
1335 S FITCH MOUNTAIN RD
HEALDSBURG CA 95448

000210P001-1458A-001B
STEPHANIE SANDERS
13100 BANNER LAVA CAP RD
NEVADA CITY CA 95959

000250P001-1458A-001B
STEPHANIE SANDERS
9797 E 32ND ST 659H
YUMA AZ 95959

000195P001-1458A-001B
STEPHEN TURER
381 GREENFIELD CIR
SANTA ROSA CA 95409

000232P001-1458A-001B
STEVEN HALPERN
212 VAN TASSEL CT
SAN ANSELMO CA 94960

000089P001-1458A-001B
STEVEN HOFFMAN
22230 VARIAN WAY
CUPERTINO CA 95014

000260P001-1458A-001B
SUE FREEMAN
760 BOLSANA DR
LAGUNA BEACH CA 92651

000272P001-1458A-001B
SUKI MUNSELL
524 SAN ANSELMO AVE 222
SAN ANSELMO CA 94960

000330P001-1458A-001B
SUKI MUNSELL
524 SAN ANSELMO AVE
SAN ANSELMO CA 94960

000201P001-1458A-001B
SUSAN GROOMS
220 N ZAPATA HWY 11
LAREDO TX 78043

000134P001-1458A-001B
SUSAN SANDSON
674 SANTA ROSA AVE
BERKELEY CA 94707

000212P001-1458A-001B
SUSAN SPRINGER
16 E CRESCENT DR
SAN RAFAEL CA 94901

000075P001-1458A-001B
SUSAN TOCH
385 PINE HILL RD
MILL VALLEY CA 94941

000213P001-1458A-001B
SUSAN TOCH
385 PINE HILL RD APT H
MILL VALLEY CA 94941

000074P001-1458A-001B
SUZANNE TEAL
4718 TEE VIEW CT
SANTA ROSA CA 95405-8756

000207P001-1458A-001B
SYLVIA MAENDL
2025 HAWTHORNE TER
NOVATO CA 94945

000123P001-1458A-001B
SYLVIA PALUGYAI HEBER DE LAZAR
922 CENTRO WAY
MILL VALLEY CA 94941

000096P001-1458A-001B
TARESSA BELL
4730 ALTA VISTA AVE
SANTA ROSA CA 95404

000125P001-1458A-001B
TERESA ANN CLARK
519 GRANDVIEW RD
SEBASTOPOL CA 95472

000289P001-1458A-001B
TERESA DEL GIORNO
820 BAYSIDE
NOVATO CA 94947

000194P001-1458A-001B
THEODORE REICH
23 KATRINA LN
SAN ANSELMO CA 94960

000255P001-1458A-001B
THOMAS VASCONCELLOS
3790 LAKE SHORE BLVD
LAKE PORT CA 95453

000282P001-1458A-001B
TIMOTHY SLAUGHTER
108 SE H ST UNIT 108
BENTONVILLE AR 72712

000283P001-1458A-001B
TOBY SYMINGTON
33 KNOLL RD
SAN ANSELMO CA 94960

000078P001-1458A-001B
TRACY ZELL-BENNETT
1030 AMEND ST
PINOLE CA 94564

000081P001-1458A-001B
TRAUTE JONES
249 MARINDA DR
FAIRFAX CA 94930

000083P001-1458A-001B
TRISHA WALDRON
9 GERSTLE CT
SAN RAFAEL CA 94901

000236P001-1458A-001B
VICKI LEE SHUE
25 GRENADIER DR
MAHWAH NJ 07430

000241P001-1458A-001B
VINCENT LEE-SHUE
20 NEWPORT PKWY UNIT 2607
JERSEY CITY NJ 07310

000110P001-1458A-001B
VIOLET HANADA
777 LE CONTE AVE
SAN FRANCISCO CA 94124

000182P001-1458A-001B
VIOLET SWANSON
150 EDWARD AVE
SAN RAFAEL CA 94903

000162P001-1458A-001B
VIRGINIA PIERCE
1090 BEL MARIN KEYS BLVD
NOVATO CA 94949

| 000063P001-1458A-001B | 000202P001-1458A-001B | 000101P001-1458A-001B | 000119P001-1458A-001B |
|---|---|---|---|
| WANDA BISHOP | WILLIAM HUGHES JR | WILLIAM LEVINE | WILLIAM TENNANT |
| 1232 FAIRLAWN CT | 11791 BARNETT VLY RD | 2 SNOWDEN LN | 2916 RUSSELL ST |
| WALNUT CREEK CA 94595-2874 | SEBASTOPOL CA 95472 | FAIRFAX CA 94930 | BERKELEY CA 94705 |

Records Printed :   **200**

# EXHIBIT 5

000297P001-1458A-001A
BANNER BANK
PO BOX 1117
WALLA WALLA WA 99362

000292P001-1458A-001A
CHASE
COMMERCIAL TERM LENDING
PO BOX 9176
COPPELL TX 75019

000296P001-1458A-001A
ORIX REAL ESTATE CAPITAL
PO BOX 846019
DALLAS TX 75284

000294P001-1458A-001A
PACIFIC WESTERN BANK
PO BOX 131207
CARLSBAD CA 92013

000290P001-1458A-001A
TRI COUNTIES BANK
PO BOX 909
CHICO CA 95927-

Records Printed :  **5**

# Professional Financial Investors, Inc., et al
## USPS Express Mail
## Exhibit Page

000094P001-1458A-001B
ANNA SALVADOR
PO BOX 70996
RICHMOND CA 94807-

000109P001-1458A-001B
ANNE GREENFIELD
PO BOX 162
BODEGA CA 94922

000164P001-1458A-001B
BETH RASMUSSEN
PO BOX 141
KANEOHE HI 96744-

000140P001-1458A-001B
BYE FAMILY TRUST
PO BOX 220
ALBION CA 95410-

000185P001-1458A-001B
CAROL WILSON
PO BOX 330
GRATON CA 95444-

000274P001-1458A-001B
CHARLENE ALBANESE
PO BOX 625
LARKSPUR CA 94977-

000159P001-1458A-001B
CHRIS MILLER
PO BOX 1985
EL GRANADA CA 94018

000066P001-1458A-001B
CONNIE HOSHOR
PO BOX 1223
PT. REYES STATION CA 94956-

000234P001-1458A-001B
CONNIE HUCKABA
PO BOX 110
MCCLOUD CA 96057-

000206P001-1458A-001B
DAVID LUSTIG
PO BOX 532
PESCADERO CA 94060

000269P001-1458A-001B
DAVID PURVIANCE
PO BOX 2345
SISTERS OR 97759-

000106P001-1458A-001B
DOMINIQUE SHELTON
PO BOX 1849
KIHEI HI 96753-

000072P001-1458A-001B
DOYLE PRATT
PO BOX 78
PATAGONIA AZ 85624-

000128P001-1458A-001B
GOLDEN GATE CENTER FOR SPIRITUAL LIVING
PO BOX 2847
SAN ANSELMO CA 94979-

000161P001-1458A-001B
INGE MONTEITH
POBOX 992
KIHEI HI 96753-

000246P001-1458A-001B
JAYE ALISON MOSCARIELLO
PO BOX 848
UKIAH CA 95482-

000275P001-1458A-001B
JOHN ALTHUIZEN
PO BOX 621
NOVATO CA 94948-

000099P001-1458A-001B
JUDITH FRIEDMAN
PO BOX 131
SONOMA CA 95476-

000172P001-1458A-001B
KIAH BOSY
PO BOX 921
FAIRFAX CA 94978-

000118P001-1458A-001B
MIKE SPITZER
PO BOX 1123
APTOS CA 95001-

000100P001-1458A-001B
MINDIA KLEIN
PO BOX 801
FAIRFAX CA 94978-

000214P001-1458A-001B
RACHELLE WINTERBOURNE
PO BOX 369
STINSON BEACH CA 94970

000173P001-1458A-001B
RAMON DEANGELO
PO BOX 606
FOREST KNOLLS CA 94933-

000142P001-1458A-001B
REBECCA CERNICH
PO BOX 96
LAGUNITAS CA 94938-

000279P001-1458A-001B
SHARON OVERBEY
PO BOX 1114
MT. SHASTA CA 96067-

000188P001-1458A-001B
STEPHEN CLARK
PO BOX 70996
RICHMOND CA 94807-

000120P001-1458A-001B
SUZANNE WHALEY
PO BOX 473
BOLINAS CA 94924-

000136P001-1458A-001B
WILLIAM TAYLOR
PO BOX 848
UKIAH CA 95482-

Records Printed :   28

# EXHIBIT 6

000346P001-1458A-001C
BROWN AND BROWN INSURANCE SVC OF
CALIFORNIA, INC
3697 MT DIABLO BLVD
STE 100
LAFAYETTE CA 94549

000338P001-1458A-001C
CALIFORNIA CAPITAL INSURANCE CO
2300 GDN RD
MONTEREY CA 93940

000349P001-1458A-001C
COOPER AND MCCLOSKEY, INC,
111 PINE ST
STE 1350
SAN FRANCISCO CA 94111

000347P001-1458A-001C
DEANS AND HOMER
340 PINE ST
SAN FRANCISCO CA 94104

000345P001-1458A-001C
HALLMARK SPECIALTY INSURANCE CO
TWO LINCOLN CTR LYNDON B JOHNSON FWY
STE 1100
DALLAS TX 75240-2345

000340P001-1458A-001C
INDIAN HARBOR INSURANCE CO
70 SEAVIEW AVE
STAMFORD CT 06902-6040

000337P001-1458A-001C
MASSACHUSETTS BAY INSURANCE CO
444 LINCOLN ST
WORCESTER MA 01653-0002

000344P001-1458A-001C
MONTEREY INSURANCE CO
2300 GDN RD
MONTEREY CA 93940

000333P001-1458A-001C
OHIO SECURITY INSURANCE CO
175 BERKELEY ST
BOSTON MA 02116

000342P001-1458A-001C
REPUBLIC INDEMNITY CO OF CALIFORNIA
100 PINE ST
14TH FL
SAN FRANCISCO CA 94111

000350P001-1458A-001C
RT SPECIALTY,
ONE EMBARCADERO CTR
27TH FL
SAN FRANCISCO CA 94111

000343P001-1458A-001C
SCOTTSDALE INSURANCE CO
ONE NATIONWIDE PLZ
COLUMBUS OH 43215

000348P002-1458A-001C
SPECIALTY INSURANCE ADVANTAGE INC
SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN
790 E COLORADO BLVD
STE 510
PASADENA CA 91101

000351P001-1458A-001C
THE COMMISSIONER OF INSURANCE OF
THE STATE OF CALIFORNIA
VIVIAN IMPERIAL
CTCORPORATION SYSTEM
818 WEST 7TH ST, STE 930
LOS ANGELES CA 90017

000336P001-1458A-001C
TRAVELERS CASUALTY AND SURETY CO OF AMERICA
ONE TOWER SQUARE
HARTFORD CT 06183

000334P001-1458A-001C
TRAVELERS CASUALTY INSURANCE CO OF AMERICA
ONE TOWER SQUARE
HARTFORD CT 06183

000335P001-1458A-001C
TRAVELERS PROPERTY CASUALTY  CO OF AMERICA
ONE TOWER SQUARE
HARTFORD CT 06183

000339P001-1458A-001C
WRIGHT NATIONAL FLOOD INSURANCE CO
801 94TH AVE NORTH
STE 110
ST. PETERSBURG FL 33702

Records Printed :  18

# EXHIBIT 7

000354P001-1458A-001D
MARIN MUNICIPAL WATER DISTRICT
220 NELLEN AVE
CORTE MADERA CA 94925

Records Printed :  **1**

# EXHIBIT 8

000355P001-1458A-001D
COMCAST
PO BOX 60533
CITY OF INDUSTRY CA 91716-

000359P001-1458A-001D
FRONTIER
PO BOX 709
SOUTH WINDSOR CT 06074-

000353P001-1458A-001D
MARIN SANITARY SVC
PO BOX 11117
SAN RAFAEL CA 94912-

000352P001-1458A-001D
NORTH MARIN WATER DISTRICT PAYMENT
PROCESSING CENTER
PO BOX 511529
LOS ANGELES CA 90051-

000059P001-1458A-001D
PG AND E
BOX 997300
SACRAMENTO CA 95899-

000356P001-1458A-001D
RECOLOGY SONOMA MARIN WASTE ZERO
PO BOX 51216
LOS ANGELES CA 90051-

000358P001-1458A-001D
SONOMA GARBAGE COLLECTORS
PO BOX 400
EL VERANO CA 95433-

000357P001-1458A-001D
VALLEY OF THE MOON WATER DISTRICT
PO BOX 280
EL VERANO CA 95433-

Records Printed : **8**