1  ADAM A. LEWIS (BAR NO. 88736)
   ALewis@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  BRETT H. MILLER (Pro Hac Vice – pending)
   BrettMiller@mofo.com
6  MARK ALEXANDER LIGHTNER (Pro Hac
   Vice – pending)
7  MLightner@mofo.com
   MORRISON & FOERSTER LLP
8  250 West 55th Street
   New York NY 10019-9601
9  Telephone: 212.468.8000
   Facsimile: 212.468-7900

10

   Attorneys for Creditor
11 JP MORGAN CHASE, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>Debtor. | Case No. 20-30604<br><br>(Jointly Administered with Case No. 20- 30579)<br><br>Chapter 11<br><br>JP MORGAN CHASE'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE<br><br>Date: NA<br>Time: NA<br>Place: Hannah L. Blumenstiel<br>***Telephonic/Video Appearances Only***<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 19<br>San Francisco, CA 94102 |

Secured creditor JP Morgan Chase, N.A. ("Chase") hereby appears in the above-captioned cases and requests that all notices, pleadings, and other papers required to be served pursuant to

the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (including Rules 2002, 3015 and 9007), the Local Bankruptcy Rules, an order of the Court, or otherwise, be addressed as follows:

    Adam A. Lewis, Esq.
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, CA 94105-2482

        or

    Alewis@mofo.com

    and

    Brett H. Miller, Esq.
    Mark Alexander Lightner, Esq.
    Morrison & Foerster LLP
    250 West 55th Street
    New York, NY 10019-9601

    Or

    BrettMiller@mofo.com
    MLightner@mofo.com

Dated:     August 4, 2020

ADAM A. LEWIS
BRETT H. MILLER (Pro Hac Vice – pending)
MARK ALEXANDER LIGHTNER (Pro Hac Vice – pending)

MORRISON & FOERSTER LLP

By: /s/ Adam A. Lewis
     ADAM A. LEWIS

Attorneys for Creditor
JP MORGAN CHASE, N.A.