Mitchell B. Greenberg, Esq. (SBN 114878)
mgreenberg@abbeylaw.com
Michael R. Wanser, Esq. (SBN 283822)
mwanser@abbeylaw.com
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Secured Creditor
POPPY BANK, fka FIRST COMMUNITY BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION )

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered with Case No. 20-30579)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Chapter 11<br><br>The Hon. Hannah L. Blumenstiel |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO THE COURT, CLERK OF THE COURT, DEBTORS, DEBTORS' ATTORNEY OF RECORD, AND THE UNITED STATES TRUSTEE:

The undersigned files this Notice of Appearance as attorney for Secured Creditor Poppy Bank, fka First Community Bank, ("Creditor") in accordance with Bankruptcy Rule 9010 (b) and hereby requests that they be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, including all notices required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the attorney for Creditor at the address listed below:

///

///

MITCHELL B. GREENBERG, SBN 114878
MICHAEL R. WANSER, SBN 283822
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
E-Mail: mgreenberg@abbeylaw.com
E-Mail: mwanser@abbeylaw.com

Dated: August 4, 2020          ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By: /S/ MITCHELL B. GREENBERG
    Mitchell B. Greenberg, Esq.
    Michael R. Wanser, Esq.
    Attorneys for Secured Creditor
    POPPY BANK, fka FIRST COMMUNITY BANK