```
10  JOHN A. VOS, ESQ. (#80790)
11  1430 Lincoln Avenue
    San Rafael, CA  94901
12  (415) 485-5330
    For Interested Party Vos
13
```

**FILED**

**AUG 4 – 2020**

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:                                                ) No: 20-30604 HLB
PROFESSIONAL FINANCIAL                                )
INVESTORS INC.,    Debtor                             )    (Chapter 11)
_____ )

### REQUEST FOR NOTICE

The undersigned requests inclusion on the mailing list for this case and electronic notice of proceedings:

    JOHN A. VOS
    1430 Lincoln Avenue
    San Rafael, CA 94901

    InvalidEMailECFOnly@gmail.com

Dated: 28 July 2020

/s/
John A. Vos



RECEIVED

Aug 4 - 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

CLERK OF COURT
450 GOLDEN GATE AVENUE, Box 36099
SAN FRANCISCO, CA 94102