**Entered on Docket
August 14, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: August 14, 2020

_____
**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**



SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: okatz@sheppardmullin.com
       bmarum@sheppardmullin.com
       mklinger@sheppardmullin.com
       gsegretti@sheppardmullin.com

Proposed Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered with Case No. 20-30579)<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTORS' EX PARTE MOTION TO TEMPORARILY SUSPEND THE DEADLINE FOR FILING PROOFS OF CLAIM**<br><br>[No Hearing Required] |

This Court, having considered the *Debtors' Ex Parte Motion to Temporarily Suspend the Deadline for Filing Proofs of Claim* (the "Motion"), filed by debtors and debtors-in-possession Professional Financial Investors, Inc. ("PFI") and Professional Investors Security Fund, Inc. ("PISF," and together with PFI, the "Debtors") on August 13, 2020, [Docket No. 55] and finding that proper notice was given and that good cause exists therefore;

ORDERS as follows:

1. The Motion is **GRANTED**.

2. The deadline for non-governmental unit creditors to file proofs of claim against the Debtors' estates previously set as November 23, 2020 (the "Bar Date"), is temporarily suspended.

3. The Debtors shall file a subsequent motion seeking approval of a specific new bar date for non-governmental unit creditors to file proofs of claim.

4. The Debtors are further directed to provide notice via U.S. mail of the temporary suspension of the Bar Date to all non-governmental units listed in the mailing matrices for the above-captioned bankruptcy cases by serving them with a copy of this order.

**\*\*\*END OF ORDER\*\*\***

**COURT SERVICE LIST**

*Registered ECF Participants*