1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   ORI KATZ, Cal. Bar No. 209561
3  J. BARRETT MARUM, Cal. Bar No. 228628
   MATT R. KLINGER, Cal. Bar No. 307362
4  GIANNA SEGRETTI, Cal. Bar No. 323645
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:    415.434.9100
6  Facsimile:    415.434.3947
   E mail        okatz@sheppardmullin.com
7                bmarum@sheppardmullin.com
                 mklinger@sheppardmullin.com
8                gsegretti@sheppardmullin.com

9  Proposed Counsel for Debtor

10              UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  In re                                    Case No. 20-30604

15  PROFESSIONAL FINANCIAL
16  INVESTORS, INC., a California corporation,   Chapter 11

17       Debtors.                            **GLOBAL NOTES TO SCHEDULES OF
                                             ASSETS AND LIABILITIES AND
18                                           STATEMENT OF FINANCIAL AFFAIRS**

19
                                             The Hon. Hannah L. Blumenstiel
20

21       **GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND**

22              **STATEMENT OF FINANCIAL AFFAIRS**

23          Michael Hogan, the proposed Chief Restructuring Officer ("CRO") of Professional

24  Financial Investors, Inc. ("Debtor" or "PFI"), in accordance with this Court's Orders [Doc. Nos. 7

25  and 39] and Federal Rule of Bankruptcy Procedure 1007(b), files on behalf of the Debtor the

26  Debtor's Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs

27  ("SOFA") (collectively, the "Schedules and Statements").  While the CRO and PFI's advisors

28  have made their best effort to prepare the Schedules and Statements as accurately as possible, they

disclose that in light of the fact that PFI's prior management was likely operating a fraudulent scheme, the Schedules and Statements are incomplete and will likely contain information that will require revision. Certain of the disclosures contained in the Schedules and Statements are derived from historical information maintained by former management of the Debtor. Additionally, substantial and material amounts of the information contained herein was generated as part of an ongoing forensic reconstruction of the Debtor's books and records, which is not yet complete. Moreover, the books and records of both PFI and Professional Investors Security Fund, Inc. ("PISF") that were available on the date on which the jointly-administered involuntary case of PISF, Case No. 20-30579, was commenced which prompted the filing of PFI's voluntary bankruptcy case were in disarray, inadequate, maintained mostly in paper format and did not contain the typical records that one would expect to be maintained in the normal course of business for a real estate company of Debtor's size. The information used to compile the Schedules and Statements has not been audited. These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements. If the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

## **General Notes**

1. <u>Source of Information</u>: The Schedules and Statements have been prepared based on the information reflected in the Debtor's books and records, supplemented where possible by the results of the analysis conducted by the Debtor's advisors. Neither the CRO nor the Debtor can warrant the accuracy of the Schedules and SOFA at this time. The Debtor's books and records were not audited and appear to have never been audited. A diligent effort has been made to complete the Schedules and SOFA as accurately and completely as is possible in the circumstances. To the extent additional information becomes available, the Schedules and SOFA will be supplemented.

2. <u>Disputed, Contingent and/or Unliquidated Claims</u>: Several questions or disclosures in the Schedules and Statements, including Schedules D and E/F, permit the Debtor to designate a

claim as "disputed", "contingent", and/or "unliquidated". A failure to designate a claim on any of the Schedules and Statements as "disputed", "contingent", and/or "unliquidated" does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to any claim reflected on the Schedules and Statements as to nature, amount, liability or status, or to otherwise subsequently designate any claim as "disputed", "contingent", and/or "unliquidated".

        3. <u>Global Reservation of Rights</u>: The Debtor reserves all rights to change, challenge, and dispute any designation, classification, amount, priority or existence of any claim listed in the Schedules and Statements. The Debtor further reserves the right to assert any defenses or assert any offset to any claim listed in the Schedules and Statements. Nothing contained in the Schedules and Statements shall constitute an admission.

<b><u>Schedule A Note</u></b>

        The Debtor's advisors have ordered preliminary title reports for all of the properties the Debtor's records show the Debtor owns. Only some of those title reports have been received to date and so the Debtor's advisors have not yet verified that the Debtor is the vested owner of all of the real estate the Debtor's records show it owns. The Debtor's advisors have no reason to believe the Debtor is not the owner of record regarding the real estate reported on Schedule A, however, the Debtor includes this note in an abundance of caution since not all preliminary title reports have been received as of the date of this filing.

<b><u>Schedule B Note</u></b>

        Unless otherwise noted, all of the amounts listed on Schedule B represent the value of the Debtor's assets as reflected in the Debtor's books and records (net of depreciation or amortization where applicable). In addition the Debtor has incorporated, where appropriate, a preliminary inventory analysis conducted by a third party auctioneer. However, no comprehensive review and analysis of these assets has been undertaken. The actual value of the assets listed as of this date may differ significantly and materially from the amounts reflected in the books and records. It is prohibitively expensive and unduly burdensome to obtain current market valuations of the assets.

The cash on hand listed in Schedule B does not include roughly $1.8 million in cash recently discovered in a vault at Kenneth Casey's residence. The ownership of this $1.8 million is currently disputed and it is the Debtor's position this cash is property of the bankruptcy estates. The Debtor reserves the right to change, modify and supplement this Schedule should it the $1.8 million in cash be turned over to Debtor.

Additionally, the accounts receivable amount was compiled from the Debtor's unaudited books and records. Accordingly, the Debtor reserves the right to change, modify and supplement this Schedule as information becomes available.

Furthermore with regard to non-publicly traded stock and interest in businesses, the Debtor owns an interest in a variety of limited liability companies and limited partnerships. However, the Debtor's advisors have yet to determine the Debtor's exact ownership in each of these entities, which is complicated by the fact that signed copies of operating agreements and limited partnership agreements have been difficult to locate. The investigation of the Debtor's books and records is ongoing, and the Debtor therefore reserves the right to change, modify and supplement this Schedule with further information regarding its ownership interests in other businesses.

Finally, the improvements to real estate listed in the Debtor's books and records are listed by date rather than by property address. The Debtor therefore has listed improvements as one line item and reserves the right to update this Schedule with regard to improvements to real estate as its advisors are able to identify the property addresses for such improvements.

### **Schedule D Disclaimer**

"Creditors Holding Secured Claims" are listed for informational purposes only because as noted above, only some preliminary title reports have been received as of the date of the filing of the Schedules. The preliminary title reports received to date show that at least some of the creditors listed on Schedule D do not have deeds of trust associated with their claims that are of record. Thus, the Debtor does not acknowledge or admit that by classifying the existence, validity, or amount of such claim or security interest that the identified creditors possess a valid claim to the Debtor's assets. The Debtor expressly retains all rights to challenge the existence,

validity, perfection, collectability or amount of any alleged secured claim, and retains all other rights to challenge any alleged secured claim, on any basis, including the right to establish equitable or contractual subordination of such claim.

**Schedule E Disclaimer**

The amount listed for every individual is the amount due as of the petition date. Some wages and benefits have been paid pursuant to Court Order [Doc. No. 45]. The amounts listed herein are net after any Court authorized payments.

Amounts listed on Schedule E are preliminary amounts and are subject to reconciliation and amendment. The characterization of these claims as priority claims is preliminary. The Debtor reserves the right to challenge these claims as to both amount and priority. The Debtor also reserves the right to challenge the amount, nature, and classification of any claim listed on schedule E.

**Schedule F Disclaimer**

The information set forth was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more information becomes available.

**Schedule G Disclaimer**

The information set forth was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more information becomes available.

This List of Executory Contracts and Unexpired Leases is furnished for informational purposes to apprise parties in interest of the Debtor's possible contractual relationships as of the commencement of this case and is derived from the Debtor's books and records. This Schedule is not an acknowledgment that any contractual relationship exists or existed or that, if such a relation existed, said relationship presently exists. The Debtor does not waive any right to rescission or reformation or defense respecting any contract.

Similarly, Schedule G is not an acknowledgement that any contractual relationship constitutes an "Executory Contract." Some contracts listed in Schedule G may have been

terminated or expired by their own terms prior to the commencement of this case, but have been listed in order to give adequate notice to parties in interest who may assert that an executory contract existed as of the commencement of this case.

Schedule G is not an acknowledgment that any contractual relationship constitutes a lease or an "Executory Contract" nor is the characterization of a contract as a "Lease" an acknowledgment that the contract is a true Lease and not a Security Agreement.

Finally, Schedule G may not list all of the operating agreements or limited partnership agreements to which the Debtor may be a party.

### Schedule H Disclaimer

The information set forth on Schedule H was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more information is available.

### Statements of Financial Affairs

1. Income: The income reported on the SOFA is derived from the Debtor's books and records. This information has not been audited and is provided for informational purposes only.

2. Payments to Insiders: The Debtor has included in its Statements of Financial Affairs the data from its accounting system of payments or transfers made within one year before the commencement of this case, made to, or for the benefit of an insider. The Debtor's advisors do not believe the data from the Debtor's accounting system regarding payments made to insiders is complete. They are still investigating the Debtor's books and records to determine what other transfers were made to insiders within a year of the commencement of these bankruptcy proceedings. The Debtor expects it will need to change, modify and supplement its Statements of Financial Affairs as further information becomes available.

3. List of Business Interests: The Debtor has listed all active limited liability companies and limited partnerships in which it holds an interest. However, the Debtor's advisors have not investigated when each business interest commenced, nor have they investigated whether the Debtor held an interest in any limited liability companies or limited partnerships that have been wound up within the six years preceding the commencement of these bankruptcy

proceedings.  The Debtor therefore reserves the right to change, modify and supplement its Statement of Financial Affairs as further information becomes available with regard to its interests in other business entities.

4.	90 day payments to creditors.  The Debtor's advisors continue to review their books to identify the payments that the Debtor made to creditors during the preference period and the Debtor expect to supplement this as that review continues.

4.	Institutions to which financial statements may have been provided:  The Debtor has regularly refinanced its various properties over the years and the Debtor's advisors have not completed their investigation regarding financial statements that may have been provided in the context of those refinance transactions.  The Debtor therefore reserves the right to change, modify and supplement its Statement of Financial Affairs as further information becomes available with regard to this item.

**\* \* \* END OF NOTES \* \* \***

**\* FILING BEGINS ON THE FOLLOWING PAGE \***

7
GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B ............................................................ | $389,376,912.00 |

1b. **Total personal property:**
Copy line 91A from Schedule A/B .......................................................... | $15,992,293.61 |

1c. **Total of all property:**
Copy line 92 from Schedule A/B ............................................................ | $405,369,205.61 |

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................ | $84,121,545.62 |

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F ...................................... | $480,713.77 |

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ........................... | + $24,870,377.91 |

**4.** *Total liabilities*
Lines 2 + 3a + 3b ........................................................................................................... | $109,472,637.30 |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 8 of 554

**Fill in this information to identify the case:**

Debtor name: Professional Financial Investors, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 20-30604

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

2.1. PETTY CASH — $800.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | UMPQUA BANK PROFESSIONAL FINANCIAL INVESTORS INC 7 MERRYDALE ROAD | CHECKING ACCOUNT | 7177 | $5,698.05 |
| 3.2. | UMPQUA BANK PROFESSIONAL FINANCIAL INVESTORS INC 107 MARIN ST | CHECKING ACCOUNT | 1763 | $11,564.98 |
| 3.3. | UMPQUA BANK PROFESSIONAL FINANCIAL INVESTORS INC DBA 117-121 PAUL DRIVE | CHECKING ACCOUNT | 2461 | $8,095.26 |
| 3.4. | UMPQUA BANK PROFESSIONAL FINANCIAL INVESTORS INC SANTALAND | CHECKING ACCOUNT | 7823 | ($515.00) |
| 3.5. | UMPQUA BANK PROFESSIONAL FINANCIAL INVESTORS INC DBA 353 BEL MARIN KEYS | CHECKING ACCOUNT | 2589 | ($1,285.79) |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 9 of
554

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.6. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>REDWOOD MANOR APARTMENTS | CHECKING ACCOUNT | 1478 | $2,153.36 |
| 3.7. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>PROFESSIONAL INVESTORS 461 | CHECKING ACCOUNT | 1765 | $10,210.19 |
| 3.8. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>390 WOODLAND APARTMENTS | CHECKING ACCOUNT | 8839 | $21,939.19 |
| 3.9. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>419 PROSPECT DR, SAN RAFAEL | CHECKING ACCOUNT | 5799 | $7,211.07 |
| 3.10. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>501 PROF INV SEC FUND | CHECKING ACCOUNT | 7498 | $22,108.93 |
| 3.11. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>515 B STREET | CHECKING ACCOUNT | 8278 | $21,141.76 |
| 3.12. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>885 BROADWAY | CHECKING ACCOUNT | 1771 | $3,975.21 |
| 3.13. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>3RD STREET APARTMENTS | CHECKING ACCOUNT | 6841 | ($829.00) |
| 3.14. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>RAFAEL GARDENS | CHECKING ACCOUNT | 5643 | $7,672.46 |
| 3.15. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>1506 VALLEJO AVE | CHECKING ACCOUNT | 8965 | ($1,950.35) |
| 3.16. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>D B A NORTH BAY CENTER | CHECKING ACCOUNT | 6136 | $32,826.35 |
| 3.17. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>DBA 16914 SONOMA HIGHWAY | CHECKING ACCOUNT | 1682 | $5,903.91 |
| 3.18. | UMPQUA BANK<br>PROFESSIONAL FINANCIAL INVESTORS INC<br>DUFFY PLACE | CHECKING ACCOUNT | 5375 | $83,192.00 |
| 3.19. | UMPQUA BANK<br>PROFESSIONAL INVESTORS<br>GATE 5 | CHECKING ACCOUNT | 6910 | ($11,623.21) |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 10 of 554

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.20. | UMPQUA BANK PROFESSIONAL INVESTORS 1 HAMMONDALE | CHECKING ACCOUNT | 9668 | $9,544.21 |
| 3.21. | UMPQUA BANK PROFESSIONAL INVESTORS IGNACIO LANE APARTMENTS | CHECKING ACCOUNT | 0575 | $3,613.24 |
| 3.22. | UMPQUA BANK PROFESSIONAL INVESTORS 30-42 CLAY COURT - PV 1 | CHECKING ACCOUNT | 0740 | $21,816.72 |
| 3.23. | UMPQUA BANK PROFESSIONAL FINANCIAL INVESTORS INC PFI CLEARING ACCOUNT | CHECKING ACCOUNT | 7399 | $104,722.00 |
| 3.24. | UMPQUA BANK PROFESSIONAL FINANCIAL INVESTORS INC PFI GENERAL 20112763 | CHECKING ACCOUNT | 2763 | $9,570.00 |
| 3.25. | UMPQUA BANK PROFESSIONAL FINANCIAL INVESTORS INC 1222 IRWIN ST, SAN RAFAEL | CHECKING ACCOUNT | 3125 | ($953.77) |
| 3.26. | UMPQUA BANK THREE FIFTY IGNACIO CONDOMINIUM ASSOC THREE FIFTY IGNACIO CONDOMINIUM ASSOC | CHECKING ACCOUNT | 6163 | $37,226.05 |

**4.**   **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**   **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $413,827.82

**Part 2:**   **Deposits and prepayments**

**6.**   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below

**7.**   **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1. _____ | $_____ |

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | PREPAID MORTGAGE INTEREST - PROPERTY 107 - 107 MARIN JP MORGAN CHASE | $83,363.00 |
| 8.2. | PREPAID MORTGAGE INTEREST -PROPERTY 109 - BROOKSIDE JP MORGAN CHASE | $58,719.87 |

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 11 of 554

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | | Current value of debtor's interest |
|---|---|---|
| 8.3. | PREPAID INSURANCE | $13,980.00 |
| | WRIGHT NATIONAL FLOOD INSURANCE | |

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$156,062.87

## Part 3:    Accounts receivable

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.    Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $138,471.46 | - $92,305.83 | = ........ → | | $46,165.63 |
| | | Face amount | Doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | $256,839.16 | - $236,158.56 | = ........ → | | $20,680.60 |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$66,846.23

## Part 4:    Investments

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

| Name of fund or stock | | |
|---|---|---|
| 14.1. _____ | _____ | $_____ |

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1. | PFI GLENWOOD LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.2. | PROFESSIONAL INVESTORS 20 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.3. | PROFESSIONAL INVESTORS 21 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.4. | PROFESSIONAL INVESTORS 22 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.5. | PROFESSIONAL INVESTORS 23 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 12 of 554

| 15.6. | PROFESSIONAL INVESTORS 24 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
|---|---|---|---|---|
| 15.7. | PROFESSIONAL INVESTORS 25 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.8. | PROFESSIONAL INVESTORS 26 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.9. | PROFESSIONAL INVESTORS 27 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.10. | PROFESSIONAL INVESTORS 28 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.11. | PROFESSIONAL INVESTORS 29 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.12. | PROFESSIONAL INVESTORS 30 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.13. | PROFESSIONAL INVESTORS 31 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.14. | PROFESSIONAL INVESTORS 32 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.15. | PROFESSIONAL INVESTORS 33 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.16. | PROFESSIONAL INVESTORS 34 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.17. | PROFESSIONAL INVESTORS 35 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.18. | PROFESSIONAL INVESTORS 36 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.19. | PROFESSIONAL INVESTORS 37 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.20. | PROFESSIONAL INVESTORS 38 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.21. | PROFESSIONAL INVESTORS 39 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.22. | PROFESSIONAL INVESTORS 40 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.23. | PROFESSIONAL INVESTORS 41 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.24. | PROFESSIONAL INVESTORS 42 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.25. | PROFESSIONAL INVESTORS 43 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.26. | PROFESSIONAL INVESTORS 44 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.27. | PROFESSIONAL INVESTORS 45 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.28. | PROFESSIONAL INVESTORS 46 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.29. | PROFESSIONAL INVESTORS 47 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.30. | PROFESSIONAL INVESTORS 48 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.31. | PROFESSIONAL INVESTORS 49 LLC | TO BE DETERMINED | _____ | UNDER INVESTIGATION |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 13 of 554

| | | | |
|---|---|---|---|
| 15.32. | PROFESSIONAL INVESTORS SECURITY FUND I, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | _____ | UNDER INVESTIGATION |
| 15.33. | PROFESSIONAL INVESTORS SECURITY FUND IV, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |
| 15.34. | PROFESSIONAL INVESTORS SECURITY FUND IX, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |
| 15.35. | PROFESSIONAL INVESTORS SECURITY FUND VII, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |
| 15.36. | PROFESSIONAL INVESTORS SECURITY FUND XII, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |
| 15.37. | PROFESSIONAL INVESTORS SECURITY FUND XIII, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |
| 15.38. | PROFESSIONAL INVESTORS SECURITY FUND XIV, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |
| 15.39. | PROFESSIONAL INVESTORS SECURITY FUND XV, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |
| 15.40. | PROFESSIONAL INVESTORS SECURITY FUND XVII, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |
| 15.41. | PROFESSIONAL INVESTORS SECURITY FUND XVIII, A CALIFORNIA LIMITED PARTNERSHIP | TO BE DETERMINED | UNDER INVESTIGATION |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____        _____   $_____

**17.** **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| $0.00 |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.** **Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1. _____ | _____ | $_____ | _____ | $_____ |
| **22.** **Other inventory or supplies** | | | | |
| 22.1. _____ | _____ | $_____ | _____ | $_____ |

**23.** **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $0.00 |

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 14 of 554

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

28.1. _____  $_____  _____  $_____

29. **Farm animals.** Examples: Livestock, poultry, farm-raised fish

29.1. _____  $_____  _____  $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

30.1. _____  $_____  _____  $_____

31. **Farm and fishing supplies, chemicals, and feed**

31.1. _____  $_____  _____  $_____

32. **Other farming and fishing-related property not already listed in Part 6**

32.1. _____  $_____  _____  $_____

33. **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 15 of 554

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1.   OWNED - FURNITURE AND FIXTURES | $332,245.50 | Net Book Value | $332,245.50 |
| **40.  Office fixtures** | | | |
| 40.1.   SEE, RESPONSE AT PART 7, NO. 39 | $_____ | _____ | $_____ |

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1.   OWNED - COMPUTERS | $97,054.91 | Net Book Value | $97,054.91 |
| 41.2.   OWNED - EQUIPMENT | $1,692.61 | Net Book Value | $1,692.61 |

**42.  Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1.   MISCELLANEOUS COLLECTIBLES | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|

**43.  Total of part 7**

Add lines 39 through 42. Copy the total to line 86.                                  $430,993.02

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2019 FORD RANGER - VIN 1FTER1EHSKLA99433 | UNDETERMINED | _____ | UNDETERMINED |
| 47.2.   2019 FORD RANGER - VIN 1FTER1EH3KLB02345 | UNDETERMINED | _____ | UNDETERMINED |
| 47.3.   2020 FORD EDGE - VIN 2FMPK4J95LBA14066 | UNDETERMINED | _____ | UNDETERMINED |
| 47.4.   2019 FORD F-550 - VIN 1FDUFSGY6KEG04677 | UNDETERMINED | _____ | UNDETERMINED |
| 47.5.   2001 FORD F-450 - VIN 1FDAF56F01EA30949 | UNDETERMINED | _____ | UNDETERMINED |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 16 of 554

| | | | | |
|---|---|---|---|---|
| 47.6. | 2010 FORD E-350SD - VIN 1FDSS3HL5ADA83577 | UNDETERMINED | _____ | UNDETERMINED |
| 47.7. | 2007 BIGTX · UTIL - VIN 16VVX121572A64408 | UNDETERMINED | _____ | UNDETERMINED |
| 47.8. | 2013 FORD F-150 - VIN 1FTFX1CF8DKF32652 | UNDETERMINED | _____ | UNDETERMINED |

**48.   Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.   _____   $_____   _____   $_____

**49.   Aircraft and accessories**

49.1.   _____   $_____   _____   $_____

**50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.   _____   $_____   _____   $_____

**51.   Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

> UNDETERMINED

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:   Real property**

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1.   _____<br><br>RESIDENTIAL<br><br>IGNACIO HILLS TENNIS & GARDEN APTS.<br>511 & 531 ALAMEDA DEL PRADO<br>NOVATO CA 94949 | FEE | $8,750,000.00 | Broker Opinion dated 6/5/2020 | $8,750,000.00 |
| 55.2.   _____<br><br>RESIDENTIAL<br><br>IGNACIO HILLS TENNIS & GARDEN APTS.<br>401 IGNACIO BLVD. & 521 ALAMEDA DEL PRADO<br>NOVATO CA 94949 | FEE | $12,875,000.00 | Broker Opinion dated 6/5/2020 | $12,875,000.00 |
| 55.3.   _____<br><br>RESIDENTIAL<br><br>SONOMA MISSION APTS.<br>120 ORCHARD AVE<br>SONOMA CA 95416 | FEE | $11,125,000.00 | Broker Opinion dated 6/5/2020 | $11,125,000.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 17 of 554

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.4. _____<br><br>COMMERCIAL<br><br>CITY CENTER<br>1701 NOVATO BLVD.<br>NOVATO CA 94947 | FEE | $11,000,000.00 | Broker Opinion dated 6/5/2020 | $11,000,000.00 |
| 55.5. _____<br><br>COMMERCIAL<br><br>BAYWOOD CENTER<br>1682 NOVATO BLVD.<br>NOVATO CA 94947 | FEE | $5,750,000.00 | Broker Opinion dated 6/5/2020 | $5,750,000.00 |
| 55.6. _____<br><br>COMMERCIAL<br><br>CREEKSIDE<br>7 MT. LASSEN DRIVE<br>SAN RAFAEL CA 94903 | FEE | $5,712,500.00 | Broker Opinion dated 6/5/2020 | $5,712,500.00 |
| 55.7. _____<br><br>COMMERCIAL<br><br>100 TAMAL VISTA<br>100 TAMAL VISTA<br>CORTE MADERA CA 94925 | FEE | $8,475,000.00 | Broker Opinion dated 6/5/2020 | $8,475,000.00 |
| 55.8. _____<br><br>COMMERCIAL<br><br>NOVATO BUSINESS CENTER<br>1500.1510.1516 GRANT AVE.<br>NOVATO CA 94945 | FEE | $7,125,000.00 | Broker Opinion dated 6/5/2020 | $7,125,000.00 |
| 55.9. _____<br><br>RESIDENTIAL<br><br>IGNACIO HILLS TENNIS & GARDEN APTS.<br>481 IGNACIO BLVD<br>NOVATO CA 94949 | FEE | $5,875,000.00 | Broker Opinion dated 6/5/2020 | $5,875,000.00 |
| 55.10. _____<br><br>COMMERCIAL<br><br>THE BROADWAY<br>1151 BROADWAY<br>SONOMA CA 95476 | FEE | $3,375,000.00 | Broker Opinion dated 6/5/2020 | $3,375,000.00 |
| 55.11. _____<br><br>COMMERCIAL<br><br>THE REDWOODS<br>1341-1353 REDWOOD WAY<br>PETALUMA CA 94945 | FEE | $10,300,000.00 | Broker Opinion dated 6/5/2020 | $10,300,000.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 18 of 554

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.12. _____<br><br>COMMERCIAL<br><br>SAN PEDRO BUSINESS CENTER<br>30 NORTH SAN PEDRO RD<br>SAN RAFAEL CA 94903 | FEE | $6,612,500.00 | Broker Opinion dated 6/5/2020 | $6,612,500.00 |
| 55.13. _____<br><br>COMMERCIAL<br><br>THE NORTHGATE BUSINESS CENTER<br>555 NORTH GATE DRIVE<br>SAN RAFAEL CA 94903 | FEE | $6,100,000.00 | Broker Opinion dated 6/5/2020 | $6,100,000.00 |
| 55.14. _____<br><br>RESIDENTIAL<br><br>IGNACIO PLACE APARTMENT<br>335 ENFRENTE RD<br>NOVATO CA 94949 | FEE | $14,850,000.00 | Broker Opinion dated 6/5/2020 | $14,850,000.00 |
| 55.15. _____<br><br>COMMERCIAL<br><br>GATEWAY BUSINESS CENTER<br>851 IRWIN STREET<br>SAN RAFAEL CA 94901 | FEE | $8,975,000.00 | Broker Opinion dated 6/5/2020 | $8,975,000.00 |
| 55.16. _____<br><br>COMMERCIAL<br><br>SEQUOIA BUSINESS CENTER<br>1425 NORTH MCDOWELL<br>PETALUMA CA 94954 | FEE | $6,750,000.00 | Broker Opinion dated 6/5/2020 | $6,750,000.00 |
| 55.17. _____<br><br>RESIDENTIAL<br><br>VILLAGE GREEN APTS.<br>350 ROBINSON ST.<br>SONOMA CA 95476 | FEE | $9,050,000.00 | Broker Opinion dated 6/5/2020 | $9,050,000.00 |
| 55.18. _____<br><br>COMMERCIAL<br><br>BROADWAY SQUARE<br>10 MAPLE ST & 635-651 BROADWAY<br>SONOMA CA 95476 | FEE | $4,550,000.00 | Broker Opinion dated 6/5/2020 | $4,550,000.00 |
| 55.19. _____<br><br>COMMERCIAL<br><br>NORTHGATE PROFESSIONAL CENTER<br>899 NORTHGATE DR<br>SAN RAFAEL CA 94903 | FEE | $23,625,000.00 | Broker Opinion dated 6/5/2020 | $23,625,000.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 19 of 554

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.20. _____<br><br>COMMERCIAL<br><br>4TH STREET BUSINESS CENTER<br>523 4TH ST & 930 IRWIN ST.<br>SAN RAFAEL CA 95401 | FEE | $7,100,000.00 | Broker Opinion dated 6/5/2020 | $7,100,000.00 |
| 55.21. _____<br><br>RESIDENTIAL<br><br>MADRONE APARTMENT HOMES<br>15411-15499 MARTY DRIVE<br>GLEN ELLEN CA 95442 | FEE | $9,250,000.00 | Broker Opinion dated 6/5/2020 | $9,250,000.00 |
| 55.22. _____<br><br>RESIDENTIAL<br><br>MARIN HEIGHTS APARTMENT HOMES<br>19 MERRYDALE RD<br>SAN RAFAEL CA 94903 | FEE | $6,037,500.00 | Broker Opinion dated 6/5/2020 | $6,037,500.00 |
| 55.23. _____<br><br>COMMERCIAL<br><br>NORTHGATE HEIGHTS BUSINESS CENTER<br>1050 NORTHGATE DR.<br>SAN RAFAEL CA 95401 | FEE | $20,900,000.00 | Broker Opinion dated 6/5/2020 | $20,900,000.00 |
| 55.24. _____<br><br>RESIDENTIAL<br><br>THE HEIGHT APARTMENT HOMES<br>109 PROFESSIONAL CENTER PARKWAY<br>SAN RAFAEL CA 94903 | FEE | $7,175,000.00 | Broker Opinion dated 6/5/2020 | $7,175,000.00 |
| 55.25. _____<br><br>RESIDENTIAL<br><br>SYCAMORE CREEK APARTMENTS<br>100 SYCAMORE AVE<br>SAN ANSELMO CA 94960 | FEE | $9,175,000.00 | Broker Opinion dated 6/5/2020 | $9,175,000.00 |
| 55.26. _____<br><br>COMMERCIAL<br><br>THE AMERICAN BUILDING<br>1099 D. STREET<br>SAN RAFAEL CA 95401 | FEE | $10,505,000.00 | Broker Opinion dated 6/5/2020 | $10,505,000.00 |
| 55.27. _____<br><br>RESIDENTIAL<br><br>WOODLAND APARTMENTS<br>285 WOODLAND AVE<br>SAN RAFAEL CA 95401 | FEE | $6,075,000.00 | Broker Opinion dated 6/5/2020 | $6,075,000.00 |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.28. _____<br><br>COMMERCIAL<br><br>HUNT PLAZA<br>240 TAMAL VISTA<br>CORTE MADERA CA 92925 | FEE | $8,350,000.00 | Broker Opinion dated 6/5/2020 | $8,350,000.00 |
| 55.29. _____<br><br>RESIDENTIAL<br><br>PARC MARIN<br>1441 CASA BUENA DRIVE<br>CORTE MADERA CA 94952 | FEE | $20,500,000.00 | Broker Opinion dated 6/5/2020 | $20,500,000.00 |
| 55.30. _____<br><br>RESIDENTIAL<br><br>LINCOLN REDWOODS<br>1732 LINCOLN AVE<br>SAN RAFAEL CA 94901 | FEE | $7,137,500.00 | Broker Opinion dated 6/5/2020 | $7,137,500.00 |
| 55.31. _____<br><br>RESIDENTIAL<br><br>IGNACIO HILLS TENNIS & GARDEN APTS.<br>461 IGNACIO BLVD<br>NOVATO CA 94949 | FEE | $4,550,000.00 | Broker Opinion dated 6/5/2020 | $4,550,000.00 |
| 55.32. _____<br><br>RESIDENTIAL<br><br>IGNACIO HILLS TENNIS & GARDEN APTS.<br>501 ALAMEDA DEL PRADO<br>NOVATO CA 94949 | FEE | $3,650,000.00 | Broker Opinion dated 6/5/2020 | $3,650,000.00 |
| 55.33. _____<br><br>RESIDENTIAL<br><br>HAMMONDALE<br>1 HAMMONDALE COURT<br>SAN RAFAEL CA 94901 | FEE | $2,235,000.00 | Broker Opinion dated 6/5/2020 | $2,235,000.00 |
| 55.34. _____<br><br>COMMERCIAL<br><br>MARINERS LANDING<br>200 GATE 5 ROAD<br>SAUSALITO CA 94965 | FEE | $9,575,000.00 | Broker Opinion dated 6/5/2020 | $9,575,000.00 |
| 55.35. _____<br><br>COMMERCIAL<br><br>DUFFY PLACE<br>21 - 37 DUFFY PLACE<br>SAN RAFAEL CA 94901 | FEE | $11,602,500.00 | Broker Opinion dated 6/5/2020 | $11,602,500.00 |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.36. _____<br><br>RESIDENTIAL<br><br>IGNACIO LANE<br>49 IGNACIO LANE<br>NOVATO CA 94949 | FEE | $2,585,000.00 | Broker Opinion dated 6/5/2020 | $2,585,000.00 |
| 55.37. _____<br><br>RESIDENTIAL<br><br>PACHECO VILLA<br>17-23, 30-42 CLAY COURT (PART 1)<br>NOVATO CA 94949 | FEE | $6,900,000.00 | Broker Opinion dated 6/5/2020 | $6,900,000.00 |
| 55.38. _____<br><br>RESIDENTIAL<br><br>PACHECO VILLA<br>17-23, 30-42 CLAY COURT (PART 2)<br>NOVATO CA 94949 | FEE | $_____ | Broker Opinion dated 6/5/2020 | $0.00 |
| 55.39. _____<br><br>RESIDENTIAL<br><br>107 MARIN<br>107 MARIN STREET<br>SAN RAFAEL CA 94901 | FEE | $3,800,000.00 | Broker Opinion dated 6/5/2020 | $3,800,000.00 |
| 55.40. _____<br><br>RESIDENTIAL<br><br>885 BROADWAY<br>885 BROADWAY<br>SONOMA CA 95476 | FEE | $5,425,000.00 | Broker Opinion dated 6/5/2020 | $5,425,000.00 |
| 55.41. _____<br><br>RESIDENTIAL<br><br>BROOKSIDE<br>515 B. STREET<br>SAN RAFAEL CA 94901 | FEE | $3,120,000.00 | Broker Opinion dated 6/5/2020 | $3,120,000.00 |
| 55.42. _____<br><br>RESIDENTIAL<br><br>REDWOOD MANOR<br>355 BOYES BLVD<br>SONOMA CA 95476 | FEE | $2,787,500.00 | Broker Opinion dated 6/5/2020 | $2,787,500.00 |
| 55.43. _____<br><br>COMMERCIAL<br><br>NORTH BAY BUSINESS CENTER<br>7200 REDWOOD BLVD.<br>NOVATO CA 94945 | FEE | $12,930,000.00 | Broker Opinion dated 6/5/2020 | $12,930,000.00 |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.44. _____<br><br>COMMERCIAL<br><br>THE KEYS CENTER<br>353-359 BEL MARIN KEYS<br>NOVATO CA 94949 | FEE | $5,572,500.00 | Broker Opinion dated 6/5/2020 | $5,572,500.00 |
| 55.45. _____<br><br>RESIDENTIAL<br><br>MERRYDALE VIEW APARTMENTS<br>7 MERRYDALE ROAD<br>SAN RAFAEL CA 94903 | FEE | $2,942,500.00 | Broker Opinion dated 6/5/2020 | $2,942,500.00 |
| 55.46. _____<br><br>RESIDENTIAL<br><br>NOVATO COURT APTS.<br>1506 VALLEJO AVE.<br>NOVATO CA 94945 | FEE | $2,055,000.00 | Broker Opinion dated 6/5/2020 | $2,055,000.00 |
| 55.47. _____<br><br>COMMERCIAL<br><br>LAS GALINAS BUSINESS CENTER<br>117-121 PAUL DRIVE<br>SAN RAFAEL CA 94903 | FEE | $1,675,000.00 | Broker Opinion dated 6/5/2020 | $1,675,000.00 |
| 55.48. _____<br><br>RESIDENTIAL<br><br>419 PROSPECT DRIVE<br>419 PROSPECT DRIVE<br>SAN RAFAEL CA 94901 | FEE | $3,825,000.00 | Broker Opinion dated 6/5/2020 | $3,825,000.00 |
| 55.49. _____<br><br>RESIDENTIAL<br><br>GLENWOOD APARTMENTS<br>1222 IRWIN ST.<br>SAN RAFAEL CA 94901 | FEE | $3,850,000.00 | Broker Opinion dated 6/5/2020 | $3,850,000.00 |
| 55.50. _____<br><br>RESIDENTIAL<br><br>1129 3RD ST. APTS<br>1129 3RD ST.<br>NOVATO CA 94945 | FEE | $1,650,000.00 | Broker Opinion dated 6/5/2020 | $1,650,000.00 |
| 55.51. _____<br><br>RESIDENTIAL<br><br>RAFAEL GARDENS<br>1315 LINCOLN AVE<br>SAN RAFAEL CA 94901 | FEE | $5,187,500.00 | Broker Opinion dated 6/5/2020 | $5,187,500.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 23 of 554

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.52. _____<br><br>RESIDENTIAL<br><br>WOODLAND APARTMENTS<br>390 WOODLAND AVE.<br>SAN RAFAEL CA 94901 | FEE | $2,087,500.00 | Broker Opinion dated 6/5/2020 | $2,087,500.00 |
| 55.53. _____<br><br>COMMERCIAL<br><br>SANTA LAND<br>300 ENTRADA DR.<br>NOVATO CA 94949 | FEE | $2,750,000.00 | Broker Opinion dated 6/5/2020 | $2,750,000.00 |
| 55.54. _____<br><br>COMMERCIAL<br><br>SUITE 102<br>350 IGNACIO BLVD., SUITE 100<br>NOVATO CA 94949 | FEE | $742,000.00 | Broker Opinion dated 6/5/2020 | $742,000.00 |
| 55.55. _____<br><br>COMMERCIAL<br><br>SUITE 101<br>350 IGNACIO BLVD., SUITE 101<br>NOVATO CA 94949 | FEE | $640,200.00 | Broker Opinion dated 6/5/2020 | $640,200.00 |
| 55.56. _____<br><br>COMMERCIAL<br><br>SUITE 103<br>350 IGNACIO BLVD., SUITE 103<br>NOVATO CA 94949 | FEE | $640,200.00 | Broker Opinion dated 6/5/2020 | $640,200.00 |
| 55.57. _____<br><br>COMMERCIAL<br><br>SUITE 200<br>350 IGNACIO BLVD., SUITE 200<br>NOVATO CA 94949 | FEE | $707,392.00 | Broker Opinion dated 6/5/2020 | $707,392.00 |
| 55.58. _____<br><br>COMMERCIAL<br><br>SUITE 201<br>350 IGNACIO BLVD., SUITE 201<br>NOVATO CA 94949 | FEE | $752,220.00 | Broker Opinion dated 6/5/2020 | $752,220.00 |
| 55.59. _____<br><br>COMMERCIAL<br><br>SUITE 203<br>350 IGNACIO BLVD., SUITE 202<br>NOVATO CA 94949 | FEE | $761,400.00 | Broker Opinion dated 6/5/2020 | $761,400.00 |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.60. | FEE | $1,298,500.00 | Broker Opinion dated 6/5/2020 | $1,298,500.00 |
|---|---|---|---|---|
| COMMERCIAL<br><br>SUITE 300<br>350 IGNACIO BLVD., SUITE 300<br>NOVATO CA 94949 | | | | |

**56.   Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

> $389,376,912.00

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.   Patents, copyrights, trademarks, and trade secrets**

| 60.1. | $_____ | _____ | $_____ |
|---|---|---|---|

**61.   Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.1.  APARTMENTHOMESMARIN.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.2.  APARTMENTHOMESSONOMA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.3.  COMMERCIALLEASINGMARIN.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.4.  COMMERCIALLEASINGSONOMA.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.5.  INVESTPFI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.6.  KENCASEY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.7.  KENCASEY.ME | UNDETERMINED | _____ | UNDETERMINED |
| 61.8.  LEASEPFI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.9.  MARINAPARTMENTHOMES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.10. MARINPROPERTYMANAGEMENT.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.11. OAKHILLAPARTMENTHOMES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.12. PFICOMMERCIALLEASING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.13. PFIINCORPORATED.COM | UNDETERMINED | _____ | UNDETERMINED |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 25 of 554

**61.      Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.14.  PROFESSIONALFINANCIALINVESTORS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.15.  PROFESSIONALFINANCIALINVESTORSINC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.16.  RENTPFI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.17.  SONOMAMISSIONAPARTMENTS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.18.  INVESTORSPFI.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.19.  WWW.INVESTORSPFI.COM | UNDETERMINED | _____ | UNDETERMINED |

**62.      Licenses, franchises, and royalties**

| 62.1.  _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**63.      Customer lists, mailing lists, or other compilations**

| 63.1.  LIST OF INVESTORS AND OTHER INTERESTED PARTIES INCLUDING NAMES, ADDRESSES AND CONTACT INFORMATION | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|

**64.      Other intangibles, or intellectual property**

| 64.1.  _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**65.      Goodwill**

| 65.1.  _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**66.      Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.      Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.      Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.      Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:  All other assets**

**70.      Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

> **Current value of debtor's interest**

**71.      Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1.  _____ | $_____ - | $_____ | = ........ → | $_____ |
| _____ | | | | |

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 26 of 554

**72.**    **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.**    **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | OHIO SECURITY INSURANCE COMPANY | BUSINESS AUTO -BAS56645842 | _____ | _____ | | UNDETERMINED |
| 73.2. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6803F20317A | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP3F687668 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6804G629068 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP4G629960 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6806D45281A | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP6D468818 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6806J966300 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP6J966465 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6806J97267A | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP6J972889 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | PACKAGE - 6806J97275A | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6806J97419A | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP6J974256 | _____ | _____ | _____ | UNDETERMINED |
| 73.15. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6807J003530 | _____ | _____ | _____ | UNDETERMINED |
| 73.16. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP7J003646 | _____ | _____ | _____ | UNDETERMINED |

| | | | | | |
|---|---|---|---|---|---|
| 73.17. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6807J006243 | | | UNDETERMINED |
| 73.18. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP7J006311 | | | UNDETERMINED |
| 73.19. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6809J050796 | | | UNDETERMINED |
| 73.20. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP9J083822 | | | UNDETERMINED |
| 73.21. | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | PACKAGE - 6809J086399 | | | UNDETERMINED |
| 73.22. | MASSACHUSETTS BAY INSURANCE COMPANY | PACKAGE - ODFA089686 | | | UNDETERMINED |
| 73.23. | CALIFORNIA CAPITAL INSURANCE COMPANY | BOP - 4BOP1070008533 | | | UNDETERMINED |
| 73.24. | CALIFORNIA CAPITAL INSURANCE COMPANY | UMBRELLA(C) - 4CUL1070008534 | | | UNDETERMINED |
| 73.25. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | FLOOD (C) - 041151651201 02 | | | UNDETERMINED |
| 73.26. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | FLOOD (C) - 041151651201 02 | | | UNDETERMINED |
| 73.27. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | PACKAGE - 6800R202764 | | | UNDETERMINED |
| 73.28. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP0R202684 | | | UNDETERMINED |
| 73.29. | INDIAN HARBOR INSURANCE COMPANY | PACKAGE -SL 2842405 | | | UNDETERMINED |
| 73.30. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | FLOOD (C) - 041151604479 02 | | | UNDETERMINED |
| 73.31. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | FLOOD (C) - 041151604480 02 | | | UNDETERMINED |
| 73.32. | CALIFORNIA CAPITAL INSURANCE COMPANY | PACKAGE -3- CMA-1-041906 | | | UNDETERMINED |
| 73.33. | CALIFORNIA CAPITAL INSURANCE COMPANY | UMBRELLA(C) -3- CUL-1-1854058 | | | UNDETERMINED |
| 73.34. | SPECIALTY INSURANCE ADVANTAGE | PACKAGE - SIA80096 | | | UNDETERMINED |
| 73.35. | SPECIALTY INSURANCE ADVANTAGE | PACKAGE - SIA82591 | | | UNDETERMINED |
| 73.36. | SPECIALTY INSURANCE ADVANTAGE | PACKAGE - SIA82591 | | | UNDETERMINED |
| 73.37. | SPECIALTY INSURANCE ADVANTAGE | PACKAGE - SIA82591 | | | UNDETERMINED |
| 73.38. | SPECIALTY INSURANCE ADVANTAGE | PACKAGE - SIA82591 | | | UNDETERMINED |

| | | | | | |
|---|---|---|---|---|---|
| 73.39. | SPECIALTY INSURANCE ADVANTAGE | PACKAGE - SIA82591 | _____ | _____ | _____ UNDETERMINED |
| 73.40. | SPECIALTY INSURANCE ADVANTAGE | PACKAGE - SIA82591 | _____ | _____ | _____ UNDETERMINED |
| 73.41. | WRIGHT NATIONAL FLOOD INSURANCE | FLOOD (C) - 041151909027 00 | _____ | _____ | _____ UNDETERMINED |
| 73.42. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | PACKAGE - 6803P854961 | _____ | _____ | _____ UNDETERMINED |
| 73.43. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA(C) - CUP3P855632 | _____ | _____ | _____ UNDETERMINED |
| 73.44. | REPUBLIC INDEMNITY COMPANY OF CALIFORNIA | WORKERS COMPENSATION -180640-10 | _____ | _____ | _____ UNDETERMINED |
| 73.45. | SCOTTSDALE INSURANCE COMPANY | MANAGEMENT LIABILITY PACKAGE - EKS3309995 | _____ | _____ | _____ UNDETERMINED |
| 73.46. | MONTEREY INSURANCE COMPANY | BOP - 4SOP3070009359 | _____ | _____ | _____ UNDETERMINED |
| 73.47. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | FLOOD - 041151899838 00 | _____ | _____ | _____ UNDETERMINED |
| 73.48. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | FLOOD - 041151899839 00 | _____ | _____ | _____ UNDETERMINED |
| 73.49. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | FLOOD - 041151899840 00 | _____ | _____ | _____ UNDETERMINED |
| 73.50. | MONTEREY INSURANCE COMPANY | UMBRELLA(C) - 4SUL3070009361 | _____ | _____ | _____ UNDETERMINED |
| 73.51. | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERIC | SURETY - 106737976 | _____ | _____ | _____ UNDETERMINED |
| 73.52. | WRIGHT NATIONAL FLOOD INSURANCE COMPANY | FLOOD (C) - 041151673028 01 | _____ | _____ | _____ UNDETERMINED |
| 73.53. | SPECIALTY INSURANCE ADVANTAGE | EARTHQUAKE (C) -667498 | _____ | _____ | _____ UNDETERMINED |
| 73.54. | HALLMARK SPECIALTY INSURANCE COMPANY | PACKAGE - P04400026-1 | _____ | _____ | _____ UNDETERMINED |

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | ESTATE OF KENNETH J. CASEY | _____ | UNDETERMINED | UNDETERMINED |
| 74.2. | LEWIS WALLACH | _____ | UNDETERMINED | UNDETERMINED |
| 74.3. | CHARLENE ALBANESE | _____ | UNDETERMINED | UNDETERMINED |
| 74.4. | KENNETH J. CASEY IRREVOCABLE TRUST | _____ | UNDETERMINED | UNDETERMINED |
| 74.5. | KENNETH J. CASEY REVOCABLE TRUST | _____ | UNDETERMINED | UNDETERMINED |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

|  | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____   _____ | $_____ | $_____ |

**76.**   **Trusts, equitable or future interests in property**

| 76.1. | _____ | | $_____ |
|---|---|---|---|

**77.**   **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| 77.1. | AFFILIATE RECEIVABLE DUE FROM --- PISF IV | $28,724.95 |
|---|---|---|
| 77.2. | AFFILIATE RECEIVABLE DUE FROM --- LLC 20 | $449,000.00 |
| 77.3. | AFFILIATE RECEIVABLE DUE FROM --- LLC 21 | $428,000.00 |
| 77.4. | AFFILIATE RECEIVABLE DUE FROM --- LLC 22 | $91,398.65 |
| 77.5. | AFFILIATE RECEIVABLE DUE FROM --- LLC 23 | $904,255.00 |
| 77.6. | AFFILIATE RECEIVABLE DUE FROM --- LLC 24 | $1,429,808.90 |
| 77.7. | AFFILIATE RECEIVABLE DUE FROM --- LLC 25 | $711,664.00 |
| 77.8. | AFFILIATE RECEIVABLE DUE FROM --- LLC 26 | $731,429.00 |
| 77.9. | AFFILIATE RECEIVABLE DUE FROM --- LLC 27 | $5,286,167.47 |
| 77.10. | AFFILIATE RECEIVABLE DUE FROM --- LLC 28 | $26,529.84 |
| 77.11. | AFFILIATE RECEIVABLE DUE FROM --- LLC 29 | $168,000.00 |
| 77.12. | AFFILIATE RECEIVABLE DUE FROM --- LLC 30 | $294,000.00 |
| 77.13. | AFFILIATE RECEIVABLE DUE FROM --- LLC 32 | $129,000.00 |
| 77.14. | AFFILIATE RECEIVABLE DUE FROM --- LLC 33 | $1,423,468.16 |
| 77.15. | AFFILIATE RECEIVABLE DUE FROM --- LLC 34 | $491,809.65 |
| 77.16. | AFFILIATE RECEIVABLE DUE FROM --- LLC 35 | $42,220.00 |
| 77.17. | AFFILIATE RECEIVABLE DUE FROM --- LLC 36 | $401,087.00 |
| 77.18. | AFFILIATE RECEIVABLE DUE FROM --- LLC 37 | $353,000.00 |
| 77.19. | AFFILIATE RECEIVABLE DUE FROM --- LLC 40 | $750,256.58 |
| 77.20. | AFFILIATE RECEIVABLE DUE FROM --- LLC 41 | $238,200.00 |
| 77.21. | AFFILIATE RECEIVABLE DUE FROM --- LLC 50 | $150,733.00 |
| 77.22. | DUE FROM GENERAL PARTNER - PROFESSIONAL INVESTORS SECURITY FUND, INC. | $356,811.47 |
| 77.23. | PROFESSIONAL INVESTORS MANAGEMENT | $2,000.00 |
| 77.24. | DUE FROM 350 IGNACIO ASSOCIATION | $37,000.00 |

**78.**   **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| $14,924,563.67 |
|---|

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 30 of 554

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $413,827.82 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $156,062.87 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $66,846.23 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $430,993.02 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNDETERMINED | |
| 88. | **Real property.** *Copy line 56, Part 9.* ................................................... → | | $389,376,912.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.*                 **+** | $14,924,563.67 | |
| 91. | **Total.** Add lines 80 through 90 for each column. ..........91a. | $15,992,293.61 | + 91b. $389,376,912.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... $405,369,205.61

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 31 of
554

**Fill in this information to identify the case:**

Debtor name: Professional Financial Investors, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 20-30604

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | ADAMS, JAMES RICHARD IRA SERVICES TRAD#361185 16 CYPRESS KENTFIELD CA 94904 | 7200 REDWOOD BLVD., NOVATO, CA | $50,000.00 | UNDETERMINED |
| | | **Describe the lien** | | |
| | | SECOND DEED OF TRUST | | |
| | **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | |
| | _____ | ☑ No | | |
| | **Date debt was incurred:** 1/3/2019 | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☐ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| | ☐ No | **As of the petition filing date, the claim is:** Check all that apply. | | |
| | ☑ Yes. Have you already specified the relative priority? | ☐ Contingent | | |
| | ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY POPPY BANK. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | ☐ Yes. The relative priority of creditors is specified on lines: _____ | | | |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 32 of 554

| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

AK CONSULTING SOLO 401K TRUST
210 MARIANNA WAY
CAMPBELL CA 95008

501 ALAMEDA DEL PRADO, NOVATO, CA          $10,700.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

SECOND DEED OF TRUST

**Date debt was incurred:** 5/13/2020

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☐ No

**Is anyone else liable on this claim?**

☒ Yes. Have you already specified the relative priority?

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

AK CONSULTING SOLO 401K TRUST
210 MARIANNA WAY
CAMPBELL CA 95008

355 BOYES BLVD., SONOMA, CA          $90,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

SECOND DEED OF TRUST

**Date debt was incurred:** 1/11/2016

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☐ No

**Is anyone else liable on this claim?**

☒ Yes. Have you already specified the relative priority?

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY FIRST FOUNDATION.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 33 of 554

| | |
|---|---|
| **2.4.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

AKHBARI, RAMIN
210 MARIANNA WAY
CAMPBELL CA 95008

7 MERRYDALE ROAD, SAN RAFAEL, CA          $50,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 3/26/2018

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY REDCAPITALGROUP

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

  ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| | |
|---|---|
| **2.5.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

AKHBARI, RAMIN
210 MARIANNA WAY
CAMPBELL CA 95008

355 BOYES BLVD., SONOMA, CA          $60,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 1/11/2016

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

  ☒ Yes. The relative priority of creditors is specified on lines: 2.3

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 34 of 554

| 2.6. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

AKHBARI, RAMIN
210 MARIANNA WAY
CAMPBELL CA 95008

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/2/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY PACIFIC WESTERN BANK.

    ☐ Yes. The relative priority of creditors is specified on lines: _____

885 BROADWAY, SONOMA, CA     $70,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.7. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ALBANESE, CHARLENE
PO BOX 625
LARKSPUR CA 94977

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/6/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

885 BROADWAY, SONOMA, CA     $77,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.8.** **Creditor's name and address**

ALILOVICH, JOHN
144 ROUNDTREE BLVD.
SAN RAFAEL CA 94903

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/12/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CHASE BANK.

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA     $126,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.9.** **Creditor's name and address**

ALTHUIZEN FAMILY TRUST, THE (JOHN P. AND JEANNE P. ALTHUIZEN TRUSTEES)
NOVATO CA 94948

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/12/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA     $25,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.10. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

ALTMAN, KATHY IRA SERVICES SEP #585658
390 S. MORNINGSUN AVENUE
MILL VALLEY CA 94941

21-37 DUFFY PLACE, SAN RAFAEL, CA          $89,600.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 3/21/2006

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

_____

☐ Unliquidated

☒ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Disputed

| 2.11. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

ALTMAN, ROBIN
3 AVOCET COURT
NOVATO CA 94949

1506 VALLEJO AVE., NOVATO, CA          $240,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 9/13/2016

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY HERITAGE.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| 2.12. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ANTON, GREGORY & HOLLY
967 MIDPINE WAY
SEBASTOPOL CA 95472

17-23, 30-42 CLAY COURT, NOVATO    $25,000.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 2/16/2017

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY TRI COUNTIES BANK.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| 2.13.[1] | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ANTON, GREGORY LEE IRA SERVICES
SEP#775897
967 MIDPINE WAY
SEBASTOPOL CA 95472

461 IGNACIO BLVD., NOVATO, CA    $50,000.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 7/30/2018

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.12

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 38 of 554

| 2.14. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ARCHBALD, GAVIN
1312 JEFFERSON AVENUE #3
REDWOOD CITY CA 94062

885 BROADWAY, SONOMA, CA          $25,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 6/29/2015

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No

**As of the petition filing date, the claim is:** Check all that apply.

☒ Yes. Have you already specified the relative priority?

☐ Contingent

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Unliquidated

_____

☐ Disputed

☒ Yes. The relative priority of creditors is specified on lines: 2.6

| 2.15. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

AVIDBANK
C/O MANATT PHELPS & PHILLIPS LLP
IVAN L KALLICK,ESQ
2049 CENTURY PARK EAST STE 1700
LOS ANGELES CA 90067

353-359 BEL MARIN KEYS, NOVATO, CA     $2,328,675.33     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

**Creditor's email address, if known**

_____

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred:** 10/21/2016

**Last 4 digits of account number:** 1460

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:** Check all that apply.

☐ No

☐ Contingent

☒ Yes. Have you already specified the relative priority?

☐ Unliquidated

☒ No. Specify each creditor, including this creditor, and its relative priority. BANK DEED OF TRUST

☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines: _____

| | |
|---|---|
| **2.16.** | **Creditor's name and address** |

**2.16.**  **Creditor's name and address**

BAGATELOS REVOCABLE TRUST, PETER A. BAGATELOS AND ANNE M.H. 105 SHOOTING STAR ISLE FOSTER CITY CA 94404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/16/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA     $104,167.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.17.**  **Creditor's name and address**

BAGATELOS REVOCABLE TRUST, PETER A. BAGATELOS AND ANNE M.H. 105 SHOOTING STAR ISLE FOSTER CITY CA 94404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/18/2002

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA     $140,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 40 of 554

**2.18.** | **Creditor's name and address**

BAGATELOS REVOCABLE TRUST, PETER
A. BAGATELOS AND ANNE M.H.
105 SHOOTING STAR ISLE
FOSTER CITY CA 94404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/8/1997

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA      $130,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.19.** | **Creditor's name and address**

BAGATELOS, KAREN C.
732 CHEVERY STREET
SAN FRANCISCO CA 94131

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/16/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA      $104,167.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 41 of 554

| 2.20. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BAGATELOS, MICHAEL
185 TOPAZ WAY
SAN FRANCISCO CA 94131

501 ALAMEDA DEL PRADO, NOVATO, CA    $104,167.00    UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 4/16/2017

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| 2.21. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BAGATELOS, PETER A. MTC IRAT #6T8P0
105 SHOOTING STAR ISLE
FOSTER CITY CA 94404

21-37 DUFFY PLACE, SAN RAFAEL, CA    $45,000.00    UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 9/24/2015

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

☒ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 42 of 554

| | |
|---|---|
| **2.22.** | **Creditor's name and address** |

**2.22.**    **Creditor's name and address**

BANNER BANK
P.O. BOX 1117
WALLA WALLA WA 99362-0265

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/1/2019

**Last 4 digits of account number:** 2420

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. BANK DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

1 HAMMONDALE COURT, SAN RAFAEL, CA    $1,422,600.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.23.**    **Creditor's name and address**

BARON, LUNA
2627 MATTISON LANE SPACE 29
SANTA CRUZ CA 95062

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/4/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA    $35,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 43 of 554

**2.24.**  | **Creditor's name and address**

BEAUMONT, ADINA ARIANA
10 ELFORD STREET
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/19/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA     $50,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.25.**  | **Creditor's name and address**

BEDEIAN, KATHERINE
9273 SKYLINE BLVD.
OAKLAND CA 94611

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/4/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO     $45,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.26. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

BEDEIAN, KATHERINE IRA SERVICES TRAD #586973
9273 SKYLINE BLVD.
OAKLAND CA 94611

7200 REDWOOD BLVD., NOVATO, CA          $54,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 6/9/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

    ☒ Yes. The relative priority of creditors is specified on lines: 2.1

---

| 2.27. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

BEDEIAN, KATHERINE IRA SERVICES TRAD #586973
9273 SKYLINE BLVD.
OAKLAND CA 94611

353-359 BEL MARIN KEYS, NOVATO, CA          $11,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 8/28/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No

☒ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY AVIDBANK.

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 45 of 554

**2.28.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

BEICKERT, RONALD & GRACE STELLA
26 CORNELL DRIVE
GREAT NECK NY 11020

200 GATE 5 ROAD, SAUSALITO, CA          $100,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 5/3/2010

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

_____

☐ Unliquidated

☒ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Disputed

**2.29.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

BELL, ABBY
23 CRESCENT AVE.
SAN FRANCISCO CA 94110

1129 3RD ST., SAN RAFAEL, CA          $20,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 11/7/2013

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☒ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| 2.30. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BELL, RICHARD & NANCY
2519 EAST BEAVER LAKE DRIVE S.E.
SAMMAMISH WA 98075

461 IGNACIO BLVD., NOVATO, CA          $100,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 10/19/2007

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Yes. The relative priority of creditors is specified on lines: 2.12

☐ Unliquidated

☐ Disputed

---

| 2.31. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BELL, TARESSA
4730 ALTA VISTA AVENUE
SANTA ROSA CA 95404

885 BROADWAY, SONOMA, CA          $90,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 11/2/2018

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Yes. The relative priority of creditors is specified on lines: 2.6

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 47 of 554

| | | |
|---|---|---|
| **2.32.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BELL, TARESSA
4730 ALTA VISTA AVENUE
SANTA ROSA CA 95404

107 MARIN STREET,NOVATO, CA        $70,000.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 6/26/2017

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| **2.33.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BELLINE, CARL F. IRA SERVICES #435284
9 PACIFIC DRIVE
NOVATO CA 94949

350 IGNACIO BLVD., SUITE 200, NOVATO, CA        $160,000.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

**Date debt was incurred:** 3/6/2014

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

☒ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

**2.34.** | **Creditor's name and address**

BERENS, BOBBI L.
7516 BELLE VIEW AVENUE
SEBASTOPOL CA 95472

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/16/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA   $25,000.00   UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.35.** | **Creditor's name and address**

BERGER, GARY S.
279 14TH AVENUE
SAN FRANCISCO CA 94118

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/11/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   $50,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 49 of 554

| | |
|---|---|
| **2.36.** | **Creditor's name and address** |

**Creditor's name and address**

BERGER, GARY S.
279 14TH AVENUE
SAN FRANCISCO CA 94118

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/7/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO          $50,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.37.**    **Creditor's name and address**

BERNS, CRISTOPHER
9321 168TH PLACE NE
REDMOND WA 98052

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/24/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY OPUS BANK.

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

515 B. STREET, SAN RAFAEL, CA          $250,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.38.** **Creditor's name and address**

BERNS, CRISTOPHER
9321 168TH PLACE NE
REDMOND WA 98052

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/28/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

107 MARIN STREET,NOVATO, CA    $100,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.39.** **Creditor's name and address**

BERNS, JOSHUA
2159 CANTALIER STREET
SACRAMENTO CA 95815

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/19/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.37

**Describe debtor's property that is subject to a lien**

515 B. STREET, SAN RAFAEL, CA    $500,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 51 of 554

| | |
|---|---|
| **2.40.**    **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BISHOP, WANDA
1232 FAIRLAWN COURT
APT #2
WALNUT CREEK CA 94595-2874

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/18/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

461 IGNACIO BLVD., NOVATO, CA     $25,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| **2.41.**    **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BISHOP, WANDA
1232 FAIRLAWN COURT
APT #2
WALNUT CREEK CA 94595-2874

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/12/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

107 MARIN STREET,NOVATO, CA     $25,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.42.** | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien**

BLACK, SHANE
359 WILSON WAY
LARKSPUR CA 94939

501 ALAMEDA DEL PRADO, NOVATO, CA          $60,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred: 1/21/2014**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No
☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

**2.43.** | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien**

BLACKMAN FAMILY TRUST, THE (ELIOTT & BEVERLY)
2235 BEACH STREET
APT 102
SAN FRANCISCO CA 94123

7200 REDWOOD BLVD., NOVATO, CA          $305,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred: 3/21/2003**

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No

**As of the petition filing date, the claim is:** Check all that apply.

☒ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. The relative priority of creditors is specified on lines: 2.1

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 53 of 554

**2.44.** **Creditor's name and address**

BLAVINS, ALAN IRA SERVICES #541588
2506 PATRA DRIVE
EL SOBRANTE CA 94803

**Creditor's email address, if known**
_____

**Date debt was incurred:** 5/3/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA　　$740,250.00　　UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.45.** **Creditor's name and address**

BOSY, KIAH
FAIRFAX CA 94978

**Creditor's email address, if known**
_____

**Date debt was incurred:** 12/4/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA　　$50,000.00　　UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.46.** **Creditor's name and address**

BOUCK JTWRS, RICHARD & DANA
774 MAYS BLVD.
INCLINE VILLAGE NV 89451

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/13/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA    $100,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.47.** **Creditor's name and address**

BOUCK JTWRS, RICHARD & DANA
774 MAYS BLVD.
INCLINE VILLAGE NV 89451

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/13/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.4

**Describe debtor's property that is subject to a lien**

7 MERRYDALE ROAD, SAN RAFAEL, CA    $75,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 55 of 554

**2.48.    Creditor's name and address**

BOUCK JTWRS, RICHARD & DANA
774 MAYS BLVD.
INCLINE VILLAGE NV 89451

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/13/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

419 PROSPECT DRIVE, SAN RAFAEL, CA       $75,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.49.    Creditor's name and address**

BRADLEY, JO ELLEN
3060 SCOTT STREET
APT #101
SAN FRANCISCO CA 94123-3302

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/6/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA       $50,000.00        UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 56 of 554

| | |
|---|---|
| **2.50.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

**2.50.** **Creditor's name and address**

BRADLEY, JO ELLEN
3060 SCOTT STREET
APT #101
SAN FRANCISCO CA 94123-3302

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/17/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 101, NOVATO, CA      $50,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.51.** **Creditor's name and address**

BRADLEY, JO ELLEN
3060 SCOTT STREET
APT #101
SAN FRANCISCO CA 94123-3302

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/23/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA      $50,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 57 of 554

| 2.52. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | BRINKMAN REVOCABLE TRUST, DOROTHY<br>1741 ORIOLE STREET<br>SAN DIEGO CA 92114 | 350 IGNACIO BLVD., SUITE 201, NOVATO, CA | $20,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/2/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.53. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | BUCKENS, JEANNE<br>6761 REDWOOD AVENUE<br>SEBASTOPOL CA 95472 | 501 ALAMEDA DEL PRADO, NOVATO, CA | $26,210.89 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/5/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 58 of 554

| 2.54. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BUCKENS, JEANNE MTC IRAT #25530
6761 REDWOOD AVENUE
SEBASTOPOL CA 95472

501 ALAMEDA DEL PRADO, NOVATO, CA     $35,000.00     UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/20/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.55. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BYE FAMILY TRUST
ALBION CA 95410

501 ALAMEDA DEL PRADO, NOVATO, CA     $100,000.00     UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/1/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 59 of 554

| 2.56. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | CAMPBELL, CHRISTINE IRA SERVICES #466384 257 EDEN ROC DR. SAUSALITO CA 94965 | 501 ALAMEDA DEL PRADO, NOVATO, CA | $82,000.00 | UNDETERMINED |

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/17/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.57. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | CAMPBELL, LESLIE K. 469 HILL STREET SAN FRANCISCO CA 94114 | 200 GATE 5 ROAD, SAUSALITO, CA | $84,700.00 | UNDETERMINED |

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/6/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 60 of 554

| | |
|---|---|
| **2.58.** | **Creditor's name and address** |

**2.58.**

**Creditor's name and address**

CERNICH REVOCABLE LIVING TRUST, THE REBECCA
LAGUNITAS CA 94938

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/29/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA      $200,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.59.**

**Creditor's name and address**

CERNICH REVOCABLE LIVING TRUST, THE REBECCA
LAGUNITAS CA 94938

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/15/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☒ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA      $50,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.60. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

CHASE BANK
COMMERCIAL TERM LENDING
P.O. BOX 9176
COPPELL TX 75019-9176

390 WOODLAND AVE., SAN RAFAEL, CA          $1,380,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 12/1/2019

☒ No

**Last 4 digits of account number:** 7904

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority.
BANK DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.61. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

CHASE BANK
COMMERCIAL TERM LENDING
P.O. BOX 9176
COPPELL TX 75019-9176

107 MARIN STREET,NOVATO, CA          $2,370,353.16     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 1/16/2015

☒ No

**Last 4 digits of account number:** 2487

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority.
BANK DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.62. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

CHASE BANK
COMMERCIAL TERM LENDING
P.O. BOX 9176
COPPELL TX 75019-9176

21-37 DUFFY PLACE, SAN RAFAEL, CA          $5,900,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 9/15/2017

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:** 8923

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☑ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority.
BANK DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.63. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

CHASE BANK
COMMERCIAL TERM LENDING
P.O. BOX 9176
COPPELL TX 75019-9176

200 GATE 5 ROAD, SAUSALITO, CA          $5,350,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 8/1/2017

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:** 8921

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority.
BANK DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 63 of 554

**2.64.** **Creditor's name and address**

CHAW, SABRINA JOY IRA SERVICES
#801173
279 14TH AVENUE
SAN FRANCISCO CA 94118

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/18/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.4

**Describe debtor's property that is subject to a lien**

7 MERRYDALE ROAD, SAN RAFAEL, CA      $50,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.65.** **Creditor's name and address**

CLARK FAMILY TRUST, MIRIAM RICHARD
G. COLE & JAN L. COLE TTEE'S
6700 BERRYHILL COURT
FORESTVILLE CA 95436

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/24/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA      $130,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.66. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

CLARK FAMILY TRUST, MIRIAM RICHARD G. COLE & JAN L. COLE TTEE'S
6700 BERRYHILL COURT
FORESTVILLE CA 95436

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/24/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

501 ALAMEDA DEL PRADO, NOVATO, CA    $130,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.67. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

CLARK FAMILY TRUST, MIRIAM RICHARD G. COLE & JAN L. COLE TTEE'S
6700 BERRYHILL COURT
FORESTVILLE CA 95436

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/28/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

350 IGNACIO BLVD., SUITE 201, NOVATO, CA    $12,500.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.68.** | **Creditor's name and address** |

**Creditor's name and address**

CLARK FAMILY TRUST, MIRIAM RICHARD
G. COLE & JAN L. COLE TTEE'S
6700 BERRYHILL COURT
FORESTVILLE CA 95436

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/28/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 201, NOVATO, CA          $12,500.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.69.**

**Creditor's name and address**

CLARK LIVING TRUST, STEPHEN M (
STEPHEN M. CLARK TRUSTEE)
RICHMOND CA 94807

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/3/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA          $80,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 66 of 554

| | |
|---|---|
| **2.70.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

CLARK LIVING TRUST, STEPHEN M (
STEPHEN M. CLARK TRUSTEE)
RICHMOND CA 94807

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/3/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.27

353-359 BEL MARIN KEYS, NOVATO, CA   $195,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| **2.71.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

CLARK LIVING TRUST, STEPHEN M (
STEPHEN M. CLARK TRUSTEE)
RICHMOND CA 94807

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/28/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

17-23, 30-42 CLAY COURT, NOVATO   $300,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 67 of 554

| | |
|---|---|
| **2.72.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

**2.72.**    **Creditor's name and address**

CLARK TRUST DTD 8/14/97, TERESA ANN
519 GRANDVIEW ROAD
SEBASTOPOL CA 95472

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/10/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

1129 3RD ST., SAN RAFAEL, CA      $100,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.73.**    **Creditor's name and address**

CLARKSON, CYNTHIA
POINT REYES CA 94956

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/14/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA      $18,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **2.74.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

CLARKSON, CYNTHIA
POINT REYES CA 94956

501 ALAMEDA DEL PRADO, NOVATO, CA        $25,000.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 5/14/2012

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| **2.75.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

COLE DECEDENT'S TRUST, RICHARD G. COLE TTEE OF THE
6793 BERRYHILL COURT
FORESTVILLE CA 95436

501 ALAMEDA DEL PRADO, NOVATO, CA        $50,000.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 1/24/2012

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.76.** | **Creditor's name and address** |

**Creditor's name and address**

COLE DECENDENT'S TRUST, RICHARD G.
COLE TTEE OF THE
6793 BERRYHILL COURT
FORESTVILLE CA 95436

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/28/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 201, NOVATO, CA    $54,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.77.**   **Creditor's name and address**

COLE MARITAL TRUST, RICHARD G. COLE
TTEE OF THE
6793 BERRYHILL COURT
FORESTVILLE CA 95436

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/13/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA    $35,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 70 of 554

| 2.78. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

COLE MARITAL TRUST, RICHARD G. COLE TTEE OF THE
6793 BERRYHILL COURT
FORESTVILLE CA 95436

350 IGNACIO BLVD., SUITE 201, NOVATO, CA          $58,000.00          UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/28/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.79. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

COLE SURVIVOR TRUST ESTABLISHED UNDER TRUST AGREEMENT DTD 5/25/89 AS AMENDED, FRANCES
6793 BERRYHILL COURT
FORESTVILLE CA 95436

501 ALAMEDA DEL PRADO, NOVATO, CA          $173,000.00          UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/24/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 71 of 554

**2.80.** | **Creditor's name and address**

COLE SURVIVOR TRUST ESTABLISHED
UNDER TRUST AGREEMENT DTD 5/25/89
AS AMENDED, FRANCES
6793 BERRYHILL COURT
FORESTVILLE CA 95436

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/11/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 201, NOVATO, CA    $138,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.81.** | **Creditor's name and address**

CORDOVA, ROBERT
588 SOUTH ELISEO DRIVE
APT #23
GREENBRAE CA 94904

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/1/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.27

**Describe debtor's property that is subject to a lien**

353-359 BEL MARIN KEYS, NOVATO, CA    $30,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 72 of 554

| 2.82. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | COURTNEY, MEG LIVING TRUST DTD. MAY 21, 2013<br>661 N. HARRISON STREET<br>FORT BRAGG CA 95437-3122 | 501 ALAMEDA DEL PRADO, NOVATO, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/9/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.83. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | COURTNEY, MEG LIVING TRUST DTD. MAY 21, 2013<br>661 N. HARRISON STREET<br>FORT BRAGG CA 95437-3122 | 350 IGNACIO BLVD., SUITE 101, NOVATO, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/29/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.84.**

**Creditor's name and address**

COURTNEY, MEG LIVING TRUST DTD. MAY 21, 2013
661 N. HARRISON STREET
FORT BRAGG CA 95437-3122

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/29/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA     $100,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.85.**

**Creditor's name and address**

CURRY, KATHLEEN E.
1422 CURTIS STREET
BERKELEY CA 94702

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

419 PROSPECT DRIVE, SAN RAFAEL, CA     $200,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.86.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

DEANGELO, RAMON
FOREST KNOLLS CA 94933

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/22/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

  ☐ Yes. The relative priority of creditors is specified on lines: _____

501 ALAMEDA DEL PRADO, NOVATO, CA      $35,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| **2.87.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

DEL GIORNO, TERESA
820 BAYSIDE
NOVATO CA 94947

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/18/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.11

1506 VALLEJO AVE., NOVATO, CA      $200,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.88. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**2.88.**

**Creditor's name and address**

DEROSS, JR., ROBERT N. (SON)
4 SORREL LANE
SAN CARLOS CA 94070

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/29/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

107 MARIN STREET,NOVATO, CA          $130,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.89.**

**Creditor's name and address**

DEROSS, JR., ROBERT N. (SON)
4 SORREL LANE
SAN CARLOS CA 94070

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/4/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA      $130,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **2.90.** | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

DIAMOND TRUST OF FEB. 2004, MARTIN
13160 KULA HIGHWAY
KULA HI 96790

17-23, 30-42 CLAY COURT, NOVATO　　　　$-　　　　UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 3/10/2017

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☐ No

**Is anyone else liable on this claim?**

☑ Yes. Have you already specified the relative priority?

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.12

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| **2.91.** | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

DINGLE, EILEEN ANN LIVING TRUST
306 CLUBHOUSE DRIVE
APTOS CA 95003

200 GATE 5 ROAD, SAUSALITO, CA　　　　$100,000.00　　　　UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 11/9/2010

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☐ No

**Is anyone else liable on this claim?**

☑ Yes. Have you already specified the relative priority?

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

Case: 20-30604　　Doc# 57　　Filed: 08/18/20　　Entered: 08/18/20 23:35:38　　Page 77 of 554

| | |
|---|---|
| **2.92.** | **Creditor's name and address** |

| | |
|---|---|

**2.92.**

**Creditor's name and address**

DINGLE, EILEEN ANN LIVING TRUST
306 CLUBHOUSE DRIVE
APTOS CA 95003

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/9/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.
　INVESTOR DEED OF TRUST

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

1129 3RD ST., SAN RAFAEL, CA                $150,000.00        UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.93.**

**Creditor's name and address**

DISKINT, ROBERT IRA SERVICES TRAD#
580338
1050 NORTHGATE DRIVE #420
SAN RAFAEL CA 94903

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/7/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA                $39,400.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

2.94.  **Creditor's name and address**

DIVIRGILIO JOINT LIVING TRUST, THE
ROGER DI VIRGILIO AND LANETTE
102 CARSON COURT
FOLSOM CA 95630

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/30/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.27

**Describe debtor's property that is subject to a lien**

353-359 BEL MARIN KEYS, NOVATO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.95.  **Creditor's name and address**

DIVIRGILIO JOINT LIVING TRUST, THE
ROGER DI VIRGILIO AND LANETTE
102 CARSON COURT
FOLSOM CA 95630

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/23/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA          $50,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 79 of 554

| 2.96. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

DIVIRGILIO, ROGER DIVIRGILIO FBO KELLY
102 CARSON COURT
FOLSOM CA 95630

419 PROSPECT DRIVE, SAN RAFAEL, CA     $25,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 2/20/2018

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☒ Yes. The relative priority of creditors is specified on lines: 2.3

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.97. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

DIVIRGILIO, LINDSAY
40 DEAN WAY
FOLSOM CA 95630

419 PROSPECT DRIVE, SAN RAFAEL, CA     $25,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 2/20/2018

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☒ Yes. The relative priority of creditors is specified on lines: 2.3

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 80 of 554

| 2.98. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

DODT FAMILY REVOCABLE TRUST DTD 10/27/17, LINDA BLACKETER AND DAN
1556 REVERE AVENUE
SAN FRANCISCO CA 94124

49 IGNACIO LANE, NOVATO, CA            $100,000.00        UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

**Date debt was incurred:** 8/6/2019

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

☐ Contingent

☐ Unliquidated

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| 2.99. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

DRUMMOND-COLE FAMILY TRUST (PD. ALEJATA J. DRUMMOND)
6793 BERRYHILL COURT
FORESTVILLE CA 95436

501 ALAMEDA DEL PRADO, NOVATO, CA      $170,000.00        UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

**Date debt was incurred:** 10/25/2010

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

☐ Contingent

☐ Unliquidated

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 81 of
554

| 2.100. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

DRUMMOND-COLE FAMILY TRUST (PD. ALEJATA J. DRUMMOND) 6793 BERRYHILL COURT FORESTVILLE CA 95436

350 IGNACIO BLVD., SUITE 201, NOVATO, CA          $35,000.00          UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/8/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.101. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

DRUMMOND-COLE FAMILY TRUST (PD. ALEJATA J. DRUMMOND) 6793 BERRYHILL COURT FORESTVILLE CA 95436

419 PROSPECT DRIVE, SAN RAFAEL, CA          $65,000.00          UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/20/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 82 of 554

| | |
|---|---|
| **2.102.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

DUBOVA, MARCY
1064 LOS GAMOS ROAD
APT # E
SAN RAFAEL CA 94903-2519

461 IGNACIO BLVD., NOVATO, CA          $89,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

**Date debt was incurred:** 10/29/2008

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

    _____

☐ Unliquidated

    ☒ Yes. The relative priority of creditors is specified on lines: 2.12

☐ Disputed

| | |
|---|---|
| **2.103.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

DURST TRUST, MARY
313 KENSINGTON COMMONS
LIVERMORE CA 94551

107 MARIN STREET,NOVATO, CA          $100,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

**Date debt was incurred:** 7/3/2017

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

    _____

☐ Unliquidated

    ☒ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 83 of 554

| 2.104. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | DURST TRUST, MARY<br>313 KENSINGTON COMMONS<br>LIVERMORE CA 94551 | 1506 VALLEJO AVE., NOVATO, CA | $150,000.00 | UNDETERMINED |

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 7/3/2017

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

☑ Yes. The relative priority of creditors is specified on lines: 2.11

☐ Disputed

| 2.105. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | FADEM, BARRY IRA SERVICES<br>SEP#347000<br>920 DIABLO DRIVE<br>LAFAYETTE CA 94549 | 501 ALAMEDA DEL PRADO, NOVATO, CA | $450,000.00 | UNDETERMINED |

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

**Date debt was incurred:** 8/2/2018

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☑ No. Specify each creditor, including this creditor, and its relative priority.<br>INVESTOR DEED OF TRUST

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

**2.106.** **Creditor's name and address**

FEDERAL HOME LOAN MORTGAGE
CORPORATION

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/21/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

MERRYDALE VIEW APARTMENTS    $_____    $_____

**Describe the lien**

UCC FILING

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.107.** **Creditor's name and address**

FIRST FOUNDATION BANK
18101 VON KARMAN
SUITE 750
IRVINE CA 92612

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/12/2017

**Last 4 digits of account number:** 9800

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   BANK DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

419 PROSPECT DRIVE, SAN RAFAEL, CA    $2,005,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.108.** | |

**Creditor's name and address**

FIRST FOUNDATION BANK
18101 VON KARMAN
SUITE 750
IRVINE CA 92612

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/29/2017

**Last 4 digits of account number:** 3800

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority. BANK DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA          $1,540,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.109.**

**Creditor's name and address**

FIVE STAR BANK

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/21/2019

**Last 4 digits of account number:** 3795

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority. BANK DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

300 ENTRADA DR., NOVATO, CA          $1,740,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **2.110.** | |

**Creditor's name and address**

FLEISCHMAN, MARK
4740 MISSION GORGE PLACE #601367
SAN DIEGO CA 92120

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/27/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA     $150,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.111.**

**Creditor's name and address**

FLEMING, ARNOLD, VICKI LEE SHUE &
STEPHEN LAI, JTWRS
25 GRENADIER DRIVE
MAHWAH NJ 07430

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/13/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA     $100,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.112.** | **Creditor's name and address**

FORD REVOCABLE LIVING TRUST 2015,
THE MICHAEL & STACEY FORD
20 CORTE TOLUCA
GREENBRAE CA 94904

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/29/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.11

**Describe debtor's property that is subject to a lien**

117-121 PAUL DRIVE, SAN RAGAEL, CA    $25,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.113.** | **Creditor's name and address**

FORER, DANIEL
37 ROWE RANCH DRIVE
NOVATO CA 94949

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/15/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA    $89,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 88 of 554

| 2.114. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

FORER, DANIEL
37 ROWE RANCH DRIVE
NOVATO CA 94949

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/15/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

   ☐ Yes. The relative priority of creditors is specified on lines: _____

501 ALAMEDA DEL PRADO, NOVATO, CA     $10,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.115. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

FORER, DANIEL
37 ROWE RANCH DRIVE
NOVATO CA 94949

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/27/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

350 IGNACIO BLVD., SUITE 201, NOVATO, CA     $35,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 89 of 554

| | |
|---|---|
| **2.116.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

FORER, SCOTT
1720 SONOMA AVENUE
BERKELEY CA 94707

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/2/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA      $10,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.117.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

FRANKLIN FAMILY TRUST , THE
550 SAN PEDRO COVE
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/28/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 200, NOVATO, CA      $96,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 90 of 554

| | |
|---|---|
| **2.118.** | |

**Creditor's name and address**

FRANKLIN FAMILY TRUST , THE
550 SAN PEDRO COVE
SAN RAFAEL CA 94901

**Creditor's email address, if known**
_____

**Date debt was incurred:** 6/13/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

1129 3RD ST., SAN RAFAEL, CA      $200,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.119.**

**Creditor's name and address**

FREEMAN TRUST, SUE F.
760 BOLSANA DRIVE
LAGUNA BEACH CA 92651

**Creditor's email address, if known**
_____

**Date debt was incurred:** 4/29/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA     $50,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 91 of 554

| 2.120. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

FRIEDMAN, JUDITH B.
SONOMA CA 95476

107 MARIN STREET,NOVATO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 1/13/2016

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☐ No

**Is anyone else liable on this claim?**

☑ Yes. Have you already specified the relative priority?

☐ No

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

_____

**As of the petition filing date, the claim is:** Check all that apply.

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.121. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

GAFFNEY, MICKY BECKER AND PAMELA
14100 PRAIRIE WAY
MENDOCINO CA 95460

353-359 BEL MARIN KEYS, NOVATO, CA          $48,000.00          UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 2/24/2020

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

   ☑ Yes. The relative priority of creditors is specified on lines: 2.27

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 92 of 554

**2.122.**   **Creditor's name and address**

GAY JOINT WITH RIGHT OF
SURVIVORSHIP, KENNETH CHASSER &
DONNA
22 MARINERO CIRCLE
#45
TIBURON CA 94920

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/16/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☒ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO          $50,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.123.**   **Creditor's name and address**

GEIGER TRUST , CHRISTINE A.
1092 W. CALIFORNIA AVENUE
MILL VALLEY CA 94941

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/19/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

　　☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

　　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 93 of
554

| 2.124. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

GEIGER TRUST , CHRISTINE A.
1092 W. CALIFORNIA AVENUE
MILL VALLEY CA 94941

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/2/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

350 IGNACIO BLVD., SUITE 201, NOVATO, CA      $25,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.125. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

GERTLER REVOCABLE TRUST, THE
JOYCE I.
4275 CASPER LITTLE LAKE RD
MENDOCINO CA 95460

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/6/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

501 ALAMEDA DEL PRADO, NOVATO, CA      $30,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 94 of 554

**2.126.** **Creditor's name and address**

GIBB FAMILY TRUST, C. PETER & WENDY
(EE-330)
435 THORNTON WAY
ASHLAND OR 97520

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/18/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA    $176,630.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.127.** **Creditor's name and address**

GIBB FAMILY TRUST, C. PETER & WENDY
(EE-330)
435 THORNTON WAY
ASHLAND OR 97520

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/7/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 201, NOVATO, CA    $31,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| **2.128.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GIBB FAMILY TRUST, C. PETER & WENDY
(EE-330)
435 THORNTON WAY
ASHLAND OR 97520

350 IGNACIO BLVD., SUITE 200, NOVATO, CA      $20,000.00      UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/10/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | |
|---|---|---|
| **2.129.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GOLDBERG, AVRUM MARCUS
2501 WISCONSIN AVE. NW #308
WASHINGTON DC 20007

17-23, 30-42 CLAY COURT, NOVATO      $50,000.00      UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/13/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 96 of 554

| | | |
|---|---|---|
| 2.130. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GOLDEN GATE CENTER FOR SPIRITUAL LIVING ( PATRICIA SANDRY)

1129 3RD ST., SAN RAFAEL, CA     $100,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 1/4/2010

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 2.131. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GOLDGEIER, ABBY

200 GATE 5 ROAD, SAUSALITO, CA     $-     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 7/18/2012

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 97 of 554

| | | |
|---|---|---|
| **2.132.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GOLDMAN, JUDITH
3434 FENWAY DRIVE
SARASOTA FL 34232

501 ALAMEDA DEL PRADO, NOVATO, CA          $20,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

**Date debt was incurred:** 3/21/2000

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors
(Official Form 206H)

☐ No

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines: _____

| | | |
|---|---|---|
| **2.133.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GOODMAN TRUST, JANET
153 HOMESTEAD BLVD
MILL VALLEY CA 94941

200 GATE 5 ROAD, SAUSALITO, CA          $90,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

**Date debt was incurred:** 10/2/2009

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors
(Official Form 206H)

☐ No

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Contingent

☐ Unliquidated

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 98 of
554

| | |
|---|---|
| **2.134.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GREENFIELD, ANNE
BODEGA CA 94922-0162

49 IGNACIO LANE, NOVATO, CA          $40,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

FIRST DEED OF TRUST

**Date debt was incurred:** 6/26/2013

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.135.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GROOMS, SUSAN
220 N. ZAPATA HWY. #11
LAREDO TX 78043

885 BROADWAY, SONOMA, CA          $100,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

SECOND DEED OF TRUST

**Date debt was incurred:** 7/16/2015

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.6

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.136.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

GROOMS, SUSAN
220 N. ZAPATA HWY. #11
LAREDO TX 78043

21-37 DUFFY PLACE, SAN RAFAEL, CA        $50,000.00        UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 5/5/2017

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.137.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

HALPERN, STEVEN
212 VAN TASSEL COURT
SAN ANSELMO CA 94960

200 GATE 5 ROAD, SAUSALITO, CA        $75,000.00        UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 3/10/2010

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 100 of 554

| | |
|---|---|
| 2.138. | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

HALPERN, STEVEN
212 VAN TASSEL COURT
SAN ANSELMO CA 94960

7200 REDWOOD BLVD., NOVATO, CA          $100,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 7/20/2018

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

☑ Yes. The relative priority of creditors is specified on lines: 2.1

☐ Disputed

| | |
|---|---|
| 2.139. | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

HALPERN, STEVEN
212 VAN TASSEL COURT
SAN ANSELMO CA 94960

21-37 DUFFY PLACE, SAN RAFAEL, CA          $-          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 9/3/2009

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Disputed

**2.140.**   **Creditor's name and address**

HANADA, VIOLET S.
777 LE CONTE AVENUE
SAN FRANCISCO CA 94124

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/12/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 201, NOVATO, CA       $10,000.00       UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.141.**   **Creditor's name and address**

HANADA, VIOLET S.
777 LE CONTE AVENUE
SAN FRANCISCO CA 94124

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/30/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA       $15,000.00       UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 102 of 554

| | |
|---|---|
| **2.142.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

HANADA, VIOLET S.
777 LE CONTE AVENUE
SAN FRANCISCO CA 94124

49 IGNACIO LANE, NOVATO, CA    $10,000.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

**Date debt was incurred:** 5/14/2012

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No
☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated
☐ Disputed

**2.143.** **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

HANKS INC. PROFIT SHARING TRUST, JOHN HANKS ADMINISTRATOR
70 GANN WAY
NOVATO CA 94949

7 MERRYDALE ROAD, SAN RAFAEL, CA    $50,000.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 3/30/2018

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No
☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Yes. The relative priority of creditors is specified on lines: 2.4

☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 103 of 554

| 2.144. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

HANKS INC. PROFIT SHARING TRUST,
JOHN HANKS ADMINISTRATOR
70 GANN WAY
NOVATO CA 94949

7200 REDWOOD BLVD., NOVATO, CA          $50,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 12/5/2018

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

   _____

☐ Contingent

   ☒ Yes. The relative priority of creditors is specified on lines: 2.1

☐ Unliquidated

☐ Disputed

| 2.145. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

HARVEY, DEBORAH
243 CHAPMAN DRIVE
CORTE MADERA CA 94925

200 GATE 5 ROAD, SAUSALITO, CA          $441,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 9/21/2001

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

   _____

☐ Contingent

   ☒ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

| 2.146. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

HEARN, KATHLEEN, PENSCO TRUST CO HE-195
5430 BELLEVUE AVENUE
LA JOLLA CA 92037

501 ALAMEDA DEL PRADO, NOVATO, CA   $15,900.00   UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 1/13/2011

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| 2.147. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

HECHT, KATHRYN JORDAN OR MARY E. JORDAN JOINT TENANTS W/RIGHT OF SURVIVORSHIP
5 PALM COURT
LARKSPUR CA 94939

350 IGNACIO BLVD., SUITE 101, NOVATO, CA   $115,000.00   UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 12/17/2010

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| | |
|---|---|
| 2.148. | **Creditor's name and address** |

**Creditor's name and address**

HEIMAN LIVING TRUST DATED 03-15-17,
FREDRICK & LYNNE
1860 WEST KUIAHA ROAD
HAIKU HI 96708

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/6/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO      $50,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| 2.149. | **Creditor's name and address** |

**Creditor's name and address**

HENGST, JUNE M. TRUST
334 LOWELL AVENUE
MILL VALLEY CA 94941

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/17/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

461 IGNACIO BLVD., NOVATO, CA      $50,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 106 of 554

| 2.150. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

HERITAGE BANK OF COMMERCE
150 ALMADEN BOULEVARD
SAN JOSE CA 95113-2010

350 IGNACIO BLVD., SUITE 203, NOVATO, CA  $404,962.94  UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/29/2016

**Last 4 digits of account number:** 4800

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  BANK DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.151. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

HERITAGE BANK OF COMMERCE
150 ALMADEN BOULEVARD
SAN JOSE CA 95113-2010

350 IGNACIO BLVD., SUITE 300, NOVATO, CA  $735,000.00  UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/29/2016

**Last 4 digits of account number:** 9300

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  BANK DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 107 of 554

| 2.152. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

HERITAGE BANK OF COMMERCE
150 ALMADEN BOULEVARD
SAN JOSE CA 95113-2010

117-121 PAUL DRIVE, SAN RAGAEL, CA     $1,430,514.80     UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

FIRST DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 9/7/2016

☒ No

**Last 4 digits of account number:** 4600

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority. BANK DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.153. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

HERITAGE BANK OF COMMERCE
150 ALMADEN BOULEVARD
SAN JOSE CA 95113-2010

1506 VALLEJO AVE., NOVATO, CA     $898,504.31     UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

FIRST DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 4/24/2017

☒ No

**Last 4 digits of account number:** 7800

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority. BANK DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 108 of 554

| 2.154. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | HILLINGER, WALTER<br>81 LAE STREET<br>PALA HI 96779 | 17-23, 30-42 CLAY COURT, NOVATO | $- | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/22/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.155. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | HILT, PAMELA MERCER IRA SERVICES<br>SFK#010340<br>120 FOURTH STREET, SUITE 1071<br>PETALUMA CA 94953 | 17-23, 30-42 CLAY COURT, NOVATO | $100,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/6/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 109 of 554

**2.156.**

| | |
|---|---|
| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

HILT, SAM
120 FOURTH STREET, SUITE 1071
PETALUMA CA 94953

7 MERRYDALE ROAD, SAN RAFAEL, CA          $50,000.00          UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 4/9/2018

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

    ☑ Yes. The relative priority of creditors is specified on lines: 2.4

☐ Unliquidated

☐ Disputed

**2.157.**

| | |
|---|---|
| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

HO REVOCABLE TRUST, MENG HSUEH & SHIN JUNG
29065 EDEN SHORES DRIVE
HAYWARD CA 94545

7 MERRYDALE ROAD, SAN RAFAEL, CA          $200,000.00          UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 4/6/2018

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

    ☑ Yes. The relative priority of creditors is specified on lines: 2.4

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 110 of 554

| 2.158. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

HO REVOCABLE TRUST, MENG HSUEH &
SHIN JUNG
29065 EDEN SHORES DRIVE
HAYWARD CA 94545

7200 REDWOOD BLVD., NOVATO, CA          $365,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 6/19/2018

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.159. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

HO REVOCABLE TRUST, MENG HSUEH &
SHIN JUNG
29065 EDEN SHORES DRIVE
HAYWARD CA 94545

1506 VALLEJO AVE., NOVATO, CA          $100,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 4/6/2018

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

2.160.   **Creditor's name and address**

HOFFMAN, STEVEN D. REVOCABLE TRUST
UTD 2-1-12
22230 VARIAN WAY
CUPERTINO CA 95014

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

419 PROSPECT DRIVE, SAN RAFAEL, CA          $100,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

2.161.   **Creditor's name and address**

HOGGAN FAMILY TRUST 2013, WILLIAM D. & CHERYL A. TTEES
189 THE ALAMEDA
SAN ANSELMO CA 94960-1234

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/28/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 103, NOVATO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 112 of 554

**2.162.** **Creditor's name and address**

HONESS, COLIN
430 6TH AVENUE
SANTA CRUZ CA 95062

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/24/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA     $100,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.163.** **Creditor's name and address**

HONESS, COLIN
430 6TH AVENUE
SANTA CRUZ CA 95062

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/4/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

419 PROSPECT DRIVE, SAN RAFAEL, CA     $100,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 113 of 554

| | | |
|---|---|---|
| 2.164. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

HOSHOR LIVING TRUST, CONNIE
PT. REYES STATION CA 94956

461 IGNACIO BLVD., NOVATO, CA          $100,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 11/24/2008

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

_____

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.12

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 2.165. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

HUCHBERGER FAMILY TRUST
DTD12/12/2012
2190 WASHINGTON STREET #1204
SAN FRANCISCO CA 94109

7200 REDWOOD BLVD., NOVATO, CA          $200,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 7/19/2016

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

_____

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.1

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 114 of 554

**2.166.** **Creditor's name and address**

HUCKUBA, CONNIE MTC TRAD #39130
MCCLOUD CA 96057

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/19/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA          $136,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.167.** **Creditor's name and address**

HUGHES JR., WILLIAM L. ETC #D027000020
11791 BARNETT VALLEY ROAD
SEBASTOPOL CA 95472

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/5/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA          $85,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.168.** | **Creditor's name and address**

| | **Describe debtor's property that is subject to a lien** |

HUGHES JR., WILLIAM L. ETC #D027000020
11791 BARNETT VALLEY ROAD
SEBASTOPOL CA 95472

355 BOYES BLVD., SONOMA, CA                    $50,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 4/27/2020

☑ No
☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines: 2.3

---

**2.169.** | **Creditor's name and address**

| | **Describe debtor's property that is subject to a lien** |

HUGHES JR., WILLIAM L. ETC #D027000020
11791 BARNETT VALLEY ROAD
SEBASTOPOL CA 95472

21-37 DUFFY PLACE, SAN RAFAEL, CA              $122,000.00         UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 6/3/2009

☑ No
☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines: 2.8

**2.170.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

IRIEA, LLC    200 GATE 5 ROAD, SAUSALITO, CA    $200,000.00    UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 4/7/2010

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.8

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.171.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

IRIELEE, LLC    200 GATE 5 ROAD, SAUSALITO, CA    $200,000.00    UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 4/7/2010

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.8

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 117 of 554

**2.172.** **Creditor's name and address**

JACOBS, JAMES IRA SERVICES TRAD #711615
16 E CRESCENT DRIVE
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

Date debt was incurred: 7/21/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA      $57,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.173.** **Creditor's name and address**

JACOBS, JAMES IRA SERVICES TRAD #711615
16 E CRESCENT DRIVE
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

Date debt was incurred: 1/27/2003

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA      $368,371.56      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.174. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | JACOBSON CHARITABLE TRUST, LAURIE ANN | 350 IGNACIO BLVD., SUITE 103, NOVATO, CA | $195,000.00 | UNDETERMINED |
| | 540 TERESA COURT | | | |
| | SEBASTOPOL CA 95472 | **Describe the lien** | | |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/7/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.175. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | JACOBSON, LAURIE ANN | 501 ALAMEDA DEL PRADO, NOVATO, CA | $100,000.00 | UNDETERMINED |
| | 540 TERESA COURT | | | |
| | SEBASTOPOL CA 95472 | **Describe the lien** | | |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/23/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 119 of 554

**2.176.** | **Creditor's name and address**

JANISLAWSKI, MIMI
521 VILLAGE DRIVE
EL CERRITO CA 94530

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/25/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA     $35,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.177.** | **Creditor's name and address**

JANUARY, PETER REVOCABLE LIVING TRUST
10 CORTE MADERA AVENUE
CORTE MADERA CA 94925

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/5/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

49 IGNACIO LANE, NOVATO, CA     $120,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 120 of 554

| 2.178. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

JAVIER FAMILY TRUST 2006 (ARTHUR & LAURIE)
27 OLIVE COURT
NOVATO CA 94945

**Describe debtor's property that is subject to a lien**

7 MERRYDALE ROAD, SAN RAFAEL, CA          $116,706.73          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/2/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.4

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.179. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

JAVIER FAMILY TRUST 2006 (ARTHUR & LAURIE)
27 OLIVE COURT
NOVATO CA 94945

**Describe debtor's property that is subject to a lien**

117-121 PAUL DRIVE, SAN RAGAEL, CA          $44,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/5/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.11

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 121 of 554

**2.180.**  **Creditor's name and address**

JAVIER FAMILY TRUST 2006 (ARTHUR &
LAURIE)
27 OLIVE COURT
NOVATO CA 94945

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/6/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the
same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
    this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is
    specified on lines: 2.11

**Describe debtor's property that is subject
to a lien**

117-121 PAUL DRIVE, SAN RAGAEL, CA          $25,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.181.**  **Creditor's name and address**

JAVIER FAMILY TRUST 2006 (ARTHUR &
LAURIE)
27 OLIVE COURT
NOVATO CA 94945

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/1/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the
same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
    this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is
    specified on lines: 2.6

**Describe debtor's property that is subject
to a lien**

885 BROADWAY, SONOMA, CA          $100,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 122 of
554

**2.182.** **Creditor's name and address**

JEFFCOAT, FERN ALANE REVOCABLE
TRUST, FERN ALANE JEFFCOAT, TRUSTEE
OF THE
820 BEL MARIN KEYS BLVD.
NOVATO CA 94949

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/9/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

461 IGNACIO BLVD., NOVATO, CA          $8,500.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.183.** **Creditor's name and address**

JOHNSEN, LARRY D. TRUSTEE OF THE
LARRY D. JOHNSEN TRUST
139 SAVANNAH WAY
WINDSOR CA 95492

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/6/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604          Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 123 of 554

| | | | |
|---|---|---|---|
| **2.184.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |

JOHNSEN, LARRY D. TRUSTEE OF THE
LARRY D. JOHNSEN TRUST
139 SAVANNAH WAY
WINDSOR CA 95492

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/22/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

350 IGNACIO BLVD., SUITE 101, NOVATO, CA     $50,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.185.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |

JOHNSEN, LARRY D. TRUSTEE OF THE
LARRY D. JOHNSEN TRUST
139 SAVANNAH WAY
WINDSOR CA 95492

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/15/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

350 IGNACIO BLVD., SUITE 103, NOVATO, CA     $100,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 124 of 554

**2.186.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

JOHNSEN, LARRY D. TRUSTEE OF THE LARRY D. JOHNSEN TRUST
139 SAVANNAH WAY
WINDSOR CA 95492

1129 3RD ST., SAN RAFAEL, CA      $50,000.00      UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

**Date debt was incurred:** 6/22/2017

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

**2.187.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

JONES/ ZAHN 2018 TRUST
249 MARINDA DRIVE
FAIRFAX CA 94930

501 ALAMEDA DEL PRADO, NOVATO, CA      $150,000.00      UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

**Date debt was incurred:** 8/20/2018

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

2.188.    **Creditor's name and address**

JONES/ ZAHN 2018 TRUST
249 MARINDA DRIVE
FAIRFAX CA 94930

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/20/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.37

**Describe debtor's property that is subject to a lien**

515 B. STREET, SAN RAFAEL, CA          $150,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

2.189.    **Creditor's name and address**

JONES/ ZAHN 2018 TRUST
249 MARINDA DRIVE
FAIRFAX CA 94930

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/29/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

107 MARIN STREET,NOVATO, CA          $40,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 126 of 554

| | |
|---|---|
| **2.190.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

2.190.  **Creditor's name and address**

JORDAN, MARY EVELYN AND KATHRYN
JORDAN HECHT JOINT TENANTS WITH
RIGHT OF SURVIVORSHIP
57 SALVATORE DRIVE
NOVATO CA 94949

**Creditor's email address, if known**

_____

Date debt was incurred: 3/10/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA    $30,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.191.  **Creditor's name and address**

JORDAN, MARY EVELYN AND KATHRYN
JORDAN HECHT JOINT TENANTS WITH
RIGHT OF SURVIVORSHIP
57 SALVATORE DRIVE
NOVATO CA 94949

**Creditor's email address, if known**

_____

Date debt was incurred: 12/17/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA    $58,500.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.192. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

JOSEFS, JAI
139 MEERNAA AVE
FAIRFAX CA 94930

1129 3RD ST., SAN RAFAEL, CA   $60,000.00   UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

FIRST DEED OF TRUST

**Date debt was incurred:** 8/24/2012

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.193. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

JOSEFS, JAI
139 MEERNAA AVE
FAIRFAX CA 94930

49 IGNACIO LANE, NOVATO, CA   $60,000.00   UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

FIRST DEED OF TRUST

**Date debt was incurred:** 8/24/2012

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 128 of 554

**2.194.** **Creditor's name and address**

KAMINS, SARA
2 WHITING STREET
#2
SAN FRANCISCO CA 94133

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/11/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA      $10,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.195.** **Creditor's name and address**

KAPLAN, JANICE
88 CRYSTAL COVE COURT
RICHMOND CA 94804

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/10/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA      $20,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 129 of 554

| | |
|---|---|
| **2.196.** | **Creditor's name and address** |

**Creditor's name and address**

KATSAROS TRUST DATED JULY 2, 1992,
JEANNE R. STEPHANI LEWIS AND ATHENA
KATSAROS, TRUSTEES OF THE
1498 DE TRACY STREET
SAN JOSE CA 95128

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/1/2003

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 201, NOVATO, CA          $163,284.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.197.**    **Creditor's name and address**

KILNER, ELIZABETH
491 SEQUOIA LANE
SEBASTOPOL CA 95472

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/29/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA          $150,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 130 of 554

| | |
|---|---|
| **2.198.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

KING SMITH, ANN
240 12TH STREET
ARCATA CA 95521

21-37 DUFFY PLACE, SAN RAFAEL, CA          $90,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 7/18/2014

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

☐ No

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Yes. Have you already specified the relative priority?

☐ Contingent

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Unliquidated

☐ Disputed

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.8

| | |
|---|---|
| **2.199.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

KINSEY, KARIN A.
2 YARRROW LANE
NOVATO CA 94947

353-359 BEL MARIN KEYS, NOVATO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 4/12/2017

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

☐ No

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Yes. Have you already specified the relative priority?

☐ Contingent

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Unliquidated

☐ Disputed

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.27

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 131 of 554

| | |
|---|---|
| **2.200.** | |

**Creditor's name and address**

KINSEY, KARIN A.
2 YARRROW LANE
NOVATO CA 94947

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/13/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA     $150,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| **2.201.** | |

**Creditor's name and address**

KLEIN, MINDY
FAIRFAX CA 94978

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/30/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

107 MARIN STREET,NOVATO, CA     $147,500.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 132 of 554

| 2.202. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | KRADJAN-CRONIN, LAURA<br>58 CLUB VIEW DRIVE<br>NOVATO CA 94949 | 461 IGNACIO BLVD., NOVATO, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/17/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.203. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | KRADJAN-CRONIN, LAURA<br>58 CLUB VIEW DRIVE<br>NOVATO CA 94949 | 117-121 PAUL DRIVE, SAN RAGAEL, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/21/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.11

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 133 of 554

| 2.204. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

KRADJAN-CRONIN, LAURA
58 CLUB VIEW DRIVE
NOVATO CA 94949

885 BROADWAY, SONOMA, CA                $50,000.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 12/17/2015

☑ No
☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No

**As of the petition filing date, the claim is:** Check all that apply.

☑ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines: 2.6

| 2.205. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

KRAVITZ, MOSES
11285 PUESTA DEL SOL
OAK VIEW CA 93022

7 MERRYDALE ROAD, SAN RAFAEL, CA        $100,000.00       UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 2/20/2018

☑ No
☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No

**As of the petition filing date, the claim is:** Check all that apply.

☑ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines: 2.4

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 134 of
554

**2.206.** **Creditor's name and address**

KRAVITZ, MOSES
11285 PUESTA DEL SOL
OAK VIEW CA 93022

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/30/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA          $200,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.207.** **Creditor's name and address**

KROWECH, GAIL IRA SERVICES
TRAD#806870
699 ENSENADA AVENUE
BERKELEY CA 94707

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/29/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.4

**Describe debtor's property that is subject to a lien**

7 MERRYDALE ROAD, SAN RAFAEL, CA          $25,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.208.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

LANGE, FRANK
11 SKYLARK DRIVE #9
LARKSPUR CA 94939

7 MERRYDALE ROAD, SAN RAFAEL, CA        $180,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 3/29/2018

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.4

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.209.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

LAVIN, MARIE STRATA TRUST COMPANY
IRA#201421261
80 BAYPOINT DRIVE
SAN RAFAEL CA 94901

200 GATE 5 ROAD, SAUSALITO, CA        $50,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 5/20/2019

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **2.210.** | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

LAZAR, MAIA SHIRA SEIPP EQUITY TRUST
#96-123
2435 IVANHOE DRIVE
LOS ANGELES CA 90039-3210

200 GATE 5 ROAD, SAUSALITO, CA                    $57,687.20                UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

**Date debt was incurred:** 7/31/2009

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

_____

☐ Disputed

☒ Yes. The relative priority of creditors is specified on lines: 2.8

| | |
|---|---|
| **2.211.** | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

LAZAR, MAIA SHIRA SEIPP EQUITY TRUST
#96-126 ROTH
2435 IVANHOE DRIVE
LOS ANGELES CA 90039-3210

200 GATE 5 ROAD, SAUSALITO, CA                    $10,446.58                UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

_____

☒ No

**Date debt was incurred:** 7/31/2009

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

_____

☐ Disputed

☒ Yes. The relative priority of creditors is specified on lines: 2.8

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 137 of 554

| | |
|---|---|
| **2.212.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

LAZAR, SYLVIA HEBER PALUGYAI DE
922 CENTRO WAY
MILL VALLEY CA 94941

49 IGNACIO LANE, NOVATO, CA        $454,423.82        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

**Date debt was incurred:** 2/12/2013

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.213.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

LEE-SHUE, JR, VINCENT
20 NEWPORT PARKWAY
#2607
JERSEY CITY NJ 07310

200 GATE 5 ROAD, SAUSALITO, CA        $-        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

**Date debt was incurred:** 5/31/2011

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Disputed

| | | | |
|---|---|---|---|
| **2.214.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |

LEE-SHUE, JR, VINCENT
20 NEWPORT PARKWAY
#2607
JERSEY CITY NJ 07310

353-359 BEL MARIN KEYS, NOVATO, CA          $-          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

**Date debt was incurred:** 5/17/2017

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

_____

☐ Disputed

☒ Yes. The relative priority of creditors is specified on lines: 2.27

---

| | | | |
|---|---|---|---|
| **2.215.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |

LEE-SHUE, VINCENT & JANICE
20 NEWPORT PARKWAY
#2607
JERSEY CITY NJ 07310

200 GATE 5 ROAD, SAUSALITO, CA          $60,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

**Date debt was incurred:** 4/7/2010

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

_____

☐ Disputed

☒ Yes. The relative priority of creditors is specified on lines: 2.8

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 139 of 554

**2.216.** **Creditor's name and address**

LERNER REVOCABLE TRUST, KEVIN P.
SHAMBROOK AND FRANCES H.
2625 BROOKS AVENUE
EL CERRITO CA 94530

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/15/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA      $150,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.217.** **Creditor's name and address**

LERNER REVOCABLE TRUST, KEVIN P.
SHAMBROOK AND FRANCES H.
2625 BROOKS AVENUE
EL CERRITO CA 94530

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/8/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

419 PROSPECT DRIVE, SAN RAFAEL, CA      $300,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 140 of 554

| 2.218. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | LERNER REVOCABLE TRUST, KEVIN P. SHAMBROOK AND FRANCES H. 2625 BROOKS AVENUE EL CERRITO CA 94530 | 117-121 PAUL DRIVE, SAN RAGAEL, CA | $100,000.00 | UNDETERMINED |

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/26/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.11

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.219. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | LEVINE SEPARATE PROPERTY TRUST DTD. 4/15/99 TRUST, WILLIAM HOWARD 2 SNOWDEN LANE FAIRFAX CA 94930 | 885 BROADWAY, SONOMA, CA | $385,000.00 | UNDETERMINED |

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/12/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 141 of 554

2.220. **Creditor's name and address**

LEVINE SEPARATE PROPERTY TRUST
DTD. 4/15/99 TRUST, WILLIAM HOWARD
2 SNOWDEN LANE
FAIRFAX CA 94930

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/20/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA     $190,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.221. **Creditor's name and address**

LEVINE, CAROLE IRA SERVICES TRAD
#589081
2139 JACKSON STREET
SAN FRANCISCO CA 94115

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/15/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

461 IGNACIO BLVD., NOVATO, CA     $10,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 142 of 554

| 2.222. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

LEVINE, WIL EQUITY TRUST #Z050152
2 SNOWDEN LANE
FAIRFAX CA 94930

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/29/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.11

117-121 PAUL DRIVE, SAN RAGAEL, CA   $20,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.223. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

LEVINE, WIL EQUITY TRUST #Z050152
2 SNOWDEN LANE
FAIRFAX CA 94930

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/6/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

21-37 DUFFY PLACE, SAN RAFAEL, CA   $31,500.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 2.224. | **Creditor's name and address** |

**Creditor's name and address**

LEVINE, WILLIAM IRA SERVICES TRAD
#515012
2 SNOWDEN LANE
FAIRFAX CA 94930

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/6/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA      $92,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.225.    **Creditor's name and address**

LEVINE, WILLIAM IRA SERVICES TRAD
#515012
2 SNOWDEN LANE
FAIRFAX CA 94930

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/5/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

107 MARIN STREET,NOVATO, CA      $682,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 144 of 554

2.226. **Creditor's name and address**

LEWIS, CHRISTOPHER A. INTERVIVOS
TRUST INITIALLY CREATED BY
DECLARATION OF TRUST ON 3/23/2007
201 COGGINS DRIVE
#B408
PLEASANT HILL CA 94523

**Creditor's email address, if known**

_____

Date debt was incurred: 5/3/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA    $65,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

2.227. **Creditor's name and address**

LIUZZA, ANN WADSWORTH LIVING TRUST
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

**Creditor's email address, if known**

_____

Date debt was incurred: 2/25/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 101, NOVATO, CA    $50,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 145 of 554

**2.228.** | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien** |

LIUZZA, ANN WADSWORTH LIVING TRUST
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

885 BROADWAY, SONOMA, CA        $50,000.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 7/1/2015

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.6

☐ Unliquidated
☐ Disputed

---

**2.229.** | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien** |

LUSTIG, DAVID IRA SERVICES #344382
PESCADERO CA 94060

7200 REDWOOD BLVD., NOVATO, CA        $40,000.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 5/4/2016

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.1

☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 146 of 554

**2.230.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

LUSTIG, DAVID IRA SERVICES #344382
PESCADERO CA 94060

21-37 DUFFY PLACE, SAN RAFAEL, CA          $30,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 12/8/2017

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

   ☒ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

**2.231.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

LUSTIG, DAVID THE LUSTIG FAMILY 1990
TRUST DATED JUNE 19, 1990 AND
AMENDED AND RESTATED ON MAY 7, 2002
PESCADERO CA 94060

7200 REDWOOD BLVD., NOVATO, CA          $650,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

_____

☒ No

**Date debt was incurred:** 4/19/2016

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

_____

☐ Unliquidated

   ☒ Yes. The relative priority of creditors is specified on lines: 2.1

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 147 of 554

**2.232.** **Creditor's name and address**

LUVAAS FAMILY 2009 TRUST
1980 WILD OAK LANE
CHICO CA 95928

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/1/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 101, NOVATO, CA     $50,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.233.** **Creditor's name and address**

MAENDL, MICHAEL & ANITA OR SYLVIA MAENDL
2 AUTUMN COURT
NOVATO CA 94947

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/3/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA     $50,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 148 of 554

**2.234.** **Creditor's name and address**

MAENDL, MICHAEL & ANITA OR SYLVIA
MAENDL
2 AUTUMN COURT
NOVATO CA 94947

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/1/2006

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA      $61,093.02      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.235.** **Creditor's name and address**

MAHRER, MURIEL REVOCABLE LIVING
TRUST
13577 MYREN DRIVE
SARATOGA CA 95070

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/20/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA      $22,500.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 149 of 554

**2.236.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

MAHRER, CINDY
115 ANZA WAY
SAN BRUNO CA 94066

200 GATE 5 ROAD, SAUSALITO, CA     $20,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 5/9/2011

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

☐ No

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.237.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

MAXON TRUST, DOROTHY J.
310 RODEO ROAD
ORMOND BEACH FL 32174

501 ALAMEDA DEL PRADO, NOVATO, CA     $59,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 5/11/2009

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

☐ No

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| **2.238.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

2.238.  **Creditor's name and address**

MAXON TRUST, DOROTHY J.
310 RODEO ROAD
ORMOND BEACH FL 32174

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/19/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 201, NOVATO, CA    $75,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.239.  **Creditor's name and address**

MCINNIS TRUST, SASHA ALEXIS
1000 DEWING AVENUE #308
LAFAYETTE CA 94549

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/3/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA    $25,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.240.** | **Creditor's name and address**

MCINNIS FAMILY TRUST DTD MARCH 1990, (ROBERT & TANYA)

**Creditor's email address, if known**

_____

Date debt was incurred: 4/29/2002

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA          $100,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.241.** | **Creditor's name and address**

MCINNIS FAMILY TRUST DTD MARCH 1990, (ROBERT & TANYA)

**Creditor's email address, if known**

_____

Date debt was incurred: 7/23/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

1129 3RD ST., SAN RAFAEL, CA          $150,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 152 of 554

| | |
|---|---|
| **2.242.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

MCINNIS TRUST, NICHOLAS ROBERT
407 OAK POINT COURT
SANTA ROSA CA 95409

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/3/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

200 GATE 5 ROAD, SAUSALITO, CA    $15,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| **2.243.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

MCINNIS, NICHOLAS ROBERT
407 OAK POINT COURT
SANTA ROSA CA 95409

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/28/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

885 BROADWAY, SONOMA, CA    $20,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.244.** | |
| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

**2.244.**

**Creditor's name and address**

MEADOWS, ROGER IRA SERVICES TRAD
#717745
2331 SIERRA CREEK CIRCLE
SANTA ROSA CA 95405

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/16/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA    $-    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.245.**

**Creditor's name and address**

MICHEL 2017 TRUST, THE CRAIG W.
10128 BUTTON WILLOW DRIVE
LAS VEGAS NV 89134

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/3/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

419 PROSPECT DRIVE, SAN RAFAEL, CA    $50,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.246.** | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien** |

MICHEL 2017 TRUST, THE CRAIG W.
10128 BUTTON WILLOW DRIVE
LAS VEGAS NV 89134

**Creditor's email address, if known**
_____

**Date debt was incurred:** 5/3/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA            $50,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.247.** | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien** |

MILLER LIVING TRUST 2016, THE
SWANBERG
EL GRANADA CA 94018-1985

**Creditor's email address, if known**
_____

**Date debt was incurred:** 8/16/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA          $100,000.00       UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 155 of 554

**2.248.** **Creditor's name and address**

MILLER, ROGER (OM INVESTMENTS)
MIDDLETOWN CA 95461

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/11/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

107 MARIN STREET,NOVATO, CA                    $50,000.00            UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.249.** **Creditor's name and address**

MINOLLI 2011 TRUST, MATIO J. & PATRICIA L.
ONE BRITTON CT.
NOVATO CA 94947-2961

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/2/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA                    $50,000.00            UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 156 of 554

**2.250.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

MINOLLI, PATRICIA IRA SERVICES #537172
ONE BRITTON CT.
NOVATO CA 94947-2961

355 BOYES BLVD., SONOMA, CA      $110,000.00      UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 2/10/2016

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

     ☑ Yes. The relative priority of creditors is specified on lines: 2.3

☐ Unliquidated
☐ Disputed

---

**2.251.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

MOLINO FAMILY TRUST 2014
47 THALIA STREET
MILL VALLEY CA 94941

501 ALAMEDA DEL PRADO, NOVATO, CA      $100,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 5/2/2018

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

     ☑ No. Specify each creditor, including this creditor, and its relative priority.
     JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

☐ Contingent
☐ Unliquidated
☐ Disputed

     ☐ Yes. The relative priority of creditors is specified on lines: _____

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 157 of 554

**2.252.** **Creditor's name and address**

MOLINO FAMILY TRUST 2014
47 THALIA STREET
MILL VALLEY CA 94941

**Creditor's email address, if known**
_____

**Date debt was incurred:** 2/23/1996

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA　　$140,000.00　　UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.253.** **Creditor's name and address**

MOLINO FAMILY TRUST 2014
47 THALIA STREET
MILL VALLEY CA 94941

**Creditor's email address, if known**
_____

**Date debt was incurred:** 12/7/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA　　$53,000.00　　UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| 2.254. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |

MOLINO FAMILY TRUST 2014
47 THALIA STREET
MILL VALLEY CA 94941

21-37 DUFFY PLACE, SAN RAFAEL, CA            $500,000.00            UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 2/23/1996

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

_____

☐ Unliquidated

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Disputed

| | | | |
|---|---|---|---|
| 2.255. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |

MOLINO, MARIA M. MTC TRAD #D5120
47 THALIA STREET
MILL VALLEY CA 94941

200 GATE 5 ROAD, SAUSALITO, CA            $245,000.00            UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 5/1/2014

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

_____

☐ Unliquidated

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Disputed

| 2.256. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | MOLINO, MARIA M. MTC TRAD #D5120<br>47 THALIA STREET<br>MILL VALLEY CA 94941 | 7 MERRYDALE ROAD, SAN RAFAEL, CA | $25,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/24/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.4

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.257. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | MOLINO, ROBERT D. MTC TRAD #F4590<br>47 THALIA STREET<br>MILL VALLEY CA 94941 | 1 HAMMONDALE COURT, SAN RAFAEL, CA | $500,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/16/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.
JUNIOR TO SENIOR LIEN HELD BY BANNER BANK.

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 160 of 554

**2.258.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

MOLINO, ROBERT D. MTC TRAD #F4590
47 THALIA STREET
MILL VALLEY CA 94941

200 GATE 5 ROAD, SAUSALITO, CA    $415,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 4/29/2014

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines: 2.8

**2.259.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

MOLINO, ROBERT D. MTC TRAD #F4590
47 THALIA STREET
MILL VALLEY CA 94941

353-359 BEL MARIN KEYS, NOVATO, CA    $50,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 12/26/2018

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines: 2.27

| 2.260. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | MOLINO, ROBERT D. MTC TRAD #F4590<br>47 THALIA STREET<br>MILL VALLEY CA 94941 | 21-37 DUFFY PLACE, SAN RAFAEL, CA | $100,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.261. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | MOLLOT, ROBERTA<br>286 CORBIN PLACE<br>APT #2 E<br>BROOKLYN NY 11235 | 501 ALAMEDA DEL PRADO, NOVATO, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/12/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 162 of 554

| 2.262. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | MOLLOT, ROBERTA<br>286 CORBIN PLACE<br>APT #2 E<br>BROOKLYN NY 11235 | 200 GATE 5 ROAD, SAUSALITO, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/30/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.263. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | MOLLOT, ROBERTA<br>286 CORBIN PLACE<br>APT #2 E<br>BROOKLYN NY 11235 | 350 IGNACIO BLVD., SUITE 101, NOVATO, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/10/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 163 of 554

| | |
|---|---|
| **2.264.** | |
| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

MONTEITH, INGE
KIHEI HI 96753

501 ALAMEDA DEL PRADO, NOVATO, CA    $25,000.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 6/10/2010

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.265.** | |
| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

MOORE, ELIZABETH IRA SERVICES
#726874
13 BAYTREE LANE
SAN ANSELMO CA 94960

515 B. STREET, SAN RAFAEL, CA    $300,000.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 6/7/2017

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.37

☐ Unliquidated

☐ Disputed

2.266. **Creditor's name and address**

MORELLI DAY, MARIAH
475 EAST COTATI AVENUE
# A
COTATI CA 94931

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/4/1994

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

49 IGNACIO LANE, NOVATO, CA　　　　$60,000.00　　　UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

2.267. **Creditor's name and address**

MOSCARIELLO REVOC. TRUST, THE 2014
WILLIAM R. TAYLOR & JAYE A.
UKIAH CA 95482

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/7/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA　　　$40,000.00　　　UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.268.**

| | |
|---|---|
| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

MOSCARIELLO REVOC. TRUST, THE 2014
WILLIAM R. TAYLOR & JAYE A.
UKIAH CA 95482

350 IGNACIO BLVD., SUITE 201, NOVATO, CA          $15,000.00          UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/7/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.269.**

| | |
|---|---|
| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

MOSCARIELLO REVOC. TRUST, THE 2014
WILLIAM R. TAYLOR & JAYE A.
UKIAH CA 95482

350 IGNACIO BLVD., SUITE 200, NOVATO, CA          $30,000.00          UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/7/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 166 of 554

**2.270.** **Creditor's name and address**

MTECH ENTERPRISE, INC

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/6/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA   $100,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.271.** **Creditor's name and address**

MUNSELL SUKI & RUSSELL
524 SAN ANSELMO AVENUE
#222
SAN ANSELMO CA 94960

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/27/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA   $150,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 167 of 554

| | |
|---|---|
| **2.272.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

MUNSELL SUKI & RUSSELL
524 SAN ANSELMO AVENUE
#222
SAN ANSELMO CA 94960

107 MARIN STREET,NOVATO, CA　　　　$100,000.00　　　UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/6/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.273.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

NADLER JOINT TENANTS WITH RIGHT OF
SURVIVORSHIP, GARY & ALICE
29 IVERSON WAY
PETALUMA CA 94952

461 IGNACIO BLVD., NOVATO, CA　　　$64,000.00　　　UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/23/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.274.** **Creditor's name and address**

NARUM, PHYLLIS
300-4TH AVENUE S. E.
DOUGLAS ND 58735

**Creditor's email address, if known**
_____

**Date debt was incurred:** 3/4/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA     $65,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.275.** **Creditor's name and address**

NEMROW FAMILY TRUST
22 WEATHERBY COURT
PETALUMA CA 94952

**Creditor's email address, if known**
_____

**Date debt was incurred:** 2/8/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA     $10,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.276.**   **Creditor's name and address**

NOAH, IAN
615 C STREET
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/1/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

1129 3RD ST., SAN RAFAEL, CA     $100,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.277.**   **Creditor's name and address**

NOBLE, H. ROBERT
60 ORA WAY #203
SAN FRANCISCO CA 94131

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA     $50,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 170 of 554

| 2.278. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | OPUS BANK | 515 B. STREET, SAN RAFAEL, CA | $1,822,531.25 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Describe the lien**

FIRST DEED OF TRUST

**Date debt was incurred:** 5/15/2020

**Last 4 digits of account number:** 2260

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. BANK DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.279. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | ORTIZ, RUBEN & SIBYLLA<br>376 VIA CASITAS<br>GREENBRAE CA 94904-2344 | 350 IGNACIO BLVD., SUITE 103, NOVATO, CA | $40,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Describe the lien**

FIRST DEED OF TRUST

**Date debt was incurred:** 6/1/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 171 of 554

| 2.280. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | OVERBEY REVOCABLE TRUST, SHARON L. MT. SHASTA CA 96067 | 117-121 PAUL DRIVE, SAN RAGAEL, CA | $73,765.61 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/18/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.11

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.281. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | OVERBEY REVOCABLE TRUST, SHARON L. MT. SHASTA CA 96067 | 885 BROADWAY, SONOMA, CA | $210,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/18/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.282.** **Creditor's name and address**

PACHECO, RICK
28425 EASTIN ROAD
NEWMAN CA 95360

**Creditor's email address, if known**
_____

**Date debt was incurred:** 11/27/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

461 IGNACIO BLVD., NOVATO, CA      $30,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.283.** **Creditor's name and address**

PACIFIC WESTERN BANK
P.O. BOX 131207
CARLSBAD CA 92013-1207

**Creditor's email address, if known**
_____

**Date debt was incurred:** 10/1/2018

**Last 4 digits of account number:** 6700

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    BANK DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA      $3,055,550.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 173 of 554

**2.284.** **Creditor's name and address**

PAOLELLA TRUSTEE, LIANA OF THE LIANA
PAOLELLA REVOCABLE TRUST DTD
6/1/2007
9 MOSSWOOD COURT
NOVATO CA 94947

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/14/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA          $300,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.285.** **Creditor's name and address**

PARKER, MARIAH
1501 ELIZABETH DRIVE
PETALUMA CA 94954

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/26/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 101, NOVATO,          $49,000.00          UNDETERMINED
CA

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 174 of
554

**2.286.** **Creditor's name and address**

PARKER, MARIAH ETC #84974
1501 ELIZABETH DRIVE
PETALUMA CA 94954

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/4/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 101, NOVATO, CA          $40,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.287.** **Creditor's name and address**

PAY, PHYLLIS MTC TRAD 47130
1363 ROSE STREET
BERKELEY CA 94702-1137

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/3/2000

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA          $94,231.73          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 175 of 554

**2.288.** **Creditor's name and address**

PEASLEE, CLAIRE
PT. REYES STATION CA 94956

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/26/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.11

**Describe debtor's property that is subject to a lien**

117-121 PAUL DRIVE, SAN RAGAEL, CA    $100,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.289.** **Creditor's name and address**

PHELPS JTWROS, JOHN MARLINE AND SOPHIE
1335 S. FITCH MOUNTAIN ROAD
HEALDSBURG CA 95448

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/29/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA    $200,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 176 of 554

| | |
|---|---|
| **2.290.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

2.290.    **Creditor's name and address**

PHILLIPS, GABRIEL
4437 SE HAWTHORNE BLVD.
PORTLAND OR 97215

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/29/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA   $-      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.291.    **Creditor's name and address**

PHILLIPS, KATE A.
3363 MORCOM AVENUE
OAKLAND CA 94619

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/12/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.4

**Describe debtor's property that is subject to a lien**

7 MERRYDALE ROAD, SAN RAFAEL, CA   $20,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **2.292.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

PIERCE FAMILY TRUST, DONALD TRANT TTEE
5329 PIMLICO AVENUE
SACRAMENTO CA 95841-3819

501 ALAMEDA DEL PRADO, NOVATO, CA          $100,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred:** 1/12/2016

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| | |
|---|---|
| **2.293.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

PIERCE LIVING TRUST OCTOBER 4, 1990, VIRGINIA L.
1090 BEL MARIN KEYS BLVD.
NOVATO CA 94949

501 ALAMEDA DEL PRADO, NOVATO, CA          $135,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred:** 6/4/2014

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

☐ Contingent

☐ Unliquidated

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 178 of 554

| 2.294. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

POPPY BANK
438 FIRST STREET
SANTA ROSA CA 95401

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/4/2016

**Last 4 digits of account number:** 5407

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.1

7200 REDWOOD BLVD., NOVATO, CA     $3,860,855.53     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.295. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

PRATT TRUST, DOYLE
PATAGONIA AZ 85624

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/6/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

461 IGNACIO BLVD., NOVATO, CA     $50,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.296.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

PURUSHA REVOCABLE TRUST DATED MAY 9, 2019, GRACE
215 MAHIE PLACE
KIHEI HI 96753

885 BROADWAY, SONOMA, CA          $100,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/1/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.6

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.297.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

PURVIANCE, DAVID EDWIN IRA SERVICES #509383
SISTERS OR 97759

885 BROADWAY, SONOMA, CA          $11,800.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/31/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.6

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604          Doc# 57          Filed: 08/18/20          Entered: 08/18/20 23:35:38          Page 180 of 554

| 2.298. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

PUTZI FAMILY TRUST , ROBERT & GABRIELE
381 MOUNTAIN VIEW AVENUE
SAN RAFAEL CA 94901-1371

501 ALAMEDA DEL PRADO, NOVATO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred:** 4/27/2015

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.299. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

PUTZI FAMILY TRUST , ROBERT & GABRIELE
381 MOUNTAIN VIEW AVENUE
SAN RAFAEL CA 94901-1371

1129 3RD ST., SAN RAFAEL, CA          $50,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred:** 1/3/2018

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 181 of 554

| | |
|---|---|
| 2.300. **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

PUTZI FAMILY TRUST , ROBERT &
GABRIELE
381 MOUNTAIN VIEW AVENUE
SAN RAFAEL CA 94901-1371

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/14/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

49 IGNACIO LANE, NOVATO, CA     $150,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| 2.301. **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

RABB 1994 TRUST, DAVID AND MARY
15 SAN MARCOS PLACE
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.1

7200 REDWOOD BLVD., NOVATO, CA     $100,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.302. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

RAFAEL GARDEN APARTMENTS, LLC
SEAMUS EGAN
10 INDIAN TRAIL COURT
NOVATO CA 94945

1315 LINCOLN AVE., SAN RAFAEL, CA          $3,000,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 7/15/2019

**Last 4 digits of account number:** N/A

**Is anyone else liable on this claim?**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.303. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

RANTA TRUST, NELL
9329 BARTH STREET
ELK GROVE CA 95624

200 GATE 5 ROAD, SAUSALITO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 1/12/2011

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

☐ No

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604          Doc# 57          Filed: 08/18/20          Entered: 08/18/20 23:35:38          Page 183 of 554

| | |
|---|---|
| **2.304.** | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

RASMUSSEN, BETH MTC TRAD 84C50 KANEOHE HI 96744

501 ALAMEDA DEL PRADO, NOVATO, CA          $159,500.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

FIRST DEED OF TRUST

**Date debt was incurred:** 11/16/2018

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.305.** | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

RED MORTGAGE CAPITAL, LLC

MERRYDALE VIEW APARTMENTS          $_____          $_____

**Creditor's email address, if known**

**Describe the lien**

_____

UCC FILING

**Date debt was incurred:** 7/21/2017

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

**2.306.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

REDCAPITAL GROUP

7 MERRYDALE ROAD, SAN RAFAEL, CA     $1,275,000.00     UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/7/2017

**Last 4 digits of account number:** 6603

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. BANK DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.307.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

REFF TTEE, MILDRED L.
116 S. 160 WEST
JERMONE ID 83338

355 BOYES BLVD., SONOMA, CA     $40,000.00     UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/11/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 185 of 554

**2.308.** **Creditor's name and address**

REGALADO & EDWARD SPENCER,
PRISCILLA (THE SPENCER REGALADO
LIVING TRUST 2015
1630 BUTTE STREET
RICHMOND CA 94804-5214

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/7/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA     $15,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.309.** **Creditor's name and address**

REGNER, DONALD OR SHARON TTEES OF
THE DONALD G. REGNER AND SHARON J.
REGNER REVOCABLE TRUST
46 ILIAHI WAY
LAHAINA HI 96761

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/30/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA     $100,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 186 of 554

| | |
|---|---|
| **2.310.** | |

**Creditor's name and address**

REGNER, DONALD OR SHARON TTEES OF
THE DONALD G. REGNER AND SHARON J.
REGNER REVOCABLE TRUST
46 ILIAHI WAY
LAHAINA HI 96761

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/8/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

419 PROSPECT DRIVE, SAN RAFAEL, CA    $100,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| **2.311.** | |

**Creditor's name and address**

REGNER, DONALD OR SHARON TTEES OF
THE DONALD G. REGNER AND SHARON J.
REGNER REVOCABLE TRUST
46 ILIAHI WAY
LAHAINA HI 96761

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/8/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA    $100,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 187 of 554

| 2.312. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | REINHARDT, ELKE<br>371 EL FAISAN DRIVE<br>SAN RAFAEL CA 94903 | 107 MARIN STREET,NOVATO, CA | $25,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/22/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.313. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | REINHARDT, ELKE TRUST EST. 2/20/2006<br>371 EL FAISAN DRIVE<br>SAN RAFAEL CA 94903 | 107 MARIN STREET,NOVATO, CA | $25,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/22/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 188 of 554

| 2.314. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

REYNARD, JEREMY
22230 VARIAN WAY
CUPERTINO CA 95014

200 GATE 5 ROAD, SAUSALITO, CA          $50,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 6/26/2012

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ Unliquidated

☐ Disputed

| 2.315. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ROHRBACH, ANNE H. TTEE THE ANNIE
ROHRBACH REVOCABLE TRUST, DTD.
MAY 26, 2010
2732 HOUSTON DRIVE
LOS OSOS CA 93402

501 ALAMEDA DEL PRADO, NOVATO, CA          $100,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 1/14/2004

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| 2.316. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | RONDIO REVOCABLE LIVING TRUST, SALLY GRIFFITH 4 MEADOW DRIVE LARKSPUR CA 94939-1523 | 1129 3RD ST., SAN RAFAEL, CA | $100,000.00 | UNDETERMINED |

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/14/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.317. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | ROSTAD, JANET TTEE JANET ROSTAD REVOCABLE TRUST U/A 5/24/12 1090 BEL MARIN KEYS BLVD NOVATO CA 94949-5335 | 107 MARIN STREET,NOVATO, CA | $100,000.00 | UNDETERMINED |

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/7/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.318.** **Creditor's name and address**

ROSTAD, JANET TTEE JANET ROSTAD
REVOCABLE TRUST U/A 5/24/12
1090 BEL MARIN KEYS BLVD
NOVATO CA 94949-5335

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/20/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO          $130,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.319.** **Creditor's name and address**

RSL1 INVESTMENT LLC
135 YACHT CLUB CIRCLE
NORTH REDINGTON BEACH FL 33708-1583

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/8/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.27

**Describe debtor's property that is subject to a lien**

353-359 BEL MARIN KEYS, NOVATO, CA          $350,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 191 of 554

**2.320.** **Creditor's name and address**

RUBENZAHL, JOEL
3159 LEWISTON AVENUE
BERKELEY CA 94705

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/23/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.27

**Describe debtor's property that is subject to a lien**

353-359 BEL MARIN KEYS, NOVATO, CA     $25,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.321.** **Creditor's name and address**

RUBENZAHL, JOEL
3159 LEWISTON AVENUE
BERKELEY CA 94705

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/15/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA     $20,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 192 of 554

**2.322.**

| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| RUBENZAHL, JOEL<br>3159 LEWISTON AVENUE<br>BERKELEY CA 94705 | 17-23, 30-42 CLAY COURT, NOVATO | $42,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/4/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.323.**

| **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| RUBENZAHL, JOEL IRA SERVICES TRAD #732345<br>3159 LEWISTON AVENUE<br>BERKELEY CA 94705 | 501 ALAMEDA DEL PRADO, NOVATO, CA | $45,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/4/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 193 of 554

**2.324.** **Creditor's name and address**

RUBENZAHL, JOEL IRA SERVICES TRAD #732345
3159 LEWISTON AVENUE
BERKELEY CA 94705

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/20/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA          $226,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.325.** **Creditor's name and address**

RUBENZAHL, JOEL IRA SERVICES TRAD #732345
3159 LEWISTON AVENUE
BERKELEY CA 94705

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/17/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.27

**Describe debtor's property that is subject to a lien**

353-359 BEL MARIN KEYS, NOVATO, CA          $64,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 194 of 554

**2.326.** | **Creditor's name and address**

RUBENZAHL, JOEL IRA SERVICES TRAD
#732345
3159 LEWISTON AVENUE
BERKELEY CA 94705

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/17/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.11

**Describe debtor's property that is subject to a lien**

117-121 PAUL DRIVE, SAN RAGAEL, CA   $60,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.327.** | **Creditor's name and address**

RUBENZAHL, JOEL IRA SERVICES TRAD
#732345
3159 LEWISTON AVENUE
BERKELEY CA 94705

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/7/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA   $60,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.328.** **Creditor's name and address**

SADA LIVING TRUST, CLYDE S.
460 NAVARO WAY
SAN JOSE CA 95134

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/4/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA        $50,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.329.** **Creditor's name and address**

SADA LIVING TRUST, CLYDE S.
460 NAVARO WAY
SAN JOSE CA 95134

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/19/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA        $50,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 196 of 554

**2.330.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

SADA LIVING TRUST, CLYDE S.
460 NAVARO WAY
SAN JOSE CA 95134

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/20/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  INVESTOR DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

1129 3RD ST., SAN RAFAEL, CA          $50,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.331.** **Creditor's name and address**

SALTZMAN, LORI IRA SERVICES
SEP#585646
390 SOUTH MORNINGSUN
MILL VALLEY CA 94941

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/21/2006

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA          $43,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.332.**

| Creditor's name and address | Describe debtor's property that is subject to a lien |
|---|---|

SALVADOR, ANNA MARIA
1900 STENMARK DRIVE, DOCK 6
RICHMOND CA 94807

419 PROSPECT DRIVE, SAN RAFAEL, CA          $25,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 4/23/2018

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.3

☐ Unliquidated

☐ Disputed

**2.333.**

| Creditor's name and address | Describe debtor's property that is subject to a lien |
|---|---|

SALVADOR, ANNA MARIA
1900 STENMARK DRIVE, DOCK 6
RICHMOND CA 94807

17-23, 30-42 CLAY COURT, NOVATO          $170,000.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Date debt was incurred:** 2/28/2017

**Is the creditor an insider or related party?**

☑ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Yes. The relative priority of creditors is specified on lines: 2.12

☐ Unliquidated

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 198 of 554

| 2.334. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SANDERS, STEPHANIE<br>13100 BANNER LAVA CAP ROAD<br>NEVADA CITY CA 95959 | 200 GATE 5 ROAD, SAUSALITO, CA | $127,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/20/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.335. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SANDERS, STEPHANIE MTC TRAD #32170<br>13100 BANNER LAVA CAP ROAD<br>NEVADA CITY CA 95959 | 21-37 DUFFY PLACE, SAN RAFAEL, CA | $300,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/9/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 199 of 554

**2.336.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

SANDSON, SUSAN REVOCABLE TRUST
674 SANTA ROSA AVENUE
BERKELEY CA 94707

200 GATE 5 ROAD, SAUSALITO, CA          $50,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 12/3/2010

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.8

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.337.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

SANDSON, SUSAN REVOCABLE TRUST
674 SANTA ROSA AVENUE
BERKELEY CA 94707

1129 3RD ST., SAN RAFAEL, CA          $100,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred:** 2/6/2009

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.338. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SANTANA, ANN MARIE IRA SERVICES #548650<br>92 PORTSMOUTH DR.<br>NOVATO CA 94949 | 7200 REDWOOD BLVD., NOVATO, CA | $250,000.00 | UNDETERMINED |

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/29/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☒ Yes. The relative priority of creditors is specified on lines: 2.1

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.339. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SCHOLAR REV. TRUST, DOROTHY M.<br>1686 HAMPTON AVENUE<br>REDWOOD CITY CA 94061 | 49 IGNACIO LANE, NOVATO, CA | $390,000.00 | UNDETERMINED |

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/11/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.340.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

SCHULLER, LINDA
77 WINGED FOOT DRIVE
LIVINGSTON NJ 07039

501 ALAMEDA DEL PRADO, NOVATO, CA     $25,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 4/7/2020

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☒ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

| | |
|---|---|
| **2.341.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

SCHULLER, LINDA
77 WINGED FOOT DRIVE
LIVINGSTON NJ 07039

353-359 BEL MARIN KEYS, NOVATO, CA     $25,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

_____

**Date debt was incurred:** 6/23/2017

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

_____

☐ Contingent

☐ Unliquidated

    ☒ Yes. The relative priority of creditors is specified on lines: 2.27

☐ Disputed

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 202 of 554

| 2.342. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SCHULLER, LINDA<br>77 WINGED FOOT DRIVE<br>LIVINGSTON NJ 07039 | 21-37 DUFFY PLACE, SAN RAFAEL, CA | $25,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/23/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.343. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SCIARONI, JIM<br>1090 BEL MARIN KEYS BLVD.<br>NOVATO CA 94949 | 49 IGNACIO LANE, NOVATO, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/15/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 203 of 554

**2.344.** **Creditor's name and address**

SEAGO, JOHN LYLE
50 FRANSON ROAD
PORT ANGELES WA 98362-9106

**Creditor's email address, if known**
_____

**Date debt was incurred:** 4/17/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

49 IGNACIO LANE, NOVATO, CA          $100,000.00          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.345.** **Creditor's name and address**

SHELTON, DOMINIQUE
55 BROOKS LANE
ASHLAND OR 97520

**Creditor's email address, if known**
_____

**Date debt was incurred:** 1/24/2005

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

107 MARIN STREET,NOVATO, CA          $108,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.346.** **Creditor's name and address**

SHERWOOD, LINDA S.
523 22ND AVENUE
SAN FRANCISCO CA 94121

**Creditor's email address, if known**

**Date debt was incurred:** 5/16/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA      $40,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.347.** **Creditor's name and address**

SIDELL, SUSAN J.

**Creditor's email address, if known**

**Date debt was incurred:** 5/21/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

461 IGNACIO BLVD., NOVATO, CA      $40,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 205 of 554

| 2.348. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SIDELL, SUSAN J. | 350 IGNACIO BLVD., SUITE 201, NOVATO, CA | $30,000.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/21/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.349. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | SIDELL, SUSAN J. | 21-37 DUFFY PLACE, SAN RAFAEL, CA | $21,668.60 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/26/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 206 of 554

| 2.350. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

SILVERMAN FAMILY TRUST
232 COULSON AVENUE
SANTA CRUZ CA 95060

17-23, 30-42 CLAY COURT, NOVATO    $250,000.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 3/10/2017

☒ No

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

☒ Yes. The relative priority of creditors is specified on lines: 2.12

☐ Disputed

---

| 2.351. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

SLAUGHTER, TIMOTHY P.
2235 3RD STREET
E318
SAN FRANCISCO CA 94107

885 BROADWAY, SONOMA, CA    $250,000.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 8/5/2015

☒ No

☐ Yes

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

☐ Unliquidated

☒ Yes. The relative priority of creditors is specified on lines: 2.6

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 207 of 554

| 2.352. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

SMITH, LYNNE C. & PATRICK SMITH
46 BRET STREET
SAN RAFAEL CA 94901

**Creditor's email address, if known**
_____

**Date debt was incurred:** 5/18/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.8

21-37 DUFFY PLACE, SAN RAFAEL, CA     $100,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.353. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

SOFFER, DIANE NATHAN
17351 SPRINGTREE LANE
BOCA RATON FL 33487

**Creditor's email address, if known**
_____

**Date debt was incurred:** 10/7/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  INVESTOR DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

1129 3RD ST., SAN RAFAEL, CA     $100,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 208 of 554

| | |
|---|---|
| 2.354. | **Creditor's name and address** |

**Creditor's name and address**

SOMMER, MICHAEL H.
702 WOOD SORREL DR.
PETALUMA CA 94954

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/6/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe debtor's property that is subject to a lien**

7200 REDWOOD BLVD., NOVATO, CA            $25,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.355.    **Creditor's name and address**

SPITZER FAMILY TRUST, MIKE & LUCETTE
APTOS CA 95001

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/15/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

49 IGNACIO LANE, NOVATO, CA            $100,000.00        UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.356. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

SPRINGER, SUSAN IRA SERVICES TRAD #711391
16 E CRESCENT DRIVE
SAN RAFAEL CA 94901

21-37 DUFFY PLACE, SAN RAFAEL, CA          $9,500.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/28/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.357. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

STELLA, GRACE
26 CORNELL DRIVE
GREAT NECK NY 11020

200 GATE 5 ROAD, SAUSALITO, CA          $100,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/16/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.358.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

STERN, GERI IRA SERVICES #541606
2506 PATRA DRIVE
EL SOBRANTE CA 94803

117-121 PAUL DRIVE, SAN RAGAEL, CA          $36,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** 12/11/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☒ Yes. The relative priority of creditors is specified on lines: 2.11

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.359.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

STEVEN T. STENBERG & KAREN L. STENBERG
2305 LAGUNA VISTA DRIVE
NOVATO CA 94945

350 IGNACIO BLVD., SUITE 102 NOVATO, CA          $628,891.74          UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 211 of 554

| 2.360. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

STURTZ FAMILY LIVING TRUST, MERRY L. STURTZ TTEE OF THE SURVIVOR'S TRUST U/A
LAFAYETTE CA 94549

501 ALAMEDA DEL PRADO, NOVATO, CA     $-     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 2/8/2016

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.361. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

STURTZ FAMILY LIVING TRUST, MERRY L. STURTZ TTEE OF THE SURVIVOR'S TRUST U/A
LAFAYETTE CA 94549

350 IGNACIO BLVD., SUITE 201, NOVATO, CA     $-     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 5/10/2016

**Is the creditor an insider or related party?**

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☒ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

**As of the petition filing date, the claim is:** Check all that apply.

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.362.** **Creditor's name and address**

SULLIVAN JOINT TRUST, THOMAS M.
SULLIVAN AND LINDA S.
1303 PALOMINO DRIVE
MCHENRY IL 60051

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/29/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 200, NOVATO, CA      $40,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.363.** **Creditor's name and address**

SULLIVAN, THOMAS M. IRA SERVICES
#356712
1303 PALOMINO DRIVE
MCHENRY IL 60051

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/30/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 200, NOVATO, CA      $27,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 213 of 554

**2.364.** **Creditor's name and address**

SWANSON FAMILY LIVING TRUST
150 EDWARD AVENUE
SAN RAFAEL CA 94903

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/24/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA     $30,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.365.** **Creditor's name and address**

SWANSON FAMILY LIVING TRUST
150 EDWARD AVENUE
SAN RAFAEL CA 94903

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/7/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 101, NOVATO, CA     $50,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 214 of 554

**2.366.** **Creditor's name and address**

SYMINGTON, TOBY
33 KNOLL ROAD
SAN ANSELMO CA 94960

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/26/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA     $25,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.367.** **Creditor's name and address**

TAYLOR, WILLIAM R. & JAYE A.
MOSCARIELLO REVOCABLE TRUST
UKIAH CA 95482

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/7/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA     $40,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 215 of 554

**2.368.**    **Creditor's name and address**

TAYLOR, WILLIAM R. & JAYE A.
MOSCARIELLO REVOCABLE TRUST
UKIAH CA 95482

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/7/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

     ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

1129 3RD ST., SAN RAFAEL, CA      $45,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.369.**    **Creditor's name and address**

TEAL, SUZANNE
4718 TEE VIEW COURT
SANTA ROSA CA 95405-8756

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/19/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

461 IGNACIO BLVD., NOVATO, CA      $26,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 216 of 554

| | |
|---|---|
| **2.370.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

TENNANT, WILLIAM & GAIL H. (1986
TENNANT LIVING TRUST)
2916 RUSSELL STREET
BERKELEY CA 94705

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/19/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

49 IGNACIO LANE, NOVATO, CA     $300,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.371.** **Creditor's name and address**

TOCH, SUSAN L.
385 PINE HILL ROAD
APT H
MILL VALLEY CA 94941

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/24/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

461 IGNACIO BLVD., NOVATO, CA     $35,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.372.** **Creditor's name and address**

TOCH, SUSAN L.
385 PINE HILL ROAD
APT H
MILL VALLEY CA 94941

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/6/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA    $30,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.373.** **Creditor's name and address**

TORRENTE SURVIVOR'S TRUST, RENE
846 BUTTERNUT DRIVE
SAN RAFAEL CA 94903

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/16/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA    $-    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.374.** **Creditor's name and address**

TORRENTE TRUST, RENE
846 BUTTERNUT DRIVE
SAN RAFAEL CA 94903

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/17/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA   $-       UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.375.** **Creditor's name and address**

TRA INC. 401K PENSION PLAN( THEODORE REICH)
23 KATRINA LANE
SAN ANSELMO CA 94960

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/9/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO   $50,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.376.** **Creditor's name and address**

TRAN, DARYL
1001 PINE STREET
#307
SAN FRANCISCO CA 94109

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/13/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA      $42,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.377.** **Creditor's name and address**

TRI COUNTIES BANK
P.O. BOX 909
CHICO CA 95927

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/12/2018 - 3/12/2020

**Last 4 digits of account number:** 1360 / 7460

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    BANK DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO      $3,560,000.00      UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 220 of 554

| | |
|---|---|
| **2.378.** | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

TRI COUNTIES BANK
P.O. BOX 909
CHICO CA 95927

461 IGNACIO BLVD., NOVATO, CA        $2,275,435.82    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 12/20/2016

☒ No

**Last 4 digits of account number:** 760

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority.
BANK DEED OF TRUST

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.379.** | **Creditor's name and address** |

**Describe debtor's property that is subject to a lien**

TRIMBLE, JOHN A. OR KATHRYN
235 MAIN BURFORDVILLE STREET
BURFORDVILLE MO 63739

501 ALAMEDA DEL PRADO, NOVATO, CA       $87,000.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

**Date debt was incurred:** 12/16/2008

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☐ No

☒ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority.
JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

2.380.   **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

TULPER, MICHAEL N. & BEVERLY B. (AS COMMUNITY PROPERTY)
320 MOUNT SHASTA DRIVE
SAN RAFAEL CA 94903

350 IGNACIO BLVD., SUITE 200, NOVATO, CA                 $75,000.00            UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 2/26/2014

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

  ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines: _____

2.381.   **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

TULPER, MICHAEL N. & BEVERLY B. (AS COMMUNITY PROPERTY)
320 MOUNT SHASTA DRIVE
SAN RAFAEL CA 94903

350 IGNACIO BLVD., SUITE 200, NOVATO, CA                 $75,000.00            UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

FIRST DEED OF TRUST

_____

**Date debt was incurred:** 2/26/2014

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

  ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines: _____

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 222 of 554

**2.382.** **Creditor's name and address**

TURER, STEPHEN IRA SERVICES #724543
381 GREENFIELD CIRCLE
SANTA ROSA CA 95409

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO        $150,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.383.** **Creditor's name and address**

TWEEDY, JANICE IRA SERVICES #438881
222 ALDER ROAD
BOLINAS CA 94924

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/15/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA        $167,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.384.   **Creditor's name and address**

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE REGISTERED
HOLDERS OF J.P. MORGAN CHASE
COMMERCIAL MORTGAGE SECURITIES
CORP., MULTIFAMILY MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2017-
SB36

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/21/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

MERRYDALE VIEW APARTMENTS        $_____   $_____

**Describe the lien**

UCC FILING

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.385.   **Creditor's name and address**

URY 1998 TRUST, THE ELIZABETH
18 LAGOON ROAD
BELVEDERE CA 94920

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/21/2002

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

461 IGNACIO BLVD., NOVATO, CA        $50,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 224 of 554

| | |
|---|---|
| **2.386.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

URY 1998 TRUST, THE ELIZABETH
18 LAGOON ROAD
BELVEDERE CA 94920

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/9/2007

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

350 IGNACIO BLVD., SUITE 103, NOVATO, CA    $100,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| **2.387.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

VALENTINO, SCOTT
91 PORTEOUS AVENUE
FAIRFAX CA 94930

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/17/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

461 IGNACIO BLVD., NOVATO, CA    $100,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 225 of 554

| | |
|---|---|
| **2.388.** | |

**Creditor's name and address**

VALLIER, MARILYN - PENSCO
5660 SOUTH PARK AVENUE
#110
HAMBURG NY 14075-3027

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/17/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 103, NOVATO, CA     $88,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.389.**

**Creditor's name and address**

VASCONCELLOS, THOMAS J. & JOAN A., TTEES FOR THE VASCONCELLOS TRUST DTD 4-26-96
37 LAS CASAS
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/5/2004

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA     $30,000.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **2.390.** | **Creditor's name and address** |

**Creditor's name and address**

VASCONCELLOS, THOMAS J. & JOAN A.,
TTEES FOR THE VASCONCELLOS TRUST
DTD 4-26-96
37 LAS CASAS
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/18/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

350 IGNACIO BLVD., SUITE 201, NOVATO, CA     $35,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.391.** **Creditor's name and address**

VELA, LAUREN PENSCO #VE056
639 MAGNOLIA AVENUE
LARKSPUR CA 94939

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/20/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA     $67,500.00     UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.392.** **Creditor's name and address**

VOGL, HANS PAUL
12 MILLWOOD COURT
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/24/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

49 IGNACIO LANE, NOVATO, CA    $100,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.393.** **Creditor's name and address**

WALDRON, TRISHA
9 GERSTLE COURT
SAN RAFAEL CA 94901

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/10/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.37

**Describe debtor's property that is subject to a lien**

515 B. STREET, SAN RAFAEL, CA    $500,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 228 of 554

**2.394.** **Creditor's name and address**

WATERS, AERIE
3173 HOOMUA DRIVE
KIHEI HI 96753-9419

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/19/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA      $-      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.395.** **Creditor's name and address**

WEISS, LEWIS - ETC SEP #84023
305 ROXAS STREET
SANTA CRUZ CA 95062

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/26/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA      $10,000.00      UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.396.** **Creditor's name and address**

WERTHEIM, DAVID
4174 HANA HIGHWAY
HAIKU HI 96708

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/14/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe debtor's property that is subject to a lien**

17-23, 30-42 CLAY COURT, NOVATO        $110,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.397.** **Creditor's name and address**

WHALEY, SUZANNE C. AS TRUSTEE, OR THE SUCCCESSOR TRUSTEE OR TRUSTEES, U/A/D DECEMBER 9, 2015 AS AMENDED, CREATING THE SUZANNE WHALEY REVOCABLE TRUST
BOLINAS CA 94924

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/2/2009

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  INVESTOR DEED OF TRUST

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

49 IGNACIO LANE, NOVATO, CA        $350,000.00        UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 230 of 554

**2.398.** **Creditor's name and address**

WILSON, CAROL
3990 GREEN VALLEY SCHOOL RD.
SEBASTOPOL
GRATON CA 95444

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/23/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. JUNIOR TO SENIOR LIEN HELD BY CERTAIN FIRST DEED OF TRUST HOLDERS

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

501 ALAMEDA DEL PRADO, NOVATO, CA   $40,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.399.** **Creditor's name and address**

WINTERBOURNE, RACHELLE S.E. TRUST
P.O. BOX 369
STINSON BEACH CA 94970-0369

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/12/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA   $50,000.00   UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.400. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

WOLDS, VICTORIA L. PENSCO
865 VIRGINIA COURT
SONOMA CA 95476

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/7/2005

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.12

461 IGNACIO BLVD., NOVATO, CA       $-       UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.401. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

WOLF, JILL
167 N. ADAMS STREET
EUGENE OR 97402-4203

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/29/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.
    INVESTOR DEED OF TRUST

    ☐ Yes. The relative priority of creditors is specified on lines: _____

350 IGNACIO BLVD., SUITE 103, NOVATO, CA     $60,000.00     UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.402.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

WOLF, JILL
167 N. ADAMS STREET
EUGENE OR 97402-4203

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/13/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.3

419 PROSPECT DRIVE, SAN RAFAEL, CA    $40,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| **2.403.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

WOODS, JEANNE IRA SERVICES #372262
4601 GUERNEVILLE ROAD
SANTA ROSA CA 95401

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/1/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   INVESTOR DEED OF TRUST

   ☐ Yes. The relative priority of creditors is specified on lines: _____

501 ALAMEDA DEL PRADO, NOVATO, CA    $50,000.00    UNDETERMINED

**Describe the lien**

FIRST DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 233 of 554

| 2.404. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | WORLD'S CHILDREN<br>P.O. BOX 2345<br>SISTERS OR 97759 | 7200 REDWOOD BLVD., NOVATO, CA | $50,000.00 | UNDETERMINED |

**Creditor's email address, if known**
_____

**Date debt was incurred:** 7/1/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe the lien**
SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.405. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | WORLD'S CHILDREN<br>P.O. BOX 2345<br>SISTERS OR 97759 | 7200 REDWOOD BLVD., NOVATO, CA | $112,300.00 | UNDETERMINED |

**Creditor's email address, if known**
_____

**Date debt was incurred:** 3/18/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe the lien**
SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 234 of 554

**2.406.**    **Creditor's name and address**

Z-5 FAMILY GENERAL PARTNERSHIP
2349 HILLTOP COURT
SANTA ROSA CA 95404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/26/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA                    $75,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.407.**    **Creditor's name and address**

ZALUNARDO, DENICE M MTC ROTH 2N780
2033 BUCKEYE ROAD
WILLITS CA 95490-8485

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/16/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA           $-                  UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.408. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ZELL, ERIC STEVEN AND WENDY SIU
230 DRAKES BAY COURT
POINT RICHMOND CA 94801

461 IGNACIO BLVD., NOVATO, CA        $50,000.00        UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.409. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ZELL-BENNETT, TRACY E.
1030 AMEND STREET
PINOLE CA 94564

461 IGNACIO BLVD., NOVATO, CA        $40,000.00        UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/16/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.12

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 236 of 554

**2.410.** **Creditor's name and address**

ZIFF REVOCABLE INTERVIVOS TRUST, ALAN W.
2349 HILLTOP COURT
SANTA ROSA CA 95404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/23/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.11

**Describe debtor's property that is subject to a lien**

117-121 PAUL DRIVE, SAN RAGAEL, CA          $150,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.411.** **Creditor's name and address**

ZIFF, EUGENE
2349 HILLTOP COURT
SANTA ROSA CA 95404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/17/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

200 GATE 5 ROAD, SAUSALITO, CA          $120,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 237 of 554

**2.412.** **Creditor's name and address**

ZIFF, EUGENE
2349 HILLTOP COURT
SANTA ROSA CA 95404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/14/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.3

**Describe debtor's property that is subject to a lien**

355 BOYES BLVD., SONOMA, CA              $125,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.413.** **Creditor's name and address**

ZIFF, EUGENE
2349 HILLTOP COURT
SANTA ROSA CA 95404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/26/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines: 2.6

**Describe debtor's property that is subject to a lien**

885 BROADWAY, SONOMA, CA                 $135,000.00        UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 238 of 554

| | |
|---|---|
| **2.414.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

**2.414.**

**Creditor's name and address**

ZIFF, EUGENE
2349 HILLTOP COURT
SANTA ROSA CA 95404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/14/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

107 MARIN STREET,NOVATO, CA    $200,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.415.**

**Creditor's name and address**

ZIFF, EUGENE
2349 HILLTOP COURT
SANTA ROSA CA 95404

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/8/2003

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.8

**Describe debtor's property that is subject to a lien**

21-37 DUFFY PLACE, SAN RAFAEL, CA    $120,000.00    UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 239 of 554

| 2.416. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ZIMMERMAN TRUST, BURKE K. &
ELIZABETH MOORE
13 BAYTREE LANE
SAN ANSELMO CA 94960-1302

21-37 DUFFY PLACE, SAN RAFAEL, CA          $80,000.00          UNDETERMINED

**Describe the lien**

SECOND DEED OF TRUST

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/1/2004

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines: 2.8

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

¹THIS NUMBER IS THE TOTAL VALUE OF THE REAL ESTATE AFTER APPLICABLE SENIOR LIENS (IF ANY) AND NOT THE VALUE SPECIFICALLY SECURING EACH DEED OF TRUST HOLDER'S CLAIM.

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$84,121,545.62** |
|---|---|---|

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | ABBEY WEITZENBERG WARREN & EMERY PC<br>MITCHELL B GREENBERG;MICHAEL R WANSER<br>100 STONY POINT RD.,STE 200<br>SANTA ROSA CA 95401 | Line 2.294 | _____ |
| 3.2. | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>A KENNETH HENNESSAY JR<br>1900 MAIN ST.,FIFTH FLOOR<br>IRVINE CA 92614-7321 | Line 2.283 | _____ |
| 3.3. | BOUTIN JONES INC<br>THOMAS G MOUZES;MARK GORTON<br>555 CAPITOL MALL STE 1500<br>SACRAMENTO CA 95814 | Line 2.377 | _____ |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 240 of 554

| | | | |
|---|---|---|---|
| 3.4. | BOUTIN JONES INC<br>THOMAS G MOUZES;MARK GORTON<br>555 CAPITOL MALL STE 1500<br>SACRAMENTO CA 95814 | Line 2.378 | _____ |
| 3.5. | BRUNETTI ROUGEAU LLP<br>GREGORY ROUGEAU<br>235 MONTGOMERY ST.,STE 410<br>SAN FRANCISCO CA 94104 | Line 2.359 | _____ |
| 3.6. | FRENCH LYON TANG, A PROFESSIONAL CORP<br>PATRICIA H LYON,ESQ<br>1990 N CALIFORNIA BLVD.,STE 300<br>WALNUT CREEK CA 94596 | Line 2.33 | _____ |
| 3.7. | LUBIN OLSON & NIEWIADOMSKI LLP<br>DENNIS D MILLER.ESQ<br>THE TRANSAMERICA PYRAMID<br>600 MONTGOMERY ST.,14TH FLOOR<br>SAN FRANCISCO CA 94111 | Line 2.150 | _____ |
| 3.8. | LUBIN OLSON & NIEWIADOMSKI LLP<br>DENNIS D MILLER.ESQ<br>THE TRANSAMERICA PYRAMID<br>600 MONTGOMERY ST.,14TH FLOOR<br>SAN FRANCISCO CA 94111 | Line 2.151 | _____ |
| 3.9. | LUBIN OLSON & NIEWIADOMSKI LLP<br>DENNIS D MILLER.ESQ<br>THE TRANSAMERICA PYRAMID<br>600 MONTGOMERY ST.,14TH FLOOR<br>SAN FRANCISCO CA 94111 | Line 2.152 | _____ |
| 3.10. | LUBIN OLSON & NIEWIADOMSKI LLP<br>DENNIS D MILLER.ESQ<br>THE TRANSAMERICA PYRAMID<br>600 MONTGOMERY ST.,14TH FLOOR<br>SAN FRANCISCO CA 94111 | Line 2.153 | _____ |
| 3.11. | MORRISON & FOERSTER LLP<br>ADAM A LEWIS<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 | Line 2.60 | _____ |
| 3.12. | MORRISON & FOERSTER LLP<br>ADAM A LEWIS<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 | Line 2.61 | _____ |
| 3.13. | MORRISON & FOERSTER LLP<br>ADAM A LEWIS<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 | Line 2.62 | _____ |
| 3.14. | MORRISON & FOERSTER LLP<br>ADAM A LEWIS<br>425 MARKET ST<br>SAN FRANCISCO CA 94105-2482 | Line 2.63 | _____ |
| 3.15. | MORRISON & FOERSTER LLP<br>BRETT H MILLER;MARK ALEXANDER LIGHTNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601 | Line 2.60 | _____ |
| 3.16. | MORRISON & FOERSTER LLP<br>BRETT H MILLER;MARK ALEXANDER LIGHTNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601 | Line 2.61 | _____ |
| 3.17. | MORRISON & FOERSTER LLP<br>BRETT H MILLER;MARK ALEXANDER LIGHTNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601 | Line 2.62 | _____ |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 241 of
554

| | | | |
|---|---|---|---|
| 3.18. | MORRISON & FOERSTER LLP<br>BRETT H MILLER;MARK ALEXANDER LIGHTNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019-9601 | Line 2.63 | _____ |
| 3.19. | PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | Line 2.320 | _____ |
| 3.20. | PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | Line 2.321 | _____ |
| 3.21. | PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | Line 2.322 | _____ |
| 3.22. | PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | Line 2.323 | _____ |
| 3.23. | PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | Line 2.324 | _____ |
| 3.24. | PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | Line 2.325 | _____ |
| 3.25. | PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | Line 2.326 | _____ |
| 3.26. | PACHULSKI STANG ZIEHL & JONES LLP<br>DEBRA I GRASSGREEN; JOHN D FIERO<br>150 CALIFORNIA ST/.15TH FLOOR<br>SAN FRANCISCO CA 94111-4500 | Line 2.327 | _____ |
| 3.27. | TRI COUNTIES BANK LEGAL DEPARTMENT<br>MARK H ATKINS<br>POST OFFICE BOX 992570<br>REDDING CA 96099-2570 | Line 2.377 | _____ |
| 3.28. | TRI COUNTIES BANK LEGAL DEPARTMENT<br>MARK H ATKINS<br>POST OFFICE BOX 992570<br>REDDING CA 96099-2570 | Line 2.378 | _____ |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 242 of 554

**Debtor name:** Professional Financial Investors, Inc.

**United States Bankruptcy Court for the:** Northern District of California

**Case number (if known):** 20-30604

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AAMIR JAVED<br>355 BOYES BLVD.<br># 7<br>SONOMA CA 95476 | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,995.00 | $1,995.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>DEPOSIT - RESIDENTIAL TENANT | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ABBY DANCER<br>59 IGNACIO LANE<br># 7<br>NOVATO CA 94949 | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $875.00 | $875.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>DEPOSIT - RESIDENTIAL TENANT | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 243 of 554

| | | |
|---|---|---|
| 2.3. | **Priority creditor's name and mailing address** | |

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**

ABRAHAM MARTINEZ
885 BROADWAY
# 3
SONOMA CA 95476

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,200.00

Priority amount: $2,200.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Basis for the claim:

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

2.4. **Priority creditor's name and mailing address**

ALBERT BREWSTER
515 B STREET
# 9
SAN RAFAEL CA 94901

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $295.00

Priority amount: $295.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Basis for the claim:

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

2.5. **Priority creditor's name and mailing address**

ALEJANDRA CANALES
1506 VALLEJO AVE.
# 6
NOVATO CA 94949

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,995.00

Priority amount: $1,995.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Basis for the claim:

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 244 of 554

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ALEJANDRO MENDIETA
1315 LINCOLN AVE.
# 10
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $1,000.00 | $1,000.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

---

**2.7. Priority creditor's name and mailing address**

ALEKSANDR MELENTIEV
107 MARIN ST
# 3
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $2,100.00 | $2,100.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

---

**2.8. Priority creditor's name and mailing address**

ALEXANDER RODRIGUEZ
461 IGNACIO BLVD
# 251
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| | Total claim | Priority amount |
|---|---|---|
| | $2,400.00 | $2,400.00 |
| | | **Nonpriority amount** |
| | | $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 245 of 554

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.9. | **Priority creditor's name and mailing address** | $1,950.00 | $1,950.00 |

2.9.

**Priority creditor's name and mailing address**

ALLISON SMITH
355 BOYES BLVD.
# 5
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,950.00 | $1,950.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.10.

**Priority creditor's name and mailing address**

ANDREWS, JENNIFER
346 LIGHTHOUSE DR.
VALLEJO CA 94590

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,609.38 | $2,609.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.11.

**Priority creditor's name and mailing address**

ANGELA BAILEY AND JOAQUIN HIGUERA
34 CLAY COURT
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $576.00 | $576.00 |
| | **Nonpriority amount** |
| | $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 246 of 554

| 2.12. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.12.**

**Priority creditor's name and mailing address**

ANGELINA CHIARACANE
7 HAMMONDALE CT
SAN RAFAEL CA 94901

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,975.00 | $1,975.00 |

**Nonpriority amount**

$0.00

---

**2.13.**

**Priority creditor's name and mailing address**

ANGELIQUE BRAZIL
9 HAMMONDALE CT
SAN RAFAEL CA 94901

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,150.00 | $2,150.00 |

**Nonpriority amount**

$0.00

---

**2.14.**

**Priority creditor's name and mailing address**

ANN LEVINE
59 IGNACIO LANE
# 8
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,700.00 | $1,700.00 |

**Nonpriority amount**

$0.00

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 247 of 554

| 2.15. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.15. **Priority creditor's name and mailing address**

ANNE RETTENBERG
1 HAMMONDALE CT
# A
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

2.16. **Priority creditor's name and mailing address**

ARCHIE PINA
461 IGNACIO BLVD
# 351
NOVATO CA 94949

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,950.00 | $2,950.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

2.17. **Priority creditor's name and mailing address**

ARNOLDO ALONZO
42 CLAY COURT
NOVATO CA 94949

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,695.00 | $2,695.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 248 of 554

| 2.18. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.18. **Priority creditor's name and mailing address**

ASHALLY PARK
59 IGNACIO LANE
# 6
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,900.00 | $1,900.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

2.19. **Priority creditor's name and mailing address**

ASHER BUCY
885 BROADWAY
# 2
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,550.00 | $2,550.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

2.20. **Priority creditor's name and mailing address**

BALDEMIRO DIAZ
501 IGNACIO BLVD
# 213
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,500.00 | $1,500.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| 2.21. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.21.** | **Priority creditor's name and mailing address**

BELLINGER, MARTIN
5 HATHAWAY DR. #525
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $967.19 | $967.19 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.22.** | **Priority creditor's name and mailing address**

BRIAN BOLTON
38 CLAY COURT
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $800.00 | $800.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

**2.23.** | **Priority creditor's name and mailing address**

CAMPAGNA, JOSEPH
1222 IRWIN STREET
APT. #3
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,892.68 | $9,892.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 250 of 554

| 2.24. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.24.** **Priority creditor's name and mailing address**

CAMPBELL, GABRIELLE
280 FAIRWAY DRIVE
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $19,406.41 | $19,406.41 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.25.** **Priority creditor's name and mailing address**

CARDONNA MCCLURE
419 PROSPECT DRIVE
# 2
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,975.00 | $1,975.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.26.** **Priority creditor's name and mailing address**

CARMEN VELASQUEZ
515 B STREET
# 4
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,050.00 | $2,050.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☒ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 251 of 554

| 2.27. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.27. Priority creditor's name and mailing address**

CARTER, SHAMON
1504 SPYGLASS PARKWAY
VALLEJO CA 94591

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,827.81 | $3,827.81 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.28. Priority creditor's name and mailing address**

CATHERINE CURTIS
419 PROSPECT DRIVE
# 11
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,995.00 | $2,995.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.29. Priority creditor's name and mailing address**

CHARLOTTE HAJER
885 BROADWAY
# 5
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,050.00 | $2,050.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 252 of 554

2.30.   **Priority creditor's name and mailing address**

CHRISTAION LEMAITRE
59 IGNACIO LANE
# 3
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,750.00 | $1,750.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.31.   **Priority creditor's name and mailing address**

CHRISTINA CERCOS
16914 SONOMA HWY
# 5
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,125.00 | $2,125.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.32.   **Priority creditor's name and mailing address**

CHRISTOFFERSON, GREGG
99 KENDALL WAY
APT. 5
WINDSOR CA 95492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,168.08 | $6,168.08 |
| | **Nonpriority amount** |
| | $0.00 |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 253 of 554

| 2.33. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.33.**

**Priority creditor's name and mailing address**

CLEMENT CROCKER
16914 SONOMA HWY
# 2
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,095.00 | $2,095.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.34.**

**Priority creditor's name and mailing address**

COVARRUBIAS, CARMEN
417 2ND STREET
PETALUMA CA 94952

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,376.09 | $2,376.09 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.35.**

**Priority creditor's name and mailing address**

DAELEN ADAIRE
390 WOODLAND AVE.
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,250.00 | $2,250.00 |

| Nonpriority amount |
|---|
| $0.00 |

Case: 20-30604  Doc# 57  Filed: 08/18/20  Entered: 08/18/20 23:35:38  Page 254 of 554

**2.36.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DANIEL OCONNELL
16914 SONOMA HWY
# 6
SONOMA CA 95476

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,900.00

$1,900.00

| **Nonpriority amount** |

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**2.37.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DANY PEREZ MOLINA
461 IGNACIO BLVD
# 252
NOVATO CA 94949

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,995.00

$2,995.00

| **Nonpriority amount** |

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**2.38.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DARA MCCUISTON
16914 SONOMA HWY
# 12
SONOMA CA 95476

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,450.00

$2,450.00

| **Nonpriority amount** |

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

2.39. **Priority creditor's name and mailing address**

DARLENE DUCHARME
885 BROADWAY
# 15
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $795.00 | $795.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

2.40. **Priority creditor's name and mailing address**

DAVID JORDAN
398 WOODLAND AVE.
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,125.00 | $1,125.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

2.41. **Priority creditor's name and mailing address**

DENISE TEIRNEY
1315 LINCOLN AVE.
# 3
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,195.00 | $2,195.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 256 of 554

| 2.42. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.42.** **Priority creditor's name and mailing address**

DERNESHIA MORGAN
461 IGNACIO BLVD
# 352
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,995.00 | $2,995.00 |

**Nonpriority amount**

$0.00

---

**2.43.** **Priority creditor's name and mailing address**

DONALD RIXMAN
1506 VALLEJO AVE.
# 8
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |

**Nonpriority amount**

$0.00

---

**2.44.** **Priority creditor's name and mailing address**

DREW MACNAB
885 BROADWAY
# 13
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |

**Nonpriority amount**

$0.00

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 257 of 554

| 2.45. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | |
|---|---|
| **Priority creditor's name and mailing address** | |

2.45.   **Priority creditor's name and mailing address**

DU, JILL
701 LINCOLN PARK
PINOLE CA 94564

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $6,408.70 | $6,408.70 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.46.   **Priority creditor's name and mailing address**

EARLINE BATTLE
1506 VALLEJO AVE.
# 9
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $350.00 | $350.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.47.   **Priority creditor's name and mailing address**

EDUARDO GONZALEZ
885 BROADWAY
# 6
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,650.00 | $1,650.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 258 of 554

| 2.48. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.48. **Priority creditor's name and mailing address**

EDWIN CRUZ
ARIEL ORELLANA
CORLEIA FONES
501 IGNACIO BLVD
# 315
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,500.00
**Priority amount** $1,500.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.49. **Priority creditor's name and mailing address**

EFFRAIN MARTINEZ
7 MERRYDALE RD.
# 3
SAN RAFAEL CA 94903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,875.00
**Priority amount** $1,875.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

---

2.50. **Priority creditor's name and mailing address**

ELISA MIRAMONTES
16914 SONOMA HWY
# 11
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,895.00
**Priority amount** $1,895.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

Case: 20-30604　　Doc# 57　　Filed: 08/18/20　　Entered: 08/18/20 23:35:38　　Page 259 of 554

| 2.51. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.51.** **Priority creditor's name and mailing address**

ELMORE, MICHAEL
18177 HAPPY LANE
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,285.34 | $8,285.34 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.52.** **Priority creditor's name and mailing address**

ELODIE BUNAND
419 PROSPECT DRIVE
# 10
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,100.00 | $2,100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**2.53.** **Priority creditor's name and mailing address**

ELTJON LALA
515 B STREET
# 6
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 260 of 554

| 2.54. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

EMMA LOPEZ-SANDERS
885 BROADWAY
# 16
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $2,225.00

**Priority amount**  $2,225.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**2.55.   Priority creditor's name and mailing address**

EMPLOYMENT DEVELOPMENT
DEPARTMENT
PO BOX 826880
UIPCD, MIC 40
SACRAMENTO CA 94280-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Total claim**  UNDETERMINED

**Priority amount**  UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
ACCRUED PAYROLL TAX EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.56.   Priority creditor's name and mailing address**

ERNEST EMERICK
396 WOODLAND AVE.
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $1,800.00

**Priority amount**  $1,800.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 261 of 554

2.57. **Priority creditor's name and mailing address**

FABIO MAXIMO
MARCELA MAXIMO
19 CLAY COURT
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.58. **Priority creditor's name and mailing address**

FERRERO, ALEXANDER
5 SOLAR CT.
SAN RAFAEL CA 94901

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,586.76 | $3,586.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.59. **Priority creditor's name and mailing address**

FLORANEIDA BORGES
WALDIVAN ROSA
23 CLAY COURT
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,500.00 | $2,500.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 262 of 554

2.60. **Priority creditor's name and mailing address**

FRANCES FERRARA
419 PROSPECT DRIVE
# 8
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,100.00 | $2,100.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.61. **Priority creditor's name and mailing address**

FRANCIS JESS NAZARENO
1315 LINCOLN AVE.
# 7
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,650.00 | $1,650.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.62. **Priority creditor's name and mailing address**

FRANCISCO ZAVELTA-ZARATE
16914 SONOMA HWY
# 3
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,100.00 | $2,100.00 |

| Nonpriority amount |
|---|
| $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 263 of 554

| 2.63. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | FRANK TABACCA<br>1 CLAY COURT<br>#3<br>NOVATO CA 94949 | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,495.00 | $1,495.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

| 2.64. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | FURSTE, JANET<br>2508 SUNSET TERRACE<br>PETALUMA CA 94952 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,117.25 | $12,117.25 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

| 2.65. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | GASPER CHI<br>501 IGNACIO BLVD<br># 215<br>NOVATO CA 94949 | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,600.00 | $2,600.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| | Nonpriority amount |
|---|---|
| | $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 264 of 554

| 2.66. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | GLORIA RIVERA-LOPEZ<br>16914 SONOMA HWY<br># 16<br>SONOMA CA 95476 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 | $2,000.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | DEPOSIT - RESIDENTIAL TENANT | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☒ Yes | | |

| 2.67. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | GORDAN KELLY<br>59 IGNACIO LANE<br># 1<br>NOVATO CA 94949 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $895.00 | $895.00 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | DEPOSIT - RESIDENTIAL TENANT | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | ☒ Yes | | |

| 2.68. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | GORDON, TIFFANY<br>216 MARIN ST.<br>#208<br>SAN RAFAEL CA 94901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,296.35 | $4,296.35 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED VACATION | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 265 of 554

| 2.69. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | GRAHAM, AARON<br>59 IGNACIO LANE<br>APT. 10<br>NOVATO CA 94949 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,889.64 | $2,889.64<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.70. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | GREEN, JASON<br>56 CLAYTON #B<br>SAN RAFAEL CA 94901 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,562.46 | $1,562.46<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.71. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | GREG SCHWARTZ<br>7 MERRYDALE RD.<br># 2<br>SAN RAFAEL CA 94903 | *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,850.00 | $1,850.00<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.72. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.72.** Priority creditor's name and mailing address

GUIA VILLANUEVA, ROGELIO
1427 W. TEXAS STREET
SPACE B9
FAIRFIELD CA 94533-5971

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,172.17
**Priority amount** $3,172.17

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.73.** Priority creditor's name and mailing address

HARRY ALLEN MILBURN
1315 LINCOLN AVE.
# 14
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,000.00
**Priority amount** $1,000.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**2.74.** Priority creditor's name and mailing address

HECTOR AVILA
501 IGNACIO BLVD
# 314
NOVAO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,800.00
**Priority amount** $2,800.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☒ Yes

| 2.75. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | HECTOR FLORES 16914 SONOMA HWY # 8 SONOMA CA 95476 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $1,900.00 | $1,900.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

---

| 2.76. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | HENDERSON, ROBERT PO BOX 6293 SAN RAFAEL CA 94903-0241 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,925.93 | $3,925.93 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

---

| 2.77. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | HERNANDEZ GUTIERREZ, FREDY 980 IGNACIO BLVD. APT. 15 NOVATO CA 94949 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,377.51 | $2,377.51 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 268 of 554

| 2.78. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.78. Priority creditor's name and mailing address**

HERRERA, MARCOS
3400 RICHMOND PRKY. APT. 2220
RICHMOND CA 94806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,672.80
**Priority amount** $2,672.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.79. Priority creditor's name and mailing address**

HOMEWARD BOUND OF MARIN
404 WOODLAND AVE.
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,200.00
**Priority amount** $2,200.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.80. Priority creditor's name and mailing address**

HORTENCIA MENIETA VELASQUEZ
1315 LINCOLN AVE.
# 15
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,000.00
**Priority amount** $2,000.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 269 of 554

| 2.81. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.81. **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

**As of the petition filing date, the claim is:**
*Check that all apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PAYROLL TAX EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.82. **Priority creditor's name and mailing address**

IRA KAPLAN
419 PROSPECT DRIVE
# 4
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check that all apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $1,535.00
**Priority amount:** $1,535.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.83. **Priority creditor's name and mailing address**

JAMES BURNHAM
355 BOYES BLVD.
# 2
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check that all apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $3,200.00
**Priority amount:** $3,200.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 270 of 554

| 2.84. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JAMES GREEN
419 PROSPECT DRIVE
# 9
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,100.00 | $2,100.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (7)

---

2.85. **Priority creditor's name and mailing address**

JAMES HOLDEN
515 B STREET
# 3
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $975.00 | $975.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (7)

---

2.86. **Priority creditor's name and mailing address**

JAMES JERRIT DUGAS
501 IGNACIO BLVD
# 316
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,750.00 | $2,750.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (7)

2.87. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

**Priority creditor's name and mailing address**

JAMILAH PASSMORE
885 BROADWAY
# 11
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $2,350.00 | $2,350.00 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (7)

---

2.88. **Priority creditor's name and mailing address**

JEFF HUSS
419 PROSPECT DRIVE
# 7
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $300.00 | $300.00 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (7)

---

2.89. **Priority creditor's name and mailing address**

JOHN SPENCER
16914 SONOMA HWY
# 7
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $1,995.00 | $1,995.00 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (7)

| 2.90. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.90. **Priority creditor's name and mailing address**

JOHN STUART
885 BROADWAY
# 7
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,321.00 | $1,321.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

2.91. **Priority creditor's name and mailing address**

JORGE GUTIERREZ
ELIZABETH GUTIERREZ
LUIS CORREA
461 IGNACIO BLVD
# 253
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,000.00 | $1,000.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

2.92. **Priority creditor's name and mailing address**

JOSE BAZAN
NADIA BAZAN
885 BROADWAY
# 12
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,195.00 | $1,195.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 273 of 554

| 2.93. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JOSE MAGANA
JESSCIA AMETUCA
1506 VALLEJO AVE.
# 10
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,000.00 | $1,000.00 |

**Nonpriority amount**

$0.00

---

2.94.

**Priority creditor's name and mailing address**

JOSE OROZCO
16914 SONOMA HWY
# 4
SONOMA CA 95476

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,050.00 | $2,050.00 |

**Nonpriority amount**

$0.00

---

2.95.

**Priority creditor's name and mailing address**

JUAN GOVEA
355 BOYES BLVD.
# 3
SONOMA CA 95476

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |

**Nonpriority amount**

$0.00

| 2.96. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JULIE BORJA
16914 SONOMA HWY
# 17
SONOMA CA 95476

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,000.00

**Priority amount** $2,000.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.97. | **Priority creditor's name and mailing address** |
|---|---|

KAELA GIBBONS
419 PROSPECT DRIVE
# 6
SAN RAFAEL CA 94901

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,100.00

**Priority amount** $1,100.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.98. | **Priority creditor's name and mailing address** |
|---|---|

KATHLEEN MORAN
107 MARIN ST
# 6
SAN RAFAEL CA 94901

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,200.00

**Priority amount** $1,200.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.99. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Priority creditor's name and mailing address

KEVIN WATSON
885 BROADWAY
# 8
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,595.00 | $1,595.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.100.**  **Priority creditor's name and mailing address**

KHIN GRISWOLD
135 LINCOLN AVE.
# 6
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,650.00 | $1,650.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.101.**  **Priority creditor's name and mailing address**

LARRY BENJAMIN
107 MARIN ST
# 8
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,900.00 | $1,900.00 |

| Nonpriority amount |
|---|
| $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 276 of 554

| 2.102. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LAURA GLANDERING<br>7 MERRYDALE RD.<br># 1<br>SAN RAFAEL CA 94903 | *Check all that apply.* | $875.00 | $875.00 |

Check all that apply.

☑ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☑ Yes

---

| 2.103. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LEWIS, FRED<br>448 IGNACIO BLVD.<br>#125<br>NOVATO CA 94949 | *Check all that apply.* | $5,479.31 | $5,479.31 |

Check all that apply.

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(4)

☐ Yes

---

| 2.104. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LIANNA VIVOLI<br>1315 LINCOLN AVE.<br># 12<br>SAN RAFAEL CA 94901 | *Check all that apply.* | $1,650.00 | $1,650.00 |

Check all that apply.

☑ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

☑ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 277 of 554

| 2.105. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.105.**

**Priority creditor's name and mailing address**

LOPEZ, MICHAEL
11 SOUTH KNOLL RD. #9
MILL VALLEY CA 94941

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,863.23 | $2,863.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.106.**

**Priority creditor's name and mailing address**

LUCY HOLMES-HIGGIN
885 BROADWAY
# 1
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,575.00 | $2,575.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.107.**

**Priority creditor's name and mailing address**

LUIS DIAZ-GRAMAJO
FROILAN DIAZ-GRAMAJO
FRANCISCO SANTOS-DIAZ
501 IGNACIO BLVD
# 113
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,500.00 | $1,500.00 |
| | **Nonpriority amount** |
| | $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 278 of
554

| | | Total claim | Priority amount |
|---|---|---|---|

2.108. **Priority creditor's name and mailing address**

LUIS TAPIA-ARENAS
16914 SONOMA HWY
# 13
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $2,150.00 | $2,150.00 |

☒ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☒ Yes

---

2.109. **Priority creditor's name and mailing address**

LUSH, CHRISTOPHER
225 NOVA ALBION #11
SAN RAFAEL CA 94903

**As of the petition filing date, the claim is:**
*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $8,700.94 | $8,700.94 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

2.110. **Priority creditor's name and mailing address**

LYDIA MINER-VOIGT
515 B STREET
# 2
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $1,850.00 | $1,850.00 |

☒ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☒ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 279 of 554

| 2.111. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.111.** **Priority creditor's name and mailing address**

MACON-BARKER, ANGELA
63 LAUREL DR.
FAIRFAX CA 94930

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,451.92

**Priority amount** $1,451.92

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.112.** **Priority creditor's name and mailing address**

MARCELA DE LA ROSA
33 CLAY COURT
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,925.00

**Priority amount** $2,925.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.113.** **Priority creditor's name and mailing address**

MARCO ZAMORA
461 IGNACIO BLVD
# 353
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,300.00

**Priority amount** $2,300.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**2.114.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.114.** **Priority creditor's name and mailing address**

MARIA PERLA
1506 VALLEJO AVE.
# 5
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $900.00 | $900.00 |

| **Nonpriority amount** |
| --- |
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**2.115.** **Priority creditor's name and mailing address**

MARIA TALE
515 B STREET
# 10
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $1,925.00 | $1,925.00 |

| **Nonpriority amount** |
| --- |
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**2.116.** **Priority creditor's name and mailing address**

MARIO PEREZ GOMEZ
1 HAMMONDALE CT
# D
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $1,825.00 | $1,825.00 |

| **Nonpriority amount** |
| --- |
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 281 of 554

| | | | Total claim | Priority amount |
|---|---|---|---|---|

2.117.  **Priority creditor's name and mailing address**

MARJORIE WRENCH
59 IGNACIO LANE
# 5
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,795.00 | $1,795.00 |

**Nonpriority amount**

$0.00

---

2.118.  **Priority creditor's name and mailing address**

MARK VILLA-CUBILLAS
885 BROADWAY
# 9
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,050.00 | $2,050.00 |

**Nonpriority amount**

$0.00

---

2.119.  **Priority creditor's name and mailing address**

MARK YOUNG
107 MARIN ST
# 11
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,250.00 | $1,250.00 |

**Nonpriority amount**

$0.00

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 282 of 554

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.120. | **Priority creditor's name and mailing address** | $1,950.00 | $1,950.00 |

2.120.

**Priority creditor's name and mailing address**

MARTIN BOYD
461 IGNACIO BLVD
# 254
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,950.00 | $1,950.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.121.

**Priority creditor's name and mailing address**

MARTIN VELAZQUEZ
355 BOYES BLVD.
# 1
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,950.00 | $1,950.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.122.

**Priority creditor's name and mailing address**

MARTIN, KRYSTAL
525 BAKER STREET
PETALUMA CA 94952

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,345.37 | $2,345.37 |

| Nonpriority amount |
|---|
| $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 283 of 554

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.123. | **Priority creditor's name and mailing address** | $1,695.00 | $1,695.00 |

2.123. **Priority creditor's name and mailing address**

MARVIN DIAZ
501 IGNACIO BLVD
# 115
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,695.00
**Priority amount** $1,695.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

---

2.124. **Priority creditor's name and mailing address**

MATA, LEOBARDO
530 VALLEJO AVENUE
RODEO CA 94572

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,517.54
**Priority amount** $3,517.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.125. **Priority creditor's name and mailing address**

MCPHAUL, LORI
1021 PUEBLO CT.
VALLEJO CA 94591

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,173.04
**Priority amount** $3,173.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 284 of
554

| 2.126. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MEHRZAD AFIFI
515 B STREET
# 1
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,895.00

**Priority amount** $1,895.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**2.127.**

**Priority creditor's name and mailing address**

MELGOZA, SALVADOR
109 PROFESSIONAL CENTER PARKWAY
APT. 406
SAN RAFAEL CA 94903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,809.72

**Priority amount** $3,809.72

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.128.**

**Priority creditor's name and mailing address**

MEZA CHOPIN, SERGIO
140 NORTH STAR DRIVE
SANTA ROSA CA 95407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,583.34

**Priority amount** $1,583.34

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 285 of 554

| 2.129. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.129.** **Priority creditor's name and mailing address**

MICHAEL ELLIOT
1506 VALLEJO AVE.
# 11
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $400.00 | $400.00 |

**Nonpriority amount**
$0.00

---

**2.130.** **Priority creditor's name and mailing address**

MICHAEL OBESO MARIBEL OBESO
1129 3RD ST.
# 4
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,950.00 | $1,950.00 |

**Nonpriority amount**
$0.00

---

**2.131.** **Priority creditor's name and mailing address**

MICHELLE HAUSAUER
1315 LINCOLN AVE.
# 4
SAN RAFAEL CA 94901

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,150.00 | $2,150.00 |

**Nonpriority amount**
$0.00

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 286 of 554

| 2.132. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.132.**

**Priority creditor's name and mailing address**

MICHELLE KIM
7 MERRYDALE RD.
# 6
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,126.00 | $1,126.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

**2.133.**

**Priority creditor's name and mailing address**

MIRIAM ORTIZ
1315 LINCOLN AVE.
# 8
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,650.00 | $1,650.00 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

**2.134.**

**Priority creditor's name and mailing address**

MODAN, ADIL
205 PEAR CT.
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,865.99 | $1,865.99 |

| **Nonpriority amount** |
|---|
| $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 287 of 554

| 2.135. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.135.** | **Priority creditor's name and mailing address**

MR. FRANK TRAHAN
461 IGNACIO BLVD
# 151
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,455.00 | $1,455.00 |

**Nonpriority amount**
$0.00

---

**2.136.** | **Priority creditor's name and mailing address**

NANCY CHERRY
107 MARIN ST
# 10
SAN RAFAEL CA 94901

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,925.00 | $1,925.00 |

**Nonpriority amount**
$0.00

---

**2.137.** | **Priority creditor's name and mailing address**

NATALIE ANECHE
39 CLAY COURT
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,650.00 | $2,650.00 |

**Nonpriority amount**
$0.00

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 288 of 554

| 2.138. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.138.** Priority creditor's name and mailing address

NHO T. KELLEY
1129 3RD ST.
# 1
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,400.00 | $2,400.00 |

**Nonpriority amount**

$0.00

---

**2.139.** Priority creditor's name and mailing address

NORMA BAKER
21 CLAY COURT
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,650.00 | $2,650.00 |

**Nonpriority amount**

$0.00

---

**2.140.** Priority creditor's name and mailing address

OLIVAS, JEREMY
350 ROBINSON ST. #7
SONOMA CA 95476

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,892.84 | $4,892.84 |

**Nonpriority amount**

$0.00

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 289 of 554

**2.141.** **Priority creditor's name and mailing address**

OSINEK, DAVID
440M ALAMEDA DEL PRADO
NOVATO CA 94949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $918.12 | $918.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.142.** **Priority creditor's name and mailing address**

OSMAR LOPEZ
7 MERRYDALE RD.
# 4
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,050.00 | $1,050.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.143.** **Priority creditor's name and mailing address**

OVANES KOGOSOV
515 B STREET
# 7
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |
| | **Nonpriority amount** |
| | $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 290 of 554

| | | | Total claim | Priority amount |
|---|---|---|---|---|

2.144.  **Priority creditor's name and mailing address**

PABLO MARTINEZ-OLIVERA
16914 SONOMA HWY
# 18
SONOMA CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |

☑ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.145.  **Priority creditor's name and mailing address**

PAIZ, CARLOS
501 ALAMEDA DEL PRADO
APT. 215
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $3,081.90 | $3,081.90 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.146.  **Priority creditor's name and mailing address**

PASSETTI, MARA
21 ONYX STREET
LARKSPUR CA 94939

**As of the petition filing date, the claim is:**
*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $4,266.90 | $4,266.90 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 291 of 554

| 2.147. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.147.** **Priority creditor's name and mailing address**

PAUL CUNNINGHAM
1315 LINCOLN AVE.
# 11
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,000.00 | $1,000.00 |

**Nonpriority amount**

$0.00

---

**2.148.** **Priority creditor's name and mailing address**

PAUL E DROSTALEK
406 WOODLAND AVE.
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,600.00 | $1,600.00 |

**Nonpriority amount**

$0.00

---

**2.149.** **Priority creditor's name and mailing address**

PEDRO MARINO
885 BROADWAY
# 4
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,000.00 | $1,000.00 |

**Nonpriority amount**

$0.00

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 292 of 554

| 2.150. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | PETER FREEMAN<br>885 BROADWAY<br># 10<br>SONOMA CA 95476 | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,495.00 | $2,495.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☑ Yes

---

| 2.151. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | PHILLIPS, TAMI<br>161 FLORENCE CT.<br>VALLEJO CA 94589 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,494.14 | $1,494.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.152. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | PRISCILLA PARRA<br>1315 LINCOLN AVE.<br># 17<br>SAN RAFAEL CA 94901 | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,750.00 | $1,750.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

☑ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 293 of 554

| 2.153. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.153. Priority creditor's name and mailing address**

RAFAEL CARILLO
16914 SONOMA HWY
# 14
SONOMA CA 95476

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $975.00 | $975.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.154. Priority creditor's name and mailing address**

RAFAEL TORRES
16914 SONOMA HWY
# 15
SONOMA CA 95476

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.155. Priority creditor's name and mailing address**

RAFAELA, ALFREDO
PO BOX 232
BOYES HOT SPRINGS CA 95416

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,879.87 | $2,879.87 |
| | **Nonpriority amount** |
| | $0.00 |

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 294 of 554

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.156.** **Priority creditor's name and mailing address**

RALPH JON LEANHARDT
7 MERRYDALE RD.
# 8
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,200.00 | $2,200.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.157.** **Priority creditor's name and mailing address**

RAND KNOX
392 WOODLAND AVE.
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $690.00 | $690.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.158.** **Priority creditor's name and mailing address**

REVECCA OCHOA
1506 VALLEJO AVE.
# 7
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $825.00 | $825.00 |

| Nonpriority amount |
|---|
| $0.00 |

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 295 of 554

**2.159.** **Priority creditor's name and mailing address**

RICHARD MULLIN
107 MARIN ST
# 4
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,125.00 | $2,125.00 |

**Nonpriority amount**

$0.00

---

**2.160.** **Priority creditor's name and mailing address**

ROBERT BATES
515 B STREET
# 8
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,043.00 | $1,043.00 |

**Nonpriority amount**

$0.00

---

**2.161.** **Priority creditor's name and mailing address**

ROBERT WYNNE
419 PROSPECT DRIVE
# 5
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,100.00 | $2,100.00 |

**Nonpriority amount**

$0.00

Case: 20-30604　Doc# 57　Filed: 08/18/20　Entered: 08/18/20 23:35:38　Page 296 of 554

| 2.162. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ROBINSON, VIRGINIA<br>666 SCHOOL ROAD<br>COTATI CA 94931 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,992.56 | $2,992.56<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.163. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | RODRIGUEZ BOJORQUEZ, FELIX<br>1440 BUCHANAN ST.<br>NOVATO CA 94947 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,742.89 | $1,742.89<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.164. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ROMERO, JAREK<br>558 ACADIA DRIVE<br>PETALUMA CA 94954 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,475.18 | $7,475.18<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.165.** **Priority creditor's name and mailing address**

RONALD SIMMONS
59 IGNACIO LANE
# 4
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,800.00 | $1,800.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.166.** **Priority creditor's name and mailing address**

ROYALL, KAREN
103 GREENFIELD AVE.
SAN RAFAEL CA 94901-2622

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,100.24 | $2,100.24 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.167.** **Priority creditor's name and mailing address**

SANDRA SANTANA
461 IGNACIO BLVD
# 153
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,000.00 | $1,000.00 |

| Nonpriority amount |
|---|
| $0.00 |

Case: 20-30604　　Doc# 57　　Filed: 08/18/20　　Entered: 08/18/20 23:35:38　　Page 298 of 554

| 2.168. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | SCOTT STOKES<br>419 PROSPECT DRIVE<br># 3<br>SAN RAFAEL CA 94901 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 | $500.00<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

| 2.169. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | SELMI, KELLI<br>285 WOODLAND AVE.<br>#104<br>SAN RAFAEL CA 94901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,655.77 | $5,655.77<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.170. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | SERAFIN CARRANZA-BRAVO<br>355 BOYES BLVD.<br># 6<br>SONOMA CA 95476 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,995.00 | $1,995.00<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 299 of 554

**2.171.** **Priority creditor's name and mailing address**

SETH CAETANO
16914 SONOMA HWY
# 10
SONOMA CA 95476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,900.00 | $1,900.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.172.** **Priority creditor's name and mailing address**

SHANNON CAVANAUGH
1129 3RD ST.
# 2
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,100.00 | $2,100.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.173.** **Priority creditor's name and mailing address**

SOMPON DUMRONGDONTRI
107 MARIN ST
# 5
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,995.00 | $1,995.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 300 of 554

| 2.174. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SOROOSH POURMEHRABAN
419 PROSPECT DRIVE
# 1
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,000.00 | $2,000.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**2.175.   Priority creditor's name and mailing address**

STEPHANIE CHRISTINA MENDEZ
1 CLAY COURT
#5
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,000.00 | $3,000.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**2.176.   Priority creditor's name and mailing address**

STEPHEN GILLIS
107 MARIN ST
# 1
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,045.00 | $1,045.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| 2.177. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.177.** **Priority creditor's name and mailing address**

STEVEN HILL
515 B STREET
# 5
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,850.00 | $1,850.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.178.** **Priority creditor's name and mailing address**

SUSAN HERD
400 WOODLAND AVE.
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,700.00 | $1,700.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.179.** **Priority creditor's name and mailing address**

SUSANA MORENO
37 CLAY COURT
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $3,000.00 | $3,000.00 |
| | **Nonpriority amount** |
| | $0.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 302 of 554

| 2.180. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.180.** **Priority creditor's name and mailing address**

SYLVIA ESPINOZA
1129 3RD ST.
# 3
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $1,800.00 | $1,800.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.181.** **Priority creditor's name and mailing address**

TARAH TURNER
17 CLAY COURT
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $3,000.00 | $3,000.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.182.** **Priority creditor's name and mailing address**

TERRES, CHRISTINE
15 PASADENA AVENUE
SAN ANSELMO CA 94960

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $27,178.86 | $13,625.00 |
|  | **Nonpriority amount** |
|  | $13,553.86 |

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 303 of 554

| 2.183. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.183.** **Priority creditor's name and mailing address**

TEVES, JEFFERY
801 HOLLY LANE
PETALUMA CA 94952

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,127.69 | $1,127.69 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.184.** **Priority creditor's name and mailing address**

THEODORE OMALLEY
1315 LINCOLN AVE.
# 16
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,250.00 | $2,250.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**2.185.** **Priority creditor's name and mailing address**

TIM MAIN
1 HAMMONDALE CT
# B
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,900.00 | $1,900.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 304 of 554

| 2.186. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.186.** Priority creditor's name and mailing address

TISELL, JENNIFER
239 CALLE DE LA SELVA
NOVATO CA 94949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,230.85 | $4,230.85 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.187.** Priority creditor's name and mailing address

TRIMBLE, TANISHA
3600 SIERRA RIDGE ROAD
#1205
RICHMOND CA 94806-5403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCRUED VACATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,045.76 | $2,045.76 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.188.** Priority creditor's name and mailing address

TYREE CLAY
107 MARIN ST
# 2
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Total claim | Priority amount |
|---|---|
| $2,200.00 | $2,200.00 |

| Nonpriority amount |
|---|
| $0.00 |

---

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 305 of 554

| 2.189. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.189.** Priority creditor's name and mailing address

VICTOR BERMUDEZ-MENDOZA
355 BOYES BLVD.
# 8
SONOMA CA 95476

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $1,995.00 | $1,995.00 |

**Nonpriority amount**
$0.00

---

**2.190.** Priority creditor's name and mailing address

VICTOR ESCOBAR
885 BROADWAY
# 14
SONOMA CA 95476

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,836.00 | $2,836.00 |

**Nonpriority amount**
$0.00

---

**2.191.** Priority creditor's name and mailing address

VICTOR GRAMAJO
501 IGNACIO BLVD
# 313
NOVATO CA 94949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(7)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - RESIDENTIAL TENANT

**Is the claim subject to offset?**
☐ No
☑ Yes

| Total claim | Priority amount |
|---|---|
| $2,750.00 | $2,750.00 |

**Nonpriority amount**
$0.00

Case: 20-30604　　Doc# 57　　Filed: 08/18/20　　Entered: 08/18/20 23:35:38　　Page 306 of 554

| 2.192. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $4,678.55 | $4,678.55 |

ZABELIN, NICHOLAS
2415 ORLEANS STREET
SANTA ROSA CA 95403

☐ Contingent
☐ Unliquidated

| **Nonpriority amount** |
|---|
| $0.00 |

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.193. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $4,681.70 | $4,681.70 |

ZOKHRABOVA, ROSSANA
225 NOVA ALBION WAY #21
SAN RAFAEL CA 94903

☐ Contingent
☐ Unliquidated

| **Nonpriority amount** |
|---|
| $0.00 |

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED VACATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 307 of
554

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

200 WOODLAND, LLC
615 IRWIN ST
22, 615
SAN RAFAEL CA 94901

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,500.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADOBE CREEK BREWING COMPANY, LLC
359 BEL MARIN KEYS BLVD
17B
NOVATO CA 94949

☑ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AFFILIATE DUE TO --- PISF I
350 IGNACIO BLVD
NOVATO CA 94949

☑ Contingent
☐ Unliquidated
☐ Disputed

$4,396,893.97

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 308 of 554

| 3.4. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|

AFFILIATE DUE TO --- PISF IX
350 IGNACIO BLVD
NOVATO CA 94949

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$760,326.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.5. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|

AFFILIATE DUE TO --- PISF VII
350 IGNACIO BLVD
NOVATO CA 94949

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,011,766.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.6. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|

AFFILIATE DUE TO --- PISF XII
350 IGNACIO BLVD
NOVATO CA 94949

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,571,094.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.7.    **Nonpriority creditor's name and mailing address**

AFFILIATE DUE TO --- PISF XIII
350 IGNACIO BLVD
NOVATO CA 94949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
|---|
| $727,737.61 |

3.8.    **Nonpriority creditor's name and mailing address**

AFFILIATE DUE TO --- PISF XIV
350 IGNACIO BLVD
NOVATO CA 94949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
|---|
| $1,944,516.29 |

3.9.    **Nonpriority creditor's name and mailing address**

AFFILIATE DUE TO --- PISF XV
350 IGNACIO BLVD
NOVATO CA 94949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
|---|
| $589,552.36 |

| | | |
|---|---|---|
| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.10.** **Nonpriority creditor's name and mailing address**

AFFILIATE DUE TO --- PISF XVII
350 IGNACIO BLVD
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

($52,806.25)

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.11.** **Nonpriority creditor's name and mailing address**

AFFILIATE DUE TO ---1222 ERWIN
350 IGNACIO BLVD
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$921,300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.12.** **Nonpriority creditor's name and mailing address**

AFFILIATE DUE TO ---355 REDWOOD BLVD
350 IGNACIO BLVD
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.13. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.13.** Nonpriority creditor's name and mailing address

AFFILIATE DUE TO ---885 BROADWAY
350 IGNACIO BLVD
NOVATO CA 94949

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,790.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.14.** Nonpriority creditor's name and mailing address

AFFILIATE DUE TO ---LLC 31
350 IGNACIO BLVD
NOVATO CA 94949

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$850,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.15.** Nonpriority creditor's name and mailing address

AFFILIATE DUE TO ---LLC 39
350 IGNACIO BLVD
NOVATO CA 94949

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$132,792.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.16. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

AFFILIATE DUE TO ---LLC 44
350 IGNACIO BLVD
NOVATO CA 94949

☒ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.17. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

AFFILIATE DUE TO ---LLC 45
350 IGNACIO BLVD
NOVATO CA 94949

☒ Contingent
☐ Unliquidated
☐ Disputed

$710,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.18. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

AFFILIATE DUE TO ---LLC 46
350 IGNACIO BLVD
NOVATO CA 94949

☒ Contingent
☐ Unliquidated
☐ Disputed

$707,510.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AFFILIATE PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 313 of 554

| 3.19. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

AFFILIATE DUE TO ---LLC 48
350 IGNACIO BLVD
NOVATO CA 94949

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,015,681.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.20. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

AFFILIATE DUE TO ---LLC 49
350 IGNACIO BLVD
NOVATO CA 94949

☒ Contingent
☐ Unliquidated
☐ Disputed

$417,300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.21. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

AFFILIATE DUE TO ---PISF
350 IGNACIO BLVD
NOVATO CA 94949

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,473,387.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 314 of
554

| | | | |
|---|---|---|---|

3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

AFFILIATE DUE TO--- PISF XVIII
350 IGNACIO BLVD
NOVATO CA 94949

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$5,467,137.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

AFFILIATE DUETO ---LLC 47
350 IGNACIO BLVD
NOVATO CA 94949

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$902,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AFFILIATE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ALIRIO AVILA'S CONSTRUCTION, INC
359 BEL MARIN KEYS BLVD
28
NOVATO CA 94949

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,650.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 315 of
554

| 3.25. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.25.

**Nonpriority creditor's name and mailing address**

ANTHONY BRINTON / BRINTON DESIGN
200 GATE FIVE RD
109
SAUSALITO CA 94965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$1,131.00

---

3.26.

**Nonpriority creditor's name and mailing address**

ANTHONY CAPRINI / PRECISION BODY SHOP &
DETAIL
37 DUFFY PL
37
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$5,988.00

---

3.27.

**Nonpriority creditor's name and mailing address**

APPLIED FINANCIAL SERVICES, INC.
359 BEL MARIN KEYS BLVD
01
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$4,000.00

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 316 of 554

| | | |
|---|---|---|
| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.28.**

**Nonpriority creditor's name and mailing address**

BARB SISKIN / FAR WESTERN
ANTHROPOLOGICAL RESEARCH GROUP, INC.
200 GATE FIVE RD
102
SAUSALITO CA 94965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim**

$5,020.00

---

**3.29.**

**Nonpriority creditor's name and mailing address**

BAYCITI - BAY CITIES REFUSE SVC, INC.

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**

$1,409.20

---

**3.30.**

**Nonpriority creditor's name and mailing address**

BECERRA - BECERRA LANDSCAPING

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim**

$325.00

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 317 of 554

3.31.   **Nonpriority creditor's name and mailing address**

BECERRA - BECERRA LANDSCAPING

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
| --- |
| $475.00 |

---

3.32.   **Nonpriority creditor's name and mailing address**

BIRK HOLDINGS LLC
359 BEL MARIN KEYS BLVD
12
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
| --- |
| $920.00 |

---

3.33.   **Nonpriority creditor's name and mailing address**

BLACKSTONE BENEFITS & PURPOSE FINANCIAL
359 BEL MARIN KEYS BLVD
09
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
| --- |
| $1,600.00 |

3.34. **Nonpriority creditor's name and mailing address**

BRENDA AUDREY LINDSTROM
359 BEL MARIN KEYS BLVD
10
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$1,800.00

---

3.35. **Nonpriority creditor's name and mailing address**

CAMGAB - CAMPBELL

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$5.49

---

3.36. **Nonpriority creditor's name and mailing address**

CEREAL NUMBER LLC
200 GATE FIVE RD
112
SAUSALITO CA 94965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$3,600.00

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 319 of 554

| 3.37. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Nonpriority creditor's name and mailing address

CHINAR - NARDELL CHITSAZ & ASSOCIATES LLP

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$180.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.38.**

**Nonpriority creditor's name and mailing address**

CHRISTOPHER'S CONSTRUCTION, INC.
359 BEL MARIN KEYS BLVD
14
NOVATO CA 94949

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,100.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.39.**

**Nonpriority creditor's name and mailing address**

CITNOV - CITY OF NOVATO

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$230.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 320 of 554

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITNOV - CITY OF NOVATO

☒ Contingent
☐ Unliquidated
☐ Disputed

$252.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COLIN DAVITIAN / GATEWAY LEARNING GROUP, INC.
121 PAUL DR
121B
SAN RAFAEL CA 94903

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,225.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROPES - CROWN & SHIELD PEST SOLUTIONS

☒ Contingent
☐ Unliquidated
☐ Disputed

$145.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 321 of 554

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CROPES - CROWN & SHIELD PEST SOLUTIONS

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$160.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.44. **Nonpriority creditor's name and mailing address**
CROPES - CROWN & SHIELD PEST SOLUTIONS

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$75.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.45. **Nonpriority creditor's name and mailing address**
DAVID CLARK / CLARK SOLUTIONS
353 BEL MARIN KEYS BLVD
09
NOVATO CA 94949

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$900.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 322 of 554

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEPOT - HOME DEPOT CREDIT SERVICE

☑ Contingent
☐ Unliquidated
☐ Disputed

$46.84

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEPOT - HOME DEPOT CREDIT SERVICE

☑ Contingent
☐ Unliquidated
☐ Disputed

$883.76

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEPOT - HOME DEPOT CREDIT SERVICE

☑ Contingent
☐ Unliquidated
☐ Disputed

$116.44

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Case: 20-30604        Doc# 57        Filed: 08/18/20        Entered: 08/18/20 23:35:38        Page 323 of 554

| | | |
|---|---|---|
| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.49.

**Nonpriority creditor's name and mailing address**

DISCOVERY OFFICE SYSTEMS
353 BEL MARIN KEYS BLVD
10
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| $1,150.50 |

---

3.50.

**Nonpriority creditor's name and mailing address**

DOMGUEZ - DOMINGUEZ

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
|---|
| $71.10 |

---

3.51.

**Nonpriority creditor's name and mailing address**

DOUGLAS SOO & RACHAEL STAUDT/PROJECT
SQUEEBLE LLC
200 GATE FIVE RD
110
SAUSALITO CA 94965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| $2,400.00 |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 324 of 554

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EAH HOUSING, A NON-PROFIT HOUSING CORP.
359 BEL MARIN KEYS BLVD
07
NOVATO CA 94949

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,600.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELIZABETH GRACEFFO
353 BEL MARIN KEYS BLVD
06
NOVATO CA 94949

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,800.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FEDEX - FEDERAL EXPRESS

☑ Contingent
☐ Unliquidated
☐ Disputed

$168.33

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 325 of 554

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.55. **Nonpriority creditor's name and mailing address**

FISHMAN - FISHMAN SUPPLY COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$59.94

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.56. **Nonpriority creditor's name and mailing address**

FRIEDMAN - HOME IMPROVEMENT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$114.71

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.57. **Nonpriority creditor's name and mailing address**

GERALDINE & JAY DAVIS
359 BEL MARIN KEYS BLVD
25
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,600.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GGI - GOLDEN GATE INVESTIGATIONS, INC.

☒ Contingent
☐ Unliquidated
☐ Disputed

$7,200.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GHIRARDO, CPA
7200 REDWOOD BLVD
312, 403, 404, STOR.B
NOVATO CA 94947

☒ Contingent
☐ Unliquidated
☐ Disputed

$15,900.83

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HILPAINT - HILCIAS PAINTING, INC

☒ Contingent
☐ Unliquidated
☐ Disputed

$7,430.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.61. | **Nonpriority creditor's name and mailing address** |

**3.61.**

**Nonpriority creditor's name and mailing address**

HORIBA INSTRUMENTS INC.
359 BEL MARIN KEYS BLVD
18
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$1,300.00

---

**3.62.**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL LEISURE TRAVEL, INC. (ILT)
7200 REDWOOD BLVD
301
NOVATO CA 94947

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$2,300.00

---

**3.63.**

**Nonpriority creditor's name and mailing address**

ISAAC KHELIF / IK DESIGN, INC.
21-23 DUFFY PL
21,23A
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$10,377.50

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 328 of
554

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JON NEWTON
7200 REDWOOD BLVD
402
NOVATO CA 94947

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,935.50

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.65. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOSEPH ALEXANDER / MOBILE KANGAROO
121 PAUL DR
121C
SAN RAFAEL CA 94903

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,010.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.66. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KRISTINA BRAUN / EMILY ADAMS / BRAUN +
ADAMS INTERIORS
200 GATE FIVE RD
203
SAUSALITO CA 94965

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,131.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 329 of
554

| | |
|---|---|

**3.67.** | **Nonpriority creditor's name and mailing address**

LAWRENCE LEVSTIK / LAWRENCE AUTOMOTIVE
25 DUFFY PL
25A
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| $2,430.00 |

**3.68.** | **Nonpriority creditor's name and mailing address**

LIUZZI, MURPHY, SOLOMON , CHURTON & HALE
LLP
7200 REDWOOD BLVD
300
NOVATO CA 94947

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| $3,471.06 |

**3.69.** | **Nonpriority creditor's name and mailing address**

LYNNE CURTIN GILLES / CURTIN CONVENTION
& EXPOSITION SERVICES
359 BEL MARIN KEYS BLVD
05
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| $2,000.00 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 330 of
554

3.70.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
        MAINT - HD SUPPLY FACILITIES MAINTENANCE          *Check all that apply.*                              $176.88

        ☑ Contingent
        ☐ Unliquidated
        ☐ Disputed

        **Date or dates debt was incurred**                 **Basis for the claim:**
        _____                    _____

        **Last 4 digits of account number:**                **Is the claim subject to offset?**
                                                            ☐ No
                                                            ☐ Yes

3.71.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
        MALCOLM GUTHRIE / KIDZ LOVE SOCCER                 *Check all that apply.*                              $1,450.00
        353 BEL MARIN KEYS BLVD
        08                                                  ☑ Contingent
        NOVATO CA 94949                                     ☐ Unliquidated
                                                            ☐ Disputed

        **Date or dates debt was incurred**                 **Basis for the claim:**
        _____                    DEPOSIT - COMMERCIAL TENANT

        **Last 4 digits of account number:**                **Is the claim subject to offset?**
                                                            ☐ No
                                                            ☑ Yes

3.72.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
        MARTZ ACCOUNTANCY CORPORATION                      *Check all that apply.*                              $5,700.00
        7200 REDWOOD BLVD
        325                                                 ☑ Contingent
        NOVATO CA 94947                                     ☐ Unliquidated
                                                            ☐ Disputed

        **Date or dates debt was incurred**                 **Basis for the claim:**
        _____                    DEPOSIT - COMMERCIAL TENANT

        **Last 4 digits of account number:**                **Is the claim subject to offset?**
                                                            ☐ No
                                                            ☑ Yes

| | |
|---|---|
| 3.73. | **Nonpriority creditor's name and mailing address** |

MATRIX - MATRIX HG, INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,389.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.74.    **Nonpriority creditor's name and mailing address**

MATRIX - MATRIX HG, INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,032.50

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.75.    **Nonpriority creditor's name and mailing address**

MATRIX - MATRIX HG, INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$226.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

3.76. **Nonpriority creditor's name and mailing address**

MELISSA TERVET-DA CUNHA, MFT
121 PAUL DR
121E
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$900.00

---

3.77. **Nonpriority creditor's name and mailing address**

NORTH BAY LIGHTING AND ELECTRICAL
SUPPLY, INC.
37 DUFFY PL
37
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$4,624.00

---

3.78. **Nonpriority creditor's name and mailing address**

NORTON FINE ART HANDLING/VINCENT
ZUARDO
23 DUFFY PL
23B
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$7,000.00

---

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 333 of 554

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OBERKAMPER & ASSOC.
7200 REDWOOD BLVD
308
NOVATO CA 94947

☑ Contingent
☐ Unliquidated
☐ Disputed

$11,342.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ORKIN - ORKIN PEST CONTROL

☑ Contingent
☐ Unliquidated
☐ Disputed

$80.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PCON - PACIFICONTRACT, INC

☑ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.82. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.82.** **Nonpriority creditor's name and mailing address**

PINI - PINI ACE HARDWARE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$49.08

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.83.** **Nonpriority creditor's name and mailing address**

PINI - PINI ACE HARDWARE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66.44

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.84.** **Nonpriority creditor's name and mailing address**

PINI - PINI ACE HARDWARE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3.96

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.85. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.85.**

**Nonpriority creditor's name and mailing address**

PINI - PINI ACE HARDWARE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$37.92

---

**3.86.**

**Nonpriority creditor's name and mailing address**

PRECISION BODY SHOP & DETAIL
37 DUFFY PL
37
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$11,181.00

---

**3.87.**

**Nonpriority creditor's name and mailing address**

RAFAEL GARCIA
359 BEL MARIN KEYS BLVD
22
NOVATO CA 94949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$700.00

---

3.88.    **Nonpriority creditor's name and mailing address**

RAFAEL GARCIA RODRIGUEZ
359 BEL MARIN KEYS BLVD
24
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$1,400.00

---

3.89.    **Nonpriority creditor's name and mailing address**

RIGHT AT HOME - HOMECARE MARIN, LLC
121 PAUL DR
121A-2
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$1,190.00

---

3.90.    **Nonpriority creditor's name and mailing address**

ROBERT HUBBS
121 PAUL DR
121D
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$420.00

3.91.    **Nonpriority creditor's name and mailing address**

SCOTT DONNELLAN & LISA GRUNDY / ROOST
C/O KENNETH SPERANDIO, JR.
665 CHESTNUT ST
3RD FL.
SAN FRANCISCO CA 94133

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$36,850.30

---

3.92.    **Nonpriority creditor's name and mailing address**

SHAHRAM GHODSIAN / TRUSH CONSTRUCTION
200 GATE FIVE RD
104, 201
SAUSALITO CA 94965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$2,612.50

---

3.93.    **Nonpriority creditor's name and mailing address**

SHAWN J. CURTIN, ATTORNEY
117 PAUL DR
117C
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$1,015.00

3.94. **Nonpriority creditor's name and mailing address**

SIMMONDS & ASSOCIATES, INC
359 BEL MARIN KEYS BLVD
03
NOVATO CA 94949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
| --- |
| $1,000.00 |

3.95. **Nonpriority creditor's name and mailing address**

SINGLEPOINT DESIGN BUILD
200 GATE FIVE RD
109
SAUSALITO CA 94965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
| --- |
| $2,600.00 |

3.96. **Nonpriority creditor's name and mailing address**

SPRINT - SPRINT

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Amount of claim |
| --- |
| $362.57 |

3.97.   **Nonpriority creditor's name and mailing address**

STAPLES - STAPLES BUSINESS CREDIT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,447.69

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.98.   **Nonpriority creditor's name and mailing address**

SUPJAN - JANILINE SUPPLY COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$683.38

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.99.   **Nonpriority creditor's name and mailing address**

SUSAN AIKEN, PLAINTIFF
GIBBS LAW GROUP LLP
MICHAEL L. SCHRAG
505 14TH STREET
SUITE 1110
OAKLAND CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 340 of 554

3.100.    **Nonpriority creditor's name and mailing address**

TARA HIGGINS & MORGAN DALY, ATTORNEYS
AT LAW
121 PAUL DR
121A
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$895.00

---

3.101.    **Nonpriority creditor's name and mailing address**

TERA & ALFREDO ANACONA / CIBO OF
SAUSALITO
200 GATE FIVE RD
105
SAUSALITO CA 94965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$5,500.00

---

3.102.    **Nonpriority creditor's name and mailing address**

THOMAS FETHERSTON / CUSTOM FURNITURE
DESIGN STUDIOS
31 DUFFY PL
31
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$8,136.25

| | | |
|---|---|---|
| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.103.**

**Nonpriority creditor's name and mailing address**

TORRAF - RAFAEL TORRES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$190.00

---

**3.104.**

**Nonpriority creditor's name and mailing address**

TOWNSHIPENG - TOWNSHIP ENGINEERING INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$1,129.62

---

**3.105.**

**Nonpriority creditor's name and mailing address**

US SECURITIES AND EXHCANGE COMMISSION
REBECCA LUBENS
44 MONTGOMERY STREET
SUITE 2800
SAN FRANCISCO CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

SEC INVESTIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.106.    **Nonpriority creditor's name and mailing address**

USS - UNIVERSAL SITE SERVICES

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$74.57

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.107.    **Nonpriority creditor's name and mailing address**

W.G.I. FABRICATIONS
25 DUFFY PL
25B
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,103.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.108.    **Nonpriority creditor's name and mailing address**

WEST COAST REPORTERS - DAILY USE - VACANT
117 PAUL DR
117A, 119B, 119C
SAN RAFAEL CA 94903

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

3.109.   **Nonpriority creditor's name and mailing address**

WEST COAST REPORTERS, INC.
117 PAUL DR
117A, 119B, 119C
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No

☒ Yes

| Amount of claim |
| --- |
| $4,875.00 |

3.110.   **Nonpriority creditor's name and mailing address**

WHITEHALL-PARKER SECURITIES, INC.
117 PAUL DR
117B
SAN RAFAEL CA 94903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

DEPOSIT - COMMERCIAL TENANT

**Is the claim subject to offset?**

☐ No

☒ Yes

| Amount of claim |
| --- |
| $3,500.00 |

3.111.   **Nonpriority creditor's name and mailing address**

WLMAY - W.L. MAY CO.

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Amount of claim |
| --- |
| $22.98 |

Case: 20-30604      Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 344 of 554

3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WLMAY - W.L. MAY CO.

*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

$643.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____        _____

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.     **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

       **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| GIBBS LAW GROUP LLP<br>LINDA LAM<br>505 14TH STREET<br>SUITE 1110<br>OAKLAND CA 94612 | Part 2 line 3.99 | _____ |
| INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVE., NW<br>WASHINGTON DC 20224 | Part 1 line 2.81 | _____ |
| SILVER LAW GROUP<br>SCOTT L. SILVER<br>11780 W. SAMPLE ROAD<br>CORAL SPRINGS FL 33065 | Part 2 line 3.99 | _____ |
| US ATTORNEY FOR THE NORTHERN DISTRICT<br>OF CALIFORNIA<br>DAVID L. ANDERSON<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO CA 94102 | Part 2 line 3.105 | _____ |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 346 of 554

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $480,713.77 |
| **5b.** | **Total claims from Part 2** | 5b.    **+** | $24,870,377.91 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $25,351,091.68 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 347 of
554

Fill in this information to identify the case:

**Debtor name:** Professional Financial Investors, Inc.

**United States Bankruptcy Court for the:** Northern District of California

**Case number (if known):** 20-30604

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | Title of contract | COPIER LEASE | |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE - XEROX 7845 (THIRD FLOOR) | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.2. | Title of contract | COPIER LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE - XEROX C8045 (THIRD FLOOR) | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.3. | Title of contract | COPIER LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE - XEROX C8055 (THIRD FLOOR) | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.4. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TAX PREPARTION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | 1099 PRO, INC. |
| | **State the term remaining** | NOT STATED | 23901 CALABASAS ROAD, SUITE 2080 |
| | **List the contract number of any government contract** | _____ | CALABASAS CA 91302-4104 |

| | | | |
|---|---|---|---|
| 2.5. | **Title of contract** | STANDARD INDUSTRIAL / COMMERCIAL MULTI-TENANT LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COMMERCIAL | |
| | **Nature of debtor's interest** | LESSOR | 200 WOODLAND, LLC |
| | **State the term remaining** | 07/31/2024 | 615 IRWIN ST |
| | **List the contract number of any government contract** | _____ | 22, 615 SAN RAFAEL CA 94901 |

| | | | |
|---|---|---|---|
| 2.6. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | 350 IGNACIO CONDOMINIUM ASSOCIATION DUES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | 350 IGNACIO CONDOMINIUM ASSOCIATION |
| | **State the term remaining** | NOT STATED | 10 LIBERTY SHIP WAY, SUITE 150 |
| | **List the contract number of any government contract** | _____ | SAUSALITO CA 94965 |

| | | | |
|---|---|---|---|
| 2.7. | **Title of contract** | A.C SERVICES LANDSCAPE MAINTENANCE, INC. SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LANDSCAPE SERVICES FOR 216 MARIN STREET, SAN RAFAEL, CA (OAK HILL APARTMENTS) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | A.C SERVICES LANDSCAPE MAINTENANCE, INC. |
| | **State the term remaining** | 8/31/2021 SUBJECT TO AUTOMATIC RENEWAL | P.O. BOX 1222 |
| | **List the contract number of any government contract** | _____ | NOVATO CA 94948 |

| | | | |
|---|---|---|---|
| 2.8. | **Title of contract** | A.C SERVICES LANDSCAPE MAINTENANCE, INC. SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LANDSCAPE SERVICES FOR 107 MARIN STREET, SAN RAFAEL, CA (107 MARIN APARTMENTS) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | A.C SERVICES LANDSCAPE MAINTENANCE, INC. |
| | **State the term remaining** | 8/31/2021 SUBJECT TO AUTOMATIC RENEWAL | P.O. BOX 1222 |
| | **List the contract number of any government contract** | _____ | NOVATO CA 94948 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 349 of 554

| 2.9. | Title of contract | A.C SERVICES LANDSCAPE MAINTENANCE, INC. SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LANDSCAPE SERVICES FOR 390 WOODLAND AVE., SAN RAFAEL, CA (390 WOODLAND APARTMENTS) | |
| | Nature of debtor's interest | CONTRACT PARTY | A.C SERVICES LANDSCAPE MAINTENANCE, INC. |
| | State the term remaining | 8/31/2021 SUBJECT TO AUTOMATIC RENEWAL | P.O. BOX 1222 NOVATO CA 94948 |
| | List the contract number of any government contract | _____ | |

| 2.10. | Title of contract | A.C SERVICES LANDSCAPE MAINTENANCE, INC. SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LANDSCAPE SERVICES FOR 1129 3RD STREET, NOVATO, CA (1129 3RD ST. APARTMENTS) | |
| | Nature of debtor's interest | CONTRACT PARTY | A.C SERVICES LANDSCAPE MAINTENANCE, INC. |
| | State the term remaining | 8/31/2021 SUBJECT TO AUTOMATIC RENEWAL | P.O. BOX 1222 NOVATO CA 94948 |
| | List the contract number of any government contract | _____ | |

| 2.11. | Title of contract | A.C SERVICES LANDSCAPE MAINTENANCE, INC. SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LANDSCAPE SERVICES FOR 1506 VALLEJO STREET, NOVATO, CA (NOVATO COURT APARTMENTS) | |
| | Nature of debtor's interest | CONTRACT PARTY | A.C SERVICES LANDSCAPE MAINTENANCE, INC. |
| | State the term remaining | 8/31/2021 SUBJECT TO AUTOMATIC RENEWAL | P.O. BOX 1222 NOVATO CA 94948 |
| | List the contract number of any government contract | _____ | |

| 2.12. | Title of contract | A.C SERVICES LANDSCAPE MAINTENANCE, INC. SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LANDSCAPE SERVICES FOR49 IGNACIO LANE, NOVATO, CA (IGNACIO LANE APARTMENTS) | |
| | Nature of debtor's interest | CONTRACT PARTY | A.C SERVICES LANDSCAPE MAINTENANCE, INC. |
| | State the term remaining | 8/31/2021 SUBJECT TO AUTOMATIC RENEWAL | P.O. BOX 1222 NOVATO CA 94948 |
| | List the contract number of any government contract | _____ | |

| 2.13. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ACHSEN, JACQUES 124 PINE ST |
| | State the term remaining | 12/31/2046 | SAN ANSELMO CA 94960 |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 350 of 554

2.14.  **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL         State the name and mailing address
                                            INVESTORS 34, LLC                            for all other parties with whom the
                                                                                         debtor has an executory contract or
       **State what the contract or**       AGREEMENT TO PURCHASE, MANAGE, AND SELL A    unexpired lease
       **lease is for**                     28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                            RAFAEL, CA                                   ACHSEN, JACQUES
                                                                                         124 PINE ST
       **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER                   SAN ANSELMO CA 94960

       **State the term remaining**         12/31/2046

       **List the contract number of**      _____
       **any government contract**

2.15.  **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL         State the name and mailing address
                                            INVESTORS 40, LLC                            for all other parties with whom the
                                                                                         debtor has an executory contract or
       **State what the contract or**       AGREEMENT TO PURCHASE, MANAGE, AND SELL 42   unexpired lease
       **lease is for**                     APARTMENT HOMES LOCATED IN GLEN ELLEN, CA
                                                                                         ACHSEN, JACQUES
       **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER                   124 PINE ST
                                                                                         SAN ANSELMO CA 94960
       **State the term remaining**         12/31/2055

       **List the contract number of**      _____
       **any government contract**

2.16.  **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL         State the name and mailing address
                                            INVESTORS 43, LLC                            for all other parties with whom the
                                                                                         debtor has an executory contract or
       **State what the contract or**       AGREEMENT TO PURCHASE, MANAGE, AND SELL 20   unexpired lease
       **lease is for**                     APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA
                                                                                         ACHSEN, JACQUES
       **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER                   124 PINE ST
                                                                                         SAN ANSELMO CA 94960
       **State the term remaining**         12/31/2055

       **List the contract number of**      _____
       **any government contract**

2.17.  **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL         State the name and mailing address
                                            INVESTORS 48, LLC                            for all other parties with whom the
                                                                                         debtor has an executory contract or
       **State what the contract or**       AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32- unexpired lease
       **lease is for**                     UNIT APARTMENT BUILDING LOCATED IN CORTE
                                            MADERA, CA                                   ACHSEN, JACQUES
                                                                                         124 PINE ST
       **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER                   SAN ANSELMO CA 94960

       **State the term remaining**         12/31/2055

       **List the contract number of**      _____
       **any government contract**

2.18.  **Title of contract**                OPERATING AGREEMENT OF PROFESSIONAL          State the name and mailing address
                                            INVESTORS 20, LLC                            for all other parties with whom the
                                                                                         debtor has an executory contract or
       **State what the contract or**       AGREEMENT TO PURCHASE, MANAGE AND SELL THE   unexpired lease
       **lease is for**                     IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 &
                                            531 ALAMEDA DEL PRADO)                       ADAMS, JAMES IRA SERVICES
                                                                                         #361185
       **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER                   16 CYPRESS
                                                                                         KENTFIELD CA 94904
       **State the term remaining**         12/31/2025

       **List the contract number of**      _____
       **any government contract**

| | | | |
|---|---|---|---|
| 2.19. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 16 CYPRESS |
| | **State the term remaining** | 12/31/2046 | KENTFIELD CA 94904 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.20. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 16 CYPRESS |
| | **State the term remaining** | 12/31/2046 | KENTFIELD CA 94904 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.21. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 16 CYPRESS KENTFIELD CA 94904 |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.22. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 16 CYPRESS KENTFIELD CA 94904 |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.23. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 16 CYPRESS |
| | **State the term remaining** | 07/31/2047 | KENTFIELD CA 94904 |
| | **List the contract number of any government contract** | _____ | |

| 2.24. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 |
| | **State the term remaining** | 07/31/2047 | 16 CYPRESS KENTFIELD CA 94904 |
| | **List the contract number of any government contract** | _____ | |

| 2.25. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 |
| | **State the term remaining** | 12/31/2048 | 16 CYPRESS KENTFIELD CA 94904 |
| | **List the contract number of any government contract** | _____ | |

| 2.26. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 |
| | **State the term remaining** | 12/31/2055 | 16 CYPRESS KENTFIELD CA 94904 |
| | **List the contract number of any government contract** | _____ | |

| 2.27. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 |
| | **State the term remaining** | 12/31/2055 | 16 CYPRESS KENTFIELD CA 94904 |
| | **List the contract number of any government contract** | _____ | |

| 2.28. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ADAMS, JAMES IRA SERVICES #361185 |
| | **State the term remaining** | 12/31/2055 | 16 CYPRESS KENTFIELD CA 94904 |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 353 of 554

| 2.29. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | ADAMS, JAMES IRA SERVICES #361185 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | 16 CYPRESS |
| | State the term remaining | 12/31/2055 | KENTFIELD CA 94904 |
| | List the contract number of any government contract | | |

| 2.30. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | ADEL, DIANNE PO BOX 1132 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | WOODACRE CA 94973 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.31. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | ADEL, DIANNE AND FRANK PO BOX 1132 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | WOODACRE CA 94973 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.32. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | ADEL, DIANNE AND FRANK PO BOX 1132 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | WOODACRE CA 94973 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.33. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | ADEL, DIANNE IRA SERVICES TRUST COMPANY #765399 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 1132 |
| | State the term remaining | 12/31/2055 | WOODACRE CA 94973 |
| | List the contract number of any government contract | | |

| 2.34. | Title of contract | FIRST AMENDMENT TO LEASE CERTAIN LEASE BY AND BETWEEN PROFESSIONAL FINANCIAL INVESTORS, INC. "LESSOR" AND ADOBE CREEK BREWING COMPANY, LLC "LESSEE" | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | ADOBE CREEK BREWING COMPANY, LLC |
| | Nature of debtor's interest | LESSOR | 359 BEL MARIN KEYS BLVD 17B |
| | State the term remaining | 07/31/2021 | NOVATO CA 94949 |
| | List the contract number of any government contract | _____ | |

| 2.35. | Title of contract | FIRST AMENDMENT TO LEASE AGREEMENT LESSEE'S RIGHT TO LEASE SUITE 117 B | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | ADRIENNE MEDA DBA WEST COAST REPORTERS |
| | Nature of debtor's interest | LESSOR | 117 PAUL DR 117A, 119B, 119C |
| | State the term remaining | 10/31/2020 | SAN RAFAEL CA 94903 |
| | List the contract number of any government contract | _____ | |

| 2.36. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | AIKEN, LIONEL |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.37. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | ALBANESE, CHARLENE |
| | Nature of debtor's interest | GENERAL PARTNER | PO BOX 625 |
| | State the term remaining | 12/31/2058 | LARKSPUR CA 94977 |
| | List the contract number of any government contract | _____ | |

| 2.38. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | ALBANESE, CHARLENE IRA SERVICES TRUST COMPANY #386157 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 625 |
| | State the term remaining | 12/31/2025 | LARKSPUR CA 94977 |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 355 of 554

| 2.39. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

State what the contract or lease is for: AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

Nature of debtor's interest: MEMBER AND GENERAL MANAGER

State the term remaining: 12/31/2055

List the contract number of any government contract: _____

ALBERTY, BETSY L.
626 GEORGIANA ST
PORT ANGELES WA 98362

---

| 2.40. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

State what the contract or lease is for: AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

Nature of debtor's interest: MEMBER AND GENERAL MANAGER

State the term remaining: 12/31/2025

List the contract number of any government contract: _____

ALIFANO, RANDALL
7 MABRY WAY
SAN RAFAEL CA 94903

---

| 2.41. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

State what the contract or lease is for: AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

Nature of debtor's interest: MEMBER AND GENERAL MANAGER

State the term remaining: 12/31/2025

List the contract number of any government contract: _____

ALIFANO, RANDALL
7 MABRY WAY
SAN RAFAEL CA 94903

---

| 2.42. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

State what the contract or lease is for: AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

Nature of debtor's interest: MEMBER AND GENERAL MANAGER

State the term remaining: 12/31/2044

List the contract number of any government contract: _____

ALIFANO, RANDALL
7 MABRY WAY
SAN RAFAEL CA 94903

---

| 2.43. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

State what the contract or lease is for: AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

Nature of debtor's interest: MEMBER AND GENERAL MANAGER

State the term remaining: 12/31/2046

List the contract number of any government contract: _____

ALIFANO, RANDALL
7 MABRY WAY
SAN RAFAEL CA 94903

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 356 of 554

2.44. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ALIFANO, RANDALL |
| | **State the term remaining** | 12/31/2046 | 7 MABRY WAY<br>SAN RAFAEL CA 94903 |
| | **List the contract number of any government contract** | _____ | |

2.45. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ALIFANO, RANDALL |
| | **State the term remaining** | 12/31/2046 | 7 MABRY WAY<br>SAN RAFAEL CA 94903 |
| | **List the contract number of any government contract** | _____ | |

2.46. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ALIFANO, RANDALL |
| | **State the term remaining** | 12/31/2055 | 7 MABRY WAY<br>SAN RAFAEL CA 94903 |
| | **List the contract number of any government contract** | _____ | |

2.47. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ALIFANO, RANDALL |
| | **State the term remaining** | 12/31/2055 | 7 MABRY WAY<br>SAN RAFAEL CA 94903 |
| | **List the contract number of any government contract** | _____ | |

2.48. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ALIFANO, RANDALL IRA SERVICES TRUST COMPANY #521206 |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 357 of 554

| | | |
|---|---|---|
| 2.49. | **Title of contract** | LEASE AMENDMENT TENANTS RIGHT TO EXTEND THE LEASE |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | COMMERCIAL |
| | **Nature of debtor's interest** | LESSOR |
| | **State the term remaining** | 2/28/2020 |
| | **List the contract number of any government contract** | _____ |

ALIRIO AVILA'S CONSTRUCTION, INC
359 BEL MARIN KEYS BLVD 28
NOVATO CA 94949

| | | |
|---|---|---|
| 2.50. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2045 |
| | **List the contract number of any government contract** | _____ |

ALLEGRO, GIORGIO
19 NOVA LN
NOVATO CA 94945

| | | |
|---|---|---|
| 2.51. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 07/31/2047 |
| | **List the contract number of any government contract** | _____ |

ALLEGRO, GIORGIO
19 NOVA LN
NOVATO CA 94945

| | | |
|---|---|---|
| 2.52. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2048 |
| | **List the contract number of any government contract** | _____ |

ALLEGRO, GIORGIO
19 NOVA LN
NOVATO CA 94945

| | | |
|---|---|---|
| 2.53. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

ALLEGRO, GIORGIO
19 NOVA LN
NOVATO CA 94945

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 358 of 554

| 2.54. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ALLEGRO, GIORGIO<br>19 NOVA LN<br>NOVATO CA 94945 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.55. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ALLEGRO, GIORGIO<br>19 NOVA LN<br>NOVATO CA 94945 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.56. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ALLEGRO, GIORGIO AND STACY<br>19 NOVA LN<br>NOVATO CA 94945 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.57. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ALTMAN, KATHY IRA SERVICES TRUST COMPANY #585658 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.58. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ALTMAN, ROBIN<br>3 AVOCET COURT<br>NOVATO CA 94949 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 359 of 554

2.59.  **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL
                                               INVESTORS 42, LLC

       **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL AN
       **lease is for**                        OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

       **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER

       **State the term remaining**            12/31/2055

       **List the contract number of**         _____
       **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALTMAN, ROBIN
3 AVOCET COURT
NOVATO CA 94949

2.60.  **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL
                                               INVESTORS 49, LLC

       **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-
       **lease is for**                        UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                               CA

       **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER

       **State the term remaining**            12/31/2055

       **List the contract number of**         _____
       **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALTMAN, ROBIN
3 AVOCET COURT
NOVATO CA 94949

2.61.  **Title of contract**                    AGREEMENT OF LIMITED PARTNERSHIP

       **State what the contract or**          LP AGREEMENT FOR PROFESSIONAL INVESTORS
       **lease is for**                        SECURITY FUND I

       **Nature of debtor's interest**         GENERAL PARTNER

       **State the term remaining**            12/31/2058

       **List the contract number of**         _____
       **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ALTMAN, ROBIN
3 AVOCET COURT
NOVATO CA 94949

2.62.  **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL
                                               INVESTORS 36, LLC

       **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL 41
       **lease is for**                        APARTMENT HOMES LOCATED IN SONOMA, CA

       **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER

       **State the term remaining**            07/31/2047

       **List the contract number of**         _____
       **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AMMONDSON, INGRID
180 MEDIO AVE
HALF MOON BAY CA 94019

2.63.  **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL
                                               INVESTORS 40, LLC

       **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL 42
       **lease is for**                        APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

       **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER

       **State the term remaining**            12/31/2055

       **List the contract number of**         _____
       **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AMMONDSON, INGRID
180 MEDIO AVE
HALF MOON BAY CA 94019

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 360 of 554

| 2.64. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ANDERSON, SHARON |
| | State the term remaining | 12/31/2045 | 55 CLUB VIEW DR NOVATO CA 94949 |
| | List the contract number of any government contract | _____ | |

| 2.65. | Title of contract | RENTAL LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENTIAL | |
| | Nature of debtor's interest | LESSOR | ANDREA PURDI NICOLE STEWART |
| | State the term remaining | MONTH TO MONTH | 1 CLAY COURT #1 |
| | List the contract number of any government contract | _____ | NOVATO CA 94949 |

| 2.66. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ANDREWS, JENNIFER |
| | State the term remaining | 12/31/2044 | PO BOX 53 FOREST KNOLLS CA 94933 |
| | List the contract number of any government contract | _____ | |

| 2.67. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ANDREWS, JENNIFER |
| | State the term remaining | 12/31/2045 | PO BOX 53 FOREST KNOLLS CA 94933 |
| | List the contract number of any government contract | _____ | |

| 2.68. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | ANSELM, KUNO |
| | State the term remaining | 12/31/2055 | 401 LA CIMA ST SOQUEL CA 95073 |
| | List the contract number of any government contract | _____ | |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 361 of 554

| 2.69. | Title of contract | LEASE OPTION RENEWAL TENANTS RIGHT TO EXERCISE OPTION TO EXTEND LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | ANTHONY BRINTON DBA BRINTON DESIGN |
| | Nature of debtor's interest | LESSOR | 200 GATE FIVE RD |
| | State the term remaining | 04/30/2021 | 204 |
| | List the contract number of any government contract | | SAUSALITO CA 94965 |

| 2.70. | Title of contract | FIRST AMENDMENT TENANTS RIGHT TO EXTEND LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | ANTHONY CAPRINI / PRECISION BODY SHOP & DETAIL |
| | Nature of debtor's interest | LESSOR | 33 DUFFY PL |
| | State the term remaining | 07/31/2023 | 33 |
| | List the contract number of any government contract | | SAN RAFAEL CA 94901 |

| 2.71. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | APPLIED FINANCIAL SERVICES, INC., A CALIFORNIA CORPORATION |
| | Nature of debtor's interest | LESSOR | 359 BEL MARIN KEYS BLVD |
| | State the term remaining | 06/30/2021 | 01 |
| | List the contract number of any government contract | | NOVATO CA 94949 |

| 2.72. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | ARANSU, NASUS |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 8926 |
| | State the term remaining | 12/31/2046 | EMERYVILLE CA 94662 |
| | List the contract number of any government contract | | |

| 2.73. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | ARTS, FELIX (TIC) |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 362 of 554

| 2.74. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | AYYAR ENTERPRISES LLC |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.75. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | AYYAR, ANAND 27 NEWPORT LANDING DR NOVATO CA 94949 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.76. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | AYYAR, ANAND 27 NEWPORT LANDING DR NOVATO CA 94949 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.77. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | AYYAR, ANAND 27 NEWPORT LANDING DR NOVATO CA 94949 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.78. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | AYYAR, ANAND 27 NEWPORT LANDING DR NOVATO CA 94949 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 363 of 554

**2.79.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2055

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AYYAR, ANAND
27 NEWPORT LANDING DR
NOVATO CA 94949

---

**2.80.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2055

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BACHMAN, CHRISTINE E. IRA SERVICES TRUST COMPANY #803728

---

**2.81.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2055

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BACHMAN, CHRISTINE E. IRA SERVICES TRUST COMPANY #803728

---

**2.82.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2055

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BAGATELOS, KAREN (TIC)

---

**2.83.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2055

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BAGATELOS, MICHAEL (TIC)

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 364 of 554

2.84. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BAGATELOS, PETER AND ANNE (TIC) |
| State the term remaining | 12/31/2055 | |
| List the contract number of any government contract | _____ | |

2.85. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BAILEY, ROBERT IRA SERVICES TRUST COMPANY #479482 900 FIRST STREET SEBASTOPOL CA 95472 |
| State the term remaining | 12/31/2045 | |
| List the contract number of any government contract | _____ | |

2.86. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | |
| Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BAILEY, ROBERT W IRA SERVICES TRUST COMPANY # 505729 900 FIRST STREET SEBASTOPOL CA 95472 |
| State the term remaining | 12/31/2046 | |
| List the contract number of any government contract | _____ | |

2.87. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BAILEY, ROBERT W IRA SERVICES TRUST COMPANY # 505729 900 FIRST STREET SEBASTOPOL CA 95472 |
| State the term remaining | 07/31/2047 | |
| List the contract number of any government contract | _____ | |

2.88. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BALDWIN, SHERYL |
| State the term remaining | 12/31/2046 | |
| List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 365 of 554

2.89.    **Title of contract**              THIRD AMENDMENT TO LEASE                          State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**     COMMERCIAL                                       debtor has an executory contract or
         **lease is for**                                                                    unexpired lease

         **Nature of debtor's interest**    LESSOR                                           BANK OF AMERICA, N. A., A
                                                                                             NATIONAL BANKING ASSOCIATION
         **State the term remaining**       11/30/2025                                       350 IGNACIO BLVD
                                                                                             BOFA
         **List the contract number of**    _____                     NOVATO CA 94949
         **any government contract**

2.90.    **Title of contract**              AGREEMENT OF LIMITED PARTNERSHIP                 State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**     LP AGREEMENT FOR PROFESSIONAL INVESTORS          debtor has an executory contract or
         **lease is for**                   SECURITY FUND I                                  unexpired lease

         **Nature of debtor's interest**    GENERAL PARTNER                                  BANNING, ELIZABETH (DECEASED)
                                                                                             - PENSCO
         **State the term remaining**       12/31/2058

         **List the contract number of**    _____
         **any government contract**

2.91.    **Title of contract**              AGREEMENT OF LIMITED PARTNERSHIP                 State the name and mailing address
                                                                                             for all other parties with whom the
         **State what the contract or**     LP AGREEMENT FOR PROFESSIONAL INVESTORS          debtor has an executory contract or
         **lease is for**                   SECURITY FUND I                                  unexpired lease

         **Nature of debtor's interest**    GENERAL PARTNER                                  BANNING, PETER V.

         **State the term remaining**       12/31/2058

         **List the contract number of**    _____
         **any government contract**

2.92.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL            State the name and mailing address
                                            INVESTORS 45, LLC                                for all other parties with whom the
                                                                                             debtor has an executory contract or
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL AN       unexpired lease
         **lease is for**                   OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                             BARAN, NAOMI
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                       3625 VICTOR AVE
                                                                                             OAKLAND CA 94619
         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

2.93.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL            State the name and mailing address
                                            INVESTORS 46, LLC                                for all other parties with whom the
                                                                                             debtor has an executory contract or
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-    unexpired lease
         **lease is for**                   UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                            CA                                               BARAN, NAOMI
                                                                                             3625 VICTOR AVE
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                       OAKLAND CA 94619

         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

**2.94.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2055

BARON, LUNA
2627 MATTISON LANE SPACE 29
SANTA CRUZ CA 95062

**List the contract number of any government contract** — _____

---

**2.95.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2055

BARON, LUNA
2627 MATTISON LANE SPACE 29
SANTA CRUZ CA 95062

**List the contract number of any government contract** — _____

---

**2.96.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2055

BAUTHIER, FREDERIC AND MARGARET
97 UPPER OAK DR.
SAN RAFAEL CA 94903

**List the contract number of any government contract** — _____

---

**2.97.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2055

BAUTHIER, FREDERIC AND MARGARET
97 UPPER OAK DR.
SAN RAFAEL CA 94903

**List the contract number of any government contract** — _____

---

**2.98.** | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

**Nature of debtor's interest** — GENERAL PARTNER

**State the term remaining** — 12/31/2058

BEAUMONT REVOCABLE TRUST, ADINA ARIANA

**List the contract number of any government contract** — _____

---

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 367 of 554

| 2.99. | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | |
| | **Nature of debtor's interest** | GENERAL PARTNER | BELL, GARY & JANE TRUST |
| | **State the term remaining** | 12/31/2058 | |
| | **List the contract number of any government contract** | _____ | |

| 2.100. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BELL, TARESSA A. |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.101. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BELL, TARESSA A. |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.102. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BELL, TARESSA A. |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.103. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BELLINE, CARL<br>9 PACIFIC DR<br>NOVATO CA 94949 |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 368 of 554

| 2.104. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BELLINE, CARL<br>9 PACIFIC DR<br>NOVATO CA 94949 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | _____ | |

| 2.105. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BELLINE, CARL<br>9 PACIFIC DR<br>NOVATO CA 94949 |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.106. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BELLINE, CARL<br>9 PACIFIC DR<br>NOVATO CA 94949 |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.107. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BELLINE, CARL<br>9 PACIFIC DR<br>NOVATO CA 94949 |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | _____ | |

| 2.108. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | BELLINE, CARL<br>9 PACIFIC DR<br>NOVATO CA 94949 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 369 of 554

2.109.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                             INVESTORS 43, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**       AGREEMENT TO PURCHASE, MANAGE, AND SELL 20  **unexpired lease**
         **lease is for**                    APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA
                                                                                         BELLINE, CARL
         **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER                  9 PACIFIC DR
                                                                                         NOVATO CA 94949
         **State the term remaining**         12/31/2055

         **List the contract number of**      _____
         **any government contract**

2.110.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                             INVESTORS 46, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**       AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20- **unexpired lease**
         **lease is for**                    UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                             CA                                          BELLINE, CARL
                                                                                         9 PACIFIC DR
         **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER                  NOVATO CA 94949

         **State the term remaining**         12/31/2055

         **List the contract number of**      _____
         **any government contract**

2.111.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                             INVESTORS 31, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**       AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                    24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN
                                             SAN RAFAEL, CA                              BELLINE, CARL & ANNA

         **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER

         **State the term remaining**         12/31/2046

         **List the contract number of**      _____
         **any government contract**

2.112.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                             INVESTORS 28, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**       OPERATING AGREEMENT FOR LIMITED LIABILITY   **unexpired lease**
         **lease is for**                    COMPANY
                                                                                         BELLINE, CARL F.
         **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER

         **State the term remaining**         UNKNOWN

         **List the contract number of**      _____
         **any government contract**

2.113.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                             INVESTORS 28, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**       OPERATING AGREEMENT FOR LIMITED LIABILITY   **unexpired lease**
         **lease is for**                    COMPANY
                                                                                         BELLINE, CARL F. IRA SERVICES
         **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER                  #435284

         **State the term remaining**         UNKNOWN

         **List the contract number of**      _____
         **any government contract**

Case: 20-30604      Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 370 of
554

2.114.  **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                         INVESTORS 38, LLC                          **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
        **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A  **unexpired lease**
        **lease is for**                 CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN
                                         SAN RAFAEL, CA                             BENNETT, KEMP D

        **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

        **State the term remaining**     12/31/2048

        **List the contract number of**  _____
        **any government contract**

2.115.  **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                         INVESTORS 35, LLC                          **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
        **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A  **unexpired lease**
        **lease is for**                 41,440 SQ. FT. OFFICE BUILDING LOCATED IN
                                         PETALUMA, CA                               BENNETT, KEMP IRA SERVICES
                                                                                    TRUST COMPANY #736557
        **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

        **State the term remaining**     12/31/2046

        **List the contract number of**  _____
        **any government contract**

2.116.  **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                         INVESTORS 42, LLC                          **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
        **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL AN **unexpired lease**
        **lease is for**                 OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                    BENNETT, KEMP IRA SERVICES
        **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER                 TRUST COMPANY #736557

        **State the term remaining**     12/31/2055

        **List the contract number of**  _____
        **any government contract**

2.117.  **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address**
                                         INVESTORS 48, LLC                          **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
        **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32- **unexpired lease**
        **lease is for**                 UNIT APARTMENT BUILDING LOCATED IN CORTE
                                         MADERA, CA                                 BENNETT, KEMP IRA SERVICES
                                                                                    TRUST COMPANY #736557
        **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

        **State the term remaining**     12/31/2055

        **List the contract number of**  _____
        **any government contract**

2.118.  **Title of contract**            OPERATING AGREEMENT OF PROFESSIONAL        **State the name and mailing address**
                                         INVESTORS 21, LLC                          **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
        **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE AND SELL A   **unexpired lease**
        **lease is for**                 THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA
                                                                                    BENSON, TINA IRA SERVICES
        **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER                 TRUST COMPANY #440462

        **State the term remaining**     12/31/2025

        **List the contract number of**  _____
        **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 371 of
554

**2.119.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

BENSON, TINA IRA SERVICES TRUST COMPANY #440462

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2046

**List the contract number of any government contract**

_____

**2.120.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

BENSON, TINA IRA SERVICES TRUST COMPANY #440462

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2055

**List the contract number of any government contract**

_____

**2.121.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

BERGER, JANE

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2046

**List the contract number of any government contract**

_____

**2.122.** **Title of contract**

OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

BERNBAUM, MARTIN
PO BOX 53
FOREST KNOLLS CA 94933

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2045

**List the contract number of any government contract**

_____

**2.123.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

BERNBAUM, MARTIN
PO BOX 53
FOREST KNOLLS CA 94933

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2045

**List the contract number of any government contract**

_____

| 2.124. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BERNBAUM, MARTIN |
| | **State the term remaining** | 12/31/2025 | PO BOX 53 |
| | **List the contract number of any government contract** | _____ | FOREST KNOLLS CA 94933 |

| 2.125. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BERNBAUM, MARTIN IRA SERVICES |
| | **State the term remaining** | 12/31/2044 | TRUST COMPANY #466827 |
| | **List the contract number of any government contract** | _____ | |

| 2.126. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BERNSTINE, JACK IRA SERVICES |
| | **State the term remaining** | 12/31/2055 | TRUST COMPANY #805324 |
| | **List the contract number of any government contract** | _____ | |

| 2.127. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BERSAMINA, BERNARD JOHN |
| | **State the term remaining** | 12/31/2025 | 121 LOCUST ST |
| | **List the contract number of any government contract** | _____ | REDWOOD CITY CA 94061 |

| 2.128. | **Title of contract** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COMMERCIAL | |
| | **Nature of debtor's interest** | LESSOR | BIRK HOLDINGS LLC DBA COMFORCARE |
| | **State the term remaining** | 03/31/2021 | 359 BEL MARIN KEYS BLVD 12 |
| | **List the contract number of any government contract** | _____ | NOVATO CA 94949 |

2.129.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL      **State the name and mailing address
                                        INVESTORS 48, LLC                          for all other parties with whom the
                                                                                   debtor has an executory contract or
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-   unexpired lease**
        **lease is for**               UNIT APARTMENT BUILDING LOCATED IN CORTE
                                        MADERA, CA                                 BLACKMAN, ELIOTT
                                                                                   2235 BEACH STREET
        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER                 APT 102
                                                                                   SAN FRANCISCO CA 94123
        **State the term remaining**   12/31/2055

        **List the contract number of**  _____
        **any government contract**

2.130.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address
                                        INVESTORS 32, LLC                          for all other parties with whom the
                                                                                   debtor has an executory contract or
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL A   unexpired lease**
        **lease is for**               23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                        RAFAEL, CA                                 BLACKMAN, ELIOTT AND BEVERLY
                                                                                   2235 BEACH ST
        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER                 SAN FRANCISCO CA 94123-4205

        **State the term remaining**   12/31/2046

        **List the contract number of**  _____
        **any government contract**

2.131.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address
                                        INVESTORS 45, LLC                          for all other parties with whom the
                                                                                   debtor has an executory contract or
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL AN  unexpired lease**
        **lease is for**               OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                   BLACKMAN, ELIOTT S. IRA
        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER                 SERVICES TRUST COMPANY
                                                                                   #430304
        **State the term remaining**   12/31/2055                                  2235 BEACH STREET
                                                                                   APT 102
        **List the contract number of**  _____  SAN FRANCISCO CA 94123
        **any government contract**

2.132.  **Title of contract**          STANDARD MULTI-TENANT OFFICE LEASE - GROSS **State the name and mailing address
                                                                                   for all other parties with whom the
        **State what the contract or** COMMERCIAL                                  debtor has an executory contract or
        **lease is for**                                                           unexpired lease**

        **Nature of debtor's interest** LESSOR                                     BLACKSTONE BENEFITS &
                                                                                   PURPOSE FINANCIAL
        **State the term remaining**   05/31/2021                                  359 BEL MARIN KEYS BLVD
                                                                                   09
        **List the contract number of**  _____  NOVATO CA 94949
        **any government contract**

2.133.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL       **State the name and mailing address
                                        INVESTORS 34, LLC                          for all other parties with whom the
                                                                                   debtor has an executory contract or
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL A   unexpired lease**
        **lease is for**               28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                        RAFAEL, CA                                 BLANTON, ANDREW
                                                                                   2804 CHATEAU WAY
        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER                 LAGUNA BEACH CA 92651

        **State the term remaining**   12/31/2046

        **List the contract number of**  _____
        **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 374 of
554

| 2.134. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | BLANTON, ANDREW AND CATHERINE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | 2804 CHATEAU WAY LAGUNA BEACH CA 92651 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.135. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | BLANTON, ANDREW AND CATHERINE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | 2804 CHATEAU WAY LAGUNA BEACH CA 92651 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.136. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | BLUNK, RUFUS OR ELIZABETH CLAIRE BARNET |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.137. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | BONNEY, ROY & PATRICE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | _____ | |

| 2.138. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | BOUDJEDAIMI, SOFIANE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 375 of 554

2.139.  **Title of contract**                         OPERATING AGREEMENT FOR PROFESSIONAL        State the name and mailing address
                                              INVESTORS 42, LLC                            for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**            AGREEMENT TO PURCHASE, MANAGE, AND SELL AN   unexpired lease
         **lease is for**                          OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                           BOURNE, MARGARET
         **Nature of debtor's interest**           MEMBER AND GENERAL MANAGER                  638 LAUREL ST
                                                                                           PETALUMA CA 94952
         **State the term remaining**              12/31/2055

         **List the contract number of**
         **any government contract**               _____

2.140.  **Title of contract**                         OPERATING AGREEMENT FOR PROFESSIONAL        State the name and mailing address
                                              INVESTORS 40, LLC                            for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**            AGREEMENT TO PURCHASE, MANAGE, AND SELL 42   unexpired lease
         **lease is for**                          APARTMENT HOMES LOCATED IN GLEN ELLEN, CA
                                                                                           BOYARIN, FAITH
         **Nature of debtor's interest**           MEMBER AND GENERAL MANAGER                  2331 LAKEWOOD RANCH RD
                                                                                           WEED CA 96094
         **State the term remaining**              12/31/2055

         **List the contract number of**
         **any government contract**               _____

2.141.  **Title of contract**                         OPERATING AGREEMENT FOR PROFESSIONAL        State the name and mailing address
                                              INVESTORS 40, LLC                            for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**            AGREEMENT TO PURCHASE, MANAGE, AND SELL 42   unexpired lease
         **lease is for**                          APARTMENT HOMES LOCATED IN GLEN ELLEN, CA
                                                                                           BOYARIN, FAITH IRA SERVICES
         **Nature of debtor's interest**           MEMBER AND GENERAL MANAGER                  TRUST COMPANY #566135
         **State the term remaining**              12/31/2055

         **List the contract number of**
         **any government contract**               _____

2.142.  **Title of contract**                         OPERATING AGREEMENT FOR PROFESSIONAL        State the name and mailing address
                                              INVESTORS 42, LLC                            for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**            AGREEMENT TO PURCHASE, MANAGE, AND SELL AN   unexpired lease
         **lease is for**                          OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                           BRADLEY, JO ELLEN
         **Nature of debtor's interest**           MEMBER AND GENERAL MANAGER                  3060 SCOTT STREET
                                                                                           APT #101
         **State the term remaining**              12/31/2055                                SAN FRANCISCO CA 94123-3302

         **List the contract number of**
         **any government contract**               _____

2.143.  **Title of contract**                         STANDARD MULTI-TENANT OFFICE LEASE - GROSS   State the name and mailing address
                                                                                           for all other parties with whom the
         **State what the contract or**            COMMERCIAL                                  debtor has an executory contract or
         **lease is for**                                                                       unexpired lease

         **Nature of debtor's interest**           LESSOR                                      BRENDA AUDREY LINDSTROM, AND
                                                                                           INDIVIDUAL
         **State the term remaining**              03/31/2023                                359 BEL MARIN KEYS BLVD
                                                                                           10
         **List the contract number of**                                                       NOVATO CA 94949
         **any government contract**               _____

| 2.144. | **Title of contract** | FIFTH AMENDMENT TO THAT CERTAIN LEASE BY AND BETWEEN BROOKE LYDECKER, DBA: DEJUNG DESIGNS AND PROFESSIONAL FINANCIAL INVESTORS INC. | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COMMERCIAL | |
| | **Nature of debtor's interest** | LESSOR | BROOKE LYDECKER DBA, DEJUNG DESIGNS |
| | | | 200 GATE FIVE RD |
| | **State the term remaining** | 10/31/2020 | 101W |
| | | | SAUSALITO CA 94965 |
| | **List the contract number of any government contract** | _____ | |

| 2.145. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BROWN, HILARY ANNE |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.146. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BROWN, HILARY ANNE |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.147. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BUCKENS, JEANNE |
| | | | 6761 REDWOOD AVENUE |
| | **State the term remaining** | 12/31/2046 | SEBASTOPOL CA 95472 |
| | **List the contract number of any government contract** | _____ | |

| 2.148. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | BUCKENS, JEANNE |
| | | | 6761 REDWOOD AVENUE |
| | **State the term remaining** | 12/31/2055 | SEBASTOPOL CA 95472 |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 377 of 554

| 2.149. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | BUCKENS, JEANNE 6761 REDWOOD AVENUE SEBASTOPOL CA 95472 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.150. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | BUCKENS, JEANNE 6761 REDWOOD AVENUE SEBASTOPOL CA 95472 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.151. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | BUCKENS, JEANNE 6761 REDWOOD AVENUE SEBASTOPOL CA 95472 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.152. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | BUCKENS, JEANNE AND JAMES PASCHAL |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.153. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | CAFFERY, MAGGIE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 378 of 554

| 2.154. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | CAFFERY, MAGGIE |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.155. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | CAFFERY, MARGARET 4751 FELIZ CREEK RD HOPLAND CA 95449 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.156. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BOP -4BOP1070008533 | CALIFORNIA CAPITAL INSURANCE COMPANY 2300 GARDEN RD MONTEREY CA 93940 |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 7/18/2021 | |
| | **List the contract number of any government contract** | | |

| 2.157. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UMBRELLA(C) -4CUL1070008534 | CALIFORNIA CAPITAL INSURANCE COMPANY 2300 GARDEN RD MONTEREY CA 93940 |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 7/18/2021 | |
| | **List the contract number of any government contract** | | |

| 2.158. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PACKAGE -3-CMA-1-041906 | CALIFORNIA CAPITAL INSURANCE COMPANY 2300 GARDEN RD MONTEREY CA 93940 |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 4/9/2021 | |
| | **List the contract number of any government contract** | | |

**2.159.**  **Title of contract**                INSURANCE

State what the contract or      UMBRELLA(C) -3-CUL-1-1854058
lease is for

Nature of debtor's interest     INSURED

State the term remaining        4/9/2021

List the contract number of     _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CALIFORNIA CAPITAL INSURANCE COMPANY
2300 GARDEN RD
MONTEREY CA 93940

---

**2.160.**  **Title of contract**                AGREEMENT OF LIMITED PARTNERSHIP

State what the contract or      LP AGREEMENT FOR PROFESSIONAL INVESTORS
lease is for                    SECURITY FUND I

Nature of debtor's interest     GENERAL PARTNER

State the term remaining        12/31/2058

List the contract number of     _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAMPBELL, CHRISTINE IRA SERVICES #466384

---

**2.161.**  **Title of contract**                OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC

State what the contract or      AGREEMENT TO PURCHASE, MANAGE, AND SELL A
lease is for                    35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

Nature of debtor's interest     MEMBER AND GENERAL MANAGER

State the term remaining        12/31/2045

List the contract number of     _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CANTRELL, LENORE
249 DEL RIO PASEO
SONOMA CA 95476

---

**2.162.**  **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

State what the contract or      AGREEMENT TO PURCHASE, MANAGE, AND SELL AN
lease is for                    OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest     MEMBER AND GENERAL MANAGER

State the term remaining        12/31/2055

List the contract number of     _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CANTRELL, SHANNON
2067 ALDABRA ST
EUGENE OR 97402

---

**2.163.**  **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC

State what the contract or      AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-
lease is for                    UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                CA

Nature of debtor's interest     MEMBER AND GENERAL MANAGER

State the term remaining        12/31/2055

List the contract number of     _____
any government contract

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CARNEY, ERIN AND JANE FUTCHER

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 380 of 554

**2.164.** **Title of contract** AGREEMENT

**State what the contract or lease is for** HVAC SERVICES FOR 200 GATE RD. 5, SAUSALITO, CA

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** NOT STATED

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CARON CLIMATE CONTROL
14 WOODLAND AVE.
SAN RAFAEL CA 94901

**2.165.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 30, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 58,292 SQ. FT. OFFICE AND INDUSTRIAL BUILDING IN PETALUMA, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2046

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CASHMAN, CHRISTOPHER M. IRA SERVICES TRUST COMPANY #561678

**2.166.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2046

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CASHMAN, CHRISTOPHER M. IRA SERVICES TRUST COMPANY #561678

**2.167.** **Title of contract** STANDARD MULTI-TENANT OFFICE LEASE - GROSS

**State what the contract or lease is for** COMMERCIAL

**Nature of debtor's interest** LESSOR

**State the term remaining** 06/30/2021

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CEREAL NUMBER LLC
200 GATE FIVE RD
112
SAUSALITO CA 94965

**2.168.** **Title of contract** MULTIPLE YEAR AGREEMENT TO LEASE

**State what the contract or lease is for** COMMERCIAL

**Nature of debtor's interest** LESSOR

**State the term remaining** 06/30/2024

**List the contract number of any government contract** _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CFD STUDIOS, INC, DBA CUSTOM FURNITURE
31 DUFFY PL
31
SAN RAFAEL CA 94901

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 381 of 554

| 2.169. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | CHAMCHAM, JAD AND FERESHTEH SAMSAMI |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.170. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | CHAMCHAM, JAD AND FERESHTEH SAMSAMI |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.171. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | CHARMANT, JACKIE ANDRE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.172. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | CHARMANT, JACQUES |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.173. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | CHASE, STUART 1025 LEA DR SAN RAFAEL CA 94903 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2044 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 382 of 554

| 2.174. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | CHASE, STUART DENNIS IRA SERVICES TRUST COMPANY #495189 1025 LEA DRIVE SAN RAFAEL CA 94903 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.175. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | CHASE, STUART DENNIS IRA SERVICES TRUST COMPANY #495189 1025 LEA DRIVE SAN RAFAEL CA 94903 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.176. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | CHASE, STUART DENNIS IRA SERVICES TRUST COMPANY #495189 1025 LEA DRIVE SAN RAFAEL CA 94903 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.177. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | CHATKARA, BHARAT 1846 TIMBER TRL VISTA CA 92081 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.178. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | CHAVIN, JANICE JACOBSON IDA (DECEDENT FBO: NATHANIEL IRA SERVICES TRUST COMPANY # 630664 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 383 of 554

| | | |
|---|---|---|
| 2.179. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | | | CHELLO, GREGOR |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.180. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | | | CHELLO, GREGOR |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.181. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | | | CHELLO, MARK |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.182. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | | | CHELLO, MARK |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.183. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | | | CHEN, DAVID AND XIAOQING ZHU |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 384 of 554

| 2.184. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | CHENG, FU-TUNG 1190 NEILSON ST ALBANY CA 94706 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.185. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | CHENG, FU-TUNG 1190 NEILSON ST ALBANY CA 94706 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.186. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | CHESUS, THOMAS 517 GARFIELD DR PETALUMA CA 94954 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.187. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | CHRISTOPHER'S CONSTRUCTION, INC. 359 BEL MARIN KEYS BLVD 14 NOVATO CA 94949 |
| | State the term remaining | 03/31/2021 | |
| | List the contract number of any government contract | | |

| 2.188. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | CHURCHILL, RANDAL |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 385 of 554

2.189.  **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                         INVESTORS 44, LLC                           **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
        **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL 24  **unexpired lease**
        **lease is for**                 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA
                                                                                     CHURCHILL, RANDAL
        **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

        **State the term remaining**     12/31/2055

        **List the contract number of**  _____
        **any government contract**

2.190.  **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                         INVESTORS 48, LLC                           **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
        **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32- **unexpired lease**
        **lease is for**                 UNIT APARTMENT BUILDING LOCATED IN CORTE
                                         MADERA, CA                                  CHURCHILL, RANDAL

        **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

        **State the term remaining**     12/31/2055

        **List the contract number of**  _____
        **any government contract**

2.191.  **Title of contract**            FIRST AMENDMENT TO THAT CERTAIN LEASE BY AND **State the name and mailing address**
                                         BETWEEN CIBO OF SAUSALITO, LLC AND          **for all other parties with whom the**
                                         PROFESSIONAL FINANCIAL INVESTORS INC.       **debtor has an executory contract or**
                                                                                     **unexpired lease**
        **State what the contract or**   COMMERCIAL
        **lease is for**                                                             CIBO OF SAUSALITO, LLC
                                                                                     TERA ANCONA
        **Nature of debtor's interest**  LESSOR                                      200 GATE FIVE RD
                                                                                     105
        **State the term remaining**     11/30/2021                                  SAUSALITO CA 94965

        **List the contract number of**  _____
        **any government contract**

2.192.  **Title of contract**            AGREEMENT OF LIMITED PARTNERSHIP            **State the name and mailing address**
                                                                                     **for all other parties with whom the**
        **State what the contract or**   LP AGREEMENT FOR PROFESSIONAL INVESTORS     **debtor has an executory contract or**
        **lease is for**                 SECURITY FUND I                             **unexpired lease**

        **Nature of debtor's interest**  GENERAL PARTNER                            CLINTON, KAREN S. IRA SERVICES
                                                                                     #377491
        **State the term remaining**     12/31/2058

        **List the contract number of**  _____
        **any government contract**

2.193.  **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                         INVESTORS 35, LLC                           **for all other parties with whom the**
                                                                                     **debtor has an executory contract or**
        **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A   **unexpired lease**
        **lease is for**                 41,440 SQ. FT. OFFICE BUILDING LOCATED IN
                                         PETALUMA, CA                                COCHARD, VIRGINIE A.

        **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

        **State the term remaining**     12/31/2046

        **List the contract number of**  _____
        **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 386 of
554

| 2.194. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | COLEMAN, MARK |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| 2.195. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | COLEMAN, MARK |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 07/31/2047 | |
| | **List the contract number of any government contract** | | |

| 2.196. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | COLEMAN, MARK |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.197. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | COLEMAN, MARK |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.198. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | COLEMAN, MARK |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.199. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | COLLINS, JENNIFER AND MICHAEL |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.200. | Title of contract | COMCAST BUSINESS SERVICE ORDER AGREEMENT - BUSINESS VOICEEDGE SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INTERNET PHONE SERVICE | |
| | Nature of debtor's interest | CONTRACT PARTY | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC |
| | State the term remaining | NOT STATED | 1701 JOHN F. KENNEDY BLVD. PHILADELPHIA PA 19103 |
| | List the contract number of any government contract | | |

| 2.201. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | COMING HOME OF A.I.W.P. (RANDAL ALIFANO) |
| | State the term remaining | 12/31/2025 | 7 MABRY WAY SAN RAFAEL CA 94903 |
| | List the contract number of any government contract | | |

| 2.202. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | COMING HOME OF A.I.W.P. (RANDAL ALIFANO) |
| | State the term remaining | 12/31/2045 | 7 MABRY WAY SAN RAFAEL CA 94903 |
| | List the contract number of any government contract | | |

| 2.203. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | COMING HOME OF A.I.W.P. (RANDAL ALIFANO) |
| | State the term remaining | 12/31/2046 | 7 MABRY WAY SAN RAFAEL CA 94903 |
| | List the contract number of any government contract | | |

**2.204.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

COMING HOME OF A.I.W.P. (RANDAL ALIFANO)
7 MABRY WAY
SAN RAFAEL CA 94903

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2046

| **List the contract number of any government contract** | _____

**2.205.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

COMING HOME OF A.I.W.P. (RANDAL ALIFANO)
7 MABRY WAY
SAN RAFAEL CA 94903

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2055

| **List the contract number of any government contract** | _____

**2.206.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

COWMAN, DANIEL IRA SERVICES TRUST COMPANY #508445

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2045

| **List the contract number of any government contract** | _____

**2.207.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

CRAWFORD, FRANK C. IRA SERVICES TRUST COMPANY #311820

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2055

| **List the contract number of any government contract** | _____

**2.208.** | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

CRAWFORD, FRANK CHRISTIAN

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2044

| **List the contract number of any government contract** | _____

| 2.209. | Title of contract | BAIT BOX SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PEST CONTROL SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | CROWN & SHIELF PEST SOLUTIONS |
| | State the term remaining | NOT STATED | P.O. BOX 5976 |
| | List the contract number of any government contract | _____ | PETALUMA CA 94955 |

| 2.210. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | CUNNINGHAM, MARK |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.211. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | CURRY, KATHLEEN E. |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.212. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | CURTIN CONVENTION AND EXPOSITION SERVICES, A CALIFORNIA CORPORATION |
| | State the term remaining | 06/07/2022 | LYNNE CURTIN GILLES |
| | List the contract number of any government contract | _____ | 359 BEL MARIN KEYS BLVD 05 |
| | | | NOVATO CA 94949 |

| 2.213. | Title of contract | RENTAL LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENTIAL | |
| | Nature of debtor's interest | LESSOR | DAELEN ADAIRE |
| | State the term remaining | MONTH TO MONTH | 390 WOODLAND AVE. |
| | List the contract number of any government contract | _____ | SAN RAFAEL CA 94901 |

| 2.214. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | DANON, RICHARD |
| | State the term remaining | 12/31/2055 | 5 PENNY LN |
| | List the contract number of any government contract | | FAIRFAX CA 94930 |

| 2.215. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | DANON, RICHARD |
| | State the term remaining | 12/31/2055 | 5 PENNY LN |
| | List the contract number of any government contract | | FAIRFAX CA 94930 |

| 2.216. | Title of contract | SECOND LEASE AMENDMENT TENANTS RIGHT TO AMEND THE LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | DAVID CLARK AN INDIVIDUAL |
| | State the term remaining | 11/30/2020 | 353 BEL MARIN KEYS BLVD 09 |
| | List the contract number of any government contract | | NOVATO CA 94949 |

| 2.217. | Title of contract | MONTH-TO-MONTH STORAGE SPACE LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | DAVID G. KENYON |
| | State the term remaining | MONTH TO MONTH | 7200 REDWOOD BLVD STORAGE D |
| | List the contract number of any government contract | | NOVATO CA 94947 |

| 2.218. | Title of contract | RENTAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENTIAL | |
| | Nature of debtor's interest | LESSOR | DAVID JORDAN |
| | State the term remaining | MONTH TO MONTH | 398 WOODLAND AVE. SAN RAFAEL CA 94901 |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 391 of 554

**2.219.** **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2055

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DAVIS, CAROLYN (TIC)

---

**2.220.** **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2055

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DAVIS, CAROLYN WALKER IRA SERVICES TRUST COMPANY #818719

---

**2.221.** **Title of contract**     OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2044

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DAY, JOHN
120 MONTALVO RD
PALOMAR PARK CA 94062

---

**2.222.** **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2055

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DEITCH, JOSHUA
5 AMICITA AVE
MILL VALLEY CA 94941

---

**2.223.** **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2055

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DEITCH, JOSHUA
5 AMICITA AVE
MILL VALLEY CA 94941

**2.224.** **Title of contract**                OPERATING AGREEMENT OF PROFESSIONAL
                                              INVESTORS 23, LLC

**State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A
**lease is for**                   35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**       12/31/2045

**List the contract number of**    _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DEMONDESIR, CAMILLE

---

**2.225.** **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL
                                              INVESTORS 26, LLC

**State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A
**lease is for**                   21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**       12/31/2046

**List the contract number of**    _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DEROSS, JR. ROBERT & MARIA ACUNA

---

**2.226.** **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL
                                              INVESTORS 31, LLC

**State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A
**lease is for**                   24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN
                                   SAN RAFAEL, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**       12/31/2046

**List the contract number of**    _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DEROSS, ROBERT AND DONNA

---

**2.227.** **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL
                                              INVESTORS 24, LLC

**State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A
**lease is for**                   31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**       12/31/2045

**List the contract number of**    _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DEVRIES, MARGARET IRA SERVICES TRUST COMPANY #490155

---

**2.228.** **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL
                                              INVESTORS 25, LLC

**State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A
**lease is for**                   28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**       12/31/2045

**List the contract number of**    _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DEVRIES, MARGARET IRA SERVICES TRUST COMPANY #490155

2.229.  **Title of contract**              OPERATING AGREEMENT OF PROFESSIONAL            **State the name and mailing address**
                                           INVESTORS 22, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
        **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-   **unexpired lease**
        **lease is for**                   UNIT RESIDENTIAL BUILDING IN SONOMA, CA
                                                                                         DICKINSON WOOD, JAN
        **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

        **State the term remaining**       12/31/2044

        **List the contract number of**    _____
        **any government contract**

2.230.  **Title of contract**              STANDARD MULTI-TENANT OFFICE LEASE - GROSS     **State the name and mailing address**
                                                                                         **for all other parties with whom the**
        **State what the contract or**     COMMERCIAL                                    **debtor has an executory contract or**
        **lease is for**                                                                 **unexpired lease**

        **Nature of debtor's interest**    LESSOR                                        DISCOVERY OFFICE SYSTEMS, INC.
                                                                                         353 BEL MARIN KEYS BLVD
        **State the term remaining**       07/31/2021                                    10
                                                                                         NOVATO CA 94949
        **List the contract number of**    _____
        **any government contract**

2.231.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                           INVESTORS 46, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
        **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-  **unexpired lease**
        **lease is for**                   UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                           CA                                            DISKINT, ROBERT AND CHRISTINA

        **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

        **State the term remaining**       12/31/2055

        **List the contract number of**    _____
        **any government contract**

2.232.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                           INVESTORS 48, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
        **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-  **unexpired lease**
        **lease is for**                   UNIT APARTMENT BUILDING LOCATED IN CORTE
                                           MADERA, CA                                    DIVIRGILIO, KELLY C.

        **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

        **State the term remaining**       12/31/2055

        **List the contract number of**    _____
        **any government contract**

2.233.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                           INVESTORS 48, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
        **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-  **unexpired lease**
        **lease is for**                   UNIT APARTMENT BUILDING LOCATED IN CORTE
                                           MADERA, CA                                    DIVIRGILIO, LINDSAY A.

        **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

        **State the term remaining**       12/31/2055

        **List the contract number of**    _____
        **any government contract**

2.234. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

DIVIRGILIO, ROGER AND LANETTE

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2046

**List the contract number of any government contract**    _____

2.235. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

DIVIRGILIO, ROGER AND LANETTE

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2046

**List the contract number of any government contract**    _____

2.236. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

DIVIRGILIO, ROGER AND LANETTE

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2046

**List the contract number of any government contract**    _____

2.237. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA

DIVIRGILIO, ROGER AND LANETTE

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    07/31/2047

**List the contract number of any government contract**    _____

2.238. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

DOLL, BRUCE

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2046

**List the contract number of any government contract**    _____

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 395 of 554

| 2.239. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 38, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | DOLL, BRUCE & KARALEE V DOLL |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | | |

| 2.240. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | EAH HOUSING, A NON-PROFIT HOUSING CORP. |
| | Nature of debtor's interest | LESSOR | 359 BEL MARIN KEYS BLVD 07 |
| | State the term remaining | MONTH TO MONTH | NOVATO CA 94949 |
| | List the contract number of any government contract | | |

| 2.241. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | EATOUGH, ELLEN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.242. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | EATOUGH, ELLEN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.243. | Title of contract | EIS SUPPORT SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PER USER PREMIUM CLOUD IT SERVICES | EIS CONSULTING GROUP, INC. |
| | Nature of debtor's interest | CONTRACT PARTY | 1445 MANZANITA AVE. |
| | State the term remaining | 01/31/2021 | SANTA ROSA CA 95404 |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 396 of 554

2.244.   **Title of contract**            STANDARD MULTI-TENANT OFFICE LEASE - GROSS

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**            COMMERCIAL

    **Nature of debtor's interest**      LESSOR

ELIZABETH GRACEFFO, DBA VIA GRACEFFO COLLECTION
353 BEL MARIN KEYS BLVD 06
NOVATO CA 94949

    **State the term remaining**        03/31/2025

    **List the contract number of any government contract**        _____

---

2.245.   **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**            AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA

    **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER

ENSIGN, TINA (TIC)

    **State the term remaining**        12/31/2055

    **List the contract number of any government contract**        _____

---

2.246.   **Title of contract**            RENTAL LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**            RESIDENTIAL

    **Nature of debtor's interest**      LESSOR

ERNEST EMERICK
396 WOODLAND AVE.
SAN RAFAEL CA 94901

    **State the term remaining**        MONTH TO MONTH

    **List the contract number of any government contract**        _____

---

2.247.   **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**            AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

    **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER

ESPULGAR-ROWE, MARY JEAN
475 IGNACIO BLVD 359
PT. REYES CA 94956

    **State the term remaining**        12/31/2046

    **List the contract number of any government contract**        _____

---

2.248.   **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**            AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

    **Nature of debtor's interest**      MEMBER AND GENERAL MANAGER

ESPULGAR-ROWE, MARY JEAN
475 IGNACIO BLVD 359
PT. REYES CA 94956

    **State the term remaining**        12/31/2046

    **List the contract number of any government contract**        _____

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 397 of 554

| | | | |
|---|---|---|---|
| 2.249. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FADEM, BARRY AND DEBORAH |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.250. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FAIMALI, THOMAS IRA SERVICES TRUST COMPANY #490362 |
| | **State the term remaining** | 12/31/2044 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.251. | **Title of contract** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COMMERCIAL | |
| | **Nature of debtor's interest** | LESSOR | FAR WESTERN ANTHROPOLOGICAL RESEARCH GROUP, INC. |
| | **State the term remaining** | 09/30/2023 | 200 GATE FIVE RD |
| | **List the contract number of any government contract** | _____ | 102 SAUSALITO CA 94965 |

| | | | |
|---|---|---|---|
| 2.252. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FARADAY, ANDREA J. |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.253. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FARBER, DEBORA IRA SERVICES TRUST COMPANY #455817 |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 398 of 554

| 2.254. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | FELD, JOHN AND ERMA WHEATLEY |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.255. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | FIELDS, PATRICIA 567 ACADIA DR PETALUMA CA 94954 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.256. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | FIELDS, PATRICIA AND RICHARD ESTEB |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.257. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | FLEISCHER, REBECCA |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.258. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | FLEMING, ARNOLD 25 GRENADIER DR MAHWAH, NJ 07430 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 399 of 554

2.259. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2044

**List the contract number of any government contract**     _____

FLEMING, ARNOLD
25 GRENADIER DR
MAHWAH, NJ 07430

---

2.260. **Title of contract**     OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2045

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

FLEMING, ARNOLD
25 GRENADIER DR
MAHWAH, NJ 07430

---

2.261. **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2046

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

FLEMING, ARNOLD
25 GRENADIER DR
MAHWAH, NJ 07430

---

2.262. **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2046

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

FLEMING, ARNOLD
25 GRENADIER DR
MAHWAH, NJ 07430

---

2.263. **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     07/31/2047

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

FLEMING, ARNOLD
25 GRENADIER DR
MAHWAH, NJ 07430

2.264.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL           **State the name and mailing address**
                                           INVESTORS 37, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE  **unexpired lease**
         **lease is for**                   OFFICE BUILDINGS LOCATED IN SONOMA, CA
                                                                                         FLEMING, ARNOLD
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                    25 GRENADIER DR
                                                                                         MAHWAH, NJ 07430
         **State the term remaining**       12/31/2048

         **List the contract number of**    _____
         **any government contract**

2.265.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL           **State the name and mailing address**
                                           INVESTORS 44, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL 24     **unexpired lease**
         **lease is for**                   APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA
                                                                                         FLEMING, ARNOLD
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                    25 GRENADIER DR
                                                                                         MAHWAH, NJ 07430
         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

2.266.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL           **State the name and mailing address**
                                           INVESTORS 48, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-  **unexpired lease**
         **lease is for**                   UNIT APARTMENT BUILDING LOCATED IN CORTE
                                           MADERA, CA                                    FLEMING, ARNOLD
                                                                                         25 GRENADIER DR
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                    MAHWAH, NJ 07430

         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

2.267.   **Title of contract**                OPERATING AGREEMENT OF PROFESSIONAL            **State the name and mailing address**
                                           INVESTORS 21, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE AND SELL A       **unexpired lease**
         **lease is for**                   THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA
                                                                                         FLEMING, CHRISTIAN
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

         **State the term remaining**       12/31/2025

         **List the contract number of**    _____
         **any government contract**

2.268.   **Title of contract**                OPERATING AGREEMENT OF PROFESSIONAL            **State the name and mailing address**
                                           INVESTORS 23, LLC                             **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A      **unexpired lease**
         **lease is for**                   35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                         FLEMING, CHRISTIAN
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

         **State the term remaining**       12/31/2045

         **List the contract number of**    _____
         **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 401 of
554

| | | |
|---|---|---|
| 2.269. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA

FLEMING, CHRISTIAN

**Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

**State the term remaining**  12/31/2048

**List the contract number of any government contract**  _____

---

| | | |
|---|---|---|
| 2.270. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

FLEMING, CHRISTIAN

**Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

**State the term remaining**  12/31/2055

**List the contract number of any government contract**  _____

---

| | | |
|---|---|---|
| 2.271. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

FORD, WILLIAM DENIS & JILL DONNELLY

**Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

**State the term remaining**  12/31/2046

**List the contract number of any government contract**  _____

---

| | | |
|---|---|---|
| 2.272. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA

FORD, WILLIAM DENNIS & JILL DONNELLY

**Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

**State the term remaining**  12/31/2048

**List the contract number of any government contract**  _____

---

| | | |
|---|---|---|
| 2.273. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**  AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA

FOREST, LIANA
40 MONTE CIMAS
MILL VALLEY CA 94941

**Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

**State the term remaining**  12/31/2055

**List the contract number of any government contract**  _____

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 402 of 554

| | | | |
|---|---|---|---|
| 2.274. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 41, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 18 APARTMENT HOMES LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FOREST, LIANA<br>40 MONTE CIMAS<br>MILL VALLEY CA 94941 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.275. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FOREST, ROY DAVID IRA SERVICES TRUST COMPANY #607071 |
| | **State the term remaining** | 12/31/2048 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.276. | **Title of contract** | RENTAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENTIAL | |
| | **Nature of debtor's interest** | LESSOR | FRANK TABACCA<br>1 CLAY COURT<br>#3<br>NOVATO CA 94949 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.277. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FRANKLIN, CARL |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.278. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FRANKLIN, CARL |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 403 of 554

| 2.279. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FRENCH, JACQUELINE |
| | **State the term remaining** | 12/31/2025 | 3233 OCTAVIA ST SAN FRANCISCO CA 94123 |
| | **List the contract number of any government contract** | _____ | |

| 2.280. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FRENCH, JACQUELINE |
| | **State the term remaining** | 12/31/2045 | 3233 OCTAVIA ST SAN FRANCISCO CA 94123 |
| | **List the contract number of any government contract** | _____ | |

| 2.281. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FRENCH, JACQUELINE |
| | **State the term remaining** | 12/31/2045 | 3233 OCTAVIA ST SAN FRANCISCO CA 94123 |
| | **List the contract number of any government contract** | _____ | |

| 2.282. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FRENCH, JACQUELINE |
| | **State the term remaining** | 12/31/2046 | 3233 OCTAVIA ST SAN FRANCISCO CA 94123 |
| | **List the contract number of any government contract** | _____ | |

| 2.283. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | FRENCH, JACQUELINE |
| | **State the term remaining** | 12/31/2055 | 3233 OCTAVIA ST SAN FRANCISCO CA 94123 |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604　　Doc# 57　　Filed: 08/18/20　　Entered: 08/18/20 23:35:38　　Page 404 of 554

| 2.284. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | FRENCH, JACQUELINE |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 3233 OCTAVIA ST SAN FRANCISCO CA 94123 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.285. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | FRENCH, JACQUELINE |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 3233 OCTAVIA ST SAN FRANCISCO CA 94123 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.286. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA | FRENCH, MARK |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 187 MIDWOOD ST BROOKLYN NY 11225 |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.287. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | FRENCH, MICHAEL |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 1900 PURDY AVE #1702 MIAMI BEACH FL 33139 |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.288. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | FRENCH, MICHAEL |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 1900 PURDY AVE #1702 MIAMI BEACH FL 33139 |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

**2.289.** Title of contract    OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC

State what the contract or lease is for    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

Nature of debtor's interest    MEMBER AND GENERAL MANAGER

State the term remaining    12/31/2046

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GALYEN, BARBARA
PO BOX 950
LARKSPUR CA 94977

**2.290.** Title of contract    OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC

State what the contract or lease is for    AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO)

Nature of debtor's interest    MEMBER AND GENERAL MANAGER

State the term remaining    12/31/2025

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GANGAJI FOUNDATION RETIREMENT PLAN

**2.291.** Title of contract    OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC

State what the contract or lease is for    AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

Nature of debtor's interest    MEMBER AND GENERAL MANAGER

State the term remaining    12/31/2044

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GANGAJI FOUNDATION RETIREMENT PLAN

**2.292.** Title of contract    FIRST AMENDMENT TO LEASE CERTAIN LEASE BY AND BETWEEN PROFESSIONAL FINANCIAL INVESTORS, INC. "LESSOR" AND GATEWAY LEARNING GROUP, INC. "LESSEE"

State what the contract or lease is for    COMMERCIAL

Nature of debtor's interest    LESSOR

State the term remaining    12/31/2020

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GATEWAY LEARNING GROUP, INC.
121 PAUL DR
121B
SAN RAFAEL CA 94903

**2.293.** Title of contract    OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC

State what the contract or lease is for    AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

Nature of debtor's interest    MEMBER AND GENERAL MANAGER

State the term remaining    12/31/2025

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GAVZER, JONATHAN

| 2.294. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | |
| | | | GAVZER, JONATHAN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.295. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | | | GAVZER, JONATHAN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.296. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | |
| | | | GAVZER, JONATHAN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.297. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | |
| | Nature of debtor's interest | GENERAL PARTNER | GAY JOINT WITH RIGHT OF SURVIVORSHIP, KENNETH CHASSER & DONNA |
| | State the term remaining | 12/31/2058 | 22 MARINERO CIRCLE #45 |
| | List the contract number of any government contract | | TIBURON CA 94920 |

| 2.298. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | GERALDINE DAVIS & JAY DAVIS 359 BEL MARIN KEYS BLVD |
| | State the term remaining | 07/31/2022 | 25 |
| | List the contract number of any government contract | | NOVATO CA 94949 |

**2.299.**   Title of contract                    OPERATING AGREEMENT FOR PROFESSIONAL              State the name and mailing address
                                                  INVESTORS 40, LLC                                for all other parties with whom the
                                                                                                   debtor has an executory contract or
              State what the contract or          AGREEMENT TO PURCHASE, MANAGE, AND SELL 42        unexpired lease
              lease is for                         APARTMENT HOMES LOCATED IN GLEN ELLEN, CA
                                                                                                   GERTLER, JOYCE
              Nature of debtor's interest         MEMBER AND GENERAL MANAGER

              State the term remaining            12/31/2055

              List the contract number of         _____
              any government contract

**2.300.**   Title of contract                    FIRST AMENDMENT TO LEASE AGREEMENT THAT           State the name and mailing address
                                                  CERTAIN LEASE BY AND BETWEEN PROFESSIONAL         for all other parties with whom the
                                                  FINANCIAL INVESTORS INC. "LESSOR" AND GHIRARDO    debtor has an executory contract or
                                                  CPA, "LESSEE"                                     unexpired lease

              State what the contract or          COMMERCIAL                                        GHIRARDO, CPA
              lease is for                                                                          7200 REDWOOD BLVD
                                                                                                   312, 403, 404, STOR.B
              Nature of debtor's interest         LESSOR                                            NOVATO CA 94947

              State the term remaining            07/31/2021

              List the contract number of         _____
              any government contract

**2.301.**   Title of contract                    OPERATING AGREEMENT FOR PROFESSIONAL              State the name and mailing address
                                                  INVESTORS 36, LLC                                for all other parties with whom the
                                                                                                   debtor has an executory contract or
              State what the contract or          AGREEMENT TO PURCHASE, MANAGE, AND SELL 41        unexpired lease
              lease is for                         APARTMENT HOMES LOCATED IN SONOMA, CA
                                                                                                   GILBERT, CATHERINE
              Nature of debtor's interest         MEMBER AND GENERAL MANAGER                        16790 NE 14 AVE APT 201
                                                                                                   NORTH MIAMI BEACH FL 33162
              State the term remaining            07/31/2047

              List the contract number of         _____
              any government contract

**2.302.**   Title of contract                    OPERATING AGREEMENT FOR PROFESSIONAL              State the name and mailing address
                                                  INVESTORS 32, LLC                                for all other parties with whom the
                                                                                                   debtor has an executory contract or
              State what the contract or          AGREEMENT TO PURCHASE, MANAGE, AND SELL A         unexpired lease
              lease is for                         23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                                  RAFAEL, CA                                        GILBERT, GAYLA
                                                                                                   400 ROBINSON RD #B
              Nature of debtor's interest         MEMBER AND GENERAL MANAGER                        SEBASTOPOL CA 95472

              State the term remaining            12/31/2046

              List the contract number of         _____
              any government contract

**2.303.**   Title of contract                    OPERATING AGREEMENT FOR PROFESSIONAL              State the name and mailing address
                                                  INVESTORS 39, LLC                                for all other parties with whom the
                                                                                                   debtor has an executory contract or
              State what the contract or          AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO       unexpired lease
              lease is for                         OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA
                                                                                                   GILBERT, GAYLA
              Nature of debtor's interest         MEMBER AND GENERAL MANAGER                        400 ROBINSON RD #B
                                                                                                   SEBASTOPOL CA 95472
              State the term remaining            12/31/2055

              List the contract number of         _____
              any government contract

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 408 of
554

| 2.304. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | GILBERT, GAYLA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | 400 ROBINSON RD #B |
| | State the term remaining | 12/31/2055 | SEBASTOPOL CA 95472 |
| | List the contract number of any government contract | _____ | |

| 2.305. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | GILBERT, JILL |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 655 |
| | State the term remaining | 12/31/2025 | INVERNESS CA 94937 |
| | List the contract number of any government contract | _____ | |

| 2.306. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | GILBERT, JILL IRA SERVICES |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TRUST COMPANY #431229 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | _____ | |

| 2.307. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | GIZEWSKI, THEODORE AND TONYA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TECCA |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.308. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | GOLD, JODI IRA SERVICES TRUST |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | COMPANY #796761 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 409 of 554

| 2.309. | Title of contract | PROPOSAL | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LANDSCAPE SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GORDON CATO LANDSCAPE 1443 MEADOWLARK LN PETALUMA CA 94954 |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | _____ | |

| 2.310. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | GORNY, PHILIP |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.311. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | GORNY, PHILIP GREGORY IRA SERVICES TRUST COMPANY #593497 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.312. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | GOULDTHORPE II, JOHN G. |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.313. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | GOULDTHORPE II, JOHN G. |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 410 of 554

| 2.314. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | GREASON, ELIZABETH 50 REDWOOD RD FAIRFAX CA 94930 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.315. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | GREEN, DENNIS (TIC) |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.316. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | GREEN, JOAN D. IRA SERVICES #391335 |
| | Nature of debtor's interest | GENERAL PARTNER | |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | | |

| 2.317. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | GREER, BETH 40 MERIAM DR SAN RAFAEL CA 94903 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | | |

| 2.318. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | GREIDANUS, AUGUST 501 CUTTERS MILL LN SCHAUMBURG IL 60194-4534 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 411 of 554

**2.319.** Title of contract

OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC

State what the contract or lease is for

AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

Nature of debtor's interest

MEMBER AND GENERAL MANAGER

State the term remaining

12/31/2044

List the contract number of any government contract

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, AUGUST
501 CUTTERS MILL LN
SCHAUMBURG IL 60194-4534

---

**2.320.** Title of contract

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC

State what the contract or lease is for

AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

Nature of debtor's interest

MEMBER AND GENERAL MANAGER

State the term remaining

12/31/2055

List the contract number of any government contract

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, AUGUST
501 CUTTERS MILL LN
SCHAUMBURG IL 60194-4534

---

**2.321.** Title of contract

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

State what the contract or lease is for

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest

MEMBER AND GENERAL MANAGER

State the term remaining

12/31/2055

List the contract number of any government contract

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, AUGUST
501 CUTTERS MILL LN
SCHAUMBURG IL 60194-4534

---

**2.322.** Title of contract

OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC

State what the contract or lease is for

AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

Nature of debtor's interest

MEMBER AND GENERAL MANAGER

State the term remaining

12/31/2025

List the contract number of any government contract

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, AUGUST IRA
SERVICES TRUST COMPANY
#432052
501 CUTTERS MILL LANE
SCHAUMBURG IL 60194-4534

---

**2.323.** Title of contract

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC

State what the contract or lease is for

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

Nature of debtor's interest

MEMBER AND GENERAL MANAGER

State the term remaining

12/31/2045

List the contract number of any government contract

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, AUGUST IRA
SERVICES TRUST COMPANY
#432052
501 CUTTERS MILL LANE
SCHAUMBURG IL 60194-4534

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 412 of 554

**2.324.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, AUGUST IRA SERVICES TRUST COMPANY #432052 501 CUTTERS MILL LANE SCHAUMBURG IL 60194-4534

---

**2.325.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, AUGUST IRA SERVICES TRUST COMPANY #432052 501 CUTTERS MILL LANE SCHAUMBURG IL 60194-4534

---

**2.326.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, CYRUS PETER 1114 VISTA DEL LAGO SAN LUIS OBISPO CA 93405

---

**2.327.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, ELIJAH CHARLES 1114 VISTA DEL LAGO SAN LUIS OBISPO CA 93405

---

**2.328.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 30, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 58,292 SQ. FT. OFFICE AND INDUSTRIAL BUILDING IN PETALUMA, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2046

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GREIDANUS, ERIC 15887 AVENUE 264 VISALIA CA 93292

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 413 of 554

2.329.   **Title of contract**                    OPERATING AGREEMENT OF PROFESSIONAL                **State the name and mailing address**
                                                  INVESTORS 23, LLC                                 **for all other parties with whom the**
                                                                                                    **debtor has an executory contract or**
         **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL A         **unexpired lease**
         **lease is for**                         35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                                    GREIDANUS, PAUL
         **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                        1114 VISTA DEL LAGO
                                                                                                    SAN LUIS OBISPO CA 93405
         **State the term remaining**             12/31/2045

         **List the contract number of**          _____
         **any government contract**

2.330.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL              **State the name and mailing address**
                                                  INVESTORS 49, LLC                                 **for all other parties with whom the**
                                                                                                    **debtor has an executory contract or**
         **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-     **unexpired lease**
         **lease is for**                         UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                                  CA                                                GREIDANUS, PAUL
                                                                                                    1114 VISTA DEL LAGO
         **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                        SAN LUIS OBISPO CA 93405

         **State the term remaining**             12/31/2055

         **List the contract number of**          _____
         **any government contract**

2.331.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL              **State the name and mailing address**
                                                  INVESTORS 49, LLC                                 **for all other parties with whom the**
                                                                                                    **debtor has an executory contract or**
         **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-     **unexpired lease**
         **lease is for**                         UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                                  CA                                                GREIDANUS, PAUL AND LIZABETH
                                                                                                    1114 VISTA DEL LAGO
         **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                        SAN LUIS OBISPO CA 93405

         **State the term remaining**             12/31/2055

         **List the contract number of**          _____
         **any government contract**

2.332.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL              **State the name and mailing address**
                                                  INVESTORS 30, LLC                                 **for all other parties with whom the**
                                                                                                    **debtor has an executory contract or**
         **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL A         **unexpired lease**
         **lease is for**                         58,292 SQ. FT. OFFICE AND INDUSTRIAL BUILDING IN
                                                  PETALUMA, CA                                      GREIDANUS, PAUL S. 2011 IRREV
                                                                                                    TRUST
         **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                        1114 VISTA DEL LAGO
                                                                                                    SAN LUIS OBISPO CA 93405
         **State the term remaining**             12/31/2046

         **List the contract number of**          _____
         **any government contract**

2.333.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL              **State the name and mailing address**
                                                  INVESTORS 49, LLC                                 **for all other parties with whom the**
                                                                                                    **debtor has an executory contract or**
         **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-     **unexpired lease**
         **lease is for**                         UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                                  CA                                                GREIDANUS, SAMUEL DAVID
                                                                                                    1114 VISTA DEL LAGO
         **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                        SAN LUIS OBISPO CA 93405

         **State the term remaining**             12/31/2055

         **List the contract number of**          _____
         **any government contract**

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 414 of
554

| | | | |
|---|---|---|---|
| 2.334. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | | | GREIDANUS, SOPHIA ELIZABETH |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 1114 VISTA DEL LAGO |
| | | | SAN LUIS OBISPO CA 93405 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.335. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | |
| | | | GREIDANUS, TED AND DONNA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 1628 S. JACQUES COURT |
| | | | VISALIA CA 93277-0819 |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.336. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | | | GREIDANUS, TED AND DONNA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 1628 S. JACQUES COURT |
| | | | VISALIA CA 93277-0819 |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.337. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | GREIDANUS, TED AND DONNA |
| | | | 1628 S. JACQUES COURT |
| | | | VISALIA CA 93277-0819 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.338. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | GREIDANUS, TED AND DONNA E. |
| | | | 1628 S. JACQUES COURT |
| | | | VISALIA CA 93277-0819 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 415 of 554

**2.339.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

GREIDANUS, TED AND DONNA E.
1628 S. JACQUES COURT
VISALIA CA 93277-0819

**State the term remaining** | 12/31/2055

**List the contract number of any government contract** | _____

---

**2.340.** | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

**Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

GREIDANUS, TED OR DONNA
1628 S. JACQUES COURT
VISALIA CA 93277-0819

**State the term remaining** | 12/31/2025

**List the contract number of any government contract** | _____

---

**2.341.** | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

**Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

GREIDANUS, TED OR DONNA
1628 S. JACQUES COURT
VISALIA CA 93277-0819

**State the term remaining** | 12/31/2044

**List the contract number of any government contract** | _____

---

**2.342.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

GREIDANUS, TED OR DONNA
1628 S. JACQUES COURT
VISALIA CA 93277-0819

**State the term remaining** | 12/31/2045

**List the contract number of any government contract** | _____

---

**2.343.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 30, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 58,292 SQ. FT. OFFICE AND INDUSTRIAL BUILDING IN PETALUMA, CA

**Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

GREIDANUS, TED OR DONNA
1628 S. JACQUES COURT
VISALIA CA 93277-0819

**State the term remaining** | 12/31/2046

**List the contract number of any government contract** | _____

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 416 of 554

**2.344.**  **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                                    INVESTORS 39, LLC                             **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
           **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO   **unexpired lease**
           **lease is for**                         OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA
                                                                                                  GREIDANUS, TED OR DONNA
           **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                    1628 S. JACQUES COURT
                                                                                                  VISALIA CA 93277-0819
           **State the term remaining**             12/31/2055

           **List the contract number of**          _____
           **any government contract**

**2.345.**  **Title of contract**                    OPERATING AGREEMENT OF PROFESSIONAL           **State the name and mailing address**
                                                    INVESTORS 23, LLC                             **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
           **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL A     **unexpired lease**
           **lease is for**                         35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                                  GREIDANUS, TED OR DONNA,
           **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                    TRUSTEE OF THE DR. TED AND
                                                                                                  DONNA GREIDANUS CATTLE
           **State the term remaining**             12/31/2045                                    DEFINED BENEFIT PENSION
                                                                                                  1628 S. JACQUES COURT
           **List the contract number of**          _____     VISALIA CA 93277-0819
           **any government contract**

**2.346.**  **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                                    INVESTORS 24, LLC                             **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
           **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL A     **unexpired lease**
           **lease is for**                         31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                                  GREIDANUS, TED OR DONNA,
           **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                    TRUSTEE OF THE DR. TED AND
                                                                                                  DONNA, TRUSTEE OF THE DR. TED
           **State the term remaining**             12/31/2045                                    AND DONNA
                                                                                                  1628 S. JACQUES COURT
           **List the contract number of**          _____     VISALIA CA 93277-0819
           **any government contract**

**2.347.**  **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                                    INVESTORS 31, LLC                             **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
           **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL A     **unexpired lease**
           **lease is for**                         24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN
                                                    SAN RAFAEL, CA                                GROVER, DENNIS
                                                                                                  10368 MYSTIC PINE RD
           **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                    LAS VEGAS NV 89135-4011

           **State the term remaining**             12/31/2046

           **List the contract number of**          _____
           **any government contract**

**2.348.**  **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                                    INVESTORS 40, LLC                             **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
           **State what the contract or**           AGREEMENT TO PURCHASE, MANAGE, AND SELL 42    **unexpired lease**
           **lease is for**                         APARTMENT HOMES LOCATED IN GLEN ELLEN, CA
                                                                                                  GROVER, DENNIS
           **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER                    10368 MYSTIC PINE RD
                                                                                                  LAS VEGAS NV 89135-4011
           **State the term remaining**             12/31/2055

           **List the contract number of**          _____
           **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 417 of
554

**2.349.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | GULATI, RAMA SETHI
| **State the term remaining** | 12/31/2046 | 4205 NEW YORK AVENUE FAIR OAKS CA 95628
| **List the contract number of any government contract** | |

**2.350.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | GULATI, RAMA SETHI
| **State the term remaining** | 12/31/2046 | 4205 NEW YORK AVENUE FAIR OAKS CA 95628
| **List the contract number of any government contract** | |

**2.351.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | GULATI, RAMA SETHI
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 4205 NEW YORK AVENUE FAIR OAKS CA 95628
| **State the term remaining** | 12/31/2046 |
| **List the contract number of any government contract** | |

**2.352.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | GULATI, RAMA SETHI
| **State the term remaining** | 07/31/2047 | 4205 NEW YORK AVENUE FAIR OAKS CA 95628
| **List the contract number of any government contract** | |

**2.353.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | GULATI, RAMA SETHI
| **State the term remaining** | 12/31/2055 | 4205 NEW YORK AVENUE FAIR OAKS CA 95628
| **List the contract number of any government contract** | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 418 of 554

2.354.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL         **State the name and mailing address**
                                             INVESTORS 40, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
          **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL 42  **unexpired lease**
          **lease is for**                   APARTMENT HOMES LOCATED IN GLEN ELLEN, CA
                                                                                         GULATI, RAMA SETHI
          **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                  4205 NEW YORK AVENUE
                                                                                         FAIR OAKS CA 95628
          **State the term remaining**       12/31/2055

          **List the contract number of**    _____
          **any government contract**

2.355.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                             INVESTORS 41, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
          **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL 18  **unexpired lease**
          **lease is for**                   APARTMENT HOMES LOCATED IN SAN RAFAEL, CA
                                                                                         GULATI, RAMA SETHI
          **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                  4205 NEW YORK AVENUE
                                                                                         FAIR OAKS CA 95628
          **State the term remaining**       12/31/2055

          **List the contract number of**    _____
          **any government contract**

2.356.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                             INVESTORS 42, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
          **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL AN  **unexpired lease**
          **lease is for**                   OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                         GULATI, RAMA SETHI
          **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                  4205 NEW YORK AVENUE
                                                                                         FAIR OAKS CA 95628
          **State the term remaining**       12/31/2055

          **List the contract number of**    _____
          **any government contract**

2.357.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                             INVESTORS 48, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
          **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32- **unexpired lease**
          **lease is for**                   UNIT APARTMENT BUILDING LOCATED IN CORTE
                                             MADERA, CA                                  GULATI, RAMA SETHI
                                                                                         4205 NEW YORK AVENUE
          **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                  FAIR OAKS CA 95628

          **State the term remaining**       12/31/2055

          **List the contract number of**    _____
          **any government contract**

2.358.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                             INVESTORS 49, LLC                           **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
          **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19- **unexpired lease**
          **lease is for**                   UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                             CA                                          GULATI, RAMA SETHI
                                                                                         4205 NEW YORK AVENUE
          **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                  FAIR OAKS CA 95628

          **State the term remaining**       12/31/2055

          **List the contract number of**    _____
          **any government contract**

2.359. **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GUSTAFSON, RAE ANN
46 BEDFORD COVE
SAN RAFAEL CA 94901

---

2.360. **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2046

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAHN, SPENCER
PO BOX 524
WEED CA 96094

---

2.361. **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2046

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HAHN, SPENCER
PO BOX 524
WEED CA 96094

---

2.362. **Title of contract** INSURANCE

**State what the contract or lease is for** PACKAGE -P04400026-1

**Nature of debtor's interest** INSURED

**State the term remaining** 7/19/2021

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HALLMARK SPECIALTY INSURANCE COMPANY
TWO LINCOLN CTR LYNDON B JOHNSON FWY
STE 1100
DALLAS TX 75240-2345

---

2.363. **Title of contract** AGREEMENT OF LIMITED PARTNERSHIP

**State what the contract or lease is for** LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

**Nature of debtor's interest** GENERAL PARTNER

**State the term remaining** 12/31/2058

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HALPERN, STEVEN
212 VAN TASSEL COURT
SAN ANSELMO CA 94960

---

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 420 of 554

| | | | |
|---|---|---|---|
| 2.364. | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | |
| | **Nature of debtor's interest** | GENERAL PARTNER | HANKS INC. PROFIT SHARING TRUST, JOHN HANKS ADMINISTRATOR |
| | **State the term remaining** | 12/31/2058 | 70 GANN WAY |
| | **List the contract number of any government contract** | _____ | NOVATO CA 94949 |

| | | | |
|---|---|---|---|
| 2.365. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | HANSEN, ZOE |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 21 SCENIC DR |
| | **State the term remaining** | 12/31/2055 | NOVATO CA 94949 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.366. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | HARRIS, SAMUEL |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 9350 WILSHIRE BLVD STE 328 |
| | **State the term remaining** | 12/31/2046 | BEVERLY HILLS CA 90212 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.367. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | HARRIS, SAMUEL |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 9350 WILSHIRE BLVD STE 328 |
| | **State the term remaining** | 12/31/2055 | BEVERLY HILLS CA 90212 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.368. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HARRISON, TAMMRA SUE IRA SERVICES TRUST COMPANY #615559 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 421 of 554

| 2.369. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | HARRISON-WALLACH, KATRINA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.370. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HARTLEY, REBECCA 2808 MORCOM AVE OAKLAND CA 94619 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.371. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | HARTLEY, REBECCA S. IRA SERVICES TRUST COMPANY #743525 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.372. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | HECHT, THOMAS AND KATHRYN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.373. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HESCHONG, RODNEY AND BETTY |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 422 of 554

| 2.374. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | HESCHONG, RODNEY OR BETTY |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | _____ | |

| 2.375. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | HEUMANN, MICHAEL CARL |
| | Nature of debtor's interest | GENERAL PARTNER | |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | _____ | |

| 2.376. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HILL, ROBERT<br>1219 SUNNYHILLS RD<br>OAKLAND CA 94610 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.377. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | HILL, ROBERT<br>1219 SUNNYHILLS RD<br>OAKLAND CA 94610 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.378. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HILL, ROBERT AND KATHERINE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 423 of 554

| 2.379. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | HINCKLE, PETER AND MARY |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.380. | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | |
| | **Nature of debtor's interest** | GENERAL PARTNER | HO REVOCABLE TRUST, MENG HSUEH & SHIN JUNG |
| | **State the term remaining** | 12/31/2058 | |
| | **List the contract number of any government contract** | _____ | |

| 2.381. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | HOBBS, JOSHUA LEO AND EMMA CARTER |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.382. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | HOBBS, JOSHUA LEO AND EMMA CARTER |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.383. | **Title of contract** | RENTAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENTIAL | |
| | **Nature of debtor's interest** | LESSOR | HOMEWARD BOUND OF MARIN 404 WOODLAND AVE. SAN RAFAEL CA 94901 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.384. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 38, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HOOPER, RONALD & MARLYS T. HOOPER |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | _____ | |

| 2.385. | Title of contract | LEASE AMENDMENT NO. 2 CERTAIN LEASE BY AND BETWEEN PROFESSIONAL FINANCIAL INVESTORS, INC. "LESSOR" AND HORIBA INSTRUMENTS INCORPORATED "LESSEE" | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | HORIBA INSTRUMENTS INCORPORATED 359 BEL MARIN KEYS BLVD 18 NOVATO CA 94949 |
| | Nature of debtor's interest | LESSOR | |
| | State the term remaining | 08/31/2021 | |
| | List the contract number of any government contract | _____ | |

| 2.386. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HOWARD MAYGINNES, SUSAN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.387. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 29, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 8,062 SQ. FT. CLASS A OFFICE BUILDING LOCATED AT 1151 BROADWAY, SONOMA, CA | HOWARD SCOTT KERNS |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.388. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HOWARD, PETER 4176 CORALEE LN LAFAYETTE CA 94549 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 425 of 554

2.389. **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                      INVESTORS 48, LLC                             **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-   **unexpired lease**
         **lease is for**                 UNIT APARTMENT BUILDING LOCATED IN CORTE
                                          MADERA, CA                                HOWARD, PETER
                                                                                    4176 CORALEE LN
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER                LAFAYETTE CA 94549

         **State the term remaining**     12/31/2055

         **List the contract number of**  _____
         **any government contract**

2.390. **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                      INVESTORS 46, LLC                             **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-   **unexpired lease**
         **lease is for**                 UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                          CA                                        HOWARD, PETER IRA SERVICES
                                                                                    TRUST COMPANY #813011
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

         **State the term remaining**     12/31/2055

         **List the contract number of**  _____
         **any government contract**

2.391. **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                      INVESTORS 48, LLC                             **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-   **unexpired lease**
         **lease is for**                 UNIT APARTMENT BUILDING LOCATED IN CORTE
                                          MADERA, CA                                HOWARD, PETER IRA SERVICES
                                                                                    TRUST COMPANY #813011
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

         **State the term remaining**     12/31/2055

         **List the contract number of**  _____
         **any government contract**

2.392. **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                      INVESTORS 49, LLC                             **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-   **unexpired lease**
         **lease is for**                 UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                          CA                                        HUDSON, EDWARD JAMES AND
                                                                                    DEBRA BEEHLER HUDSON
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

         **State the term remaining**     12/31/2055

         **List the contract number of**  _____
         **any government contract**

2.393. **Title of contract**          OPERATING AGREEMENT OF PROFESSIONAL          **State the name and mailing address**
                                      INVESTORS 22, LLC                             **for all other parties with whom the**
                                                                                    **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-   **unexpired lease**
         **lease is for**                 UNIT RESIDENTIAL BUILDING IN SONOMA, CA
                                                                                    HUGHES JR., WILLIAM
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

         **State the term remaining**     12/31/2044

         **List the contract number of**  _____
         **any government contract**

| 2.394. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA | HUGHES JR., WILLIAM |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | | |

| 2.395. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | HUGHES JR., WILLIAM L. ETC #D027000020 |
| | Nature of debtor's interest | GENERAL PARTNER | |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | | |

| 2.396. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HUGHES, JR., WILLIAM L. IRA EQUITY TRUST COMPANY |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.397. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | HUGHES, JR., WILLIAM L. IRA EQUITY TRUST COMPANY #D027000020 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.398. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | HUGHES, WILLIAM |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.399. | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | |
| | **Nature of debtor's interest** | GENERAL PARTNER | HUNTLEY, REVOCABLE TRUST, KARYL |
| | **State the term remaining** | 12/31/2058 | |
| | **List the contract number of any government contract** | _____ | |

| 2.400. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ILLEMAN, MARK<br>210 MONTE VISTA AVE<br>MILL VALLEY CA 94941 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.401. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ILLEMAN, MARK IRA SERVICES TRUST COMPANY #829894 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.402. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ILLEMAN, MARK L. IRA SERVICES TRUST COMPANY #790825 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.403. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | INDENBAUM, ARIEL (SPIREN TRUST) |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 428 of 554

| 2.404. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | INDENBAUM, ARIEL SKARVELAND |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | | |

| 2.405. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -SL 2842405 | |
| | Nature of debtor's interest | INSURED | INDIAN HARBOR INSURANCE COMPANY |
| | State the term remaining | 5/15/2021 | 70 SEAVIEW AVE STAMFORD CT 06902-6040 |
| | List the contract number of any government contract | | |

| 2.406. | Title of contract | COPIER LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE - XEROX C7030T2, SERIAL NO. 3UA295073 (SECOND FLOOR) | |
| | Nature of debtor's interest | LESSEE | INLAND BUSINESS MACHINES INC PO BOX 846896 |
| | State the term remaining | 4/1/2024 | LOS ANGELES CA 90084-6896 |
| | List the contract number of any government contract | | |

| 2.407. | Title of contract | COPIER LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE - XEROX C8070, SERIAL NO. 6TB455447 (SECOND FLOOR) | |
| | Nature of debtor's interest | LESSEE | INLAND BUSINESS MACHINES INC PO BOX 846896 |
| | State the term remaining | 2/18/2025 | LOS ANGELES CA 90084-6896 |
| | List the contract number of any government contract | | |

| 2.408. | Title of contract | LEASE AMENDMENT #3 TO CERTAIN LEASE BY AND BETWEEN PROFESSIONAL FINANCIAL INVESTORS, INC. "LESSOR" AND INTERNATIONAL LEISURE TRAVEL, INC. "LESSEE" | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | INTERNATIONAL LEISURE TRAVEL, INC. 7200 REDWOOD BLVD 301 |
| | State the term remaining | 07/31/2021 | NOVATO CA 94947 |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 429 of 554

**2.409.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA |

| Nature of debtor's interest | MEMBER AND GENERAL MANAGER |

ISEN, CHARLES

| State the term remaining | 07/31/2047 |

| List the contract number of any government contract | _____ |

**2.410.** | Title of contract | STANDARD INDUSTRIAL / COMMERCIAL MULTI-TENANT LEASE - NET | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| State what the contract or lease is for | COMMERCIAL |

| Nature of debtor's interest | LESSOR |

ISSAAC KHELIF DBA IK DESIGN, INC.
21-23 DUFFY PL
21, 23A
SAN RAFAEL CA 94901

| State the term remaining | 04/01/2023 |

| List the contract number of any government contract | _____ |

**2.411.** | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I |

| Nature of debtor's interest | GENERAL PARTNER |

JACOBS, JAMES IRA SERVICES TRAD #711615
16 E CRESCENT DRIVE
SAN RAFAEL CA 94901

| State the term remaining | 12/31/2058 |

| List the contract number of any government contract | _____ |

**2.412.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |

| Nature of debtor's interest | MEMBER AND GENERAL MANAGER |

JACOBSON, LAURIE

| State the term remaining | 12/31/2046 |

| List the contract number of any government contract | _____ |

**2.413.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA |

| Nature of debtor's interest | MEMBER AND GENERAL MANAGER |

JACOBSON, LAURIE

| State the term remaining | 12/31/2055 |

| List the contract number of any government contract | _____ |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 430 of 554

| 2.414. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | JACOBSON, LAURIE ANN 540 TERESA COURT SEBASTOPOL CA 95472 |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | _____ | |

| 2.415. | Title of contract | FIRST AMENDMENT TO LEASE AGREEMENT THAT CERTAIN LEASE BY AND BETWEEN PROFESSIONAL FINANCIAL INVESTORS INC. "LESSOR" AND JAMES D. CLARK, DBA OBERKAMPER & ASSOCIATES CIVIL ENGINEERS INC., "LESSEE" | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | JAMES D. CLARK, DBA OBERKAMPER & ASSOCIATES CIVIL ENGINEERS INC. 7200 REDWOOD BLVD 308 NOVATO CA 94947 |
| | Nature of debtor's interest | LESSOR | |
| | State the term remaining | 09/30/2022 | |
| | List the contract number of any government contract | _____ | |

| 2.416. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | JARJOURA, MILIA YOUSSEF IRA SERVICES TRUST COMPANY # 592791 |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.417. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | JARJOURA, SEMAAN AND MILIA |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.418. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | JARJOURA, SEMAAN AND MILIA |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 431 of 554

| 2.419. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | JARJOURA, SEMAAN AND MILIA JARJOURA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.420. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | JARJOURA, SEMAAN T. IRA SERVICES TRUST COMPANY #592808 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.421. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | JAXON-BEAR, ELI IRA SERVICES TRUST COMPANY #464193 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2044 | |
| | List the contract number of any government contract | _____ | |

| 2.422. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | JEFFCOAT, FERN ALANE REVOCABLE TRUST, FERN ALANE JEFFCOAT, TRUSTEE OF THE |
| | Nature of debtor's interest | GENERAL PARTNER | |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | _____ | |

| 2.423. | Title of contract | STANDARD MULTI TENANT COMMERCIAL OFFICE LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | JESSICA AND JOE PRICE, INDIVIDUALS DBA RIGHT AT HOME |
| | Nature of debtor's interest | LESSOR | 121 PAUL DR |
| | State the term remaining | 12/31/2020 | 121A-2 |
| | List the contract number of any government contract | _____ | SAN RAFAEL CA 94903 |

**2.424.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESSTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | JOHNSEN, LARRY<br>139 SAVANNAH WAY<br>WINDSOR CA 95492 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

**2.425.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHNSEN, LARRY
139 SAVANNAH WAY
WINDSOR CA 95492

**2.426.** Title of contract — FIRST AMENDEMENT OF A CERTAIN LEASE BY AND BETWEEN PROFESSIONAL FIANNCIAL INVESTORS INC., A CALIFORNIA CORPORATION "LESSOR" AND MOBILEKANGAROO, INC., A CALIFORNIA CORPORATION "LESSEE"

State what the contract or lease is for — COMMERCIAL

Nature of debtor's interest — LESSOR

State the term remaining — MONTH TO MONTH

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOSEPH ALEXANDER / MOBILE KANGAROO
119 PAUL DR
119A
SAN RAFAEL CA 94903

**2.427.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOY, ANITA KLARA AMIN (DECEDENT) FBO: MAITRI DASA IRA SERVICES TRUST COMPANY #620105

**2.428.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOY, ANITA KLARA AMIN (DECEDENT) FBO: MAITRI DASA IRA SERVICES TRUST COMPANY #620105

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 433 of 554

| 2.429. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | JUDD, LEWIS |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.430. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | JUSTICE, DAVID R. |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.431. | **Title of contract** | NINTH AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COMMERCIAL | KAISER FOUNDATION HEALTH PLAN, INC., A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION |
| | **Nature of debtor's interest** | LESSOR | 7200 REDWOOD BLVD |
| | **State the term remaining** | 07/31/2024 | 200, 205, 222, STOR.A |
| | **List the contract number of any government contract** | _____ | NOVATO CA 94947 |

| 2.432. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | KALFUS, FRANCES |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 1911 VINE ST |
| | **State the term remaining** | 12/31/2025 | BERKELEY CA 94709 |
| | **List the contract number of any government contract** | _____ | |

| 2.433. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA | KALFUS, FRANCES |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 1911 VINE ST |
| | **State the term remaining** | 12/31/2045 | BERKELEY CA 94709 |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 434 of 554

| 2.434. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | KALFUS, FRANCES 1911 VINE ST BERKELEY CA 94709 |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | | |

| 2.435. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMINIUM PROJECT LOCATED IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | KALFUS, FRANCES 1911 VINE ST BERKELEY CA 94709 |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| 2.436. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | KALFUS, FRANCES 1911 VINE ST BERKELEY CA 94709 |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| 2.437. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | KALFUS, FRANCES 1911 VINE ST BERKELEY CA 94709 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.438. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | KALFUS, FRANCES 1911 VINE ST BERKELEY CA 94709 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 435 of 554

2.439. **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL
                                        INVESTORS 46, LLC

     **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-
     **lease is for**                  UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                        CA

     **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

     **State the term remaining**      12/31/2055

     **List the contract number of**   _____
     **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KAPARO, RISA

2.440. **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL
                                        INVESTORS 45, LLC

     **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL AN
     **lease is for**                  OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

     **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

     **State the term remaining**      12/31/2055

     **List the contract number of**   _____
     **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KAPARO, RISA DR.

2.441. **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL
                                        INVESTORS 36, LLC

     **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 41
     **lease is for**                  APARTMENT HOMES LOCATED IN SONOMA, CA

     **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

     **State the term remaining**      07/31/2047

     **List the contract number of**   _____
     **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KARCH, SUSANNE MARIANNE IRA SERVICES TRUST COMPANY #526435

2.442. **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL
                                        INVESTORS 42, LLC

     **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL AN
     **lease is for**                  OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

     **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

     **State the term remaining**      12/31/2055

     **List the contract number of**   _____
     **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KARCH, SUSANNE MARIANNE IRA SERVICES TRUST COMPANY #526435

2.443. **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL
                                        INVESTORS 45, LLC

     **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL AN
     **lease is for**                  OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

     **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

     **State the term remaining**      12/31/2055

     **List the contract number of**   _____
     **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KARCH, SUSANNE MARIANNE IRA SERVICES TRUST COMPANY #526435

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 436 of
554

| 2.444. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, ANDREW 1414 FREESTONE FLAT RD SEBASTOPOL CA 95472 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.445. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, BRADLEY 866 PRESIDENT ST 4 BROOKLYN NY 11215 |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | | |

| 2.446. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, BRADLEY 866 PRESIDENT ST 4 BROOKLYN NY 11215 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.447. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, JEFF 2211 JOY RD BODEGA CA 94922 |
| | State the term remaining | 12/31/2044 | |
| | List the contract number of any government contract | | |

| 2.448. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, JEFF 2211 JOY RD BODEGA CA 94922 |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | | |

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 437 of 554

2.449. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2045

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KAUS, JEFF
2211 JOY RD
BODEGA CA 94922

---

2.450. Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2045

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KAUS, JEFF
2211 JOY RD
BODEGA CA 94922

---

2.451. Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2046

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KAUS, JEFF
2211 JOY RD
BODEGA CA 94922

---

2.452. Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2046

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KAUS, JEFF
2211 JOY RD
BODEGA CA 94922

---

2.453. Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 07/31/2047

List the contract number of any government contract — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KAUS, JEFF
2211 JOY RD
BODEGA CA 94922

---

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 438 of 554

| 2.454. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, JEFF 2211 JOY RD BODEGA CA 94922 |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | _____ | |

| 2.455. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, JEFF 2211 JOY RD BODEGA CA 94922 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.456. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, JEFF 2211 JOY RD BODEGA CA 94922 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.457. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, JEFF 2211 JOY RD BODEGA CA 94922 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.458. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KAUS, JEFF 2211 JOY RD BODEGA CA 94922 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 439 of 554

| 2.459. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | KELLY, SUSAN AND KEVIN HICKS |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | | |

| 2.460. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMINIUM PROJECT LOCATED IN NOVATO, CA | KENNER, DAN AND CORINNE DOMECQ |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.461. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | KERNS, HOWARD IRA SERVICES TRUST COMPANY #433962 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.462. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 29, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 8,062 SQ. FT. CLASS A OFFICE BUILDING LOCATED AT 1151 BROADWAY, SONOMA, CA | KERNS, HOWARD SCOTT |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.463. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | KERR, JAMES PO BOX 679 REDWOOD VALLEY CA 95470 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.464. | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | |
| | **Nature of debtor's interest** | GENERAL PARTNER | KINSEY, KARIN A. |
| | **State the term remaining** | 12/31/2058 | 2 YARRROW LANE |
| | **List the contract number of any government contract** | _____ | NOVATO CA 94947 |

| 2.465. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | KITTINGER, MICHELE ANNE IRA SERVICES TRUST COMPANY #793541 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.466. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | KLARE, BARBARA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 150 EAST MAIN ST 210 |
| | **State the term remaining** | 12/31/2055 | COLUMBUS OH 43215 |
| | **List the contract number of any government contract** | _____ | |

| 2.467. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA | KLIPHON, DAVID R. AND JONNA PAOLELLA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.468. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | KOPP, TATJANA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 4520 WEBSTER ST |
| | **State the term remaining** | 12/31/2046 | OAKLAND CA 94609 |
| | **List the contract number of any government contract** | _____ | |

**2.469.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA

KORB, DOUGLAS

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

**2.470.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

KORB, DOUGLAS

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

**2.471.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

KORB, DOUGLAS

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

**2.472.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

KORTE, GERA
1221 A IDAHO AVE
SANTA MONICA CA 90403

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2045

List the contract number of any government contract — _____

**2.473.** | Title of contract | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE - NET | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for — COMMERCIAL

KRISTINA BRAUN / EMILY ADAMS / BRAUN + ADAMS INTERIORS
200 GATE FIVE RD
203
SAUSALITO CA 94965

Nature of debtor's interest — LESSOR

State the term remaining — MONTH TO MONTH

List the contract number of any government contract — _____

| 2.474. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | KRUETZFELDT, DAWN IRA SERVICES TRUST COMPANY #409595 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.475. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | KRUETZFELDT, DAWN IRA SERVICES TRUST COMPANY #414827 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.476. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | KRUETZFELDT, KEITH IRA EQUITY TRUST COMPANY #46717 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.477. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | KRUETZFELDT, PAUL & JOANN CONANT |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.478. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | KRUETZFELDT, PAUL B. IRA EQUITY TRUST COMPANY #49423 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.479. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KRUETZFELDT, PAUL G. |
| | State the term remaining | 12/31/2044 | |
| | List the contract number of any government contract | | |

| 2.480. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KUNKEL, BILL & KIM |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.481. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | KUNKEL, BRUCE AND KIMBERLY |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.482. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | LAL, CHANDNI |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.483. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | LARUSSO, THOMAS 295 LUGO RD PALM SPRINGS CA 92262 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 444 of 554

| 2.484. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | LAUDISIO, RAIN<br>25 N LIBERTY ST<br>ASHEVILLE NC 28801 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.485. | Title of contract | STANDARD INDUSTRIAL / COMMERCIAL MULTI-TENANT LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | LAWRENCE LEVSTIK, AN INDIVIDUAL<br>25 DUFFY PL<br>25A<br>SAN RAFAEL CA 94901 |
| | State the term remaining | 04/30/2024 | |
| | List the contract number of any government contract | | |

| 2.486. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | LAZAR, PATRICIA LEAH<br>922 CENTRO WAY<br>MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.487. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | LAZAR, PATRICIA LEAH<br>922 CENTRO WAY<br>MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.488. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | LAZAR, PATRICIA LEAH<br>922 CENTRO WAY<br>MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2044 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 445 of 554

2.489. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

LAZAR, PATRICIA LEAH
922 CENTRO WAY
MILL VALLEY CA 94941

**State the term remaining** — 12/31/2045

**List the contract number of any government contract** — _____

---

2.490. **Title of contract** — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

LAZAR, PATRICIA LEAH
922 CENTRO WAY
MILL VALLEY CA 94941

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

---

2.491. **Title of contract** — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

LAZAR, PATRICIA LEAH
922 CENTRO WAY
MILL VALLEY CA 94941

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

---

2.492. **Title of contract** — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

LAZAR, PATRICIA LEAH
922 CENTRO WAY
MILL VALLEY CA 94941

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

---

2.493. **Title of contract** — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

LAZAR, PATRICIA LEAH
922 CENTRO WAY
MILL VALLEY CA 94941

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 446 of 554

**2.494.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | LAZAR, PATRICIA LEAH 922 CENTRO WAY MILL VALLEY CA 94941

| **State the term remaining** | 12/31/2048 |

| **List the contract number of any government contract** | _____ |

**2.495.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | LAZAR, PATRICIA LEAH 922 CENTRO WAY MILL VALLEY CA 94941

| **State the term remaining** | 12/31/2055 |

| **List the contract number of any government contract** | _____ |

**2.496.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA |

| | | LAZAR, PATRICIA LEAH 922 CENTRO WAY MILL VALLEY CA 94941

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |

| **State the term remaining** | 12/31/2055 |

| **List the contract number of any government contract** | _____ |

**2.497.** | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | LEARY, MICHAEL IRA SERVICES TRUST COMPANY #433950

| **State the term remaining** | 12/31/2025 |

| **List the contract number of any government contract** | _____ |

**2.498.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | LEE SHUE JR., VINCENT 20 NEWPORT PARKWAY #2607 JERSEY CITY NJ 07310

| **State the term remaining** | 12/31/2055 |

| **List the contract number of any government contract** | _____ |

2.499.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC

    **State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

    **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

    **State the term remaining**    12/31/2055

    **List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEE SHUE JR., VINCENT AND JANICE LEE SHUE, JTWROS
20 NEWPORT PARKWAY
#2607
JERSEY CITY NJ 07310

---

2.500.  **Title of contract**              OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC

    **State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO)

    **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

    **State the term remaining**    12/31/2025

    **List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEE SHUE, VICKI
25 GRENADIER DRIVE
MAHWAH NJ 07430

---

2.501.  **Title of contract**              OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC

    **State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

    **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

    **State the term remaining**    12/31/2044

    **List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEE SHUE, VICKI
25 GRENADIER DRIVE
MAHWAH NJ 07430

---

2.502.  **Title of contract**              OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC

    **State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

    **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

    **State the term remaining**    12/31/2045

    **List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEE SHUE, VICKI
25 GRENADIER DRIVE
MAHWAH NJ 07430

---

2.503.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC

    **State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

    **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

    **State the term remaining**    12/31/2046

    **List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEE SHUE, VICKI
25 GRENADIER DRIVE
MAHWAH NJ 07430

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 448 of 554

| 2.504. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | LEE SHUE, VICKI 25 GRENADIER DRIVE MAHWAH NJ 07430 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.505. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | LEE SHUE, VICKI 25 GRENADIER DRIVE MAHWAH NJ 07430 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.506. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA | LEE SHUE, VICKI 25 GRENADIER DRIVE MAHWAH NJ 07430 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | _____ | |

| 2.507. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | LEE SHUE, VICKI 25 GRENADIER DRIVE MAHWAH NJ 07430 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.508. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | LEE SHUE, VICKI 25 GRENADIER DRIVE MAHWAH NJ 07430 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 449 of 554

**2.509.** | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

LEE SHUE, VINCENT & JANICE

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2045

List the contract number of any government contract | _____

**2.510.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

LEE, ALAN AND PORTIA LEE

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

**2.511.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

LEE, ALEX

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

**2.512.** | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

LEE, DAVID R.

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2045

List the contract number of any government contract | _____

**2.513.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

LEE,WING

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 450 of 554

| 2.514. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | LEELA FOUNDATION RETIREMENT PLAN--PISF #19 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.515. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | LEELA FOUNDATION--PISF #29 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2044 | |
| | **List the contract number of any government contract** | | |

| 2.516. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | LEE-SHUE JR., VINCENT 20 NEWPORT PARKWAY #2607 JERSEY CITY NJ 07310 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| 2.517. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | LEE-SHUE, JR., VINCENT 20 NEWPORT PARKWAY #2607 JERSEY CITY NJ 07310 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.518. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | LEE-SHUE, JR., VINCENT 20 NEWPORT PARKWAY #2607 JERSEY CITY NJ 07310 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 451 of 554

| 2.519. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | LEINOW, LEONARD PO BOX 154 WOODACRE CA 94973 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.520. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | LEIRA, JOHN B. |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.521. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | LEIRA, JOHN B. IRA SERVICES TRUST COMPANY #733209 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.522. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | LEIRA, JOHN BERNARD IRA SERVICES TRUST COMPANY #733209 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.523. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | LEONARDI, LYNN 17217 HILLCREST AVE SONOMA CA 95476 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 452 of 554

| 2.524. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | LEONARDI, LYNN 17217 HILLCREST AVE SONOMA CA 95476 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.525. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | LEONARDI-HOLZAPFEL, JULIA 2415 ORLEANS ST SANTA ROSA CA 95403 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.526. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | LEVIN, ADAM 9350 WILSHIRE BLVD BEVERLY HILLS CA 90212 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| 2.527. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | LEVIN, ADAM 9350 WILSHIRE BLVD BEVERLY HILLS CA 90212 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.528. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | LEVIN, ADAM 9350 WILSHIRE BLVD BEVERLY HILLS CA 90212 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 453 of 554

| | | |
|---|---|---|
| 2.529. | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP |
| | **State what the contract or lease is for** | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I |
| | **Nature of debtor's interest** | GENERAL PARTNER |
| | **State the term remaining** | 12/31/2058 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEVINE SEPARATE PROPERTY TRUST DTD. 4/15/99 TRUST, WILLIAM HOWARD

| | | |
|---|---|---|
| 2.530. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2046 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEVINE, WIL

| | | |
|---|---|---|
| 2.531. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2025 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEVINE, WILLIAM HOWARD

| | | |
|---|---|---|
| 2.532. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2045 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEVINE, WILLIAM HOWARD

| | | |
|---|---|---|
| 2.533. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2046 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LEVIT, ART IRA SERVICES TRUST COMPANY #547083

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 454 of 554

| 2.534. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

**2.534.**

| | |
|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| **State the term remaining** | 12/31/2055 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LEVIT, JUDY AND ART

**2.535.**

| | |
|---|---|
| **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| **State the term remaining** | 12/31/2045 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LEVOW, CAROL
317 WASHINGTON ST
GRASS VALLEY CA 95945

**2.536.**

| | |
|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| **State the term remaining** | 12/31/2055 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LEVOW, CAROL
317 WASHINGTON ST
GRASS VALLEY CA 95945

**2.537.**

| | |
|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| **State the term remaining** | 12/31/2046 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LEVOW, CAROL J.

**2.538.**

| | |
|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 41, LLC |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 18 APARTMENT HOMES LOCATED IN SAN RAFAEL, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| **State the term remaining** | 12/31/2055 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LEVY, DANIEL (TIC)

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 455 of 554

| 2.539. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | LEWIN, PREMSIRI<br>199 LAUREL DR<br>FAIRFAX CA 94930 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.540. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | LEWIN, PREMSIRI LINDA JOY |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.541. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | LINDER, DORA |
| | Nature of debtor's interest | GENERAL PARTNER | |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | _____ | |

| 2.542. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | LIUZZA, ANN<br>1520 O' FARRELL STREET, APT. #2<br>SAN FRANCISCO CA 94115 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | _____ | |

| 2.543. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA | LIUZZA, ANN<br>1520 O' FARRELL STREET, APT. #2<br>SAN FRANCISCO CA 94115 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 456 of 554

2.544. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2045

**List the contract number of any government contract** — _____

LIUZZA, ANN
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

---

2.545. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

LIUZZA, ANN
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

---

2.546. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

LIUZZA, ANN
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

---

2.547. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

LIUZZA, ANN
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

---

2.548. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2055

**List the contract number of any government contract** — _____

LIUZZA, ANN
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 457 of 554

| | | |
|---|---|---|
| 2.549. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LIUZZA, ANN
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

| | | |
|---|---|---|
| 2.550. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LIUZZA, ANN
1520 O' FARRELL STREET, APT. #2
SAN FRANCISCO CA 94115

| | | |
|---|---|---|
| 2.551. | **Title of contract** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS |
| | **State what the contract or lease is for** | COMMERCIAL |
| | **Nature of debtor's interest** | LESSOR |
| | **State the term remaining** | 10/31/2024 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LIUZZI, MURPHY, SOLOMON , CHURTON & HALE LLP
7200 REDWOOD BLVD
300
NOVATO CA 94947

| | | |
|---|---|---|
| 2.552. | **Title of contract** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS |
| | **State what the contract or lease is for** | COMMERCIAL |
| | **Nature of debtor's interest** | LESSOR |
| | **State the term remaining** | 03/31/2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LOCAL MOVES LLC
359 BEL MARIN KEYS BLVD
22
NOVATO CA 94949

| | | |
|---|---|---|
| 2.553. | **Title of contract** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS |
| | **State what the contract or lease is for** | COMMERCIAL |
| | **Nature of debtor's interest** | LESSOR |
| | **State the term remaining** | 03/31/2021 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LOCAL MOVES LLC
359 BEL MARIN KEYS BLVD
24
NOVATO CA 94949

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 458 of 554

| 2.554. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | LONDON, RYAN ALEXANDRA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.555. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | LONDON, TRUDIE 1356 IDYLBERRY RD SAN RAFAEL CA 94903 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.556. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | LOOMIS, JILDA 545 OREGON ST WATSONVILLE CA 95076 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.557. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | LUMIERE-WINS, LYNN MARIE AND JOHN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.558. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | MADATANAPALLI, SHIHARSHAVARDHAN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 459 of 554

| 2.559. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|-------------------|------|------|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | MADATANAPALLI, SRIHARSHAVARDHAN 401 BAKER ST SAN FRANCISCO CA 94117 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | | |

| 2.560. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|-------------------|------|------|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA | MADATANAPALLI, SRIHARSHAVARDHAN 401 BAKER ST SAN FRANCISCO CA 94117 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.561. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|-------------------|------|------|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | MAENDL, MICHAEL & ANITA OR SYLVIA MAENDL 2 AUTUMN COURT NOVATO CA 94947 |
| | Nature of debtor's interest | GENERAL PARTNER | |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | | |

| 2.562. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|-------------------|------|------|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA | MARKEY, TYE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | | |

| 2.563. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|-------------------|------|------|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | MARKEY, TYE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 460 of 554

**2.564.** Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MARKEY, TYE

**2.565.** Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MARKEY, TYE

**2.566.** Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MARKEY, TYE

**2.567.** Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MARKEY, TYE

**2.568.** Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MARKEY, TYE

**2.569.**   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL            State the name and mailing address
                                                     INVESTORS 48, LLC                              for all other parties with whom the
                                                                                                    debtor has an executory contract or
         **State what the contract or**             AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-   unexpired lease
         **lease is for**                           UNIT APARTMENT BUILDING LOCATED IN CORTE
                                                     MADERA, CA                                     MARKEY, TYE

         **Nature of debtor's interest**            MEMBER AND GENERAL MANAGER

         **State the term remaining**               12/31/2055

         **List the contract number of**            _____
         **any government contract**


**2.570.**   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL            State the name and mailing address
                                                     INVESTORS 47, LLC                              for all other parties with whom the
                                                                                                    debtor has an executory contract or
         **State what the contract or**             AGREEMENT TO PURCHASE, MANAGE, AND SELL A       unexpired lease
         **lease is for**                           23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE
                                                     MADERA, CA                                     MARMELZAT, JONATHAN (TIC)

         **Nature of debtor's interest**            MEMBER AND GENERAL MANAGER

         **State the term remaining**               12/31/2055

         **List the contract number of**            _____
         **any government contract**


**2.571.**   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL            State the name and mailing address
                                                     INVESTORS 44, LLC                              for all other parties with whom the
                                                                                                    debtor has an executory contract or
         **State what the contract or**             AGREEMENT TO PURCHASE, MANAGE, AND SELL 24      unexpired lease
         **lease is for**                           APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA
                                                                                                    MARQUEZ, LINDA
         **Nature of debtor's interest**            MEMBER AND GENERAL MANAGER                       139 E LAS FLORES DR
                                                                                                    ALTADENA CA 91001
         **State the term remaining**               12/31/2055

         **List the contract number of**            _____
         **any government contract**


**2.572.**   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL            State the name and mailing address
                                                     INVESTORS 44, LLC                              for all other parties with whom the
                                                                                                    debtor has an executory contract or
         **State what the contract or**             AGREEMENT TO PURCHASE, MANAGE, AND SELL 24      unexpired lease
         **lease is for**                           APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA
                                                                                                    MARQUEZ, LINDA
         **Nature of debtor's interest**            MEMBER AND GENERAL MANAGER                       139 E LAS FLORES DR
                                                                                                    ALTADENA CA 91001
         **State the term remaining**               12/31/2055

         **List the contract number of**            _____
         **any government contract**


**2.573.**   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL            State the name and mailing address
                                                     INVESTORS 47, LLC                              for all other parties with whom the
                                                                                                    debtor has an executory contract or
         **State what the contract or**             AGREEMENT TO PURCHASE, MANAGE, AND SELL A       unexpired lease
         **lease is for**                           23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE
                                                     MADERA, CA                                     MARQUEZ, LINDA
                                                                                                    139 E LAS FLORES DR
         **Nature of debtor's interest**            MEMBER AND GENERAL MANAGER                       ALTADENA CA 91001

         **State the term remaining**               12/31/2055

         **List the contract number of**            _____
         **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 462 of 554

| 2.574. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | MARTIN, DANIEL |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.575. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | MARTIN, DANIEL |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.576. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | MARTIN, DANIEL |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.577. | **Title of contract** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COMMERCIAL | |
| | **Nature of debtor's interest** | LESSOR | MARTZ ACCOUNTANCY CORPORATION 7200 REDWOOD BLVD 325 NOVATO CA 94947 |
| | **State the term remaining** | 05/31/2021 | |
| | **List the contract number of any government contract** | _____ | |

| 2.578. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PACKAGE -ODFA089686 | |
| | **Nature of debtor's interest** | INSURED | MASSACHUSETTS BAY INSURANCE COMPANY 444 LINCOLN ST WORCESTER MA 01653-0002 |
| | **State the term remaining** | 7/31/2021 | |
| | **List the contract number of any government contract** | _____ | |

| 2.579. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | MAY, JAMES 11966 BANNER CT NEVADA CITY CA 95959 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| 2.580. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | MAY, JAMES IRA SERVICES TRUST COMPANY #732862 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| 2.581. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | MAY, JAMES IRA SERVICES TRUST COMPANY #732862 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 07/31/2047 | |
| | **List the contract number of any government contract** | | |

| 2.582. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | MAYGINNES, SUSAN |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.583. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | MCCARTNEY, FRANCESCA PO BOX 1921 MILL VALLEY CA 94941 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 464 of 554

| 2.584. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | MCCARTNEY, FRANCESCA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 1921 |
| | State the term remaining | 12/31/2025 | MILL VALLEY CA 94941 |
| | List the contract number of any government contract | | |

| 2.585. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | MCCARTNEY, FRANCESCA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 1921 |
| | State the term remaining | 12/31/2025 | MILL VALLEY CA 94941 |
| | List the contract number of any government contract | | |

| 2.586. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | MCCARTNEY, FRANCESCA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 1921 |
| | State the term remaining | 12/31/2044 | MILL VALLEY CA 94941 |
| | List the contract number of any government contract | | |

| 2.587. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | MCCARTNEY, FRANCESCA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 1921 |
| | State the term remaining | 12/31/2045 | MILL VALLEY CA 94941 |
| | List the contract number of any government contract | | |

| 2.588. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | MCCARTNEY, FRANCESCA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PO BOX 1921 |
| | State the term remaining | 12/31/2046 | MILL VALLEY CA 94941 |
| | List the contract number of any government contract | | |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 465 of 554

| 2.589. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MCCARTNEY, FRANCESCA PO BOX 1921 MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.590. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MCCARTNEY, FRANCESCA PO BOX 1921 MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | | |

| 2.591. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MCCARTNEY, FRANCESCA PO BOX 1921 MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.592. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MCCARTNEY, FRANCESCA PO BOX 1921 MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.593. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MCCARTNEY, FRANCESCA PO BOX 1921 MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 466 of 554

2.594.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                            INVESTORS 46, LLC                           **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-  **unexpired lease**
          **lease is for**                  UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                            CA                                          MCCARTNEY, FRANCESCA
                                                                                        PO BOX 1921
          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER                  MILL VALLEY CA 94941

          **State the term remaining**      12/31/2055

          **List the contract number of**   _____
          **any government contract**

2.595.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                            INVESTORS 48, LLC                           **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-  **unexpired lease**
          **lease is for**                  UNIT APARTMENT BUILDING LOCATED IN CORTE
                                            MADERA, CA                                  MCCARTNEY, FRANCESCA
                                                                                        PO BOX 1921
          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER                  MILL VALLEY CA 94941

          **State the term remaining**      12/31/2055

          **List the contract number of**   _____
          **any government contract**

2.596.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                            INVESTORS 34, LLC                           **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
          **lease is for**                  28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                            RAFAEL, CA                                  MCCARTNEY, FRANCESCA, ZOE,
                                                                                        ZENA
          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

          **State the term remaining**      12/31/2046

          **List the contract number of**   _____
          **any government contract**

2.597.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                            INVESTORS 34, LLC                           **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
          **lease is for**                  28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                            RAFAEL, CA                                  MCCARTNEY, FRANCESCA, ZOE,
                                                                                        ZENA
          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

          **State the term remaining**      12/31/2046

          **List the contract number of**   _____
          **any government contract**

2.598.    **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                            INVESTORS 48, LLC                           **for all other parties with whom the**
                                                                                        **debtor has an executory contract or**
          **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-  **unexpired lease**
          **lease is for**                  UNIT APARTMENT BUILDING LOCATED IN CORTE
                                            MADERA, CA                                  MCCARTNEY, ZOE

          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

          **State the term remaining**      12/31/2055

          **List the contract number of**   _____
          **any government contract**

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 467 of
554

| | | |
|---|---|---|
| **2.599.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

MCGEE, WILLIAM IRA SERVICES TRUST COMPANY #463590

**Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

**State the term remaining**   12/31/2045

**List the contract number of any government contract**   _____

---

**2.600.**   **Title of contract**   OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

MCGEE, WILLIAM IRA SERVICES TRUST COMPANY #463590

**Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

**State the term remaining**   12/31/2055

**List the contract number of any government contract**   _____

---

**2.601.**   **Title of contract**   OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

MCINNIS, MIKE AND TONYA

**Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

**State the term remaining**   12/31/2055

**List the contract number of any government contract**   _____

---

**2.602.**   **Title of contract**   OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

MCINNIS, SASHA
1000 DEWING AVE #308
LAFAYETTE CA 94549

**Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

**State the term remaining**   12/31/2055

**List the contract number of any government contract**   _____

---

**2.603.**   **Title of contract**   OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

MCINNIS, SASHA
1000 DEWING AVE #308
LAFAYETTE CA 94549

**Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

**State the term remaining**   12/31/2055

**List the contract number of any government contract**   _____

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 468 of 554

**2.604.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | MCKEE, BENJAMIN
 | Nature of debtor's interest | MEMBER AND GENERAL MANAGER |
 | State the term remaining | 12/31/2055 |
 | List the contract number of any government contract | _____ |

**2.605.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | MCKEE, BENJAMIN
 | Nature of debtor's interest | MEMBER AND GENERAL MANAGER |
 | State the term remaining | 12/31/2055 |
 | List the contract number of any government contract | _____ |

**2.606.** | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | MCLEOD, VIRGINIA<br>10 SPRING HOLLOW CIR<br>ASHEVILLE NC 28805
 | Nature of debtor's interest | MEMBER AND GENERAL MANAGER |
 | State the term remaining | 12/31/2055 |
 | List the contract number of any government contract | _____ |

**2.607.** | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | MCLEOD, VIRGINIA B.
 | Nature of debtor's interest | MEMBER AND GENERAL MANAGER |
 | State the term remaining | 12/31/2025 |
 | List the contract number of any government contract | _____ |

**2.608.** | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
 | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | MCLEOD, VIRGINIA B.
 | Nature of debtor's interest | MEMBER AND GENERAL MANAGER |
 | State the term remaining | 12/31/2044 |
 | List the contract number of any government contract | _____ |

| 2.609. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | MCMANUS, EDWARD J. |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.610. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | MCQUINN, DOUGLAS |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | | |

| 2.611. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | MCQUINN, DOUGLAS |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | | |

| 2.612. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | MCQUINN, DOUGLAS B. |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | | |

| 2.613. | **Title of contract** | LEASE OPTION RENEWAL TENANTS RIGHT TO EXERCISE OPTION TO EXTEND LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COMMERCIAL | MELISSA TERVET-DA CUNHA, MFT AN INDIVIDUAL 121 PAUL DR 121E SAN RAFAEL CA 94903 |
| | **Nature of debtor's interest** | LESSOR | |
| | **State the term remaining** | 02/28/2021 | |
| | **List the contract number of any government contract** | | |

| 2.614. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MENDOZA, MANUEL IRA SERVICES TRUST COMPANY #614658 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.615. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MENEFEE, CURT |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.616. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MEYER OR SARAH WYLIE, ROBERT |
| | **State the term remaining** | 12/31/2044 | |
| | **List the contract number of any government contract** | _____ | |

| 2.617. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MEYER OR SARAH WYLIE, ROBERT |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.618. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MEYER OR SARAH WYLIE, ROBERT |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 471 of 554

| | | | |
|---|---|---|---|
| 2.619. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MEYER, ROBERT AND SARAH WYLIE |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.620. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MEYER, ROBERT AND SARAH WYLIE |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.621. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MICHAELS, MARY/ANDREW |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.622. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MILLAR, CATHERINE A. IRA SERVICES TRUST COMPANY #585579 |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.623. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MILLAR, CATHERINE A. IRA SERVICES TRUST COMPANY #585579 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 472 of 554

| 2.624. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | MILLAR, MARION |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.625. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | MILLER, ROGER |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.626. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | MILLER, ROGER (OM INVESTMENTS) |
| | Nature of debtor's interest | GENERAL PARTNER | |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | _____ | |

| 2.627. | Title of contract | FIRST AMENDMENT OF A CERTAIN LEASE BY AND BETWEEN PROFESSIONAL FINANCIAL INVESTORS INC., A CALIFORNIA CORPORATION, "LESSOR" AND MOBILEKANGAROO, INC., A CALIFORNIA CORPORATION "LESSEE" | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | MOBILEKANGAROO, INC., A CALIFORNIA CORPORATION JOSEPH ALEXANDER 121 PAUL DR 121C SAN RAFAEL CA 94903 |
| | Nature of debtor's interest | LESSOR | |
| | State the term remaining | 12/31/2021 | |
| | List the contract number of any government contract | _____ | |

| 2.628. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | MOHAN, CHRISTINE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604　　Doc# 57　　Filed: 08/18/20　　Entered: 08/18/20 23:35:38　　Page 473 of 554

| 2.629. | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | |
| | **Nature of debtor's interest** | GENERAL PARTNER | MOLINO FAMILY TRUST 2014 |
| | **State the term remaining** | 12/31/2058 | 47 THALIA STREET |
| | **List the contract number of any government contract** | _____ | MILL VALLEY CA 94941 |

| 2.630. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MOLINO, ROBERT |
| | **State the term remaining** | 12/31/2025 | 47 THALIA ST |
| | **List the contract number of any government contract** | _____ | MILL VALLEY CA 94941 |

| 2.631. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MOLINO, ROBERT |
| | **State the term remaining** | 12/31/2044 | 47 THALIA ST |
| | **List the contract number of any government contract** | _____ | MILL VALLEY CA 94941 |

| 2.632. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MOLINO, ROBERT |
| | **State the term remaining** | 12/31/2045 | 47 THALIA ST |
| | **List the contract number of any government contract** | _____ | MILL VALLEY CA 94941 |

| 2.633. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | MOLINO, ROBERT |
| | **State the term remaining** | 12/31/2046 | 47 THALIA ST |
| | **List the contract number of any government contract** | _____ | MILL VALLEY CA 94941 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 474 of 554

| 2.634. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MOLINO, ROBERT<br>47 THALIA ST<br>MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | _____ | |

| 2.635. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMINIUM PROJECT LOCATED IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MOLINO, ROBERT<br>47 THALIA ST<br>MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.636. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MOLINO, ROBERT<br>47 THALIA ST<br>MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.637. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | MOLINO, ROBERT<br>47 THALIA ST<br>MILL VALLEY CA 94941 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.638. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | |
| | Nature of debtor's interest | GENERAL PARTNER | MOLINO, ROBERT D. MTC TRAD #F4590 |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 475 of 554

| | | |
|---|---|---|
| 2.639. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOLLOT, ROBERTA
286 CORBIN PLACE
APT #2 E
BROOKLYN NY 11235

| | | |
|---|---|---|
| 2.640. | **Title of contract** | INSURANCE |
| | **State what the contract or lease is for** | BOP -4SOP3070009359 |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 10/11/2020 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MONTEREY INSURANCE COMPANY
2300 GARDEN RD
MONTEREY CA 93940

| | | |
|---|---|---|
| 2.641. | **Title of contract** | INSURANCE |
| | **State what the contract or lease is for** | UMBRELLA(C) -4SUL3070009361 |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 10/11/2020 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MONTEREY INSURANCE COMPANY
2300 GARDEN RD
MONTEREY CA 93940

| | | |
|---|---|---|
| 2.642. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2046 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOORE, BRUCE AND ROSLYN

| | | |
|---|---|---|
| 2.643. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 41, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 18 APARTMENT HOMES LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOORE, BRUCE AND ROSLYN

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 476 of 554

**2.644.**    **Title of contract**        OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC

           **State what the contract or lease is for**        AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

           **Nature of debtor's interest**        MEMBER AND GENERAL MANAGER

           **State the term remaining**        12/31/2045

           **List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOORE, BRUCE OR ROSLYN

---

**2.645.**    **Title of contract**        OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC

           **State what the contract or lease is for**        AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

           **Nature of debtor's interest**        MEMBER AND GENERAL MANAGER

           **State the term remaining**        12/31/2045

           **List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOORE, BRUCE OR ROSLYN

---

**2.646.**    **Title of contract**        OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC

           **State what the contract or lease is for**        AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

           **Nature of debtor's interest**        MEMBER AND GENERAL MANAGER

           **State the term remaining**        12/31/2025

           **List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MOORE, ROSLYN OR BRUCE

---

**2.647.**    **Title of contract**        OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC

           **State what the contract or lease is for**        AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

           **Nature of debtor's interest**        MEMBER AND GENERAL MANAGER

           **State the term remaining**        12/31/2046

           **List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MORESCHI, JOHN AND SUSAN

---

**2.648.**    **Title of contract**        OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC

           **State what the contract or lease is for**        AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

           **Nature of debtor's interest**        MEMBER AND GENERAL MANAGER

           **State the term remaining**        12/31/2046

           **List the contract number of any government contract**        _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MORGAN, RONALD HAROLD IRA SERVICES TRUST COMPANY #561691

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 477 of 554

2.649.   **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                          INVESTORS 32, LLC                            **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                          RAFAEL, CA                                   MORGAN, RONALD HAROLD IRA
                                                                                       SERVICES TRUST COMPANY
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER                   #561691

         **State the term remaining**     12/31/2046

         **List the contract number of**  _____
         **any government contract**

2.650.   **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                          INVESTORS 36, LLC                            **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL 41   **unexpired lease**
         **lease is for**                 APARTMENT HOMES LOCATED IN SONOMA, CA
                                                                                       MORGAN, RONALD HAROLD IRA
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER                   SERVICES TRUST COMPANY
                                                                                       #561691
         **State the term remaining**     07/31/2047

         **List the contract number of**  _____
         **any government contract**

2.651.   **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                          INVESTORS 35, LLC                            **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                 41,440 SQ. FT. OFFICE BUILDING LOCATED IN
                                          PETALUMA, CA                                 MORRISON, DONALD ROBERT IRA
                                                                                       SERVICES TRUST COMPANY
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER                   #732904
                                                                                       C/O RICK ROCKWELL 1101 5TH
         **State the term remaining**     12/31/2046                                   AVE.
                                                                                       #320
         **List the contract number of**  _____     SAN RAFAEL CA 94901
         **any government contract**

2.652.   **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                          INVESTORS 42, LLC                            **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL AN   **unexpired lease**
         **lease is for**                 OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                       MORRISON, DONALD ROBERT IRA
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER                   SERVICES TRUST COMPANY
                                                                                       #732904
         **State the term remaining**     12/31/2055                                   C/O RICK ROCKWELL 1101 5TH
                                                                                       AVE.
         **List the contract number of**  _____     #320
         **any government contract**                                                  SAN RAFAEL CA 94901

2.653.   **Title of contract**            OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                          INVESTORS 47, LLC                            **for all other parties with whom the**
                                                                                       **debtor has an executory contract or**
         **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN
                                          CORTE MADERA, CA                             MORRISON, DONALD ROBERT IRA
                                                                                       SERVICES TRUST COMPANY
         **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER                   #732904
                                                                                       C/O RICK ROCKWELL 1101 5TH
         **State the term remaining**     12/31/2055                                   AVE.
                                                                                       #320
         **List the contract number of**  _____     SAN RAFAEL CA 94901
         **any government contract**

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 478 of
554

**2.654.**

| | | |
|---|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | MOSKOVITZ, JASON DAVID IRA SERVICES TRUST COMPANY #746903 |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| **State the term remaining** | 12/31/2055 | |
| **List the contract number of any government contract** | _____ | |

**2.655.**

| | | |
|---|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA | MUNSELL, SUKI AND RUSSELL MUNSELL |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| **State the term remaining** | 12/31/2046 | |
| **List the contract number of any government contract** | _____ | |

**2.656.**

| | | |
|---|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | MUSSER, BARBARA 11265 LIME KILN RD GRASS VALLEY CA 95949 |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| **State the term remaining** | 12/31/2046 | |
| **List the contract number of any government contract** | _____ | |

**2.657.**

| | | |
|---|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | MUSSER-WECK, JENNER |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| **State the term remaining** | 12/31/2046 | |
| **List the contract number of any government contract** | _____ | |

**2.658.**

| | | |
|---|---|---|
| **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | MUZICK, TERESA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| **State the term remaining** | 12/31/2055 | |
| **List the contract number of any government contract** | _____ | |

**2.659.**  **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2055

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MUZICK, TERESA

---

**2.660.**  **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2055

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NADLER, JOHN
2641 MEDIA WAY
SAN JOSE CA 95125

---

**2.661.**  **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2046

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NELSON, BRUCE
990 GREENHILL RD
MILL VALLEY CA 94941

---

**2.662.**  **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     07/31/2047

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NELSON, BRUCE
990 GREENHILL RD
MILL VALLEY CA 94941

---

**2.663.**  **Title of contract**     OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

**State what the contract or lease is for**     AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2055

**List the contract number of any government contract**     _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NELSON, BRUCE
990 GREENHILL RD
MILL VALLEY CA 94941

---

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 480 of 554

2.664.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL
                                      INVESTORS 48, LLC

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

 

          **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-
          **lease is for**                UNIT APARTMENT BUILDING LOCATED IN CORTE
                                      MADERA, CA

NELSON, BRUCE
990 GREENHILL RD
MILL VALLEY CA 94941

          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

          **State the term remaining**      12/31/2055

          **List the contract number of
          any government contract**         _____

2.665.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL
                                      INVESTORS 24, LLC

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

          **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A
          **lease is for**                31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

NELSON, BRUCE IRA SERVICES
TRUST COMPANY #496480

          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

          **State the term remaining**      12/31/2045

          **List the contract number of
          any government contract**         _____

2.666.   **Title of contract**          OPERATING AGREEMENT OF PROFESSIONAL
                                      INVESTORS 23, LLC

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

          **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A
          **lease is for**                35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

NEMROW, BARRY & KAREN

          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

          **State the term remaining**      12/31/2045

          **List the contract number of
          any government contract**         _____

2.667.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL
                                      INVESTORS 24, LLC

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

          **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A
          **lease is for**                31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

NEMROW, BARRY & KAREN

          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

          **State the term remaining**      12/31/2045

          **List the contract number of
          any government contract**         _____

2.668.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL
                                      INVESTORS 26, LLC

**State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

          **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A
          **lease is for**                21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

NEMROW, BARRY & KAREN

          **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

          **State the term remaining**      12/31/2046

          **List the contract number of
          any government contract**         _____

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 481 of
554

**2.669.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2046

| **List the contract number of any government contract** | _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEMROW, BARRY & KAREN

---

**2.670.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2046

| **List the contract number of any government contract** | _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEMROW, BARRY & KAREN

---

**2.671.** | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2025

| **List the contract number of any government contract** | _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEMROW, BARRY OR KAREN

---

**2.672.** | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO)

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2025

| **List the contract number of any government contract** | _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEW MORNING ASSOCIATES INC.

---

**2.673.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER

| **State the term remaining** | 12/31/2045

| **List the contract number of any government contract** | _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NICOLETTO, LINDA
21 HICKORY AVE
CORTE MADERA CA 94925

| 2.674. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | NICOLETTO, LINDA<br>21 HICKORY AVE<br>CORTE MADERA CA 94925 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.675. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | NIGRO, SHERYL ANN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.676. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 38, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | NIGRO, SHERYL ANN IRA SERVICES TRUST COMPANY #751881 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | | |

| 2.677. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | NISSIM, JACK |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.678. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | NISSIM, JACK |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

2.679. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

NISSIM, JACK

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

---

2.680. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

NORMAN, PATRICIA

State the term remaining | 07/31/2047

List the contract number of any government contract | _____

---

2.681. | Title of contract | LEASE AMENDMENT TNEANTS RIGHT TO AMEND THE LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for | COMMERCIAL

Nature of debtor's interest | LESSOR

NORTH AMERICAN YOUTH ACTIVITIES, LLC DBA KIDZ LOVE SOCCER
MALCOLM GUTHRIE
353 BEL MARIN KEYS BLVD
08
NOVATO CA 94949

State the term remaining | MONTH TO MONTH

List the contract number of any government contract | _____

---

2.682. | Title of contract | STANDARD INDUSTRIAL / COMMERCIAL MULTI-TENANT LEASE - NET | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for | COMMERCIAL

Nature of debtor's interest | LESSOR

NORTH BAY LIGHTING AND ELECTRICAL SUPPLY, INC.
607 IRWIN ST
607
SAN RAFAEL CA 94901

State the term remaining | 12/31/2024

List the contract number of any government contract | _____

---

2.683. | Title of contract | MONTH-TO-MONTH STORAGE SPACE LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for | COMMERCIAL

Nature of debtor's interest | LESSOR

NOVATO CHAMBER
7200 REDWOOD BLVD
STORAGE C
NOVATO CA 94947

State the term remaining | MONTH TO MONTH

List the contract number of any government contract | _____

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 484 of 554

| 2.684. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | O'DOWD, MARIAN 508 C ST SAN RAFAEL CA 94901 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.685. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | O'DOWD, MARIAN 508 C ST SAN RAFAEL CA 94901 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.686. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | O'DOWD, MARIAN (TIC) |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.687. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | BUSINESS AUTO -BAS56645842 | OHIO SECURITY INSURANCE COMPANY 175 BERKELEY ST BOSTON MA 02116 |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 7/31/2021 | |
| | List the contract number of any government contract | _____ | |

| 2.688. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | OLIVA, MARILYN 312 WARREN ST BROOKLYN NY 11201 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | _____ | |

2.689. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | OLIVE, PAHO
2305 COFFEE LN
SEBASTOPOL CA 95472

| **State the term remaining** | 12/31/2055

| **List the contract number of any government contract** | _____

2.690. | **Title of contract** | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

| **Nature of debtor's interest** | GENERAL PARTNER | ORTIZ, RUBEN & SIBYLLA
376 VIA CASITAS
GREENBRAE CA 94904-2344

| **State the term remaining** | 12/31/2058

| **List the contract number of any government contract** | _____

2.691. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ORTIZ, WILLIAM G.

| **State the term remaining** | 12/31/2045

| **List the contract number of any government contract** | _____

2.692. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | OSBORN, ANN S

| **State the term remaining** | 12/31/2046

| **List the contract number of any government contract** | _____

2.693. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | PAGE, STEVE

| **State the term remaining** | 12/31/2055

| **List the contract number of any government contract** | _____

Case: 20-30604   Doc# 57   Filed: 08/18/20   Entered: 08/18/20 23:35:38   Page 486 of 554

| 2.694. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 41, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 18 APARTMENT HOMES LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PARENTE, DIANE AND LOU (TIC) |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.695. | Title of contract | RENTAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENTIAL | |
| | Nature of debtor's interest | LESSOR | PAUL E DROSTALEK |
| | State the term remaining | MONTH TO MONTH | 406 WOODLAND AVE. SAN RAFAEL CA 94901 |
| | List the contract number of any government contract | | |

| 2.696. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PAY, PHYLLIS 1363 ROSE ST BERKELEY CA 94702-1137 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.697. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PEASLEE, CLAIRE PT. REYES STATION CA 94956 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.698. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PETERSON, ROBERT 667 SPINDRIFT WAY HALF MOON BAY CA 94019 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.699. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PETRIG, CYLE AND KRISTINE G. KUEBLER

| | | |
|---|---|---|
| 2.700. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PETRIG, PAUL
PO BOX 3064
BUENA VISTA CO 81211

| | | |
|---|---|---|
| 2.701. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PETRINI, RANDALL AND SHERRY

| | | |
|---|---|---|
| 2.702. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PETRINI, RANDALL AND SHERRY

| | | |
|---|---|---|
| 2.703. | **Title of contract** | NO LEASE |
| | **State what the contract or lease is for** | COMMERCIAL |
| | **Nature of debtor's interest** | LESSOR |
| | **State the term remaining** | MONTH TO MONTH |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PFI - MAINTENANCE WAREHOUSE
359 BEL MARIN KEYS BLVD
20
NOVATO CA 94949

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 488 of 554

| 2.704. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.705. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.706. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.707. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.708. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 489 of 554

| 2.709. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.710. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.711. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 37, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL THREE OFFICE BUILDINGS LOCATED IN SONOMA, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2048 | |
| | **List the contract number of any government contract** | _____ | |

| 2.712. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | PFI MEMBER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.713. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | PHELPS, SOPHIE AND JOHN MERLINE |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 490 of 554

| 2.714. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PHILLIPS, KATE IRA SERVICES TRUST COMPANY #707168 |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.715. | Title of contract | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | PURCHASE POWER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | PITNEY BOWES P.O. BOX 571677 SALT LAKE CITY UT |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | _____ | |

| 2.716. | Title of contract | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | EQUIPMENT LEASE | |
| | Nature of debtor's interest | LESSOR | PITNEY BOWES P.O. BOX 571677 SALT LAKE CITY UT |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | _____ | |

| 2.717. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | POKSAY, LISA MARIE |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.718. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | POKSAY, LISA MARIE IRA SERVICES TRUST COMPANY #617799 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

2.719.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL
                                          INVESTORS 42, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL AN
        **lease is for**                  OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2055

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

POPE, TURNER
3444 LACEBARK PINE ST
LAS VEGAS NV 89129

---

2.720.  **Title of contract**              STANDARD INDUSTRIAL / COMMERCIAL MULTI-TENANT
                                          LEASE - GROSS

        **State what the contract or**    COMMERCIAL
        **lease is for**

        **Nature of debtor's interest**   LESSOR

        **State the term remaining**      10/31/2020

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PRECISION BODY SHOP & DETAIL
37 DUFFY PL
37
SAN RAFAEL CA 94901

---

2.721.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL
                                          INVESTORS 33, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-
        **lease is for**                  UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2046

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PRINCE, THERESA
PO BOX 123
INVERNESS CA 94937

---

2.722.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL
                                          INVESTORS 35, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A
        **lease is for**                  41,440 SQ. FT. OFFICE BUILDING LOCATED IN
                                          PETALUMA, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2046

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PRINCE, VICTORIA
POBOX 663
ARROYO HONDO NM 87513

---

2.723.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL
                                          INVESTORS 33, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-
        **lease is for**                  UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2046

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PRINCE, WILLIAM

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 492 of
554

| 2.724. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PROFESSIONAL FINANCIAL INVESTORS, INC. |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | _____ | |

| 2.725. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | PROFESSIONAL FINANCIAL INVESTORS, INC., A CALIFORNIA CORPORATION DBA MARIN COWORK |
| | State the term remaining | 06/30/2025 | 200 GATE FIVE RD |
| | List the contract number of any government contract | _____ | 210 SAUSALITO CA 94965 |

| 2.726. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | PROFESSIONAL INVESTMENTS MANAGEMENT CORPORATION DBA MARIN COWORK |
| | State the term remaining | 10/30/2021 | 7200 REDWOOD BLVD |
| | List the contract number of any government contract | _____ | 400 NOVATO CA 94947 |

| 2.727. | Title of contract | LEASE OPTION RENEWAL TENANTS RIGHT TO EXERCISE OPTION TO EXTEND LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | PROJECT SQUEEBLE LLC RACHAEL STAUDT DOUGLASS SOO |
| | State the term remaining | 01/31/2021 | 200 GATE FIVE RD |
| | List the contract number of any government contract | _____ | 110 SAUSALITO CA 94965 |

| 2.728. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | PROVASOLI, RICHARD RICO |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 493 of 554

**2.729.** Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 12/31/2055

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PUTZI, ROBERT AND GABRIELE

---

**2.730.** Title of contract | RENTAL LEASE

State what the contract or lease is for | RESIDENTIAL

Nature of debtor's interest | LESSOR

State the term remaining | MONTH TO MONTH

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RAND KNOX
392 WOODLAND AVE.
SAN RAFAEL CA 94901

---

**2.731.** Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC

State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA

Nature of debtor's interest | MEMBER AND GENERAL MANAGER

State the term remaining | 07/31/2047

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RANTA, JEFFREY H.

---

**2.732.** Title of contract | COPIER LEASE

State what the contract or lease is for | COPIER LEASE - CANON, SERIAL NO. 819385879285 (SECOND FLOOR)

Nature of debtor's interest | LESSEE

State the term remaining | 9/14/2020

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RAY MORGAN COMPANY
3131 ESPLANADE
CHICO CA 95973

---

**2.733.** Title of contract | COPIER LEASE

State what the contract or lease is for | COPIER LEASE - HP MFP E5865ODN, SERIAL NO. UNKNOWN (SECOND FLOOR)

Nature of debtor's interest | LESSEE

State the term remaining | 10/22/2023

List the contract number of any government contract | _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RAY MORGAN COMPANY
3131 ESPLANADE
CHICO CA 95973

---

| 2.734. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | REA, RICHARD R IRA SERVICES TRUST COMPANY #733064 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.735. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | REA, RICHARD ROSS IRA SERVICES TRUST COMPANY #733064 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.736. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 38, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | REA, RICHARD ROSS IRA SERVICES TRUST COMPANY #733064 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | | |

| 2.737. | Title of contract | SECURITY SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL AND INSTRUSTIAL SECURITY SERVICES | REDWOOD SECURITY SYSTEMS, INC. P.O. BOX 1809 MILL VALLEY CA 94942 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 9/3/2021 | |
| | List the contract number of any government contract | | |

| 2.738. | Title of contract | SECURITY SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FIRE MONITORING SERVICES FOR 200 GATE RD. 5, SAUSALITO, CA | REDWOOD SECURITY SYSTEMS, INC. P.O. BOX 1809 MILL VALLEY CA 94942 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 495 of 554

| 2.739. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | REGALADO, PRISCILLA 1630 BUTTE ST RICHMOND CA 94804-5214 |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | _____ | |

| 2.740. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | REINHARDT, BENJAMIN |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | _____ | |

| 2.741. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | REINHARDT, BENJAMIN |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | _____ | |

| 2.742. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | REINHARDT, BENJAMIN |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.743. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | REINHARDT, BENJAMIN |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.744. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | REINHARDT, BENJAMIN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.745. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO) | REINHARDT, CHERYL<br>535 CASWELL RD<br>CHAPEL HILL NC 27514-2706 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | _____ | |

| 2.746. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | REINHARDT, CHERYL<br>535 CASWELL RD<br>CHAPEL HILL NC 27514-2706 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | _____ | |

| 2.747. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | REINHARDT, CHERYL<br>535 CASWELL RD<br>CHAPEL HILL NC 27514-2706 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | _____ | |

| 2.748. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | REMPIS, STEVEN |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

**2.749.**    Title of contract       OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for       AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

Nature of debtor's interest       MEMBER AND GENERAL MANAGER         REMPIS, STEVEN

State the term remaining       12/31/2055

List the contract number of any government contract       _____

**2.750.**    Title of contract       OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for       AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest       MEMBER AND GENERAL MANAGER         REMPIS, STEVEN

State the term remaining       12/31/2055

List the contract number of any government contract       _____

**2.751.**    Title of contract       INSURANCE         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for       WORKERS COMPENSATION -180640-10

Nature of debtor's interest       INSURED         REPUBLIC INDEMNITY CO OF CALIFORNIA

State the term remaining       11/1/2020         100 PINE ST 14TH FL

List the contract number of any government contract       _____         SAN FRANCISCO CA 94111

**2.752.**    Title of contract       OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 20, LLC         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for       AGREEMENT TO PURCHASE, MANAGE AND SELL THE IGNACIO HILLS TENNIS & GARDEN APARTMENTS (511 & 531 ALAMEDA DEL PRADO)

Nature of debtor's interest       MEMBER AND GENERAL MANAGER         REVOIR, KATHERINE 212 LAVERNE AVE MILL VALLEY CA 94941

State the term remaining       12/31/2025

List the contract number of any government contract       _____

**2.753.**    Title of contract       OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for       AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA

Nature of debtor's interest       MEMBER AND GENERAL MANAGER         REVOIR, KATHERINE Q.

State the term remaining       12/31/2045

List the contract number of any government contract       _____

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 498 of 554

| 2.754. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA | REVOIR, KATHERINE Q. REVOCABLE TRUST |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.755. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | REYNOLDS, MATTHEW |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.756. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | REYNOLDS, MATTHEW |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.757. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | RIBEIRO, TERESA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.758. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | RIBEIRO, TERESA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 499 of 554

2.759.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL      **State the name and mailing address**
                                       INVESTORS 48, LLC                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-  **unexpired lease**
        **lease is for**               UNIT APARTMENT BUILDING LOCATED IN CORTE
                                       MADERA, CA                                RIBEIRO, TERESA

        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER

        **State the term remaining**   12/31/2055

        **List the contract number of**  _____
        **any government contract**


2.760.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL      **State the name and mailing address**
                                       INVESTORS 40, LLC                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL 42  **unexpired lease**
        **lease is for**               APARTMENT HOMES LOCATED IN GLEN ELLEN, CA
                                                                                 RIEZENMAN, BRUCE
        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER               619 VICTOR DR
                                                                                 SANTA ROSA CA 95401
        **State the term remaining**   12/31/2055

        **List the contract number of**  _____
        **any government contract**


2.761.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL      **State the name and mailing address**
                                       INVESTORS 42, LLC                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL AN  **unexpired lease**
        **lease is for**               OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                 RIEZENMAN, BRUCE
        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER               619 VICTOR DR
                                                                                 SANTA ROSA CA 95401
        **State the term remaining**   12/31/2055

        **List the contract number of**  _____
        **any government contract**


2.762.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL      **State the name and mailing address**
                                       INVESTORS 44, LLC                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL 24  **unexpired lease**
        **lease is for**               APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA
                                                                                 RIEZENMAN, BRUCE
        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER               619 VICTOR DR
                                                                                 SANTA ROSA CA 95401
        **State the term remaining**   12/31/2055

        **List the contract number of**  _____
        **any government contract**


2.763.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL      **State the name and mailing address**
                                       INVESTORS 47, LLC                         **for all other parties with whom the**
                                                                                 **debtor has an executory contract or**
        **State what the contract or** AGREEMENT TO PURCHASE, MANAGE, AND SELL A  **unexpired lease**
        **lease is for**               23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE
                                       MADERA, CA                                RIEZENMAN, BRUCE
                                                                                 619 VICTOR DR
        **Nature of debtor's interest** MEMBER AND GENERAL MANAGER               SANTA ROSA CA 95401

        **State the term remaining**   12/31/2055

        **List the contract number of**  _____
        **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 500 of 554

| | | |
|---|---|---|
| 2.764. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.764. **Title of contract** — OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2025

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RIZZO, MARK IRA SERVICES TRUST COMPANY #432842

---

2.765. **Title of contract** — STANDARD MULTI TENANT COMMERCIAL OFFICE LEASE

**State what the contract or lease is for** — COMMERCIAL

**Nature of debtor's interest** — LESSOR

**State the term remaining** — 09/30/2020

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROBERT HUBBS, AN INDIVIDUAL DBA HUBBS DISABILITY LAW
121 PAUL DR
121D
SAN RAFAEL CA 94903

---

2.766. **Title of contract** — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 30, LLC

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 58,292 SQ. FT. OFFICE AND INDUSTRIAL BUILDING IN PETALUMA, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROCHESTER, TERRY
600 SPRING ST
SAUSALITO CA 94965

---

2.767. **Title of contract** — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2046

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROCHESTER, TERRY
600 SPRING ST
SAUSALITO CA 94965

---

2.768. **Title of contract** — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

**State what the contract or lease is for** — AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** — MEMBER AND GENERAL MANAGER

**State the term remaining** — 12/31/2055

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROCHESTER, TERRY
600 SPRING ST
SAUSALITO CA 94965

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 501 of 554

2.769.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                        INVESTORS 45, LLC                          **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL AN    **unexpired lease**
         **lease is for**               OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                   ROCHESTER, TERRY
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER              600 SPRING ST
                                                                                   SAUSALITO CA 94965
         **State the term remaining**    12/31/2055

         **List the contract number of**   _____
         **any government contract**

2.770.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                        INVESTORS 46, LLC                          **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-   **unexpired lease**
         **lease is for**               UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                        CA                                         ROCHESTER, TERRY
                                                                                   600 SPRING ST
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER              SAUSALITO CA 94965

         **State the term remaining**    12/31/2055

         **List the contract number of**   _____
         **any government contract**

2.771.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                        INVESTORS 48, LLC                          **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-   **unexpired lease**
         **lease is for**               UNIT APARTMENT BUILDING LOCATED IN CORTE
                                        MADERA, CA                                 ROCHESTER, TERRY
                                                                                   600 SPRING ST
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER              SAUSALITO CA 94965

         **State the term remaining**    12/31/2055

         **List the contract number of**   _____
         **any government contract**

2.772.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                        INVESTORS 43, LLC                          **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 20    **unexpired lease**
         **lease is for**               APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA
                                                                                   ROJAS, GEOFFREY R.
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

         **State the term remaining**    12/31/2055

         **List the contract number of**   _____
         **any government contract**

2.773.   **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL        **State the name and mailing address**
                                        INVESTORS 44, LLC                          **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 24    **unexpired lease**
         **lease is for**               APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA
                                                                                   ROMANO, TINA
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

         **State the term remaining**    12/31/2055

         **List the contract number of**   _____
         **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 502 of
554

| 2.774. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | ROMERO, TERESA A DE |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.775. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | ROSS, PETER |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 1955 BIDWELL WAY |
| | **State the term remaining** | 12/31/2045 | SACRAMENTO CA 95818 |
| | **List the contract number of any government contract** | _____ | |

| 2.776. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | ROSS, PETER AND ADA ROSS |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.777. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA | ROZEN, BARBARA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 5 PENNY LN |
| | **State the term remaining** | 12/31/2046 | FAIRFAX CA 94930 |
| | **List the contract number of any government contract** | _____ | |

| 2.778. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | ROZEN, BARBARA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | 5 PENNY LN |
| | **State the term remaining** | 12/31/2055 | FAIRFAX CA 94930 |
| | **List the contract number of any government contract** | _____ | |

2.779.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL              State the name and mailing address
                                          INVESTORS 44, LLC                                for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 24       unexpired lease
         **lease is for**                  APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA
                                                                                           ROZEN, BARBARA
         **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER                       5 PENNY LN
                                                                                           FAIRFAX CA 94930
         **State the term remaining**      12/31/2055

         **List the contract number of**   _____
         **any government contract**

2.780.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL             State the name and mailing address
                                          INVESTORS 36, LLC                                for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 41       unexpired lease
         **lease is for**                  APARTMENT HOMES LOCATED IN SONOMA, CA
                                                                                           RYALS, BARBARA LYNN IRA
         **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER                       SERVICES TRUST COMPANY
                                                                                           #593072
         **State the term remaining**      07/31/2047

         **List the contract number of**   _____
         **any government contract**

2.781.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL             State the name and mailing address
                                          INVESTORS 25, LLC                                for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A        unexpired lease
         **lease is for**                  28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                           SADA, DENNIS
         **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

         **State the term remaining**      12/31/2045

         **List the contract number of**   _____
         **any government contract**

2.782.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL             State the name and mailing address
                                          INVESTORS 43, LLC                                for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 20       unexpired lease
         **lease is for**                  APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA
                                                                                           SALO, CHRISTY
         **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

         **State the term remaining**      12/31/2055

         **List the contract number of**   _____
         **any government contract**

2.783.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL             State the name and mailing address
                                          INVESTORS 35, LLC                                for all other parties with whom the
                                                                                           debtor has an executory contract or
         **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A        unexpired lease
         **lease is for**                  41,440 SQ. FT. OFFICE BUILDING LOCATED IN
                                          PETALUMA, CA                                     SALTZMAN, LORI BETH IRA
                                                                                           SERVICES TRUST COMPANY
         **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER                       #585646

         **State the term remaining**      12/31/2046

         **List the contract number of**   _____
         **any government contract**

2.784.    **Title of contract**    OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

SANTORO, RICHARD AND PHYLLIS

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2055

**List the contract number of any government contract**    _____

2.785.    **Title of contract**    OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

SCAGLIOLA, JAMES R.

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2045

**List the contract number of any government contract**    _____

2.786.    **Title of contract**    OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

SCAMMELL, SHELLEY H.

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2025

**List the contract number of any government contract**    _____

2.787.    **Title of contract**    OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

SCHAUMLEFFEL, JOHN W. AND DIANE L.

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2055

**List the contract number of any government contract**    _____

2.788.    **Title of contract**    OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

SCHEUNERT, SIMONE

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2025

**List the contract number of any government contract**    _____

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 505 of 554

| 2.789. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA | SCHEUNERT, SIMONE |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.790. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 31, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | SCHEUNERT, SIMONE |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.791. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | SCHEUNERT, SIMONE OR GREGOR CHELLO |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.792. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | SCHOLLENBERG, ED & JANET |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.793. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | SCHOLLENBERG, ED OR JANET POHL-SCHOLLENBERG |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 07/31/2047 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 506 of 554

| 2.794. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | SCHOLLENBERG, RICHARD |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.795. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA | SCHUMAKER-KING FAMILY TRUST |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.796. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA | SCHUMAKER-KING FAMILY TRUST |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2045 | |
| | **List the contract number of any government contract** | _____ | |

| 2.797. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | SCHWANBECK, LORI |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.798. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | SCHWANBECK, LORI |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | |
| | **State the term remaining** | 07/31/2047 | |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 507 of 554

| | | |
|---|---|---|
| 2.799. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCHWANBECK, LORI

| | | |
|---|---|---|
| 2.800. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2046 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCHWARTZ, JEFFREY

| | | |
|---|---|---|
| 2.801. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCHWARTZ, JEFFREY

| | | |
|---|---|---|
| 2.802. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCHWARTZ, JEFFREY AND MARNIE NIEVES

| | | |
|---|---|---|
| 2.803. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2055 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCHWARTZ, JEFFREY AND MARNIE NIEVES

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 508 of 554

2.804. **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                     INVESTORS 42, LLC                             **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
      **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL AN  **unexpired lease**
      **lease is for**                 OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                   SCHWARTZ, KERRY GOLEMON
      **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

      **State the term remaining**     12/31/2055

      **List the contract number of**
      **any government contract**      _____

2.805. **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                     INVESTORS 43, LLC                             **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
      **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL 20  **unexpired lease**
      **lease is for**                 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA
                                                                                   SCHWARTZ, KERRY GOLEMON
      **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

      **State the term remaining**     12/31/2055

      **List the contract number of**
      **any government contract**      _____

2.806. **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                     INVESTORS 46, LLC                             **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
      **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20- **unexpired lease**
      **lease is for**                 UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                     CA                                            SCHWARTZ, KERRY GOLEMON

      **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

      **State the term remaining**     12/31/2055

      **List the contract number of**
      **any government contract**      _____

2.807. **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                     INVESTORS 36, LLC                             **for all other parties with whom the**
                                                                                   **debtor has an executory contract or**
      **State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL 41  **unexpired lease**
      **lease is for**                 APARTMENT HOMES LOCATED IN SONOMA, CA
                                                                                   SCIARONI, JAMES
      **Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

      **State the term remaining**     07/31/2047

      **List the contract number of**
      **any government contract**      _____

2.808. **Title of contract**          AGREEMENT OF LIMITED PARTNERSHIP             **State the name and mailing address**
                                                                                   **for all other parties with whom the**
      **State what the contract or**   LP AGREEMENT FOR PROFESSIONAL INVESTORS      **debtor has an executory contract or**
      **lease is for**                 SECURITY FUND I                             **unexpired lease**

      **Nature of debtor's interest**  GENERAL PARTNER                             SCIARONI, JIM
                                                                                   1090 BEL MARIN KEYS BLVD.
      **State the term remaining**     12/31/2058                                  NOVATO CA 94949

      **List the contract number of**
      **any government contract**      _____

Case: 20-30604      Doc# 57      Filed: 08/18/20      Entered: 08/18/20 23:35:38      Page 509 of
554

**2.809.** **Title of contract**　　INSURANCE

State what the contract or lease is for　　MANAGEMENT LIABILITY PACKAGE -EKS3309995

Nature of debtor's interest　　INSURED

State the term remaining　　10/31/2020

List the contract number of any government contract　　_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCOTTSDALE INSURANCE COMPANY
ONE NATIONWIDE PLZ
COLUMBUS OH 43215

---

**2.810.** **Title of contract**　　AGREEMENT OF LIMITED PARTNERSHIP

State what the contract or lease is for　　LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

Nature of debtor's interest　　GENERAL PARTNER

State the term remaining　　12/31/2058

List the contract number of any government contract　　_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SELLIN FAMILY TRUST DTD JAN 5, 2007

---

**2.811.** **Title of contract**　　OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC

State what the contract or lease is for　　AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

Nature of debtor's interest　　MEMBER AND GENERAL MANAGER

State the term remaining　　12/31/2046

List the contract number of any government contract　　_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SERMON, DANIEL WAYNE
420 LEXINGTON AVE
NEW YORK NY 10170

---

**2.812.** **Title of contract**　　OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC

State what the contract or lease is for　　AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

Nature of debtor's interest　　MEMBER AND GENERAL MANAGER

State the term remaining　　12/31/2055

List the contract number of any government contract　　_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SERMON, DANIEL WAYNE
420 LEXINGTON AVE
NEW YORK NY 10170

---

**2.813.** **Title of contract**　　OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

State what the contract or lease is for　　AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest　　MEMBER AND GENERAL MANAGER

State the term remaining　　12/31/2055

List the contract number of any government contract　　_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SERMON, DANIEL WAYNE
420 LEXINGTON AVE
NEW YORK NY 10170

Case: 20-30604　　Doc# 57　　Filed: 08/18/20　　Entered: 08/18/20 23:35:38　　Page 510 of 554

| 2.814. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 43, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|-------------------|----|----|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 20 APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | SERMON, DANIEL WAYNE 420 LEXINGTON AVE NEW YORK NY 10170 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.815. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|-------------------|----|----|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | SERMON, JEFFREY LYNN IRA SERVICES TRUST COMPANY #617118 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.816. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|-------------------|----|----|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | SERMON, TAYLOR 388 E 840 N TOOELE UT 84074 |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.817. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|-------------------|----|----|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | SERVEDIO, PHILIP & ANNE M. KENNEDY |
| | **State the term remaining** | 12/31/2046 | |
| | **List the contract number of any government contract** | _____ | |

| 2.818. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|-------------------|----|----|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | SERVEDIO, PHILIP & ANNE M. KENNEDY |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.819. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 38, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | SERVEDIO, PHILIP J. & ANNE M. KENNEDY |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | | |

| 2.820. | Title of contract | STANDARD MULTI TENANT COMMERCIAL OFFICE LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | SHAWN CURTIN, AN INDIVIDUAL |
| | Nature of debtor's interest | LESSOR | 117 PAUL DR |
| | State the term remaining | 10/31/2020 | 117C SAN RAFAEL CA 94903 |
| | List the contract number of any government contract | | |

| 2.821. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA | SHER, THOMAS |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.822. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 38, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | SHERIDAN, PATRICK IRA SERVICES TRUST COMPANY #761953 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2048 | |
| | List the contract number of any government contract | | |

| 2.823. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | SHERIDAN, PATRICK IRA SERVICES TRUST COMPANY #761953 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

**2.824.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

SHERMAN, LEONARD

**State the term remaining**    12/31/2055

**List the contract number of any government contract**    _____

**2.825.** **Title of contract**

OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

SIDELL, IVORY J.

**State the term remaining**    12/31/2045

**List the contract number of any government contract**    _____

**2.826.** **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

SIDELL, SUSAN J.

**State the term remaining**    12/31/2055

**List the contract number of any government contract**    _____

**2.827.** **Title of contract**    AGREEMENT OF LIMITED PARTNERSHIP

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

**Nature of debtor's interest**    GENERAL PARTNER

SIDELL, SUSAN J.

**State the term remaining**    12/31/2058

**List the contract number of any government contract**    _____

**2.828.** **Title of contract**    AGREEMENT OF LIMITED PARTNERSHIP

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

**Nature of debtor's interest**    GENERAL PARTNER

SILVERMAN FAMILY TRUST
232 COULSON AVENUE
SANTA CRUZ CA 95060

**State the term remaining**    12/31/2058

**List the contract number of any government contract**    _____

| 2.829. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | SILVERMAN, KENNETH |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.830. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 32, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | SILVERSHIELD, CURTIS |
| | State the term remaining | 12/31/2046 | 310 THREE OAKD DR |
| | List the contract number of any government contract | _____ | ATHENS GA 30607 |

| 2.831. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | SIMMONDS & ASSOCIATES, INC., A CALIFORNIA CORPORATION |
| | State the term remaining | 05/31/2021 | 359 BEL MARIN KEYS BLVD 03 |
| | List the contract number of any government contract | _____ | NOVATO CA 94949 |

| 2.832. | Title of contract | LEASE OPTION RENEWAL TENANTS RIGHT TO EXERCISE OPTION TO EXTEND LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | |
| | Nature of debtor's interest | LESSOR | SINGLEPOINT DESIGN BUILDING, INC. |
| | State the term remaining | 07/31/2021 | 200 GATE FIVE RD 109 |
| | List the contract number of any government contract | _____ | SAUSALITO CA 94965 |

| 2.833. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | SKARVELAND, ELISA |
| | State the term remaining | 12/31/2025 | 2834 GOUGH ST |
| | List the contract number of any government contract | _____ | SAN FRANCISCO CA 94123 |

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 514 of 554

2.834.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL            **State the name and mailing address**
                                                 INVESTORS 24, LLC                              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL A      **unexpired lease**
         **lease is for**                        31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                                SKARVELAND, ELISA
         **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER                     2834 GOUGH ST
                                                                                                SAN FRANCISCO CA 94123
         **State the term remaining**            12/31/2045

         **List the contract number of**         _____
         **any government contract**

2.835.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL           **State the name and mailing address**
                                                 INVESTORS 48, LLC                              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-  **unexpired lease**
         **lease is for**                        UNIT APARTMENT BUILDING LOCATED IN CORTE
                                                 MADERA, CA                                     SOGG, RICHARD IRA SERVICES
                                                                                                TRUST COMPANY #829808
         **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER

         **State the term remaining**            12/31/2055

         **List the contract number of**         _____
         **any government contract**

2.836.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL           **State the name and mailing address**
                                                 INVESTORS 43, LLC                              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL 20     **unexpired lease**
         **lease is for**                        APARTMENT BUILDINGS LOCATED IN SAN RAFAEL, CA
                                                                                                SOMMER, MICHAEL
         **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER

         **State the term remaining**            12/31/2055

         **List the contract number of**         _____
         **any government contract**

2.837.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL           **State the name and mailing address**
                                                 INVESTORS 42, LLC                              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL AN     **unexpired lease**
         **lease is for**                        OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                                SOMMER, MICHAEL H.
         **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER                     702 WOOD SORREL DR.
                                                                                                PETALUMA CA 94954
         **State the term remaining**            12/31/2055

         **List the contract number of**         _____
         **any government contract**

2.838.   **Title of contract**                    OPERATING AGREEMENT FOR PROFESSIONAL           **State the name and mailing address**
                                                 INVESTORS 42, LLC                              **for all other parties with whom the**
                                                                                                **debtor has an executory contract or**
         **State what the contract or**          AGREEMENT TO PURCHASE, MANAGE, AND SELL AN     **unexpired lease**
         **lease is for**                        OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                                SOMMER, MICHAEL H. IRA
         **Nature of debtor's interest**         MEMBER AND GENERAL MANAGER                     SERVICES TRUST COMPANY
                                                                                                #782373
         **State the term remaining**            12/31/2055

         **List the contract number of**         _____
         **any government contract**

**2.839.** **Title of contract** INSURANCE

State what the contract or lease is for PACKAGE -SIA80096

Nature of debtor's interest INSURED

State the term remaining 12/31/2020

List the contract number of any government contract _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPECIALTY INSURANCE ADVANTAGE
SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN
790 E COLORADO BLVD
STE 510
PASADENA CA 91101

**2.840.** **Title of contract** INSURANCE

State what the contract or lease is for PACKAGE -SIA82591

Nature of debtor's interest INSURED

State the term remaining 12/31/2020

List the contract number of any government contract _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPECIALTY INSURANCE ADVANTAGE
SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN
790 E COLORADO BLVD
STE 510
PASADENA CA 91101

**2.841.** **Title of contract** INSURANCE

State what the contract or lease is for PACKAGE -SIA82591

Nature of debtor's interest INSURED

State the term remaining 12/31/2020

List the contract number of any government contract _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPECIALTY INSURANCE ADVANTAGE
SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN
790 E COLORADO BLVD
STE 510
PASADENA CA 91101

**2.842.** **Title of contract** INSURANCE

State what the contract or lease is for PACKAGE -SIA82591

Nature of debtor's interest INSURED

State the term remaining 12/31/2020

List the contract number of any government contract _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPECIALTY INSURANCE ADVANTAGE
SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN
790 E COLORADO BLVD
STE 510
PASADENA CA 91101

**2.843.** **Title of contract** INSURANCE

State what the contract or lease is for PACKAGE -SIA82591

Nature of debtor's interest INSURED

State the term remaining 12/31/2020

List the contract number of any government contract _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPECIALTY INSURANCE ADVANTAGE
SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN
790 E COLORADO BLVD
STE 510
PASADENA CA 91101

**2.844.** | **Title of contract** | INSURANCE | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PACKAGE -SIA82591 |
| **Nature of debtor's interest** | INSURED |
| **State the term remaining** | 12/31/2020 | | SPECIALTY INSURANCE ADVANTAGE SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN 790 E COLORADO BLVD STE 510 PASADENA CA 91101
| **List the contract number of any government contract** | _____ |

**2.845.** | **Title of contract** | INSURANCE | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PACKAGE -SIA82591 |
| **Nature of debtor's interest** | INSURED |
| **State the term remaining** | 12/31/2020 | | SPECIALTY INSURANCE ADVANTAGE SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN 790 E COLORADO BLVD STE 510 PASADENA CA 91101
| **List the contract number of any government contract** | _____ |

**2.846.** | **Title of contract** | INSURANCE | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | EARTHQUAKE (C) -667498 |
| **Nature of debtor's interest** | INSURED |
| **State the term remaining** | 7/31/2020 | | SPECIALTY INSURANCE ADVANTAGE SPECIALTY PROGRAMS AND FACILITIES MANAGERS IN 790 E COLORADO BLVD STE 510 PASADENA CA 91101
| **List the contract number of any government contract** | _____ |

**2.847.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | | SPEELMON, STEVEN 10680 SUNSET RIDGE DR KELSEYVILLE CA 95451
| **State the term remaining** | 12/31/2046 |
| **List the contract number of any government contract** | _____ |

**2.848.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 25, LLC | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA |
| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | | SPIGER, RALEIGH 3340 SW SALMON CT REDMOND OR 97756
| **State the term remaining** | 12/31/2045 |
| **List the contract number of any government contract** | _____ |

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 517 of 554

2.849.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                            INVESTORS 24, LLC                             **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A     **unexpired lease**
         **lease is for**                   31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                          SPIGER, RALEIGH IRA SERVICES
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                    TRUST COMPANY #490143

         **State the term remaining**       12/31/2045

         **List the contract number of**    _____
         **any government contract**

2.850.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                            INVESTORS 25, LLC                             **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A     **unexpired lease**
         **lease is for**                   28,530 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                          SPIGER, RALEIGH IRA SERVICES
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                    TRUST COMPANY #490143

         **State the term remaining**       12/31/2045

         **List the contract number of**    _____
         **any government contract**

2.851.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                            INVESTORS 42, LLC                             **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL AN    **unexpired lease**
         **lease is for**                   OFFICE BUILDING LOCATED IN SAN RAFAEL, CA
                                                                                          SPILLARD, DANIEL AND MARY
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

2.852.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                            INVESTORS 47, LLC                             **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A     **unexpired lease**
         **lease is for**                   23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE
                                            MADERA, CA                                    SPILLARD, DANIEL RAYMOND AND
                                                                                          MARY
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

2.853.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                            INVESTORS 48, LLC                             **for all other parties with whom the**
                                                                                          **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32- **unexpired lease**
         **lease is for**                   UNIT APARTMENT BUILDING LOCATED IN CORTE
                                            MADERA, CA                                    SPILSBURY, ELIZABETH AND
                                                                                          MICHAEL
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 518 of
554

**2.854.** Title of contract    AGREEMENT OF LIMITED PARTNERSHIP

State what the contract or lease is for    LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

Nature of debtor's interest    GENERAL PARTNER

State the term remaining    12/31/2058

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPRINGER, SUSAN IRA SERVICES TRAD #711391
16 E CRESCENT DRIVE
SAN RAFAEL CA 94901

**2.855.** Title of contract    PCS SITE AGREEMENT

State what the contract or lease is for    COMMERCIAL

Nature of debtor's interest    LESSOR

State the term remaining    08/31/21

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPRINT PCS CELL SITE
7200 REDWOOD BLVD
ROOF
NOVATO CA 94947

**2.856.** Title of contract    RETAIL INSTALLMENT CONTRACT

State what the contract or lease is for    INSTALLMENT BILLING AGREEMENT FOR MOBILE PHONE EQUIPMENT; TRANSACTION ID: B-159825104

Nature of debtor's interest    CONTRACT PARTY

State the term remaining    9/15/2021

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPRINT SPECTRUM
6200 SPRINT PARKWAY
OVERLAND PARK KS

**2.857.** Title of contract    SPRINT FLEX LEASE AGREEMENT

State what the contract or lease is for    MOBILE PHONE LEASE FOR TRANSACTION ID: TM-L-162879768

Nature of debtor's interest    LESSEE

State the term remaining    4/15/2021

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPRINT SPECTRUM
6200 SPRINT PARKWAY
OVERLAND PARK KS

**2.858.** Title of contract    SPRINT FLEX LEASE AGREEMENT

State what the contract or lease is for    MOBILE PHONE LEASE FOR TRANSACTION ID: TM-L-162879778

Nature of debtor's interest    LESSEE

State the term remaining    4/15/2021

List the contract number of any government contract    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SPRINT SPECTRUM
6200 SPRINT PARKWAY
OVERLAND PARK KS

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 519 of 554

2.859.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL           **State the name and mailing address**
                                             INVESTORS 24, LLC                              **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A      **unexpired lease**
         **lease is for**                    31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                            SQUIRE, SHARON
         **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

         **State the term remaining**        12/31/2045

         **List the contract number of**     _____
         **any government contract**

2.860.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                             INVESTORS 35, LLC                              **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A      **unexpired lease**
         **lease is for**                    41,440 SQ. FT. OFFICE BUILDING LOCATED IN
                                             PETALUMA, CA                                   STEFANSKI, JOHANNA E.

         **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

         **State the term remaining**        12/31/2046

         **List the contract number of**     _____
         **any government contract**

2.861.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                             INVESTORS 38, LLC                              **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A      **unexpired lease**
         **lease is for**                    CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN
                                             SAN RAFAEL, CA                                 STEFANSKI, JOHANNA E.

         **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER

         **State the term remaining**        12/31/2048

         **List the contract number of**     _____
         **any government contract**

2.862.   **Title of contract**                OPERATING AGREEMENT OF PROFESSIONAL          **State the name and mailing address**
                                             INVESTORS 23, LLC                              **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A      **unexpired lease**
         **lease is for**                    35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                            STELLA, GRACE
         **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                     26 CORNELL DRIVE
                                                                                            GREAT NECK NY 11020
         **State the term remaining**        12/31/2045

         **List the contract number of**     _____
         **any government contract**

2.863.   **Title of contract**                OPERATING AGREEMENT FOR PROFESSIONAL          **State the name and mailing address**
                                             INVESTORS 48, LLC                              **for all other parties with whom the**
                                                                                            **debtor has an executory contract or**
         **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-  **unexpired lease**
         **lease is for**                    UNIT APARTMENT BUILDING LOCATED IN CORTE
                                             MADERA, CA                                     STELLA, GRACE
                                                                                            26 CORNELL DRIVE
         **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                     GREAT NECK NY 11020

         **State the term remaining**        12/31/2055

         **List the contract number of**     _____
         **any government contract**

| 2.864. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | STELLA, GRACE M. |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.865. | Title of contract | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | STENBERG NEWTON CPAS A CALIFORNIA CORPORATION |
| | Nature of debtor's interest | LESSOR | 7200 REDWOOD BLVD |
| | State the term remaining | 11/30/2022 | 402 |
| | List the contract number of any government contract | | NOVATO CA 94947 |

| 2.866. | Title of contract | RENTAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENTIAL | STEPHANIE CHRISTINA MENDEZ |
| | Nature of debtor's interest | LESSOR | 1 CLAY COURT |
| | State the term remaining | MONTH TO MONTH | #5 |
| | List the contract number of any government contract | | NOVATO CA 94949 |

| 2.867. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | STERNS, MARK |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | 8 BAHAMA REEF STE 16 |
| | State the term remaining | 12/31/2055 | NOVATO CA 94949 |
| | List the contract number of any government contract | | |

| 2.868. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | STROUD, LEI LANI |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 521 of 554

**2.869.** **Title of contract** OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2044

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STROUD, LEI LANI

---

**2.870.** **Title of contract** STANDARD MULTI-TENANT OFFICE LEASE - GROSS

**State what the contract or lease is for** COMMERCIAL

**Nature of debtor's interest** LESSOR

**State the term remaining** 08/31/2024

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STUDIO FOR URBAN PROJECTS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
200 GATE FIVE RD
106
SAUSALITO CA 94965

---

**2.871.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2046

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STUMBAUGH, SANDRA IRA SERVICES TRUST COMPANY #726047

---

**2.872.** **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SUNBEAM, ALAN

---

**2.873.** **Title of contract** RENTAL LEASE

**State what the contract or lease is for** RESIDENTIAL

**Nature of debtor's interest** LESSOR

**State the term remaining** MONTH TO MONTH

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SUSAN HERD
400 WOODLAND AVE.
SAN RAFAEL CA 94901

---

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 522 of 554

**2.874.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

SWINARSKI, KEN AND CINDY

**2.875.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 38, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A CLASS A 55,125 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2048

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TAFRESHI, IRA SERVICES TRUST COMPANY #761709

**2.876.** Title of contract — LEASE OPTION RENEWAL TENANTS RIGHT TO EXERCISE OPTION TO EXTEND LEASE

State what the contract or lease is for — COMMERCIAL

Nature of debtor's interest — LESSOR

State the term remaining — 01/31/2021

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TARA A. HIGGINS AND MORGAN H. DALY
121 PAUL DR
121A
SAN RAFAEL CA 94903

**2.877.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TAUREK, DAVIDA
7 MABRY WAY
SAN RAFAEL CA 94903

**2.878.** Title of contract — OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2045

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TAYLOR, TERRIANNE IRA SERVICES TRUST COMPANY # VINCENT ROTH IRA160441

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 523 of 554

2.879.  **Title of contract**              OPERATING AGREEMENT OF PROFESSIONAL                    **State the name and mailing address**
                                           INVESTORS 23, LLC                                      **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
        **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A              **unexpired lease**
        **lease is for**                   35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                                  TAYLOR, VINCENT SEP IRA
        **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                             SERVICES TRUST COMPANY
                                                                                                  #249130
        **State the term remaining**       12/31/2045

        **List the contract number of**    _____
        **any government contract**

2.880.  **Title of contract**              OPERATING AGREEMENT OF PROFESSIONAL                    **State the name and mailing address**
                                           INVESTORS 23, LLC                                      **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
        **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A              **unexpired lease**
        **lease is for**                   35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                                  TAYLOR, WILLIAM
        **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                             PO BOX 848
                                                                                                  UKIAH CA 95482
        **State the term remaining**       12/31/2045

        **List the contract number of**    _____
        **any government contract**

2.881.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL                   **State the name and mailing address**
                                           INVESTORS 34, LLC                                      **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
        **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A              **unexpired lease**
        **lease is for**                   28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                           RAFAEL, CA                                             TAYLOR, WILLIAM AND JAYE
                                                                                                  MOSCARIELLO, TRUSTEES
        **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

        **State the term remaining**       12/31/2046

        **List the contract number of**    _____
        **any government contract**

2.882.  **Title of contract**              AGREEMENT OF LIMITED PARTNERSHIP                       **State the name and mailing address**
                                                                                                  **for all other parties with whom the**
        **State what the contract or**     LP AGREEMENT FOR PROFESSIONAL INVESTORS                **debtor has an executory contract or**
        **lease is for**                   SECURITY FUND I                                        **unexpired lease**

        **Nature of debtor's interest**    GENERAL PARTNER                                        TERRINI, PH .D. , STEVEN J.

        **State the term remaining**       12/31/2058

        **List the contract number of**    _____
        **any government contract**

2.883.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL                   **State the name and mailing address**
                                           INVESTORS 26, LLC                                      **for all other parties with whom the**
                                                                                                  **debtor has an executory contract or**
        **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A              **unexpired lease**
        **lease is for**                   21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA
                                                                                                  THE SCHUMAKER-KING FAMILY
        **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                             TRUST

        **State the term remaining**       12/31/2046

        **List the contract number of**    _____
        **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 524 of
554

2.884.  **Title of contract**              BRONZE SERVICE AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    ELEVATOR SERVICING FOR 1825 LINCOLN AVE.

**Nature of debtor's interest**    CONTRACT PARTY                    THYSSENKRUPP ELEVATOR CORPORATION

**State the term remaining**    06/06/2029                          14400 CATALINA STREET
                                                                    SAN LEANDRO CA
**List the contract number of any government contract**    _____

2.885.  **Title of contract**              BRONZE SERVICE AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    ELEVATOR SERVICING FOR 215 MARIN ST. BUILDING

**Nature of debtor's interest**    CONTRACT PARTY                    THYSSENKRUPP ELEVATOR CORPORATION

**State the term remaining**    06/06/2029                          14400 CATALINA STREET
                                                                    SAN LEANDRO CA
**List the contract number of any government contract**    _____

2.886.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                    TIRMAN, ARTHUR
                                                                    40 BELLAM BLVD 2295
**State the term remaining**    12/31/2046                          SAN RAFAEL CA 94912

**List the contract number of any government contract**    _____

2.887.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 27, LLC                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                    TIRMAN, ARTHUR
                                                                    40 BELLAM BLVD 2295
**State the term remaining**    12/31/2045                          SAN RAFAEL CA 94912

**List the contract number of any government contract**    _____

2.888.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                    TIRMAN, ARTHUR
                                                                    40 BELLAM BLVD 2295
**State the term remaining**    12/31/2046                          SAN RAFAEL CA 94912

**List the contract number of any government contract**    _____

2.889. **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 35, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 41,440 SQ. FT. OFFICE BUILDING LOCATED IN PETALUMA, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2046

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TIRMAN, ARTHUR
40 BELLAM BLVD 2295
SAN RAFAEL CA 94912

---

2.890. **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2046

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TORINUS, SIGRUN (ZIGGY)

---

2.891. **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2055

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TOURDO, STEVEN

---

2.892. **Title of contract**

OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2045

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRAN, DARYL (WAS BROUN, ROBERT DECEASED)

---

2.893. **Title of contract**

OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC

**State what the contract or lease is for**

AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

**Nature of debtor's interest**

MEMBER AND GENERAL MANAGER

**State the term remaining**

12/31/2045

**List the contract number of any government contract**

_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRAN, DARYL (WAS BROUN, ROBERT DECEASED)

2.894.  **Title of contract**          INSURANCE                    State the name and mailing address
                                                                    for all other parties with whom the
        **State what the contract or**  SURETY -106737976           debtor has an executory contract or
        **lease is for**                                            unexpired lease

        **Nature of debtor's interest**  INSURED                    TRAVELERS CASUALTY AND
                                                                    SURETY COMPANY OF AMERICA
        **State the term remaining**     8/22/2020                  ONE TOWER SQUARE
                                                                    HARTFORD CT 06183
        **List the contract number of**  _____
        **any government contract**

2.895.  **Title of contract**          INSURANCE                    State the name and mailing address
                                                                    for all other parties with whom the
        **State what the contract or**  PACKAGE -6803F20317A        debtor has an executory contract or
        **lease is for**                                            unexpired lease

        **Nature of debtor's interest**  INSURED                    TRAVELERS CASUALTY
                                                                    INSURANCE COMPANY OF
        **State the term remaining**     7/31/2021                  AMERICA
                                                                    ONE TOWER SQUARE
        **List the contract number of**  _____    HARTFORD CT 06183
        **any government contract**

2.896.  **Title of contract**          INSURANCE                    State the name and mailing address
                                                                    for all other parties with whom the
        **State what the contract or**  PACKAGE -6804G629068        debtor has an executory contract or
        **lease is for**                                            unexpired lease

        **Nature of debtor's interest**  INSURED                    TRAVELERS CASUALTY
                                                                    INSURANCE COMPANY OF
        **State the term remaining**     7/31/2021                  AMERICA
                                                                    ONE TOWER SQUARE
        **List the contract number of**  _____    HARTFORD CT 06183
        **any government contract**

2.897.  **Title of contract**          INSURANCE                    State the name and mailing address
                                                                    for all other parties with whom the
        **State what the contract or**  PACKAGE -6806D45281A        debtor has an executory contract or
        **lease is for**                                            unexpired lease

        **Nature of debtor's interest**  INSURED                    TRAVELERS CASUALTY
                                                                    INSURANCE COMPANY OF
        **State the term remaining**     7/31/2021                  AMERICA
                                                                    ONE TOWER SQUARE
        **List the contract number of**  _____    HARTFORD CT 06183
        **any government contract**

2.898.  **Title of contract**          INSURANCE                    State the name and mailing address
                                                                    for all other parties with whom the
        **State what the contract or**  PACKAGE -6806J966300        debtor has an executory contract or
        **lease is for**                                            unexpired lease

        **Nature of debtor's interest**  INSURED                    TRAVELERS CASUALTY
                                                                    INSURANCE COMPANY OF
        **State the term remaining**     7/31/2021                  AMERICA
                                                                    ONE TOWER SQUARE
        **List the contract number of**  _____    HARTFORD CT 06183
        **any government contract**

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 527 of
554

| 2.899. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6806J97267A | |
| | Nature of debtor's interest | INSURED | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.900. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6806J97419A | |
| | Nature of debtor's interest | INSURED | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.901. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6807J003530 | |
| | Nature of debtor's interest | INSURED | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.902. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6807J006243 | |
| | Nature of debtor's interest | INSURED | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.903. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6809J050796 | |
| | Nature of debtor's interest | INSURED | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 528 of 554

| 2.904. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6809J086399 | |
| | Nature of debtor's interest | INSURED | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | | HARTFORD CT 06183 |

| 2.905. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP3F687668 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | | HARTFORD CT 06183 |

| 2.906. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP4G629960 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | | HARTFORD CT 06183 |

| 2.907. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP6D468818 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | | HARTFORD CT 06183 |

| 2.908. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP6J966465 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | | HARTFORD CT 06183 |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 529 of 554

| 2.909. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP6J972889 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD CT 06183 |
| | State the term remaining | 7/31/2021 | |
| | List the contract number of any government contract | | |

| 2.910. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6806J97275A | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD CT 06183 |
| | State the term remaining | 7/31/2021 | |
| | List the contract number of any government contract | | |

| 2.911. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP6J974256 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD CT 06183 |
| | State the term remaining | 7/31/2021 | |
| | List the contract number of any government contract | | |

| 2.912. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP7J003646 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD CT 06183 |
| | State the term remaining | 7/31/2021 | |
| | List the contract number of any government contract | | |

| 2.913. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP7J006311 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD CT 06183 |
| | State the term remaining | 7/31/2021 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 530 of 554

| 2.914. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP9J083822 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 7/31/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.915. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6800R202764 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 6/1/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.916. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP0R202684 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 6/1/2021 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.917. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGE -6803P854961 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 11/21/2020 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.918. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA(C) -CUP3P855632 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 11/21/2020 | ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

**2.919.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TRAVIS, RICHARD AND LISA

**2.920.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 40, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL 42 APARTMENT HOMES LOCATED IN GLEN ELLEN, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2055

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TRAVIS, RICHARD WILLIAM IRA SERVICES TRUST COMPANY #738967

**2.921.** Title of contract — STANDARD MULTI-TENANT OFFICE LEASE - GROSS

State what the contract or lease is for — COMMERCIAL

Nature of debtor's interest — LESSOR

State the term remaining — 06/30/2024

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TRUE COMMUNICATIONS, A CALIFORNIA LIMITED LIABILITY COMPANY
200 GATE FIVE RD
103
SAUSALITO CA 94965

**2.922.** Title of contract — STANDARD INDUSTRIAL / COMMERCIAL MULTI-TENANT LEASE - NET

State what the contract or lease is for — COMMERCIAL

Nature of debtor's interest — LESSOR

State the term remaining — MONTH TO MONTH

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TRUSH CONSTRUCTION COMPANY SHAHRAM GHODSIAN
200 GATE FIVE RD
104, 201
SAUSALITO CA 94965

**2.923.** Title of contract — OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC

State what the contract or lease is for — AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMINIUM PROJECT LOCATED IN NOVATO, CA

Nature of debtor's interest — MEMBER AND GENERAL MANAGER

State the term remaining — 12/31/2046

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TULLER, IAN AND ELIZABETH RUTZICK

| 2.924. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TULPER, BEVERLY |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.925. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TULPER, BEVERLY |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.926. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 26, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 21,254 SQ. FT. OFFICE BUILDING IN CORTE MADERA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TULPER, MICHAEL |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.927. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TULPER, MICHAEL |
| | State the term remaining | 07/31/2047 | |
| | List the contract number of any government contract | _____ | |

| 2.928. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TULPER, MICHAEL AND BEVERLY |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 533 of 554

| 2.929. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TURINA, TED<br>92 PORTSMOUTH DR<br>NOVATO CA 94949 |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.930. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TWEEDY, JANICE |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | _____ | |

| 2.931. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 41, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 18 APARTMENT HOMES LOCATED IN SAN RAFAEL, CA | |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | TWEEDY, JANICE M. |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | _____ | |

| 2.932. | Title of contract | PROPOSAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES FOR 200 GATE RD. 5, SAUSALITO, CA | |
| | Nature of debtor's interest | CONTRACT PARTY | UNIVERSAL SITE SERVICES<br>700 E. CAPITOL AVE.<br>MILPITAS CA |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | _____ | |

| 2.933. | Title of contract | COPIER LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE - XEROX C8070 (THIRD FLOOR) | |
| | Nature of debtor's interest | LESSEE | US BANK EQUIPMENT FINANCE<br>PO BOX 790448<br>ST. LOUIS MO 63179-0408 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 534 of 554

2.934.  **Title of contract**               ORAL CONTRACT                                          **State the name and mailing address**
                                                                                                   **for all other parties with whom the**
        **State what the contract or**      COMMERCIAL                                             **debtor has an executory contract or**
        **lease is for**                                                                           **unexpired lease**

        **Nature of debtor's interest**     LESSOR                                                 US PERFORMING ARTS
                                                                                                   350 IGNACIO BLVD
        **State the term remaining**        UNDETERMINED                                           101
                                                                                                   NOVATO CA 94949
        **List the contract number of**     _____
        **any government contract**


2.935.  **Title of contract**               OPERATING AGREEMENT FOR PROFESSIONAL                   **State the name and mailing address**
                                            INVESTORS 27, LLC                                      **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
        **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A              **unexpired lease**
        **lease is for**                    35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                                   UTHOFF, ANDREAS AND
        **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                             MADELEINE ALTMANN
                                                                                                   220 DUDLEY RD
        **State the term remaining**        12/31/2045                                             BEDFORD MA 01730

        **List the contract number of**     _____
        **any government contract**


2.936.  **Title of contract**               OPERATING AGREEMENT FOR PROFESSIONAL                   **State the name and mailing address**
                                            INVESTORS 31, LLC                                      **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
        **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A              **unexpired lease**
        **lease is for**                    24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN
                                            SAN RAFAEL, CA                                         VALENTI, PAUL
                                                                                                   1000 CABRO RIDGE
        **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                             NOVATO CA 94947

        **State the term remaining**        12/31/2046

        **List the contract number of**     _____
        **any government contract**


2.937.  **Title of contract**               OPERATING AGREEMENT FOR PROFESSIONAL                   **State the name and mailing address**
                                            INVESTORS 34, LLC                                      **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
        **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A              **unexpired lease**
        **lease is for**                    28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                            RAFAEL, CA                                             VALENTI, PAUL
                                                                                                   1000 CABRO RIDGE
        **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                             NOVATO CA 94947

        **State the term remaining**        12/31/2046

        **List the contract number of**     _____
        **any government contract**


2.938.  **Title of contract**               OPERATING AGREEMENT FOR PROFESSIONAL                   **State the name and mailing address**
                                            INVESTORS 47, LLC                                      **for all other parties with whom the**
                                                                                                   **debtor has an executory contract or**
        **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A              **unexpired lease**
        **lease is for**                    23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE
                                            MADERA, CA                                             VALENTI, PAUL
                                                                                                   1000 CABRO RIDGE
        **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                             NOVATO CA 94947

        **State the term remaining**        12/31/2055

        **List the contract number of**     _____
        **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 535 of
554

2.939. **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VALENTI, PAUL
1000 CABRO RIDGE
NOVATO CA 94947

---

2.940. **Title of contract** AGREEMENT OF LIMITED PARTNERSHIP

**State what the contract or lease is for** LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

**Nature of debtor's interest** GENERAL PARTNER

**State the term remaining** 12/31/2058

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VALERIUS, JANE E. IRA SERVICES TRAD #567292

---

2.941. **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 47, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VAN RAVENSWAAY, PAUL

---

2.942. **Title of contract** OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC

**State what the contract or lease is for** AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA

**Nature of debtor's interest** MEMBER AND GENERAL MANAGER

**State the term remaining** 12/31/2055

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VERDON-ROE, VIVIENNE

---

2.943. **Title of contract** AGREEMENT

**State what the contract or lease is for** MOBILE PHONE SERVICE FOR ACCOUNT NO. 242056129-00001

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** NOT STATED

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VERIZON
P.O. BOX 408
NEWARK NJ

---

Case: 20-30604 Doc# 57 Filed: 08/18/20 Entered: 08/18/20 23:35:38 Page 536 of 554

2.944.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL         **State the name and mailing address**
                                            INVESTORS 24, LLC                            **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                   31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA
                                                                                         VIGGIANO, ROSE
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                   844 REICHERT AVE 9
                                                                                         NOVATO CA 94945
         **State the term remaining**       12/31/2045

         **List the contract number of**    _____
         **any government contract**

2.945.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL         **State the name and mailing address**
                                            INVESTORS 31, LLC                            **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                   24,485 SQ. FT. CLASS A OFFICE BUILDING LOCATED IN
                                            SAN RAFAEL, CA                               VIGGIANO, ROSE
                                                                                         844 REICHERT AVE 9
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                   NOVATO CA 94945

         **State the term remaining**       12/31/2046

         **List the contract number of**    _____
         **any government contract**

2.946.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL         **State the name and mailing address**
                                            INVESTORS 32, LLC                            **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                   23,358 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                            RAFAEL, CA                                   VIGGIANO, ROSE
                                                                                         844 REICHERT AVE 9
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                   NOVATO CA 94945

         **State the term remaining**       12/31/2046

         **List the contract number of**    _____
         **any government contract**

2.947.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL         **State the name and mailing address**
                                            INVESTORS 34, LLC                            **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                   28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN
                                            RAFAEL, CA                                   VIGGIANO, ROSE
                                                                                         844 REICHERT AVE 9
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                   NOVATO CA 94945

         **State the term remaining**       12/31/2046

         **List the contract number of**    _____
         **any government contract**

2.948.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL         **State the name and mailing address**
                                            INVESTORS 47, LLC                            **for all other parties with whom the**
                                                                                         **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL A    **unexpired lease**
         **lease is for**                   23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE
                                            MADERA, CA                                   VIGGIANO, ROSE
                                                                                         844 REICHERT AVE 9
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                   NOVATO CA 94945

         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 537 of
554

2.949.  **Title of contract**          STANDARD INDUSTRIAL / COMMERCIAL MULTI-TENANT LEASE - NET

          **State what the contract or lease is for**          COMMERCIAL

          **Nature of debtor's interest**          LESSOR

          **State the term remaining**          07/31/2022

          **List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VINCENT ZUARDO DBA: NORTON FINE ART HANDLING LLC
23 DUFFY PL
23B
SAN RAFAEL CA 94901

---

2.950.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 24, LLC

          **State what the contract or lease is for**          AGREEMENT TO PURCHASE, MANAGE, AND SELL A 31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

          **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER

          **State the term remaining**          12/31/2045

          **List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VOSBURG, ELYSE
125 CABRO CT
NOVATO CA 94947

---

2.951.  **Title of contract**          STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE - GROSS

          **State what the contract or lease is for**          COMMERCIAL

          **Nature of debtor's interest**          LESSOR

          **State the term remaining**          MONTH TO MONTH

          **List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

W.G.I. FABRICATIONS AND DEVORAH SPERBER
25 DUFFY PL
25B
SAN RAFAEL CA 94901

---

2.952.  **Title of contract**          OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

          **State what the contract or lease is for**          AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

          **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER

          **State the term remaining**          12/31/2055

          **List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WALDRON, TRISHA
9 GERSTLE COURT
SAN RAFAEL CA 94901

---

2.953.  **Title of contract**          OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC

          **State what the contract or lease is for**          AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

          **Nature of debtor's interest**          MEMBER AND GENERAL MANAGER

          **State the term remaining**          12/31/2025

          **List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WALLACH, LESLIE
34 HILLSWOOD DR
NOVATO CA 94947

| 2.954. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | WALLACH, LESLIE 34 HILLSWOOD DR NOVATO CA 94947 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.955. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 46, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA | WALLACH, LESLIE 34 HILLSWOOD DR NOVATO CA 94947 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.956. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | WALLACH, LESLIE 34 HILLSWOOD DR NOVATO CA 94947 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.957. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 39, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL TWO OFFICE BUILDINGS LOCATED IN SAN RAFAEL, CA | WALLACH, LEWIS 3830 HAYVENHURST DR ENCINO CA 91436 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.958. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 45, LLC | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | WALLACH, LEWIS 3830 HAYVENHURST DR ENCINO CA 91436 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 539 of 554

2.959.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL             State the name and mailing address
                                            INVESTORS 46, LLC                                for all other parties with whom the
                                                                                             debtor has an executory contract or
        **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A 20-    unexpired lease
        **lease is for**                    UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                            CA                                               WALLACH, LEWIS
                                                                                             3830 HAYVENHURST DR
        **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                       ENCINO CA 91436

        **State the term remaining**        12/31/2055

        **List the contract number of**     _____
        **any government contract**


2.960.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL             State the name and mailing address
                                            INVESTORS 47, LLC                                for all other parties with whom the
                                                                                             debtor has an executory contract or
        **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A        unexpired lease
        **lease is for**                    23,700 SQ. FOT. OFFICE BUILDING LOCATED IN CORTE
                                            MADERA, CA                                       WALLACH, LEWIS
                                                                                             3830 HAYVENHURST DR
        **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                       ENCINO CA 91436

        **State the term remaining**        12/31/2055

        **List the contract number of**     _____
        **any government contract**


2.961.  **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL             State the name and mailing address
                                            INVESTORS 48, LLC                                for all other parties with whom the
                                                                                             debtor has an executory contract or
        **State what the contract or**      AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-    unexpired lease
        **lease is for**                    UNIT APARTMENT BUILDING LOCATED IN CORTE
                                            MADERA, CA                                       WALLACH, LEWIS
                                                                                             3830 HAYVENHURST DR
        **Nature of debtor's interest**     MEMBER AND GENERAL MANAGER                       ENCINO CA 91436

        **State the term remaining**        12/31/2055

        **List the contract number of**     _____
        **any government contract**


2.962.  **Title of contract**              LEASE                                            State the name and mailing address
                                                                                             for all other parties with whom the
        **State what the contract or**      LAUNDRY MACHINE LEASE FOR 107 MARIN STREET, SAN  debtor has an executory contract or
        **lease is for**                    RAFAEL, CA                                       unexpired lease

        **Nature of debtor's interest**     LESSOR                                           WASH MULTIFAMILY LAUNDRY
                                                                                             SYSTEMS, LLC
        **State the term remaining**        1/26/2024                                        100 N. SEPULVEDA BLVD., 12TH FL.
                                                                                             EL SEGUNDO CA
        **List the contract number of**     _____
        **any government contract**


2.963.  **Title of contract**              LEASE                                            State the name and mailing address
                                                                                             for all other parties with whom the
        **State what the contract or**      LAUNDRY MACHINE LEASE FOR 420 ALAMEDA DEL        debtor has an executory contract or
        **lease is for**                    PRADO, NOVATO, CA                                unexpired lease

        **Nature of debtor's interest**     LESSOR                                           WASH MULTIFAMILY LAUNDRY
                                                                                             SYSTEMS, LLC
        **State the term remaining**        4/25/2026                                        100 N. SEPULVEDA BLVD., 12TH FL.
                                                                                             EL SEGUNDO CA
        **List the contract number of**     _____
        **any government contract**

2.964.  **Title of contract**        LEASE

**State what the contract or**   LAUNDRY MACHINE LEASE FOR 419 PROSPECT DR., SAN
**lease is for**                 RAFAEL, CA

**Nature of debtor's interest**  LESSOR

**State the term remaining**     2/15/2023

**List the contract number of**  _____
**any government contract**

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

WASH MULTIFAMILY LAUNDRY
SYSTEMS, LLC
100 N. SEPULVEDA BLVD., 12TH FL.
EL SEGUNDO CA

---

2.965.  **Title of contract**        LEASE

**State what the contract or**   LAUNDRY MACHINE LEASE FOR 883 BROADWAY,
**lease is for**                 SONOMA, CA

**Nature of debtor's interest**  LESSOR

**State the term remaining**     5/27/2022

**List the contract number of**  _____
**any government contract**

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

WASH MULTIFAMILY LAUNDRY
SYSTEMS, LLC
100 N. SEPULVEDA BLVD., 12TH FL.
EL SEGUNDO CA

---

2.966.  **Title of contract**        OPERATING AGREEMENT OF PROFESSIONAL
                                 INVESTORS 21, LLC

**State what the contract or**   AGREEMENT TO PURCHASE, MANAGE AND SELL A
**lease is for**                 THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA

**Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2025

**List the contract number of**  _____
**any government contract**

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

WATKINS, JOHN C.

---

2.967.  **Title of contract**        AGREEMENT OF LIMITED PARTNERSHIP

**State what the contract or**   LP AGREEMENT FOR PROFESSIONAL INVESTORS
**lease is for**                 SECURITY FUND I

**Nature of debtor's interest**  GENERAL PARTNER

**State the term remaining**     12/31/2058

**List the contract number of**  _____
**any government contract**

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

WATKINS, JOHN C. REVOCABLE
TRUST

---

2.968.  **Title of contract**        OPERATING AGREEMENT FOR PROFESSIONAL
                                 INVESTORS 49, LLC

**State what the contract or**   AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-
**lease is for**                 UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL,
                                 CA

**Nature of debtor's interest**  MEMBER AND GENERAL MANAGER

**State the term remaining**     12/31/2055

**List the contract number of**  _____
**any government contract**

State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

WEISE, THOMAS
165 SHERLAND AVE
MOUNTAIN VIEW CA 94043

**2.969.**  **Title of contract**    AGREEMENT OF LIMITED PARTNERSHIP

**State what the contract or lease is for**    LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

**Nature of debtor's interest**    GENERAL PARTNER

**State the term remaining**    12/31/2058

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WEISS, LEWIS - ETC SEP #84023

---

**2.970.**  **Title of contract**    OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2055

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WEISS, SYDNEY AND MARSHA

---

**2.971.**  **Title of contract**    OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 49, LLC

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 19-UNIT APARTMENT BUILDING LOCATED IN SAN RAFAEL, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2055

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WEISS, SYDNEY AND MARSHA

---

**2.972.**  **Title of contract**    OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC

**State what the contract or lease is for**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA

**Nature of debtor's interest**    MEMBER AND GENERAL MANAGER

**State the term remaining**    12/31/2046

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WEISS, SYDNEY J. WEISS & MARSHA WEISS TRUST

---

**2.973.**  **Title of contract**    AGREEMENT OF LIMITED PARTNERSHIP

**State what the contract or lease is for**    LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I

**Nature of debtor's interest**    GENERAL PARTNER

**State the term remaining**    12/31/2058

**List the contract number of any government contract**    _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WESLEY, ZIA

| 2.974. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 22, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-UNIT RESIDENTIAL BUILDING IN SONOMA, CA | WESTMORELAND, LINDA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2044 | |
| | List the contract number of any government contract | _____ | |

| 2.975. | Title of contract | STANDARD MULTI TENANT COMMERCIAL OFFICE LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL | WHITEHALL-PARKER SECURITIES, INC. |
| | Nature of debtor's interest | LESSOR | 117 PAUL DR |
| | State the term remaining | 01/31/2023 | 117B |
| | List the contract number of any government contract | _____ | SAN RAFAEL CA 94903 |

| 2.976. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | WIKOFF, JOHANNA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | 2443 FILLMORE ST 380-4105 |
| | State the term remaining | 12/31/2046 | SAN FRANCISCO CA 94115 |
| | List the contract number of any government contract | _____ | |

| 2.977. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | WIKOFF, JOHANINA IRA SERVICES TRUST COMPANY #560686 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

| 2.978. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | WIKOFF, JOHANINA IRA SERVICES TRUST COMPANY #560686 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 543 of 554

2.979.  **Title of contract**             OPERATING AGREEMENT FOR PROFESSIONAL
                                          INVESTORS 42, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL AN
        **lease is for**                  OFFICE BUILDING LOCATED IN SAN RAFAEL, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2055

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAMS, LYNNE IRA SERVICES
TRUST COMPANY #614671

---

2.980.  **Title of contract**             OPERATING AGREEMENT OF PROFESSIONAL
                                          INVESTORS 22, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE AND SELL A 43-
        **lease is for**                  UNIT RESIDENTIAL BUILDING IN SONOMA, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2044

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILSON, CAROL
3990 GREEN VALLEY SCHOOL RD.
SEBASTOPOL
GRATON CA 95444

---

2.981.  **Title of contract**             OPERATING AGREEMENT OF PROFESSIONAL
                                          INVESTORS 23, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A
        **lease is for**                  35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2045

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILSON, CAROL
3990 GREEN VALLEY SCHOOL RD.
SEBASTOPOL
GRATON CA 95444

---

2.982.  **Title of contract**             OPERATING AGREEMENT FOR PROFESSIONAL
                                          INVESTORS 24, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A
        **lease is for**                  31,700 SQ. FT. OFFICE BUILDING IN NOVATO, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2045

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILSON, CAROL
3990 GREEN VALLEY SCHOOL RD.
SEBASTOPOL
GRATON CA 95444

---

2.983.  **Title of contract**             OPERATING AGREEMENT FOR PROFESSIONAL
                                          INVESTORS 27, LLC

        **State what the contract or**    AGREEMENT TO PURCHASE, MANAGE, AND SELL A
        **lease is for**                  35,950 SQ. FT. OFFICE BUILDING IN NOVATO, CA

        **Nature of debtor's interest**   MEMBER AND GENERAL MANAGER

        **State the term remaining**      12/31/2045

        **List the contract number of**   _____
        **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILSON, CAROL
3990 GREEN VALLEY SCHOOL RD.
SEBASTOPOL
GRATON CA 95444

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 544 of
554

2.984.   **Title of contract**              AGREEMENT OF LIMITED PARTNERSHIP          **State the name and mailing address**
                                                                                     **for all other parties with whom the**
         **State what the contract or**     LP AGREEMENT FOR PROFESSIONAL INVESTORS   **debtor has an executory contract or**
         **lease is for**                   SECURITY FUND I                           **unexpired lease**

         **Nature of debtor's interest**    GENERAL PARTNER                           WINTERBOURNE, RACHELLE S.E.
                                                                                      TRUST
         **State the term remaining**       12/31/2058                                P.O. BOX 369
                                                                                      STINSON BEACH CA 94970-0369
         **List the contract number of**    _____
         **any government contract**

2.985.   **Title of contract**              OPERATING AGREEMENT FOR PROFESSIONAL      **State the name and mailing address**
                                            INVESTORS 41, LLC                         **for all other parties with whom the**
                                                                                      **debtor has an executory contract or**
         **State what the contract or**     AGREEMENT TO PURCHASE, MANAGE, AND SELL 18 **unexpired lease**
         **lease is for**                   APARTMENT HOMES LOCATED IN SAN RAFAEL, CA
                                                                                      WOOD, JAN DICKINSON
         **Nature of debtor's interest**    MEMBER AND GENERAL MANAGER                PO BOX 84
                                                                                      PT. REYES STATION CA 94956
         **State the term remaining**       12/31/2055

         **List the contract number of**    _____
         **any government contract**

2.986.   **Title of contract**              INSURANCE                                 **State the name and mailing address**
                                                                                      **for all other parties with whom the**
         **State what the contract or**     FLOOD (C) -041151909027 00                **debtor has an executory contract or**
         **lease is for**                                                             **unexpired lease**

         **Nature of debtor's interest**    INSURED                                   WRIGHT NATIONAL FLOOD
                                                                                      INSURANCE
         **State the term remaining**       11/21/2020                                801 94TH AVE NORTH
                                                                                      STE 110
         **List the contract number of**    _____      ST. PETERSBURG FL 33702
         **any government contract**

2.987.   **Title of contract**              INSURANCE                                 **State the name and mailing address**
                                                                                      **for all other parties with whom the**
         **State what the contract or**     FLOOD (C) -041151651201 02                **debtor has an executory contract or**
         **lease is for**                                                             **unexpired lease**

         **Nature of debtor's interest**    INSURED                                   WRIGHT NATIONAL FLOOD
                                                                                      INSURANCE COMPANY
         **State the term remaining**       6/9/2021                                  801 94TH AVE NORTH
                                                                                      STE 110
         **List the contract number of**    _____      ST. PETERSBURG FL 33702
         **any government contract**

2.988.   **Title of contract**              INSURANCE                                 **State the name and mailing address**
                                                                                      **for all other parties with whom the**
         **State what the contract or**     FLOOD (C) -041151651201 02                **debtor has an executory contract or**
         **lease is for**                                                             **unexpired lease**

         **Nature of debtor's interest**    INSURED                                   WRIGHT NATIONAL FLOOD
                                                                                      INSURANCE COMPANY
         **State the term remaining**       6/9/2021                                  801 94TH AVE NORTH
                                                                                      STE 110
         **List the contract number of**    _____      ST. PETERSBURG FL 33702
         **any government contract**

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 545 of
554

| 2.989. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD (C) -041151604479 02 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 4/9/2021 | 801 94TH AVE NORTH STE 110 |
| | List the contract number of any government contract | _____ | ST. PETERSBURG FL 33702 |

| 2.990. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD (C) -041151604480 02 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 4/9/2021 | 801 94TH AVE NORTH STE 110 |
| | List the contract number of any government contract | _____ | ST. PETERSBURG FL 33702 |

| 2.991. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD -041151899838 00 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 10/11/2020 | 801 94TH AVE NORTH STE 110 |
| | List the contract number of any government contract | _____ | ST. PETERSBURG FL 33702 |

| 2.992. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD -041151899839 00 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 10/11/2020 | 801 94TH AVE NORTH STE 110 |
| | List the contract number of any government contract | _____ | ST. PETERSBURG FL 33702 |

| 2.993. | Title of contract | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FLOOD -041151899840 00 | |
| | Nature of debtor's interest | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | State the term remaining | 10/11/2020 | 801 94TH AVE NORTH STE 110 |
| | List the contract number of any government contract | _____ | ST. PETERSBURG FL 33702 |

| 2.994. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FLOOD (C) -041151673028 01 | |
| | **Nature of debtor's interest** | INSURED | WRIGHT NATIONAL FLOOD INSURANCE COMPANY |
| | **State the term remaining** | 8/21/2020 | 801 94TH AVE NORTH STE 110 |
| | **List the contract number of any government contract** | _____ | ST. PETERSBURG FL 33702 |

| 2.995. | **Title of contract** | SAAS SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ACCOUNTING SOFTWARE SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | YARDI SYSTEMS, INC. |
| | **State the term remaining** | NOT STATED | P.O. BOX 82572 GOLETA CA |
| | **List the contract number of any government contract** | _____ | |

| 2.996. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 42, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL AN OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | YOUNGBLOOD, GREGORY SCOTT |
| | **State the term remaining** | 12/31/2055 | |
| | **List the contract number of any government contract** | _____ | |

| 2.997. | **Title of contract** | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | YU, WINNIE (NOW PD TO AN-YA CHENG) |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | _____ | |

| 2.998. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ZABELIN, MICHAEL 235 16TH AVE |
| | **State the term remaining** | 12/31/2046 | SAN FRANCISCO CA 94118 |
| | **List the contract number of any government contract** | _____ | |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 547 of 554

| 2.999. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | ZABELIN, MICHAEL 235 16TH AVE SAN FRANCISCO CA 94118 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.1000. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | ZABELIN, MICHAEL 235 16TH AVE SAN FRANCISCO CA 94118 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.1001. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | ZABELIN, MICHAEL IRA SERVICES TRUST COMPANY #584721 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

| 2.1002. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA | ZABELIN, MICHAEL IRA SERVICES TRUST COMPANY #620130 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.1003. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA | ZABELIN, NICHOLAS 2415 ORLEANS ST SANTA ROSA CA 95403 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2046 | |
| | List the contract number of any government contract | | |

**2.1004.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 44, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 24 APARTMENT BUILDINGS LOCATED IN SAN ANSELMO, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ZABELIN, NICHOLAS
2415 ORLEANS ST
SANTA ROSA CA 95403

| **State the term remaining** | 12/31/2055 |

| **List the contract number of any government contract** | _____ |

**2.1005.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ZABELIN, NICHOLAS
2415 ORLEANS ST
SANTA ROSA CA 95403

| **State the term remaining** | 12/31/2055 |

| **List the contract number of any government contract** | _____ |

**2.1006.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ZABELIN, NINA
233-16TH AVENUE
SAN FRANCISCO CA 94118-1018

| **State the term remaining** | 12/31/2046 |

| **List the contract number of any government contract** | _____ |

**2.1007.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 36, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL 41 APARTMENT HOMES LOCATED IN SONOMA, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ZABELIN, NINA
233-16TH AVENUE
SAN FRANCISCO CA 94118-1018

| **State the term remaining** | 07/31/2047 |

| **List the contract number of any government contract** | _____ |

**2.1008.** | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 34, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 28,634 SQ. FT. OFFICE BUILDING LOCATED IN SAN RAFAEL, CA |

| **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER | ZABELIN, PETER
239 16TH AVE
SAN FRANCISCO CA 94118

| **State the term remaining** | 12/31/2046 |

| **List the contract number of any government contract** | _____ |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 549 of 554

| 2.1009. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | ZABELIN, PETER 239 16TH AVE SAN FRANCISCO CA 94118 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.1010. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 23, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 35,836 SQ. FT. OFFICE BUILDING IN NOVATO, CA | ZALUNARDO, GINO AND DENICE |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2045 | |
| | List the contract number of any government contract | | |

| 2.1011. | Title of contract | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 48, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 32-UNIT APARTMENT BUILDING LOCATED IN CORTE MADERA, CA | ZELL, ERIC STEVEN AND WENDY SIU 230 DRAKES BAY COURT POINT RICHMOND CA 94801 |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2055 | |
| | List the contract number of any government contract | | |

| 2.1012. | Title of contract | OPERATING AGREEMENT OF PROFESSIONAL INVESTORS 21, LLC | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT TO PURCHASE, MANAGE AND SELL A THIRTY UNIT RESIDENTIAL BUILDING IN NOVATO, CA | ZIBITT, CHARLES & DEBRA |
| | Nature of debtor's interest | MEMBER AND GENERAL MANAGER | |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.1013. | Title of contract | AGREEMENT OF LIMITED PARTNERSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LP AGREEMENT FOR PROFESSIONAL INVESTORS SECURITY FUND I | ZIFF, EUGENE 2349 HILLTOP COURT SANTA ROSA CA 95404 |
| | Nature of debtor's interest | GENERAL PARTNER | |
| | State the term remaining | 12/31/2058 | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1014. | **Title of contract** | OPERATING AGREEMENT FOR PROFESSIONAL INVESTORS 33, LLC |
| | **State what the contract or lease is for** | AGREEMENT TO PURCHASE, MANAGE, AND SELL A 40-UNIT CONDOMIUM PROJECT LOCATED IN NOVATO, CA |
| | **Nature of debtor's interest** | MEMBER AND GENERAL MANAGER |
| | **State the term remaining** | 12/31/2046 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ZIFF, SHARON TRUST

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1. LEWIS WALLACH | Address Intentionally Omitted | BANNER BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.2. LEWIS WALLACH | Address Intentionally Omitted | CHASE BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.3. LEWIS WALLACH | Address Intentionally Omitted | FIRST FOUNDATION BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.4. LEWIS WALLACH | Address Intentionally Omitted | HERITAGE BANK OF COMMERCE | ☑ D<br>☐ E/F<br>☐ G |
| 2.5. LEWIS WALLACH | Address Intentionally Omitted | ORIX REAL ESTATE CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.6. LEWIS WALLACH | Address Intentionally Omitted | PACIFIC WESTERN BANK | ☑ D<br>☐ E/F<br>☐ G |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 552 of
554

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.  LEWIS WALLACH | Address Intentionally Omitted | POPPY BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.8.  LEWIS WALLACH | Address Intentionally Omitted | TRI COUNTIES BANK | ☑ D<br>☐ E/F<br>☐ G |

Case: 20-30604    Doc# 57    Filed: 08/18/20    Entered: 08/18/20 23:35:38    Page 553 of 554

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/18/2020
                MM/DD/YYYY

X *Michael Hogan*
Signature of individual signing on behalf of debtor

Michael Hogan
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Case: 20-30604     Doc# 57     Filed: 08/18/20     Entered: 08/18/20 23:35:38     Page 554 of 554