ADAM A. LEWIS (BAR NO. 88736)
ALewis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BRETT H. MILLER (Pro Hac Vice – pending)
BrettMiller@mofo.com
MARK ALEXANDER LIGHTNER (Pro Hac Vice – pending)
MLightner@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Creditor
JP MORGAN CHASE, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>Debtors. | Case No. 20-30604<br><br>(Jointly Administered with Case No. 20- 30579)<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY BRETT H. MILLER *PRO HAC VICE***<br><br>[No Hearing Requested] |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Brett H. Miller, an active member in good standing of the bar of the State of New York, and admitted to practice before the U.S. Court of Appeals for the Second and Third Circuits, and the U.S. District Court for the Eastern and Southern Districts of New York and the Western District of Wisconsin, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing JP

| | |
|---|---|
| 1 | Morgan Chase, N.A. in the above-captioned action. |
| 2 | In support of this application, I certify on oath that: |
| 3 | 1. I am an active member in good standing of a United States Court or of the highest |
| 4 | court of another State or the District of Columbia, as indicated above; a Certificate of Good |
| 5 | Standing is attached hereto as Exhibit A. |
| 6 | 2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule |
| 7 | 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution |
| 8 | Program of this Court; and |
| 9 | 3. An attorney who is a member of the bar of this Court in good standing and who |
| 10 | maintains an office within the State of California has been designated as co-counsel in the |
| 11 | above-entitled action. The name, address, and telephone number of that attorney is: |

        Adam A. Lewis
        MORRISON & FOERSTER LLP
        425 Market Street
        San Francisco, CA 94105
        Tel: (415) 268-7000
        Fax: (415) 268-7522
        Email: ALewis@mofo.com

16   I declare under penalty of perjury that the foregoing is true and correct.

17   Dated:     August 5, 2020         /s/ Brett H. Miller
18                                                     Brett H. Miller