SKLAR KIRSH, LLP
Robbin L. Itkin (SBN: 117105)
ritkin@sklarkirsh.com
Kelly K. Frazier (SBN: 212527)
kfrazier@sklarkirsh.com
1880 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 845-6416
Facsimile: (310) 929-4469

Proposed Counsel for the
LLC Members Committee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>Debtors. | Case No. 20-30604<br><br>(Jointly Administered with Case No. 20-30579)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE CLERK AND ALL INTERESTED PARTIES:**

Sklar Kirsh, LLP hereby appears on behalf of the ad hoc committee (the "LLC Members Committee") comprised of investors with membership interests in limited liability companies formed by Professional Financial Investors, Inc. ("PFI") in this chapter 11 case and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, to be added to the electronic service matrix and that notice of all matters which may come before the Court be given as follows:

| | |
|---|---|
| 1 | SKLAR KIRSH, LLP |
| 2 | Robbin L. Itkin (SBN: 117105)<br>ritkin@sklarkirsh.com |
| 3 | Kelly K. Frazier (SBN: 212527)<br>kfrazier@sklarkirsh.com |
| 4 | 1880 Century Park East, Suite 300<br>Los Angeles, California 90067 |
| 5 | Telephone: (310) 845-6416<br>Facsimile: (310) 929-4469 |

The foregoing request includes, without limitation, all notices, papers and disclosure statements referred to in FED. R. BANKR. P. 2002, 3017 and 9007, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise.

I understand that any courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered User of the Court's CM/ECF system to be eligible for courtesy NEFs. I understand it is my responsibility to add myself and my e-mail address to the above referenced case via CM/ECF in order to receive a courtesy NEF.

DATED: August 27, 2020      SKLAR KIRSH, LLP

By:    */s/ Robbin L. Itkin*
       Robbin L. Itkin
       Proposed Counsel for LLC Members Committee

SKLAR KIRSH, LLP
ATTORNEYS AT LAW

2
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE