| | |
|---|---|
| MICHAEL A. SWEET (SBN 184345)<br>msweet@foxrothschild.com<br>JACK PRAETZELLIS (SBN 267765)<br>jpraetzellis@foxrothschild.com<br>**FOX ROTHSCHILD LLP**<br>345 California Street, Suite 2200<br>San Francisco, CA 94104<br>Telephone: 415-364-5540<br>Facsimile: 415-391-4436<br><br>Attorneys for Creditors<br>Daniel Martin and Douglas Tye Markey | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation<br><br>Debtor. | Case No. 20-30604-HLB<br><br>(Jointly Administered with Case No. 20-30579)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**<br><br>Judge: The Honorable Hannah L. Blumenstiel |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned counsel for unsecured creditors Daniel Martin and Douglas Tye Markey, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following pursuant to, inter alia, Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and any other applicable rule or statute:

> Michael A. Sweet, Esq.
> msweet@foxrothschild.com
> Jack Praetzellis, Esq.
> jpraetzellis@foxrothschild.com
> Fox Rothschild LLP
> 345 California Street, Suite 2200
> San Francisco, CA 94104

The above counsel further request that they be placed on the Court's ECF notification and service list.

Dated: September 11, 2020          FOX ROTHSCHILD LLP

                                   */s/Michael A. Sweet*
                                By: Michael A. Sweet
                                   Attorneys for Creditors
                                   Daniel Martin and Douglas Tye Markey