U.S. SECURITIES AND EXCHANGE COMMISSION
David W. Baddley, Fla Bar 0148393, Ill Bar 6282466
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382
Telephone:      404.842.7625
Facsimile:       404.842.7633
Email:             Baddleyd@sec.gov

Counsel for U.S. Securities and Exchange Commission

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>    Debtors. | Case No. 20-30604 (HLB)<br>(Jointly Administered with Case No. 20-30579)<br><br>Chapter 11<br><br>Hon. Hannah L. Blumenstiel<br><br>**REQUEST BY U.S. SECURITIES AND EXCHANGE COMMISSION TO TAKE JUDICIAL NOTICE OF CERTAIN COURT FILINGS IN SUPPORT OF OMNIBUS RESPONSE OBJECTING TO PROPOSED HOURLY RATES FOR CERTAIN PROFESSIONALS TO BE PAID BY THE DEBTORS' ESTATES**<br><br>**Hearing: Oct 1, 2020 at 11:00 a.m. (PT)**<br><br>**Place: Telephonic/Video Appearances Only** |

The U.S. Securities and Exchange Commission (the "**SEC**"), pursuant to Rule 201 of the Federal Rules of Evidence, requests this Court to take judicial notice of the following entries on the court dockets of the following district court and bankruptcy court cases, all of which are publicly available through the PACER systems for the applicable judicial districts, in support of the *Omnibus Response by the U.S. Securities and Exchange Commission Objecting to Proposed Hourly Rates for Certain Professionals to be Paid by the Debtors' Estates*:

| Case | Court and Case No. | Docket Entry Nos. |
|---|---|---|
| SEC v. 1 Global Capital, LLC et al. | United States District Court Southern District of Florida, Case No. 0:18-cv-61991-BB | 1 |
| SEC v. Bivona et al. | United States District Court Northern District of California, Case No. 3:16-cv-1386 | 1, 431 and 469 |
| SEC v. Quiros, et al. | United States District Court Southern District of Florida, Case No. 16-cv-21301-GAYLES | 1, 7, 13, 591, and 592 |
| SEC v. Kinetic Investment Group, LLC et al. | United States District Court Middle District of Florida, Case No. 8:20-cv-00394 | 1, 3, and 34 |
| In re 1 Global Capital, LLC et al. | United States Bankruptcy Court Southern District of Florida Case No. 18-19121 | 81 and 2235 |

Dated: September 21, 2020

                                Respectfully Submitted,

                                /s/ *David W. Baddley*

David W. Baddley
Fla Bar No. 0148393
Ill Bar No. 6282466
Telephone: (404) 842-7625
baddleyd@sec.gov

**Counsel for**:

**U.S. SECURITIES AND EXCHANGE COMMISSION**
Atlanta Regional Office
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-762