HEFNER, STARK & MAROIS, LLP
Thomas P. Griffin, Jr. (CA Bar Assn No. 155133)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: aavery@hsmlaw.com

Attorneys for Creditor
Five Star Bank

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| In re | Case No. 20-30604 |
| PROFESSIONAL FINANCIAL INVESTORS, INC. | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION ON MAILING LIST** |

**PLEASE TAKE NOTICE** that FIVE STAR BANK, a creditor in this case, hereby requests that all matters for which any notice must be given to creditors, any creditors' committee and other parties in interest, whether sent by the court, the debtor, or any other party in this case, including but not limited to, all notices, orders, applications, plans, disclosure statements, motions, pleadings, and complaints, be sent to the undersigned, and that the following address be added to the court's master mailing list for this case:

>Thomas P. Griffin, Jr.
>Hefner, Stark & Marois, LLP
>2150 River Plaza Drive, Suite 450
>Sacramento, California 95833

**and by e-mail to:** tgriffin@hsmlaw.com

Dated: September 21, 2020

HEFNER, STARK & MAROIS, LLP

By _/s/ Thomas P. Griffin_
Thomas P. Griffin, Jr., Attorneys for Creditor Five Star Bank