

Signed and Filed: December 11, 2020

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        okatz@sheppardmullin.com
              bmarum@sheppardmullin.com
              mklinger@sheppardmullin.com
              gsegretti@sheppardmullin.com

Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation; PROFESSIONAL INVESTORS SECURITY FUND, INC., a California corporation,<br><br>Debtors. | Case No.   20-30604<br>(Jointly Administered with Case No. 20-30579)<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTORS' MOTION FOR EXTENSION OF EXCLUSIVE PERIODS TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THERETO** |

The Court, having considered the *Debtors' Motion for Extension of Exclusive Periods to File a Plan and to Solicit Acceptances Thereto* (the "Motion"), filed by Professional Financial Investors, Inc. ("PFI") and Professional Investors Security Fund, Inc. ("PISF" and, together with PFI, the "Debtors"), in the above-captioned jointly-administered bankruptcy cases on November 23, 2020 as Docket No. 266, the declaration

in support thereof, and finding that notice of the Motion is sufficient under the circumstances, and good cause appearing therefor, and the other pleadings filed in support of the Motion, and all pleadings and evidence of record in this case.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED. Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the exclusive period by which only the Debtors may file a plan is extended up to and including February 26, 2021.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the exclusive period by which only the Debtors may solicit acceptances on their plan is extended up to and including April 30, 2021.

4. This Order is without prejudice to the Debtors' right to seek further extension of the exclusivity periods, if needed, in accordance with the requirements of Bankruptcy Code section 1121.

5. This Order is without prejudice to the rights of any party in interest to seek to terminate exclusivity at any time.

6. The Court retains jurisdiction over the matters arising from or related to the interpretation or implementation of this Order.

**\*\*\*END OF ORDER\*\*\***

**COURT SERVICE LIST**

None.