# **EXHIBIT F**

# **TRANSMITTAL LETTER**

# BakerHostetler

Baker&Hostetler LLP

Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806

T 415.659.2600
F 415.659.2601
www.bakerlaw.com

January 20, 2021

Cecily A. Dumas
direct dial: 415.659.2640
cdumas@bakerlaw.com

Carole Levine
2139 Jackson Street
San Francisco, CA 94115

*In re: Professional Financial Investors, Inc. - Case No. 20-30604*

Dear Carole:

Enclosed please find our firm's first interim fee application in the above captioned cases, along with its exhibits and supporting certification. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor-in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estates' professionals. I invite you to discuss with me any objections, concerns or questions that you may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The Court will consider timely-filed objections by any party in interest at the time of hearing, which will take place at a time to be announced shortly.

Sincerely,

/s/ Cecily A. Dumas
Cecily A. Dumas
Partner


Enclosures

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington