**Entered on Docket**
**February 01, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 1, 2021

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC.,<br><br>    Debtor. | ) Case No. 20-30604 HLB<br>)<br>) Jointly Administered with<br>) Case Nos. 20-30579, 20-30908,<br>) 20-30909, 20-30910, 20-30911,<br>) 20-30912, 20-30913, 20-30914,<br>) 20-30915, 20-30916, 20-30917,<br>) 20-30919, 20-30920, 20-30922,<br>) 20-30923, 20-30924, 20-30925,<br>) 20-30927, 20-30928, 20-30929,<br>) 20-30930, 20-30934, 20-30935,<br>) 20-30936, 20-30937, 20-30938,<br>) 20-30939, 20-30940, 20-30941,<br>) 20-30942<br>)<br>) Chapter 11 |

### ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME

These jointly administered cases come before the court on an ex parte motion filed by Professional Financial Investors, Inc. ("PFI") and the debtors in the other jointly administered cases (collectively, the "Debtors").[1] The Ex Parte Motion requests an expedited hearing on a separately filed motion,[2]

---

[1] Dkt. 379 (the "Ex Parte Motion").

[2] Dkt. 378 (the "Motion").

which seeks authorization of an arrangement under which the Debtors would obtain financing for premiums due on certain insurance policies (the "Package Policies," as defined in the Motion). Absent an expedited hearing and approval of the proposed financing agreement, the insurance carrier has threatened cancellation of the Package Policies on or about February 10, 2021.

The court has analyzed the Ex Parte Motion, the Motion, and the declarations and exhibits offered in support thereof and finds that good cause justifies the relief sought in the Ex Parte Motion. Accordingly, the court **ORDERS** as follows:

1. The Ex Parte Motion is hereby **GRANTED**.

2. The court will convene a telephonic hearing on the Motion on **Wednesday, February 3, 2021 at 1:00 p.m.** This hearing will convene via telephone. The court encourages the parties to consult the court's website for information concerning the status of court operations during the COVID-19 pandemic. The court's website also offers instructions as to how to arrange to participate in a telephonic hearing. Should any of the parties have questions about court operations or telephonic court appearances, they may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

3. **No later than Monday, February 1, 2021**, Debtors shall serve: **(a)** a copy of this order **and (b)** a copy of the Motion and all supporting declarations and exhibits, on the Core Service Parties identified in the Ex Parte Motion. Service shall be by overnight delivery or by email, consistent with the

defined term "Core Service Parties and Methods" set forth in the Ex Parte Motion. This order shall serve as a notice of hearing; Debtors need not prepare, file, or serve a separate notice of hearing.

**4. No later than 10:00 a.m. on Wednesday, February 3, 2021**, Debtors shall file a proof of service demonstrating compliance with Paragraph 3 of this order.

**5.** Any objections to the Motion shall be filed and served **no later than 10:00 a.m. on Wednesday, February 3, 2021**. Objections **shall not exceed 5 pages** (exclusive of declarations, requests for judicial notice, and exhibits), absent prior leave of court.

**\*\*END OF ORDER\*\***

## Court Service List

[None]