Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
Email: Rich@TrodellaLapping.com

Conflicts Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al*.<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered with Case Nos. 20-30579, 20-30908, 20-30909, 20-30910, 20-30911, 20-30912, 20-30913, 20-30914, 20-30915, 20-30916, 20-30917, 20-30919, 20-30920, 20-30922, 20-30923, 20-30924, 20-30925, 20-30927, 20-30928, 20-30929, 20-30930, 20-30934, 20-30935, 20-30936, 20-30937, 20-30938, 20-30939, 20-30940, 20-30941, 20-30942)<br><br>Chapter 11<br><br>**EX PARTE MOTION TO CONTINUE HEARING ON FIRST INTERIM APPLICATION OF TRODELLA & LAPPING LLP FOR ALLOWANCE AND COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL FOR DEBTORS**<br><br>Date: March 11, 2021<br>Time: 1:00 p.m.<br>New Date: April 1, 2021<br>New Time: 10:00 a.m.<br>Judge: Hannah L. Blumenstiel<br>Place: **Telephonic/Video Appearances Only**<br>450 Golden Gate Ave., 16th Fl., Crtm. 19<br>San Francisco, CA 94102 |

On January 26, 2021, the Court by docket text order continued the hearing on the Trodella & Lapping LLP fee application (Dkt. 363) to March 11, 2021 at 1:00 p.m.

On February 18, 2021, the Court by docket text order continued the hearing on certain fee applications for professionals employed by the Debtors and the committees that had been set for hearing on March 11, 2021, to April 1, 2021 at 10:00 a.m.

Trodella & Lapping LLP hereby requests that its application be continued to April 1. 2021 at 10:00 a.m. and that the objection deadline likewise be set at March 18, 2021, so that all such fee applications will be heard at the same hearing.

Dated: February 23, 2021               TRODELLA & LAPPING LLP

By: _____

Richard A. Lapping
Conflicts Counsel for Debtors