R. Gibson Pagter, Jr., CA SBN 116450
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@ppilawyers.com

Attorneys for FPA – Multifamily, LLC

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL<br>INVESTORS, INC.<br><br>Debtors. | Case No. 3:20-bk–30604-HB<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR NOTICE |

NOTICE IS HERE GIVEN, pursuant to the provisions of Bankruptcy Rules 2002, 3017 and 4001, that Pagter and Perry Isaacson, PLC, Attorneys for FPA Multifamily, LLC, requests notice of all items described in Rules 2002 and 4001, and that any and all other appropriate documents be mailed or electronically transmitted to the following address:

R. Gibson Pagter, Jr., CA SBN 116450
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@ppilawyers.com

///

///

///

///

- 1 -

PPI Law
525 N. Cabrillo
Park Drive,
Suite 104
Santa Ana, CA
92701

NOTICE IS FURTHER GIVE pursuant to Bankruptcy Rule 2002(g)(1) that the above name and addresses should be added to the Court's master mailing matrix.

Date: 4/28/2021                                **PAGTER AND PERRY ISAACSON**

By: /s/ R. Gibson Pagter, Jr.
R. GIBSON PAGER, JR.
Attorneys for FPA-Multifamily, LLC

PPI Law
525 N. Cabrillo Park Drive,
Suite 104
Santa Ana, CA
92701

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **04/29/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/29/2021 | **IMELDA BYNOG** | /s/ *Imelda Bynog* |
|---|---|---|
| Date | Printed Name | Signature |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- David W. Baddley    baddleyd@sec.gov
- Jared A. Day    jared.a.day@usdoj.gov, ankey.to@usdoj.gov
- Terri H. Didion    terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- Darya Sara Druch    ecf@daryalaw.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutinjones.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Thomas P. Griffin    tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Ryan A. Henderson    Ryan@weltyweaver.com
- A. Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- Ivan L. Kallick    ikallick@manatt.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Ivo Keller    ivo@ssllawfirm.com
- Jeannie Kim    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Ian S. Landsberg    ian@landsberg-law.com
- Richard A. Lapping    rich@trodellalapping.com
- Adam A. Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Mark A. Lightner    MLightner@mofo.com
- Mitchell B Ludwig    mbl@kpclegal.com
- Patricia H. Lyon    phlyon@frenchandlyon.com, mwoodward@frenchandlyon.com
- J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Christopher M. McDermott    ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- Dennis D. Miller    dmiller@lubinolson.com
- Kevin Harvey Morse    kmorse@clarkhill.com
- Thomas G. Mouzes    tmouzes@boutininc.com, cdomingo@boutininc.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- Joshua K. Partington    jpartington@swlaw.com, idelgado@swlaw.com
- Eric S. Pezold    epezold@swlaw.com, knestuk@swlaw.com
- Douglas B. Provencher    dbp@provlaw.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Spencer P. Scheer    sscheer@scheerlawgroup.com
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- David R. Zaro    dzaro@allenmatkins.com, mdiaz@allenmatkins.com