NATHAN A. SCHULTZ (SBN 223539)
nschultzesq@gmail.com
**LAW OFFICE OF NATHAN A. SCHULTZ, P.C.**
10621 Craig Road
Traverse City, MI 49686
Telephone:     310-429-7128

Counsel for Christina Ensign, Felix Arts
and Carol Sue Sproule

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL<br>INVESTORS, Inc., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-30604<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that pursuant to § 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the attorney listed below hereby appears as counsel to (1) Christina Hariclia Ensign, as Trustee of the Amended and Restated Christina Hariclia Ensign Trust dated August 15, 1996; and (2) Felix Arts and Carol Sue Sproule, as Trustees of the Arts-Sproule Family Trust dated December 3, 2018 (the "Creditors") in the above-captioned chapter 11 case and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations,

---

[1]     A complete list of the Debtors and their respective chapter 11 case numbers may be found at www.donlinrecano.com/pfi. The federal tax identification numbers of each of the Debtors is also available in the bankruptcy petitions of each Debtor, also available at the Donlin Recano website.

orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed or entered in this case be transmitted to:

> Law Office of Nathan A. Schultz, P.C.
> Attn: Nathan A. Schultz
> 10621 Craig Road
> Traverse City, MI 49686
> Telephone:     310-429-7128
> Email: nschultzesq@gmail.com

PLEASE TAKE FURTHER NOTICE the Creditors do not intend, nor shall either of them be deemed, through this Notice of Appearance and Request for Notices and Service Of Papers, to waive any substantive or procedural rights, including, without limitation, (i) the right to have a United States District Judge determine de novo all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii) the right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the Bankruptcy Court, or to venue in the Norther District of California, for any purpose other than with respect to this Notice of Appearance and Request for Notices and Service Of Papers, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which either of them are or may be entitled under any agreement(s), in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies each of the Creditors expressly reserves.

Date:  May 13, 2021                                  LAW OFFICE OF NATHAN A. SCHULTZ, P.C.

By: */s/ Nathan A. Schultz*
NATHAN A. SCHULTZ (SBN 223539)

10621 Craig Road
Traverse City, MI 49686
Telephone: 310-429-7128
Email: nschultzesq@gmail.com

*Counsel for Christina Ensign, Felix Arts and Carol Sue Sproule*