SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
JEANNIE KIM, Cal. Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        okatz@sheppardmullin.com
              bmarum@sheppardmullin.com
              mklinger@sheppardmullin.com
              jekim@sheppardmullin.com

Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation, *et al*,<br><br>        Debtors. | Case No. 20-30604<br>(Jointly Administered)<br><br>Chapter 11<br><br>The Hon. Hannah L. Blumenstiel<br><br>**DECLARATION OF JOHN BURLACU OF DONLIN, RECANO & COMPANY, INC. REGARDING THE SOLICITATION AND TABULATION OF VOTES CAST ON THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF PROFESSIONAL FINANCIAL INVESTORS, INC. AND ITS AFFILIATED DEBTORS PROPOSED BY THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND SUPPORTED BY THE AD HOC LLC MEMBERS COMMITTEE AND THE AD HOC DOT NOTEHOLDERS COMMITTEE (DATED MAY 20, 2021)**<br>Related to Docket Nos. 572, 575, and 578. |

I, John Burlacu, declare, under penalty of perjury to the best of my knowledge, information, and belief:

1. I am a Senior Director at Donlin, Recano & Company, Inc. ("DRC"), located at 6201 15th Avenue, Brooklyn, New York 11219. I am over the age of 18 years and competent to testify.

2. I submit this declaration (the "Declaration") with respect to the solicitation of votes and the tabulation of ballots cast on the *Amended Joint Chapter 11 Plan of Professional Financial Investors, Inc. and its Affiliated Debtors Proposed by the Debtors and Official Committee of Unsecured Creditors and Supported by the Ad Hoc LLC Members Committee and the Ad Hoc Dot Noteholders Committee* [Docket No. 572], (amended, supplemented, or otherwise modified, the "Plan"). Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge, information supplied to me by the Debtors or their advisors, including DRC, and my review of relevant documents. If I were called to testify, I could and would testify competently as to the facts set forth herein on that basis.

3. This Court authorized DRC's retention as the claims and noticing agent to the above captioned debtors (the "Debtors") pursuant to the *Order Appointing Donlin, Recano & Company, Inc. as Claims, Noticing, and Solicitation Agent and Administrative Advisor for New Debtors* [Docket No. 535]. DRC was authorized to assist the Debtors in connection with, *inter alia*, soliciting, receiving, and tabulating ballots accepting or rejecting the Plan.

**I.    Service and Transmittal of Solicitation Packages and Related Information.**

4. On April 19, 2021, the Court entered the *Order (I) Approving the Plan Summary and Conditionally Approving Disclosure Statement; (II) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan and Approving the Form and Manner of Service of the Combined Hearing Notice; (III) Establishing Non-Investor Bar Dates for Filing*

*Proofs of Claim; (IV) Approving Form and Manner of Notice of Non-Investor Bar Dates; (V) Establishing Procedures for the Solicitation and Tabulation of Votes on Plan; and (VI) Approving Related Matters* (the "<u>Disclosure Statement Order</u>") [Docket No. 575] conditionally approving the Disclosure Statement (as defined in the Disclosure Statement Order) and establishing, among other things, certain solicitation and voting tabulation procedures with respect to the Plan. On April 20, 2021, the court entered the *Order Approving Ex Parte Motion for an Order Approving Modified Ballots for Class 1 and Class 6 to Vote* [Docket No. 578] approving modifications to the forms of Ballots in Classes 1 and 6. On May 7, 2021, the court entered the *Order Approving Ex Parte Motion for an Order Approving Relief Related to Solicitation Procedures for Amended Joint Chapter 11 Plan* approving the modification of the Class 7 Ballot and authorized certain other procedures related to solicitation.

5.    DRC worked with the Debtors and their advisors to solicit votes to accept or reject the Plan and to tabulate the Ballots of creditors voting to accept or reject the Plan in accordance with the Disclosure Statement Order.  I supervised the solicitation and tabulation performed by DRC's employees.

6.    Pursuant to the Plan and Disclosure Statement Order, Holders of Claims in Classes 1, 4, 5, 6, and 7 (the "<u>Voting Classes</u>") as of April 15, 2021 (the "<u>Voting Record Date</u>"), as set forth below, were impaired and entitled to vote to accept or reject the Plan.  No other Classes were entitled to vote on the Plan.

| Class | Type of Claim |
|---|---|
| Class 1 | Non-Investor First Priority Lender Claims |
| Class 4 | DOT Noteholder Claims |
| Class 5 | Non-DOT Investor Claims |

| Class | Type of Claim |
|-------|---------------|
| Class 6 | TIC Claims |
| Class 7 | Other Unsecured Claims |

7.    On or around April 22, 2021, DRC posted links on the Debtors' restructuring website maintained by DRC at https://www.donlinrecano.com/Clients/pfi/Index to provide parties with access to, among other documents, copies of the Disclosure Statement and Plan.

8.    In accordance with the Disclosure Statement Order, commencing on April 22, 2021, DRC caused solicitation packages containing relevant Voting Class Ballot, among other informational documents (each, a "Solicitation Package") to be distributed to holders of Claims in the Voting Classes as of the Voting Record Date.  Proof of service of the Solicitation Packages and non-voting packages are set forth in the *Certificate of Service* [D.I. 608].

**II.    General Tabulation Process.**

9.    As specified in the Disclosure Statement Order, April 15, 2021 was established as the Voting Record Date for determining the holders of Claims in the Voting Classes entitled to vote to accept or reject the Plan.

10.    Pursuant to the Disclosure Statement Order, DRC relied on the following information to identify and solicit holders of Claims in the Voting Class: (a) the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed with the Court; (b) the official claims register maintained by DRC as of February 21, 2021; (c) claims information pertaining to the Debtors' chapter 11 case, as reflected in DRC's internal database to which this information was loaded; and (d) other information and instructions provided by the Debtors and/or their advisors. Using this information, and with guidance from the Debtors and their advisors, DRC created a voting database reflecting the name, address, voting amount, and classification of

Claims in each Voting Class. Using this voting database and the form of Ballots approved under the Disclosure Statement Order, DRC generated Ballots for holders of Claims entitled to vote to accept or reject the Plan.

11. Ballots returned by online submission, regular mail, hand delivery, or overnight delivery were received by personnel of DRC at its office in Brooklyn, New York. Ballots received by DRC were processed in accordance with the Disclosure Statement Order. Upon receiving Ballots, DRC took the following actions:

    a. envelopes containing the Ballots were opened, and the contents were removed and stamped with the date and time received. Each Ballot was then scanned into DRC's system and sequentially numbered (the "Sequence Number"); and

    b. DRC then entered into a computer database all pertinent information from each of the Ballots, including among other things, the date and time the Ballot was received, the Sequence Number, the voting dollar amount, and whether the creditor submitting the Ballot voted to accept or reject the Plan.

12. In order for a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been actually received by DRC by 4:00 p.m. (Pacific Time) on May 13, 2021 (the "Voting Deadline"). All Ballots were to be delivered to DRC as follows: (a) if by hand delivery, overnight courier, or United States Postal Service to Professional Financial Investors, Inc., et al., c/o Donlin, Recano & Co., Inc., 6201 15th Avenue, Brooklyn, New York 11219; (b) if by First Class Mail Professional Financial Investors, Inc., et al., c/o Donlin, Recano & Co., Inc., P.O. Box 199043, Brooklyn, New York 11219 or (c) if by using the online vote portal, by visiting www.donlinrecano.com/clients/pfi/vote and entering the Unique E-Ballot Identification number provided on the Ballot.

13.     All validly executed Ballots cast by holders of Claims in a Voting Class received by DRC on or before the Voting Deadline were tabulated as outlined in the Disclosure Statement Order.

14.     DRC is in possession of the Ballots received by it, and copies of the same are available for review during DRC's normal business hours at 6201 15th Avenue, Brooklyn, New York 11219.

## III.     The Voting Results.

15.     The summary results of the aforesaid tabulation of properly executed Ballots received on or before the Voting Deadline broken out by subclasses without consolidation are annexed hereto as **Exhibit A** (the "Summary Tabulation Results"). The results of the aforesaid tabulation of properly executed Ballots received on or before the Voting Deadline on a consolidated basis are set forth below.

| CLASS | TOTAL BALLOTS RECEIVED | | | |
| --- | --- | --- | --- | --- |
| | Accept | | Reject | |
| | AMOUNT (% of Amount Voted) | NUMBER (% of Number Voted) | AMOUNT (% of Amount Voted) | NUMBER (% of Number Voted) |
| Class 1 – Non-Investor First Priority Lender Claims[1] | $233,404,855.99 (100.00%) | 8 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 2 – Non Investor Other Secured Claims | Unimpaired under the Plan and not entitled to vote | | | |

---

[1]     For voting purposes each Allowed Non-Investor First Priority Lender Claim is deemed to be in its own subclass on a claimant-by-claimant basis. No subclasses in Class 1 voted to reject the Plan. Twelve subclasses in Class 1 did not submit a ballot, which subclasses are identified in Exhibit B attached hereto.

| | | | |
|---|---|---|---|
| Class 3 – Priority Claims | Unimpaired under the Plan and not entitled to vote | | |
| Class 4 – DOT Noteholder Claims[2] | $104,557,943.77 (99.15%) | 795 (99.75%) | $901,078.20 (0.85%) | 2 (0.25%) |
| Class 5 – Non-DOT Investor Claims | $344,874,126.16 (99.86%) | 1,374 (99.78%) | $481,825.15 (0.14%) | 3 (0.22%) |
| Class 6 – TIC Claims | $4,264,972.65 (100.00%) | 7 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 7 – Other Unsecured Claims | $33,117,069.39 (100.00%) | 9 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 8 – Other Subordinated Claims | Impaired and deemed to reject the Plan. | | |
| Class 9 – Equity Interests | Impaired and deemed to reject the Plan. | | |

16.     A report of all Ballots received after the Voting Deadline is listed on **Exhibit B**.

17.     Per the tabulation rules, the only TICs permitted to vote are (1) TICs who made the TIC Investor Treatment Election (because they were considered Investors and therefore the Voting Record Date did not apply to them), (2) TICs who had filed proofs of claim prior to the Voting Record Date of 4/15/2021, or (3) TICs who filed a successful Rule 3018 Motion. Two Class 6 Ballots were excluded from the tabulation report (Ballot ID 1451 and 1456) and moved to the defective Ballots list on **Exhibit C** as their claims were filed after the Voting Record Date. If the two ballots that were excluded from the tabulation were counted in the tabulation for Class 6, the

---

[2]     For voting purposes, allowed DOT Noteholder Claims were deemed to be in their own subclass on a property by property basis. No subclass in Class 4 voted to reject the Plan. Thirteen subclasses in Class 4 did not submit a ballot which subclasses are identified in Exhibit A attached hereto.

voting results for Class 6 passing wouldn't change.

18. Nicholas Zabelin and Peter Zabelin each timely voted all of their respective ballots to accept the Plan.

19. Carl and Anna Belline, husband and wife, in their individual capacities, as trustees of The Belline Family Trust, as trustees of The Belline Family Trust dated February 20, 2015, and, with respect to Carl Belline, as a partner in Belline, Feldman Partners, each timely voted all of their respective ballots to accept the Plan.

20. Of the 806 Class 4 Ballots timely received, 762 of the Ballots selected to release their lien which totals 95% of Class 4.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge, information and belief.

Dated: May 20, 2021

Brooklyn, New York

*/s/ John Burlacu*
_____
John Burlacu, Senior Director
Donlin, Recano & Company, Inc.

# EXHIBIT A

| CLASS | TOTAL BALLOTS RECEIVED | | | |
| --- | --- | --- | --- | --- |
| | Accept | | Reject | |
| | AMOUNT (% of Amount Voted) | NUMBER (% of Number Voted) | AMOUNT (% of Amount Voted) | NUMBER (% of Number Voted) |
| Class 1 – Non-Investor First Priority Lender Claims - Heritage Bank of Commerce | $3,453,217.78 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims - Poppy Bank | $19,494,185.53 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims - Tri Counties Bank | $56,579,314.43 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims - Chase Bank | $75,978,068.18 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims - Banner Bank | $3,786,590.05 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims - Homestreet Bank | $12,322,279.12 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims - Pacific Western Bank | $58,673,865.90 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims - Rafael Garden Apartments LLC | $3,117,335.00 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |

| | | | | |
|---|---|---|---|---|
| Class 1 – Non-Investor First Priority Lender Claims – Five Star Bank[1] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – Federal Home Loan Mortgage Corp[2] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – PNC Real Estate[3] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – US Bank National Association[4] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – Red Mortgage Capital LLC[5] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |

---

[1] As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 Five Star Bank

[2] As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 Federal Home Loan Mortgage Corp

[3] As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 PNC Real Estate

[4] As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 US Bank National Association

[5] As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 Red Mortgage Capital LLC

| | | | | |
|---|---|---|---|---|
| Class 1 – Non-Investor First Priority Lender Claims – RedCapital Group[6] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – Steven T Stenberg and Karen L Stenberg[7] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – One United Bank[8] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – AvidBank[9] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – Opus Bank[10] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 1 – Non-Investor First Priority Lender Claims – First Foundation Bank[11] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |

---

[6]   As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 RedCapital Group

[7]   As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 Steven T Stenberg and Karen L Stenberg

[8]   As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 One United Bank

[9]   As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 AvidBank

[10]   As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 Opus Bank

[11]   As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 First Foundation Bank

| | | | | |
|---|---|---|---|---|
| Class 1 – Non-Investor First Priority Lender Claims – Pacific Premier Bank[12] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A – DOT Noteholder Claims - Professional Financial Investors, Inc. | $4,163,821.56 (100.00%) | 15 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A1 – DOT Noteholder Claims - Professional Financial Investors, Inc. (1 Hammondale Court, San Rafael, CA) | $508,856.16 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A2 – DOT Noteholder Claims[13] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A3 – DOT Noteholder Claims - Professional Financial Investors, Inc. (107 Marin Street, Novato, CA) | $1,936,197.70 (100.00%) | 15 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A4 – DOT Noteholder Claims - Professional Financial Investors, Inc. (1129 3rd St., San Rafael, CA) | $1,992,038.44 (100.00%) | 14 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A5 – DOT Noteholder Claims - Professional Financial Investors, Inc. (117-121 Paul Drive, San Ragael, CA) | $695,876.69 (100.00%) | 10 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |

---

[12]    As of the Voting Deadline DRC did not receive a Ballot from holder of Claims in Sub-Class 1 Pacific Premier Bank

[13]    There were no Claims in this Class

| | | | | |
|---|---|---|---|---|
| Class 4A6 – DOT Noteholder Claims - Professional Financial Investors, Inc. (1315 Lincoln Ave., San Rafael, CA)[14] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A7 – DOT Noteholder Claims - Professional Financial Investors, Inc. (1506 Vallejo Ave., Novato, CA) | $600,450.28 (100.00%) | 3 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A8 – DOT Noteholder Claims - Professional Financial Investors, Inc. (16914 Sonoma Hwy, Sonoma, CA)[15] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A9 – DOT Noteholder Claims - Professional Financial Investors, Inc. (17-23, 30-42 Clay Court, Novato) | $973,950.71 (100.00%) | 10 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A10 – DOT Noteholder Claims - Professional Financial Investors, Inc. (200 Gate 5 Road, Sausalito, CA) | $4,583,934.40 (100.00%) | 41 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A11 – DOT Noteholder Claims - Professional Financial Investors, Inc. (21-37 Duffy Place, San Rafael, CA) | $2,487,254.20 (100.00%) | 23 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |

---

[14]    As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A6.

[15]    As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A8.

| | | | | |
|---|---|---|---|---|
| Class 4A12 – DOT Noteholder Claims - Professional Financial Investors, Inc. (300 Entrada Dr., Novato, CA)[16] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A13 – DOT Noteholder Claims - Professional Financial Investors, Inc. (350 Ignacio Blvd., Suite 101, Novato, CA) | $2,226,990.89 (100.00%) | 33 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A14 – DOT Noteholder Claims - Professional Financial Investors, Inc. (350 Ignacio Blvd., Suite 102., Novato, CA)[17] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A15 – DOT Noteholder Claims - Professional Financial Investors, Inc. (350 Ignacio Blvd., Suite 103., Novato, CA)[18] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A16 – DOT Noteholder Claims - Professional Financial Investors, Inc. (350 Ignacio Blvd., Suite 200., Novato, CA)[19] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |

---

[16]  As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A12.

[17]  As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A14.

[18]  As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A15.

[19]  As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A16.

| | | | | |
|---|---|---|---|---|
| Class 4A17 – DOT Noteholder Claims - Professional Financial Investors, Inc. (350 Ignacio Blvd., Suite 201., Novato, CA)[20] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A18 – DOT Noteholder Claims - Professional Financial Investors, Inc. (350 Ignacio Blvd., Suite 203., Novato, CA)[21] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A19 – DOT Noteholder Claims - Professional Financial Investors, Inc. (350 Ignacio Blvd., Suite 300., Novato, CA)[22] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A20 – DOT Noteholder Claims - Professional Financial Investors, Inc. (353-359 Bel Marin Keys, Novato, CA) | $715,452.79 (100.00%) | 11 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A21 – DOT Noteholder Claims - Professional Financial Investors, Inc. (355 Boyes Blvd., Sonoma, CA) | $977,003.84 (100.00%) | 12 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A22 – DOT Noteholder Claims - Professional Financial Investors, Inc. (390 Woodland Ave., San Rafael, CA)[23] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |

---

[20] As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A17.

[21] As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A18.

[22] As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A19.

[23] As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A22.

| | | | |
|---|---|---|---|
| Class 4A23 – DOT Noteholder Claims - Professional Financial Investors, Inc. (419 Prospect Drive, San Rafael, CA) | $921,029.66 (100.00%) | 9 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A24 – DOT Noteholder Claims - Professional Financial Investors, Inc. (461 Ignacio Blvd., Novato, CA) | $761,758.68 (100.00%) | 15 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A25 – DOT Noteholder Claims[24] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A26 – DOT Noteholder Claims - Professional Financial Investors, Inc. (49 Ignacio Lane, Novato, CA) | $1,712,302.17 (100.00%) | 12 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A27 – DOT Noteholder Claims - Professional Financial Investors, Inc. (501 Alameda Del Prado, Novato, CA) | $4,526,811.83 (100.00%) | 56 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A28 – DOT Noteholder Claims - Professional Financial Investors, Inc. (515 B. Street, San Rafael, CA) | $1,730,110.95 (100.00%) | 5 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A29 – DOT Noteholder Claims - Professional Financial Investors, Inc. (7 Merrydale Road, San Rafael, CA) | $627,630.06 (100.00%) | 9 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |

---

[24]   There were no Claims in this Class

| | | | |
|---|---|---|---|
| Class 4A30 – DOT Noteholder Claims - Professional Financial Investors, Inc. (7200 Redwood Blvd., Novato, CA) | $5,877,881.90 (100.00%) | 22 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A31 – DOT Noteholder Claims - Professional Financial Investors, Inc. (885 Broadway, Sonoma, CA) | $2,135,974.65 (100.00%) | 19 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4A32 – DOT Noteholder Claims - Professional Financial Investors, Inc. (Merrydale View Apartments)[25] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4B – DOT Noteholder Claims - Professional Investors Security Fund, Inc. | $568,580.18 (100.00%) | 5 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4B1 – DOT Noteholder Claims[26] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4B2 – DOT Noteholder Claims - Professional Investors Security Fund, Inc. (461 Ignacio Blvd., Novato, CA)[27] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Classes 4B3 - 4B23 – DOT Noteholder Claims[28] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |

[25]   As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4A32.

[26]   There were no Claims in this Class

[27]   As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4B2.

[28]   There were no Claims in these Classes.

| | | | |
|---|---|---|---|
| Class 4B24 – DOT Noteholder Claims - Professional Investors Security Fund, Inc. (461 Ignacio Blvd., Novato, CA) | $508,856.16 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4B25 – DOT Noteholder Claims - Professional Investors Security Fund, Inc. (475 Ignacio Blvd., Novato, CA)[29] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Classes 4B26 - 4B32 – DOT Noteholder Claims[30] | $0.00 (0.00%) | 0 (0.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4C – DOT Noteholder Claims - Professional Investors Security Fund I, A California Limited Partnership | $2,333,398.98 (100.00%) | 28 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4D – DOT Noteholder Claims - Professional Investors Security Fund I, A California Limited Partnership | $1,349,741.25 (100.00%) | 17 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4E – DOT Noteholder Claims - Professional Investors Security Fund VII, A California Limited Partnership | $5,909,706.25 (100.00%) | 1 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4F – DOT Noteholder Claims - Professional Investors Security Fund IX, A California Limited Partnership | $8,940,469.93 (100.00%) | 64 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |


---

[29]    As of the Voting Deadline DRC did not receive any Ballots from holders of Claims in Sub-Class 4B25.

[30]    There were no Claims in these Classes.

| | | | | |
|---|---|---|---|---|
| Class 4G – DOT Noteholder Claims - Professional Investors Security Fund XII, A California Limited Partnership | $2,944,854.81 (100.00%) | 26 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4H – DOT Noteholder Claims - Professional Investors Security Fund XIII, A California Limited Partnership | $10,166,124.29 (100.00%) | 74 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4I – DOT Noteholder Claims - Professional Investors Security Fund XIV, A California Limited Partnership | $10,322,249.13 (95.60%) | 74 (98.67%) | $475,593.75 (4.40%) | 1 (1.33%) |
| Class 4J – DOT Noteholder Claims - Professional Investors Security Fund XV, A California Limited Partnership | $3,342,368.22 (100.00%) | 33 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4K – DOT Noteholder Claims - Professional Investors Security Fund XVII, A California Limited Partnership | $5,019,684.66 (100.00%) | 47 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |
| Class 4L – DOT Noteholder Claims - Professional Investors Security Fund XVIII, A California Limited Partnership | $12,996,582.35 (96.83%) | 90 (98.90%) | $425,484.45 (3.17%) | 1 (1.10%) |
| Class 5 – Non-DOT Investor Claims | $344,874,126.16 (99.86%) | 1,374 (99.78%) | $481,825.15 (0.14%) | 3 (0.22%) |
| Class 6 – TIC Claims | $4,264,972.65 (100.00%) | 7 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |

| | | | | |
|---|---|---|---|---|
| Class 7 – Other Unsecured Claims | $33,117,069.39 (100.00%) | 9 (100.00%) | $0.00 (0.00%) | 0 (0.00%) |

EXHIBIT B

**Professional Financial Investors**

**Late Ballots as of 5/20/2021**

| Class | Ballot ID | No. | Creditor Name | Amt | Indicated Amt | Variance | Vote | ACC | RJC | Accept Amt | Reject Amt | Date | Release | PFI Trust | TIC Election | Incorrect Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A10 | 000101 | 1838 | Name Intentionally Omitted | 1,740,000.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | | | |
| 1A14 | 001532 | 3896 | Name Intentionally Omitted | 2,328,675.33 | 2,277,917.93 | -50,757.40 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | | | | |
| 1AD | 002335 | 5188 | Name Intentionally Omitted | 3,214,417.31 | 3,212,620.15 | -1,797.16 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | | | | |
| 4A10 | 000337 | 3793 | Name Intentionally Omitted | 81,416.99 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/18/21 | Yes | Contribute | | Changed |
| 4A13 | 000644 | 3876 | Name Intentionally Omitted | 50,590.41 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | Yes | Contribute | | |
| 4A20 | 000338 | 3793 | Name Intentionally Omitted | 198,453.90 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/18/21 | Yes | Contribute | | Changed |
| 4A26 | 001566 | 3951 | Name Intentionally Omitted | 303,542.47 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | Yes | Contribute | | |
| 4A27 | 000645 | 3876 | Name Intentionally Omitted | 30,531.37 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | Yes | Contribute | | |
| 4A9 | 000339 | 3793 | Name Intentionally Omitted | 305,313.70 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/18/21 | Yes | Contribute | | Changed |
| 4C | 001364 | 2151 | Name Intentionally Omitted | 104,875.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | | Contribute | | |
| 4D | 000271 | 1855 | Name Intentionally Omitted | 41,950.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | Yes | Contribute | | |
| 4F | 000910 | 188 | Name Intentionally Omitted | 62,925.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | Yes | Contribute | | Changed |
| 4H | 000273 | 1855 | Name Intentionally Omitted | 52,437.50 | | | ACC & REJ | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | Contribute | | |
| 4I | 000494 | 1515 | Name Intentionally Omitted | 26,218.75 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | Yes | Contribute | | |
| 4K | 000495 | 1515 | Name Intentionally Omitted | 52,437.50 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | Yes | Contribute | | |
| 4L | 001349 | 2128 | Name Intentionally Omitted | 146,825.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | Yes | Contribute | | |
| 5 | 002808 | 7466 | Name Intentionally Omitted | 15,000.00 | 25,000.00 | 10,000.00 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | | Contribute | | Changed |
| 5 | 002602 | 1673 | Name Intentionally Omitted | 200,000.00 | 400,000.00 | 300,000.00 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | Contribute | | Changed |
| 5 | 002532 | 1569 | Name Intentionally Omitted | 75,000.00 | 1,781,839.51 | 1,706,839.51 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | Contribute | | Changed |
| 5 | 001983 | 4577 | Name Intentionally Omitted | 141,946.01 | 337,050.28 | 195,104.27 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | Contribute | | |
| 5 | 001994 | 4588 | Name Intentionally Omitted | 248,246.98 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/18/21 | | Contribute | | |
| 5 | 002015 | 4610 | Name Intentionally Omitted | 68,116.66 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | Contribute | | |
| 5 | 002800 | 7456 | Name Intentionally Omitted | 5,000.00 | 10,000.00 | 5,000.00 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | | Contribute | | Changed |
| 5 | 002101 | 4706 | Name Intentionally Omitted | 507,500.00 | 582,318.17 | 74,818.17 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | | Contribute | | |
| 5 | 002176 | 4790 | Name Intentionally Omitted | 13,149.28 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | Contribute | | |
| 5 | 002194 | 4809 | Name Intentionally Omitted | 1.00 | 170,000.00 | 169,999.00 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | Contribute | | Changed |
| 5 | 002318 | 4954 | Name Intentionally Omitted | 25,375.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/17/21 | | Contribute | | |
| 5 | 001255 | 1523 | Name Intentionally Omitted | 895,765.16 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/14/21 | | Contribute | | |
| 6 | 001264 | 1627 | Name Intentionally Omitted | 1.00 | 400,000.00 | 399,999.00 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/18/21 | | Contribute | Agree | |

EXHIBIT C

# Professional Financial Investors
## Defective Ballots as of 5/20/2021

**Key to Defect Codes:**

A- No signature indicated on ballot
B- Non-original signature indicated on ballot
C- Ballot received via facsimile, email, or other electronic transmission
D- Ballot has been superseded by a subsequently filed Ballot
E- Ballot/voting data is illegible
F- Did not comply with Tabulation Rules
G- Ballot received after the Voting Deadline
H- Ballot revoked by written request
I- Ballot revoked by Court order
J- Ballot indicates neither acceptance nor rejection, or both acceptance and rejection
K- Only signature page returned
L- Multiple Intra-class ballots
N- Ballot submitted on behalf of claims in a non-voting class
O- Ballot submitted on behalf of claims under objection
P- Ballot submitted on behalf of director, officer or other insider
Z- Other Defect

| Class | Ballot ID | No. | Creditor Name | Amt | Indicated Amt | Variance | Vote | ACC | RJC | Accept Amt | Reject Amt | Date | Codes | Release | PFI Trust | TIC Election | Incorrect Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A3 | 001511 | 3870 | Name Intentionally Omitted | 109,912.93 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/6/21 | D | Opt-Out | Contribute | | |
| 4A30 | 001468 | 3794 | Name Intentionally Omitted | 101,771.23 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/4/21 | D | Yes | Contribute | | |
| 4A4 | 001533 | 3897 | Name Intentionally Omitted | 20,236.16 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/3/21 | D | Opt-Out | Contribute | | |
| 4D | 000550 | 2167 | Name Intentionally Omitted | 49,291.25 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/4/21 | D | Opt-Out | Contribute | | |
| 4K | 000551 | 2167 | Name Intentionally Omitted | 157,312.50 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/4/21 | D | Opt-Out | Contribute | | |
| 4L | 001401 | 2207 | Name Intentionally Omitted | 209,750.00 | | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 5/10/21 | AD | | | | |
| 5 | 002139 | 4753 | Name Intentionally Omitted | 230,268.56 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/7/21 | D | | Contribute | | |
| 5 | 002415 | 277 | Name Intentionally Omitted | 100,000.00 | | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 4/30/21 | D | | | | |
| 5 | 001037 | 876 | Name Intentionally Omitted | 28,565.91 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 4/28/21 | D | | | | |
| 5 | 002761 | 2029 | Name Intentionally Omitted | 50,000.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 4/28/21 | D | | | | |
| 5 | 001834 | 4408 | Name Intentionally Omitted | 130,027.59 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 4/30/21 | A | | Contribute | | |
| 5 | 001841 | 4415 | Name Intentionally Omitted | 69,184.14 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/7/21 | A | | Contribute | | |
| 5 | 002341 | 1632 | Name Intentionally Omitted | 200,000.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/4/21 | D | | | | |
| 5 | 002398 | 129 | Name Intentionally Omitted | 150,000.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/10/21 | D | | | | |
| 5 | 001097 | 1038 | Name Intentionally Omitted | 507,500.00 | | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 5/2/21 | D | | | | |
| 5 | 002052 | 4649 | Name Intentionally Omitted | 126,875.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/3/21 | D | | Contribute | | |
| 5 | 002063 | 4663 | Name Intentionally Omitted | 340,583.32 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 4/28/21 | D | | Contribute | | |
| 5 | 002138 | 4752 | Name Intentionally Omitted | 29,450.26 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/7/21 | D | | Contribute | | |
| 5 | 002140 | 4754 | Name Intentionally Omitted | 109,026.95 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/7/21 | D | | Contribute | | |
| 5 | 002507 | 1318 | Name Intentionally Omitted | 370,000.00 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/7/21 | D | | Contribute | | |
| 5 | 002200 | 4815 | Name Intentionally Omitted | 50,833.34 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/6/21 | D | | Contribute | | |
| 5 | 000840 | 4835 | Name Intentionally Omitted | 508,333.32 | 694,594.63 | 592,927.97 | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/3/21 | D | | Contribute | | Changed |
| 5 | 001740 | 4306 | Name Intentionally Omitted | 406,666.66 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/10/21 | D | | Contribute | | |
| 5 | 002311 | 4947 | Name Intentionally Omitted | 104,826.22 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/7/21 | A | | Contribute | | |
| 5 | 002310 | 4946 | Name Intentionally Omitted | 330,604.16 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/7/21 | A | | Contribute | | |
| 6 | 000463 | 327 | Name Intentionally Omitted | 542,652.73 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/10/21 | F | | | | |
| 6 | 001451 | 3352 | Name Intentionally Omitted | 1,200,084.68 | | | REJECT | 0 | 0 | 0.00 | 0.00 | 5/11/21 | F | | | | |
| 6 | 001456 | 3604 | Name Intentionally Omitted | 826,193.00 | | | REJECT | 0 | 0 | 0.00 | 0.00 | 5/11/21 | F | | | | |
| 6 | 002337 | 5191 | Name Intentionally Omitted | 932,652.25 | | | ACCEPT | 0 | 0 | 0.00 | 0.00 | 5/10/21 | F | | | | |
| 6 | 002334 | 5110 | Name Intentionally Omitted | 643,500.00 | | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 5/13/21 | A | | | | |
| 6 | 002339 | 1251 | Name Intentionally Omitted | 110,000.00 | | | ABSTAIN | 0 | 0 | 0.00 | 0.00 | 5/10/21 | F | | | | |

Case: 20-30604   Doc# 650-1   Filed: 05/20/21   Entered: 05/20/21 20:29:24   Page 25 of 25