SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
MATT KLINGER, Cal. Bar No. 307362
JEANNIE KIM, Cal. Bar No. 270713
GIANNA SEGRETTI, Cal. Bar No. 323645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        okatz@sheppardmullin.com
              bmarum@sheppardmullin.com
              mklinger@sheppardmullin.com
              jekim@sheppardmullin.com
              gsegretti@sheppardmullin.com

Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*[1]<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF ANDREW HINKELMAN IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONFIRMATION OF SECOND AMENDED JOINT CHAPTER 11 PLAN OF PROFESSIONAL FINANCIAL INVESTORS, INC. AND ITS AFFILIATED DEBTORS PROPOSED BY THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND SUPPORTED BY THE AD HOC LLC MEMBERS COMMITTEE AND THE AD HOC DOT NOTEHOLDERS COMMITTEE (DATED MAY 20, 2021)**<br><br>Judge: Hon. Hannah L. Blumenstiel<br>Date: May 27, 2021<br>Time: 10:00 a.m.<br>Place: **Telephonic/Video Appearances Only**<br>450 Golden Gate Ave., 16th Fl., Crtm. 19<br>San Francisco, CA 94102 |

---

[1] A complete list of the Debtors and their respective chapter 11 case numbers may be found at www.donlinerecano.com/pfi. The federal tax identification numbers of each of the Debtors is also available in the bankruptcy petitions of each Debtor, also available at the Donlin Recano website.

SMRH:4820-9458-5578.2

-1-

I, Andrew Hinkelman, declare:

1. I am the Chief Restructuring Officer ("CRO") of Professional Financial Investors, Inc. ("PFI") and Professional Investors Security Fund, Inc.

2. Except as otherwise noted, the matters described in this declaration are based upon my personal knowledge, my review of relevant documents and my discussions with other parties familiar with the Debtors, and if called as a witness, I would testify to such matters.

3. I submit this declaration in support of the *Memorandum of Points and Authorities in Support of Confirmation of the Second Amended Joint Plan of Professional Financial Investors, Inc. and its Affiliated Debtors Proposed by the Debtors and Official Committee of Unsecured Creditors and Supported by the Ad Hoc LLC Members Committee and the Ad Hoc DOT Noteholders Committee (Dated May 20, 2021)* (the "Memorandum") filed by PFI and its affiliated debtors and debtors in possession (collectively, with PFI, the "Debtors") and the Official Committee of Unsecured Creditors.

4. Unless otherwise stated, I give capitalized terms not defined in this Declaration the meanings given to them in the Memorandum.

5. According to the Debtors' books and records, The Belline Family Trust dated February 20, 2015 is the only outside investor with a PFI LLC Member interest in Professional Investors 28, LLC.

6. According to the Debtors' books and records, Peter Zabelin is the only outside investor with a PFI LLC Member interest in PFI Glenwood, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 20, 2021, at Novato, California.

*/s/ Andrew Hinkelman*
Andrew Hinkelman