Form OCP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Professional Financial Investors, Inc. | Case No.: 20–30604 HLB 11 |
|---|---|---|
| | Debtor(s) | Chapter: 11 |

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 06/09/21 confirming the plan of reorganization filed by the debtor(s) on 6/8/21.

Dated: 6/9/21

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court