Bryan Cave Leighton Paisner LLP
H. Mark Mersel, California Bar No. 130382
Olivia J. Scott, California Bar No. 329735
olivia.scott3@bclplaw.com
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: +1 949 223 7000
Facsimile: +1 949 223 7100
E-Mail: mark.mersel@bclplaw.com
olivia.scott3@bclplaw.com

Signed and Filed: July 15, 2021



_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Attorneys for Creditor
U.S. BANK NATIONAL ASSOCIATION, as trustee
for BANK OF AMERICA MERILL LYNCH
COMMERCIAL MORTGAGE TRUST 2015-UBS7,
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2015-UBS7

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,[1]<br><br>Debtor | Chapter 11<br><br>Case No. 20-30604<br><br>(Jointly Administered)<br><br>**ORDER GRANTNG STIPULATION ALLOWING FILING OF LATE FILED PROOF OF CLAIM OF CREDITOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANK OF AMERICA MERRILL LYNCH COMMERCIAL MORTGAGE TRUST 215-UBS7** |

The Court having considered the STIPULATION ALLOWING FILING OF LATE FILED PROOF OF CLAIM OF CREDITOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANK OF AMERICA MERRILL LYNCH COMMERCIAL MORTGAGE TRUST 215-UBS7 ("Stipulation") by and between the Debtors and creditor U.S. Bank National Association, as trustee for Bank of America Merrill Lynch Commercial Mortgage Trust 215-

---
[1] A complete list of the Debtors and their respective chapter 11 case numbers may be found at www.donlinrecano.com/clients/pfi/index. The federal tax identification numbers of each of the Debtors is also available in the bankruptcy petitions of each Debtor, also available at the Donline Recano website.

1  UBS7, each listed as a signatory to the Stipulation filed on July 2, 2021, and good cause

2  appearing,

3        IT IS HEREBY ORDERED that the Stipulation is approved.

4        *** END OF ORDER ***