UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PROFESSIONAL FINANCIAL INVESTORS, INC., and | : | Case No. 20-30579 |
| PROFESSIONAL INVESTORS SECURITY FUND, INC. | : | Case No. 20-30604 |
| | : | |
| | : | (Jointly Administered Under |
| Debtors. | : | Case No. 20-30579) |

**AMENDED NOTICE OF UNOPPOSED MOTION FOR RELIEF FROM THE
AUTOMATIC STAY, TO THE EXTENT APPLICABLE,
TO ALLOW ADVANCEMENT, REIMBURSEMENT,
AND/OR PAYMENT OF DEFENSE COSTS UNDER D&O POLICY**

**PLEASE TAKE NOTICE** that Leslie Wallach (the "Movant"), on behalf of herself, Manuel Romero, Charlene Albanese, and Professional Financial Investors, Inc. ("PFI") (collectively, the "Insured Persons"), as former Chief Financial Officer of Professional Financial of PFI, by and through the undersigned counsel, will move before The Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, in her Courtroom 19, located at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, CA 94102, via video teleconference, on **August 19, 2021 at 10:00 a.m.**, or as soon thereafter as this matter can be heard, for an Order pursuant to Bankruptcy Code, 11 U.S.C. sections 105(a) and 362, and Federal Rule of Bankruptcy Procedure 4001, for relief from the automatic stay, to the extent necessary, to allow insurers to pay, reimburse, and/or advance defense costs relative to claims being asserted against the Insured Persons (the "Motion"). The parties to this action have indicated that they do not oppose the relief requested herein.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information

about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: July 26, 2021

Respectfully submitted,

By: _____
Gabriel Z. Reynoso (CA SBN 234027)
**Winget, Spadafora & Schwartzberg, LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Tel.: (310) 836-4800
Fax: (310) 836-4801
Reynoso.g@wsllp.com

*Counsel for Movant Leslie Wallach*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 26, 2021, the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

                                              Gabriel Z. Reynoso