Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation, *et al.*,<br><br>Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**APPLICANT PACHULSKI STANG ZIEHL & JONES LLP'S REPLY TO OMNIBUS RESPONSE BY THE U.S. SECURITIES AND EXCHANGE COMMISSION TO VARIOUS INTERIM FEE APPLICATIONS FILED BY PROFESSIONALS TO BE PAID FROM DEBTORS' ESTATES, AND RESERVATION OF RIGHTS**<br><br>Date: August 19, 2021<br>Time: 10:00 a.m.<br>Judge: Hannah L. Blumenstiel<br>Place: Telephonic/Video Appearances Only<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 19<br>San Francisco, CA 94102 |

Pachulski, Stang, Ziehl, & Jones ("PSZJ") as counsel to the Official Committee of Unsecured Creditors ("Committee") of Professional Financial Investors, Inc. hereby submits its reply to the *Omnibus Response by the U.S. Securities and Exchange Commission to Various Interim Fee Applications Filed by Professionals to Be Paid from Debtors' Estates, and Reservation of Rights* [Dkt No. 803] (the "SEC Objection").

1. The SEC objects to PSZJ's *Second Interim Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2020 through April 30, 2021* (the "Application") and demands that the interim award be authorized for payment only at 80% of the allowed fees pending the final fee application.

The Application sought approval and payment of 100% of the amounts described therein. However, the omnibus notice for all professionals filed in connection with the Application sought authority for payment of 80% of the fees. For this reason, PSZJ is willing accept an order approving payment of its fees at the 80% level.

PSZJ and the other active chapter 11 professionals have not been paid *any* fees on account of more than one years' services to date. This delay in payment significantly enhanced the liquidity of the enterprise and allowed cash to be used to improve the assets of the estate for the benefit of the victims of this Ponzi scheme. PSZJ has also provided voluntary discounts during the cases of $297,287.10, in addition to services performed gratis prior to the filing totaling $228,412.00, collectively representing approximately 25% of the total fees incurred. In light of these discounts, PSZJ does not see any justification for a holdback.

Nonetheless, PSZJ will agree to the 20% holdback in light of the language in the omnibus notice. However, PSZJ intends to seek payment of all approved fees, including amounts held back on the Application, in a future application to filed after the sale proceeds are received by the Debtors' estates.

Dated: August 12, 2021

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
Debra I. Grassgreen

*Counsel for the Official Committee of Unsecured Creditors*