

Signed and Filed: August 25, 2021

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
J. BARRETT MARUM, Cal. Bar No. 228628
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: okatz@sheppardmullin.com
       bmarum@sheppardmullin.com

Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*.<br><br>               Debtors. | Case No. 20-30604<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND INTERIM APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR AND CHIEF RESTRUCTURING OFFICER TO DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED** |

This Court, having considered the *Second Interim Application of FTI Consulting, Inc. as Financial Advisor and Chief Restructuring Officer to Debtors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred* filed on June 24, 2021, as Dkt. 697 (the "Application"), the pleadings filed in support thereof, the *United States Trustee's Omnibus Reservation of Rights with Respect to Second Interim Fee Applications* filed on August 5, 2021 as Dkt. No. 806 and the $66,120.00 voluntary fee reduction agreed to by the Applicant as set forth

SMRH:4850-9501-6183.2

therein (the "Reduction"), and for the reasons stated in the docket text order regarding the Application entered by the Court on August 18, 2021,

**HEREBY ORDERS AS FOLLOWS:**

1. The Application is APPROVED. Capitalized terms used in this order that are undefined shall have the meaning given to them in the Application.

2. The aggregate compensation sought by FTI in the Application as modified by the Reduction, totaling $6,589,990.20 and consisting of professional fees of $6,545,900.00 and expenses of $44,090.20, is hereby approved and allowed on an interim basis.

3. The Debtors are authorized to pay FTI a total of $5,280,810.20, which amount represents which amount represents 80% of the fees and 100% of the expenses approved and allowed on an interim basis pursuant to this Order.

***END OF ORDER***

SMRH:4850-9501-6183.2

**COURT SERVICE LIST**

None.

SMRH:4850-9501-6183.2