October 18, 2021

**FILED**
OCT 20 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

20-30604

The Honorable HANNAH L. BLUMENSTEI -

I am writing to you for a second time as the UOA Claim Report NO. 21030 Schedule A and B as the Income Distribution data is not correct.

The UOA report received In August 2021 stated that we (Denice and Gino Zalunardo) had a potential Clawback Liability of -$547,313.09.

Receiving a report such as UOA Claim N. 21030 was totally shocking. We had already lost our investments and now this! This felt like another Ponzi scheme. We found UOA report with a Potential Clawback Liability of such large sums totally fatiguing. We have had many sleepless days, nightmares, grief, anxiety, anger, appetite loss, trouble concentrating, and chronic fatigue.

I asked Cia Hackie to provide a report not by Investment ID but as how the PFI/PISF folks had provided us for all the years with Monthly, Quarterly, and Yearly Reports. I was told no.

I then created my own template by Years/Months. I then converted the data from a PDF file to an Excel spreadsheet. Verified the data by going through UOA 800+ lines and comparing to the YEARS/Months template. This process took much time and I should have not needed to do this had the current leaders done their job correctly.

The first problem I encountered is that the 2007 starting balance was wrong. Next problem was that the Distribution data was by $117,431.26 greater than the Yearly Income reported by PFII/PISF to the IRS. 2014 was the only years that the distribution matched. Seventeen years out of eighteen years distribution data does not match.

In addition, $400,000 2017 investment iD 4000860 are fraud records. We never took a loan on the 2306 Brookwood Ave Santa Rosa house.

And one more batch of data Investment ID 3000391 also appear to be fraud data for the year 2009. Working with the Mendocino County Assesor/Recorder office to obtain the records.

What upsets my wife and I the most is how could our leaders be so insensitive by sending fraud records and declaring the Investors LOSERS and WINNERS. The data that they are using are fraud fraud. We need to complete the report by Years and using the yearly Income reported by PFI/PISF to arrive at the correct $$$'s for the Investors.

As of today, no one seems to care and our leaders are continuing with the Ponzi system and using fraud records , as Lewis Wallach admitted, to process distribution to the LOSERS and Clawback from the WINNERS.

In addition, how could these leaders be appointed as they are not able to correctly do the right job for the Investors! Most of the Investors are going to be very upset when the correct Yearly formatted report and PFI/PISF Yearly Income data report is again distributed.

CC: Goldberg, Mackle, FTI, and UCC members.
    M. Scussiel and J. Wang - FBI

*Gino N. Zalunardo*

ZAKKNARDO
2033 Buckeye Rd.
Willits, Ca. 95490

RECEIVED
OCT 20 2021
mt
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

CERTIFIED MAIL

7021 0950 0001 3590 8699

HONORABLE DENNIS MONTALI
450 Golden Gate Ave.
Mail Box 36099
S.F., Ca. 94102

94102-941024

