Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PROFESSIONAL FINANCIAL INVESTORS, INC.**, a California corporation, et al.,<br>Debtors. | Case No. 20-30604 (HLB)<br>(Jointly Administered)<br>Chapter 11<br>**DECLARATION OF MICHELLE HERMAN IN SUPPORT OF TRUSTEE'S FIRST THROUGH THIRD OMNIBUS OBJECTIONS**<br>Date: February 10, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: Telephonic/Video Appearances Only |

I, Michelle Herman, declare:

1. I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), financial advisor to the PFI Trust and make this declaration of my own personal knowledge. If called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of the *PFI Trustee's First Omnibus Objection (Non-Netted Investors Claims Superseded by UOA Claims)*, the *PFI Trustee's Second Omnibus Objection (Non-Netted Investors Claims Superseded by UOA Claims)*, and the *PFI Trustee's Third Omnibus Objection (Non-Netted Investors Claims Netted to Zero)* (collectively, the "Omnibus

Objections"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objections.

3. Pursuant to the Bar Date and Claims Procedure Order, on or about July 1, 2021, investor claims packages were served on all current investors [Docket No. 788], each of which included a "Schedule of Netted Claims" prepared by FTI for all investments associated with a particular tax ID or social security number (each, a "Unit of Account" or "UOA"). Specifically, the Schedule of Netted Claims provided each investor with the amount of their Investor Restitution Claim or UOA Claim. The investor claim packages included a specially-designed "Customized Investor Proof of Claim Form" for any investor who disputed FTI's calculations.

4. I have reviewed each of the filed Claims listed on Exhibit 1 to each of the Omnibus Objections and have determined that the Claims (1) did not incorporate the netting principals applicable to Investor Restitution Claims and (2) the underlying investments on which each Claim was based, to the extent any evidence thereof was attached or, if not, based on PFI's records, are now calculated in the Investor Restitution Claim with respect to a particular Unit of Account provided to Claimant for which netting was applied. The applicable UOA Claim number is listed on Exhibit 1 to the Omnibus Objections.

5. Thus, I believe that each Claimant's Claim listed on Exhibit 1 to each Omnibus Objection has been accounted for in Claimant's Investor Restitution Claim and should be disallowed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 7 day of January 2022 at Los Angeles, California.

                                                            */s/ Michelle Herman*
                                                          Michelle Herman