Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, California 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for the
Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC. , a California corporation, *et al.*,<br><br>Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**FOURTH AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>[Fourth Application Period: October 1, 2021 – December 15, 2021]<br><br>[Employment Period: August 23, 2020 – December 15, 2021]<br><br>Date: February 17, 2022<br>Time: 10:00 a.m.<br>Judge: Hannah L. Blumenstiel<br>Place: Telephonic/Video Appearances Only<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 19<br>San Francisco, CA 94102 |

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") hereby submits its *Fourth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "Application"), as counsel to the Official Committee of Unsecured Creditors ("Committee")

of Professional Financial Investors, Inc. ("PFI"). This Application requests entry of an order allowing, on a final basis, compensation to the Firm for services rendered to the Committee and expenses incurred during the period from August 23, 2020 through December 15, 2021 (the "Employment Period").

The Firm seeks approval on a final basis of its fees incurred and reimbursement of expenses during the Employment Period totaling **$2,414,853.72** which sum represents compensation for legal services rendered in the amount of **$2,399,842.70** (after application of an 17% courtesy discount) and reimbursement for expenses incurred in the amount of **$15,011.02**, consisting of:

(a) $1,716,164.28, in previously approved and paid fees incurred during the Employment Period;

(b) $8,059.41 in previously approved and paid expenses during the Employment Period;

(c) $366,797.52 in previously approved but withheld fees incurred during the Employment Period;

(d) $301,880.90 in fees incurred and $6,961.61 in expenses advanced for fees and expenses incurred during the period October 1, 2021 through December 15, 2021 (the "Fourth Fee Period"); and

(e) an estimated $15,000.00 in connection with preparing this Application and any responses to objections thereto.

| Application Period | Fees Allowed/Sought | Expenses Allowed/Sought | Fees/Expenses Paid | Withheld Fees |
|---|---|---|---|---|
| 1st | $549,362.25 | $1,167.06 | $440,656.86 | $109,872.45 |
| 2nd | $1,035,651.15 | $1,484.45 | $830,005.37 | $207,130.23 |
| 3rd | $497,948.40 | $5,407.90 | $453,561.46 | $49,794.84 |
| Subtotal: | $2,082,961.80 | $8,059.41 | $1,724,223.69 | $366,797.52 |
| 4th | $301,880.90 | $6,951.61 | | |
| Est. Add'l | $15,000.00 | $0.00 | | |
| **Totals** | **$2,399,842.70** | **$15,011.02** | | |

The Firm has already received $1,724,223.69 in connection with the interim fee applications.

The Firm spent a total of 3,067.7 hours during the Employment Period. If the Firm had not agreed to (a) a 10% discount and (b) charge its 2020 rates in 2021, the fees incurred would have

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

been $2,880,946.50. *Accordingly, the benefit to the estate produced by these two concessions resulted in a savings of $496,103.80 in fees incurred, an overall reduction of over 17.2%.*

This Application is based upon the contents hereof, together with the exhibits, the declaration of John Fiero filed concurrently herewith, the pleadings, papers, and records on file in this cases, and any evidence or argument that the Court may entertain at the time of the hearing on the Application. This Application is subject to the United States Department of Justice's *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "Large Case Guidelines") Summary charts complying with the Large Case Guidelines and detailing the amount of fees charged and hours worked by each of the Firm's professionals and paraprofessionals during the Employment Period and Fourth Fee Period are attached hereto as **Exhibit C** through **Exhibit H**.

# I.

# BACKGROUND

## A.    General Background

On July 16, 2020, Jacques Achsen, Samuel Goldberger, Elizabeth Goldblatt, Arthur Indenbaum, Andrew Michaels, Mary Michaels, and Joel Rubenzahl (the "Petitioning Creditors") worked with the Firm to commence an involuntary chapter 11 bankruptcy action against Debtor Professional Investors Security Fund, Inc. ("PISF" and, together with PFI, the "Original Debtors"). On July 26, 2020, PISF filed a consent to the entry of an order for relief in the PISF Case, which this Court entered on July 27, 2020.

Also on July 26, 2020 (the "Petition Date"), PFI commenced its bankruptcy case by filing a voluntary chapter 11 petition.

On July 27, 2020, the Court entered an *Order Directing the Joint Administration of Related Cases* [ECF No. 12], thereby jointly administering the chapter 11 cases of the Original Debtors for procedural purposes, and designating Case No. 20-30604 as the "lead case."

On August 19, 2020, the Office of the United States Trustee appointed a seven-member Official Committee of Unsecured Creditors. The seven members of the Committee are: (i) Peter

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_LA:341021.3 70141/002
Case: 20-30604    Doc# 1081    Filed: 01/20/22    Entered: 01/20/22 11:28:16    Page 3 of 64
3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

and Anne Bagatelos Revocable Trust; (ii) Lisa de Mondesir; (iii) Elizabeth Goldblatt; (iv) Paul S. Greidanus; (v) William Howard Levine; (vi) Keith Merron; and (vii) Pardi Revocable Trust.

On November 20, 2020, PFI filed involuntary chapter 11 petitions against many of the remaining Debtors (collectively, the "LLC/LP Debtors" and together with the Original Debtors, the "Debtors") under chapter 11 of the Bankruptcy Code, commencing the LLC/LP Cases. On December 11, 2020, this Court entered an order for relief against each of the LLC/LP Debtors.

Between February 3-4, 2021, PFI filed involuntary chapter 11 petitions against ten additional limited liability company affiliates (the "February 2021 Debtors"), and this Court subsequently entered orders for relief against the February 2021 Debtors.

On December 17, 2020, the Court entered an *Order Directing the (I) Joint Administration of Related Cases and (II) Temporary Suspension Of Deadline For Filing Proofs Of Claim* [ECF No. 302], thereby jointly administering these chapter 11 cases for procedural purposes.

**B.  Employment of PSZJ**

On September 10, 2020, the Committee filed the *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Docket No. 108] (the "Retention Application"). On October 6, 2020, the Court entered its *Order Approving Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors* [Docket No. 185] (the "Retention Order"). A true and correct copy of the Retention Order is attached hereto as **Exhibit A**.

**C.  PSZJ's Prior Requests for Compensation**

On January 21, 2021, the Firm filed its *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 23, 2020 through November 30, 2020* [Docket No. 362] and subsequently filed its *Amendment to Descriptions for Certain Time Entries Included in First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 23, 2020 through November 30, 2020* [Docket No. 476] (together, the "First Application").

On March 31, 2021, the Court entered an order approving the First Application and awarding interim compensation for professional services rendered during the first application period of August 23, 2020 through November 30, 2020, in the aggregate amount of $550,529.31, consisting of $549,362.25 of fees and $1,167.06 of expenses [Docket No. 521]. The Firm recently received $440,656.86 on account of the amount awarded in the First Application.

On June 25, 2021, the Firm filed its *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2020 through April 30, 2021* [Docket No. 706] and subsequently filed its *Amendment to Descriptions for Certain Time Entries Included in Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2020 through April 30, 2021* [Docket No. 794] (together, the "Second Application").

On November 4, 2021, the Court entered an order approving the Second Application and awarding interim compensation for professional services rendered during the second application period of December 1, 2020 through April 30, 2021, in the aggregate amount of $1,037,135.60, consisting of $1,035,651.15 of fees and $1,484.45 of expenses [Docket No. 968]. The Firm recently received $830,005.37 on account of the amount awarded in the Second Application.

On June 25, 2021, the Firm filed its *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period May 1, 2021 through September 30, 2021* [Docket No. 975] and subsequently filed its *Amendment to Descriptions for Certain Time Entries Included in Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period May 1, 2021 through September 30, 2021* [Docket No. 1021] (together, the "Third Application").

On December 16, 2021, the Court entered an order approving the Third Application and awarding interim compensation for professional services rendered during the third application period of May 1, 2021 through September 30, 2021, in the aggregate amount of $503,356.30, consisting of $497,948.40 of fees and $5,407.90 of expenses [Docket No. 1049]. The Firm recently received $453,561.46 on account of the amount awarded in the Third Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**D.** **Present Posture of the Case**

As the Court well knows, the confirmed plan of reorganization became effective on December 15, 2021 when the portfolio sale of the vast majority of the Debtors' real estate to Hamilton Zanze closed for a purchase price of approximately $436,500,000. At the same time, the estates and the Committee implemented the Court-approved clawback settlement plan which, to date, has generated approximately $4.3 million in clawback settlement payments. The arduous process of claims review and allowance is well underway, with much work already having been completed. Additionally, the Committee has handed over the reins to the successor creditor voice – the PFI Trust's Board of Advisors.

## II.

## SERVICES RENDERED

In accordance with the Northern District Guidelines and the Local Rules, PSZJ classified all services performed for which compensation is sought into categories. PSZJ attempted to place the services performed in the category that best relates to the service provided. However, because certain services affected multiple categories, services pertaining to one category may occasionally be included in another category. The fact that similar services appear in several different categories did not result in any duplication of work or billing.

PSZJ has utilized the following billing categories during the Fourth Fee Period:

- Asset Analysis / Recovery
- Asset Disposition
- Avoidance Actions
- Bankruptcy Litigation
- Case Administration
- Claims Administration / Objections
- Compensation of Professionals
- Investor Communications
- Litigation (Non-Bankruptcy)
- Meeting of Creditors
- Plan and Disclosure Statement
- Settlement
- Tax Issues

**Exhibit B** includes the Firm's invoice for the Fourth Fee Period, which includes detailed breakdown of the time entries and expenses incurred. The amounts described below represent the

Firm's actual hourly rates, not the discounted amounts for which approval is sought (which discount is approximately 19.4% for this Fourth Fee Period).

**A.**   **Asset Analysis / Recovery**

Time billed to this category was de minimis

**Total Hours 1.30/Total Fees $1,211.00**

**B.**   **Avoidance Actions**

During the Fourth Fee Period, the Firm, among other things implemented the clawback procedures which involved overseeing and the clawback demand mailing to approximately 330 net winners. The Firm assisted over 100 "net winners" with understanding their netting statements and obtaining settlement agreements (or other agreements to resolve a clawback, such as aggregating units of account, where appropriate) from approximately 150 net winners. The result of the Firm's efforts has resulted in approximately $4.3 million in clawback settlement payments, and a reduction of the claim pool by several million dollars. In addition, the Firm oversaw the hardship application process in coordination with Michael Goldberg, in which approximately 25 "net winners" without the capacity to pay the clawback settlement provided proof of their financial situation. The Estates were then able to enter into hardship settlements or inform such applicants that the PFI Trust would not pursue a clawback against them.

**Total Hours 209.00/Total Fees $161,004.50**

**C.**   **Asset Disposition**

During the Fourth Fee Period, the Firm, among other things addressed various sale issues including responding to investor inquiries regarding the sale status, attended to deed of trust lien removal issues and tenant-in-common issues, and participating in discussions regarding the closing.

**Total Hours 4.3/Total Fees $4,383.00**

**D.**   **Bankruptcy Litigation**

During the Fourth Fee Period, the Firm, among other things: (i) addressed discovery matters including the collection of documents, email and data in connection with third party claim analyses; (ii) communicated with prospective counsel regarding the contingent fee counsel

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

selection process; (iii) reviewed and analyzed issues presented by loan documents; and (iv) performed research in connection with those loan document issues.

**Total Hours 30.10/Total Fees $30,483.00**

**E.** **Case Administration**

This category relates to work regarding administration of these cases. During the Fourth Fee Period, the Firm, among other things: (i) collaborated with counsel for the Debtors and Ad Hoc Committees to avoid duplicating work among the constituencies (ii) conferred and corresponded with professionals regarding case status and administration; (iii) maintained a memorandum of critical dates and circulated to appropriate parties; and (iv) prepared weekly working task lists that were shared with and discussed by all estate professionals.

**Total Hours 19.00/Total Fees $18,548.00**

**F.** **Claims Administration / Objections**

This category relates to the review and analysis of investor claims generally. During the Fourth Fee Period, the Firm, among other things, (i) responded to claimants regarding their proofs of claim; (ii) prepared a motion to approve investor claims procedures; (iii) communicated with counsel regarding the proposed investor claims procedures and timelines; (iv) prepared a motion to set an investor claims bar date; (v) addressed issues in connection with the finalization of investor claims packages; and (vi) reviewed claims and responded to creditors to resolve their claim issues.

**Total Hours 77.70/Total Fees $63,842.00**

**G.** **Compensation of Professionals**

During the Fourth Fee Period, the Firm, among other things: (i) prepared its Third Fee Application; (ii) monitored budgeted professional fees compared to actual fees; and (iii) addressed inquiries from the U.S. Trustee in connection with the Firm's Third Application and prepared a response thereto.

**Total Hours 24.50/Total Fees $20,173.00**

**H.** **Investor Communications**

During the Fourth Fee Period, the Firm prepared for and attended regular "all investor" meetings conducted on Monday evenings, and prepared minutes thereof for distribution to the

committees. The Firm also edited and provided content for the weekly emails sent by the Committee to investors generally, thereby communicating with investors regarding operational questions and providing case status updates.

**Total Hours 18.50/Total Fees $17,730.50**

**I.**     **Litigation (non-Bankruptcy)**

During the Fourth Fee Period, the Firm addressed issues in connection with a subpoena request, including the upload, searching and culling of document relevant to a subpoena production required as a result of a pending class action lawsuit involving PFI.

**Total Hours 7.10/Total Fees $5,325.00**

**J.**     **Meeting of Creditors**

During the Fourth Fee Period, the Firm prepared for and attended weekly meetings with Committee members and meetings with all three Committees regarding general case status updates, stalking horse issues, forensic analyses, and asset strategies.

**Total Hours 20.30/Total Fees $20,342.50**

**K.**     **Plan and Disclosure Statement**

During the Fourth Fee Period, the Firm, among other things: (i) addressed issues with respect implementation of the Plan; (ii) attended transition calls; (iii) reviewed and analyzed plan modification motion and attended a hearing on the same; and (iv) reviewed edits to Plan documents.

**Total Hours 10.80/Total Fees $11,953.00**

**L.**     **Settlement**

During the Fourth Fee Period, the Firm prepared a compromise motion and supporting papers relating to the first priority lien lenders' claims for prepayment penalties. The approval of this motion saved the estate almost $3 million in such penalties.

**Total Hours 17.50/Total Fees $18,170.50**

**M.**     **Tax Issues**

During the Fourth Fee Period, the Firm, among other things, conferred with its advisors regarding tax issues.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**Total Hours 1.30/Total Fees $1,520.00**

**N.      List of Expenses by Category**

PSZJ advanced costs, including certain in-house charges in connection with the performance of the services described in this Application. During the Fourth Fee Period, PSZJ incurred a total of $6,951.61 in expenses. As this modest amount reflects, PSZJ made every effort to keep the costs in this case to a minimum. A summary chart detailing the type and amount of expenses incurred during the Fourth Fee Period is attached hereto as **Exhibit H-2**.

PSZJ customarily charges $0.20 per page for photocopying expenses, as well as $0.10 per page for scanning and copying expenses. PSZJ's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZJ summarizes each client's photocopying charges on a daily basis. Whenever feasible, PSZJ sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

Regarding providers of on-line legal research, PSZJ charges the standard usage rates these providers charge for computerized legal research. PSZJ bills its clients the actual amount charged by such services, with no premium. Any volume discount received by PSZJ is passed on to the client. PSZJ does not charge for local or long distance calls placed by attorneys from their offices. PSZJ only bills its clients for the actual costs charged to PSZJ by teleconferencing services in the event that a multiple party teleconference is initiated through PSZJ.

**O.      Hourly Rates**

The hourly rates of all professionals and paraprofessionals rendering services in this case are set forth on the Billing Summary Chart on **Exhibit D** annexed hereto.

**P.      Professionals and Paraprofessionals**

The biographies of the attorneys and paraprofessionals who primarily worked on this matter and a description of their professional experience and education are attached hereto as **Exhibit I**. PSZJ has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these proceedings, except to be shared among members of the Firm.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**Q.** **Client Review of Billing Statements**

Pursuant to the Northern District Guidelines, an email enclosing this Application is being sent to each member of the Committee concurrently. This email invites the Committee to discuss with the Firm and/or the Office of the United States Trustee any objections, concerns, or questions the Committee may have with regard to the requested compensation and reimbursement set forth in the Application.

**R.** **Notice of Application and Hearing**

Counsel for the Debtors have graciously agreed to provide notice of the submission of this Application and the hearing thereon to the Office of the United States Trustee, the Debtors, the Ad Hoc Committees, all parties requesting special notice and other interested parties in accordance with the Local Bankruptcy Rules. Complete copies of the Application will be promptly furnished to any other party upon specific request. Therefore, notice should be deemed adequate under the circumstances and in accordance with Federal Bankruptcy Rules 2002(a)(6) and 2002(c)(2). Finally, this Application is available from the claims agent, Donlin Recano, at no charge.

**S.** **Other Compliance with Large Case Requirements**

Attached as **Exhibit C** through **Exhibit H** are the exhibits that PSZJ understands need to be completed and filed together with this Application in order to comply with the Large Case Guidelines. In addition, pursuant to paragraph C.5 of the Large Case Guidelines, PSZJ provides the following statements:

| INQUIRY | STATEMENTS |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain | Yes, 10% discount from ordinary 2020 hourly rates, as stated in the Firm's employment application. This resulted in a savings of approximately 17.0% during the Employment Period and 19.4% during the Fourth Fee Period. |
| If the fees sought in this fee application as compared for the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A |

| INQUIRY | STATEMENTS |
|---|---|
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No. |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees. | No, although certain time modifying fee entries was incurred in response to comments from the UST. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | No. |
| If the fee application includes any rate increases since retention:<br>    i. Did your client review and approve those rate increases in advance?<br>    ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | Although the Firm's standard hourly rates increased, and such rates are reflected on the detailed invoices, the Firm's courtesy discount eliminates the rate increase and provides an additional 10% discount off of the Firm's 2020 hourly rates. |

**III.**
**THE FEES AND EXPENSES REQUESTED SHOULD**
**BE AWARDED BASED UPON APPLICABLE LAW**

The fees and expenses requested by this Application are an appropriate award for PSZJ's services in acting as counsel to the Committee.

**A.    Evaluation of Requests for Compensation**

Pursuant to section 330 of the Bankruptcy Code, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred. Pursuant to section 331 of the Bankruptcy Code, the Court may award final compensation and reimbursement to a professional. As set forth above, the fees

for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are for actual and necessary services rendered and costs incurred.

In determining the amount of allowable fees under section 330(a) of the Bankruptcy Code, courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters. " *Burgess v. Klenske* (*In re Manoa Finance Co., Inc*.), 853 F. 2d 687, 691 (9th Cir. 1988).

In assessing the propriety of an award of attorneys' fees, twelve factors relevant to determining such fees were identified in *Johnson v. Georgia Highway Express, Inc*. , 488 F. 2d 714, 717-719 (5th Cir. 1974, a Title VII class action case under the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq. , and *Kerr v. Screen Extras Guild, Inc.* , 526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976): (1) the time and labor required, (2) the novelty and difficulty of the questions, (3) the skill requisite to perform the service properly, (4) the preclusion of other employment by the professional due to acceptance of the case, (5) the customary fee, (6) whether fee is fixed or contingent, (7) time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation, and ability of the professionals, (10) the undesirability of the case, (11) the nature and length of the professional relationship with the client, and (12) awards in similar cases. *See American Benefit Life Ins. Co. v. Baddock* (*In re First Colonial Corp. of America*), 544 F. 2d 1291 (5th Cir. 1977) (*Johnson* criteria applicable in bankruptcy cases).

The time for which compensation is sought is detailed in the Firm's invoices for the Fourth Fee Period annexed hereto as **Exhibit B**. PSZJ's services and time expenditures are reasonable in light of the labor required and outcome achieved in this case. The Firm's charges for its professional services are based upon the time, nature, extent, and value of such services and the cost of comparable services in the San Francisco area, other than in a case under the Bankruptcy Code. The compensation the Firm seeks by way of this Application is the customary compensation commonly sought by the Firm and other professionals representing trustees, committees, and debtors in similar circumstances.

**B.      Section 330(a)(3) Factors**

Section 330(a)(3) of the Bankruptcy Code sets forth five factors to be considered by the Court. Although several of these factors, such as the time involved and the timeliness of PSZJ's performance, were addressed above, PSZJ believes two of the five factors should be discussed separately again here.

First, section 330(a)(3)(C) of the Bankruptcy Code requires that the professional services be necessary to the administration of, or beneficial at the time at which the service was rendered toward completion of, the case. PSZJ believes the facts of this case make it evident that PSZJ's services were both necessary and beneficial to the estate.

Third, section 330(a)(3)(E) of the Bankruptcy Code requires compensation to be reasonable based on customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code. PSZJ believes that the fees charged by PSZJ are commensurate with the fees charged by PSZJ's counterparts engaged in non-bankruptcy specialties.

**C.      Available Funds**

As mentioned in footnote 1, supra, while the Debtors have substantial assets with value well over and above the amounts necessary to satisfy secured creditor claims, there are liquidity constraints that will prevent any estate professional from being paid at this time. Accordingly, no payment is expected prior to a plan becoming effective.

**IV.**

**CONCLUSION**

PSZJ requests final allowance of all fees and costs for the Employment Period. Neither PSZJ, nor any partners or associates of the Firm, have any agreement or any understanding of any kind or nature to divide, pay over, or share any portion of the fees to be awarded PSZJ with any other person or attorney, except among members of the Firm.

PSZJ believes that the services rendered for which compensation is sought in this Application have been beneficial to investors and the estate, that the costs incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

WHEREFORE, PSZJ respectfully requests that this Court authorize final allowance of the fees and costs of **$2,414,853.72** which sum represents compensation for legal services rendered in the amount of **$2,399,842.70** (after application of an 17% courtesy discount) and reimbursement for expenses incurred in the amount of **$15,011.02**, consisting of:

(a) $1,716,164.28, in previously approved and paid fees incurred during the Employment Period;

(b) $8,059.41 in previously approved and paid expenses during the Employment Period;

(c) $366,797.52 in previously approved but withheld fees incurred during the Employment Period;

(d) $301,880.90 in fees incurred and $6,961.61 in expenses advanced for fees and expenses incurred during the Fourth Fee Period and grant such other and further relief as may be appropriate under the circumstances; and

(e) an estimated $15,000.00 in connection with preparing this Application and any responses to objections thereto, subject to further detail to be by PSZJ prior to the hearing date.

Dated:   January 20, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John D. Fiero*
John D. Fiero
Debra I. Grassgreen

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

## (Retention Order)



1   Debra I. Grassgreen (CA Bar No. 169978)
    John D. Fiero (CA Bar No. 136557)
2   Cia H. Mackle (admitted *pro hac vice*)
    PACHULSKI STANG ZIEHL & JONES I
3   150 California Street, 15th Floor
    San Francisco, CA  94111
4   Telephone:    (415) 263-7000
    Facsimile:    (415) 263-7010
5   E-mail:    dgrassgreen@pszjlaw.com
              jfiero@pszjlaw.com
6             cmackle@pszjlaw.com

**Signed and Filed: October 6, 2020**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

7   Proposed Counsel for the Official
    Committee of Unsecured Creditors
8

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12  In re:

13  PROFESSIONAL FINANCIAL INVESTORS,        Case No. 20-30604 (HLB)
    INC., a California corporation;
14  PROFESSIONAL INVESTORS SECURITY          (Jointly Administered with Case No. 20-
    FUND, INC., a California corporation,     30579)
15
                        Debtor.              Chapter 11
16
                                             **ORDER APPROVING APPLICATION OF**
17                                           **THE OFFICIAL COMMITTEE OF**
                                             **UNSECURED CREDITORS FOR ORDER**
18                                           **APPROVING EMPLOYMENT OF**
                                             **PACHULSKI STANG ZIEHL & JONES**
19                                           **LLP AS COUNSEL TO THE OFFICIAL**
                                             **COMMITTEE OF UNSECURED**
20                                           **CREDITORS**

21
                                             Date:   October 1, 2020
22                                           Time:   11:00 a.m.
                                             Judge:  Hannah L. Blumenstiel
23                                           Place:  Telephonic/Video Appearances Only
                                                     450 Golden Gate Avenue
24                                                   16th Floor, Courtroom 19
                                                     San Francisco, CA 94102
25

26          On October 1, 2020 at 11:00 a.m., the *Application of the Official Committee of Unsecured*

27  *Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the*

28  *Official Committee of Unsecured Creditors* [Docket No. 108] (the "Application") filed by the

Official Committee of Unsecured Creditors in the above-captioned cases (the "<u>Committee</u>") came on for hearing before this Court.

The Court, having considered the Application and the accompanying declarations in support thereof, and the *Omnibus Response by the Securities and Exchange Commission Objecting to Proposed Hourly Rates for Certain Professionals to be Paid by the Debtors' Estates* [Docket No. 136] having been resolved as set forth in the *Notice of Resolution* [Docket No. 162], and the Application providing that Pachulski Stang Ziehl & Jones LLP (the "<u>Firm</u>") intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Appendix B Guidelines both in connection with this Application and any interim and final applications, and it appearing that the Firm does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that the Firm is a disinterested person, that its employment is in the best interest of the estate, and finding that notice of the Application is sufficient under the circumstances, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted.

2.      The Committee is authorized to employ the Firm as its counsel on the terms and conditions set forth more fully in the Application, effective as of August 23, 2020.

3.      The Firm shall be compensated as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code and in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the rules of this Court, and such other procedures as may be fixed by further order of this Court.  Fee applications shall be filed no more frequently than every 120 days, pursuant to Bankruptcy Code section 331.

4.      For the avoidance of doubt, the Firm's hourly rates are not being approved under Section 328(a).

5.      An allocation of the professional fees between the Debtors and between the Debtors and their non-debtor affiliates shall be subject to either (1) agreement of the parties as approved by the Court or (2) further order of the Court upon duly noticed motion or application.  The Debtors and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

the Committees reserve their respective rights, claims, defenses and arguments with respect to an allocation.

6.     The Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* and the United States Trustee's guidelines shall apply to the retention and compensation of the Firm in this case.

7.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**\*\*END OF ORDER\*\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

3

## <u>EXHIBIT B</u>

**(Invoices)**

DOCS_LA:341731.3 70041/002

# Pachulski Stang Ziehl & Jones LLP

One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020

DIG

|  |  |
|---|---|
| December 15, 2021 | |
| Invoice | 129174 |
| Client | 70041 |
| Matter | 00002 |
| | **DG** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   12/15/2021

| | |
|---|---|
| FEES | $374,686.00 |
| EXPENSES | $6,951.61 |
| LESS COURTESY DISCOUNT | $72,805.20 |
| **TOTAL CURRENT CHARGES** | **$308,832.41** |
| **BALANCE FORWARD** | **$2,218,610.96** |
| **LAST PAYMENT** | **$1,724,223.69** |
| **TOTAL BALANCE DUE** | **$803,219.68** |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041  - 00002

Page:     2

Invoice 129174

December 15, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| CHM | Mackle, Cia H. | Counsel | 750.00 | 309.00 | $231,750.00 |
| DG | Grassgreen, Debra I. | Partner | 1295.00 | 36.20 | $46,879.00 |
| GIG | Glazer, Gabriel I. | Partner | 1050.00 | 1.10 | $1,155.00 |
| JDF | Fiero, John D. | Partner | 1045.00 | 86.40 | $90,288.00 |
| KHB | Brown, Kenneth H. | Partner | 1225.00 | 0.80 | $980.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 460.00 | 7.90 | $3,634.00 |
| | | | | 441.40 | $374,686.00 |

Pachulski Stang Ziehl & Jones LLP
PFI Investor Committee
70041    - 00002

Page:    3
Invoice 129174
December 15, 2021

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|-----------|-------------|------:|-------:|
| AA | Asset Analysis/Recovery[B120] | 1.30 | $1,211.00 |
| AC | Avoidance Actions | 209.00 | $161,004.50 |
| AD | Asset Disposition [B130] | 4.30 | $4,383.00 |
| BL | Bankruptcy Litigation [L430] | 30.10 | $30,483.00 |
| CA | Case Administration [B110] | 19.00 | $18,548.00 |
| CO | Claims Admin/Objections[B310] | 77.70 | $63,842.00 |
| CP | Compensation Prof. [B160] | 24.50 | $20,173.00 |
| INVC | Investor Communications | 18.50 | $17,730.50 |
| LN | Litigation (Non-Bankruptcy) | 7.10 | $5,325.00 |
| MC | Meeting of Creditors [B150] | 20.30 | $20,342.50 |
| PD | Plan & Disclosure Stmt. [B320] | 10.80 | $11,953.00 |
| SE | Settlement | 17.50 | $18,170.50 |
| TI | Tax Issues [B240] | 1.30 | $1,520.00 |
| | | 441.40 | $374,686.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:     4

Invoice 129174

December 15, 2021

## __Summary of Expenses__

| Description | Amount |
| --- | --- |
| Conference Call [E105] | $11.90 |
| Federal Express [E108] | $78.46 |
| Lexis/Nexis- Legal Research [E | $34.75 |
| Outside Services | $6,732.00 |
| Pacer - Court Research | $21.80 |
| Reproduction Expense [E101] | $1.00 |
| Reproduction/ Scan Copy | $71.70 |
| | $6,951.61 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    5

Invoice 129174

December 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis/Recovery[B120]**

| 11/01/2021 | JDF | AA | Confer with A. Hinkelman re forensic review (.3); Zoom call with D. Alfaro and A. Hinkelman re forensic evidence (.5) | 0.80 | 1045.00 | $836.00 |
| 11/18/2021 | CHM | AA | Review documents for bitcoin references and email B. Marum re same. | 0.50 | 750.00 | $375.00 |
|  |  |  |  | **1.30** |  | **$1,211.00** |

**Avoidance Actions**

| 10/01/2021 | CHM | AC | Legal research re political donations and email M. Goldberg and B. Marum re same. | 0.40 | 750.00 | $300.00 |
| 10/01/2021 | CHM | AC | Review email from M. Kaptain re clawback check and reply. | 0.10 | 750.00 | $75.00 |
| 10/02/2021 | CHM | AC | Review email from investor and reply re clawback process. | 0.10 | 750.00 | $75.00 |
| 10/02/2021 | CHM | AC | Review email re clawback hardship and reply. | 0.10 | 750.00 | $75.00 |
| 10/03/2021 | CHM | AC | Review email from BOA member and reply. | 0.10 | 750.00 | $75.00 |
| 10/04/2021 | CHM | AC | Review email from BOA member and reply. | 0.10 | 750.00 | $75.00 |
| 10/04/2021 | CHM | AC | Review clawback liability and email transferee re same. | 0.20 | 750.00 | $150.00 |
| 10/05/2021 | CHM | AC | Email investor re clawback. | 0.10 | 750.00 | $75.00 |
| 10/05/2021 | CHM | AC | Email investor re clawback settlement. | 0.10 | 750.00 | $75.00 |
| 10/08/2021 | DG | AC | Call with Ori Katz and J. Fiero re: Grenier lien holdout and clawback (.6); call with Keith Merron and Wil Levine and Ori Katz re: same (.5); followup on preparation of complaint (.3) | 1.40 | 1295.00 | $1,813.00 |
| 10/08/2021 | JDF | AC | Conference call with O. Katz and D. Grassgreen re Grenier situation (.6); Review model complaints (.8) | 1.40 | 1045.00 | $1,463.00 |
| 10/11/2021 | CHM | AC | Draft clawback demand letter to former investors. | 2.80 | 750.00 | $2,100.00 |
| 10/11/2021 | CHM | AC | Review email re clawback and reply. | 0.20 | 750.00 | $150.00 |
| 10/11/2021 | CHM | AC | Update clawback demand letter per J. Fiero comments. | 0.40 | 750.00 | $300.00 |
| 10/11/2021 | JDF | AC | Review and comment upon form clawback demand letter | 0.90 | 1045.00 | $940.50 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041   -00002

Page:   6

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/2021 | CHM | AC | Prepare clawback letter process and confer with M. Herman re logistics of same. | 1.50 | 750.00 | $1,125.00 |
| 10/22/2021 | CHM | AC | Finalize contents of clawback demand letters and confer with FTI and DRC re same. | 2.50 | 750.00 | $1,875.00 |
| 10/24/2021 | CHM | AC | Email M. Goldberg re clawback settlements. | 0.20 | 750.00 | $150.00 |
| 10/24/2021 | CHM | AC | Proofread and circulate clawback demand letters and final settlement agreement. | 0.80 | 750.00 | $600.00 |
| 10/25/2021 | CHM | AC | Telephone conference with FTI and Donlin teams re clawback demand letters. | 0.50 | 750.00 | $375.00 |
| 10/25/2021 | CHM | AC | Prepare documents for DRC and FTI review for clawback mailing and circulate. | 1.00 | 750.00 | $750.00 |
| 10/25/2021 | CHM | AC | Review comments to demand letters and settlement agreement and update same. | 0.40 | 750.00 | $300.00 |
| 10/25/2021 | CHM | AC | Multiple emails with M. Herman re clawback demands. | 0.20 | 750.00 | $150.00 |
| 10/25/2021 | CHM | AC | Telephone conference with R. Itkin and update documents per call. | 0.30 | 750.00 | $225.00 |
| 10/25/2021 | CHM | AC | Review comments to demand letter and update. | 0.20 | 750.00 | $150.00 |
| 10/26/2021 | CHM | AC | Email Donlin team re mail merge fields for demand letters. | 0.50 | 750.00 | $375.00 |
| 10/26/2021 | CHM | AC | Email R. Henderson re clawback demand. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | CHM | AC | Emails with investor re clawback, review code sections re same and draft legal response. | 0.60 | 750.00 | $450.00 |
| 10/26/2021 | CHM | AC | Detailed review of clawback demand letter schedules and discuss potential changes re same with M. Herman. | 2.80 | 750.00 | $2,100.00 |
| 10/27/2021 | CHM | AC | Review email from S. Dean and reply. | 0.10 | 750.00 | $75.00 |
| 10/27/2021 | CHM | AC | Consider and discuss mailing questions from Donlin and review list of deceased persons and confer with counsel re same. | 2.50 | 750.00 | $1,875.00 |
| 10/27/2021 | CHM | AC | Email Donlin re updated address for clawback demand. | 0.10 | 750.00 | $75.00 |
| 10/27/2021 | CHM | AC | Telephone conference with S. Dean re clawbacks. | 0.30 | 750.00 | $225.00 |
| 10/28/2021 | CHM | AC | Review sample clawback packages and confirm set for service. | 2.00 | 750.00 | $1,500.00 |

Pachulski Stang Ziehl & Jones LLP
PFI Investor Committee
70041    -00002

Page:      7
Invoice 129174
December 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2021 | CHM | AC | Review email from FTI and reply. | 0.10 | 750.00 | $75.00 |
| 10/28/2021 | CHM | AC | Review questions from DRC team re clawback packages and reply. | 0.10 | 750.00 | $75.00 |
| 10/28/2021 | CHM | AC | Review emails re service issues and reply. | 0.30 | 750.00 | $225.00 |
| 10/29/2021 | CHM | AC | Review email re service to family members and reply. | 0.20 | 750.00 | $150.00 |
| 10/29/2021 | CHM | AC | Email re decedent clawback issues. | 0.20 | 750.00 | $150.00 |
| 10/29/2021 | CHM | AC | Email investor re clawback packages. | 0.10 | 750.00 | $75.00 |
| 10/29/2021 | CHM | AC | Emails with investor and J. Fiero re electronic clawback packages. | 0.50 | 750.00 | $375.00 |
| 10/29/2021 | JDF | AC | Emails with C. Mackle re electronic packages | 0.20 | 1045.00 | $209.00 |
| 10/30/2021 | CHM | AC | Review response to clawback demand and reply. | 0.30 | 750.00 | $225.00 |
| 10/30/2021 | CHM | AC | Email M. Kaptain re wire instructions. | 0.10 | 750.00 | $75.00 |
| 11/01/2021 | CHM | AC | Review email from investor re clawback and reply. | 0.20 | 750.00 | $150.00 |
| 11/01/2021 | CHM | AC | Draft hardship exemption package and affidavit to send to clawback recipients claiming hardship. | 0.50 | 750.00 | $375.00 |
| 11/01/2021 | CHM | AC | Review emails from clawback recipients and draft responses to claimants and inquiries to FTI re same. | 2.00 | 750.00 | $1,500.00 |
| 11/01/2021 | CHM | AC | Review emails from clawback recipients in response to demand letters and draft responses thereto. | 1.00 | 750.00 | $750.00 |
| 11/01/2021 | DG | AC | Call with Geri Stern re: clawback letter (.2); review correspondence from Stern (.1); call with Goldberg re: same (.3); followup emails with Stern (.2) | 0.80 | 1295.00 | $1,036.00 |
| 11/02/2021 | CHM | AC | Review responses to clawback demand letter and draft responses thereto. | 0.50 | 750.00 | $375.00 |
| 11/02/2021 | CHM | AC | Review email from M. Herman re information request and reply. | 0.10 | 750.00 | $75.00 |
| 11/02/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 11/02/2021 | CHM | AC | Review emails from clawback recipients re demand letter and draft replies thereto. | 0.60 | 750.00 | $450.00 |
| 11/02/2021 | CHM | AC | Telephone conference with attorney of clawback recipient re demand letter. | 0.30 | 750.00 | $225.00 |
| 11/02/2021 | DG | AC | Address issues re: Stern Clawback | 0.30 | 1295.00 | $388.50 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041   - 00002

Page:      8

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2021 | CHM | AC | Review emails from clawback recipients re demand letters and reply thereto. | 1.50 | 750.00 | $1,125.00 |
| 11/03/2021 | CHM | AC | Review emails from clawback recipients re demand letter and draft replies thereto. | 1.50 | 750.00 | $1,125.00 |
| 11/03/2021 | CHM | AC | Review email from M. Herman and reply. | 0.10 | 750.00 | $75.00 |
| 11/03/2021 | DG | AC | Respond to Clawback inquiries (.7); confer with Shela Dean re: same (.2); call with J. Fiero re: same (.5) | 1.40 | 1295.00 | $1,813.00 |
| 11/03/2021 | JDF | AC | Review clawback defendant materials | 0.40 | 1045.00 | $418.00 |
| 11/03/2021 | JDF | AC | TC with D. Grassgreen re pending issues in clawbacks | 0.50 | 1045.00 | $522.50 |
| 11/04/2021 | CHM | AC | Review emails from clawback recipients re demand letters and draft responses thereto. | 0.20 | 750.00 | $150.00 |
| 11/04/2021 | CHM | AC | Review email from Committee member re clawbacks and draft reponse. | 0.30 | 750.00 | $225.00 |
| 11/04/2021 | DG | AC | Work on clawback inquires including review of numerous emails | 0.50 | 1295.00 | $647.50 |
| 11/05/2021 | CHM | AC | Review emails from clawback recipients re demand letters and draft responses thereto. | 1.00 | 750.00 | $750.00 |
| 11/05/2021 | CHM | AC | Review emails from clawback recipients and draft responses thereto. | 0.30 | 750.00 | $225.00 |
| 11/05/2021 | DG | AC | Emails with committee members re: clawback communications and point persons | 0.40 | 1295.00 | $518.00 |
| 11/06/2021 | JDF | AC | Review and forward hardship package to investor | 0.40 | 1045.00 | $418.00 |
| 11/08/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond with victims, attorneys, FTI, PSZJ counsel re same. | 11.50 | 750.00 | $8,625.00 |
| 11/08/2021 | CHM | AC | Attend zoom meeting with J. Fiero, M. Goldberg and M. Herman re clawback issues. | 0.60 | 750.00 | $450.00 |
| 11/08/2021 | DG | AC | Review emails and attached spreadsheet on clawback status from C. Mackle | 0.30 | 1295.00 | $388.50 |
| 11/08/2021 | JDF | AC | Review individual clawback situation (.2); TC with clawvback defendant (.3) | 0.50 | 1045.00 | $522.50 |
| 11/09/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ | 11.20 | 750.00 | $8,400.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041   - 00002

Page:      9

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | counsel re same. | | | |
| 11/09/2021 | JDF | AC | Phone conversation with clawback defendant | 0.30 | 1045.00 | $313.50 |
| 11/09/2021 | JDF | AC | Review and consider signed settlement package from clawback defendant | 0.20 | 1045.00 | $209.00 |
| 11/09/2021 | JDF | AC | TC with clawback defendant re documentation of settlement | 0.20 | 1045.00 | $209.00 |
| 11/10/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email with victims, attorneys, FTI, PSZJ counsel re same. | 1.50 | 750.00 | $1,125.00 |
| 11/10/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of 1.0, .8, .3, 3.0, 1.5) | 6.60 | 750.00 | $4,950.00 |
| 11/11/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of 1.0, 1.8, .2, .9, 2.0) | 5.90 | 750.00 | $4,425.00 |
| 11/12/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same. | 5.50 | 750.00 | $4,125.00 |
| 11/13/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same. | 4.80 | 750.00 | $3,600.00 |
| 11/14/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same. | 2.20 | 750.00 | $1,650.00 |
| 11/14/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 11/15/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (chunks of 1.6, 3.5, .1, 1.0) | 6.20 | 750.00 | $4,650.00 |
| 11/16/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of .3. .1, .5). | 0.90 | 750.00 | $675.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 10

PFI Investor Committee

Invoice 129174

70041    -00002

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/2021 | CHM | AC | Review recalculated claim of clawback recipient and email M. Herman re same. | 0.80 | 750.00 | $600.00 |
| 11/17/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 11/17/2021 | CHM | AC | Email wire information for clawback account. | 0.10 | 750.00 | $75.00 |
| 11/17/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 11/18/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of .1, .1, 3.1, .1, .1, .1) | 3.60 | 750.00 | $2,700.00 |
| 11/18/2021 | CHM | AC | Review emails from clawback recipients and reply. | 0.20 | 750.00 | $150.00 |
| 11/19/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of 3.7, .1, 1.1, .4, .1, .1, .5) | 6.00 | 750.00 | $4,500.00 |
| 11/20/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 11/20/2021 | CHM | AC | Review email from clawback recipient counsel. | 0.10 | 750.00 | $75.00 |
| 11/21/2021 | CHM | AC | Review emails from clawback recipients and draft replies thereto. | 2.30 | 750.00 | $1,725.00 |
| 11/22/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of 1.0, 3.0, 1.9, .1, .1, .3, .1, .1, .6) | 7.20 | 750.00 | $5,400.00 |
| 11/22/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 11/23/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of 1.4, 3.5, 1.8) | 6.70 | 750.00 | $5,025.00 |
| 11/24/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same. | 1.90 | 750.00 | $1,425.00 |
| 11/24/2021 | CHM | AC | Detailed review of complicated clawback account. | 1.50 | 750.00 | $1,125.00 |
| 11/28/2021 | CHM | AC | Review emails from hardship applicants and reply. | 0.20 | 750.00 | $150.00 |
| 11/28/2021 | CHM | AC | Review approximately 25 hardship applications, | 6.80 | 750.00 | $5,100.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    11

PFI Investor Committee

Invoice 129174

70041   - 00002

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | draft summaries for M. Goldberg review. | | | |
| 11/29/2021 | CHM | AC | Email M. Goldberg re hardship review procedures. | 0.10 | 750.00 | $75.00 |
| 11/29/2021 | CHM | AC | Review email from attorney representing clawback recipient and draft reply thereto. | 0.40 | 750.00 | $300.00 |
| 11/29/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of .5, .5, 1.0, 2.3, .2) | 4.50 | 750.00 | $3,375.00 |
| 11/30/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of 2.8, .8) | 3.60 | 750.00 | $2,700.00 |
| 12/01/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of time of 2.5, .1, .6) | 3.20 | 750.00 | $2,400.00 |
| 12/01/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 12/02/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same. | 5.20 | 750.00 | $3,900.00 |
| 12/03/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same. | 5.10 | 750.00 | $3,825.00 |
| 12/06/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of 2.0, .6, .1). | 2.70 | 750.00 | $2,025.00 |
| 12/06/2021 | CHM | AC | Review email from claimant counsel and reply. | 0.10 | 750.00 | $75.00 |
| 12/07/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of 1.7, .1, .9, 1.8, 5.0) | 9.50 | 750.00 | $7,125.00 |
| 12/08/2021 | CHM | AC | Attend hardship review meeting with M. Goldberg and M. Herman. | 1.60 | 750.00 | $1,200.00 |
| 12/08/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of 1.8, .1, 2.9, 1.3) | 6.10 | 750.00 | $4,575.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041   - 00002

Page:    12

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/09/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of 2.0, 4.0, 3.0). | 9.00 | 750.00 | $6,750.00 |
| 12/10/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of 5.7, .1, 3.2, .1, .1) | 9.20 | 750.00 | $6,900.00 |
| 12/11/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 12/11/2021 | CHM | AC | Emails with attorney of clawback recipient. | 0.20 | 750.00 | $150.00 |
| 12/12/2021 | CHM | AC | Review proposed changes to clawback settlement and email counsel re same. | 0.30 | 750.00 | $225.00 |
| 12/12/2021 | CHM | AC | Review emails from clawback recipients and correspond with them, M. Herman, Donlin Recano re same. | 0.20 | 750.00 | $150.00 |
| 12/13/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of 1.0, .6, .5, .1, 2.2, .5) | 4.90 | 750.00 | $3,675.00 |
| 12/14/2021 | CHM | AC | Review email from clawback recipient and reply. | 0.10 | 750.00 | $75.00 |
| 12/14/2021 | CHM | AC | Prepare memo re settlements received as of Early Settlement Deadline, cross check and circulate. | 1.00 | 750.00 | $750.00 |
| 12/15/2021 | CHM | AC | Investigate clawback demand issues raised by recipients and correspond via email, telephone and videoconference with victims, attorneys, FTI, PSZJ counsel re same (blocks of 1.0, .1, .2, 1.9, .1, .1) | 3.50 | 750.00 | $2,625.00 |
| | | | | **209.00** | | **$161,004.50** |

## Asset Disposition [B130]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2021 | CHM | AD | Review email from C. Dumas and draft summary of claimant issues. | 0.20 | 750.00 | $150.00 |
| 10/06/2021 | CHM | AD | Review email re asset sale and reply. | 0.10 | 750.00 | $75.00 |
| 10/08/2021 | CHM | AD | Emails with FTI and D. Grassgreen re DOT removal issues. | 0.20 | 750.00 | $150.00 |
| 10/08/2021 | CHM | AD | Email committee member re removal of DOT. | 0.10 | 750.00 | $75.00 |
| 10/08/2021 | DG | AD | Review unsolicited portfolio offer and emails to and from Katz and Dumas re: same | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    13

Invoice 129174

December 15, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2021 | DG | AD | Followup emails wiht Katz, Goldberg and others re: Grenier lien release for sale | 0.20 | 1295.00 | $259.00 |
| 10/27/2021 | CHM | AD | Review TIC issues and email J. Fiero and B. Marum re same. | 0.30 | 750.00 | $225.00 |
| 10/27/2021 | JDF | AD | Attention to TIC sale issues | 0.30 | 1045.00 | $313.50 |
| 11/04/2021 | DG | AD | Email from Barret Marum re: sale of Santaland and response with questions from J. Fiero | 0.30 | 1295.00 | $388.50 |
| 11/04/2021 | JDF | AD | Work on Santaland sale issues | 0.30 | 1045.00 | $313.50 |
| 12/10/2021 | CHM | AD | Attend call with Debtors' counsel and FTI re closing status. | 1.00 | 750.00 | $750.00 |
| 12/10/2021 | DG | AD | Call with Sheppard and FTI re: closing status | 1.00 | 1295.00 | $1,295.00 |
| 12/13/2021 | DG | AD | Review sale update | 0.10 | 1295.00 | $129.50 |
|  |  |  |  | 4.30 |  | $4,383.00 |

## Bankruptcy Litigation [L430]

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2021 | JDF | BL | Review and consider pending claim objection issues with G. Glazer (.4); TC with Glazer and Lapping re issues (.4) | 0.80 | 1045.00 | $836.00 |
| 10/04/2021 | GIG | BL | Review prepayment notes | 0.10 | 1050.00 | $105.00 |
| 10/04/2021 | GIG | BL | Call with J. Fiero, R. Lapping re prepayment premiums | 0.50 | 1050.00 | $525.00 |
| 10/08/2021 | GIG | BL | Emails with R. Lapping re Chase prepayment premium | 0.10 | 1050.00 | $105.00 |
| 10/11/2021 | CHM | BL | Review email from J. Fiero re potential third party claims analysis. | 0.20 | 750.00 | $150.00 |
| 10/11/2021 | JDF | BL | Confer with G. Glazer re prepayment issues | 0.10 | 1045.00 | $104.50 |
| 10/11/2021 | GIG | BL | Review Chase note, prepayment addendum | 0.30 | 1050.00 | $315.00 |
| 10/11/2021 | GIG | BL | Emails with R. Lapping re Chase prepayment terms | 0.10 | 1050.00 | $105.00 |
| 10/12/2021 | CHM | BL | Email J. Fiero re counsel interviews. | 0.10 | 750.00 | $75.00 |
| 10/12/2021 | JDF | BL | Prepare target list and potential claims descriptions (1.6); Email to E. Strenberger re claims (.1) | 1.70 | 1045.00 | $1,776.50 |
| 10/13/2021 | CHM | BL | Review email re counsel interviews and reply. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | CHM | BL | Review search terms for mediation and review | 2.50 | 750.00 | $1,875.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041   - 00002

Page:     14

Invoice 129174

December 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | documents. |  |  |  |
| 10/26/2021 | CHM | BL | Email K. Erbasi re document review project. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | CHM | BL | Review email from M. Klinger, review emails housed on document review platform for use in upcoming mediation and reply re same. | 0.80 | 750.00 | $600.00 |
| 10/27/2021 | JDF | BL | Prepare presentations for contingent fee third party counsel | 3.80 | 1045.00 | $3,971.00 |
| 10/29/2021 | JDF | BL | Prepare for attorney briefing sessions | 0.60 | 1045.00 | $627.00 |
| 10/29/2021 | JDF | BL | Confer with K. Brown re fraudulent transfer question | 0.10 | 1045.00 | $104.50 |
| 10/29/2021 | JDF | BL | Interviews with litigation counsel (1.5); TC with M. Goldberg re same (.2); TC with K. Brown re same (.2) | 1.90 | 1045.00 | $1,985.50 |
| 10/29/2021 | KHB | BL | Confer with J. Fiero re fraudulent transfer issues. | 0.20 | 1225.00 | $245.00 |
| 11/01/2021 | JDF | BL | Conference call with Gibbs law firm regarding subpoena to class representative (.6); work on common interest agreement (1.1) | 1.70 | 1045.00 | $1,776.50 |
| 11/01/2021 | JDF | BL | TC with clawback defendant (.3); Email to M. Hermann re specific clawback defendant situation | 0.70 | 1045.00 | $731.50 |
| 11/01/2021 | JDF | BL | Review Belline situation and documents governing same (.3); Exchange emails with P. Lyon, counsel to Belline (.3) | 0.60 | 1045.00 | $627.00 |
| 11/02/2021 | JDF | BL | Confer with K. Brown re fraudulent transfer question | 0.20 | 1045.00 | $209.00 |
| 11/02/2021 | KHB | BL | Confer with J. Fiero re fraudulent transfer issues. | 0.10 | 1225.00 | $122.50 |
| 11/04/2021 | JDF | BL | Review and consider Bullion Reserve decision in light of K. Brown comments | 0.50 | 1045.00 | $522.50 |
| 11/04/2021 | KHB | BL | Emails to J. Fiero re fraudulent transfer issues. | 0.50 | 1225.00 | $612.50 |
| 11/05/2021 | JDF | BL | Work on clawback claim responses | 1.10 | 1045.00 | $1,149.50 |
| 11/07/2021 | JDF | BL | Prepare work in process chart for clawback claimants | 0.60 | 1045.00 | $627.00 |
| 11/08/2021 | JDF | BL | Confer with contingent fee counsel re potential claims issues | 0.50 | 1045.00 | $522.50 |
| 11/08/2021 | JDF | BL | Legal research around Bullion Reserve case and fraudulent transfer theory | 3.00 | 1045.00 | $3,135.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041   - 00002

Page:     15

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2021 | JDF | BL | TC with C. Dumas re Bullion Reserve theory | 0.20 | 1045.00 | $209.00 |
| 11/09/2021 | JDF | BL | Confer with Committee designee re attendance at TIC mediations | 0.30 | 1045.00 | $313.50 |
| 11/09/2021 | JDF | BL | Review plan for terms regarding treatment of secured lenders (.6); Email to team regarding best path forward on avoidance claims (.3) | 0.90 | 1045.00 | $940.50 |
| 11/26/2021 | JDF | BL | Prepare argument outline for Zoom call with Judge Lafferty (.6); Attend Zoom call with Judge Lafferty (1.0) | 1.60 | 1045.00 | $1,672.00 |
| 11/28/2021 | JDF | BL | Emails with Committee re pending mediation issues | 0.40 | 1045.00 | $418.00 |
| 11/29/2021 | JDF | BL | Work with W. Levine on attendance at mediation (.3); Review documents sent by B. Marum relating to mediation (.8); TC with B. Marum re mediation status (.3); Committee meeting regarding mediation (1.0) | 2.40 | 1045.00 | $2,508.00 |
| 11/30/2021 | JDF | BL | Follow mediation progress and comment regarding same (.5); TC with B. Marum re mediation outcomes (.2). | 0.70 | 1045.00 | $731.50 |
| | | | | 30.10 | | $30,483.00 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2021 | CHM | CA | Email M. Herman re investor concerns. | 0.20 | 750.00 | $150.00 |
| 10/04/2021 | CHM | CA | Attend weekly professionals call. | 0.50 | 750.00 | $375.00 |
| 10/04/2021 | DG | CA | Weekly all professionals call | 0.50 | 1295.00 | $647.50 |
| 10/04/2021 | JDF | CA | Weekly all professionals' call | 0.60 | 1045.00 | $627.00 |
| 10/05/2021 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 460.00 | $92.00 |
| 10/11/2021 | CHM | CA | Review email from investor re criminal process and reply. | 0.10 | 750.00 | $75.00 |
| 10/11/2021 | CHM | CA | Attend weekly all professionals call. | 0.60 | 750.00 | $450.00 |
| 10/11/2021 | DG | CA | Weekly all professionals call | 0.60 | 1295.00 | $777.00 |
| 10/12/2021 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 460.00 | $92.00 |
| 10/18/2021 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 460.00 | $92.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    16

PFI Investor Committee

Invoice 129174

70041    -00002

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2021 | CHM | CA | Attend PFI professionals call re case status. | 1.10 | 750.00 | $825.00 |
| 10/25/2021 | DG | CA | Prepare for professionals call (.3); all professonals call re: case open matters (1.1) | 1.40 | 1295.00 | $1,813.00 |
| 10/25/2021 | JDF | CA | Attend all professionals call (1.1); Follow up on action items (.4) | 1.50 | 1045.00 | $1,567.50 |
| 10/27/2021 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.10 | 460.00 | $46.00 |
| 10/29/2021 | JDF | CA | TC with Committee Member re sale history and Wallach stipulation | 0.40 | 1045.00 | $418.00 |
| 11/01/2021 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 460.00 | $92.00 |
| 11/02/2021 | JDF | CA | Work on clawback claimant's revised settlement agreement. | 1.70 | 1045.00 | $1,776.50 |
| 11/03/2021 | DG | CA | Work on IRA FAQ's and letter to accompany | 0.50 | 1295.00 | $647.50 |
| 11/03/2021 | DG | CA | Review and respond to more than a dozen emails re: claim purchases and communication to investors re: same | 0.40 | 1295.00 | $518.00 |
| 11/04/2021 | JDF | CA | Weekly all professionals call | 0.50 | 1045.00 | $522.50 |
| 11/05/2021 | DG | CA | Review and respond to email from R. Hannah re: communication re: claim for restitution | 0.20 | 1295.00 | $259.00 |
| 11/06/2021 | JDF | CA | Confer with committee member re restitution issues | 0.20 | 1045.00 | $209.00 |
| 11/08/2021 | CHM | CA | Attend all professionals call. | 0.40 | 750.00 | $300.00 |
| 11/08/2021 | DG | CA | Weekly professional calls | 0.40 | 1295.00 | $518.00 |
| 11/08/2021 | JDF | CA | Consider restitution issues and confer with QuestionsPFI re same | 0.40 | 1045.00 | $418.00 |
| 11/08/2021 | JDF | CA | Confer with Committee member regarding conspiracy theory about withdrawal of Chicago Title | 0.30 | 1045.00 | $313.50 |
| 11/08/2021 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.30 | 460.00 | $138.00 |
| 11/09/2021 | CHM | CA | Review pleading filed by G. Zalunardo and email court re PII. | 0.30 | 750.00 | $225.00 |
| 11/11/2021 | JDF | CA | Weekly all professionals call | 0.60 | 1045.00 | $627.00 |
| 11/15/2021 | CHM | CA | Attend professionals meeting. | 0.50 | 750.00 | $375.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    17

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2021 | DG | CA | All professionals call re: case status and open issues and tasks | 0.50 | 1295.00 | $647.50 |
| 11/15/2021 | JDF | CA | Attend weekly all professionals status and report call | 0.50 | 1045.00 | $522.50 |
| 11/16/2021 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 460.00 | $46.00 |
| 11/17/2021 | CHM | CA | Review email from Debtors' counsel re privacy concerns and service list and reply. | 0.10 | 750.00 | $75.00 |
| 11/24/2021 | CHM | CA | Review email from K. Merron re meeting schedule and reply. | 0.10 | 750.00 | $75.00 |
| 11/29/2021 | CHM | CA | Attend all professionals call. | 0.50 | 750.00 | $375.00 |
| 11/29/2021 | DG | CA | Weekly all-professionals call | 0.50 | 1295.00 | $647.50 |
| 11/29/2021 | JDF | CA | Weekly all professionals meeting re case progress | 0.50 | 1045.00 | $522.50 |
| 11/29/2021 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.40 | 460.00 | $184.00 |
| 12/06/2021 | CHM | CA | Review email from D. Grassgreen re professionals call and reply. | 0.10 | 750.00 | $75.00 |
| 12/06/2021 | CHM | CA | Attend professionals call re case status. | 0.40 | 750.00 | $300.00 |
| 12/08/2021 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 460.00 | $92.00 |
| | | | | **19.00** | | **$18,548.00** |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/24/2021 | JDF | CO | Confer with C. Mackle re claims | 0.10 | 1045.00 | $104.50 |
| 10/01/2021 | CHM | CO | Review email from investor and reply re claim status. | 0.10 | 750.00 | $75.00 |
| 10/02/2021 | CHM | CO | Investigate claim issue and email DRC re same. | 0.20 | 750.00 | $150.00 |
| 10/02/2021 | CHM | CO | Review email from M. Herman re employee claims issues and reply. | 0.20 | 750.00 | $150.00 |
| 10/02/2021 | CHM | CO | Review and investigate claims issues with respect to 5 filed investor claims and correspond with investors re same. | 0.50 | 750.00 | $375.00 |
| 10/02/2021 | CHM | CO | Email DRC re withdrawal of claim. | 0.10 | 750.00 | $75.00 |
| 10/02/2021 | CHM | CO | Review and investigate claims issues of related investors and email M. Herman re same. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP
PFI Investor Committee
70041    - 00002

Page:    18
Invoice 129174
December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2021 | CHM | CO | Review recalculated claim notice and correspond with investor re same. | 0.20 | 750.00 | $150.00 |
| 10/03/2021 | CHM | CO | Review recalculated claim and email DRC re same. | 0.20 | 750.00 | $150.00 |
| 10/04/2021 | CHM | CO | Investigate claims issues and correspond with FTI and claimants re same. | 2.60 | 750.00 | $1,950.00 |
| 10/04/2021 | CHM | CO | Email claimant re contributed claim. | 0.10 | 750.00 | $75.00 |
| 10/04/2021 | CHM | CO | Investigate various claims issues and email claimants re same. | 0.40 | 750.00 | $300.00 |
| 10/04/2021 | CHM | CO | Review email from claim review volunteer and reply. | 0.10 | 750.00 | $75.00 |
| 10/05/2021 | CHM | CO | Emails with claimants re various claim issues. | 0.30 | 750.00 | $225.00 |
| 10/05/2021 | CHM | CO | Review email from claimant and reply. | 0.10 | 750.00 | $75.00 |
| 10/06/2021 | CHM | CO | Research and investigate issues raised in filed claims and correspond with claimants, FTI and Donlin Recano re same. | 5.60 | 750.00 | $4,200.00 |
| 10/06/2021 | CHM | CO | Review filed investor claim and correspond with investor re resolution. | 0.20 | 750.00 | $150.00 |
| 10/07/2021 | CHM | CO | Investigate claim issues and correspond with claimant re same. | 0.30 | 750.00 | $225.00 |
| 10/07/2021 | CHM | CO | Update tracking chart and draft email memo re claims and distribution issues. | 1.20 | 750.00 | $900.00 |
| 10/07/2021 | CHM | CO | Review email from M. Herman re claim reconciliation and reply. | 0.10 | 750.00 | $75.00 |
| 10/07/2021 | CHM | CO | Investigate and reconcile filed investor claims and confer with claimants re same. | 0.90 | 750.00 | $675.00 |
| 10/07/2021 | CHM | CO | Meeting with M. Herman and claimant re claim issue and review. | 0.80 | 750.00 | $600.00 |
| 10/08/2021 | CHM | CO | Confer with investors re filed claim issues. | 0.50 | 750.00 | $375.00 |
| 10/09/2021 | CHM | CO | Investigate filed claims, draft recalculated claim notices and analysis of claims and confer with claimants. | 8.40 | 750.00 | $6,300.00 |
| 10/09/2021 | DG | CO | Followup with Lapping and J. Fiero re: bank claims/payoffs | 0.20 | 1295.00 | $259.00 |
| 10/09/2021 | JDF | CO | Attention to lender claim issues | 0.20 | 1045.00 | $209.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    19

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2021 | CHM | CO | Review email from claimant and reply. | 0.10 | 750.00 | $75.00 |
| 10/11/2021 | CHM | CO | Investigate claims issues and confer with claimants and FTI re resolution of same. | 1.80 | 750.00 | $1,350.00 |
| 10/11/2021 | CHM | CO | Email M. Kaptain re non-investor claims. | 0.10 | 750.00 | $75.00 |
| 10/11/2021 | CHM | CO | Review recalculated claims and email DRC team re same. | 0.20 | 750.00 | $150.00 |
| 10/13/2021 | CHM | CO | Email FTI and claimants re various claim issues and resolutions. | 0.50 | 750.00 | $375.00 |
| 10/14/2021 | CHM | CO | Confer with M. Herman and M. Goldberg re cash contributions. | 0.30 | 750.00 | $225.00 |
| 10/15/2021 | CHM | CO | Review and investigate investor filed claims and confer with claimants and FTI re same. | 1.60 | 750.00 | $1,200.00 |
| 10/18/2021 | CHM | CO | Begin drafting omnibus claims procedures motion. | 3.40 | 750.00 | $2,550.00 |
| 10/19/2021 | CHM | CO | Review emails from claimants and reply. | 0.20 | 750.00 | $150.00 |
| 10/19/2021 | CHM | CO | Review email from claimant and email M. Herman re same. | 0.20 | 750.00 | $150.00 |
| 10/20/2021 | CHM | CO | Continue drafting omnibus claims procedures motion. | 2.00 | 750.00 | $1,500.00 |
| 10/21/2021 | CHM | CO | Review filed claims docket and email J. Fiero re same. | 0.20 | 750.00 | $150.00 |
| 10/21/2021 | JDF | CO | Review filed claims and confer with C. Mackle re same | 0.20 | 1045.00 | $209.00 |
| 10/22/2021 | CHM | CO | Investigate claims issues and confer and reach resolutions with claimants, FTI and DRC re same. | 4.30 | 750.00 | $3,225.00 |
| 10/22/2021 | JDF | CO | Emails with R. Lapping re lender claims | 0.20 | 1045.00 | $209.00 |
| 10/23/2021 | CHM | CO | Draft emails to claimants re analysis of filed claims and restatements and resolutions. | 1.00 | 750.00 | $750.00 |
| 10/24/2021 | CHM | CO | Finalize initial draft of omnibus claims procedures motion and circulate to counsel. | 3.80 | 750.00 | $2,850.00 |
| 10/25/2021 | CHM | CO | Email M. Goldberg re cash contribution issues. | 0.20 | 750.00 | $150.00 |
| 10/25/2021 | CHM | CO | Review complicated investor file and draft emails to claimant and M. Herman re same. | 2.30 | 750.00 | $1,725.00 |
| 10/25/2021 | CHM | CO | Draft recalculated claim notice and email claimant re same. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041     - 00002

Page:     20

Invoice 129174

December 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2021 | CHM | CO | Finalize omnibus claims procedures motion and draft declaration of M. Kaptain re same. | 1.80 | 750.00 | $1,350.00 |
| 10/26/2021 | CHM | CO | Email D. Grassgreen re claims procedures motion. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | CHM | CO | Review email from claimant and reply. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | CHM | CO | Review email from M. Kaptain re declaration and reply. | 0.20 | 750.00 | $150.00 |
| 10/26/2021 | CHM | CO | Review email from claimant and reply. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | CHM | CO | Final review of claims procedures motion. | 0.30 | 750.00 | $225.00 |
| 10/26/2021 | DG | CO | Review motion re: claims procedures and provide comments thereto. | 0.40 | 1295.00 | $518.00 |
| 10/27/2021 | CHM | CO | Review D. Grassgreen comments to claims procedures motion and reply. | 0.40 | 750.00 | $300.00 |
| 10/27/2021 | CHM | CO | Investigate and confer with claimants re resolution of claims. | 0.60 | 750.00 | $450.00 |
| 10/27/2021 | CHM | CO | Emails with S. Dean and claimant re claim issue. | 0.40 | 750.00 | $300.00 |
| 10/27/2021 | DG | CO | Review cash collateral agreement re: surcharge (.3); emails with J. Fiero and R. Lapping re: same (.2) | 0.50 | 1295.00 | $647.50 |
| 10/28/2021 | CHM | CO | Telephone conference with claimant re various issues. | 0.60 | 750.00 | $450.00 |
| 10/28/2021 | CHM | CO | Draft emails and memos re complex and unresolved claim disputes. | 3.10 | 750.00 | $2,325.00 |
| 10/28/2021 | CHM | CO | Investigate various claims issues and attend telephone conferences and draft emails re same. | 2.50 | 750.00 | $1,875.00 |
| 10/28/2021 | CHM | CO | Email M. Kaptain re non-investor claims. | 0.10 | 750.00 | $75.00 |
| 10/28/2021 | CHM | CO | Review email from M. Klinger and reply. | 0.10 | 750.00 | $75.00 |
| 10/28/2021 | CHM | CO | Emails with M. Kaptain and M. Herman re omnibus claim objections. | 0.20 | 750.00 | $150.00 |
| 10/29/2021 | CHM | CO | Email M. Herman and M. Kaptain re claim objection meeting. | 0.10 | 750.00 | $75.00 |
| 10/29/2021 | CHM | CO | Attend claims call with M. Kaptain and M. Herman. | 0.50 | 750.00 | $375.00 |
| 10/29/2021 | CHM | CO | Review email from claimant and reply. | 0.20 | 750.00 | $150.00 |
| 10/29/2021 | CHM | CO | Draft revised claim form and email to claimant. | 0.20 | 750.00 | $150.00 |
| 10/29/2021 | CHM | CO | Review notice of recalculated claim and email same | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041 - 00002

Page: 21

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | to DRC and FTI teams. | | | |
| 10/29/2021 | CHM | CO | Review email from claimant and reply. | 0.20 | 750.00 | $150.00 |
| 10/29/2021 | CHM | CO | Update tracking chart re claims and update claimants, DRC and FTI re status of same. | 1.10 | 750.00 | $825.00 |
| 11/08/2021 | JDF | CO | Confer with SEC regarding procedure for omnibus claims objections | 0.20 | 1045.00 | $209.00 |
| 11/09/2021 | DG | CO | Email with Baddlye re: claims motion comments (.1); review and revise order (.3) | 0.40 | 1295.00 | $518.00 |
| 11/10/2021 | JDF | CO | Confer with R. Lapping re bank prepayment penalties (.2); Conference call with Chase Bank counsel (.3); Work on proposal to bank (.4) | 0.90 | 1045.00 | $940.50 |
| 11/11/2021 | JDF | CO | Work on bank prepayment settlement structure and prepare written outline of same | 0.80 | 1045.00 | $836.00 |
| 11/15/2021 | CHM | CO | Draft notice of recalculated claim and email same to L. Sharifi for review and signature. | 0.20 | 750.00 | $150.00 |
| 11/15/2021 | JDF | CO | Prepare for call with Chase Bank counsel (2); Call with Chase Bank counsel (.3); | 0.50 | 1045.00 | $522.50 |
| 11/15/2021 | JDF | CO | TC with counsel for Pacific Western Bank re potential settlement (.2); Confer with R. Lapping re same (.1) | 0.30 | 1045.00 | $313.50 |
| 11/17/2021 | CHM | CO | Email M. Herman re investor claims omnibus objection. | 0.20 | 750.00 | $150.00 |
| 11/17/2021 | CHM | CO | Email M. Herman re contributed claims. | 0.10 | 750.00 | $75.00 |
| 11/17/2021 | JDF | CO | Prepare for call with Chase Bank counsel (.3); Call with Chase Bank counsel re prepayment fees (.3) | 0.60 | 1045.00 | $627.00 |
| 11/18/2021 | JDF | CO | Prepare form settlement agreement for prepayment penalty waiver | 4.60 | 1045.00 | $4,807.00 |
| 11/19/2021 | JDF | CO | Prepare for call with Chase Bank counsel (.1); Call with Chase Bank counsel re prepayment waiver | 0.40 | 1045.00 | $418.00 |
| 11/22/2021 | CHM | CO | Correspond with M. Herman re investor claim objection. | 0.50 | 750.00 | $375.00 |
| 11/22/2021 | JDF | CO | Confer with Chase Bank counsel re prepayment settlement | 0.20 | 1045.00 | $209.00 |
| 11/29/2021 | CHM | CO | Email M. Herman re investor claims objection. | 0.10 | 750.00 | $75.00 |
| 11/29/2021 | JDF | CO | TC with R. Lapping re status of bank claims (.2); Work on US Bank questions (.2); Work With M, | 0.60 | 1045.00 | $627.00 |

Pachulski Stang Ziehl & Jones LLP
PFI Investor Committee
70041   -00002

Page:    22
Invoice 129174
December 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Herman on Pacific Western information (.2); |  |  |  |
| 11/30/2021 | JDF | CO | Conference call M. Lightner re Chase prepayment issues (.3); Follow up wiith Pacific Western Bank counsel re prepayment issues (.5) | 0.80 | 1045.00 | $836.00 |
| 12/01/2021 | JDF | CO | Review and respond to emails about mediation (.2); TC with W. Levine re mediation (.3); TC with B. Marum re path to approval of settlements (.2) | 0.50 | 1045.00 | $522.50 |
| 12/01/2021 | JDF | CO | Work on prepayment issues and report to team re successes | 0.50 | 1045.00 | $522.50 |
| 12/01/2021 | JDF | CO | Work on documentation of settlement with Pacific Western Bank | 1.30 | 1045.00 | $1,358.50 |
| 12/02/2021 | CHM | CO | Email M. Herman re investor claim objection exhibit. | 0.10 | 750.00 | $75.00 |
| 12/03/2021 | JDF | CO | Review revised settlement agreement and share comments with bank counsel | 0.50 | 1045.00 | $522.50 |
| 12/07/2021 | JDF | CO | Process settlement agreement revisions (.8); Email to bank counsel (.1) | 0.90 | 1045.00 | $940.50 |
| 12/10/2021 | JDF | CO | Work on completing documentation for settlement agreement and arrange for execution of same | 1.40 | 1045.00 | $1,463.00 |
| 12/12/2021 | JDF | CO | Consider comments from other banks re settlement agreement terms | 0.40 | 1045.00 | $418.00 |
| 12/14/2021 | CHM | CO | Email M. Herman re claim objections. | 0.10 | 750.00 | $75.00 |
|  |  |  |  | **77.70** |  | **$63,842.00** |

## Compensation Prof. [B160]

| 10/13/2021 | CHM | CP | Review email from D. Grassgreen re professional fees estimate and reply. | 0.10 | 750.00 | $75.00 |
|---|---|---|---|---|---|---|
| 10/13/2021 | CHM | CP | Analysis of professional billings for professional fees updates. | 0.50 | 750.00 | $375.00 |
| 10/25/2021 | CHM | CP | Email J. Fiero and D. Grassgreen re fee application. | 0.20 | 750.00 | $150.00 |
| 10/25/2021 | CHM | CP | Email J. Fiero re fee application. | 0.10 | 750.00 | $75.00 |
| 10/25/2021 | DG | CP | Review liaison committee report and notes including budget analysis | 0.30 | 1295.00 | $388.50 |
| 10/26/2021 | CHM | CP | Review email from L. Goldblatt re FTI fees and reply. | 0.10 | 750.00 | $75.00 |

Pachulski Stang Ziehl & Jones LLP
PFI Investor Committee
70041    -00002

Page:    23
Invoice 129174
December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/2021 | CHM | CP | Review emails from D. Grassgreen re fee application and reply. | 0.20 | 750.00 | $150.00 |
| 10/29/2021 | CHM | CP | Emails with PSZJ team re application of discount to invoices. | 0.40 | 750.00 | $300.00 |
| 10/31/2021 | DG | CP | Prepare fee application | 1.30 | 1295.00 | $1,683.50 |
| 11/01/2021 | DG | CP | Work on fee app | 0.50 | 1295.00 | $647.50 |
| 11/03/2021 | JDF | CP | Work on fee application | 1.60 | 1045.00 | $1,672.00 |
| 11/03/2021 | PJJ | CP | Draft 3rd interim fee application. | 5.80 | 460.00 | $2,668.00 |
| 11/04/2021 | JDF | CP | Review and revise interim fee application | 3.70 | 1045.00 | $3,866.50 |
| 11/15/2021 | CHM | CP | Analyze professional fees and discount and email FTI re same. | 0.70 | 750.00 | $525.00 |
| 11/16/2021 | CHM | CP | Email C. Curts re LEDES files and email same to UST. | 0.20 | 750.00 | $150.00 |
| 11/16/2021 | CHM | CP | Review email from B. Marum re fee application review and reply. | 0.10 | 750.00 | $75.00 |
| 12/01/2021 | CHM | CP | Email J. Day re billing entry modifications. | 0.10 | 750.00 | $75.00 |
| 12/02/2021 | CHM | CP | Modify billing entries per UST informal objection. | 2.30 | 750.00 | $1,725.00 |
| 12/06/2021 | CHM | CP | Analyze admin time and email summary to M. Goldberg. | 0.20 | 750.00 | $150.00 |
| 12/07/2021 | CHM | CP | Review FTI fee applications and prepare analysis for UCC call. | 0.50 | 750.00 | $375.00 |
| 12/07/2021 | CHM | CP | Prepare chart of FTI fees for all 3 fee applications and email D. Grassgreen re same. | 0.40 | 750.00 | $300.00 |
| 12/07/2021 | CHM | CP | Email M. Goldberg and A. Hinkelman re wind down fees. | 0.10 | 750.00 | $75.00 |
| 12/07/2021 | CHM | CP | Draft analysis of wind down agreement and email to D. Grassgreen. | 0.60 | 750.00 | $450.00 |
| 12/08/2021 | CHM | CP | Analyze and summarize professionals blended rates and email same to D. Grassgreen. | 1.00 | 750.00 | $750.00 |
| 12/09/2021 | DG | CP | Confer with Robin Altman re: FTI fees | 0.10 | 1295.00 | $129.50 |
| 12/10/2021 | CHM | CP | Prepare analysis of blended rates and recalculate PSZJ blended rates for all counsel. | 1.10 | 750.00 | $825.00 |
| 12/10/2021 | CHM | CP | Draft and circulate memo to UCC and BOA re fees and discounts. | 0.80 | 750.00 | $600.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    24

Invoice 129174

December 15, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/10/2021 | DG | CP | Analyze fee application summaries including calculations of discounts and blended rates for all professionals (1.0); emails to and from C. Mackle re: analysis (.1) | 1.10 | 1295.00 | $1,424.50 |
| 12/15/2021 | JDF | CP | Prepare for fee application hearing | 0.40 | 1045.00 | $418.00 |
|  |  |  | | 24.50 | | $20,173.00 |

## Investor Communications

| 10/01/2021 | CHM | INVC | Review email from S. Pardi and reply with edits thereto. | 0.20 | 750.00 | $150.00 |
|---|---|---|---|---|---|---|
| 10/03/2021 | CHM | INVC | Review email from C. Dumas and reply re investor inquiries. | 0.10 | 750.00 | $75.00 |
| 10/08/2021 | CHM | INVC | Review weekly investor email and provide comments to S. Pardi. | 0.10 | 750.00 | $75.00 |
| 10/14/2021 | DG | INVC | Call with investors to plan monday night all investor call | 1.30 | 1295.00 | $1,683.50 |
| 10/15/2021 | CHM | INVC | Review email re IRA meeting and reply. | 0.10 | 750.00 | $75.00 |
| 10/18/2021 | CHM | INVC | Research and investigation re IRA issues raised. | 1.20 | 750.00 | $900.00 |
| 10/18/2021 | CHM | INVC | Attend and participate in IRA Sub-Committee conference call. | 0.80 | 750.00 | $600.00 |
| 10/19/2021 | CHM | INVC | Review email from S. Dean re IRA follow-up and reply. | 0.10 | 750.00 | $75.00 |
| 10/19/2021 | CHM | INVC | Telephone conference with J. Adams re IRA issues (.6) and research issues re same (.8). | 1.40 | 750.00 | $1,050.00 |
| 10/20/2021 | CHM | INVC | Review IRA FAQ assumptions and provide comments to same. | 0.70 | 750.00 | $525.00 |
| 10/22/2021 | CHM | INVC | Update IRA FAQs and circulate. | 0.50 | 750.00 | $375.00 |
| 10/22/2021 | CHM | INVC | Review email from S. Dean re IRA FAQ modifications and reply re same. | 0.30 | 750.00 | $225.00 |
| 10/24/2021 | CHM | INVC | Draft IRA custodian update email and circulate to IRA committee. | 0.50 | 750.00 | $375.00 |
| 10/28/2021 | CHM | INVC | Review email re IRA issues and reply to W. Levine re same. | 0.30 | 750.00 | $225.00 |
| 10/28/2021 | CHM | INVC | Forward FAQs to D. Grassgreen and email re letter. | 0.30 | 750.00 | $225.00 |
| 10/29/2021 | CHM | INVC | Review email from W. Levine re beneficial interests | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 25

PFI Investor Committee

Invoice 129174

70041    - 00002

December 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | and reply. |  |  |  |
| 10/29/2021 | CHM | INVC | Email S. Dean re IRA letter. | 0.10 | 750.00 | $75.00 |
| 10/29/2021 | CHM | INVC | Review weekly email and draft summary for S. Pardi re clawbacks. | 0.20 | 750.00 | $150.00 |
| 10/29/2021 | JDF | INVC | Emails with S. Pardi re weekly investor communication | 0.20 | 1045.00 | $209.00 |
| 11/02/2021 | DG | INVC | Review IRA FAQ's and provide feedback | 0.50 | 1295.00 | $647.50 |
| 11/02/2021 | JDF | INVC | Prepare draft investor communication regarding claims buyers | 1.20 | 1045.00 | $1,254.00 |
| 11/02/2021 | JDF | INVC | Emails with committee regarding need to communicate with the investor body at large | 0.40 | 1045.00 | $418.00 |
| 11/04/2021 | DG | INVC | Call with Investor planning group | 1.30 | 1295.00 | $1,683.50 |
| 11/04/2021 | DG | INVC | Work on IRA FAQ and letter | 0.30 | 1295.00 | $388.50 |
| 11/11/2021 | CHM | INVC | Review proposed email to all investors and propose edits thereto. | 0.20 | 750.00 | $150.00 |
| 11/15/2021 | CHM | INVC | Attend all investor call. | 2.40 | 750.00 | $1,800.00 |
| 11/15/2021 | DG | INVC | Prepare for (.3) and attend all investor call (2.4) | 2.70 | 1295.00 | $3,496.50 |
| 11/26/2021 | CHM | INVC | Review investor email from S. Pardi and provide comments. | 0.10 | 750.00 | $75.00 |
| 12/08/2021 | CHM | INVC | Review email from BOA member and reply re VIN. | 0.10 | 750.00 | $75.00 |
| 12/08/2021 | CHM | INVC | Review weekly investor update email and provide comments. | 0.10 | 750.00 | $75.00 |
| 12/11/2021 | CHM | INVC | Telephone conference with investor and email counsel re same. | 0.60 | 750.00 | $450.00 |
|  |  |  |  | **18.50** |  | **$17,730.50** |

## Litigation (Non-Bankruptcy)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/13/2021 | CHM | LN | Brief review and cross-check of documents to be produced in response to Umpqua subpoena. | 4.20 | 750.00 | $3,150.00 |
| 10/14/2021 | CHM | LN | Review documents to be produced in response to Umpqua subpoena and finalize production. | 2.30 | 750.00 | $1,725.00 |
| 10/15/2021 | CHM | LN | Finalize Umpqua subpoena production and email link to M. Klinger for distribution. | 0.60 | 750.00 | $450.00 |
|  |  |  |  | **7.10** |  | **$5,325.00** |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    26

Invoice 129174

December 15, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Meeting of Creditors [B150]

| 10/12/2021 | CHM | MC | Draft agenda for UCC meeting and circulate. | 0.20 | 750.00 | $150.00 |
| 10/12/2021 | DG | MC | Emails with C. Mackle, O. Katz and A. Hinkelman re: committee meeting | 0.30 | 1295.00 | $388.50 |
| 10/13/2021 | CHM | MC | Attend PFI committee meeting. | 1.50 | 750.00 | $1,125.00 |
| 10/13/2021 | DG | MC | Committee Meeting | 1.50 | 1295.00 | $1,942.50 |
| 10/13/2021 | JDF | MC | Attend committee meeting | 1.50 | 1045.00 | $1,567.50 |
| 10/19/2021 | CHM | MC | Email BOA member re meeting schedule. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | CHM | MC | Draft UCC agenda and email to J. Fiero and D. Grassgreen. | 0.20 | 750.00 | $150.00 |
| 10/26/2021 | CHM | MC | Update and circulate agenda to UCC. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | CHM | MC | Update agenda with times per P. Greidanus request and recirculate. | 0.20 | 750.00 | $150.00 |
| 10/26/2021 | CHM | MC | Review email from BOA member and reply. | 0.10 | 750.00 | $75.00 |
| 10/26/2021 | DG | MC | Review budget and prepare for committee meeting | 0.30 | 1295.00 | $388.50 |
| 10/26/2021 | JDF | MC | Consider and comment on agenda topics | 0.20 | 1045.00 | $209.00 |
| 10/27/2021 | DG | MC | Committee call | 1.40 | 1295.00 | $1,813.00 |
| 10/27/2021 | CHM | MC | Attend UCC and BOA meeting. | 1.40 | 750.00 | $1,050.00 |
| 10/27/2021 | JDF | MC | Attend creditors committee b-weekly meeting | 1.40 | 1045.00 | $1,463.00 |
| 11/09/2021 | CHM | MC | Draft agenda for UCC meeting and circulate. | 0.30 | 750.00 | $225.00 |
| 11/10/2021 | CHM | MC | Attend UCC and BOC call re case updates and status. | 1.70 | 750.00 | $1,275.00 |
| 11/10/2021 | DG | MC | Weekly Committee Call | 1.70 | 1295.00 | $2,201.50 |
| 11/15/2021 | CHM | MC | Emails with R. Hannah and K. Merron re all investor meeting structure. | 0.30 | 750.00 | $225.00 |
| 11/15/2021 | CHM | MC | Email B. Marum re all-investor call and questions raised. | 0.30 | 750.00 | $225.00 |
| 11/16/2021 | CHM | MC | Review email from R. Hannah re BOA meeting and reply. | 0.10 | 750.00 | $75.00 |
| 11/24/2021 | CHM | MC | Review email from committee member and reply. | 0.10 | 750.00 | $75.00 |
| 11/24/2021 | CHM | MC | Email UCC re cancellation of meeting. | 0.10 | 750.00 | $75.00 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    27

Invoice 129174

December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2021 | CHM | MC | Draft agenda for UCC meeting. | 0.20 | 750.00 | $150.00 |
| 12/08/2021 | CHM | MC | Attend committee call re case updates and issues. | 1.50 | 750.00 | $1,125.00 |
| 12/08/2021 | CHM | MC | Draft memo to UCC in advance of call and circulate. | 0.40 | 750.00 | $300.00 |
| 12/08/2021 | DG | MC | Committee Meeting (1.5); followup call with Monday night planning group (.2) | 1.70 | 1295.00 | $2,201.50 |
| 12/08/2021 | JDF | MC | Attend committee meeting | 1.50 | 1045.00 | $1,567.50 |
| | | | | 20.30 | | $20,342.50 |

## Plan & Disclosure Stmt. [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2021 | DG | PD | Emails with C. Mackle re: implementation of Plan and getting set up for distributions and trust establishment | 0.10 | 1295.00 | $129.50 |
| 10/22/2021 | CHM | PD | Email IRA committee re distribution checks. | 0.10 | 750.00 | $75.00 |
| 10/25/2021 | DG | PD | Address issues re: TIC stipulation for plan agreement | 0.30 | 1295.00 | $388.50 |
| 10/26/2021 | DG | PD | Review bank resolution of objecitons to amended plan | 0.20 | 1295.00 | $259.00 |
| 10/27/2021 | CHM | PD | Attend trust transition call with M. Goldberg and D. Grassgreen. | 1.00 | 750.00 | $750.00 |
| 10/27/2021 | DG | PD | Meeting with PFI team and Goldberg (and C. Mackle) to discuss transition on Effective Date and plan implementation motion | 1.00 | 1295.00 | $1,295.00 |
| 10/27/2021 | DG | PD | Emails with Ori Katz re: Plan and Disclosure Statement modification hearing | 0.20 | 1295.00 | $259.00 |
| 10/27/2021 | JDF | PD | Work on TIC Stipulation and property value allocation issues (,3); Review and comment on stipulation (.2) | 0.50 | 1045.00 | $522.50 |
| 10/29/2021 | DG | PD | Review filings and prepare for plan modification hearing | 1.10 | 1295.00 | $1,424.50 |
| 10/29/2021 | JDF | PD | Attemd plan modification hearing | 1.70 | 1045.00 | $1,776.50 |
| 11/01/2021 | DG | PD | Review amended plan and confirmation order (.8); emails with committee counsel (ad hocs) and debtor re: same (.2) | 1.00 | 1295.00 | $1,295.00 |
| 11/01/2021 | JDF | PD | Review SMRH edits to plan documents (.4); Confer with SMRH re plan revisions (.1) | 0.50 | 1045.00 | $522.50 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    28

Invoice 129174

December 15, 2021

|            |     |    |                                                                                                                        | Hours | Rate    | Amount      |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------|-------|---------|-------------|
| 11/04/2021 | DG  | PD | Review fee application filings                                                                                         | 0.50  | 1295.00 | $647.50     |
| 11/10/2021 | DG  | PD | Confer with J. Fiero re: JP Morgan and settlements of allowed claim amount                                             | 0.30  | 1295.00 | $388.50     |
| 11/13/2021 | CHM | PD | Emails with D. Grassgreen and J. Fiero re transition and plan admin motion.                                            | 0.30  | 750.00  | $225.00     |
| 11/15/2021 | CHM | PD | Detailed review of plan implementation motion and provide comments to Debtors' counsel.                               | 0.80  | 750.00  | $600.00     |
| 11/15/2021 | DG  | PD | Review comments to plan implementation motion                                                                          | 0.30  | 1295.00 | $388.50     |
| 12/05/2021 | CHM | PD | Review email from D. Grassgreen re wind down agreement and reply.                                                      | 0.10  | 750.00  | $75.00      |
| 12/08/2021 | CHM | PD | Email B. Marum re wind down reservation of rights.                                                                     | 0.10  | 750.00  | $75.00      |
| 12/14/2021 | DG  | PD | Review sale and clawback update; budget and updated recovery analysis (.4); email to committee re: same               | 0.50  | 1295.00 | $647.50     |
| 12/15/2021 | JDF | PD | Following closing emails and confer with R. Lapping re same                                                            | 0.20  | 1045.00 | $209.00     |
|            |     |    |                                                                                                                        | 10.80 |         | $11,953.00  |

**Settlement**

|            |     |    |                                                                                                                        | Hours | Rate    | Amount      |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------|-------|---------|-------------|
| 12/12/2021 | JDF | SE | Prepare Hinkelman declaration in support of compromise motion                                                          | 4.90  | 1045.00 | $5,120.50   |
| 12/13/2021 | JDF | SE | Work on compromise motion and supporting papers                                                                       | 5.80  | 1045.00 | $6,061.00   |
| 12/14/2021 | JDF | SE | Prepare and revise compromise motion papers (3.2); Prepare OST papers (3.0); Confer with RE. Lapping re motions and filing issues (.4) | 6.60  | 1045.00 | $6,897.00   |
| 12/15/2021 | PJJ | SE | Update critical dates memo, calendar entries & reminders.                                                             | 0.20  | 460.00  | $92.00      |
|            |     |    |                                                                                                                        | 17.50 |         | $18,170.50  |

**Tax Issues [B240]**

|            |     |    |                                                                                                                        | Hours | Rate    | Amount      |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------|-------|---------|-------------|
| 10/05/2021 | DG  | TI | Review D. Statement re: tax analysis and respond to questions received by PFI Questions (.7); several emails in response to Luna Baron re: tax meeting (.3) | 1.00  | 1295.00 | $1,295.00   |
| 10/25/2021 | CHM | TI | Review email from claimant and reply.                                                                                 | 0.10  | 750.00  | $75.00      |

Pachulski Stang Ziehl & Jones LLP
PFI Investor Committee
70041   -00002

Page:    29
Invoice 129174
December 15, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2021 | CHM | TI | Email A. Hinkelman re tax issues. | 0.10 | 750.00 | $75.00 |
| 10/25/2021 | CHM | TI | Email J. Furste re K1s for M. Kane. | 0.10 | 750.00 | $75.00 |
| | | | | **1.30** | | **$1,520.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$374,686.00**

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    - 00002

Page:    30

Invoice 129174

December 15, 2021

## **Expenses**

| | | | |
|---|---|---|---|
| 09/09/2021 | CC | Conference Call [E105]AT&T Conference Call, LDJ | 2.92 |
| 10/05/2021 | CC | Conference Call [E105] AT&T Conference Call, JDF | 7.21 |
| 10/08/2021 | CC | Conference Call [E105] AT&T Conference Call, JDF | 1.77 |
| 10/25/2021 | RE2 | SCAN/COPY ( 119 @0.10 PER PG) | 11.90 |
| 10/27/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/27/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/27/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/27/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/27/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041   -00002

Page:    31

Invoice 129174

December 15, 2021

| | | | |
|---|---|---|---|
| 10/27/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 10/27/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/27/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/27/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/27/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/27/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2021 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/29/2021 | LN | 70041.00002 Lexis Charges for 10-29-21 | 34.75 |
| 10/31/2021 | OS | Everlaw, Inv. 47236, PFI database for the Month of October | 3,366.00 |
| 11/02/2021 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 11/02/2021 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 11/02/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/04/2021 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 11/04/2021 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/10/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/10/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/11/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/11/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/19/2021 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 11/19/2021 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 11/19/2021 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 11/19/2021 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 11/22/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/22/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/22/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/22/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/23/2021 | FE | 70041.00002 FedEx Charges for 11-23-21 | 30.51 |
| 11/30/2021 | OS | Everlaw, Inv. 48692, PFI database for the month of November | 3,366.00 |
| 12/03/2021 | FE | 70041.00002 FedEx Charges for 12-03-21 | 24.11 |
| 12/03/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/03/2021 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |

Pachulski Stang Ziehl & Jones LLP

PFI Investor Committee

70041    -00002

Page:    32

Invoice 129174

December 15, 2021

| 12/07/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/13/2021 | FE | 70041.00002 FedEx Charges for 12-13-21 | 23.84 |
| 12/14/2021 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 12/14/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/14/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/15/2021 | PAC | Pacer - Court Research | 21.80 |

**Total Expenses for this Matter**     **$6,951.61**

Pachulski Stang Ziehl & Jones LLP
PFI Investor Committee
70041   -00002

Page:     33
Invoice 129174
December 15, 2021

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:     12/15/2021**

| | |
|---|---:|
| **Total Fees** | **$374,686.00** |
| **Total Expenses** | **6,951.61** |
| **Less Courtesy Discount** | **$72,805.20** |
| **Total Due on Current Invoice** | **$308,832.41** |

**Outstanding Balance from prior invoices as of     12/15/2021     (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 127912 | 04/30/2021 | $184,997.25 | $465.35 | $1,578.15 |
| 128781 | 09/30/2021 | $623,960.00 | $5,407.90 | $492,809.12 |

**Total Amount Due on Current and Prior Invoices:          $803,219.68**

# EXHIBIT C

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER<br><br>(using categories already maintained by the firm) | BLENDED HOURLY RATE | | |
|---|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br><br>During the Fourth Fee Period (using discounted rates) | BILLED<br><br>During the Employment Period (using discounted rates) |
| Sr./Equity Partner/Shareholder | $1,050.00 | $892.77 | $925.33 |
| Of Counsel | $950.00 | $607.5 | $651.94 |
| Paraprofessionals | $450.00 | $382.50 | $383.45 |
| All timekeepers aggregated | | $683.93 | $777.99 |

\* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For the fiscal year ending 2019, non-estate work represented approximately 4-5% of the Firm's revenues. In 2020, non-estate work represented approximately 5-7% of the Firm's revenues, and in 2021, it is expected that non-estate work will represent approximately 5-8% of the Firm's revenues.

\*\*Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

| | |
|---|---|
| Case Name: | Professional Finance Investors, Inc., *et al*. |
| Case Number: | 19-30604 (HLB) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 1/20/22 |
| Interim or Final: | Final |

## EXHIBIT D

### SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION

| NAME | TITLE OR POSITION | DEPT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED DURING FOURTH FEE PERIOD | HOURS BILLED DURING EMPLOYMENT PERIOD | FEES BILLED DURING FOURTH FEE PERIOD | FEES BILLED DURING EMPLOYMENT PERIOD | HOURLY RATE (with discount) |
|---|---|---|---|---|---|---|---|---|
| Isaac M. Pachulski | Partner | Bankruptcy | 1974 | 0.00 | 0.40 | $0.00 | $538.20 | $1,345.50 |
| Richard M. Pachulski | Partner | Bankruptcy | 1979 | 0.00 | 46.30 | $0.00 | $60,213.15 | $1,300.50 |
| Debra Grassgreen | Partner | Bankruptcy | 1992 | 36.20 | 647.10 | $35,675.10 | $637,717.05 | $985.50 |
| Henry Kevane | Partner | Bankruptcy | 1986 | 0.00 | 3.00 | $0.00 | $2,902.50 | $967.50 |
| Iain A.W. Nasatir | Partner | Bankruptcy | 1983 | 0.00 | 11.50 | $.00 | $10,608.75 | $922.50 |
| Kenneth H. Brown | Partner | Bankruptcy | 1981 | 0.80 | 1.40 | $716.40 | $1,253.70 | $895.50 |
| John D. Fiero | Partner | Bankruptcy | 1988 | 86.40 | 687.60 | $73,872.00 | $587898.00 | $855.00 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | 0.00 | 42.70 | $0.00 | $36,508.50 | $855.00 |
| Gabriel I. Glazer | Partner | Bankruptcy | 2006 | 1.10 | 7.60 | $886.05 | $6,121.80 | $805.50 |
| Daryl G. Parker | Of Counsel | Bankruptcy | 1969 | 0.00 | 4.60 | $0.00 | $4,119.30 | $895.50 |
| Jonathan J. Kim | Of Counsel | Bankruptcy | 1996 | 0.00 | 345.20 | $0.00 | $278,058.60 | $805.50 |
| Colin R. Robinson | Of Counsel | Bankruptcy | 1997 | 0.00 | 0.90 | $0.00 | $668.25 | $742.50 |
| Cia H. Mackle | Of Counsel | Bankruptcy | 2006 | 309.00 | 1,219.70 | $187,717.50 | $740,967.75 | $607.50 |
| Leslie A. Forrester | Law Lib. Dir. | Bankruptcy | N/A | 0.00 | 2.10 | $0.00 | $850.50 | $405.00 |
| Beth D. Dassa | Paralegal | Bankruptcy | N/A | 0.00 | 7.40 | $0.00 | $2,830.50 | $382.50 |
| Patricia J. Jeffries | Paralegal | Bankruptcy | N/A | 7.9 | 40.2 | $3,021.75 | $15,376.50 | $382.50 |
| **SUB-TOTAL** | | | | **441.40** | **3,067.70** | **$301,888.80** | **$2,386,633.05** | |

| | |
|---|---|
| Case Name: | Professional Finance Investors, Inc., *et al.* |
| Case Number: | 19-30604 (HLB) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 1/20/22 |
| Interim or Final: | Final |

## EXHIBIT E

## SUMMARY COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Name of client: | The Official Committee of Unsecured Creditors |
| Time period covered by this application: | August 23, 2020 – December 15, 2021 |
| Total compensation sought in Employment Period: | $2,384,842.70[1] |
| Total expenses sought in Employment Period: | $15,011.02 |
| Total compensation sought in Fourth Fee Period: | $301,880.90[2] |
| Total expenses sought in Fourth Fee Period: | $6,951.61 |
| Petition date: | July 26, 2020 |
| Retention date: | Effective August 23, 2020 |
| Date of order approving employment: | September 10, 2020 |
| Total fees approved by interim order to date: | $2,082,961.80 |
| Total expenses approved by interim order to date: | $8,059.41 |
| Total allowed fees paid to date: | $1,716,164.28 |
| Total allowed expenses paid to date: | $8,059.41 |
| Blended rate in this application for all attorneys (Employment Period): | $783.29 |
| Blended rate in this application for all timekeepers (Employment Period): | $777.99 |
| Blended rate in this application for all attorneys (Fourth Fee Period): | $689.43 |
| Blended rate in this application for all timekeepers (Fourth Fee Period): | $683.93 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |

---

[1] This amount is after application of a 10% courtesy discount agreed to in advance by the Firm on its reduced 2020 rates.

[2] This amount is after application of a 10% courtesy discount agreed to in advance by the Firm on its reduced 2020 rates.

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Number of professionals included in this application (Employment Period): | 5 |
| Number of professionals included in this application (Fourth Fee Period): | 13 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | Firm is under budget |
| Number of professionals billing fewer than 15 hours to the case during this period (Employment Period) | 7 |
| Number of professionals billing fewer than 15 hours to the case during this period (Fourth Fee Period) | 2 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | The rates shown on the invoices are higher, but the discount removes the rate increase and provides an additional 10% discount. |

| | |
|---|---|
| Case Name: | Professional Finance Investors, Inc., *et al.* |
| Case Number: | 19-30604 (HLB) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 1/20/22 |
| Interim or Final: | Final |

# EXHIBIT F

## BUDGET[3]

| CATEGORY | EMPLOYMENT PERIOD | EMPLOYMENT PERIOD FEES | FOURTH FEE PERIOD | FOURTH FEE PERIOD FEES |
|---|---|---|---|---|
| Asset Analysis/ Recovery | 7.9 | $8,288.00 | 1.3 | $ 1,211.00 |
| Asset Disposition | 120.1 | $142,585.00 | 4.3 | $ 4,383.00 |
| Avoidance Actions | 290.5 | $230,897.50 | 209 | $ 161,004.50 |
| Bankruptcy Litigation | 137.4 | $133,083.50 | 30.1 | $ 30,483.00 |
| Case Administration | 270 | $256,005.00 | 19 | $ 18,548.00 |
| Claims Administration/ Objections | 382.3 | $305,352.50 | 77.7 | $ 63,842.00 |
| Committee Matters | 17.4 | $13,165.00 | | |
| Compensation of Professionals | 97.4 | $82,417.50 | 24.5 | $ 20,173.50 |
| Compensation of Professionals/ Others | 0.2 | $204.50 | | |
| Financing | 52.3 | $51,791.50 | | |
| First Day | 9.8 | $8,284.50 | | |
| Forensic Analysis | 95 | $98,582.50 | | |
| General Committee Matters | 8.7 | $9,231.50 | | |
| Hearing | 19.9 | $16,506.00 | | |
| Insurance Coverage | 22.5 | $23,278.50 | | |
| Investor Communications | 250.8 | $238,044.00 | 18.5 | $ 17,730.50 |
| Litigation (Non-Bankruptcy) | 21.4 | $16,050.00 | 7.1 | $ 5,325.00 |
| Meeting of Creditors | 289.7 | $291,764.50 | 20.3 | $ 20,342.00 |
| Operations | 42.9 | $44,427.00 | | |
| Plan and Disclosure Statement | 825.9 | $797,962.50 | 10.8 | $ 11,953.00 |
| PSZJ Retention | 5.6 | $4,276.50 | | |
| Regulatory | 3.1 | $3,191.50 | | |
| Retention of Professionals | 11.1 | $11,867.50 | | |
| Retention of Professionals/ Others | 50.5 | $51,194.00 | | |
| Settlement | 17.7 | $18,320.00 | 17.5 | $ 18,170.00 |
| Tax Issues | 20.1 | $24,175.50 | 1.3 | $ 1,520.00 |
| TOTAL | 3070.2 | $2,880,946.50 | 441.4 | $ 374,685.50 |
| Less Courtesy Discount | | (498,103.80) | | $ 72,805.10 |
| TOTAL | | $2,384,842.70 | 441.4 | $ 301,880.90 |

| | |
|---|---|
| Case Name: | Professional Finance Investors, Inc., *et al.* |
| Case Number: | 19-30604 (HLB) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 1/20/22 |
| Interim or Final: | Final |

---

[3] This budget reflects PSZJ's efforts to reasonably estimate the hours and fees to be billed for this period. Actual hours and fees may vary based upon the circumstances of this case.

## EXHIBIT G

### STAFFING PLAN

### Pachulski Stang Ziehl & Jones LLP Staffing Plan

| CATEGORY OF TIMEKEEPER 1 (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE FOURTH FEE PERIOD | AVERAGE HOURLY RATE (Based upon 2021 Rates) |
|---|---|---|---|
| Sr./Equity Partner/Shareholder | 9 | 4 | $1,214.80 |
| Of Counsel | 4 | 1 | $750.00 |
| Law Library Director | 1 | 0 | $475.00 |
| Paralegal | 2 | 1 | $460.00 |
| 1 As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper:  0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category. | | | |

Case Name:     Professional Finance Investors, Inc., *et al.*

Case Number:     19-30604 (HLB)

Applicant's Name:     Pachulski Stang Ziehl & Jones LLP

Date of Application:     1/20/22

Interim or Final:     Final

**EXHIBIT H-1**

**SUMMARY OF COMPENSATION REQUESTED BY CATEGORY**

(*SEE* GUIDELINES ¶ C.8 FOR PROJECT CATEGORY INFORMATION)

| CATEGORY | HOURS BILLED DURING EMPLOYMENT PERIOD | FEES INCURRED DURING EMPLOYMENT PERIOD | HOURS BILLED DURING FOURTH FEE PERIOD | FEES INCURRED DURING FOURTH FEE PERIOD |
|---|---|---|---|---|
| Asset Analysis/ Recovery | 7.9 | $8,288.00 | 1.3 | $ 1,211.00 |
| Asset Disposition | 120.1 | $142,585.00 | 4.3 | $ 4,383.00 |
| Avoidance Actions | 290.5 | $230,897.50 | 209 | $ 161,004.50 |
| Bankruptcy Litigation | 137.4 | $133,083.50 | 30.1 | $ 30,483.00 |
| Case Administration | 270 | $256,005.00 | 19 | $ 18,548.00 |
| Claims Administration/ Objections | 382.3 | $305,352.50 | 77.7 | $ 63,842.00 |
| Committee Matters | 17.4 | $13,165.00 | | |
| Compensation of Professionals | 97.4 | $82,417.50 | 24.5 | $ 20,173.50 |
| Compensation of Professionals/ Others | 0.2 | $204.50 | | |
| Financing | 52.3 | $51,791.50 | | |
| First Day | 9.8 | $8,284.50 | | |
| Forensic Analysis | 95 | $98,582.50 | | |
| General Committee Matters | 8.7 | $9,231.50 | | |
| Hearing | 19.9 | $16,506.00 | | |
| Insurance Coverage | 22.5 | $23,278.50 | | |
| Investor Communications | 250.8 | $238,044.00 | 18.5 | $ 17,730.50 |
| Litigation (Non-Bankruptcy) | 21.4 | $16,050.00 | 7.1 | $ 5,325.00 |
| Meeting of Creditors | 289.7 | $291,764.50 | 20.3 | $ 20,342.00 |
| Operations | 42.9 | $44,427.00 | | |
| Plan and Disclosure Statement | 825.9 | $797,962.50 | 10.8 | $ 11,953.00 |
| PSZJ Retention | 5.6 | $4,276.50 | | |
| Regulatory | 3.1 | $3,191.50 | | |
| Retention of Professionals | 11.1 | $11,867.50 | | |
| Retention of Professionals/ Others | 50.5 | $51,194.00 | | |
| Settlement | 17.7 | $18,320.00 | 17.5 | $ 18,170.00 |
| Tax Issues | 20.1 | $24,175.50 | 1.3 | $ 1,520.00 |
| TOTAL | 3070.2 | $2,880,946.50 | 441.4 | $ 374,685.50 |
| Less Courtesy Discount | | (498,103.80) | | $ 72,805.10 |
| **TOTAL** | | **$2,384,842.70** | **441.4** | **$ 301,880.90** |

| | |
|---|---|
| Case Name: | Professional Finance Investors, Inc., *et al*. |
| Case Number: | 19-30604 (HLB) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 1/20/22 |
| Interim or Final: | Final |

**EXHIBIT H-2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*SEE* GUIDELINES ¶ C.8 FOR PROJECT CATEGORY INFORMATION)

| EXPENSE | TOTAL (EMPLOYMENT PERIOD) | TOTAL (FOURTH FEE PERIOD) |
|---|---|---|
| Bloomberg | $276.80 | |
| Conference Call | $307.32 | $11.90 |
| Federal Express | $1,023.83 | $78.46 |
| Filing Fee | $350.00 | |
| Lexis Nexis Legal Research | $731.54 | $34.75 |
| Outside Services (Document Hosting) | $6,732.00 | $6,732.00 |
| Pacer – Court Research | $150.90 | $21.80 |
| Postage | $8.55 | |
| Reproduction / Scan Copy | $439.00 | $72.70 |
| Research | $4,666.13 | |
| Transcript | $324.95 | |
| **GRAND TOTAL** | **$15,011.02** | **$6,951.61** |

| | |
|---|---|
| Case Name: | Professional Finance Investors, Inc., *et al.* |
| Case Number: | 19-30604 (HLB) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 1/20/22 |
| Interim or Final: | Final |

**EXHIBIT I**

**(Attorney Biographies)**

## KENNETH H. BROWN

Mr. Brown has extensive experience in bankruptcy and commercial litigation. He has represented and advised debtors, unsecured creditors, secured creditors, insurers, creditors' committees, and trustees in large complex chapter 11 and chapter 15 cases and in related litigation in both state and federal court. Mr. Brown leads the firm's litigation team in representations of the sex-abuse survivor committees in the chapter 11 bankruptcy cases involving the Roman Catholic Church. These matters involve the intersection of the First Amendment and the Religious Freedom Restoration Act ("RFRA") with Bankruptcy Code and focus on recovering assets transferred by the debtor prior to filing bankruptcy as part of asset protection scheme to protect the assets from the claims of the victims of sex abuse. The representations also require expertise in identifying, analyzing, and prosecuting claims against the management of the debtor for allowing or facilitating the sexual misconduct and abuse. Mr. Brown led the team that obtained a judgment in one of these cases worth in excess of $100 million. Mr. Brown also specializes in defending employers in WARN Act class-action litigation and advising them on the intersection of the WARN Act and bankruptcy. Mr. Brown also has extensive experience representing professional firms and their principals in dissolutions and bankruptcies.

He is a graduate of U.C. Santa Barbara and received his J.D. at Hastings College of the Law, where he was articles editor for the Hastings Law Journal. Mr. Brown is a former director of the Bay Area Bankruptcy Forum, a former member of the State Bar of California Business Law Section Subcommittee on Debtor/Creditor Relations and Bankruptcy, and frequently serves as a mediator for the Bankruptcy Dispute Resolution Program for the Northern District of California and the San Francisco Bar Association. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He has been listed in every edition of Best Lawyers in America since 2018 for his work in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law and Litigation - Bankruptcy. Mr. Brown is admitted to practice in California and is a resident in our San Francisco office.

## JOHN D. FIERO

Mr. Fiero serves as a co-chair of the firm's Committee Practice Group and maintains a national practice representing debtors, committees, acquirers, and other significant parties in interest in complex reorganizations and financially distressed situations, both in and out of court.

Mr. Fiero is a graduate of the University of Massachusetts at Amherst and received his J.D. from Hastings College of the Law, where he was associate note editor for the *Hastings Journal of Communications and Entertainment Law*.

Mr. Fiero was a co-chair of the 2018 California Bankruptcy Forum. Every year since 2004, he has been named a Super Lawyer by *San Francisco Magazine*. He is also credited for his "highly constructive approach" in *Chambers USA*'s list of leading bankruptcy and restructuring lawyers and has been named every year since 2013 for his work in bankruptcy and creditor-debtor rights law by *Best Lawyers in America*. Mr. Fiero is admitted to practice in California and is resident in our San Francisco office.

**GABRIEL I. GLAZER**

Mr. Glazer regularly advises hedge funds, bondholders, and other creditors and investors with respect to a wide variety of issues affecting distressed entities, including covenant restrictions in credit agreements and indentures, intercreditor disputes, collateral issues, and in related litigation. Mr. Glazer counsels secured and unsecured creditors and equity holders both prior to and following the filing of a bankruptcy case, in out-of-court workouts, exchange transactions, and in connection with other corporate liability management transactions. He also represents various other parties in chapter 11 bankruptcy cases, including operating debtors, creditor and equity committees, and asset purchasers. Mr. Glazer has guided clients through some of the largest and most complex bankruptcy cases in the country, including the PG&E, Caesars, and Lehman Brothers cases. He remains on the cutting edge of issues affecting distressed debt and has been actively involved in new legal developments affecting this area.

Mr. Glazer received his J.D. from the University of Southern California Law School, where he served on the *Southern California Law Review* and graduated in the top 10% of his class. He received his B.A., *magna cum laude*, from the University of Arizona. In 2017, he was a recipient of the M&A Advisor's 8th Annual Emerging Leaders Award, which recognizes the achievements of young turnaround and financing professionals who have reached a significant level of success and have made a notable contribution to their industry and community. He has been selected for inclusion in *Best Lawyers in America* every year since 2017 for his work in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, as well as Litigation - Bankruptcy. He was also named a "Southern California Super Lawyer" in 2020; previously he was named a "Southern California Super Lawyers Rising Star" every year between 2013 and 2019, and was included on a select list of 100 lawyers receiving the highest point totals in the Southern California Rising Stars nomination, research, and blue-ribbon review process from 2015 - 2018.

Mr. Glazer frequently speaks to the legal and investment communities about issues and developments relevant to corporate bankruptcy and distressed investments. In addition to speaking regularly to investment funds, Mr. Glazer has spoken on multiple occasions at events sponsored by the State Bar of California and the Financial Lawyers Conference. Mr. Glazer served previously as chair of the Commercial Transactions Committee of the State Bar of California Business Law Section and was the principal author of a Statement of Position that facilitated the adoption of the Uniform Voidable Transactions Act (which amended the former Uniform Fraudulent Transfer Act) in California. He is admitted to practice in California and is resident in our Los Angeles office.

**DEBRA GRASSGREEN**

Ms. Grassgreen is a senior partner in the firm's San Francisco office and heads the firm's international insolvency practice. She is president of the prestigious International Insolvency Institute (the first woman to be elected to that position) and is widely regarded as a leading expert on cross border restructuring matters. Ms. Grassgreen has significant experience representing debtors, trustees, and creditors' committees in large and complex chapter 11 cases nationwide and internationally. Ms. Grassgreen has participated in the United Nations working group (UNCITRAL) developing a uniform international insolvency law and materials to assist countries in the adoption and implementation of insolvency legislation for over ten years.

Ms. Grassgreen is listed in *Who's Who Legal: Thought Leaders—Global Elite 2019,* one of only seven U.S.-based lawyers listed for Restructuring and Insolvency and has been named by the *Daily Journal* as one of the top 100 women lawyers in California for several years. She is a

fellow in the American College of Bankruptcy, and has been listed in *Best Lawyers in America* every year since 2001 for her work in both Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation - Bankruptcy. Ms. Grassgreen holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability, and is ranked among Bankruptcy/Restructuring attorneys by Chambers USA. Every year since 2010, she has been named a "Northern California Super Lawyer" by *San Francisco Magazine.* She was also listed by *Lawdragon* as one of the 2020 "Lawdragon 500 Leading Global Restructuring & Insolvency Lawyers." Ms. Grassgreen is a graduate of the University of Florida, where she also received her J.D., and is admitted to practice in Florida as well as California.

**CIA H. MACKLE**

Ms. Mackle's practice has focused on a broad range of domestic and international business reorganization and restructuring matters, including the representation of debtors in possession, chapter 11 trustees, creditors' committees, and institutional creditors acting in various capacities. Ms. Mackle has also been involved in various bankruptcy litigation matters. She is a graduate of Duke University and received her J.D. from University of Southern California where she was a member of the Southern California Law Review. Ms. Mackle is admitted to practice in Florida.