Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, California 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for the
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation, *et al.*,<br><br>Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF FOURTH AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date: February 17, 2022<br>Time: 10:00 a.m.<br>Judge: Hannah L. Blumenstiel<br>Place: Telephonic/Video Appearances Only<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 19<br>San Francisco, CA 94102 |

**TO THE HONORABLE BANKRUPTCY COURT AND INTERESTED PARTIES:**

Please take notice that Pachulski Stang Ziehl & Jones LLP, attorneys for the Official Committee of Unsecured Creditors, hereby withdraws its *Fourth and Final Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for*

*Allowance and Payment of Compensation and Reimbursement of Expenses* [Claim No. 1081] filed on January 20, 2010.

Dated: January 20, 2022          PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John D. Fiero*
    John D. Fiero
    Debra I. Grassgreen

*Counsel for the Official Committee of Unsecured Creditor*