Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 20-30604 (HLB) |
| PROFESSIONAL FINANCIAL INVESTORS, INC., a California corporation, *et al.*, | (Jointly Administered) |
| Debtors. | Chapter 11 |
| | **DECLARATION OF JOHN D. FIERO IN SUPPORT OF FOURTH AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| | [Fourth Application Period: October 1, 2021 – December 15, 2021] |
| | [Employment Period: August 23, 2020 – December 15, 2021] |
| | Date: February 17, 2022<br>Time: 10:00 a.m.<br>Judge: Hannah L. Blumenstiel<br>Place: Telephonic/Video Appearances Only<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 19<br>San Francisco, CA 94102 |

I, John Fiero, declare as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

1. I am a member in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"). I submit this declaration in support of the *Fourth and Final Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "**Application**").

2. I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. PSZ&J customarily charges $0.20 per page for photocopying expenses, $0.10 per page for print jobs, and $0.10 per page for scan copies. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying and printing charges on a daily basis. Whenever feasible, PSZ&J sends large copying projects to an outside copy service that charges a reduced rate for photocopying. Pursuant to the guidelines promulgated by the Office of the United States Trustee, PSZJ has agreed not to charge for outgoing faxes. Fax receipts are charged at $0.20 per page, the same costs as PSZJ charges for photocopies.

5. PSZJ does not charge for local or long distance telephone calls placed by attorneys from their offices. PSZJ only bills its clients for the actual costs charged PSZJ by teleconferencing services in the event that a multiple party teleconference is initiated through PSZJ.

6. Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), PSZJ charges the standard usage rates these providers charge for computerized legal research. PSZJ bills its clients the actual amount charged by such services, with no premium. Any volume discount received by PSZJ is passed on to the client.

7. PSZJ believes the foregoing rates for expenses are the market rates that the majority of law firms charge clients for such services.

8. PSZJ has not been paid or promised any compensation from any source for services rendered in connection with this case, other than the Debtor's funds and the retainer paid to it by the Debtor pre-petition.

9. PSZJ has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

10. PSZJ believes that the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent that certain of the monthly billings are for amounts in excess of $20,000 per category. Because those categories involve substantially similar issues, PSZJ has not attempted to break them into subcategories.

11. As made clear in the Application, the compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by PSZJ and generally accepted by the Firm's clients.

12. I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

13. Annexed hereto as **Exhibit A** is the professional biography of the paraprofessional employed by my firm in this case, Patricia Jeffries.

Executed under penalty of perjury under the laws of the United States of America this 20th day of January, 2022, at San Francisco, California.

*/s/ John D. Fiero*
John D. Fiero

# EXHIBIT A

**(Paraprofessional Biography)**

# PARAPROFESSIONAL BIOGRAPHY

PATRICIA JEFFRIES

Education: B.S. in Criminal Justice Administration, University of Phoenix 2007; Certified Paralegal Training Program, California Polytechnic State University (Paralegal Certificate 1992); Employed by Pachulski Stang Ziehl & Jones LLP 1999; Working as a paralegal since 1989, with over twenty years' experience in corporate bankruptcy cases in active chapter 11 jurisdictions across the nation.