Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors. | Case No. 20-30604<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF FOURTH OMNIBUS OBJECTION TO CLAIMS**<br><br>Date: March 3, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: Telephonic/Video Appearances Only |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL AND CLAIMANTS ON EXHIBIT 1 HERETO FOR WHOM INDIVIDUALIZED NOTICES WERE SERVED PURSUANT TO PROCEDURES APPROVED BY THE COURT:**

On January 24, 2022, the PFI Trust filed its *Fourth Omnibus Objection to Claims (Tenant Security Deposit Claims)* (the "Omnibus Objection") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court"). [A full copy of the Omnibus Objection may be obtained at no cost, as provided below.]

By the Omnibus Objection, the PFI Trust seeks to disallow one or more of your Proof(s) of Claim listed above on the grounds that the Proof(s) of Claim is not a current liability of the Debtors in that either: (1) the security deposit was already returned to Claimant and has been satisfied, or (2) the security deposit is now possessed, and liability on account thereof has been assumed, by Hamilton Zanze & Company, the tenant's new landlord.

**Any Proof of Claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

The Bankruptcy Court will hold a hearing on **March 3, 2022, at 10:00 a.m. (Pacific Time)** (the "Hearing") before the Honorable Hannah Blumenstiel, United States Bankruptcy Judge. **The Omnibus Hearing will be conducted by videoconference**. The courtroom will be closed. All parties who wish to appear at the Hearing should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you **DO NOT** oppose the disallowance or reduction of your Proof(s) of Claim listed above, then you do NOT need to file a written response to this Omnibus Objection and you do NOT need to appear at the Hearing.

If you **DO** oppose the disallowance or reduction of your Proof(s) of Claim listed above, then you MUST file a response (a "Response"), in writing, with the Bankruptcy Court, and serve it on the counsel for the PFI Trust at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on February 17, 2022**. **The relief requested in the Omnibus Objection may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.**

The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which you will reply in opposing the Omnibus Objection; (iv) a copy of any other documentation or other evidence of the Proof of Claim, to the extent not already included with the Proof of Claim, upon which you will rely in opposing the Omnibus Objection at the hearing; (v) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow or reduce your Proof(s) of Claim listed above, then the PFI Trust will still have the right to object to your Proof(s) of Claim on other grounds at a later date. You will receive a separate notice of any such objection.

Copies of the complete Omnibus Objection and other pleadings and documents identified herein can be viewed and/or obtained by: (i) free download from on the Debtors' approved notice and claim agent's website at https:// https://www.donlinrecano.com/pfi; (ii) accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], or (iii) by mail (for free) by calling Donlin Recano at 1-877-283-0316 (Toll Free) and asking to have a complete copy of the Omnibus Objection, including all Exhibits mailed to you, or by email at pfiinfo@donlinrecano.com requesting copies of the Omnibus Objection, including all Exhibits.

| | | |
|---|---|---|
| Dated: January 24, 2022 | | PACHULSKI STANG ZIEHL & JONES LLP |

By  */s/ Debra I. Grassgreen*
Debra I. Grassgreen
John D. Fiero
Cia H. Mackle

Attorneys for Michael I. Goldberg,
Trustee of the PFI Trust

# EXHIBIT 1

BRENDA FRIEDLANDER
DBA SPECTRUM FINANCIAL
MGMT
899 NORTHGATE DR STE 305
SAN RAFAEL, CA 94903

CATALYST SYSTEMS LLC
HOLLY DEGROOT, CEO
1701 NOVATO BLVD. STE 205
NOVATO, CA 94947

CLAIRE SEBASTIAN LCSW
240 TAMAL VISTA
STE 260
CORTE MADERA, CA 92925

COUGHLIN CAPITAL LLC
CARL COUGHLIN
100 TAMAL PLAZA STE 107
CORTE MADERA, CA 92925

DAVID W EPSTEIN DDS
1701 NOVATO BLVD. STE 306
NOVATO, CA 94947

DORA BELTRAN CORADO
1825 LINCOLN AVE UNIT 314
SAN RAFAEL, CA 94901

DREW MACNAB
885 BROADWAY UNIT 13
SONOMA, CA 95476

JANET ELIZABETH LANE
240 TAMAL VISTA
STE 260
CORTE MADERA, CA 92925

LTD ENGINEERING INC
1050 NORTHGATE DR STE 450
SAN RAFAEL, CA 94903

LUCAS VALLEY HOME
OWNERS ASSOC INC
MARK KEMLER, TREASURER
1201 IDYLBERRY DR
SAN RAFAEL, CA 94903

MARISSA MELLENTHIN
622 CHATHAM CIR
ALGONQUIN, IL 60102

MICHELLE MCLELLAN
410 KELSEY CT
SONOMA, CA 95476

SUBBARAO BANDLAMUDI
825 LAS GALLINAS AVE
UNIT 210
SAN RAFAEL, CA 94903

WILLIAM LEAR
PAMELA LEAR
216 MARIN ST APT 306
SAN RAFAEL, CA 94901