Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, San Francisco, California 94105-1020.

On **January 24, 2022**, I caused to be served the following documents in the manners stated below:

- *PFI Trustee's Fourth Omnibus Objection to Claims (Tenant Security Deposit Claims)*
- *Declaration of Michelle Herman in Support of Trustee's Fourth Omnibus Objection (Tenant Security Deposit Claims)*
- *Notice of Fourth Omnibus Objection to Claims*

☑ TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **January 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

- Individualized *Notice of Objection to Claims*

☑ (BY U.S. FIRST CLASS MAIL) On **January 24, 2022,** I caused to be served the above-described document by U.S. First Class Mail to the parties indicated on the attached service list at the indicated address.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **January 24, 2022** at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

**VIA ECF/NEF List**

- **David W. Baddley**  baddleyd@sec.gov
- **Jared A. Day**  jared.a.day@usdoj.gov
- **Terri H. Didion**  terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- **Darya Sara Druch**  ecf@daryalaw.com, Druch.DaryaR108463@notify.bestcase.com
- **Cecily Ann Dumas**  cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Sydney E. Fairbairn**  S.E.Fairbairn@att.net, waqar@realestatelawpartners.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Bryan T. Glover**  bryan.glover@stoel.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutinjones.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Mitchell B. Greenberg**  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Thomas P. Griffin**  tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- **Cameron M. Gulden**  cameron.m.gulden@usdoj.gov
- **Ryan A. Henderson**  Ryan@weltyweaver.com
- **A. Kenneth Hennesay**  khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Robbin L. Itkin**  ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- **John L. Jones**  JJones@chwlaw.us, JLJones2@outlook.com
- **Ivan L. Kallick**  ikallick@manatt.com
- **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Ivo Keller**  ivo@ssllawfirm.com
- **Jeannie Kim**  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Matthew Ryan Klinger**  mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Ian S. Landsberg**  ian@landsberg-law.com
- **Richard A. Lapping**  rich@trodellalapping.com
- **Adam A. Lewis**  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Mark A. Lightner**  MLightner@mofo.com
- **Mitchell B Ludwig**  mbl@kpclegal.com
- **Patricia H. Lyon**  phlyon@frenchlyontang.com, mwoodward@frenchandlyon.com
- **J. Barrett Marum**  bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Kevin Scott McClelland**  kevin.mcclelland@kirkland.com
- **Christopher M. McDermott**  ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **H. Mark Mersel**  mark.mersel@bclplaw.com, ginny.hamel@bclplaw.com
- **Dennis D. Miller**  dmiller@lubinolson.com
- **Kevin Harvey Morse**  kmorse@clarkhill.com
- **Thomas G. Mouzes**  tmouzes@boutininc.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **R. Gibson Pagter**  gibson@ppilawyers.com
- **Joshua K. Partington**  jpartington@swlaw.com, jadair@swlaw.com
- **Eric S. Pezold**  epezold@swlaw.com, knestuk@swlaw.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Debra A. Riley**  driley@allenmatkins.com, bcrfilings@allenmatkins.com
- **Gregory A. Rougeau**  grougeau@brlawsf.com
- **Spencer P. Scheer**  sscheer@scheerlawgroup.com
- **Nathan A. Schultz**  nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Steven Serajeddini**  steven.serajeddini@kirkland.com
- **Michael A. Sweet**  msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Reilly Wilkinson**  rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Thomas A. Woods**  thomas.woods@stoel.com, sheila.brown@stoel.com
- **David R. Zaro**  dzaro@allenmatkins.com, mdiaz@allenmatkins.com

| | | |
|---|---|---|
| BRENDA FRIEDLANDER<br>DBA SPECTRUM FINANCIAL MGMT<br>899 NORTHGATE DR STE 305<br>SAN RAFAEL, CA 94903 | CATALYST SYSTEMS LLC<br>HOLLY DEGROOT, CEO<br>1701 NOVATO BLVD. STE 205<br>NOVATO, CA 94947 | CLAIRE SEBASTIAN LCSW<br>240 TAMAL VISTA<br>STE 260<br>CORTE MADERA, CA 92925 |
| COUGHLIN CAPITAL LLC<br>CARL COUGHLIN<br>100 TAMAL PLAZA STE 107<br>CORTE MADERA, CA 92925 | DAVID W EPSTEIN DDS<br>1701 NOVATO BLVD. STE 306<br>NOVATO, CA 94947 | DORA BELTRAN CORADO<br>1825 LINCOLN AVE UNIT 314<br>SAN RAFAEL, CA 94901 |
| DREW MACNAB<br>885 BROADWAY UNIT 13<br>SONOMA, CA 95476 | JANET ELIZABETH LANE<br>240 TAMAL VISTA<br>STE 260<br>CORTE MADERA, CA 92925 | LTD ENGINEERING INC<br>1050 NORTHGATE DR STE 450<br>SAN RAFAEL, CA 94903 |
| LUCAS VALLEY HOME OWNERS ASSOC INC<br>MARK KEMLER, TREASURER<br>1201 IDYLBERRY DR<br>SAN RAFAEL, CA 94903 | MARISSA MELLENTHIN<br>622 CHATHAM CIR<br>ALGONQUIN, IL 60102 | MICHELLE MCLELLAN<br>410 KELSEY CT<br>SONOMA, CA 95476 |
| SUBBARAO BANDLAMUDI<br>825 LAS GALLINAS AVE<br>UNIT 210<br>SAN RAFAEL, CA 94903 | WILLIAM LEAR<br>PAMELA LEAR<br>216 MARIN ST APT 306<br>SAN RAFAEL, CA 94901 | |