Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors. | Case No. 20-30604<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF RESCHEDULED HEARING AND UPDATED RESPONSE DEADLINE WITH RESPECT TO FIRST OMNIBUS OBJECTION TO CLAIMS**<br><br>Date: March 3, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: Telephonic/Video Appearances Only |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL AND CLAIMANTS LISTED ON EXHIBIT 1 FOR WHOM INDIVIDUALIZED NOTICES WERE SERVED PURSUANT TO PROCEDURES APPROVED BY THE COURT:**

On January 7, 2022, the PFI Trust filed its *First Omnibus Objection to Claims (Non-Netted Investor Claim Superseded by UOA Claim)* [Docket No. 1068] (the "Omnibus Objection") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court"). [A full copy of the Omnibus Objection may be obtained at no cost, as provided below.]

By the Omnibus Objection, the PFI Trust seeks to disallow one or more of your Proof(s) of Claim on the grounds that: *the filed Claim did not incorporate applicable netting principles applicable to Investor Restitution Claims and was thereafter superseded by the Investor Restitution Claim (the "UOA Claim") calculated by FTI and served on the Claimant in connection with the investor claims*

*process approved by the Court. The PFI Trustee seeks disallowance of the filed Claim in favor of the remaining UOA Claim.*

**The PFI Trust has elected to extend the hearing date on the Objection from the originally-scheduled date of February 10, 2022, to March 3, 2022, at 10:30 a.m. (Pacific Time) (the "Omnibus Hearing"). As a result of the continuance of the Omnibus Hearing, your deadline to file a response has also been extended to February 17, 2022.**

The Omnibus Hearing will be conducted by videoconference. The courtroom will be closed. All parties who wish to appear at the Hearing should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you **DO NOT oppose** the disallowance or reduction of your Proof(s) of Claim, then you do NOT need to file a written response to the Omnibus Objection and you do NOT need to appear at the Hearing.

If you **DO oppose** the disallowance or reduction of your Proof(s) of Claim, then you MUST file a response (a "Response"), in writing, with the Bankruptcy Court, and serve it on the counsel for the PFI Trust at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on February 17, 2022**. **The relief requested in the Omnibus Objection may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.**

Any Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which you will reply in opposing the Omnibus Objection; (iv) a copy of any other documentation or other evidence of the Proof of Claim, to the extent not already included with the Proof of Claim, upon which you will rely in opposing the Omnibus Objection at the hearing; (v) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow or reduce your Proof(s) of Claim, then the PFI Trust will still have the right to object to your Proof(s) of Claim on other grounds at a later date. You will receive a separate notice of any such objection.

Copies of the complete Omnibus Objection and other pleadings and documents identified herein can be viewed and/or obtained by: (i) free download from on the Debtors' approved notice and claim agent's website at https:// https://www.donlinrecano.com/pfi; (ii) accessing the Bankruptcy

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  Court's website at http://www.canb.uscourts.gov [PACER account required], or (iii) by mail (for free)
2  by calling Donlin Recano at 1-877-283-0316 (Toll Free) and asking to have a complete copy of the
   Omnibus Objection, including all Exhibits mailed to you, or by email at pfiinfo@donlinrecano.com
3  requesting copies of the Omnibus Objection, including all Exhibits.

4  Dated:    January 26, 2022            PACHULSKI STANG ZIEHL & JONES LLP

5                                        By    */s/ John D. Fiero*
6                                              Debra I. Grassgreen
                                                John D. Fiero
7                                               Cia H. Mackle

8                                               Attorneys for Michael I. Goldberg,
                                                Trustee of the PFI Trust

# EXHIBIT 1

| | | |
|---|---|---|
| ALTHUIZEN FAMILY TRUST, JOHN ALTHUIZEN AND JEANNE ALTHUIZEN TTEES, C/O FARLEY LAW OFFICES ATTN: MARGARET M. FARLEY 101 LUCAS VALLEY RD STE 160 SAN RAFAEL, CA 94903 | ANODEA, JUDITH 28 ANTON WAY NOVATO, CA 94945 | ARDON, ANA MARIA 11 HARBOR DR NOVATO, CA 94945 |
| BABAZADEH, NATHALIE 2611 BROOKS AVE EL CERRITO, CA 94530 | BABBITT, PAUL 5331 EUNICE ST ROHNERT PARK, CA 94928 | BABBITT, PAUL 5574 KENNEDY PLACE ROHNERT PARK, CA 94928 |
| BERLING, ROBERT 2204 LAGUNA VISTA DR NOVATO, CA 94945 | BOOTH, LINDA 5925 BLACK BEAR RD WEED, CA 96094 | BRADY, DAVID CLAYTON 985 ALAEA ST MAKAWAO, HI 96768 |
| BRADY, DAVID CLAYTON 7800 DUCHARME AVENUE LAS VEGAS, NV 89145-4949 | CALES, DONNA 101 EAST COLONIAL CT ROSEVILLE, CA 95661 | CAREDIS, JON, A/K/A LACONIA INVESTMENTS 6275 W. ELDORA AVE LAS VEGAS, NV 89146 |
| COLE, RICHARD G TTEE OF MIRIAN C CLARK FAMILY, TRUST BBO ANTHONY CLARK 6700 BERRYHILL CRT FORESTVILLE, CA 95436 | COLE, RICHARD G AND ALETA J DRUMMOND TTEE OF THE DRUMMOND COLE FAMILY TRUST DTD 8/13/98 6793 BERRYHILL CT FORESTVILLE, CA 95436 | COLE, RICHARD G AND JAN L COLE, TTEES OF THE STANLEY COLE DECEDENT TRUST 6700 BERRYHILL CT FORESTVILLE, CA 95436 |
| COLE, RICHARD G TRUSTEE OF MIRIAM C CLARK, FAMILY TRUST FBO TERESA CLARK C/O RICHARD G COLE 6700 BERRYHILL CT FORESTVILLE, CA 95436 | COLE, RICHARD G TTEE OF THE COLE MARITAL TRUST 6700 BERRYHILL CT FORESTVILLE, CA 95436 | COLE, RICHARD G TTEE OF THE COLE SURVIVOR TRUST ESTABLISHED UNDER TRUST AGREEMENT DTD 5/25/89 6700 BERRYHILL CT FORESTVILLE, CA 95436 |
| CORZINE, STANLEY 1155 11TH STREET, #3 MANHATTAN BEACH, CA 90266 | CRUZ, FRANCISCO 11 HARBOR DR NOVATO, CA 94945 | DENNEY, PENNY PO BOX 505 GOLD BEACH, OR 97444 |
| DODT, DAN 1556 REVERE AVE SAN FRANCISCO, CA 94124 | DOERING / GLADSTONE TRUST PO BOX 1251 GUALALA, CA 95445-1251 | DONEGAN, LAWRENCE C & SHERRI J 43 SUGARBUSH CT OAKLEY, CA 94561 |

| | | |
|---|---|---|
| EWING, HAROLD JESSE<br>45321 SEQUOIA RD<br>GUALALA, CA 95445 | FINDLAY, KIRSTEN, THE KIRSTEN FINDLAY REVOCABLE LIVING TRUST<br>2220 CURTIS ST<br>BERKELEY, CA 94702 | FREDERICKSON, ANDREA<br>4902 W. COUNTRY GABLES DRIVE<br>GLENDALE, AZ 85306 |
| FREDERICKSON, ANDREA<br>3723 W. MONTE CRISTO<br>PHOENIX, AZ 85053-3700 | FRIEDMAN, JUDITH<br>PO BOX 131<br>SONOMA, CA 95476 | GILLIHAN, ANDREW THOMAS<br>2701 NW 13TH ST<br>REDMOND, OR 97756 |
| GREASON, ELIZABETH<br>1421 BUTTERFIELD RD<br>SAN ANSELMO, CA 94960 | HALL, LAUREN CHRISTINE, TRUSTEE OF THE KATHRYN WILLIAMS STEWART TRUST<br>C/O HOPKINS AND CARLEY<br>ATTN: MONIQUE JEWETT-BREWSTER<br>70 S. 1ST STREET<br>SAN JOSE, CA 95113 | HALLIN, KATHLEEN<br>430 ESTADO WAY<br>NOVATO, CA 94945 |
| HAYDON, SHANTI<br>8604 W 84TH ST<br>OVERLAND PARK, KS 66212 | HOLTZ, ROBERT H<br>1259 ROYAL OAK TER, APT. A<br>NOVATO, CA 94947 | ILLIEN, HENRI<br>2220 CURTIS ST<br>BERKELEY, CA 94702 |
| ITO, MOMOKO<br>5673 KELSEY PLACE<br>ROHNERT PARK, CA 94928-5012 | ITO, MOMOKO<br>5574 KENNEDY PLACE<br>ROHNERT PARK, CA 94928 | JACKSON, ELLEN M<br>MTC #34750<br>10 JEANNETTE PRANDI WAY, APT. 101<br>SAN RAFAEL, CA 94903 |
| JACKSON, SUNNY<br>1200 HAGEMANN LN<br>ROHNERT PARK, CA 94928 | LARUSSO, SANDRA KRUSE<br>1713 MANZANITA DR<br>PETALUMA, CA 94954 | LEONARDI-HOLZAPFEL, JULIA<br>4020 SHADOWHILL DR<br>SANTA ROSA, CA 95404 |
| LEONARDI-HOLZAPFEL, JULIA<br>2415 ORLEANS STREET<br>SANTA ROSA, CA 95403 | LI, VALENCE WAN YU<br>1190 NEILSON ST<br>ALBANY, CA 94706 | MAZAR FAMILY LIVING TRUST, WALTER OR VIVIAN MAZAR<br>801 QUAIL DR<br>MCALESTER, OK 74501 |
| MCKEE, BENJAMIN<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GUBNER<br>21650 OXNARD ST., STE. 500<br>WOODLAND HILLS, CA 91367 | MEMISEVIC, ALAN PERSONAL REPRESENTATIVE, MIDHAT MEMISEVIC<br>345 WASHINGTON ST<br>VALLEJO, CA 94590 | MENEFEE, CURT<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GUBNER<br>21650 OXNARD ST, STE 500<br>WOODLAND HILLS, CA 91367 |

Case: 20-30604   Doc# 1103   Filed: 01/26/22   Entered: 01/26/22 15:51:53   Page 5 of 7

| | | |
|---|---|---|
| MERRON, KEITH<br>LEADERSHIP PATHWAYS<br>110 GLEN PARK AVE<br>SAN RAFAEL, CA 94901 | MORA, JUAN C<br>35 WALNUT CIRCLE<br>ROHNERT PARK, CA 94928 | MUZICK, TERESA<br>P O BOX 3729<br>OAKLAND, CA 94609 |
| NANTEL, VIVIANNE<br>107 DEER HOLLOW RD<br>SAN ANSELMO, CA 94960 | PERRY, JANTJE J<br>18 MARGARITA TERRACE<br>NOVATO, CA 94947 | PETRINI, SHERRY LYNN SPECIAL NEEDS TRUST, ATTN: SYDNEY E. FAIRBAIRN, ESQ.<br>269 POSADA DEL SOL<br>NOVATO, CA 94949 |
| PYSAREVA, IRYNA<br>13518 NOBILIO ST<br>VENICE, FL 34293 | PYSAREVA, IRYNA<br>2333 SUNSET DRIVE, H-36<br>BRADENTON, FL 34207 | REED, GWYN L<br>1433 SUNDALE RD<br>EL CAJON, CA 92019-9201 |
| REINHARDT, ELKE<br>REINHARDT, CHERYL<br>371 EL FAISAN DR<br>SAN RAFAEL, CA 94903 | REVELLE, THOMAS W<br>2939 AINA LANI DRIVE<br>MAKAWAO, HI 96768-9676 | REYNOLDS, MATTHEW<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 |
| RIENECKER, DEAN<br>1713 MANZANITA DR<br>PETALUMA, CA 94954 | RMJ WILSON FAMILY LLC<br>ATTN: ROBERT WILSON JR.<br>2850 CAZADERO DR<br>CARLSBAD, CA 92009 | RMJ WILSON FAMILY LLC<br>ATTN: ROBERT WILSON JR.<br>162 DEL MAR SHORES TERRACE<br>SOLANO BEACH, CA 92075 |
| ROJAS, GEOFFREY R<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST STE 500<br>WOODLAND HILLS, CA 91367 | RUSSELL, EDWARD AND LISA, ALAN W ZIFF TRUST<br>ALAN W ZIFF TRUST<br>ATTN: ALAN W ZIFF<br>2349 HILLTOP CT<br>SANTA ROSA, CA 95404 | RUSSELL, EDWARD AND LISA<br>543 VISITACION AVENUE<br>SAN FRANCISCO, CA 94134 |
| SALO, CHRISTY<br>380 LAUREL STREET<br>WILLITS, CA 95490 | SCHILD, ROBIN L<br>814 CARMEL AVE<br>ALBANY, CA 94706-9470 | SCHWARTZ, JEFFREY AND MARNIE NIEVES<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 |

| | | |
|---|---|---|
| SEAGO, JOHN<br>50 FRANSON ROAD<br>PORT ANGELES, WA 98362-9106 | SEIPP TRUST, MICHELE SEIPP<br>PO BOX 5195<br>BEVERLY HILLS, CA 90209 | SERMON, DANIEL WAYNE<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 |
| SERMON, TAYLOR N<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 | SHI, WEN OR FUYUAN SHI<br>1910 BUCKINGHAM LANE<br>PETALUMA, CA 94954 | |
| SIMKO, NOREEN<br>PO BOX 276<br>MILL VALLEY, CA 94942 | SOLOMON, EVE GERSON TRUST<br>C/O EVE GERSON TRUSTEE<br>2528 GREENWICH ST<br>SAN FRANCISCO, CA 94123 | TRA 401K PENSION PLAN,<br>C/O THEODORE REICH<br>23 KATRINA LN<br>SAN ANSELMO, CA 94960 |
| TURNER, POPE<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 | UJLAKI, PETER<br>1-18 YAMA-ASHIYA-CHO<br>ASHIYA HYOGO, 659-0082<br>JAPAN | VASCONCELLOS, THOMAS J AND JOAN A VASCONCELLOS<br>9489 VINECREST ROAD<br>WINDSOR, CA 95492 |
| VOGL, HANS PAUL<br>C/O FRANCES BENNETT WILLIAMS, POA<br>12 MILLWOOD CT<br>SAN RAFAEL, CA 94901 | WHITEHURST, JOSIE T<br>2863 PENNYROYAL DR<br>CHICO, CA 95928 | WILSON, SUSAN<br>10 JEANNETTE PRANDI WAY, #302<br>SAN RAFAEL, CA 94903-9490 |