Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>                Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, San Francisco, California 94105-1020.

On **January 26, 2022**, I caused to be served the following documents in the manners stated below:

- *Notice of Rescheduled Hearing and Updated Response Deadline With Respect to First Omnibus Objection to Claims*

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **January 26, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☑ | (BY U.S. FIRST CLASS MAIL) On **January 26, 2022,** I caused to be served the above-described document by U.S. First Class Mail to the parties indicated on the attached service list at the indicated address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **January 26, 2022** at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**VIA ECF/NEF List**

- **David W. Baddley**  baddleyd@sec.gov
- **Jared A. Day**  jared.a.day@usdoj.gov
- **Terri H. Didion**  terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- **Darya Sara Druch**  ecf@daryalaw.com, Druch.DaryaR108463@notify.bestcase.com
- **Cecily Ann Dumas**  cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Sydney E. Fairbairn**  S.E.Fairbairn@att.net, waqar@realestatelawpartners.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Bryan T. Glover**  bryan.glover@stoel.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutinjones.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Mitchell B. Greenberg**  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Thomas P. Griffin**  tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- **Cameron M. Gulden**  cameron.m.gulden@usdoj.gov
- **Ryan A. Henderson**  Ryan@weltyweaver.com
- **A. Kenneth Hennesay**  khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Robbin L. Itkin**  ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- **John L. Jones**  JJones@chwlaw.us, JLJones2@outlook.com
- **Ivan L. Kallick**  ikallick@manatt.com
- **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Ivo Keller**  ivo@ssllawfirm.com
- **Jeannie Kim**  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Matthew Ryan Klinger**  mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Ian S. Landsberg**  ian@landsberg-law.com
- **Richard A. Lapping**  rich@trodellalapping.com
- **Adam A. Lewis**  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Mark A. Lightner**  MLightner@mofo.com
- **Mitchell B Ludwig**  mbl@kpclegal.com
- **Patricia H. Lyon**  phlyon@frenchlyontang.com, mwoodward@frenchandlyon.com
- **J. Barrett Marum**  bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Kevin Scott McClelland**  kevin.mcclelland@kirkland.com
- **Christopher M. McDermott**  ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **H. Mark Mersel**  mark.mersel@bclplaw.com, ginny.hamel@bclplaw.com
- **Dennis D. Miller**  dmiller@lubinolson.com
- **Kevin Harvey Morse**  kmorse@clarkhill.com
- **Thomas G. Mouzes**  tmouzes@boutininc.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **R. Gibson Pagter**  gibson@ppilawyers.com
- **Joshua K. Partington**  jpartington@swlaw.com, jadair@swlaw.com
- **Eric S. Pezold**  epezold@swlaw.com, knestuk@swlaw.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Debra A. Riley**  driley@allenmatkins.com, bcrfilings@allenmatkins.com
- **Gregory A. Rougeau**  grougeau@brlawsf.com
- **Spencer P. Scheer**  sscheer@scheerlawgroup.com
- **Nathan A. Schultz**  nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Steven Serajeddini**  steven.serajeddini@kirkland.com
- **Michael A. Sweet**  msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Reilly Wilkinson**  rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Thomas A. Woods**  thomas.woods@stoel.com, sheila.brown@stoel.com
- **David R. Zaro**  dzaro@allenmatkins.com, mdiaz@allenmatkins.com

| | | |
|---|---|---|
| ALTHUIZEN FAMILY TRUST, JOHN ALTHUIZEN AND JEANNE ALTHUIZEN TTEES, C/O FARLEY LAW OFFICES ATTN: MARGARET M. FARLEY 101 LUCAS VALLEY RD STE 160 SAN RAFAEL, CA 94903 | ANODEA, JUDITH 28 ANTON WAY NOVATO, CA 94945 | ARDON, ANA MARIA 11 HARBOR DR NOVATO, CA 94945 |
| BABAZADEH, NATHALIE 2611 BROOKS AVE EL CERRITO, CA 94530 | BABBITT, PAUL 5331 EUNICE ST ROHNERT PARK, CA 94928 | BABBITT, PAUL 5574 KENNEDY PLACE ROHNERT PARK, CA 94928 |
| BERLING, ROBERT 2204 LAGUNA VISTA DR NOVATO, CA 94945 | BOOTH, LINDA 5925 BLACK BEAR RD WEED, CA 96094 | BRADY, DAVID CLAYTON 985 ALAEA ST MAKAWAO, HI 96768 |
| BRADY, DAVID CLAYTON 7800 DUCHARME AVENUE LAS VEGAS, NV 89145-4949 | CALES, DONNA 101 EAST COLONIAL CT ROSEVILLE, CA 95661 | CAREDIS, JON, A/K/A LACONIA INVESTMENTS 6275 W. ELDORA AVE LAS VEGAS, NV 89146 |
| COLE, RICHARD G TTEE OF MIRIAN C CLARK FAMILY, TRUST BBO ANTHONY CLARK 6700 BERRYHILL CRT FORESTVILLE, CA 95436 | COLE, RICHARD G AND ALETA J DRUMMOND TTEE OF THE DRUMMOND COLE FAMILY TRUST DTD 8/13/98 6793 BERRYHILL CT FORESTVILLE, CA 95436 | COLE, RICHARD G AND JAN L COLE, TTEES OF THE STANLEY COLE DECEDENT TRUST 6700 BERRYHILL CT FORESTVILLE, CA 95436 |
| COLE, RICHARD G TRUSTEE OF MIRIAM C CLARK, FAMILY TRUST FBO TERESA CLARK C/O RICHARD G COLE 6700 BERRYHILL CT FORESTVILLE, CA 95436 | COLE, RICHARD G TTEE OF THE COLE MARITAL TRUST 6700 BERRYHILL CT FORESTVILLE, CA 95436 | COLE, RICHARD G TTEE OF THE COLE SURVIVOR TRUST ESTABLISHED UNDER TRUST AGREEMENT DTD 5/25/89 6700 BERRYHILL CT FORESTVILLE, CA 95436 |
| CORZINE, STANLEY 1155 11TH STREET, #3 MANHATTAN BEACH, CA 90266 | CRUZ, FRANCISCO 11 HARBOR DR NOVATO, CA 94945 | DENNEY, PENNY PO BOX 505 GOLD BEACH, OR 97444 |
| DODT, DAN 1556 REVERE AVE SAN FRANCISCO, CA 94124 | DOERING / GLADSTONE TRUST PO BOX 1251 GUALALA, CA 95445-1251 | DONEGAN, LAWRENCE C & SHERRI J 43 SUGARBUSH CT OAKLEY, CA 94561 |
| EWING, HAROLD JESSE 45321 SEQUOIA RD GUALALA, CA 95445 | FINDLAY, KIRSTEN, THE KIRSTEN FINDLAY REVOCABLE LIVING TRUST 2220 CURTIS ST BERKELEY, CA 94702 | FREDERICKSON, ANDREA 4902 W. COUNTRY GABLES DRIVE GLENDALE, AZ 85306 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| FREDERICKSON, ANDREA<br>3723 W. MONTE CRISTO<br>PHOENIX, AZ 85053-3700 | FRIEDMAN, JUDITH<br>PO BOX 131<br>SONOMA, CA 95476 | GILLIHAN, ANDREW THOMAS<br>2701 NW 13TH ST<br>REDMOND, OR 97756 |
| GREASON, ELIZABETH<br>1421 BUTTERFIELD RD<br>SAN ANSELMO, CA 94960 | HALL, LAUREN CHRISTINE, TRUSTEE OF THE KATHRYN WILLIAMS STEWART TRUST<br>C/O HOPKINS AND CARLEY<br>ATTN: MONIQUE JEWETT-BREWSTER<br>70 S. 1ST STREET<br>SAN JOSE, CA 95113 | HALLIN, KATHLEEN<br>430 ESTADO WAY<br>NOVATO, CA 94945 |
| HAYDON, SHANTI<br>8604 W 84TH ST<br>OVERLAND PARK, KS 66212 | HOLTZ, ROBERT H<br>1259 ROYAL OAK TER, APT. A<br>NOVATO, CA 94947 | ILLIEN, HENRI<br>2220 CURTIS ST<br>BERKELEY, CA 94702 |
| ITO, MOMOKO<br>5673 KELSEY PLACE<br>ROHNERT PARK, CA 94928-5012 | ITO, MOMOKO<br>5574 KENNEDY PLACE<br>ROHNERT PARK, CA 94928 | JACKSON, ELLEN M<br>MTC #34750<br>10 JEANNETTE PRANDI WAY, APT. 101<br>SAN RAFAEL, CA 94903 |
| JACKSON, SUNNY<br>1200 HAGEMANN LN<br>ROHNERT PARK, CA 94928 | LARUSSO, SANDRA KRUSE<br>1713 MANZANITA DR<br>PETALUMA, CA 94954 | LEONARDI-HOLZAPFEL, JULIA<br>4020 SHADOWHILL DR<br>SANTA ROSA, CA 95404 |
| LEONARDI-HOLZAPFEL, JULIA<br>2415 ORLEANS STREET<br>SANTA ROSA, CA 95403 | LI, VALENCE WAN YU<br>1190 NEILSON ST<br>ALBANY, CA 94706 | MAZAR FAMILY LIVING TRUST, WALTER OR VIVIAN MAZAR<br>801 QUAIL DR<br>MCALESTER, OK 74501 |
| MCKEE, BENJAMIN<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GUBNER<br>21650 OXNARD ST., STE. 500<br>WOODLAND HILLS, CA 91367 | MEMISEVIC, ALAN PERSONAL REPRESENTATIVE, MIDHAT MEMISEVIC<br>345 WASHINGTON ST<br>VALLEJO, CA 94590 | MENEFEE, CURT<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 |
| MERRON, KEITH<br>LEADERSHIP PATHWAYS<br>110 GLEN PARK AVE<br>SAN RAFAEL, CA 94901 | MORA, JUAN C<br>35 WALNUT CIRCLE<br>ROHNERT PARK, CA 94928 | MUZICK, TERESA<br>P O BOX 3729<br>OAKLAND, CA 94609 |
| NANTEL, VIVIANNE<br>107 DEER HOLLOW RD<br>SAN ANSELMO, CA 94960 | PERRY, JANTJE J<br>18 MARGARITA TERRACE<br>NOVATO, CA 94947 | PETRINI, SHERRY LYNN SPECIAL NEEDS TRUST, ATTN: SYDNEY E. FAIRBAIRN, ESQ.<br>269 POSADA DEL SOL<br>NOVATO, CA 94949 |

CERTIFICATE OF SERVICE

5

| | | |
|---|---|---|
| PYSAREVA, IRYNA<br>13518 NOBILIO ST<br>VENICE, FL 34293 | PYSAREVA, IRYNA<br>2333 SUNSET DRIVE, H-36<br>BRADENTON, FL 34207 | REED, GWYN L<br>1433 SUNDALE RD<br>EL CAJON, CA 92019-9201 |
| REINHARDT, ELKE<br>REINHARDT, CHERYL<br>371 EL FAISAN DR<br>SAN RAFAEL, CA 94903 | REVELLE, THOMAS W<br>2939 AINA LANI DRIVE<br>MAKAWAO, HI 96768-9676 | REYNOLDS, MATTHEW<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 |
| RIENECKER, DEAN<br>1713 MANZANITA DR<br>PETALUMA, CA 94954 | RMJ WILSON FAMILY LLC<br>ATTN: ROBERT WILSON JR.<br>2850 CAZADERO DR<br>CARLSBAD, CA 92009 | RMJ WILSON FAMILY LLC<br>ATTN: ROBERT WILSON JR.<br>162 DEL MAR SHORES TERRACE<br>SOLANO BEACH, CA 92075 |
| ROJAS, GEOFFREY R<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST STE 500<br>WOODLAND HILLS, CA 91367 | RUSSELL, EDWARD AND LISA, ALAN W ZIFF TRUST<br>ALAN W ZIFF TRUST<br>ATTN: ALAN W ZIFF<br>2349 HILLTOP CT<br>SANTA ROSA, CA 95404 | RUSSELL, EDWARD AND LISA<br>543 VISITACION AVENUE<br>SAN FRANCISCO, CA 94134 |
| SALO, CHRISTY<br>380 LAUREL STREET<br>WILLITS, CA 95490 | SCHILD, ROBIN L<br>814 CARMEL AVE<br>ALBANY, CA 94706-9470 | SCHWARTZ, JEFFREY AND MARNIE NIEVES<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 |
| SEAGO, JOHN<br>50 FRANSON ROAD<br>PORT ANGELES, WA 98362-9106 | SEIPP TRUST, MICHELE SEIPP<br>PO BOX 5195<br>BEVERLY HILLS, CA 90209 | SERMON, DANIEL WAYNE<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 |
| SERMON, TAYLOR N<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 | SHI, WEN OR FUYUAN SHI<br>1910 BUCKINGHAM LANE<br>PETALUMA, CA 94954 | |
| SIMKO, NOREEN<br>PO BOX 276<br>MILL VALLEY, CA 94942 | SOLOMON, EVE GERSON TRUST<br>C/O EVE GERSON TRUSTEE<br>2528 GREENWICH ST<br>SAN FRANCISCO, CA 94123 | TRA 401K PENSION PLAN,<br>C/O THEODORE REICH<br>23 KATRINA LN<br>SAN ANSELMO, CA 94960 |

CERTIFICATE OF SERVICE

| TURNER, POPE<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 | UJLAKI, PETER<br>1-18 YAMA-ASHIYA-CHO<br>ASHIYA HYOGO, 659-0082<br>JAPAN | VASCONCELLOS, THOMAS J AND JOAN A VASCONCELLOS<br>9489 VINECREST ROAD<br>WINDSOR, CA 95492 |
|---|---|---|
| VOGL, HANS PAUL<br>C/O FRANCES BENNETT WILLIAMS, POA<br>12 MILLWOOD CT<br>SAN RAFAEL, CA 94901 | WHITEHURST, JOSIE T<br>2863 PENNYROYAL DR<br>CHICO, CA 95928 | WILSON, SUSAN<br>10 JEANNETTE PRANDI WAY, #302<br>SAN RAFAEL, CA 94903-9490 |