Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>　　　　　　　　　Debtors. | Case No. 20-30604<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF RESCHEDULED HEARING AND UPDATED RESPONSE DEADLINE WITH RESPECT TO SECOND OMNIBUS OBJECTION TO CLAIMS**<br><br>Date:　　March 3, 2022<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Hannah L. Blumenstiel<br>Place:　　Telephonic/Video Appearances Only |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL AND CLAIMANTS ON EXHIBIT 1 HERETO FOR WHOM INDIVIDUALIZED NOTICES WERE SERVED PURSUANT TO PROCEDURES APPROVED BY THE COURT:**

On January 7, 2021, the PFI Trust filed its *Second Omnibus Objection to Claims (Non-Netted Investor Claim Superseded by UOA Claim)* [Docket No. 1070] (the "<u>Omnibus Objection</u>") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "<u>Bankruptcy Court</u>"). [A full copy of the Omnibus Objection may be obtained at no cost, as provided below.]

By the Omnibus Objection, the PFI Trust seeks to disallow one or more of your Proof(s) of Claim on the grounds that the Proof(s) of Claim is: *the filed Claim did not incorporate applicable netting principles applicable to Investor Restitution Claims and was superseded by the Investor Restitution Claim (the "<u>UOA Claim</u>") calculated by FTI and served on the Claimant in connection*

*with the investor claims process approved by the Court. The PFI Trustee seeks disallowance of the filed Claim in favor of the remaining UOA Claim.*

**The PFI Trust has elected to extend the hearing date on the Objection from the originally-scheduled date of February 10, 2022, to March 3, 2022, at 10:30 a.m. (Pacific Time) (the "Omnibus Hearing"). As a result of the continuance of the Omnibus Hearing, your deadline to file a response has also been extended to February 17, 2022.**

The Omnibus Hearing will be conducted by videoconference. The courtroom will be closed. All parties who wish to appear at the Hearing should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you **DO NOT oppose** the disallowance or reduction of your Proof(s) of Claim, then you do NOT need to file a written response to the Omnibus Objection and you do NOT need to appear at the Hearing.

If you **DO oppose** the disallowance or reduction of your Proof(s) of Claim, then you MUST file a response (a "Response"), in writing, with the Bankruptcy Court, and serve it on the counsel for the PFI Trust at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on February 17, 2022**. **The relief requested in the Omnibus Objection may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.**

Any Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection, including, without limitation, the specific factual and legal bases upon which you will reply in opposing the Omnibus Objection; (iv) a copy of any other documentation or other evidence of the Proof of Claim, to the extent not already included with the Proof of Claim, upon which you will rely in opposing the Omnibus Objection at the hearing; (v) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow or reduce your Proof(s) of Claim, then the PFI Trust will still have the right to object to your Proof(s) of Claim on other grounds at a later date. You will receive a separate notice of any such objection.

Copies of the complete Omnibus Objection and other pleadings and documents identified herein can be viewed and/or obtained by: (i) free download from on the Debtors' approved notice and claim agent's website at https:// https://www.donlinrecano.com/pfi; (ii) accessing the Bankruptcy

DOCS_SF:106678.2 70041/002 -2-

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Court's website at http://www.canb.uscourts.gov [PACER account required], or (iii) by mail (for free) by calling Donlin Recano at 1-877-283-0316 (Toll Free) and asking to have a complete copy of the Omnibus Objection, including all Exhibits mailed to you, or by email at pfiinfo@donlinrecano.com requesting copies of the Omnibus Objection, including all Exhibits.

Dated: January 26, 2022     PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ John D. Fiero*
     Debra I. Grassgreen
     John D. Fiero
     Cia H. Mackle

     Attorneys for Michael I. Goldberg,
     Trustee of the PFI Trust

**EXHIBIT 1**

| | | |
|---|---|---|
| BECKER, JOHN A<br>1400 GEARY BLVD., APT. 1902<br>SAN FRANCISCO, CA 94109 | BERLING, RYAN<br>2045 EMERALD ST., # 2<br>SAN DIEGO, CA 92109-9210 | BURKE, LISA FULTON<br>C/O M LEWIS HALL III, ESQ.<br>7680 SANTA MARGHERITA WAY<br>NAPLES, FL 34109 |
| BURKE, LISA FULTON<br>C/O WILLIAMS PARKER HARRISON, ET AL.<br>ATTN: M LEWIS HALL III, ESQ.<br>200 SOUTH ORANGE AVENUE<br>SARASOTA, FL 34236 | CRAIG CERNEY TRUST<br>C/O AMALEE BERGLUND BOOKKEEPER<br>1020 KINGSTON RD., APT #1F<br>MT SHASTA, CA 96067 | CRAIG CERNEY TRUST<br>C/O DIANA MORRIS/JUDY A. MORGAN,<br>JOINT TRUSTEES<br>5327 LAKE SHASTINA DRIVE<br>WEED, CA 96094 |
| FADEM, BARRY<br>920 DIABLO DRIVE<br>LAFAYETTE, CA 94549 | FADEM, BARRY<br>C/O FOX ROTHSCHILD LLP<br>MICHAEL SWEET<br>345 CALIFORNIA ST., STE. 2200<br>SAN FRANCISCO, CA 94104 | REBECCA D FLEISCHER<br>269 SPANISH FLAG WAY<br>SONOMA, CA 95476 |
| SCOTT FORER<br>1720 SONOMA AVE<br>BERKELEY, CA 94707 | SCOTT FORER<br>6400 CHRISTIE AVENUE, UNIT 2107<br>EMERYVILLE, CA 94608 | JIN, ZHONG<br>1910 BUCKINGHAM LANE<br>PETALUMA, CA 94954 |
| JIN, ZHONG<br>C/O ARMANINO LLP<br>ATTN: MICHAEL HOGAN, CRO<br>12657 ALCOSTA BLVD., SUITE 500<br>SAN RAMON, CA 94583 | KEITH, TERESA KAY<br>PO BOX 272<br>KELLOGG, ID 83837 | LASTRETO, PHILIP<br>911 ADORA CIRCLE<br>ROSEVILLE, CA 95678 |
| LEIVENBERG, BRUCE<br>4909 MORSE AVE.<br>SHERMAN OAKS, CA 91423 | LEIVENBERG, BRUCE<br>4909 MORSE AVENUE<br>SHERMAN OAKS, CA 91423 | MAGUIRE, VICTORIA<br>890 38TH AVENUE, # 111<br>SANTA CRUZ, CA 95062 |
| MAGUIRE, VICTORIA<br>PO BOX 1392<br>CAPITOLA, CA 95010-1392 | MARKEY, DOUGLAS TY<br>708 GRAVENSTEIN HWY N 52<br>SEBASTOPOL, CA 95472 | MARKEY, DOUGLAS TY<br>C/O FOX ROTHSCHILD LLP<br>ATTN: MICHAEL A SWEET<br>345 CALIFORNIA ST., STE 2200<br>SAN FRANCISCO, CA 94104 |
| MARKEY, DOUGLAS TY<br>4185 CHAPARRAL CT.<br>SANTA ROSA, CA 95409 | MARTIN, DANIEL<br>708 GRAVENSTEIN HWY N 52<br>SEBASTOPOL, CA 95472 | MARTIN, DANIEL<br>C/O FOX ROTHSCHILD LLP<br>ATTN: MICHAEL A SWEET<br>345 CALIFORNIA ST., STE 2200<br>SAN FRANCISCO, CA 94104 |

| | | |
|---|---|---|
| | ORLOFF, SUE G TRUST<br>340 COLEMAN DRIVE<br>SAN RAFAEL, CA 94901-9490 | PERRY SR, DANTE<br>412 N CLOVERDALE BLVD., #A<br>CLOVERDALE, CA 95425 |
| RABB, DAVID & MARY MICHAELS, CO TTEES<br>15 SAN MARCOS PLACE<br>SAN RAFAEL, CA 94901 | SCHAUMLEFFEL, JOHN AND DIANE<br>695 ORANGE AVENUE<br>NOVATO, CA 94945 | SERMON, JEFFREY LYNN<br>110 WEST 740 NORTH<br>AMERICAN FORK, UT 84003 |
| SERMON, IRA SVC TRUST CO., CFBO JEFF LYNN<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500 | SHERWOOD, LINDA<br>523 22ND AVENUE<br>SAN FRANCISCO, CA 94121 | SHERWOOD, LINDA<br>JACOBS, RANI<br>2487 MURDOCK DRIVE<br>SANTA ROSA, CA 95404 |
| SILVERMAN FAMILY TRUST<br>KENNETH SILVERMAN, TRUSTEE<br>204 CALLE DE LA SELVA<br>NOVATO, CA 94949 | TAYLOR, KAMURA<br>19589 PEPPERMINT FALLS ROAD<br>JAMESTOWN, CA 95327 | THOMAS, JUDITH A.<br>607 ELMIRA ROAD, #232<br>VACAVILLE, CA 95465 |
| TUBBS, KIMBERLY<br>10795 COUNTY ROAD, #197A<br>NATHROP, CO 81236 | | |