Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA  94105-1020
Telephone:     (415) 263-7000
Facsimile:      (415) 263-7010
E-mail:          dgrassgreen@pszjlaw.com
                    jfiero@pszjlaw.com
                    cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, San Francisco, California 94105-1020.

On **January 26, 2022**, I caused to be served the following documents in the manners stated below:

- *Notice of Rescheduled Hearing and Updated Response Deadline With Respect to Second Omnibus Objection to Claims*

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **January 26, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☑ | (BY U.S. FIRST CLASS MAIL) On **January 26, 2022,** I caused to be served the above-described document by U.S. First Class Mail to the parties indicated on the attached service list at the indicated address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **January 26, 2022** at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

**VIA ECF/NEF List**
- **David W. Baddley**  baddleyd@sec.gov
- **Jared A. Day**  jared.a.day@usdoj.gov
- **Terri H. Didion**  terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- **Darya Sara Druch**  ecf@daryalaw.com, Druch.DaryaR108463@notify.bestcase.com
- **Cecily Ann Dumas**  cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Sydney E. Fairbairn**  S.E.Fairbairn@att.net, waqar@realestatelawpartners.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Bryan T. Glover**  bryan.glover@stoel.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutinjones.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Mitchell B. Greenberg**  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Thomas P. Griffin**  tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- **Cameron M. Gulden**  cameron.m.gulden@usdoj.gov
- **Ryan A. Henderson**  Ryan@weltyweaver.com
- **A. Kenneth Hennesay**  khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Robbin L. Itkin**  ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- **John L. Jones**  JJones@chwlaw.us, JLJones2@outlook.com
- **Ivan L. Kallick**  ikallick@manatt.com
- **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Ivo Keller**  ivo@ssllawfirm.com
- **Jeannie Kim**  jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Matthew Ryan Klinger**  mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Ian S. Landsberg**  ian@landsberg-law.com
- **Richard A. Lapping**  rich@trodellalapping.com
- **Adam A. Lewis**  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Mark A. Lightner**  MLightner@mofo.com
- **Mitchell B Ludwig**  mbl@kpclegal.com
- **Patricia H. Lyon**  phlyon@frenchlyontang.com, mwoodward@frenchandlyon.com
- **J. Barrett Marum**  bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Kevin Scott McClelland**  kevin.mcclelland@kirkland.com
- **Christopher M. McDermott**  ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **H. Mark Mersel**  mark.mersel@bclplaw.com, ginny.hamel@bclplaw.com
- **Dennis D. Miller**  dmiller@lubinolson.com
- **Kevin Harvey Morse**  kmorse@clarkhill.com
- **Thomas G. Mouzes**  tmouzes@boutininc.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **R. Gibson Pagter**  gibson@ppilawyers.com
- **Joshua K. Partington**  jpartington@swlaw.com, jadair@swlaw.com
- **Eric S. Pezold**  epezold@swlaw.com, knestuk@swlaw.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Debra A. Riley**  driley@allenmatkins.com, bcrfilings@allenmatkins.com
- **Gregory A. Rougeau**  grougeau@brlawsf.com
- **Spencer P. Scheer**  sscheer@scheerlawgroup.com
- **Nathan A. Schultz**  nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Steven Serajeddini**  steven.serajeddini@kirkland.com
- **Michael A. Sweet**  msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Reilly Wilkinson**  rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Thomas A. Woods**  thomas.woods@stoel.com, sheila.brown@stoel.com
- **David R. Zaro**  dzaro@allenmatkins.com, mdiaz@allenmatkins.com

| | | |
|---|---|---|
| BECKER, JOHN A<br>1400 GEARY BLVD., APT. 1902<br>SAN FRANCISCO, CA 94109 | BERLING, RYAN<br>2045 EMERALD ST., # 2<br>SAN DIEGO, CA 92109-9210 | BURKE, LISA FULTON<br>C/O M LEWIS HALL III, ESQ.<br>7680 SANTA MARGHERITA WAY<br>NAPLES, FL 34109 |
| BURKE, LISA FULTON<br>C/O WILLIAMS PARKER HARRISON, ET AL.<br>ATTN: M LEWIS HALL III, ESQ.<br>200 SOUTH ORANGE AVENUE<br>SARASOTA, FL 34236 | CRAIG CERNEY TRUST<br>C/O AMALEE BERGLUND BOOKKEEPER<br>1020 KINGSTON RD., APT #1F<br>MT SHASTA, CA 96067 | CRAIG CERNEY TRUST<br>C/O DIANA MORRIS/JUDY A. MORGAN,<br>JOINT TRUSTEES<br>5327 LAKE SHASTINA DRIVE<br>WEED, CA 96094 |
| FADEM, BARRY<br>920 DIABLO DRIVE<br>LAFAYETTE, CA 94549 | FADEM, BARRY<br>C/O FOX ROTHSCHILD LLP<br>MICHAEL SWEET<br>345 CALIFORNIA ST., STE. 2200<br>SAN FRANCISCO, CA 94104 | REBECCA D FLEISCHER<br>269 SPANISH FLAG WAY<br>SONOMA, CA 95476 |
| SCOTT FORER<br>1720 SONOMA AVE<br>BERKELEY, CA 94707 | SCOTT FORER<br>6400 CHRISTIE AVENUE, UNIT 2107<br>EMERYVILLE, CA 94608 | JIN, ZHONG<br>1910 BUCKINGHAM LANE<br>PETALUMA, CA 94954 |
| JIN, ZHONG<br>C/O ARMANINO LLP<br>ATTN: MICHAEL HOGAN, CRO<br>12657 ALCOSTA BLVD., SUITE 500<br>SAN RAMON, CA 94583 | KEITH, TERESA KAY<br>PO BOX 272<br>KELLOGG, ID 83837 | LASTRETO, PHILIP<br>911 ADORA CIRCLE<br>ROSEVILLE, CA 95678 |
| LEIVENBERG, BRUCE<br>4909 MORSE AVE.<br>SHERMAN OAKS, CA 91423 | LEIVENBERG, BRUCE<br>4909 MORSE AVENUE<br>SHERMAN OAKS, CA 91423 | MAGUIRE, VICTORIA<br>890 38TH AVENUE, # 111<br>SANTA CRUZ, CA 95062 |
| MAGUIRE, VICTORIA<br>PO BOX 1392<br>CAPITOLA, CA 95010-1392 | MARKEY, DOUGLAS TY<br>708 GRAVENSTEIN HWY N 52<br>SEBASTOPOL, CA 95472 | MARKEY, DOUGLAS TY<br>C/O FOX ROTHSCHILD LLP<br>ATTN: MICHAEL A SWEET<br>345 CALIFORNIA ST., STE 2200<br>SAN FRANCISCO, CA 94104 |
| MARKEY, DOUGLAS TY<br>4185 CHAPARRAL CT.<br>SANTA ROSA, CA 95409 | MARTIN, DANIEL<br>708 GRAVENSTEIN HWY N 52<br>SEBASTOPOL, CA 95472 | MARTIN, DANIEL<br>C/O FOX ROTHSCHILD LLP<br>ATTN: MICHAEL A SWEET<br>345 CALIFORNIA ST., STE 2200<br>SAN FRANCISCO, CA 94104 |
| | ORLOFF, SUE G TRUST<br>340 COLEMAN DRIVE<br>SAN RAFAEL, CA 94901-9490 | PERRY SR, DANTE<br>412 N CLOVERDALE BLVD., #A<br>CLOVERDALE, CA 95425 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| RABB, DAVID & MARY MICHAELS, CO TTEES<br>15 SAN MARCOS PLACE<br>SAN RAFAEL, CA 94901 | SCHAUMLEFFEL, JOHN AND DIANE<br>695 ORANGE AVENUE<br>NOVATO, CA 94945 | SERMON, JEFFREY LYNN<br>110 WEST 740 NORTH<br>AMERICAN FORK, UT 84003 |
| SERMON, IRA SVC TRUST CO., CFBO JEFF LYNN<br>C/O BRUTZKUS GUBNER<br>ATTN: TALIN KESHISHIAN; STEVEN GRUBNER<br>21650 OXNARD ST., STE 500<br>WOODLAND HILLS, CA 91367 | SHERWOOD, LINDA<br>523 22ND AVENUE<br>SAN FRANCISCO, CA 94121 | SHERWOOD, LINDA<br>JACOBS, RANI<br>2487 MURDOCK DRIVE<br>SANTA ROSA, CA 95404 |
| SILVERMAN FAMILY TRUST<br>KENNETH SILVERMAN, TRUSTEE<br>204 CALLE DE LA SELVA<br>NOVATO, CA 94949 | TAYLOR, KAMURA<br>19589 PEPPERMINT FALLS ROAD<br>JAMESTOWN, CA 95327 | THOMAS, JUDITH A.<br>607 ELMIRA ROAD, #232<br>VACAVILLE, CA 95465 |
| TUBBS, KIMBERLY<br>10795 COUNTY ROAD, #197A<br>NATHROP, CO 81236 | | |