Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA 94105-1020
Telephone:      (415) 263-7000
Facsimile:       (415) 263-7010
E-mail:            dgrassgreen@pszjlaw.com
                      jfiero@pszjlaw.com
                      cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>                    Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

DOCS_SF:106680.2 70041/002                                                          CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | STATE OF CALIFORNIA )  |
| 2 | CITY OF SAN FRANCISCO ) |

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California.

I am over the age of 18 and not a party to the within action; my business address is One Market

Plaza, Spear Tower, 40th Floor, San Francisco, California 94105-1020.

On **January 26, 2022**, I caused to be served the following documents in the manners stated below:

- *Notice of Rescheduled Hearing and Updated Response Deadline With Respect to Third Omnibus Objection to Claims*

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **January 26, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
|---|---|
| ☑ | (BY U.S. FIRST CLASS MAIL) On **January 26, 2022,** I caused to be served the above-described document by U.S. First Class Mail to the parties indicated on the attached service list at the indicated address. |

I declare under penalty of perjury, under the laws of the State of California and the United

States of America that the foregoing is true and correct.

Executed on **January 26, 2022** at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**VIA ECF/NEF List**

- **David W. Baddley**    baddleyd@sec.gov
- **Jared A. Day**    jared.a.day@usdoj.gov
- **Terri H. Didion**    terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- **Darya Sara Druch**    ecf@daryalaw.com, Druch.DaryaR108463@notify.bestcase.com
- **Cecily Ann Dumas**    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Michael P. Esser**    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Sydney E. Fairbairn**    S.E.Fairbairn@att.net, waqar@realestatelawpartners.com
- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Bryan T. Glover**    bryan.glover@stoel.com
- **Mark A. Gorton**    mgorton@boutininc.com, cdomingo@boutinjones.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Mitchell B. Greenberg**    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Thomas P. Griffin**    tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- **Cameron M. Gulden**    cameron.m.gulden@usdoj.gov
- **Ryan A. Henderson**    Ryan@weltyweaver.com
- **A. Kenneth Hennesay**    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Robbin L. Itkin**    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- **John L. Jones**    JJones@chwlaw.us, JLJones2@outlook.com
- **Ivan L. Kallick**    ikallick@manatt.com
- **Ori Katz**    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Ivo Keller**    ivo@ssllawfirm.com
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Matthew Ryan Klinger**    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Ian S. Landsberg**    ian@landsberg-law.com
- **Richard A. Lapping**    rich@trodellalapping.com
- **Adam A. Lewis**    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Mark A. Lightner**    MLightner@mofo.com
- **Mitchell B Ludwig**    mbl@kpclegal.com
- **Patricia H. Lyon**    phlyon@frenchlyontang.com, mwoodward@frenchandlyon.com
- **J. Barrett Marum**    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Kevin Scott McClelland**    kevin.mcclelland@kirkland.com
- **Christopher M. McDermott**    ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **H. Mark Mersel**    mark.mersel@bclplaw.com, ginny.hamel@bclplaw.com
- **Dennis D. Miller**    dmiller@lubinolson.com
- **Kevin Harvey Morse**    kmorse@clarkhill.com
- **Thomas G. Mouzes**    tmouzes@boutininc.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**    roliner@duanemorris.com, dmicros@duanemorris.com
- **R. Gibson Pagter**    gibson@ppilawyers.com
- **Joshua K. Partington**    jpartington@swlaw.com, jadair@swlaw.com
- **Eric S. Pezold**    epezold@swlaw.com, knestuk@swlaw.com
- **Douglas B. Provencher**    dbp@provlaw.com
- **Debra A. Riley**    driley@allenmatkins.com, bcrfilings@allenmatkins.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Spencer P. Scheer**    sscheer@scheerlawgroup.com
- **Nathan A. Schultz**    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Steven Serajeddini**    steven.serajeddini@kirkland.com
- **Michael A. Sweet**    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- **John A. Vos**    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Reilly Wilkinson**    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Thomas A. Woods**    thomas.woods@stoel.com, sheila.brown@stoel.com
- **David R. Zaro**    dzaro@allenmatkins.com, mdiaz@allenmatkins.com

| | | |
|---|---|---|
| ARASTEHJOO, AKRAM<br>313 SANTA CLARA ST<br>IRVING, TX 75062 | | BURNS, JAMES<br>1 DEER HILL CT<br>MILL VALLEY, CA 94941-2467 |
| CARLSON, TOM<br>390 TENNESSEE AVE<br>MILL VALLEY, CA 94941 | DURAN, PETER<br>C/O BRIAN KEITH FARRIS<br>6125 W SUMAC AVENUE<br>LITTLETON, CO 80123 | |
| EPPARD, MARK<br>PO BOX 272<br>KELLOGG, ID 83837 | GOLDSTONE, URSULA<br>215 MAIN ST APT 302<br>SAUSALITO, CA 94965-2462 | GOLDSTONE, URSULA<br>C/O JERRY PETER GOLDSTONE<br>701 CROCUS DRIVE<br>SONOMA, CA 95476 |
| HENGST, JUNE<br>334 LOWELL AVE<br>MILL VALLEY, CA 94941 | LARUSSO, THOMAS<br>65423 TWEED RD<br>BEND, OR 97701 | MAHER, KAREN<br>8731 DESERT BROOK CIR<br>LAS VEGAS, NV 89149 |
| MAIO, LINDA<br>1732 BERKELEY WAY<br>BERKELEY, CA 94703 | MILLS, SUSAN ANN (SUSANNAH)<br>DECEASED ESTATE OF<br>C/O VIRGINIA JONES<br>1060 MCKENZIE RD<br>LAKE HELEN, FL 32744 | MILLS, SUSAN ANN<br>C/O DUANE R. MENTING, ESQ.<br>705 MAGNOLIA AVENUE<br>LARKSPUR, CA 94939 |
| NICOLI, JOSEPH<br>91 BOWMAN DRIVE NORTH<br>GREENWICH, CT 06831 | OSBORNE IV, ALLEN W<br>306 HUNTERS PT DRIVE<br>THOUSAND OAKS, CA 91361 | OSBORNE, LOIS<br>LOIS AND ALLEN W OSBORNE IV,<br>CO-TRUSTEES OF THE LOIS<br>212 QUAILS TRL<br>THOUSAND OAKS, CA 91361 |
| PANDEY, SANDHYA AND PURU<br>POORVA PANDEY<br>58 SAN BENITO WAY<br>NOVATO, CA 94945 | POLAN, JACK<br>CAROL POLAN<br>143 ALMENAR DR<br>GREENBRAE, CA 94904 | REFKIN, JESSICA AND ALEX REIF<br>JOINTLY<br>1063 JARRON PLAZA<br>CHULA VISTA, CA 91910 |
| RIZZO, JOSEPH ESTATE TRUST<br>C/O JOSEPH ANTHONY CASCIO,<br>TRUSTEE<br>3100 KRAMER LN #527<br>AUSTIN, TX 78758 | SCHLITT, JANET F TRUST<br>40 KNOB HILL ROAD<br>PO BOX 1108<br>PT REYES STATION, CA 94956 | SELLIN FAMILY TRUST<br>C/O WILLIAM AND DEVEREAU<br>SELLIN<br>405 E WILSON AVE<br>ORANGE, CA 92867 |
| SPELMAN, LAUREN<br>390 TENNESSEE AVE.<br>MILL VALLEY, CA 94951 | TAILWAGGER FOUNDATION OF<br>AMERICA, C/O LOIS OSBORNE<br>2252 CRAIG DRIVE<br>OXNARD, CA 93036 | WILLIS, CHARLES N FAMILY TRUST<br>JOAN WILLIS<br>67 JUNIPERO SERRA<br>SAN RAFAEL, CA 94951 |

CERTIFICATE OF SERVICE

4