Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PROFESSIONAL FINANCIAL INVESTORS, INC.**, a California corporation, et al.,<br><br>Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF MICHELLE HERMAN IN SUPPORT OF TRUSTEE'S SEVENTH OMNIBUS OBJECTION (SATISFIED SCHEDULED REAL ESTATE PROPERTY TAX CLAIMS)**<br><br>Date: March 17, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Place: Telephonic/Video Appearances Only |

I, Michelle Herman, declare:

1. I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), financial advisor to the PFI Trust and make this declaration of my own personal knowledge. If called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of the *PFI Trustee's Seventh Omnibus Objection (Satisfied Schedule Real Estate Property Tax Claims)* (the "Omnibus Objection"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

3. On May 13, 2021, the Debtors filed their amended schedules, which listed certain secured real estate taxes owed to governmental authorities. The Debtors' scheduled real estate tax obligations were paid during the pendency of the cases.

4. I have determined that each Claim on **Exhibit 1** should be disallowed because each is unenforceable against the Debtors under applicable law as the Claims have been satisfied and should therefore be disallowed and expunged from the claims registry in order to ensure that a double recovery is not received

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 10 day of February 2022 at Los Angeles, California.

*Michelle Herman*
───────────────────────
Michelle Herman