1  Debra I. Grassgreen (CA Bar No. 169978)
   John D. Fiero (CA Bar No. 136557)
2  Cia H. Mackle (admitted *pro hac vice*)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, CA 94111
4  Telephone:    (415) 263-7000
   Facsimile:    (415) 263-7010
5  E-mail:       dgrassgreen@pszjlaw.com
                 jfiero@pszjlaw.com
6                cmackle@pszjlaw.com

7  Counsel for Michael Goldberg, Trustee of the PFI Trust

8                 **UNITED STATES BANKRUPTCY COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11 In re:                                    Case No. 20-30604 (HLB)

12 **PROFESSIONAL FINANCIAL INVESTORS,**     (Jointly Administered)
   **INC.**, a California corporation, et al.,
13                                           Chapter 11
                  Debtors.
14                                           **DECLARATION OF MICHELLE**
                                             **HERMAN IN SUPPORT OF**
15                                           **TRUSTEE'S SEVENTH OMNIBUS**
                                             **OBJECTION (SATISFIED**
16                                           **SCHEDULED REAL ESTATE**
                                             **PROPERTY TAX CLAIMS)**
17
                                             Date:     March 17, 2022
18                                           Time:     10:00 a.m.
                                             Judge:    Hon. Hannah L. Blumenstiel
19                                           Place:    Telephonic/Video
                                                       Appearances Only
20

21 I, Michelle Herman, declare:

22         1.      I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), financial advisor to

23 the PFI Trust and make this declaration of my own personal knowledge. If called as a witness, I

24 could and would testify competently thereto.

25         2.      I make this declaration in support of the *PFI Trustee's Seventh Omnibus Objection*

26 *(Satisfied Schedule Real Estate Property Tax Claims)* (the "Omnibus Objection"). Capitalized terms

27 not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

3.      On May 13, 2021, the Debtors filed their amended schedules, which listed certain secured real estate taxes owed to governmental authorities.  The Debtors' scheduled real estate tax obligations were paid during the pendency of the cases.

4.      I have determined that each Claim on **Exhibit 1** should be disallowed because each is unenforceable against the Debtors under applicable law as the Claims have been satisfied and should therefore be disallowed and expunged from the claims registry in order to ensure that a double recovery is not received

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 10 day of February 2022 at Los Angeles, California.

Michelle Herman

_____
Michelle Herman