Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:     (415) 263-7000
Facsimile:     (415) 263-7010
E-mail:        dgrassgreen@pszjlaw.com
               jfiero@pszjlaw.com
               cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PROFESSIONAL FINANCIAL INVESTORS, INC.**, a California corporation, et al.,<br><br>Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF MICHELLE HERMAN IN SUPPORT OF TRUSTEE'S EIGHTH OMNIBUS OBJECTION (LATE FILED CLAIMS)**<br><br>Date:     March 17, 2022<br>Time:     10:00 a.m.<br>Judge:    Hon. Hannah L. Blumenstiel<br>Place:    Telephonic/Video<br>          Appearances Only |

I, Michelle Herman, declare:

      1.     I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), financial advisor to the PFI Trust and make this declaration of my own personal knowledge. If called as a witness, I could and would testify competently thereto.

      2.     I make this declaration in support of the *PFI Trustee's Eighth Omnibus Objection (Late Filed Claims)* (the "Omnibus Objection"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

3.      On April 19, 2021, the Court entered an order establishing May 13, 2021 as the last day for the filing of Proofs of Claim for all non-Investors, except that claims of governmental units against *certain* of the Debtors were subject to different deadlines [Docket No. 575].

4.      On April 22, 2021, each Claimant was served with the *Notice of Bar Dates for Filing Proofs of Claim for Non-Investors and Governmental Units* as reflected in the *Certificate of Service* [Docket No. 608].

5.      I have determined each of the Claims was filed after the applicable bar date.  If the Claims are not disallowed, the parties that filed these Proofs of Claims will receive an excessive recovery to the detriment of other stakeholders in these cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 10 day of February 2022 at Los Angeles, California.

Michelle Herman
_____
Michelle Herman

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2