Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
 jfiero@pszjlaw.com
 cmackle@pszjlaw.com

Counsel for Michael Goldberg, Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors. | Case No. 20-30604 (HLB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA )
 )
CITY OF SAN FRANCISCO )

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, San Francisco, California 94105-1020.

On **February 10, 2022**, I caused to be served the following documents in the manners stated below:

- *PFI Trustee's Objection to Claim Filed by Beatrice E. Benjamin (Claim No. 366)*
- *Declaration of Cia H. Mackle in Support of PFI Trustee's Objection to Claim Filed by Beatrice E. Benjamin (Claim No. 366)*

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **February 10, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
|---|---|

On **February 11, 2022**, I caused to be served the following documents in the manners stated below:

- *Notice of Hearing on PFI Trustee's Objection to Claim Filed by Beatrice E. Benjamin (Claim No. 366)*

 TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **February 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

On **February 11, 2022**, I caused to be served the following documents in the manners stated below:

- *PFI Trustee's Objection to Claim Filed by Beatrice E. Benjamin (Claim No. 366)*
- *Declaration of Cia H. Mackle in Support of PFI Trustee's Objection to Claim Filed by Beatrice E. Benjamin (Claim No. 366)*
- *Notice of Hearing on PFI Trustee's Objection to Claim Filed by Beatrice E. Benjamin (Claim No. 366)*

 (BY U.S. FIRST CLASS MAIL) On **February 11, 2022,** I caused to be served the above-described document by U.S. First Class Mail to the parties indicated on the attached service list at the indicated address.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **February 11, 2022** at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**VIA ECF/NEF List**
- **David W. Baddley**    baddleyd@sec.gov
- **Jared A. Day**    jared.a.day@usdoj.gov
- **Terri H. Didion**    terri.didion@usdoj.gov, patti.vargas@usdoj.gov
- **Darya Sara Druch**    ecf@daryalaw.com, Druch.DaryaR108463@notify.bestcase.com
- **Cecily Ann Dumas**    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Michael P. Esser**    3heila3.esser@kirkland.com, 3heila3-esser-3293@ecf.pacerpro.com
- **Sydney E. Fairbairn**    S.E.Fairbairn@att.net, waqar@realestatelawpartners.com
- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Bryan T. Glover**    bryan.glover@stoel.com
- **Mark A. Gorton**    mgorton@boutininc.com, cdomingo@boutinjones.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Mitchell B. Greenberg**    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Thomas P. Griffin**    tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- **Cameron M. Gulden**    3heila3.m.gulden@usdoj.gov
- **Ryan A. Henderson**    Ryan@weltyweaver.com
- **A. Kenneth Hennesay**    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Robbin L. Itkin**    ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- **John L. Jones**    Jjones@chwlaw.us, JLJones2@outlook.com
- **Ivan L. Kallick**    ikallick@manatt.com
- **Ori Katz**    okatz@sheppardmullin.com, Lsegura@sheppardmullin.com
- **Ivo Keller**    ivo@ssllawfirm.com
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Matthew Ryan Klinger**    mklinger@sheppardmullin.com, Dgatmen@sheppardmullin.com
- **Ian S. Landsberg**    ian@landsberg-law.com
- **Richard A. Lapping**    rich@trodellalapping.com
- **Adam A. Lewis**    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Mark A. Lightner**    Mlightner@mofo.com
- **Mitchell B Ludwig**    mbl@kpclegal.com
- **Patricia H. Lyon**    phlyon@frenchlyontang.com, mwoodward@frenchandlyon.com
- **J. Barrett Marum**    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Kevin Scott McClelland**    kevin.mcclelland@kirkland.com
- **Christopher M. McDermott**    ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **H. Mark Mersel**    mark.mersel@bclplaw.com, ginny.hamel@bclplaw.com
- **Dennis D. Miller**    dmiller@lubinolson.com
- **Kevin Harvey Morse**    kmorse@clarkhill.com
- **Thomas G. Mouzes**    tmouzes@boutininc.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**    roliner@duanemorris.com, dmicros@duanemorris.com
- **R. Gibson Pagter**    gibson@ppilawyers.com
- **Joshua K. Partington**    jpartington@swlaw.com, jadair@swlaw.com
- **Eric S. Pezold**    epezold@swlaw.com, knestuk@swlaw.com
- **Douglas B. Provencher**    dbp@provlaw.com
- **Debra A. Riley**    driley@allenmatkins.com, bcrfilings@allenmatkins.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Spencer P. Scheer**    sscheer@scheerlawgroup.com
- **Nathan A. Schultz**    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- **Steven Serajeddini**    steven.serajeddini@kirkland.com
- **Michael A. Sweet**    msweet@foxrothschild.com, 3heila3-sweet-6337@ecf.pacerpro.com
- **John A. Vos**    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Reilly Wilkinson**    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Thomas A. Woods**    3heila.woods@stoel.com, 3heila.brown@stoel.com
- **David R. Zaro**    dzaro@allenmatkins.com, mdiaz@allenmatkins.com

**VIA U.S. FIRST CLASS MAIL**

Beatrice E. Benjamin
Miles L. Prince
1912 E. Vernon Ave.
Suite 100
Los Angeles, CA 90058