February 22, 2022

Honorable Hannah Blumenstiel
U.S. Bankruptcy Ct., N. District of CA
450 Golden Gate Ave.
Mailbox 30699
San Francisco, CA 94102

FILED

FEB 2 4 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Blumenstiel:

We are two of the people who got swindled in the PFI scheme, and at 72 years of age, lost a huge chunk of our retirement savings. My husband has had to return to work building cabinets which is very physically tiring at his age.

You have heard all the stories, and we have previously written. We are truly thankful for the organization and work of other people in our position and are also thankful that the lawyers and companies hired worked to get us about a third of our money back.

However, when I look at the fees being charged by all those companies and lawyers, my heart sickens. They are making so much off of our loss. I urge you to reduce their fees where you can, so maybe a little more money can come back to the investors, most of us who desperately need it.

On the notice of final fee applications, there are names of companies I do not even recognize, and I tried to attend most of the zoom meetings. I also see where a few companies reduced their fees, but the fees such as charged by FTI are over $14 million. That seems outrageous to me.

Perhaps you could reduce their expenses or their charges by some percentage and help those of us who worked hard all our lives and are now struggling to make ends meet.

Thank you for your time now and throughout this whole ordeal.

Sincerely,

Gail & Ted Bunge
1385 Coyote Drive
Murphys, CA 95247

Cc: David Baddley, Bankruptcy Council, U.S. Securities & Exchange Commission

Mr. Ted Bunge
1385 Coyote Dr
Murphys, CA 95247

SACRAMENTO CA 957
22 FEB 2022 PM 7 L

RECEIVED
FEB 24 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Hannah Blumenstiel
U.S. Bankruptcy Ct, N. District of CA
450 Golden Gate Ave.
Mailbox 36099
San Francisco, CA 94102

Case: 20-30604    Doc# 1149    Filed: 02/24/22    Entered: 02/24/22 13:58:31    Page 2 of 2