Feb. 24, 2022

Elizabeth Kilmer
Sebastopol, CA.

RE Professional Investors Inc.
Case # 20-30604 (HLB) & Case # 20-30579

Dear Judge Blumenstiel:

I am writing to express my anger over the outrageous legal fees charged by the legal team in this case. Judge Blumenstiel, please pursue whatever avenues are available to fight their disgraceful, trumped-up (pun intended) legal fees.

Like so many others, most of my retirement savings was invested in PFI & PISF, so any monies that can be squeezed out of those greedy lawyers & distributed to the victims would be enormously appreciated.

Sincerely,
Elizabeth Kilmer
491 Sequoia Lane
Sebastopol, CA 95472

FILED
FEB 25 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

E. Kilner
491 Sequoia Lane
Sebastopol, CA
95472



SAN FRANCISCO CA 940
24 FEB 2022 PM 5 L

Judge Hannah Blumenstiel
U.S. Bankruptcy Court Court of No. CA
450 Golden Gate Avenue
P O Box 36099
S.F. CA 94102

RECEIVED
FEB 25 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-346999

Case: 20-30604   Doc# 1150   Filed: 02/25/22   Entered: 02/25/22 14:33:37   Page 2 of 2