

**mjs enterprises**
research / development

8 bahama reef, suite 16 • novato, california 94949 • fax 415-883-6301 • phone 415·883·5607

MJSENT@EARTHLINK.NET
415-302-9706 cell TEXT

2-24-22

FILED
FEB 25 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Hello,
P.S. JUDGE HANNAH BLUMENSTIEL
Mark Sterns Here — A SINGLE MAN LIVING ALONE

Ref: PROFESSIONAL INVESTORS INC.
CASE #20-30604 (HLB) (JOINTLY ADM. w/CASE #20-30579)

I would like to point out a few details.
I have lost close to $1,000,000.00 from the aformentioned case, more than ½ my life savings. I relied on this money to survive. At my age, at 73 and on a fixed limited income and retired I need all the help I can get.
With this in mind the fees to handle the above case are exorbitant.
I humbly request a review and adjustment so I and those involved may receive more money from the settlement.

Thank you in advance for your consideration

IN GRATITUDE
MARK STERNS
8 BAHAMA REEF
NOVATO CA 94949
MJSENT@EARTHLINK.NET mark j. sterns
president

*Mark Sterns*

"Mark" Sterns
mjs enterprises
8 bahama reef, suite 16
novato, california 94949

**mjs Enterprises for Specialty Products**
"The eye glass holder"

mark j. sterns
catalyst for change
1-415-883-5607
415-3029706 cell/text
8 Bahama Reef, Suite 16, Novato, CA 94949
"No more dropping glasses" "Always in arms reach"

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
RECEIVED
FEB 25 2022
DS

SAN FRANCISCO CA 940
24 FEB 2022 PM 3 L

Judge Hannah Blumenstiel
United States Bankruptcy Court Northern District California
450 Golden Gate Ave.
Mail Box 36099
San Francisco, Ca. 94102