Norman J. Mintz, O.D.
825 Gravenstein Hwy. N.
Suite 7
Sebastopol, CA 95472
(707)823-9141

FILED

FEB 28 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

February 25, 2022

Dear Judge Blumenstiel,

    My wife and I have been victimized by the Ponzi scheme in Northern California (Case #20-30604---with case #20-30579). We feel doubly victimized by the predatory fees charged by the lawyers and accountants working this case--to the point where we were forced to accept 36 cents on the dollar while millions were spent on administration. Please look into this and determine if the fees charged were reasonable. Thank you for giving attention to this matter.   Dr. Norman Mintz

NORMAN J. MINTZ, O.D.
125 GRAVENSTEIN HWY. N.
SUITE 7
SEBASTOPOL, CA 95472

SAN FRANCISCO CA 940
25 FEB 2022 PM 5 L

RECEIVED
FEB 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE HANNAH BLUMENSTIEL
U.S. BANKRUPTCY CT. No. DISTRICT
450 GOLDEN GATE AVE
MAIL BOX 36099
SAN FRANCISCO, CA 94162

94102-341024