February 25, 2022

The Honorable Hannah Blumenstiel
Northern District of California
450 Golden Gate Ave.
Mailbox 36099
San Francisco, Ca. 94120

FILED
FEB 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RE.: Case #20-30604(HCB) PFI Ponzi Scheme

As one of the over 1000 victims I am pleading with you to consider a reduction of the exorbitant legal fees! As we self-organized about 2 years ago, we were given an estimate of $10+ million... today we are looking at $30+ million!! This is a massive number that does not seem right when we, the victims, have mostly lost everything.

The majority of us are seniors who now have no income (only Soc. Security) and no way of earning more. We self organized in a most wonderful, efficient and supportive way and as such did lots of work ourselves.

I am sure you have received all detailed information re.: the various firms' billings — it does not seem fair for lawyers to enrich themselves so hugely when we, the victims, have suffered incredible losses and hardships. I plead with you to consider a reduction of the fees and I thank you. Cordially,

Traute B. Jones

RECEIVED
FEB 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CA 941
25 FEB 2022 PM 4 L



The Honorable Hannah Blumenstiel
Northern District of California
450 Golden Gate Ave.
Mailbox 36099
San Francisco, CA 94120

9410 0283 3410