Hannah Blumenstiel
United States Bankruptucy Court - Northern District of California
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA 94102

FILED
FEB 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

2-24-2022

Judge Blumenstiel:

As a victim of the PROFESSION INVESTOR PONZI SCEME, I have followed the case closely. Which includes the day I, along with many other others, listened to the actual sentencing trial when we, the victims, depended on you and the Judicial System to send a stern message to criminals like David Wallach. But, that day, my confidence ended. Yes, that day, YOUR ruling. May I refresh your memory? YOU sentenced him to only EIGHT YEARS and also, because of some crazy idea in your head about justice, you allowed him to start his sentence AFTER the Xmas holidays so that he could be with his family.

WHAT THE ??WHAT THE?? If David Wallach was a black man covered in tattoos, would you have been so generous? Mr. Wallach destroyed many people's lives! And for this? Eight years???. My husband died seven years ago and they have gone by in a flash. BOO! hiss! a pox on you and your career.

AND now, we are shocked by the legal and accounting fees we've been charged that YOU okayed.

SHAME ON YOU! WE were ripped off by David Wallach and his "not prosecuted co-horts" and THEN we were ripped off by our legal representatives. Their costs are so prohibitive! The numbers are more in keeping with numbers for respresenting CHEVRON and not a bunch of poor mostly older citizens.

Shame Hannah, I hope you lose 1/10th the sleep some of the victims have suffered. Take another look at that decision. The SEC will if you won't.

Good luck. Get to work and care more about victims, than criminals.

Maureen McVerry

*[signature]*

