February 24, 2022

FILED
FEB 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Blumenthal,

My wife and I are writing you regarding the PFI, Inc Ponzi case #20-30604 jointly administered with case # 20-30579.

We are both investors who put all of our IRA's with Ken Casey and other monies. We have lost everything. I am 80 years old and taught journalism in the Contra Costa Community College District for 34 years. My wife has a rare medical disorder. We were some of the original investors before the business became a Ponzi and we lost everything.

We no longer have the interest to live on let alone our principal amount of money.

We are objecting to what we consider exorbitant fees on the part of both the attorneys and forensic accountants.

We, like many other seniors—the majority of investors—have lost our life savings. We do not know how we will survive in spite of some money being returned. It is not enough to get us through the present let alone supply us with any basic medical care in the future—which, for us, is now. We have no idea how to deal with the housing issue. We do not own a home and rents in the Bay Area and all of CA are astronomical. And when you're in your 80's and ill, it is enormously difficult to move to an unknown place and lose any support system with friends.

We have no children. No relatives to rely on. We are solely on our own.

We feel the enormous stress of this criminal activity perpetrated by PFI everyday. And we also feel we are being seriously taken advantage of by the professionals who were hired to help us, yet have asked for more than their fair share (in our estimation) of the dwindling amount of money they expected would be returned.

A major reason why the investors will lose so much money is in direct proportion to the burden of fees imposed by the attorneys and accountants.

We think everyone should have a fair share of the monies from the sale of the properties. We were promised more. We were told the real estate would sell for much more; that their fees would be much less.

We are hoping you will intervene and help make the true victims' lives a little easier without that huge burden of excessive fees. We hope more of those monies can be returned to the investors.

Sincerely,

James A. Jacobs

*[signature]*
16 E. Cresent Dr
San Rafael, CA 94901

James A. Jacobs
16 E Crescent Dr.
San Rafael, CA 94901-1629

SAN FRANCISCO CA 940
25 FEB 2022 PM 3 L

FOREVER / USA

RECEIVED
FEB 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Hannah Blumenthal
U S Bankruptcy Court
N. District
450 Golden Gate Ave
Mail Box 36099

94102