FILED

FEB 28 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SUSANNE M. KARCH
99 Corte Mesa Drive
San Rafael, CA 94901

February 24, 2022

Honorable Judge Hannah Blumenstiel
United States Bankruptcy Court Northern District of California
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

RE: Professional Investors, Inc.,
Case #20-30604 (HLB)(Jointly Administered with Case #20-30579)

Dear Judge Blumenstiel,

As an investor with PFI and someone who *was* just months away from retirement, I am writing to ask you to *please review* the professional fees that were submitted by the various legal and accounting firms who worked on this Ponzi case.

Please understand that my sending this letter, in *no way* means I am ungrateful for the professional work done on behalf of the defrauded investors!

Yet, many of the 1100 or so investors have lost all or a substantial amount of their retirement nest-egg (yes, many of us are older). So every $500 or $1000 or $5,000+ that can come back to us potentially can make a big difference.

I do not know the 'going rate' for legal/accounting work on this type of case.

Regardless, I am asking you to please, please take a fine-tooth comb to the reimbursement requests to see if there is *anything* that can be done to pare back some of these seemingly *huge fees!!!*

Judge Blumenstiel, we respect you and we very much appreciate the kind way you have treated the investors who have come before you on this matter.

Thank you so very much your professionalism and your humanity!

*Susanne M. Karch*
Susanne M. Karch

SAN FRANCISCO CA 940
25 FEB 2022 PM 3 L

RECEIVED
FEB 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Susanne Karch
99 Corte Mesa Dr
San Rafael, CA 94901

Honorable Judge Hannah Blumenstiel
US Bankruptcy Court
Northern District of California
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA 94102
94102-3698991

RE: Regional
Professors,
Investors, Inc.

Case: 20-30604  Doc# 1156  Filed: 02/28/22  Entered: 02/28/22 10:45:28  Page 2 of 2