

FEB 28 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Hannah Blumenstiel
United States Bankruptcy Court Northern District of California
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

February 24, 2022

**RE: Professional Investors, Inc. Case #20-30604 (HLB) (Jointly Administered with Case #20-30579)**

Dear Judge Hannah Blumenstiel,

I feel like we have been screwed twice in this case. Once by PFI and another time by the professionals (PTI etc) who handled this case. Many of us have lost everything in this case - while the professionals raked in the spoils.

Thanks for your consideration

Sue Orloff
340 Coleman Dr.
San Rafael, CA 94901



Ibis environmental services
340 Coleman Drive
San Rafael, California 94901

RECEIVED
FEB 28 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Hannah Blumenstiel
Bankruptcy Court
Northern Dist. Calif.
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA. 94102

SAN FRANCISCO CA 940
25 FEB 2022 PM 2 L

94102-348299