**Professional Investors, Inc. Case #20-30604 (HLB) (Jointly Administered with Case #20-30579)**

Dear Judge Hannah Blumensteil,

I was a victim of a Ponzi scheme that is now being settled.   I am 78 and it was  major loss for my husband and myself.   It seems like the professional fees are extremely high and have really cut into the money we are able to retrieve.   I wanted to object to these fees and hoping you can do something to lower them.
Thank you,
Harriet Bye
PO Box 220
Albion CA 95410
Land Line 707 937 2622

FILED 93

FEB 28 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Harriet Bye
Box 220
Albion CA. 95410

SAN FRANCISCO CA 940
25 FEB 2022 PM 4 L

RECEIVED

FEB 28 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Hannah Blumenstiel
UNITED STATES Bankruptcy Court
450 Golden Gate Ave
Mail Box 36099
San Francisco CA 94102

94102-341024