UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-30604<br><br>(Jointly Administered)<br><br>**STIPULATION REGARDING WITHDRAWAL OF PROOF OF CLAIM NO. 73**<br><br>Existing Hearing (No Longer Required):<br>Date: March 3, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Hannah L. Blumenstiel<br>Telephonic/Video Appearances Only |

  This *Stipulation Regarding Withdrawal of Proof of Claim No. 73* (the "Stipulation") is entered into between the PFI Trust and Dan Dodt ("Claimant").

## RECITALS

  **WHEREAS**, on September 1, 2020, Claimant filed proof of claim number 73 ("Claim No. 73") against Debtor Professional Financial Investors, Inc. in the amount of $100,000.

  **WHEREAS**, on or about July 1, 2021, Claimant was assigned a "Unit of Account" claim number incorporating applicable netting principles, and providing Claimant with a general unsecured claim of $100,102.39 ("UOA Claim No. 20640") in the name of the Linda Blacketer and Dan Dodt Family Revocable Trust Dtd 10/27/17.

  **WHEREAS**, on January 7, 2022, the PFI Trust filed its first omnibus objection to claims [Dkt. No. 1068] (the "First Omnibus Objection"), which sought to disallow Claim No. 73 in favor of UOA Claim No. 20640.

1

**WHEREAS**, on February 11, 2022, Claimant filed a response seeking to ensure that UOA Claim No. 20640 was not disallowed [Dkt. No. 1133].

**WHEREAS**, counsel for the PFI Trust and Claimant have discussed the relief sought in the First Omnibus Objection and Claimant has received the initial distribution on UOA Claim No. 20640.

**WHEREAS**, Claimant desires to withdraw Claim No. 73.

## STIPULATION

Now, therefore, the PFI Trust and Claimant agree and stipulate as follows:

1. Claim No. 73 is hereby withdrawn with prejudice.

2. UOA Claim No. 20640 is allowed in the amount of $100,102.39.

Dated: February 28, 2022

Dan Dodt

Dated: February 28, 2022

PFI Trust by Cia Mackle, Esq.