
FILED
MAR 03 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

February 26, 2022

Dear Honorable Judge Hannah Blumenstiel,

I am writing you as one of the many victims of the PFI Case #20-30604 ( jointly administered with Case # 30579).   I have been shocked by the enormous professionals' fees.  These fees are too high considering the tragic situation more that 1000 of us have suffered.  We as a group have lost 64% of our original investment.  The SEC objected to these fees.  My personal situation is that I had $54,500 in my account just before this case was opened.  After almost two years of wading  through this horrific situation, I ended up with the minimal amount of  $7,600.  I am an 80 year old senior on a fixed income and this is a slap in my face.  The money in PFI was to help me as I age and to accompany my limited Social Security and Teacher Retirement.  There are no promises of future payments.

I am sorry that the professionals haven't been more generous with us.  All along they kept saying how they were going to help up as much as they could.  Considering our situation, they should work for minimal fees.  If they are at all compassionate they should gift us their services.  Considering the fees lawyers make they would probably be fine by doing this.  I would think they would feel for us and do a generous deed.

There are many people who are in much worse situations than myself.  I know that some people had to live in their cars due to losing their homes.  I in my faith in PFI encouraged three friends to join.  Now they are suffering too.

I do hope you can help us by lowering the fees.

Thank you, Zoanne Harris

Envelope:

Zoanne Harris
PO Box 265
San Anselmo, CA 94979-0265



RECEIVED
MAR 03 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CA 940
2 MAR 2022 PM 2

Honorable Judge Hannah Blumenstiel
U.S. Bankruptcy Court
Northern District of California
450 Golden Gate
Mail Box 36099
94102