February 26, 2022



Judge Hannah Blumenstiel
United States Bankruptcy Court Northern District of California
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

Dear Judge Blumenstiel ,

Re: Professional Investors, Inc. Case #20-30604 (HLB) (Jointly Administered with Case #20-30579)

I am one of the people who had, unfortunately, invested with PFI/PISF, never suspecting that it wasn't totally legitimate. I have lost a great deal of money, money that was ear marked to help with retirement. Given my age of 70, there is no way that I will be able to make up for this loss.

I am deeply concerned about the large amount of money that is being paid out to the professionals (lawyers and FTI) who helped with the case. Admittedly, they worked diligently on behalf of the investors, but for them to receive such a large sum of money, when the investor victims of this Ponzi scheme have lost so much, just doesn't feel right. Whatever you can do to bring more balance to this situation would be greatly appreciated.

Thank you for your time and effort to help rectify this. Thank you for all the time that you've devoted to this case.

Sincerely,

Sarah Wylie

Sarah Wylie

Sarah Wylie
3215 Lincoln St.
Eugene, Oregon 97405

**RECEIVED**
MAR 03 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Hannah Blumenstiel
U.S. Bankruptcy Court Northern District of Calif.
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA
94102

94102-341024

