


MAR 09 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




Victoria Maguire <[redacted]>

# Re. Pfi case #20-30604

1 message



Tue, Mar 8, 2022 at 9:57 AM

Honorable judge Hannah I. Blumestiel
450 golden gate ave.
Mailbox 36099
San Francisco CA
91402

Dear your honor,

I am writing to you like many other investors out of desperation for you to please do whatever is in your power to mitigate these attorney fees all across the board.

I'm left here wondering what forensic accounting would have cost if each side had their own forensic accounting? Would it be 14 million dollars? Would there be no substance report besides a declaration and a few pieces of paper saying what a netted claim is ? Would it have included a subordinate claim amount ?

My other question I'm left wondering is what this case would have cost with just using the US trustee that is who put together our UCC group made up of all investor groups. How long would that have taken would the outcome be similar or better for victims ?

As part of the investor community we have not heard from the PFI trustee the beloved Michael Goldberg of Ponzi, we were told there would be third-party litigation however it seems whatever third-party litigation is happening is no part of the trust. We've never heard what the amount was paid out to all the victims what amount was paid out to all the banks in a clear easy to understand way than to go through all your thousands and thousands of court documents.
I can even recall being on zoom calls after zoom calls and having Debra grassgreen deliberately telling people not to go or listen to any Court proceedings in the bankruptcy court luckily Mr Ori Katz, was also on that call and said no we do have a right to be heard and listen into the court proceedings. The zoom calls broke my heart looking through the pictures of people that are so elderly falling asleep not knowing what is to be said just going along with the hive mentality that had grew, and grew ...

I am pleading with you to do whatever is in your power to please mitigate these fees if there's any way you can give across the board discount maybe like the one that they gave claw back victims after tricking them into voting for their plan or the 36 cents or 10 cents on the dollar that other people have received.

I wanted to send you a little bit about the Federal indictment that happened in federal court where ken Casey's right hand man Lewis Wallace was convicted. Both sides wanted only 8 years of a sentence but the judge used her power to help serve the victims of all these crimes that these people have all committed against so many, homeless , sleepless nights PTSD , fincically ruined, victims...there's still never been a actual account of how many victims there were involved in this case , no one has been able to answer that simple question.

Should this have been a chapter 7 case ? Instead push into chapter 11 ? Well it seems pretty clear that this was a well laid out plan the debtor ken Casey's wife went right to the SEC two weeks after his death that always did not sit well. And then months later Eric Sternberg her attorney who got us our first cro Michael Hogan they magically fine millions of dollars in gold and give it to the FBI and still no one knows where it's at.


Case: 20-30604 Doc# 1305 Filed: 03/09/22 Entered: 03/09/22 14:59:04 Page 1 of 11

All while they ask your court permission to destroy evidence and not give renters there deposit ... Seems more people are being victimized every day in this case.

Please stop the cycle.
Please I beg you do whatever in your power to help us victims.

Thank you for your consideration on the final fees for all professional involved in this case .

Victoria Maguire
Pfi investment
890 38th Ave
Santa Cruz CA 95062

x

certainly can contribute. Whether it's to Parkinson's, whether it's to pancreatic cancer. In one instance, the victim's wife didn't want to tell her husband, and shouldered the whole burden herself because of that, but didn't want his last days to be clouded by knowing what had happened.

So this is a magnitude of life-destroying repercussions. And I don't think the victims are going to be made anywhere near whole. And if they do recover something, it's not going to be enough to put them back to where their lives were. It just can't be. I don't care how hard Mr. Wallach would try help with that. It can't be done. It's broken, and you just can't put the pieces back.

They are not first in line in the bankruptcy. There're going to be secured creditors who are going to take first place. I don't know how many millions of dollars they represent. So that however much money is recovered and put in the bankruptcy, these victims are not going to be first.

In the same light, I can't give Mr. Wallach a death sentence. All right? People are saying essentially he should get the maximum term. And the chances of him really living out even his current life expectancy in prison is going to be a harder thing, because he will not get the high level of medical care, in all likelihood, that he's getting now. They do have good medical facilities. And they do their best.

So he may not go to what some of you may have called --

thought: Should there be a different sentence? Should it be, if not eight years, a little more than eight years? But in this instance, I feel that it has to be a longer sentence. And so that is what I'm going to impose.

And pursuant to the sentencing guidelines and pursuant to the Sentencing Reform Act of 1984, it's the judgment of the Court in this case that the defendant, Lewis Wallach, be sentenced to a term that is the equivalent of 12 years. I'm not looking at the seven months in the range that we were talking about. And 12 years is 144 months. And that is the sentence.

He will be on supervised release when he gets out, and he has to report to the closest Probation Office upon his release, U.S. Probation Office. He will be on supervised release for a term of three years. The sentence is on both counts to start with, and the supervised release is also running concurrently.

And as indicated, he has to report within 72 hours to the nearest U.S. Probation office.

He will have to submit to two periodic drug tests, along with an original drug test, within 15 days of his release.

He is to pay any restitution and special assessment that's imposed by the Court. And I will continue the matter to determine restitution as best as I can.

He's not to open any new lines of credit or accrue new debt without permission of the probation officer.

gives significant credit for cooperation when that cooperation results in the conviction of another party. We didn't have that opportunity here.

The government is not here saying that Mr. Wallach led us to convict another person, including Mr. Casey. If Mr. Casey had been alive, that might be the case. That's not the type of cooperation we're talking about here.

**THE COURT:** Okay. Here is's another question. All right. We've heard from people who have advised the Court that they, out of their own pocket, on top of what they've already lost, have had to expend funds to try to find the money, and try to present a legal case with an effort to collection.

What has the U.S. Attorney done, or any other government entity, to locate the money and try to put together what they say they had to hire private lawyers and accountants to do?

**MR. FARNHAM:** Well, I'll talk about what the U.S. Attorney's office has done. I don't know about hiring a private attorney. I -- I am not aware of that. I am aware of a bankruptcy proceeding that has -- I looked at the docket yesterday, and it has more than 900 docket entries in the bankruptcy proceeding. It is an extensive -- it's obviously a -- the debtors are in bankruptcy. It's a huge financial maze to untangle. I know there are lawyers for the company, there are forensic accountants who are helping untangle it. There

of forfeiture that Your Honor signed, will have the ability to continue to litigate, find, and investigate sources of money that might be traceable to this crime. So that doesn't end today.

And if we were to learn anything -- which, at this point, we don't have anything, we don't have any leads to follow. But if we were to learn that any other money was traceable to this crime, we'd have the tools and the ability to go after it.

**THE COURT:** When I signed the order of forfeiture, of course, I recognized that ordinarily a forfeiture is applicable when the government has something in hand, and is simply asking the Court to give it to the government, and not back to the defendant. In this instance, you don't have that money in hand.

Now, a certain amount of money, at least as presented in the papers that I've received -- and I at the moment don't have they reason to doubt it -- has been collected. About $8,200, as I understand. The properties that were sold -- I mean $8,000,200. So 6 million, 600, plus another million, six, you can't count as bond.

Someone asked me in one of the letters, how'd he get the money to pay a bondsman to -- you know, to put up a $500,000 bond? Well, he didn't put up a dime, because it wasn't a real bond. It was an unsecured bond. Really, the equivalent of getting out on your own recognizance. It's not secured by

looking at said it was unsecured.

So if he did it put up a cash bond, in other words, $500,000, when he ultimately surrenders to begin whatever term is ordered and that bond is exonerated, you're saying he signed that over to the government?

**MR. FARNHAM:** No, Your Honor. He has agreed to you pay that to the company.

**THE COURT:** To the company.

**MR. FARNHAM:** And I intend to make sure that that happens. But that's --

**THE COURT:** What do you mean by "the company"? The bankruptcy estate?

**MR. FARNHAM:** Yes.

**THE COURT:** I mean the company --

**MR. FARNHAM:** I'm not a party to that agreement, but I believe that's the agreement.

**THE COURT:** Well, then they're not going to get any money on the dollar, because there are all these secured creditors before you get to these folks, in the bankruptcy. It's not a Chapter 13; it's a Chapter 11, as I understand it. And the companies are continuing to run in some way, but I don't know how. And I did receive some letters from lawyers who are involved in running the company who have been put into place by the Bankruptcy Court.

But -- okay, all right. Well, then, that's $500,000 that,

anything.

There was no bail bondsman who had to take, for example, $50,000 to put up a $500,000 bond. No cash bond was put up. So he is not -- that money nobody can say they're getting back for you, because he didn't put it up.

**MR. FARNHAM:** Your Honor, let me correct something there. I apologize if this -- we didn't make this clear previously. Mr. Wallach did post a $500,000 bond.

**THE COURT:** Unsecured.

**MR. FARNHAM:** It was secured. I believe that that money --

**THE COURT:** Not on the record I have.

**MR. FARNHAM:** I'm sorry?

**THE COURT:** Not on the record that I was given. All right, you're telling me it is secured? By what?

**MR. FARNHAM:** $500,000 was posted at bail on his arrest. That -- I believe that money is probably proceeds from the fraud. It was probably still money that he took from PFI --

**THE COURT:** You're saying he put up $500,000? In cash?

**MR. FARNHAM:** Yes. That -- that has been pledged, though. He has promised to pay that to the debtor, back to the company, when that bond is released.

**THE COURT:** I was not apprised of that. What I was

$26 million went, and there was only a little bit left, and the rest was all paid out to people you couldn't get it back from. Right?

It just seems like, you know, where's the money?

**MR. FARNHAM:** So approximately $15 million of it was used for the investment, a land investment in Texas.

**THE COURT:** That much went into the Texas investment.

**MR. FARNHAM:** Yes. That's both the investment; that's payment to lawyers and accountants, as Mr. Wallach was trying to keep it going.

**THE COURT:** Uh-huh.

**MR. FARNHAM:** But we totaled up about 15 million that went to that endeavor. That project.

**THE COURT:** What happened to it, ultimately, the Texas investment?

**MR. FARNHAM:** Um, I believe -- Your Honor, I don't know. I don't know there's much value there. But the bankruptcy estate was going to be pursuing that, and Mr. Wallach has been cooperating with them, to see if there are any assets that are recoverable there, to be turned over the company.

**THE COURT:** The investment was made in the name of one of the companies, and not him?

**MR. FARNHAM:** No, it was not -- it was not in the name of PFI. It was in the name of Mr. Wallach or companies

he formed.

**THE COURT:** He has his own personal bankruptcy?

**MR. FARNHAM:** Not that I'm aware of.

**THE COURT:** That's what I thought. So why is this in the bankruptcy now?

**MR. SWANSON:** Your Honor, it's in the PISF/PFI bankruptcy. The interests were transferred to them as part of their request to have any interest that he had transferred to them. It's not his bankruptcy. It's -- it's the same bankruptcy Your Honor's been talking about.

**THE COURT:** Are you saying the trustee of that bankruptcy wanted the money given into the bankruptcy estate?

**MR. SWANSON:** They wanted to have any assets that could be recovered from that investment and transferred -- assigned to them, so they would more forward in trying to collect that.

**THE COURT:** Are they -- hm. Well, I don't know if they would have priority, since -- you know. Well, anyway, I don't have a comment about that at the moment.

Okay so 15 million is essentially either lost, or to the extent it has value, it's gone into the bankruptcy estate.

Then you have the -- what you -- you kind of had left, which almost is what comes up to the 26 million. Various investments that were made with that money, like into a -- real property that you got back? Or -- I don't know.



1007

94102

U.S. POSTAGE PAID
PME 1-Day
STUDIO CITY, CA
91604
MAR 08, 22
AMOUNT

**$26.95**

R2305M147694-08

# ORITY MAIL PRESS®

T RATE
ELOPE
E ■ ANY WEIGHT

lule free Package Pickup, can the QR code.



PS.COM/PICKUP



510001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 247 923 167 US

RECEIVED
MAR 09 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (831) 419.1500

Victoria Maguire
890 38th ave. #111
Santa cruz CA 95062

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 91604 | 03-09-22 | $ 26.95 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 03-08-22 | ☒ 6:00 PM | $ | $ |
| Time Accepted ☒ AM ☐ PM | | Return Receipt Fee | Live Animal Transportation Fee |
| | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☐ Flat Rate — lbs. 9 ozs. | Acceptance Employee Initials | $ 26.95 | |

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (415) 268.2455

Judge Hannah Blumestiel
450 golden gate ave.
mailbox 36099
San Francisco CA-94102
~~94102~~

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 1 0 2 -

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**






This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.