U.S. SECURITIES AND EXCHANGE COMMISSION
David W. Baddley (FL 0148393; IL 6282466)
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7625
Facsimile: (404) 842-7633
Email: baddleyd@sec.gov

Counsel for U.S. Securities and Exchange Commission

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>　　　　　　　Debtors. | Case No. 20-30604<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE BY U.S. SECURITIES AND EXCHANGE COMMISSION CORRECTING ECF FILING REFERENCE FOR PACHULSKI STANG ZIEHL & JONES, LLP'S FINAL FEE APPLICATION AS PROVIDED IN PREVIOUSLY-FILED OBJECTIONS (ECF NOS. 1308 AND 1311)**<br><br>Date: March 31, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **Telephonic/Video Appearances Only**<br>　　　450 Golden Gate Avenue, 16th Floor<br>　　　Courtroom 19<br>　　　San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

　　　　The U.S. Securities and Exchange Commission ("**Commission**") files this notice to correct the ECF filing reference for the *Fourth and Final Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "**Pachulski Application**") as provided in the following court filings:

　　　　a.　　*Omnibus Objection by U.S. Securities and Exchange Commission to Final Fee Applications Filed by Bankruptcy Counsel for the Debtors and Committees* (ECF No. 1308, the "**Omnibus Objection**"); and

-1-

b. *Supplemental Objection by U.S. Securities and Exchange Commission to Fourth and Final Application of Pachulski Stang Ziehl & Jones, LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Compensation and Reimbursement of Expenses* (ECF No. 1311, the "**Supplemental Objection**").

The correct ECF Filing Reference for the Pachulski Application is **ECF No. 1083**, not ECF No. 1081[1] as stated in the Omnibus Objection and Supplemental Objection.

Dated: March 18, 2022

By:*/s/ David W. Baddley*
David W. Baddley
Fla Bar No. 0148393
Ill Bar No. 6282466
Telephone: (404) 842-7625
baddleyd@sec.gov

*Counsel for*:
**U.S. SECURITIES AND EXCHANGE COMMISSION**
Atlanta Regional Office
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7625

---

[1] ECF No. 1081 is a fourth interim and final fee application filed by the firm that is identical to ECF No. 1083. The firm filed a notice to withdraw ECF No. 1081 [ECF No. 1082] in order to refile the application as ECF No. 1083 to correct the exhibit that was incorrectly filed as part of ECF No. 1081.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice was served on all ECF Participants via the Court's Notice of Electronic Filing, and further, as follows:

    By Email: On March 18, 2022, I emailed a copy of this Notice to the parties below at the indicated email address:

| | |
|---|---|
| John D. Fiero | jfiero@pszjlaw.com |
| Debra L. Grassgreen | dgrassgreen@pszjlaw.com |
| Cia H. Mackle | cmackle@pszjlaw.com |
| Cameron M. Gulden | Cameron.m.gulden@usdoj.gov |
| Jared A. Day | Jared.A.Day@usdoj.gov |

    /s/ *David W. Baddley*