# Notice Recipients

District/Off: 0971−3  User: admin  Date Created: 4/11/2022
Case: 20−30604  Form ID: pdfeoc  Total: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| intp | Homeward Bound of Marin | 404 Woodland Ave | San Rafael, CA 94901 | |
| | Bay Alarm Co. | 1016 Clegg Ct. | Petaluma, CA 94954 | |
| | Bay Area Pain Medical Assoc. Inc. | 1050 Northgate Dr. #410 | San Rafael, CA 94903 | |
| | Comet Bldg. Maintenance Inc. | 21 Commercial Blvd. #12 | Novato, CA 94949 | |
| | Gotelli Plumbing Co. | 21 Lovell Ave. | San Rafael, CA 94901 | |
| | Hilcias Painting Inc. | Attn: Manlio Ramirez | 140 Karen Ct. | San Francisco, CA 94134−1950 |
| | Hilcias Painting Inc. | Attn: Manlio Ramirez | 1445 Ulloa St. | San Francisco, CA 94116 |
| | Homeward Bound of Marin | 1385 N. Hamilton Pkwy. | Novato, CA 94949 | |
| | Homeward Bound of Marin | 445 Ignacio Blvd. #349 | Novato, CA 94949 | |
| | Keegan and Coppin Co. Inc. | 101 Larkspur Landing Cir. #112 | Larkspur, CA 94939 | |
| | Maria Lovo | 1033 6th St. #2 | Novato, CA 94901 | |
| | Marin Housing Authority | 4020 Civic Center Dr. | San Rafael, CA 94903 | |
| | Marin Housing Authority | 825 Las Gallinas Ave. #206 | San Rafael, CA 94903 | |
| | Mark Shulz | Nature's Sungrown Foods Inc. | 899 Northgate Dr. #405 | San Rafael, CA 94903 |
| | Molly Robbins | 201 S. Narcissus #901 | W. Palm Beach, FL 33401 | |
| | Nardell Chitsaz and Assoc. LLP | Attn: J. Timothy Nardell | 999 Fifth Ave. #230 | San Rafael, CA 94901 |
| | State Compensation Insurance Fund | Attn: Kimberly Byrne | P.O. Box 8192 | Pleasanton, CA 94588 |
| | ThyssenKrupp Elevator Corp. | P.O. Box 33796 | Carol Stream, IL 60132−3796 | |
| | Santos Galvez | 1033 6th Ave. #2 | Novato, CA 94901 | |
| | State of CA | Dept. of Transportation | Attn: Derek D. Wong, Esq. | 111 Grand Ave., #11−100 Oakland, CA 94612 |
| | Uline Inc. | Attn: Nancy Halcom | 12575 Uline Dr. | Pleasant Prairie, WI 53158 |
| | PacificContract Inc. | AKA Pacon Interiors, Inc. | Attn: Jacob Weiss | P.O. Box 2907 San Rafael, CA 94912 |
| | ThyssenKrupp Elevator Corp. | 3100 Interstate N. Cir SE #500 | Atlanta, GA 30339−2227 | |
| | ThyssenKrupp Elevator Corp. | Law Office of D. Park Smith | 250 Cherry Springs Rd. #200 | Hunt, TX 78024 |
| | Towery Electric Inc. | 15 Northview Ct. | San Rafael, CA 94903 | |
| | Water One Industries Inc. | Attn: Erin Steiger, CFO | 5410 Gateway Plaza Dr. | Benicia, CA 94510 |
| | US Bank NA dba US Bank Equipment Finance | Attn: Jeffrey John Lothert | 1310 Madrid St. | Marshall, MN 56258 |
| | US Bank NA | c/o Bankruptcy Dept. | Attn: Bonnie R. Ashby | P.O. Box 108 St. Louis, MO 63166−0108 |
| | US Bank NA | c/o Bankruptcy Dept. | P.O. Box 108 | St. Louis, MO 63166−0108 |

TOTAL: 29