Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street
30th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

*Counsel for Michael Goldberg,*
*Trustee of the PFI Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PROFESSIONAL FINANCIAL INVESTORS, INC.**, a California corporation, et al.,<br>Debtors. | Case No. 20-30604 (HLB)<br>(Jointly Administered)<br>Chapter 11<br>**STIPULATION DISCONTINUING SERVICES OF CLAIMS, NOTICING AND SOLICITATION AGENT** |

This *Stipulation Discontinuing Services of of Claims, Noticing and Solicitation Agent* ("Stipulation") is entered into by and between the PFI Trust (the "Trust"), on the one hand, and Donlin Recano & Company, Inc. ("Agent"), on the other hand. In this Stipulation, the Trust and Agent are sometimes referred to as the "Parties."

RECITALS

A. On August 25, 2020, the above-captioned Debtors filed an *Application of Debtors Pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. §§ 105(a), 327, and 503(b) for an Order Appointing Donlin, Recano & Company, Inc. as Claims, Noticing, and Solicitation Agent* [Docket No. 89] (the "Retention Application"). The Retention Application was granted by the Court's Order Appointing Donlin, Recano & Company, Inc., as Claims, Noticing, and Solicitation Agent,

dated September 8, 2020 [Docket No. 102] ("Retention Order").

B. On November 2, 2021, the United States Bankruptcy Court for the Northern District of California (the "Court"), entered an order confirming the *Modified Second Amended Joint Chapter 11 Plan of Professional Financial Investors, Inc. and its Affiliated Debtors Proposed by the Debtors and Official Committee of Unsecured Creditors and Supported by the Ad Hoc LLC Members Committee and Ad Hoc DOT Noteholders Committee filed on November 1, 2021* [Dkt. No. 964] (the "Plan").

C. On December 15, 2021, the Plan became effective by its terms (the "Effective Date") and the Trust was formed [Docket No. 1042].

D. The Trustee has determined that the continued expense of the Agent now outweighs the benefit received by the Trust.

## STIPULATION

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. The foregoing recitals are true and correct.

2. The Agent's services shall be terminated as the date an order approving this Stipulation is entered.

Dated: February 14, 2023     PFI Trust

By: */s/ John D. Fiero*
John D. Fiero
Counsel for PFI Trust

Dated: February 14, 2023     Donlin, Recano & Company, Inc.

By _____
Nellwyn Voorhies
President for Donlin, Recano & Company, Inc.

DOCS_LA:342234.1 70042/001