# UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Callifornia

San Francisco

In re: Professional Financial Investors, Inc.

§
§
§
§

_____

Debtor(s)

Case No.  20-30604

Lead Case No.  20-30604

☒ Jointly Administered

# Amended Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2022

Petition Date: 07/26/2020

Plan Confirmed Date: 12/15/2021

Plan Effective Date: 12/15/2021

This Post-confirmation Report relates to: ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Wind-down Estate / PFI Trust

Name of Authorized Party or Entity

/s/ John D. Fiero

Signature of Responsible Party

02/21/2023

Date

John D. Fiero

Printed Name of Responsible Party

Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $17,709,802 | $40,450,779 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $17,709,802 | $40,450,779 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $12,393,793 | $29,357,434 | $6,133,006 | $29,357,434 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Sheppard Mullin | Lead Counsel | $1,563,232 | $6,223,011 | $1,563,232 | $6,223,011 |
| ii | FTI Consulting | Financial Professional | $3,173,555 | $15,130,579 | $3,173,555 | $15,130,579 |
| iii | Weinstein & Numbers | Special Counsel | $3,779 | $25,655 | $3,779 | $25,655 |
| iv | Trodella & Lapping | Special Counsel | $765,510 | $249,189 | $76,551 | $249,189 |
| v | Steven Kasten | Special Counsel | $0 | $2,654 | $0 | $2,654 |
| vi | Nardel Chitsaz & Associates | Special Counsel | $0 | $46,922 | $0 | $46,922 |
| vii | Kimball Tirey & St John | Special Counsel | $0 | $8,189 | $0 | $8,189 |
| viii | Donlin, Recano & Company | Other | $0 | $845,792 | $0 | $845,792 |
| ix | Armanino LLP | Financial Professional | $146,827 | $1,487,817 | $146,827 | $1,487,817 |
| x | Wilson Elser | Special Counsel | $0 | $0 | $0 | $0 |
| xi | Ragghianti Freitas LLP | Special Counsel | $0 | $184,749 | $0 | $184,749 |
| xii | Keesal Young Logan | Special Counsel | $0 | $20,920 | $0 | $20,920 |
| xiii | Baker Hostetler | Special Counsel | $342,590 | $1,624,892 | $342,590 | $1,624,892 |
| xiv | Sklar Kirsh | Special Counsel | $207,380 | $1,163,750 | $207,380 | $1,163,750 |
| xv | Pachulski | Special Counsel | $6,190,920 | $2,343,315 | $619,092 | $2,343,315 |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

UST Form 11-PCR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $1,501,318 | $0 | $1,501,318 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Heritage Bank | Other | $0 | $25,017 | $0 | $25,017 |
| ii | Aldridge Pite | Other | $0 | $6,291 | $0 | $6,291 |
| iii | Allen Matkins / Homestreet | Other | $0 | $30,908 | $0 | $30,908 |
| iv | Allen Matkins / Pacific West | Other | $0 | $153,308 | $0 | $153,308 |
| v | Boutin Jones | Other | $0 | $154,156 | $0 | $154,157 |
| vi | Duane Morris | Other | $0 | $74,997 | $0 | $74,997 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| vii | Lubin Olson | Other | | $0 | $82,287 | $0 | $82,287 |
| viii | Manatt Phelps | Other | | $0 | $232,661 | $0 | $232,661 |
| ix | Morrison & Forester | Other | | $0 | $592,308 | $0 | $592,308 |
| x | Snell & Wilner | Other | | | $89,800 | $0 | $89,800 |
| xi | Polsinelli / Lument | Other | | | $8,225 | $0 | $8,225 |
| xii | Tri Counties Bank (Attorney Fe | Other | | | $20,482 | $0 | $20,482 |
| xiii | Heritage Bank (Attorney Fees) | Other | | | $15,707 | $0 | $15,707 |
| xiv | Pacific West (Attorney Fees) | Other | | | $15,171 | $0 | $15,171 |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |
| xxx | | | | | | | |
| xxxi | | | | | | | |
| xxxii | | | | | | | |
| xxxiii | | | | | | | |
| xxxiv | | | | | | | |
| xxxv | | | | | | | |
| xxxvi | | | | | | | |
| xxxvii | | | | | | | |
| xxxvii | | | | | | | |
| xxxix | | | | | | | |
| xl | | | | | | | |
| xli | | | | | | | |
| xlii | | | | | | | |
| xliii | | | | | | | |
| xliv | | | | | | | |
| xlv | | | | | | | |
| xlvi | | | | | | | |
| xlvii | | | | | | | |
| xlviii | | | | | | | |

UST Form 11-PCR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

UST Form 11-PCR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $30,858,752 | $6,133,006 | $30,858,752 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $4,042 | $0 | $4,072 | $4,072 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $43,413 | $0 | $43,413 | $43,413 | 100% |
| d. General unsecured claims | $110,034,104 | $208,639 | $99,903,705 | $275,085,259 | 36% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?           Yes ◯ No ⦿

  If yes, give date Final Decree was entered:    _____

  If no, give date when the application for Final Decree is anticipated:  _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿ No ◯

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ Andrew Hinkelman                              Andrew Hinkelman
_____                _____
Signature of Responsible Party                   Printed Name of Responsible Party

Wind-down Agent                                  02/21/2023
_____                _____
Title                                            Date



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)