# UNITED STATES BANKRUPTCY COURT
Northern DISTRICT OF California
San Francisco

In re: Professional Financial Investors, Inc.

Debtor(s)

Case No. 20-30604
Lead Case No. 20-30604
☒ Jointly Administered

# Amended Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2022  Petition Date: 07/26/2020

Plan Confirmed Date: 12/15/2021  Plan Effective Date: 12/15/2021

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Wind-down Estate / PFI Trust

Name of Authorized Party or Entity

/s/ John D. Fiero
Signature of Responsible Party

02/21/2023
Date

John D. Fiero
Printed Name of Responsible Party

Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3420
San Francisco, CA 94104
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Professional Financial Investors, Inc.   Case No. 20-30604

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $58,073 | $41,599,857 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $58,073 | $41,599,857 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $29,357,434 | $0 | $29,357,434 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Sheppard Mullin | Lead Counsel | $0 | $6,223,011 | $0 | $6,223,011 |
| ii | | FTI Consulting | Financial Professional | $0 | $15,130,579 | $0 | $15,130,579 |
| iii | | Weinstein & Numbers | Special Counsel | $0 | $25,655 | $0 | $25,655 |
| iv | | Trodella & Lapping | Special Counsel | $0 | $249,189 | $0 | $249,189 |
| v | | Steven Kasten | Special Counsel | $0 | $2,654 | $0 | $2,654 |
| vi | | Nardel Chitsaz & Associates | Special Counsel | $0 | $46,922 | $0 | $46,922 |
| vii | | Kimball Tirey & St John | Special Counsel | $0 | $8,189 | $0 | $8,189 |
| viii | | Donlin, Recano & Company | Other | $0 | $845,792 | $0 | $845,792 |
| ix | | Armanino LLP | Financial Professional | $0 | $1,487,817 | $0 | $1,487,817 |
| x | | Wilson Elser | Special Counsel | $0 | $0 | $0 | $0 |
| xi | | Ragghianti Freitas LLP | Special Counsel | $0 | $184,749 | $0 | $184,749 |
| xii | | Keesal Young Logan | Special Counsel | $0 | $20,920 | $0 | $20,920 |
| xiii | | Baker Hostetler | Special Counsel | $0 | $1,624,892 | $0 | $1,624,892 |
| xiv | | Sklar Kirsh | Special Counsel | $0 | $1,163,750 | $0 | $1,163,750 |
| xv | | Pachulski | Special Counsel | $0 | $2,343,315 | $0 | $2,343,315 |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |

Debtor's Name Professional Financial Investors, Inc.    Case No. 20-30604

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

Case: 20-30604    Doc# 1501    Filed: 02/21/23    Entered: 02/21/23 10:29:47    Page 3 of 10

Debtor's Name Professional Financial Investors, Inc.    Case No. 20-30604

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,501,318 | $0 | $1,501,318 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Heritage Bank | Other | $0 | $25,017 | $0 | $25,017 |
| | ii | Aldridge Pite | Other | $0 | $6,291 | $0 | $6,291 |
| | iii | Allen Matkins / Homestreet | Other | $0 | $30,908 | $0 | $30,908 |
| | iv | Allen Matkins / Pacific West | Other | $0 | $153,308 | $0 | $153,308 |
| | v | Boutin Jones | Other | $0 | $154,156 | $0 | $154,157 |
| | vi | Duane Morris | Other | $0 | $74,997 | $0 | $74,997 |

Debtor's Name Professional Financial Investors, Inc.    Case No. 20-30604

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Lubin Olson | Other | $0 | $82,287 | $0 | $82,287 |
| | viii | Manatt Phelps | Other | $0 | $232,661 | $0 | $232,661 |
| | ix | Morrison & Forester | Other | $0 | $592,308 | $0 | $592,308 |
| | x | Snell & Wilner | Other | $0 | $89,800 | $0 | $89,800 |
| | xi | Polsinelli / Lument | Other | $0 | $8,225 | $0 | $8,225 |
| | xii | Tri Counties Bank (Attorney Fe | Other | $0 | $20,482 | $0 | $20,482 |
| | xiii | Heritage Bank (Attorney Fees) | Other | $0 | $15,707 | $0 | $15,707 |
| | xiv | Pacific West (Attorney Fees) | Other | $0 | $15,171 | $0 | $15,171 |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Case: 20-30604   Doc# 1501   Filed: 02/21/23   Entered: 02/21/23 10:29:47   Page 6 of 10

Debtor's Name Professional Financial Investors, Inc.     Case No. 20-30604

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $30,858,752 | | | $30,858,752 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $4,042 | $0 | $4,072 | $4,072 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $43,413 | $0 | $43,413 | $43,413 | 100% |
| d. General unsecured claims | $110,034,104 | $1,260 | $111,301,945 | $275,085,259 | 40% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?     Yes ○   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ○

Debtor's Name Professional Financial Investors, Inc.                                Case No. 20-30604

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Andrew Hinkelman | Andrew Hinkelman |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Wind-down Agent | 02/21/2023 |
| Title | Date |

Debtor's Name Professional Financial Investors, Inc.             Case No. 20-30604


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)

Debtor's Name Professional Financial Investors, Inc.   Case No. 20-30604


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page