Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Ste. 3430
San Francisco, CA 94104-4436
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Attorneys for Michael Goldberg,
Trustee of the PFI Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 20-30604 |
| ROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*, | (Jointly Administered with Case No. 20-30579) |
| Debtors. | Chapter 11 |
| | **GLOBAL NOTES TO AMENDED POST-CONFIRMATION QUARTERLY REPORTS** |

**TO THE COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES ENTITLED TO POST-CONFIRMATION NOTICE HEREIN:**

Attached as Exhibits A, B, and C are additional explanatory notes for the three amended quarterly reports being filed herewith for the periods ending June 30, 2022, September 30, 2022 and December 31, 2022, respectively

Dated: February 21, 2023         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John D. Fiero*
John D. Fiero
Cia Mackle

Attorneys for Michael Goldberg,
Trustee of the PFI Trust

# EXHIBIT A

**Professional Financial Investors, Inc.**
**Notes to Post Confirmation Report (PCR) for Period Ending June 30, 2022**

The Professional Financial Investors, Inc. Plan of Reorganization was confirmed June 9, 2021 with the Plan Effective Date occurring on December 15, 2021. The first PCR was filed for the quarter January 1, 2022 to March 31, 2022. The notes below pertain to the second quarter PCR for the period ending June 20, 2022.

**Part 1 - Summary of Post-Confirmation Transfers**

| a.) Total Cash Disbursements | Date | Amount | Description / Comments |
|---|---|---|---|
| Transfer to PFI Liquidating Trust | 6/23/2022 | $ 11,100,000 | |
| Other East West Bank Wires | various | $ 6,281,006 | Professional Fees |
| Additional Cash Disbursements | various | $ 328,796 | |
| Total Disbursements | | $ 17,709,802 | |
| | | | |
| Quarterly Fee Due | | $ 141,678 | .8% of Total Disbursements |
| Quarterly Fee Paid | | 137,678 | |
| | | $ (4,000) | |
| Credit from 1st Quarter, March 2022 | | 68,072 | |
| Net Over Payment | | $ 64,072 | |

# EXHIBIT B

**Professional Financial Investors, Inc.**
**Amended Notes to Post Confirmation Report (PCR) for Period Ending September 30, 2022**

The Professional Financial Investors, Inc. Plan of Reorganization was confirmed June 9, 2021 with the Plan Effective Date occurring on December 15, 2021. The first PCR was filed for the quarter January 1, 2022 to March 31, 2022. The notes below pertain to the third quarter PCR for the period ending September 20, 2022.

**Part 1 - Summary of Post-Confirmation Transfers**

| a.) Total Cash Disbursements | Date | Amount | Description / Comments |
|---|---|---|---|
| Transfer to PFI Liquidating Trust | | $ - | |
| East West Bank Disbursements | various | 1,091,005 | |
| Total Disbursements | | $ 1,091,005 | |
| | | | |
| Quarterly Fee Due | | $ 8,728 | .8% of Total Disbursements |
| Quarterly Fee Paid | | 8,728 | |
| | | $ (0) | |
| Credit from 2nd Quarter, June 2022 | | 64,072 | |
| Net Over Payment | | $ 64,072 | |

# EXHIBIT C

**Professional Financial Investors, Inc.**
**Notes to Post Confirmation Report (PCR) for Period Ending December 31, 2022**

The Professional Financial Investors, Inc. Plan of Reorganization was confirmed June 9, 2021 with the Plan Effective Date occurring on December 15, 2021. The first PCR was filed for the quarter January 1, 2022 to March 31, 2022. The notes below pertain to the fourth quarter PCR for the period ending December 31, 2022.

**Part 1 - Summary of Post-Confirmation Transfers**

| a.) Total Cash Disbursements | Date | Amount | Description / Comments |
|---|---|---|---|
| Transfer to PFI Liquidating Trust |  | $ - |  |
| East West Bank Disbursements | various | 58,073 |  |
| Total Disbursements |  | $ 58,073 |  |
|  |  |  |  |
| Quarterly Fee Due |  | $ 250 | Greater of .4% of Total Disbursements or $250 |
| Quarterly Fee Paid |  | - |  |
|  |  | $ (250) |  |
| Credit from 3rd Quarter, September 2022 |  | 64,072 |  |
| Net Over Payment |  | $ 63,822 |  |

| Quarter | Disbursements | Cumm | UST Fees | Fees Due | Fees Paid | Difference |
|---|---|---|---|---|---|---|
| 3/31/2022 | 22,740,977 | 22,740,977 | 0.80% | 181,927.81 | 250,000 | 68,072 |
| 6/30/2022 | 17,709,802 | 40,450,778 | 0.80% | 141,678.41 | 137,678 | (4,000) |
| 9/30/2022 | 1,091,005 | 41,541,783 | 0.80% | 8,728.04 | 8,728.04 | - |
| 12/31/2022 | 58,073 | 41,599,856 | 0.40% | 250.00 | | (250) |
| | | | | 332,584.27 | 396,406.04 | 63,822 |