John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Michael Goldberg,
Trustee of the PFI Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtor. | Case No. 20-30604<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**STIPULATION FOR RELEASE OF IRREVOCABLE TRUST PROCEEDS** |

This *Stipulation for Release of Irrevocable Trust Proceeds* ("***Stipulation***") is entered into by and between Michael Goldberg, the duly appointed Trustee ("***Trustee***" or "***Plaintiff***") and Charlene Albanese ("***Defendant Albanese***") by and through the undersigned attorneys of record.

**RECITALS**

**WHEREAS** Plaintiff is the successor in interest to Professional Financial Investors and each of its affiliates in the above-captioned jointly-administered chapter 11 bankruptcy cases (collectively, the "***Debtor***"); and

**WHEREAS** the Debtor and Defendant Albanese are parties to that certain Second Stipulation Regarding Claims Involving Charlene Albanese, Individually and as Trustee of the Kenneth J. Casey Irrevocable Trust 2012 (the "***Irrevocable Trust Stipulation***") filed with the Court on December 3, 2020 at Docket Number 277; and

**WHEREAS** Plaintiff and Defendant Albanese are among the counterparties to that certain Settlement Agreement with Mutual General Releases (the "***Settlement Agreement***") dated June 24, 2025; and

**WHEREAS** the Settlement Agreement contemplates the division of the corpus of the funds subject to the Irrevocable Trust Stipulation, with $200,000 being allocated to Defendant Albanese and the balance of not less than $1,400,000 being allocated to Plaintiff; and

**WHEREAS** the Irrevocable Trust Stipulation requires that the Court enter an order before the Settlement Agreement's funds allocation can be effectuated;

**NOW, THEREFORE**, the parties hereto stipulate and agree as follows:

## STIPULATION

1. The parties hereby agree that the entire trust corpus subject to the Irrevocable Trust Stipulation shall be divided and paid out consistent with the terms of the Settlement Agreement.

2. Nothing contained herein shall otherwise modify or amend the terms of the Settlement Agreement.

Dated: July 1, 2025         PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
    John D. Fiero

    *Attorneys for Michael Goldberg,*
    *Trustee of the PFI Trust*

Dated: July 1, 2025         FREEMAN, MATHIS & GARY

By  */s/ Lynn Dean*
    Lynn Dean

    *Attorneys for Charlene Albanese*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On July 1, 2025, I caused to be served the following document in the manner stated below:

- ***STIPULATION FOR RELEASE OF IRREVOCABLE TRUST PROCEEDS***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **July 1, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On _____, under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 1, 2025 at San Francisco California.

*/s/ Oliver Carpio*
Oliver Carpio

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- David W. Baddley     baddleyd@sec.gov
- Richard A. Chesley     richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Leslie A. Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Jared A. Day     jared.a.day@usdoj.gov
- Terri H. Didion     terri.didion@usdoj.gov
- Kathryn S. Diemer     kdiemer@diemerwei.com
- Darya Sara Druch     ecf@daryalaw.com, Druch.DaryaR108463@notify.bestcase.com
- Cecily Ann Dumas     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Sydney E. Fairbairn     S.E.Fairbairn@att.net, waqar@realestatelawpartners.com
- Arasto Farsad     farsadecf@gmail.com, farsadecf@ecf.courtdrive.com
- Jonathan Feldman     feldman@katiephang.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Bryan T. Glover     bryan.glover@stoel.com
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Jeffrey J. Goodrich     goodrich4bk@gmail.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutinjones.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Tracy Green     tgreen@fennemorelaw.com, courtfilings@fennemorelaw.com
- Mitchell B. Greenberg     mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Thomas P. Griffin     tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- Cameron M. Gulden     cameron.m.gulden@usdoj.gov
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Ryan A. Henderson     Ryan@weltyweaver.com
- A. Kenneth Hennesay     khennesay@allenmatkins.com, ncampos@allenmatkins.com
- Robbin L. Itkin     ritkin@sklarkirsh.com, cbullock@sklarkirsh.com
- Ivan L. Kallick     ikallick@manatt.com
- Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Ivo Keller     ikeller@sflaw.com
- Thomas Philip Kelly     tomkelly@sonic.net
- Jeannie Kim     jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Alexis T. King     king.a@wssllp.com, gil-lopez.j@wssllp.com
- Matthew Ryan Klinger     mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Julie Koenig     julie.koenig@cooperscully.com
- Ian S. Landsberg     ilandsberg@sklarkirsh.com
- Richard A. Lapping     richard.lapping@gmail.com
- Adam A. Lewis     alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Mark A. Lightner     MLightner@mofo.com
- Mitchell B Ludwig     mbl@kpclegal.com
- Patricia H. Lyon     phlyon@frenchlyontang.com, mwoodward@frenchandlyon.com
- J. Barrett Marum     bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- K Keith McAllister     kkmcallister@gmail.com, kkmECFactivity@gmail.com
- Kevin Scott McClelland     kevin.mcclelland@kirkland.com
- Christopher M. McDermott     ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- H. Mark Mersel     mark.mersel@bclplaw.com, ginny.hamel@bclplaw.com
- Matthew D. Metzger     belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com
- Dennis D. Miller     dmiller@lubinolson.com
- Kevin Harvey Morse     kmorse@clarkhill.com, kwebster@clarkhill.com
- Thomas G. Mouzes     tmouzes@boutinjones.com, cdomingo@boutinjones.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner     roliner@duanemorris.com, dmicros@duanemorris.com
- R. Gibson Pagter     gibson@ppilawyers.com

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
San Francisco, California

- Joshua K. Partington    jpartington@swlaw.com, mlinker@swlaw.com
- Eric S. Pezold    epezold@swlaw.com, fcardenas@swlaw.com
- Marc L. Pinckney    marcpinckney@gmail.com
- Douglas B. Provencher    dbp@provlaw.com
- Debra A. Riley    driley@allenmatkins.com, bcrfilings@allenmatkins.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Cheryl C. Rouse    rblaw@ix.netcom.com
- Spencer P. Scheer    sscheer@scheerlawgroup.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com
- Steven Serajeddini    steven.serajeddini@kirkland.com
- Melinda Jane Steuer    msteuer@californiainvestoradvocate.com
- Christopher D. Sullivan    csullivan@sullivanblackburn.com, AJTorio@sullivanblackburn.com
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Connie Tche    connie@jenleelaw.com, jenlee@ecf.courtdrive.com
- John A. Vos    invalidemailecfonly@gmail.com, Voslawoffice@jubileebk.net
- Thomas A. Woods    thomas.woods@stoel.com, sheila.brown@stoel.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- David R. Zaro    dzaro@allenmatkins.com, mdiaz@allenmatkins.com

**TO BE SERVED VIA EMAIL:**

| David Taylor<br>Keller, Benvenutti & Kim LLP<br>Email: dtaylor@kbkllp.com<br><br>*Attorneys for Charlene Albanese* | Alexis King<br>Winget, Spadafora & Schwartzberg, LLP<br>Email: king.a@wssllp.com<br><br>*Attorneys for Leslie Michelle Wallach* |
|---|---|
| Wendy Thomas<br>Tadjedin Thomas & Engbloom Law Group<br>Email: wendyt@ttelawgroup.com<br><br>*Attorneys for Manuel Romero* | |